**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF CONNECTICUT,<br>STATE OF IOWA,<br>STATE OF MARYLAND,<br>STATE OF MICHIGAN,<br>STATE OF MISSOURI,<br>STATE OF OHIO, and<br>STATE OF TEXAS,<br><br>     Plaintiffs,<br><br>     v.<br><br>AMERICAN EXPRESS COMPANY,<br>AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES COMPANY, INC.,<br>MASTERCARD INTERNATIONAL<br>INCORPORATED, and VISA INC.,<br><br>     Defendants. | Civil Action<br>No. 1:10-cv-04496-NGG-CLP<br><br>(Garaufis, J.)<br>(Pollak, M.J.) |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING
PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE
WITH 15 U.S.C. § 16(g) BY MASTERCARD INTERNATIONAL INCORPORATED**

Pursuant to of Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "APPA"), MasterCard International Incorporated ("MasterCard"), by its undersigned counsel, hereby respectfully submits the following description of "any and all written or oral communications by or on behalf of [MasterCard], including any and all written or oral communications on behalf of [MasterCard] by any officer, director, employee, or agent of [MasterCard], or other person, with any officer or employee of the United States concerning or relevant to" the proposal for a consent judgment filed in this action on October 4, 2010.  In accordance with the APPA, this description excludes communications made by MasterCard's counsel of record (including counsel listed below) alone with the Attorney General or employees of the Department of Justice alone.

**I.     DESCRIPTION**

On May 27, 2010, counsel for MasterCard and Kevin M. Murphy, Ph.D., Professor of Economics at the University of Chicago, met with employees of the Antitrust Division of the United States Department of Justice in Washington, D.C.  Staff from the offices of the Attorneys General of Texas, Ohio, Maryland, Mississippi, Arkansas and Michigan listened to the meeting by telephone.

**II.    CERTIFICATION**

MasterCard certifies that the requirements of 15 U.S.C. § 16(g) have been complied with and that the foregoing is a true and complete description of communications known to it or about which it reasonably should know, and which are required to be disclosed under 15 U.S.C. § 16(g).

| | |
|---|---|
| Dated: New York, New York<br>October 14, 2010 | Respectfully submitted, |
| | /s/ Andrew C. Finch |
| Kenneth A. Gallo<br>*(pro hac vice admission pending)*<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>2001 K Street, N.W.<br>Washington, DC 20006-1047<br>Tel: (202) 223-7300<br>Fax: (202) 223-7420<br>kgallo@paulweiss.com | Andrew C. Finch<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel.: (212) 373-3000<br>Fax: (212) 757-3990<br>afinch@paulweiss.com |
| Noah J. Hanft<br>James P. Masterson<br>Shawn Miles<br>MasterCard Worldwide<br>Law Department<br>2000 Purchase Street<br>Purchase, New York 10577-2509 | Keila D. Ravelo<br>Matthew Freimuth<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Tel.: (212) 728-8000<br>Fax: (212) 728-8111<br>kravelo@wilkie.com<br>mfreimuth@willkie.com |

*Counsel for Defendant MasterCard International Incorporated*