IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>United States, et al.  Case No.: 10-CV-4496-NGG-RER | MDL:  11-MD-2221-NGG-RER |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Tyler B. McCormick of the office of the Missouri Attorney General, hereby withdraws as counsel of record for plaintiff State of Missouri. The State of Missouri respectfully requests that all notices, pleadings and other documents continue to be addressed to and served upon:

ANNE E. SCHNEIDER
Assistant Attorney General
Office of the Missouri
Attorney General
P. O. Box 899
Jefferson City, MO 65102
Telephone:  (573) 751-7445
Facsimile:   (573) 751-2041
E-mail: Anne.Schneider@ago.mo.gov

                    Respectfully submitted,

Dated: August 30, 2013       CHRIS KOSTER
                                     Attorney General of the State of Missouri

                    By:  */s/ Tyler B. McCormick*
                    Tyler B. McCormick
                    Assistant Attorney General
                    MISSOURI ATTORNEY GENERAL'S OFFICE
                    P.O. Box 899
                    Jefferson City, MO 65102

                    *Counsel for Plaintiff State of Missouri*

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-named parties.