UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>v.<br><br>AMERICAN EXPRESS CO., et al. | Case No. 10-CV-04496-NGG-RER |
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION (II) | Master File No.: 11-MD-02221-NGG-RER |
| This Document Relates to:  ALL ACTIONS | |

**PARTIES' JOINT STATUS REPORT REGARDING EXPERT DISCOVERY**

Pursuant to the Court's August 23, 2013 Order, counsel for the Government Plaintiffs, the Merchant Plaintiffs, and American Express (collectively, the "Parties") jointly submit this status report regarding expert discovery.  The Parties confirm that all expert depositions have been completed as scheduled.

Dated:  September 16, 2013

| | |
|---|---|
| **KENNY NACHWALTER, P.A.** | **U.S. DEPARTMENT OF JUSTICE** |
| /s/ James Almon<br>Richard Alan Arnold<br>William J. Blechman<br>James Almon<br>201 South Biscayne Boulevard, Suite 1100<br>Miami, Florida 33131-4327<br>Tel:  (305) 373-1000<br>Fax:  (305) 372-1861 | /s/ Ethan Glass<br>Craig W. Conrath<br>Mark H. Hamer<br>Ethan Glass<br>Antitrust Division<br>450 Fifth Street, NW, Suite 4000<br>Washington, DC 20530<br>Tel:  (202) 532-4562<br>Fax: (202) 307-9952 |
| *Counsel for the Walgreen Plaintiffs and for the Merchant Plaintiffs for this Status Report* | *Counsel for Plaintiff United States of America* |

| | |
|---|---|
| **OFFICE OF THE ATTORNEY GENERAL**<br>**State of Ohio**<br><br>/s/Mitch Gentile<br>Mitch Gentile<br>150 East Gay Street, 23rd Floor<br>Columbus, OH 43215<br>Tel:  (614) 466-4328<br>Fax:  (614) 995-0266<br><br>***Counsel for State of Ohio and on behalf of all Plaintiff States for this Status Report*** | **CRAVATH, SWAINE & MOORE LLP**<br><br>/s/ Kevin J. Orsini<br>Evan R. Chesler<br>Peter T. Barbur<br>Kevin J. Orsini<br>825 Eighth Avenue<br>New York, New York 10019<br>Tel: (212) 474-1596<br>Fax: (212) 474-3700<br><br><br>Donald L. Flexner (DF 4812)<br>Philip C. Korologos (PK 3299)<br>Eric Brenner (EB 2177)<br>575 Lexington Avenue<br>New York, NY 10022<br>Tel.:  (212) 446-2300<br><br>***Counsel for American Express*** |

468976.2