# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY

PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY

MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

September 26, 2013

<u>United States of America, et al. v. American Express Co., et al.</u>
No. 10-cv-4496 (NGG)(RER)

Dear Judge Garaufis:

    We are co-counsel for the American Express Defendants in the above-entitled action. Pursuant to the Court's September 13, 2013, Order entered in *In Re American Express Anti-Steering Rules Litig. (II)*, Case No. 11-MD-02221 (D.E. 273), I attach two courtesy copies of the following documents, which were filed and served today:

1. Defendants' Notice of Motion for Summary Judgment, dated September 26, 2013, and [Proposed] Order.

2. Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated September 26, 2013 (filed under seal).

3. Defendants' Statement of Material Undisputed Facts in Support of Their Motion for Summary Judgment, dated September 26, 2013 (filed under seal).

4. Declaration of Kevin J. Orsini in Support of Defendants' Motion for Summary Judgment, dated September 26, 2013, with accompanying exhibits (filed under seal).

5. Defendants' Motion for Leave to File Under Seal their Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Material Undisputed Facts in Support of Their Motion for Summary Judgment, and the Declaration of Kevin J. Orsini in Support of Defendants' Motion for Summary Judgment, with accompanying exhibits.

    Pursuant to Section I.D of the Court's Individual Rules, Exhibits 1-192 to the Declaration of Kevin J. Orsini have been submitted in PDF form on CD, two courtesy copies of which are included herewith. In addition, for the Court's convenience we have enclosed one hard copy set of the materials contained on the CD.[1]

    Plaintiffs' opposition papers to this motion are due on November 21, 2013, and American Express's reply papers are due on January 9, 2014.

    American Express respectfully requests oral argument on this motion.

                Respectfully,

                Evan R. Chesler

Hon. Nicholas Garaufis
 U.S. District Court
  Eastern District Court of New York
   225 Cadman Plaza East
    Brooklyn, NY 11201

Encls.

BY HAND

Copies w/o encls to:

Hon. Magistrate Ramon E. Reyes, Jr.
 U.S. District Court
  Eastern District Court of New York
   225 Cadman Plaza East
    Brooklyn, NY 11201

BY HAND

Craig W. Conrath, Esq.
Mark Hamer, Esq.
 U.S. Department of Justice
  Antitrust Division
   450 5th Street NW, Suite 4000
    Washington, DC 20530

---

[1] Some of the documents in hard copy have been excerpted due to their size. The full versions of those documents have been filed with the Clerk's Office and have been provided electronically on the enclosed CDs.

Mitchell Gentile, Esq.
   Office of the Attorney General
      State of Ohio
         150 East Gay Street, 23rd Floor
           Columbus, OH 43215

William J. Blechman, Esq.
   Kenny Nachwalter, P.A.
      201 South Biscayne Boulevard, Suite 1100
         Miami, FL 33131

David P. Germaine, Esq.
   Vanek Vickers & Masini, P.C.
      111 South Wacker Drive, Suite 4050
         Chicago, IL 60606

VIA ECF AND ELECTRONIC MAIL