

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 Fifth Street NW*
*Washington, DC 20530*

Dec. 26, 2013

<u>*Via ECF*</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *United States, et al. v. American Express Co., et al.*,
                 E.D.N.Y., Case No. 10-cv-04496 (NGG) (RER)

Dear Judge Garaufis:

      We confirm receipt of the Court's order of December 23, 2013, setting a status conference for January 14, 2014 at 2.00 pm.

Respectfully submitted,

  <u>/s/ Craig W. Conrath</u>
Craig W. Conrath
*Counsel for Plaintiff United States of America*

cc:  All counsel of record via ECF