UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>AMERICAN EXPRESS CO., et al.,<br>　　　　　Defendants. | Civil Action No.:<br>1:10-CV-04496-NGG-RER |

# NOTICE OF MOTION IN LIMINE TO EXCLUDE
# THE LITIGATION SURVEY BY DEFENDANTS'
# EXPERT KEVIN LANE KELLER, PH.D.

　　PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude the Litigation Survey by Defendants' Expert Kevin Lane Keller, Ph.D., dated March 26, 2014, the accompanying Declaration of Joseph P. Vardner, dated March 26, 2014, with accompanying exhibits, and all the pleadings and papers filed with respect thereto, Plaintiffs the United States of America, the State of Arizona, the State of Connecticut, the State of Idaho, the State of Illinois, the State of Iowa, the State of Maryland, the State of Michigan, the State of Missouri, the State of Montana, the State of Nebraska, the State of New Hampshire, the State of Ohio, the State of Rhode Island, the State of Tennessee, the State of Texas, the State of Utah, and the State of Vermont hereby move this Court, before the Honorable Nicholas G. Garaufis, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order pursuant to Rules 403 and 702 of the Federal Rules of Evidence excluding Dr. Keller's litigation survey and any expert testimony based thereon from trial.

　　PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

| | |
|---|---|
| Dated:  March 26, 2014 | Respectfully submitted, |

**U.S. DEPARTMENT OF JUSTICE**

/s/Craig W. Conrath
Craig W. Conrath
(craig.conrath@usdoj.gov)
Mark H. Hamer
(mark.hamer@usdoj.gov)
Thomas E. Carter
(thomas.carter2@usdoj.gov)
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, DC 20530
Tel:  (202) 532-4560
Fax:  (202) 307-9952

*Counsel for Plaintiff United States of America*

**OFFICE OF THE ATTORNEY GENERAL
State of Ohio**

/s/Mitchell L. Gentile
Mitchell L. Gentile
(mitchell.gentile@ohioattorneygeneral.gov)
Office of the Ohio Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH 43215
Tel:  (614) 466-4328
Fax:  (614) 995-0266

*Counsel for State of Ohio and on behalf of all Plaintiff States*

TO:

Evan R. Chesler, Esq.
Peter T. Barbur, Esq.
  CRAVATH, SWAINE & MOORE LLP
  Worldwide Plaza
  825 Eighth Avenue
  New York, NY  10019

Donald L. Flexner, Esq.
Philip C. Korologos, Esq.
    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue
    New York, NY  10022

*Counsel for Defendants American Express Co. and*
*American Express Travel Related Services Company, Inc.*

VIA ECF AND ELECTRONIC MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, et al.,
        Plaintiffs,

v.

AMERICAN EXPRESS CO., et al.,
        Defendants.

Civil Action No.:
1:10-CV-04496-NGG-RER

### [PROPOSED] ORDER EXCLUDING THE LITIGATION SURVEY BY DEFENDANTS' EXPERT KEVIN LANE KELLER, PH.D.

WHEREAS, the Court has considered the Memorandum of Law in Support of Plaintiffs' Motion in Limine to Exclude the Litigation Survey by Defendants' Expert Kevin Lane Keller, Ph.D., dated March 26, 2014; the accompanying Declaration of Joseph P. Vardner, dated March 26, 2014, with accompanying exhibits, and all the pleadings and papers filed with respect thereto; and good cause has otherwise been shown;

IT IS HEREBY ORDERED that Plaintiffs' Motion in Limine to Exclude the Litigation Survey by Defendants' Expert Kevin Lane Keller, Ph.D. is GRANTED in its entirety; and

IT IS HEREBY FURTHER ORDERED that Defendants shall be precluded from presenting Dr. Keller's litigation survey or its results at trial; and

IT IS HEREBY FURTHER ORDERED that Defendants shall be precluded from presenting expert testimony at trial that is based on Dr. Keller's litigation survey or its results.

SO ORDERED:

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, N.Y.

_____, 2014