UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AMERICAN EXPRESS COMPANY, et al.,<br><br>                    Defendants. | Civil Action No.:<br>10-cv-4496 (NGG)(RER) |

## JOINT PRETRIAL SUBMISSION REGARDING TRIAL

As the Court instructed at the March 19, 2014 hearing, the parties have met and conferred regarding trial. The parties have come to agreement on several issues, subject to the Court's approval. There also are a few disputes that we hereby submit to the Court. The parties respectfully request that the Court schedule a conference to discuss these issues.

### I.     THE PARTIES' AGREEMENTS

A.     <u>Notice of Order of Trial Witnesses.</u>  The parties will make a good faith effort to provide notice of the particular witnesses the party intends to call on a particular day at least 72 hours in advance.  In addition, the Government Plaintiffs will provide American Express with as much advance notice as is practical regarding their intention to call a particular American Express employee on particular trial days, and American Express will bring those employees to testify on those days, unless American Express demonstrates that it is not reasonably possible.  If American Express identifies in advance certain dates that it would not be reasonably possible for a particular American Express employee to testify (including the specific reason), the Government Plaintiffs will make a good faith effort to accommodate those scheduling requests.

B. <u>Scope of Cross Examination.</u>  If the Government Plaintiffs call an American Express employee who is also on American Express's witness list at trial, American Express may elect to conduct an examination that either (1) is limited to the scope of the Government Plaintiffs' direct examination, in which case American Express may call the same witness to testify during its case-in-chief; or (2) goes beyond the scope of the Government Plaintiffs' direct examination, in which case American Express may not call that same witness to testify during in its case-in-chief.

C. <u>Exchange of Demonstratives.</u>  The parties will exchange any demonstratives they expect to use on a given trial day no later than 9 a.m. on the preceding calendar day.

D. <u>Length of the Trial Week.</u>  The parties agree to a four-day-per-week trial schedule.

E. <u>Exceptions for Good Cause Shown.</u>  Exceptions to the procedures set forth herein may be made for good-cause shown.  In the event that a party seeks such relief, it shall meet and confer with the other party to attempt to resolve the issue in good faith before bringing it to the Court's attention.

## II. <u>OPEN ISSUES</u>

Process, requirements and limits for submitting evidence into the trial record.

Dated: April 22, 2014

Respectfully submitted by:

| FOR PLAINTIFF THE UNITED STATES OF AMERICA | FOR DEFENDANTS AMERICAN EXPRESS COMPANY AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. |
|---|---|
| /s/ Ethan C. Glass<br>CRAIG W. CONRATH<br>ETHAN C. GLASS<br>U.S. Department of Justice<br>Antitrust Division, Litigation III Section<br>450 Fifth Street, N.W., Suite 4000<br>Washington, DC 20530<br>Telephone: (202) 307-0468 | /s/Kevin J. Orsini<br>EVAN R. CHESLER<br>STUART W. GOLD<br>PETER T. BARBUR<br>KEVIN J. ORSINI<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| FOR PLAINTIFFS STATE OF OHIO AND ON BEHALF OF ALL PLAINTIFF STATES | |
| /s/Mitchell L. Gentile<br>MITCHELL L. GENTILE<br>Office of the Ohio Attorney General<br>150 East Gay Street, 23rd Floor<br>Columbus, OH 43215<br>Tel: (614) 466-4328<br>Fax: (614) 995-0266 | /s/Philip C. Korologos<br>DONALD L. FLEXNER<br>PHILIP C. KOROLOGOS<br>ERIC J. BRENNER<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 |