

**ATTORNEY GENERAL OF TEXAS**
**GREG ABBOTT**

April 30, 2014

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY11201

Re:  United States of America, et al. v. American Express Company, et al. 10-CV-4496 (NGG)

Dear Judge Garaufis:

I hereby request that Jeffrey Cullinane be allowed to withdraw as attorney for the State of Texas. Mr. Cullinane is no longer an attorney for the State of Texas. All other listed counsel will continue to represent the State of Texas. Therefore, his withdrawal from this action will not cause any delay in the proceedings. I request that the Clerk be directed to remove his name from the court docket and from any further electronic notifications related to this action.

Respectfully,

_____/s/_____

Bret Fulkerson
Assistant Attorney General
Antitrust Section
P.O. Box 12548
Austin, Texas 78711-2548
Phone: 512-463-4012
bret.fulkerson@texasattorneygeneral.gov

Counsel for the State of Texas

cc:  All Counsel (by CM/ECF)