# CRAVATH, SWAINE & MOORE LLP

| | | WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019-7475<br><br>TELEPHONE: +1-212-474-1000<br>FACSIMILE: +1-212-474-3700<br><br>———<br><br>CITYPOINT<br>ONE ROPEMAKER STREET<br>LONDON EC2Y 9HR<br>TELEPHONE: +44-20-7453-1000<br>FACSIMILE: +44-20-7860-1150<br><br>WRITER'S DIRECT DIAL NUMBER<br><br>(212) 474-1394 | | |
|---|---|---|---|---|

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, II

OF COUNSEL
PAUL C. SAUNDERS

August 1, 2014

Re: United States of America, et al. v. American Express Co., et al.,
Case No. 10-cv-4496 (NGG) (RER)

Dear Judge Garaufis:

      In compliance with this Court's direction, Defendants write to inform the Court that we will ask to close the courtroom during the testimony of Pamela Codispoti (American Express). Defendants expect to call Ms. Codispoti on Tuesday, August 5 or Wednesday, August 6.

      Ms. Codispoti was Senior Vice President of Consumer Co-Brand Partnerships when several of the operative co-brand relationships were negotiated. These highly commercially sensitive contracts were the subject of separate confidentiality motions (supported by detailed declarations) filed by American Express and its co-brand partners. The Government did not oppose American Express's and its partners' requests to seal the co-brand agreements, and ultimately stipulated that the Court should seal these documents and allow redaction of other documents reflecting their terms and negotiations. The Court so-ordered the parties' stipulation on July 3, 2014.

      Most of Ms. Codispoti's testimony will concern these materials that have been filed under seal or redacted. We expect that Ms. Codispoti will describe in detail her personal involvement with Amex's co-brand partners, agreements and negotiations.

      At this time, Defendants are especially sensitive to confidentiality concerns surrounding co-brand agreements, as Defendants are presently in the midst of negotiations with certain co-brand partners. Public disclosure of any confidential deal terms—including how certain partners were able to obtain such terms—will have a detrimental impact on American Express's business.

The Government has informed American Express that it does not oppose its request to seal the courtroom for Ms. Codispoti's testimony.

Respectfully,

*/s/ Stuart W. Gold*

Stuart W. Gold

The Honorable Nicholas G. Garaufis
   United States District Court
      Eastern District of New York
         225 Cadman Plaza East, Room 1416S
           Brooklyn, NY 11201

Copies to:

All Counsel of Record

BY ECF AND ELECTRONIC MAIL