## CRAVATH, SWAINE & MOORE LLP

STUART W GOLD
JOHN W WHITE
EVAN R CHESLER
MICHAEL L SCHLER
RICHARD LEVIN
KRIS F HEINZELMAN
B ROBBINS KIESSLING
ROGER D TURNER
PHILIP A GELSTON
RORY O MILLSON
FRANCIS P BARRON
RICHARD W CLARY
WILLIAM P ROGERS, JR
JAMES D COOPER
STEPHEN L GORDON
DANIEL L MOSLEY
JAMES C VARDELL, III
ROBERT H BARON
KEVIN J GREHAN
C ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D WILSON
CHRISTINE A VARNEY
PETER T BARBUR

SANDRA C GOLDSTEIN
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL
JULIE A NORTH
ANDREW W NEEDHAM
STEPHEN L BURNS
KEITH R HUMMEL
DAVID J KAPPOS
DANIEL SLIFKIN
ROBERT I TOWNSEND, III
WILLIAM J WHELAN, III
SCOTT A BARSHAY
PHILIP J BOECKMAN
ROGER G BROOKS
WILLIAM V FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E DUNN
MARK I GREENE
DAVID R MARRIOTT
MICHAEL A PASKIN
ANDREW J PITTS
MICHAEL T REYNOLDS
ANTONY L RYAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE +44 20 7453-1000
FACSIMILE +44 20-7860 1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

GEORGE E ZOBITZ
GEORGE A STEPHANAKIS
DARIN P MCATEE
GARY A BORNSTEIN
TIMOTHY G CAMERON
KARIN A DEMASI
LIZABETHANN R EISEN
DAVID S FINKELSTEIN
DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W HILFERS
GEORGE F SCHOEN
ERIK R TAVZEL
CRAIG F ARCELLA
TEENA-ANN V SANKOORIKAL
ANDREW R THOMPSON
DAMIEN R ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L SCHIELE
ALYSSA K CAPLES
JENNIFER S CONWAY
MINH VAN NGO

KEVIN J ORSINI
MATTHEW MORREALE
JOHN D BURETTA
J WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D ZAVAGLIA
STEPHEN M KESSING
LAUREN A MOSKOWITZ
DAVID J PERKINS
JOHNNY G SKUMPIJA
J LEONARD TETI, II
D SCOTT BENNETT
TING S CHEN
CHRISTOPHER K FARGO
KENNETH C HALCOM
DAVID M STUART

SPECIAL COUNSEL

SAMUEL C BUTLER
GEORGE J GILLESPIE, III

OF COUNSEL

PAUL C SAUNDERS

August 22, 2014

<u>United States, et al. v. American Express, et al.</u>
<u>No. 10-cv-04496-NGG-RER (E.D.N.Y.)</u>

Dear Judge Garaufis:

   I write on behalf of the parties regarding the Rule 1006 summary exhibits addressed on the record on August 18, 2014.  At that time, the Court stated that it would keep the trial record open for the limited purpose of addressing these summary exhibits.  The parties have since conferred and have reached agreement as to the admissibility of all but one of these exhibits.

   Enclosed is a stipulation relating to the exhibits that the parties agree are admissible as summaries of voluminous data under Federal Rule of Evidence 1006.  The exhibits are attached to the stipulation as Exhibits A and B.  As indicated in the stipulation, the Rule 1006 exhibits attached as Exhibit A were also used by Professor Michael L. Katz as demonstrative exhibits during his trial testimony on July 29, July 30 and August 18, 2014; the Rule 1006 exhibits attached as Exhibit B were also used by Professor B. Douglas Bernheim as demonstrative exhibits during his trial testimony on August 13 and 14, 2014.  Because many of these summary exhibits reflect highly confidential data, we have filed the stipulation and accompanying exhibits under seal.

   The exhibit as to which the parties have not reached agreement was also used by Professor Bernheim as a demonstrative exhibit during his trial testimony. American Express seeks to move that exhibit into evidence as a Rule 1006 summary of the data cited in the exhibit, and the Government has objected to its admissibility for this purpose.  Subject to the Court's preference, the parties propose to address the

admissibility of this exhibit through briefing not to exceed three (3) pages in length. American Express would file its brief on Monday, August 25, 2014, and the Plaintiffs would file their brief on Tuesday, August 26, 2014.

Respectfully,

*Evan R. Chesler /DR*

Evan R. Chesler

Hon. Nicholas Garaufis
   U.S. District Court
      Eastern District of New York
         225 Cadman Plaza East
           Brooklyn, NY 11201

Copies to:

All Counsel

BY CM/ECF