UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, *et al.*, | |
| Plaintiffs | |
| v. | NO. 10-CV-04496 (NGG) (RER) |
| | ECF CASE |
| AMERICAN EXPRESS CO., *et al.*, | |
| Defendants | |

## DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF DEFENDANTS'
## REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STAY PENDING APPEAL

I, KEVIN J. ORSINI, hereby declare as follows:

1.      I am a member of the law firm of Cravath, Swaine & Moore LLP,

co-counsel for Defendants American Express Company and American Express Travel Related

Services Company, Inc. (collectively, "American Express") in the above-captioned matter.  I am

a member in good standing of the bar of New York and this Court.

2.      I submit this declaration in support of Defendants' Reply in Support of

Defendants' Motion to Stay Pending Appeal.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Opposition to

Visa, Inc.'s motion to stay pending appeal that was filed by the United States in United States v.

Visa, No. 98-cv-7076, Dkt. 228, 2002 WL 34242897 (S.D.N.Y. Jan. 18, 2002).

4.      Attached hereto as Exhibit 2 is a true and correct copy of a screen-shot of

the Spirit Airlines website, www.spirit.com/OptionalServices (last visited on May 15, 2015).

5.      Attached hereto as Exhibit 3 is a true and correct copy of the article "Apple Pay competitor confirms email breach" by Brett Molina and Jefferson Graham, which appeared in USA Today on October 30, 2014, <u>available at</u> www.usatoday.com/story/tech/2014/10/29/mcx-currentc-apple-pay/18107755/ (last visited May 15, 2015).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 15, 2015, in New York, NY.

Kevin J. Orsini