1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    ------------------------------x
     UNITED STATES OF AMERICA,
3    STATE OF ARIZONA, CONNECTICUT,
     IDAHO, ILLINOIS, IOWA, MARYLAND,
4    MICHIGAN, MISSOURI,MONTANA,
     NEBRASKA, NEW HAMPSHIRE,
5    OHIO, RHODE ISLAND, TENNESSEE,
     TEXAS, UTAH AND VERMONT,
6
7                    Plaintiff,

8

9           versus                        10-CV-4496(NGG)(RER)

10   AMERICAN EXPRESS COMPANY, ET AL.,
                      Defendant.      United States Courthouse
11                                       Brooklyn, New York
     ------------------------------x
12
                                  August 13, 2014
13                                9:00 a.m.

14   Before:    HON. NICHOLAS G. GARAUFIS,  District Judge

15                      APPEARANCES

16   Attorneys for Plaintiff:

17

     ANTITRUST DIVISION, LITIGATION III
18   U.S. Department of Justice
     450 Fifth Street NW
19   Suite 4000
     Washington, D.C.  20001
20   BY: CRAIG W. CONRATH
         MARK H. HAMER
21       ETHAN GLASS
         JOHN READ
22       LISA SCANLON
         SUSAN MUSSER
23       KATE MITCHELL-TOMBRAS
         MARK W. RYAN
24

25

```
1   For the Plaintiff:

2   State of Texas:          GREG ABBOTT
                                  Attorney General of Texas
3                                 P.O. Box 12548
                                  Austin, Texas 78711-2548
4                                 BY:  BRET L. FULKERSON
                                  Assistant Attorney General
5

6   State of Missouri:       ANNE E. SCHNEIDER
                                  Assistant Attorney General
7                                 Supreme Court Building
                                  Post Office Box 899
8                                 Jeferson City, MO  65102

9

10  State of Ohio:               MITCH GENTILE
                                  Assistant Attorney General
11                              Ohio Attorney General's Office

12

13  For the Defendant:     CRAVATH, SWAINE & MOORE, LLP
    American Express       Worldwide Plaza
14                                825 Eighth Avenue
                                  New York, N.Y.  10019
15                                BY:  EVAN CHESLER
                                       KEVIN J. ORSINI
16                                     PETER T. BARBUR
                                       STUART W. GOLD
17

18                              BOIES, SCHILLER & FLEXNER LLP
                                575 Lexington Avenue
19                              New York, N.Y.  10022
                                BY:  PHILIP C. KOROLOGOS
20                                    ERIC BRENNER
                                   MATTHEW S.  TRIPOLITSIOTIS
21                                    DONALD L. FELXNER
                                      JAMES COVE
22
    Allan R. Sherman, CSR, RPR
23  225 Cadman Plaza East
    Brooklyn, New York  11201
24  Tel: (718) 613-2529  Fax: (718) 613-2630

25  Proceedings recorded by mechanical stenography, transcript
    produced by computer.
```

```
 1              THE COURT:  Appearances.

 2              MR. HAMER:  Craig Conrath for the United States.

 3              Good morning.

 4              MS. SCHNEIDER:  Anne Schneider with the State of

 5   Missouri for the plaintiffs.

 6              MR. CHESLER:  Evan Chesler for American Express.

 7              MR. FLEXNER:  Donald Flexner for American Express.

 8              THE COURT:  Good morning.

 9              Is there something we need to do before we begin

10   with the first witness who is a government witness?

11              MR. CONRATH:  That's correct.

12              We have one housekeeping matter, your Honor.

13              We failed the other day to admit PX 2756 as a

14   demonstrative during the testimony of Mr. Flueck from

15   Starwood.

16              We move the admission of PX 2756 as a demonstrative.

17              MR. CHESLER:  No objection, your Honor.

18              THE COURT:  PX?

19              MR. CONRATH:  2756, your Honor.

20              THE COURT:  2756 is admitted as a demonstrative

21   exhibit without objection.

22              Now we are going to proceed with the witness who

23   couldn't be available due to illness while you were presenting

24   your case, correct?

25              MR. CONRATH:  Correct, your Honor.
```

Mitchell/Direct/Mitchell-Tombras

1          And after that, I hope we can take care of the

2    famous documents with a quick procedure and then we'll do

3    defendant's witness.

4          THE COURT:  Who is going to examine?

5          MR. CONRATH:  Ms. Mitchell-Tombras will be examining

6    the witness, Mr. Mitchell.

7          THE COURT:  Anything from the defense before we

8    start?

9          MR. CHESLER:  No, your Honor.

10         THE COURT:  Let's proceed with the first witness.

11         MS. MITCHELL-TOMBRAS:  Your Honor, the United States

12   calls Benjamin Mitchell of Official Payments.

13   BENJAMIN  MITCHELL, having been called as a

14      witness, first being duly sworn, was examined and

15      testified as follows:

16         THE CLERK:  Please state your name for the record.

17         THE WITNESS:  Ben Mitchell.

18         THE COURT:  Spell your last name.

19         THE WITNESS:  M-I-T-C-H-E-L-L.

20         THE COURT:  Speak into the microphone.

21         You may start.

22         MS. MITCHELL-TOMBRAS:  Your Honor, may I approach

23   with the binder?

24         THE COURT:  Yes, you may.

25   DIRECT EXAMINATION

Mitchell/Direct/Mitchell-Tombras

1   BY MS. MITCHELL-TOMBRAS:

2   Q    Good morning, Mr. Mitchell.

3   A    Good morning.

4   Q    I'd like to begin by asking you a few background

5   questions about your employer and role in the company?

6   A    Okay.

7   Q    Who do you work for?

8   A    I work for ACI Worldwide.

9   Q    Is there a relationship between ACI Worldwide and

10  Official Payments?

11  A    Yes, ACI acquired Official Payments last fall.

12  Q    Does Official Payments still operate as a business unit

13  under ACI Worldwide?

14  A    Yes.

15  Q    Do your responsibilities fall under Official Payments?

16  A    They do.

17  Q    What is the business of Official Payments?

18  A    Official Payments is a company that provides convenience

19  fee based technology to our clients who are typically the

20  billers who provide utility services or require collection of

21  taxes or university payments like tuition and fees, fines, et

22  cetera.

23  Q    You mentioned the kind of billers that you have.

24       You said your clients are utilities, universities.

25  Are any others?

Mitchell/Direct/Mitchell-Tombras

1   A    Those are the primary billers.  So there is the federal

2   government for IRS tax payments.  There are county and local

3   governments for tax payments, dog licenses, municipal

4   utilities, pretty much anything you can think of that a county

5   might need to collect payments for we will support as well as

6   universities and colleges like community colleges.

7   Q    Mr. Mitchell, if you would turn in the binder that I

8   handed you to DX 7476.

9        I believe it's behind the first tab.

10  A    Okay.

11  Q    Have you seen this before?

12  A    Yes.

13  Q    What is it?

14  A    This is the primary landing page for our Official

15  Payments.com website.  So when you go to Official Payments.com

16  on the web, you'll start here.

17  Q    If you would look at the four gray boxes in the middle of

18  the page, do those accurately depict the type of institutions

19  for which you provide payment services?

20  A    Yes.

21        MS. MITCHELL-TOMBRAS:  Your Honor, we offer DX 7476

22  into evidence.

23        MR. BRENNER:  No objection.

24        THE COURT:  DX 7476 is in evidence.

25             (So marked in evidence as Defendants'

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Direct/Mitchell–Tombras

1   Exhibit DX 7476.)

2   Q    Mr. Mitchell, what is your current position?

3   A    Currently I'm vice president of client services and card

4   processing.

5   Q    At a high level, what are your responsibilities?

6   A    I'm primarily responsible for our card association

7   relationships, relationships with Visa, Mastercard, American

8   Express, Discover Card as well as our processing relationships

9   with banks and their corresponding processing entities that

10  allow us to connect to the networks for authorization of

11  settlement.

12  Q    How long have you been in that position?

13  A    I've been in this particular position with ACI since the

14  acquisition in October.

15  Q    Prior to the acquisition, what was your position?

16  A    Senior vice president of business architecture at

17  Official Payments.

18  Q    In that position, what were your responsibilities?

19  A    Substantially the same with the exception of much broader

20  responsibilities for corporate strategy and direction of the

21  company.

22  Q    Can you describe in general terms what you mean by

23  corporate strategy?

24  A    So just looking at the changes in payments, where

25  payments technology is going, changes in regulation and

1   overall industry knowledge and expertise so that I can help

2   guide the company towards the future of payments.

3   Q    How long have you been in the payment services business?

4   A    Since the late '80s.

5   Q    How did you get started?

6   A    I was part of a small company in Auburn, Alabama, one of

7   the founders of the company.  And one of the services that we

8   provided early on was interactive voice response technology to

9   colleges and universities where we were helping them provide

10  different avenues for students to register for classes.

11          Back in the late '80s, early '90s, registering for

12  classes at a university or community college was very

13  difficult.  You stood in line for hours.  And we developed

14  technologies that would allow the students to essentially call

15  in from wherever they were and register for their classes.

16          During that time, we also discovered that many

17  universities would have registration blocks, so if you had a

18  library fine or a parking ticket or something like that from

19  your previous semester or quarter, you were not allowed to

20  register until that fine was cleared.

21          So as part of that discovery, we developed

22  technology to allow the students to pay with a credit card,

23  pay that fine with a credit card while they were essentially

24  on the phone trying to finish the registration.

25          So it made the process a lot easier for the schools

Mitchell/Direct/Mitchell-Tombras

1    and for the students who at the time and probably still is a

2    lot of competition for classes.

3    Q    At what point did the company that you founded become

4    part of Official Payments?

5    A    We were acquired by a company called Tier Technologies in

6    2004 and Tier Technologies had also bought a company called

7    Official Payments who was in a competitive space with us, but

8    they were primarily focused on taxes where we were primarily

9    focused on higher education.

10            As part of that acquisition, Tier combined EPOS,

11   which was the company I helped found, with Official Payments.

12   Q    Does EPOS stand for anything?

13   A    No, it doesn't.  It should.  A lot of times we talked

14   about electronic point of sales, whatever, payments, but it

15   really didn't stand for anything.  We were just students

16   graduating from college and created a name for a company that

17   could mean anything because we didn't know what we were going

18   to do.

19   Q    I'd like to ask you a few more questions about the

20   Official Payments business model.

21            First, approximately how many payment transactions

22   does Official Payments process each year?

23   A    About 20 million.

24   Q    Approximately what is the total dollar volume of those

25   transactions processed by Official Payments?

Mitchell/Direct/Mitchell-Tombras

1  A    It's ten plus million.

2  Q    With whom does Official Payments contract to do the

3  processing?

4  A    We contract directly with the entity that issues the

5  bill.  So we call them billers.  So that would be your county

6  government or higher ed, school, utility, so they are our

7  billers.  So they produce the bills that are then paid by the

8  consumers.

9  Q    Approximately how many billers do you work with?

10  A    About 3500 different entities.

11  Q    What are the advantages for consumers of using Official

12  Payments to pay bills?

13  A    There are a couple of key advantages.  One is primarily

14  the fact that we have a direct relationship with the biller

15  and provide on-line technology, interactive voice response,

16  mobile sites, websites, et cetera.  We allow the consumer to

17  pay their bill all the way up to the last minute and the

18  biller accepts that payment as being good even before they

19  received the money.

20         So that's one of the key advantages.  The other is

21  just the convenience of being able to make a payment wherever

22  you are at any time.

23  Q    In your experience, do you find that consumers tend to

24  pay their bill at a particular point regarding the deadline?

25  A    Yes, people tend to pay towards the end of the deadline.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Direct/Mitchell—Tombras

1    The closer to the deadline, the better for them.

2    Q    Approximately what percentage of Official Payments

3    transactions are conducted on line or through mobile?

4    A    Roughly 80 percent are on line or through mobile.

5    Another 20 percent or so are interactive voice response.

6    Q    For your transactions on line and mobile, have they been

7    increasing or decreasing over time?

8    A    The trend is definitely to on line and mobile and away

9    from interactive voice response.

10   Q    If a customer chooses to pay for bills through Official

11   Payments, what are the components of the total payment?

12   A    There are two parts of the payment.  There is the bill

13   itself that you owe, then there is a fee that Official

14   Payments includes.  We call it a convenience fee or service

15   fee depending on the situation.

16   Q    Why does Official Payments charge a convenience fee?

17   A    The convenience fee is there to cover the cost of the

18   transaction.  So the cost of the transaction includes any

19   interchange or network costs as well as Official Payments'

20   operating costs.

21   Q    You said that one of the costs that the convenience fee

22   covers is the cost of interchange or card acceptance, is that

23   correct?

24   A    That's correct?

25   Q    Approximately how much of the revenue from the

Mitchell/Direct/Mitchell-Tombras

1   convenience fee goes to the cost for the card acceptance?

2   A    The card acceptance cost is the largest percentage of the

3   total fee.  So it's our largest cost within our business

4   model.

5   Q    Are a majority of Official Payments' revenue generated by

6   convenience fees?

7   A    They are.

8   Q    Does Official Payments accept credit cards?

9   A    We do.

10  Q    Which cards do you accept?

11  A    American Express, Visa, Mastercard and Discover and some

12  of the minor Discover brands like JCB, things like that.

13  Q    Does Official Payments accept all four credit card

14  networks for every billing institution?

15  A    No, we don't.

16  Q    Why not?

17  A    We give our clients an option of adding American Express

18  or not and when they want American Express, then the consumer

19  cost goes up.

20          So they are giving -- we're giving them an option of

21  including American Express or just having Visa, Mastercard and

22  Discover at a lower cost.

23  Q    When you say if they add American Express, the price goes

24  up, what do you mean by that?

25  A    The price of the convenience fee or service fee is higher

Mitchell/Direct/Mitchell-Tombras

1   when American Express is included in the mix of cards.

2   Q    As part of your responsibilities, do you track which

3   payment forms consumers use on Official Payments?

4   A    Yes, we do.

5   Q    Does Official Payments accept debit cards?

6   A    We do.

7   Q    Do you analyze the characteristics of transactions made

8   with particular payment forms?

9   A    Yes, we do.

10  Q    Has Official Payments observed any patterns of usage

11  between credit cards and debit cards?

12  A    Consumers will generally choose to use a debit card when

13  the payment -- when the total payment they are making is less

14  than $300.  The transaction counts are heavily skewed to debit

15  cards in the smaller form of payments, smaller bills.

16  Q    Was this observation true in your business five years

17  ago?

18  A    It was.

19  Q    Is it still true today?

20  A    It is.

21  Q    Does Official Payments pay fees to the credit card

22  networks in exchange for card acceptance?

23  A    We do.

24  Q    As part of your responsibility, do you track the fees

25  that Official Payments pays to the credit card networks for

Mitchell/Direct/Mitchell-Tombras

1    acceptance?

2    A     Yes.

3    Q     Do you track the cost of acceptance by network?

4    A     Yes.

5    Q     Without saying any numbers, which credit card network is

6    the most expensive that you accept?

7    A     American Express.

8    Q     How closely do you track the cost of accepting cards?

9    A     We track it very closely.  We either know in realtime

10   what the cost of a particular transaction is going to be or

11   the next day when the transactions settle or in worst case,

12   it's the end of the month.

13            There is not a single transaction that we process

14   that we don't know the exact cost of that transaction by the

15   end of the month.

16   Q     Within a particular card network, say Visa or Mastercard,

17   do you know how much transactions on different types of cards

18   cost?

19   A     Yes, we do.

20   Q     Why do you track these costs so closely?

21   A     Because our whole business model is founded on

22   understanding the cost of the transaction so that we can then

23   offer appropriate levels of service to our consumers at the

24   lowest cost possible to them.

25   Q     Mr. Mitchell, I'd now like to focus in and ask you some

Mitchell/Direct/Mitchell-Tombras

1   questions specifically about Official Payments tax business.

2           Are federal income tax payments one type of payment

3   transaction that Official Payments processes?

4   A    Yes.

5   Q    Does that include both personal and business?

6   A    It does, yes.

7   Q    Does Official Payments accept credit cards for federal

8   tax payment transactions?

9   A    Yes.

10  Q    Which credit card networks do you accept for those kinds

11  of transactions?

12  A    Visa, Mastercard, American Express, Discover.

13  Q    How long has Official Payments been processing tax

14  payments for the IRS?

15  A    We were the original vendor who piloted the program with

16  the IRS starting in 1999.

17  Q    Have you processed payments continuously since then?

18  A    Yes.

19  Q    What institution is Official Payments' single largest

20  billing client in terms of revenue?

21  A    The IRS is.

22  Q    For federal income tax payments made through Official

23  Payments, do you charge a convenience fee?

24  A    Yes, we do.

25  Q    How many processors of federal income tax payments are

Mitchell/Direct/Mitchell-Tombras

1    there?

2    A    Currently, there are three.

3    Q    Does that mean that if a customer, a taxpayer wants to

4    pay her taxes by credit card or debit card, she has three

5    provider options?

6    A    That's right.

7    Q    Does Official Payments compete with the other two

8    processors for customers business?

9    A    Yes, we do.

10   Q    How do the three current processors receive the authority

11   to process payments for the IRS?

12   A    In 2009, the IRS issued an RFP and the three -- there

13   were lots of vendors obviously that responded.  They selected

14   three vendors to support their program.

15   Q    Approximately what is the total dollar volume of all

16   federal tax payment transactions processed by Official

17   Payments?

18   A    About two and a half billion dollars in dollar volume.

19              THE COURT:  Over what period?

20              THE WITNESS:  A year, annually.

21   Q    Of that total dollar volume each year, how much of those

22   transactions are made on American Express cards?

23   A    Roughly, a third of those transactions are American

24   Express cards.

25   Q    In the federal tax base, which credit card network is the

Mitchell/Direct/Mitchell-Tombras

1   most expensive to accept?

2   A    American Express is.

3   Q    Is one of your job responsibilities to manage credit card

4   costs for Official Payments?

5   A    Yes.

6   Q    As part of that responsibility, do you consider whether

7   accepting certain payment forms makes good business sense for

8   Official Payments?

9   A    Yes.

10  Q    Why do you accept American Express for federal income tax

11  payments?

12  A    American Express is an important card type for us in the

13  tax space because taxpayers especially those with high balance

14  due tend to use an American Express card.  They are more

15  affluent.  They spend more money and they are American Express

16  card members and they prefer to use their Amex card.

17  Q    If you didn't accept American Express in the federal tax

18  space, what do you think would happen?

19  A    We would lose those consumers to one of the competitors.

20  Q    If a taxpayer wants to pay his federal tax liability with

21  a credit or debit card, what are the ways that he can find

22  Official Payments to make that transaction?

23  A    There are several different ways.

24       One is they may be an Official Payments user for a

25  long time going back to 1999 when we started the program.

Mitchell/Direct/Mitchell-Tombras

1    They may have been part of our program for many years and they
2    would know about us.
3            Secondarily, we advertise our services, especially
4    during tax time on Google, Yahoo, Bing, the various search
5    engines as well as print and radio-type media and other types
6    of media.  They can also find it through the IRS.gov site.  So
7    if they are looking for different ways to pay and they are
8    looking at the IRS, then the IRS makes it easy for people to
9    find out how to pay by credit card.
10           Also the card associations will regularly advertise
11   the service and capability to their cardholders.
12   Q    The first you said is that they might already be Official
13   Payments users?
14   A    Right.
15   Q    And if that is the case, how would they access you if
16   they already knew about you?
17   A    Typically they are going to either type in Official
18   Payments.com, they may have bookmarked our site.  So they will
19   come directly to us, they won't go through Google or Yahoo or
20   even another location.  They will come directly in.
21   Q    You also mentioned the IRS.gov website as a way to find
22   you, is that correct?
23   A    That's correct.
24   Q    Are you familiar with the web pages on the IRS.gov
25   website that help a taxpayer navigate to figure out how she

Mitchell/Direct/Mitchell-Tombras

1   can pay her tax liability with a credit or debit card?

2   A    Yes, I am.

3   Q    Is it something that you are familiar with in the

4   ordinary course of your business?

5   A    Yes.

6   Q    Mr. Mitchell, would you please turn in your binder to the

7   Exhibit PX 2765 at the sixth tab.

8   A    Okay.

9   Q    Please take a moment to look at it if you need to.  Do

10  you recognize the content of this document?

11  A    Yes.

12  Q    What is it?

13  A    This is the IRS.gov website that you can navigate to that

14  will show to you as a taxpayer the various ways you can pay

15  your tax due, your balance due through the various providers

16  that IRS has contracted with.

17  Q    If you look on the left-hand side of the page, you see

18  the six URL links?

19  A    I do, yes.

20  Q    If you look at the last two links, what are those?

21  A    Those are the two sites that are provided by Official

22  Payments to consumers, taxpayers to pay their taxes.

23  Q    If a taxpayer clicks on the first Official Payments link,

24  what would happen?

25  A    They would go to the primary website for the IRS payments

Mitchell/Direct/Mitchell-Tombras

1   within Official Payments.

2   Q    If a taxpayer clicks on the second Official Payments

3   link, what would happen?

4   A    They would go to an alternate brand that we would have

5   developed called Choice Pay.  So they wouldn't see Official

6   Payments, it would just be in a Choice Pay site with a

7   different service level for them.

8            MS. MITCHELL-TOMBRAS:  Your Honor, I offer PX 2765

9   into evidence for demonstrative purposes only.

10           MR. BRENNER:  No objection.

11           THE COURT:  PX 2765 is received in evidence for

12  demonstrative purposes.

13                  (So marked in evidence as Plaintiff's

14  Exhibit PX 2765.)

15           MS. MITCHELL-TOMBRAS:  Thank you, Mr. Mitchell.  You

16  can put that aside for now.

17  Q    Has Official Payments always had two websites for

18  processing federal tax payments?

19  A    No.

20  Q    Approximately when did Official Payments launch the

21  second website?

22  A    In 2011 we created the Choice Pay brand.

23  Q    Was this before or after the RFP award was announced?

24  A    It was after.

25  Q    What motivated Official Payments to create the second

Mitchell/Direct/Mitchell-Tombras

1   website?

2   A     Competitive pressure from the other vendors that the IRS

3   contracted with to produce a lower price ability for consumers

4   to pay their taxes at a lower convenience fee.

5   Q     When you say competitive pressure, can you explain what

6   you mean by that?

7   A     One of the other vendors developed a lost cost

8   competitive brand that only offered a single card type and

9   offered a lower level of service.  So Official Payments

10  decided to compete directly with that by creating a similar

11  competitive brand.

12  Q     Did the processor that you are referring to offer

13  American Express?

14  A     No.

15  Q     Did Official Payments consider other alternatives before

16  deciding on the second website?

17  A     Yes, we did.

18        Ideally, we have rather kept Official Payments.com,

19  it's our primary brand, it's been out there since 1999.

20  People know it, trust Official Payments, have used it.  So our

21  original desire would have been to keep Official Payments.com,

22  lower the convenience fee and offer a more competitive level

23  of service on that site.

24  Q     And why didn't you do that?

25  A     The anti-discrimination rules for the card types in

Mitchell/Direct/Mitchell-Tombras

1   general would prevent us from just offering differentiated

2   pricing and providing consumers with a choice on price based

3   on the card that they choose to use.

4   Q    When you say that card associations' rules did not permit

5   that, can you explain what you mean?

6   A    Right, so the rules basically tell us that we have to

7   essentially sell our service for any type of card at the same

8   price irrespective of what that particular card costs us to

9   process.

10          So we're only able to offer our service when we

11  offer varying card types at the same price regardless of the

12  card itself.

13  Q    What did those provisions stop you from doing that you

14  otherwise wanted to do?

15  A    Without those types of provisions in place, we would

16  competitively price the transaction more centric to the card

17  type itself so that the consumer would pay more if they chose

18  to use a more expensive card and they would pay less if they

19  chose to use a less expensive card.

20  Q    What did Official Payments ultimately decide to do?

21  A    We were unable to obviously change the rules in any way

22  so our response was to create a competitive brand, the Choice

23  Pay brand, and to deliver that to the consumers with only a

24  single card type available to them.

25  Q    What was that card type?

1  | A     Mastercard.

2  | Q     And how was Official Payments able to offer Mastercard

3  | credit on the second brand?

4  | A     In the tax payment space, the Mastercard cost structure

5  | was the best one for us and was -- in terms of cost, it

6  | allowed us to offer the lowest cost to the consumer and the

7  | lowest cost to us as a business for acceptance, so the

8  | economics worked out for us to build our competitive brand and

9  | include Mastercard only for that particular option.

10 | Q     Do you recall what the convenient fee was for Mastercard

11 | credit transactions on the Choice Pay site in 2011?

12 | A     1.9 percent.

13 | Q     How did that compare with the convenience fee for all

14 | credit transactions on the Official Payments site in 2011?

15 | A     It was significantly lower.

16 | Q     Did Official Payments advertise the existence of a second

17 | lower price site on the Official Payments site?

18 | A     No, we did not.

19 | Q     Did Official Payments link to the second lower price site

20 | on the primary Official Payments site?

21 | A     No, we did not.

22 | Q     Why not?

23 | A     That would be exactly the same as offering Mastercard on

24 | the primary website at a lower cost to the other brands which

25 | would have in our view been against the association rules for

Mitchell/Direct/Mitchell-Tombras

1    discriminating card types.

2    Q    Aside from processing payments only on Mastercard at a

3    lower convenience fee, did the Choice Pay site otherwise

4    differ from the Official Payments site regarding how

5    transactions are processed?

6    A    No.

7    Q    At the time of the Choice Pay launch in 2011, how did the

8    1.9 percent Mastercard credit fee compare to the other

9    processors' convenience fee for credit card transactions?

10   A    It was the lowest market price available at that time.

11   Q    Did offering a low price for Mastercard credit

12   transactions provide an advantage to Official Payments?

13   A    We believe it did.

14   Q    What were those?

15   A    Well, the Choice Pay brand collected some new users, some

16   new taxpayers that we had not seen in our previous Official

17   Payments.com databases, so we believe that it did attract new

18   users, new consumers to our services.

19   Q    Did it also provide any benefits to consumers?

20   A    Those that found it and had a Mastercard paid us a lower

21   fee for the same transaction.

22   Q    Did Official Payments track the performance of the Choice

23   Pay site?

24   A    Yes, we did.

25   Q    What did you conclude from tracking that performance?

Mitchell/Direct/Mitchell-Tombras

1   A    That consumers definitely -- there are definitely cost

2   shopping consumers and it was important for them to find the

3   lowest cost option available.  And as I said before, we

4   clearly collected some new users of our service as a result.

5   Q    Is there a cost to Official Payments to run the second

6   site, the Choice Pay site?

7   A    Yes, there is.

8   Q    What are those costs?

9   A    It's essentially a duplicate of our primary Official

10  Payments federal site.  Because of the way the IRS operates,

11  we had to separate it completely.  We have technology teams

12  that manage both sites individually.  And in addition, the IRS

13  itself has to go through their very in-depth audit of both

14  sites separately.

15          So in terms of technology and preparation, operation

16  and audit, it's a double -- it's extra work, twice the extra

17  work.

18  Q    Does Official Payments currently maintain the Choice Pay

19  site for processing federal tax payments?

20  A    Yes, we do.

21  Q    Does Official Payments still operate the site at a lower

22  cost option?

23  A    Yes.

24  Q    What credit card networks are currently on the Choice Pay

25  site?

Mitchell/Direct/Mitchell-Tombras

1   A    Visa and Mastercard.

2   Q    When did Visa launch on the site?

3   A    They launched last year.

4   Q    Do you accept Visa for credit transactions on the Choice

5   Pay site?

6   A    Yes.

7   Q    How did Visa inclusion come about?

8   A    Visa wanted to be on the site and we entered into

9   negotiations with them to develop a cost structure that

10  Official Payments and ACI could -- the economics would work

11  out for us so we would be able to include them on the site at

12  the lower price.

13  Q    Was Official Payments successful in negotiating the lower

14  price with them?

15  A    Yes, we were.

16  Q    Are there any plans to include American Express on the

17  Choice Pay site?

18  A    Yes.

19  Q    How did the inclusion of American Express come about?

20  A    It was essentially the same thing.  American Express

21  wanted to be on the site and they understood that from their

22  point of view, they wanted to be associated with Official

23  Payments tax payments and as a result, we entered into

24  negotiations with them as well to develop a cost structure

25  that would allow for their inclusion on the site.

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Direct/Mitchell-Tombras

1    Q    How did those negotiations proceed?

2    A    Difficult.

3    Q    What do you mean by difficult?

4    A    So American Express -- we found it very difficult to

5    negotiate with them.  And we as a company need a particular

6    income in order to operate efficiently and American Express

7    wouldn't agree to those types of cost structures for us.  So

8    we essentially declined the offer and decided not to include

9    American Express.

10            As a result of that, American Express decided to

11   cancel our processing agreement with them for IRS payments in

12   total.

13   Q    What happened after American Express canceled your

14   agreement?

15   A    As we talked about earlier, American Express is an

16   important card type for us and we, not being able to utilize

17   it on Official Payments.com was a problem for us.  So we went

18   back to the negotiation table with American Express and

19   finally came to an agreement on a cost structure that would

20   work for us at least well enough to continue offering the card

21   type.

22   Q    Was the discount rate that you finally reached with

23   American Express for transactions on the Choice Pay site lower

24   than the discount rate for American Express transactions on

25   the Official Payments site?

Mitchell/Direct/Mitchell-Tombras

1    A     It is, yes.

2    Q     In 2015, will American Express, Visa and Mastercard

3    credit cards be offered on the Choice Pay site?

4    A     Yes, they will.

5    Q     Will all three credit card networks be offered at the

6    same price?

7    A     Yes.

8    Q     Which of the credit card networks is the most expensive

9    for you to accept on the Choice Pay site?

10   A     American Express.

11   Q     Can you charge lower prices for less expensive cards on

12   the Choice Pay site?

13   A     No.

14   Q     Why not?

15   A     The anti-discrimination rules for American Express are

16   still in place, therefore we have to price all of the card

17   brands the same, at the same rate.

18   Q     Will American Express' inclusion on the Choice Pay site

19   have any effect on your negotiating posture with Visa and

20   Mastercard?

21   A     Yes, it will, because now it makes it much more difficult

22   to continue to drive the price to the consumer down and drive

23   the corresponding costs down through competitive pressure and

24   negotiation.

25          MS. MITCHELL-TOMBRAS:  Your Honor, I'm now going to

Mitchell/Direct/Mitchell-Tombras

1   ask questions about the document that Official Payments has

2   requested a small portion of to be sealed.

3              I have some questions before then but I just wanted

4   to inform the Court that when I get there, I will ask to have

5   the courtroom sealed.

6              THE COURT:  Seal the courtroom?

7              MS. MITCHELL-TOMBRAS:  Correct.

8              THE COURT:  Let me know.

9   Q    Mr. Mitchell, if you would now please turn to the

10  document in your binder marked PX 1337 A.  It's located behind

11  the second tab.

12  A    Okay.

13  Q    Please take a moment to look at it if you need to?

14  A    Okay.

15  Q    Are you familiar with this document?

16  A    Yes.

17             THE COURT:  Is this --

18             MS. MITCHELL-TOMBRAS:  Yes, we can publish this

19  part.

20             THE COURT:  It says confidential on it, which raises

21  a red flag.

22             Is it redacted in such a way that this document can

23  be shown to the public?

24             MS. MITCHELL-TOMBRAS:  Yes, your Honor, the pages

25  that we will go through first are okay and I'll advise you

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Direct/Mitchell—Tombras

1    when we need to close the courtroom.

2              THE COURT:  Thank you.

3    Q    Mr. Mitchell, what is this document?

4    A    This document is an internal training presentation that

5    we put together to help our management team, our product

6    mangers, executive management, et cetera, to understand the

7    changes in the industry that were being really reflected by

8    the Department of Justice settlement with Visa, Mastercard and

9    also the Durbin Amendment that was in discussion at the same

10   time.

11   Q    Were you involved in preparing this presentation?

12   A    Yes.

13   Q    Was the document prepared in the regular course of

14   business?

15   A    It was, yes.

16   Q    Is it the regular practice of Official Payments to create

17   documents like this?

18   A    Yes.

19             MS. MITCHELL—TOMBRAS:  Your Honor, I offer PX 1337 A

20   into evidence.

21             And for the record, it's marked PX 1337 A because

22   it's a reproduced copy of the original that is just clearer.

23             MR. BRENNER:  No objection.

24             THE COURT:  PX 1337 A is received in evidence.

25                       (So marked in evidence as Plaintiff's

Mitchell/Direct/Mitchell-Tombras

1  Exhibit 1337A.)

2  Q    Was this document in fact presented?

3  A    It was.

4  Q    Was that an internal or external meeting?

5  A    It was an internal meeting.

6  Q    Were you present at the internal meeting where it was

7  presented?

8  A    Yes.

9  Q    I'd ask you to walk us through some of the pages of the

10 document.

11           If you would first turn to the page ending 057?

12           Do you see that?

13 A    Yes.

14 Q    What is this slide?

15 A    This slide is summarizing the Department of Justice

16 settlement with Visa and Mastercard over the ability to steer

17 consumers to lower cost alternatives or offer them rebates or

18 discounts or other types of services based on their choice to

19 use a lower cost transaction type.

20 Q    If you would turn one page to 058.

21           The title here is:  Department of Justice

22 Possibilities.

23           Do you see that?

24 A    I do.

25 Q    What does that title refer to?

Mitchell/Direct/Mitchell-Tombras

1   A    This is really just a way to provide an example and to

2   put into context for the team what the potential would be for

3   us to offer to our consumers a very direct and easy way for

4   them to see the various costs of different card types and let

5   them choose which transaction type was important to them.

6   Q    If you look below the title, there are two images.

7        Do you see those?

8   A    Yes.

9   Q    What are those images depicting?

10  A    The images are just depicting some possibilities, very

11  early conceptual possibilities of how we might present to the

12  consumer differentiated price based on card type.

13  Q    And in your discussion of these possibilities, did

14  American Express' anti-steering rules come up?

15  A    Yes, it was a key part of the discussion because

16  obviously the team wanted to know why American Express wasn't

17  represented because they know American Express is an important

18  card type to our consumers and so we had discussions specific

19  to their anti-discrimination rules and why they couldn't be

20  part of this type of steering activity.

21  Q    If you accept American Express, can you have a web page

22  like the two on 058?

23  A    No.

24  Q    Why not?

25  A    The anti-discrimination rules as we discussed previously,

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Direct/Mitchell-Tombras

1   they cause us or required us to price all of the competitive

2   card types the same to the consumer.

3   Q    Does Official Payments currently have some clients that

4   do not accept American Express for bill payments?

5   A    Yes.

6   Q    For those clients, does Official Payments currently offer

7   different prices for different kinds of credit cards?

8   A    No, we don't.

9   Q    Why not?

10  A    The development of the technology to provide the steering

11  and to provide the different shade of price really requires

12  the whole platform and the whole level of service to be

13  offered to the consumer, otherwise the economics just really

14  aren't there for us.

15           MS. MITCHELL-TOMBRAS:  Your Honor, at this time I

16  would ask on behalf of Official Payments that we close the

17  courtroom.

18           MR. BRENNER:  We have no objection.

19           THE COURT:  All right, about how long will the

20  courtroom be closed?

21           MS. MITCHELL-TOMBRAS:  I believe only about 10 or 15

22  minutes.

23           THE COURT:  I'm going to ask anyone who is not on

24  the government or defense team or who are working for the

25  Court to leave the courtroom at this time for a few minutes.

1         MR. CONRATH:  The Official Payments lawyer is here

2    and I guess the question is whether the plaintiff's lawyer,

3    the class plaintiffs can stay.  It can be maybe addressed by

4    the Official Payments lawyer.

5         THE COURT:  Will the Official Payments lawyer please

6    come forward.

7         MS. OTT:  Patrice Ott, outside counsel for Official

8    Payments for Mr. Mitchell in this matter.

9         And to my understanding, the gentleman and lady back

10   there have been permitted to be in the courtroom for the

11   testimony and it's our position to be consistent with how this

12   has been handled with the prior witnesses, if they would like

13   to remain in the courtroom, it's fine.

14        THE COURT:  Under the same terms and conditions.

15        MS. OTT:  Yes, as prior witness testimony.

16        THE COURT:  Where are you from?

17        MS. OTT:  Omaha, Nebraska.

18        THE COURT:  Are you with a firm?

19        MS. OTT:  I am.  Kolley Jessen.

20        THE COURT:  Welcome to New York.

21        MS. OTT:  Thank you.  I've had a wonderful time so

22   far.

23        THE COURT:  Thank you very much.

24        We just need to wait a moment to make sure the feed

25   has been turned off in the other room.

Mitchell/Direct/Mitchell-Tombras

```
1              MR. CONRATH:  I should have reminded the Court at
2    the beginning of the day about this.
3              THE COURT:  That's all right.
4              (Pause.)
5              THE COURT:  The courtroom is sealed.
6              Correct?
7              THE CLERK:  Yes, judge.
8              THE COURT:  The courtroom is sealed and the
9    transmission to the overflow courtroom has been cut so we can
10   begin with the sealed portion of the testimony for the
11   witness.
12             You can may proceed.
13             (The following testimony and transcript is sealed.)
14   Q    ███████████████████████████████████████████████████
15   ███████████████████████████████████████████████████████████
16   ████████Durbin███████████████████████████████████.
17             Do you see that?
18   A    Yes.
19   Q    Are you familiar with this slide?
20   A    I am.
21   Q    I'd like to break it down and ask you to walk us through
22   some of the bullets on the slide.
23             The subheading underneath the title says ████████
24   ████████████████████████.
25             What does that mean?
```

Mitchell/Direct/Mitchell-Tombras



1   A

2

3

4   .

5   Q    And if you look at the five bullets underneath, the first

6   bullet states:   "                                        ."

7        What does that mean?

8   A

9

10

11

12

13

14

15

16

17

18  Q

19

20  A

21

22

23

24

25

Mitchell/Direct/Mitchell-Tombras



Mitchell/Direct/Mitchell-Tombras



1  ████████████████████████████████████████████

2  ████████████████████████████████████████████

3  ██████████████████████████████████████████

4  ██████████████████████████████████████████

5  ███████████████████████████████████████████

6  ████████████████████████████████████████████

7  ███████████████████████████████████████████

8  ██████████████████████████████████████████

9  ██████████

10 Q    Mr. Mitchell, if you would look at the next bullet, it

11 says: ███████████████████████   ███████████ "

12        What does that mean?

13 A  ███████████████████████████

14 ███████████████████████████████████████████

15 ████████████████████████████████████████████

16 ██████████████████████████████████████████

17 ██████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ██████████████████████████████████████

20 ███████████████████████████████████████████████

21 ███████████████████████████████

22 Q  ████████████████████████████████████

23 ██████████████████████████████████████████████

24 █████████████████

25 A  ████████████████████████████████████

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Direct/Mitchell-Tombras



1

2

3

4

5

6    Q

7

8    A

9    Q

10

11   A

12

13

14

15

16

17   Q

18

19

20   A

21   Q

22   A

23

24

25   Q    Mr. Mitchell, if you look at the next bullet, it reads:

Mitchell/Direct/Mitchell-Tombras



2          What does that mean?

3   A

14  Q

16  A

21  Q

22          Have you seen this document before?

23  A     Yes.

24  Q

25  A

Mitchell/Direct/Mitchell-Tombras

1

2  Q

3  A

4  Q

5

6  A

7  Q

8  A

9  Q

10

11  A

12  Q

13

14  A

15

16          MS. MITCHELL-TOMBRAS:  Your Honor, I offer PX 2760

17  in evidence.

18          MR. BRENNER:  No objection.

19          THE COURT:  PX 2760 is received in evidence.

20               (So marked in evidence as Plaintiff's

21  Exhibit PX 2760.)

22  Q

23

24

25  A

Mitchell/Direct/Mitchell-Tombras

1   Q  ██████████████████████████████████████████

2   ████████████████████████████████████████████

3   ███████████████████████

4   A  ██████████████████████████████████████████████

5   ███████████████████████████████████████████████

6   ████████████████████████████████████████████████

7   ███████████████████████████

8              MS. MITCHELL-TOMBRAS:  Your Honor, I have just two

9   or three more questions.  They don't need to be with the

10  closed courtroom.

11             Would you like me to proceed or wait to open the

12  courtroom?

13             THE COURT:  Mr. Brenner, is there going to be

14  cross-examination on questions that were requested that were

15  in a sealed posture?

16             MR. BRENNER:  I do expect to follow up on it, yes,

17  your Honor.

18             THE COURT:  How much more do you have?

19             MS. MITCHELL-TOMBRAS:  30 seconds.

20             THE COURT:  Just do it.

21             There will be a transcript anyway.

22             Go ahead.

23  Q    Earlier you mentioned that for transactions under a

24  certain threshold, consumers tend to use debit, is that

25  correct?

ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter
United States District Court  Eastern District of New York

Mitchell/Cross/Brenner

1   A     That's correct.

2   Q     What was that threshold?

3   A     It's below $300 essentially.

4   Q     And if a transaction is over that threshold, what type of

5   payment form do consumers tend to use?

6   A     They rapidly switch to credit cards.

7               MS. MITCHELL-TOMBRAS:  Thank you.

8               No further questions, your Honor.

9               THE COURT:  Mr. Brenner, cross-examination.

10              Can you do the cross that is sealed first?

11              MR. BRENNER:  Yes, I will start with that.

12              THE COURT:  Thank you very much.

13              MR. BRENNER:  May I approach, your Honor?

14              THE COURT:  Yes, you may.

15              You may proceed.

16  CROSS-EXAMINATION

17  BY MR. BRENNER:

18  Q     Good morning, Mr. Mitchell.

19              My name is Eric Brenner.  I represent American

20  Express and I'm going to ask you a few questions this morning.

21              Okay?

22  A     Okay.

23  Q     And I've handed you a binder just like counsel for the

24  government.  It has some additional documents we may look at

25  as well as the transcript of your deposition testimony in this

Mitchell/Cross/Brenner

1   case.

2           Okay?

3   A    Okay.

4   Q



22  A

23  Q

24

25  A

Mitchell/Cross/Brenner



1    Q
2
3    A
4    Q
5
6
7
8
9    A
10   Q
11
12
13
14
15
16   A
17   Q
18
19
20
21   A
22
23
24
25

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter
United States District Court   Eastern District of New York

Mitchell/Cross/Brenner



 1   Q

 2

 3

 4   A

 5   Q

 6   A

 7   Q

 8

 9

10   A

11   Q

12

13

14

15

16

17

18   A

19   Q

20

21

22   A

23   Q

24

25

**ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter**
**United States District Court  Eastern District of New York**

Mitchell/Cross/Brenner

1   A   ██████████████████████████████████

2   Q   ████████████████████████████████████████████████

3   ████████████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████████

5   A   ███████████████████

6   Q   ████████████████████████████████████████████████████████████████

7   ████████████████████████████████████████████████████████████

8   ██████████████████████████████████████████████████

9   A   ████████████████████████████████

10  Q    I want to just explore this is a little bit more.

11          If you can look at Defendant's Exhibit 6515 which is

12  in your binder.

13  A    Okay.

14  Q    This is a declaration that Mr. Michael Cooke of Walmart

15  Stores filed in MDL 1720 litigation.  It's called objections

16  to the proposed settlement.

17          Just to be to be clear, I'm not interested in

18  offering this for the truth but there are some issues

19  mentioned that I'd like to get your perspective on if I could.

20          If you would look at paragraph 29.

21          Your Honor, I've been asked to switch the feed to

22  our table if possible.

23          THE COURT:  Surely.

24  Q    Do you see there is a reference in paragraph 29 to the

25  Visa product eligibility service and the Mastercard product

Mitchell/Cross/Brenner

1    validation service?

2            Do you see that?

3    A    Yes.

4    Q    You are familiar with those services?

5    A    No, I'm not.

6    Q    You are not familiar that Visa and Mastercard have

7    services that allow merchants to determine the type of card

8    the consumers present at the point of sale prior to

9    authorizing sales transaction or having the transaction

10   completed?

11   A    No.

12   Q    Let's take a look at paragraph 30 then.

13           I will represent to you that that's what those

14   services are.

15           Assuming I'm right, if we take a look at paragraph

16   30, you can see that in this declaration Mr. Cooke states that

17   these services, again, assuming I'm right about what they are,

18   these services identify a specific card at the point of sale

19   without actually authorizing the transaction.

20           Do you follow what I mean?

21   A    Yes.

22   Q    Mr. Cooke says that these services would slow down the

23   checkout process and create a negative shopping experience.

24           Then in paragraph 31, then he goes on to talk about

25   the implications for Walmart, which are not expressed in here.

Mitchell/Cross/Brenner

1          Then in paragraph 31, he goes on to talk about the

2     possibility for delays at the checkout and increased costs,

3     inconvenience, consumer dissatisfaction and lost productivity.

4

5

6

7

8

9

10          MS. MITCHELL-TOMBRAS:  Objection, your Honor,

11    foundation and hearsay to reading the statement into the

12    record.

13          MR. BRENNER:  I'm not sure --

14          THE COURT:  I'm going to allow him to answer the

15    question.

16    A

17

18    Q

19    A

20    Q

21    A

22    Q

23

24

25

Mitchell/Cross/Brenner



1   A

2   Q

3

4   A

5   Q

6

7

8

9   A

10  Q

11

12

13

14

15

16

17  A

18  Q

19

20

21  A

22  Q

23

24

25

**ALLAN R. SHERMAN, CSR, RPR  Official Court Reporter**
**United States District Court   Eastern District of New York**

Mitchell/Cross/Brenner





Mitchell/Cross/Brenner



1

2

3

4

5

6  A

7

8

9

10

11

12

13

14

15

16  Q

17

18

19

20

21  A

22          MR. BRENNER:  Your Honor, I'm done with the section

23  that requires a closed courtroom.

24          THE COURT:  Then I have a question.

25

Mitchell/Cross/Brenner



Mitchell/Cross/Brenner

1   ████████████████████████████████████████████

2   ██████

3            THE COURT:  Any other questions on that subject from

4   either side so we don't have to go back to the direct --

5            MS. MITCHELL-TOMBRAS:  No, your Honor.

6            THE COURT:  -- under seal.

7            MS. MITCHELL-TOMBRAS:  No, your Honor.

8            THE COURT:  Nothing.

9            MR. BRENNER:  Nothing.

10           THE COURT:  Okay, we are going to reopen the

11  courtroom.

12           The overflow room should be reopened.

13           About how much cross-examination do you have?

14           MR. BRENNER:  Maybe 20 minutes, your Honor.  I don't

15  think it's very much.

16           (End of sealed transcript.)

17

18

19

20

21

22

23

24

25

Mitchell/Cross/Brenner

1    THE COURT:  All right.

2           Just for planning purposes, we'll complete the

3    questioning of this witness including any redirect and then

4    we'll have the offering of exhibits then we'll take a break

5    and then we'll have the next witness after that.

6           Okay.  We're ready to go.

7           Mr. Brenner, go forward.

8    Q    Thank you, your Honor.

9           So let's return to the Official Payments Amex

10   relationship?

11   A    Okay.

12   Q    Let me start by just reorienting ourselves to make sure I

13   understand the Official Payments business model as you

14   described it.

15          If I got it right, you essentially facilitate these

16   electronic transactions for a variety of entities like the

17   IRS, state and local government and higher education

18   institutions, correct?

19   A    Yes.

20   Q    And these in many cases are entities that can't accept

21   credit cards but for this convenience fee model, right?

22   A    That's correct.

23   Q    In other words -- why don't you tell us why is that?

24   A    In many cases these are mandatory payments like taxes and

25   the taxing authority has to collect 100 percent of the tax

Mitchell/Cross/Brenner

1    due.  And they also don't have any way to essentially mark up

2    those taxes to cover the cost of the transaction.

3    Q    In other words, you have to pay your full bill to the IRS

4    and they want 100 percent of the money and they are not going

5    to then take some slice of that and pay it off to a debit card

6    processor or a credit card company, right?

7    A    Right.

8    Q    So companies like yours essentially opened up this market

9    for credit cards where credit card payment was not otherwise

10   possible, right?

11   A    That's correct.

12            (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Mitchell/Cross/Brenner

1   CROSS-EXAMINATION (CONT'D.)

2   BY MR. BRENNER:

3   Q    You told counsel for the government that you give your

4   clients, the billers as you refer to them, the option of

5   including American Express or not, right?

6   A    That's right.

7   Q    They can choose which card products to offer to their

8   customers as part of the product package?

9   A    That's correct.

10  Q    And you also said that price, the convenience fee can

11  depend upon whether or not Amex is part of the mix or not,

12  right?

13  A    Right.

14  Q    And your clients, these billers, do not always choose the

15  option of offering American Express, right?

16  A    Right.

17  Q    And the decision of whether American Express is part of

18  or excluded from the card product package is made daily on a

19  client by client basis, right?

20  A    Right.

21  Q    And you would agree that non-acceptance of American

22  Express could be a rational business decision depending upon

23  the client, right?

24  A    Right.

25  Q    You said I think -- maybe you didn't, but if I understand

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1    correctly, you've been with Official Payments since at least

2    2004, is that right?

3    A    Right, as part of the acquisition, right.

4    Q    And American Express has been accepted even longer than

5    that, right?

6    A    Right.

7    Q    And you agree that Official Payments' business

8    relationship with American Express has been successful from

9    Official Payment's point of view, right?

10   A    That's correct.

11   Q    And you noted, for example, that American Express

12   Cardmembers are more affluent and tend to pay more money, I

13   think were your words, right?

14   A    They tend to have higher bills.

15   Q    And they tend to be more affluent you said, right?

16   A    Right.

17   Q    And, for example, why don't we look at DX 7824.

18   A    7824 you said?

19   Q    Yes.

20        MR. BRENNER:    This is a document that was produced

21   to us by the Department of Justice in this case from the files

22   of the IRS.  As you can see, the Bates number on the bottom

23   right -- I note that just because this was the form we got the

24   document in -- you can see that particularly as we move along,

25   for whatever reason in the copying process the bottom parts of

Mitchell/Cross/Brenner

1   certain pages were cut off.  Luckily I want to talk about the

2   top parts, so the information I'm interested in is there.

3           Obviously if there's a better version of this, Your

4   Honor, that we can get from the government, we can replace it

5   in the record so there's a complete copy.

6           But for present purposes Mr. Mitchell, let's just

7   focus on the top part of the first page.

8           THE COURT:  Are there redactions in this document or

9   is it being presented in its original form?

10          MR. BRENNER:  I believe the numbers in this document

11  are confidential.  It's not our document.  (Pause.)

12          It's okay to show.  We have a redacted version we're

13  showing.

14          THE COURT:  All right.  Go ahead.

15  Q   You can see that this is a document, Mr. Mitchell,

16  looking at the overview, that reflects payments that were

17  processed through the Official Payments credit and debit IVR

18  and internet systems for federal tax payments for the May

19  through December 2010 period.

20          See where it says that?

21  A   Yes.

22  Q   And if you look on the third page of this document,

23  which is Bates ending 239, the fourth bullet down, you see

24  there's a description there of the average tax payments

25  through Official Payments on the various -- by virtue of

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1    various payment forms?

2    A    Yes.

3    Q    And you can see the number for American Express, I'm not

4    going to say it in court because we're trying not to use

5    numbers for confidentiality reasons; you see the American

6    Express number on the first line and then the MasterCard,

7    Discover and the Visa numbers on the pages -- on the lines as

8    you work your way down?

9    A    Yes.

10   Q    You can see that American Express's average transaction

11   size is significantly higher than the other three networks; is

12   that right?

13   A    That's right.

14   Q    If you look at the next page, sir, you see there's a

15   reference on the top of the page to high balance transactions

16   which I think is also something you mentioned during your

17   direct testimony; these are transactions, federal tax payments

18   of more than $100,000, is that right?

19   A    That's right.

20   Q    Okay.  And again I don't want to say the numbers but the

21   second bullet on this page, which is Bates ending 240, shows

22   the percentage of high balance payments captured by American

23   Express versus the other networks?

24   A    Yes.

25   Q    And American Express has the overwhelming majority of

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1   such payments, right?

2   A    That's right.

3   Q    In fact, American Express offers Official Payments a

4   lower rate for these high balance transactions, correct?

5   A    They do.

6   Q    And because American Express charges you less, you are

7   able to offer a lower convenience fee to American Express or

8   to cardmembers for high balance transactions, right?

9   A    We can.

10  Q    In other words, I don't want to get into the numbers, but

11  Official Payments's cut, if you want to use that term loosely,

12  remains the same because there's a lower rate that offsets the

13  lower convenience fee, American Express gets less because

14  their convenience fee is lower but cardmembers are

15  incentivized to make these types of high balance transactions,

16  right?

17  A    Right.

18  Q    And that's obviously good for Official Payments, right?

19  A    Right.

20  Q    You're familiar with American Express's Pay with Points

21  program as well, sir?

22  A    Yes.

23  Q    And under this program American Express Cardmembers can

24  redeem Membership Reward points to offset the convenience fees

25  that Official Payments charges them, right?

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1    A    That's right.

2    Q    So, rather than having to come out-of-pocket to make a

3    credit card payment of their federal tax liability, if they've

4    got Membership Rewards points stored up, they can just pay

5    that way and not have to pay any money, right?

6    A    Right.

7    Q    And Official Payments has told the IRS that this Pay with

8    Points program is one of the most successful value added

9    offers Official Payments has implemented to encourage usage of

10   the site by offsetting the convenience fee, right?

11   A    That's correct.

12   Q    Okay.  And there have been tens of millions of American

13   Express Membership Reward points redeemed as part of this

14   program, right?

15   A    I would expect.  I believe so.  I don't know what the

16   number is.  I'm sure it's been used.

17   Q    You would agree that it was a successful program,

18   right?

19   A    It was.  It's no longer in effect but it was.

20   Q    Okay.  American Express has expanded the program so you

21   can pay federal tax liabilities?

22   A    They did.

23   Q    Which means as opposed to simply paying a convenience

24   fee, I can actually pay my federal tax bill with Membership

25   Rewards points that I've stored up or offset part of my tax

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

1    bill, right?

2    A    Right.

3    Q    Okay.  So, under this payment OPC gets its convenience

4    fee, right, just like always?

5    A    Right.

6    Q    But American Express Cardmembers are given a new

7    incentive to use their credit card for tax payments, right?

8    A    Right.

9    Q    Okay.  And, again, this benefits Official Payments,

10   right?

11   A    That's right.

12   Q    You talked about the Choice Pay site.  Let me ask you a

13   few questions about that.  You said, I think I've got it

14   right, that the Choice Pay site was created because, in your

15   words, the associations had rules that prevented having

16   different convenience fees on a single site?

17   A    For the same -- for competitive card types.

18   Q    So, different convenience fees for Visa versus MasterCard

19   versus American Express or Discover?

20   A    Credit cards.

21   Q    I just want to focus on your choice of the word

22   "associations."  You're aware that Visa regulations continue

23   to prohibit convenience fees that are not applicable to all

24   forms of payment accepted in the payment channel, right?

25   A    In the tax base it's no longer the case, there are

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1   service fees and there is a lot more flexibility on how

2   they're offered and displayed.

3   Q    Are you aware of whether or not the federal government's

4   consent decree with Visa and MasterCard in this case covered

5   convenience fees?

6   A    I don't understand your question.

7   Q    If you don't understand the question, then you probably

8   don't know the answer either so I'll move on.

9   A    Yeah.

10  Q    You talked about the negotiations with American Express

11  regarding the Choice Pay site?

12  A    Right.

13  Q    And I think you described them as difficult and you said

14  that there was a termination letter that was sent during the

15  negotiations.

16          So, just to make sure I'm clear on the context;

17  From its inception, Official Payments was allowed to run

18  the Choice Pay site without American Express on it up

19  through whatever year they'll join, at this point 2015,

20  notwithstanding anything in American Express's rules, right,

21  you ran the Choice Pay site.

22  A    We did.

23  Q    And as early as 2012 American Express started making

24  efforts to get on the Choice Pay site by offering a lower

25  price to Official Payments, right?

Mitchell/Cross/Brenner

1   A     That's right.

2   Q     And the parties could not reach, I think the way you said

3   it in deposition was, the two sides could not come to business

4   terms on rates, right?

5   A     That's right.

6   Q     I don't want to get into the particulars of rates because

7   of confidentiality issues but last summer Choice Pay and

8   American Express did agree to a rate that would allow American

9   Express to be on the Choice Pay site, correct?

10  A     That's right.

11  Q     Okay.  And that rate was actually lower than rates they

12  had previously offered to Official Payments, right?

13  A     Right.

14  Q     So, over the course of these negotiations beginning at

15  least back in 2012, as I understand it, American Express

16  lowered its rate to try to gain acceptance on the Choice Pay

17  site, right?

18  A     That's right.

19  Q     In the final agreement American Express also agreed to

20  pay Official Payments marketing funds as part of the deal that

21  got American Express on the Choice Pay site, correct?

22  A     That's correct.

23          MR. BRENNER:  Your Honor, I failed to offer into

24  evidence DX 7824, that's the document with copying problems.

25  So, I would propose offering it now but replacing it if

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1   there's a better copy available from the Department of

2   Justice.

3                  MS. MITCHELL-TOMBRAS:  Your Honor, no objection.

4   We'll work with defense.

5                  THE COURT:  All right.  DX 7824 is received into

6   evidence.

7                  (Defendant's Exhibit 7824 so marked in evidence.)

8                  THE COURT:  You read from DX 6515.

9                  MR. BRENNER:  I defer to Your Honor.  Again, I

10  wasn't offering it for the truth but if you want for

11  completeness.

12                 THE COURT:  I just think if it is not offered for

13  the truth, that it shouldn't be a problem and I just want to

14  preserve the record for appellate review.  Is there any

15  objection --

16                 MS. MITCHELL-TOMBRAS:  No objection.

17                 THE COURT:   -- for the limited purpose of providing

18  it in the record for appellate review?

19                 MS. MITCHELL-TOMBRAS:  No objection, Your Honor.

20                 THE COURT:  All right.  DX 6515 is received for that

21  limited purpose.

22                 (Defendant's Exhibit 6515 so marked in evidence.)

23                 THE COURT:  All right.

24  Q    I want to talk about debit now, Mr. Mitchell, and you

25  were asked by counsel for the government about whether or not

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1   there's a threshold where you see people are more or less

2   interested in using debit, remember that?

3   A    Yes.

4   Q    And you said that it was skewed for debit below the $300

5   threshold, right?

6   A    That's right.

7   Q    And it changes once you get above the $300 threshold,

8   right?

9   A    Right.

10  Q    You were deposed in this case in December 2012, are you

11  aware of that?

12  A    Yes.

13  Q    Approximately a year and a half ago, right?

14  A    Right.

15  Q    And you were asked the same question by counsel for the

16  government during that deposition about whether or not there's

17  a certain threshold in which a customer would prefer to use a

18  credit card rather than a debit card and what you said then

19  was that in your business it's roughly $250, do you remember

20  saying that?

21  A    Yes.

22           MS. MITCHELL-TOMBRAS:  Your Honor, I'm sorry, could

23  he give line and page.

24           MR. BRENNER:  Sure, my apologies.

25           THE COURT:  Good idea.

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

```
 1          MR. BRENNER:  I'm looking now at page 29, line

 2   three, for the rest of that page.

 3          THE COURT:  And that's at the deposition of this

 4   witness?

 5          MR. BRENNER:  In this case, Your Honor.

 6          THE COURT:  In this case.

 7          MR. BRENNER:  United States against Amex.

 8          THE COURT:  In December 2012?

 9          MR. BRENNER:  Right.

10   Q    So, a year and a half ago your sworn testimony was that

11   the threshold in terms of a decision using the credit versus a

12   debit card was $50 less than it is today, correct?

13   A    That's right.

14   Q    And if we go back and look at DX 7824, that was the

15   document with the average transaction sizes for the 2010 time

16   period, do you remember that?

17   A    That's right.

18   Q    And if you look at the third page of this document, Bates

19   ending 239, and you go back to that fourth bullet where we

20   were before, looking at average payment size, three different

21   credit card networks, you see there's also an average PIN-less

22   debit card payment figure?

23   A    Yeah.

24   Q    And you see that that number is higher than $300,

25   right?
```

1   A     Yeah, this is specific to the IRS business though, so

2   again this is not our whole business portfolio.  The number I

3   was talking about earlier was much broader than the IRS.

4   Q     So, for the entire portfolio, the number you said at your

5   deposition a year and a half ago was $50 lower than it is

6   today, correct?

7   A     That's right.

8   Q     And for the IRS portfolio, the number you were reporting

9   to the IRS back in 2010 is higher than the threshold you

10  identify today, right?

11  A     That's correct, tax payments are higher.  Tax payments

12  are a small portion of our overall business.

13  Q     About a third right?

14  A     About a third.

15  Q     We've heard a lot in this case about the Durbin Amendment

16  and how it regulated debit fees and there was reference to

17  that in the document you were looking at earlier today, and

18  just to be express about it, Official Payments is one of the

19  merchants whose debit rates fell as a result of the Durbin

20  Amendment, right?

21  A     That's right.

22  Q     And OPC wants to move people from credit to debit as a

23  consequence of that rate difference, I think there was a slide

24  I saw in PX 1337 that -- A, 1337-A that we were looking at

25  earlier that talked about driving every transaction towards

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1   debit cards, right?

2   A    Right.

3   Q    That that's something that is Official Payment's goal,

4   correct?

5   A    Right.

6   Q    And prior to the Durbin Amendment passing, the Official

7   Payments site was very focused on credit and used words like

8   use your credit card here and then after Durbin you added

9   specific language around debit cards and you gave consumers

10  the choice of entering their debit card, right?

11  A    Right.

12  Q    And you have been successful in moving some people from

13  credit to debit, right?

14  A    Some.

15  Q    And I think we saw on one of the documents we were

16  looking at earlier that you offer a flat fee for Visa debit

17  transactions, right?

18  A    That's right, in the tax base we do.

19  Q    So, it is a $3.95 flat fee if you want to pay your

20  federal tax liability with a Visa debit card, correct?

21  A    That's correct.

22  Q    And you implemented that fixed debit rate for Visa debit

23  transactions before the Durbin Amendment, right?

24  A    That's right.

25  Q    And there have been no changes to the debit rate you

Mitchell/Cross/Brenner

1    offer consumers in the federal tax base after the Durbin

2    Amendment, right?

3    A    Next year there will be.

4    Q    But from when Official Payments started paying lower

5    debit rates because of the Durbin regulation?

6    A    Yeah, so the $3.95 was a requirement for Visa.  The

7    reason it was there was because Visa required it as part of

8    their rules, convenience fee and rules in tax.

9    Q    And so, until you change it next year you have been

10   paying lower fees to debit -- for debit to Visa based upon

11   Durbin but the flat rate for consumers has been the same if

12   they pay with Visa debit, correct?

13   A    That's right.  The cost structure in tax makes $3.95

14   marginally workable for us.

15   Q    One question, you've talked about your -- additional

16   question, you've talked about your desire to steer through a

17   variety of different methods.  I don't want to go into the

18   particulars because we no longer have a closed courtroom but

19   let me just explore one more issue on this.

20           You said that one of the ways people come to your

21   site is because the card associations will advertise this

22   payment service and these capabilities to their cardholders,

23   right.

24   A    That's right.

25   Q    In other words, there have been marketing partnerships

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Cross/Brenner

1   that Official Payments has had with card networks such as

2   American Express, right?

3   A    Right.

4   Q    And proprietary websites for cardmembers like American

5   Express talk about the fact that Official Payments and others

6   like it can do this to try to induce people to come to your

7   site, correct?

8   A    Right.

9   Q    And Official Payments and American Express have put out

10  advertising in the past together, right?

11  A    Yes.

12  Q    So, if someone is attracted to your site based upon an

13  American Express promotion and then they start entering in

14  their American Express Card information for payment, you would

15  then, under the various methods you've described for steering

16  or otherwise, be interested in steering that American Express

17  Card member to some other payment form that is cheaper to

18  Official Payments, right?

19  A    Probably not.

20  Q    How would you know how they got to the website, based on

21  a newspaper ad?

22  A    Because the way we advertise and the way they would enter

23  the URL, for example, would be very specific to that

24  advertisement or the redirect from wherever they came from and

25  we would have a very, very good idea of where they came from

1  and how they got to us.

2  Q    You know that not every single American Express

3  Cardmember who learns about Official Payments from American

4  Express is going to come from an American Express URL, right,

5  they could just Google you after hearing about you a day, a

6  week, a month before, right?

7  A    That's right.

8  Q    And in that instance you would have no way of knowing

9  whether or not the American Express Cardmember had been

10 attracted to your website based upon an American Express

11 promotion, right?

12 A    That's correct.

13 Q    And you would have no way to not steer the American

14 Express Cardmember in that instance, right?

15 A    That's right.

16        MR. BRENNER:  No further questions, Your Honor.

17        THE COURT:   Anything else?

18        MS. MITCHELL-TOMBRAS:  Yes, Your Honor, just a few

19 minutes.

20        THE COURT:  Please.

21 REDIRECT EXAMINATION

22 BY MS. MITCHELL-TOMBRAS:

23 Q    Mr. Mitchell, following up on the last question that was

24 asked, what does Official Payments -- what benefit to

25 customers does Official Payments hope to provide by offering

1    different price options on the check-out page?

2    A    For the consumer who is coming to us as a general shopper

3    who has a tax bill or a liability of some kind that they need

4    to pay, our goal is to offer them the lowest cost service

5    possible for the particular way they choose to make that

6    payment.

7    Q    If they want to pay with a higher cost rewards card, how

8    does Official Payments feel about that?

9    A    That's their choice, we don't have a problem with that.

10   Q    You testified that some billers don't always choose Amex;

11   is that correct?

12   A    That's correct.

13   Q    Does Official Payments typically obtain new clients

14   through an RFP process?

15   A    We do.

16   Q    Can you describe how that process typically works?

17   A    The biller will issue a request for proposal, we will

18   respond to it with our capabilities, our technology and the

19   information that we would provide as part of a normal RFP

20   response as well as a pricing structure that would offer to

21   that particular biller pricing based on the card mix,

22   different card mix capabilities that we have.

23   Q    And you offer the client different prices based on which

24   credit card networks are included?

25   A    Yes.

Mitchell/Redirect/Mitchell-Tombras

1  Q    And how do those prices differ based on the portfolio of

2  credit?

3  A    They're lower -- if it is a debit only type process, it

4  is lower.  If it includes Visa and MasterCard credit, it's

5  higher.  If it includes American Express, it is higher.

6  Q    As a result, what decision do some billers make?

7  A    Sometimes they choose not to include American Express.

8  Sometimes they choose debit only.

9  Q    If Official Payments was allowed to differentially price

10 different credit transactions, would that change clients'

11 incentives to accept American Express?

12 A    It might.  It likely would.  They wouldn't have to make a

13 choice, they would allow their consumers to make the choice

14 because they would see the different prices themselves and

15 choose to use a higher rewards card or not.

16 Q    The way that the rules work now, if a client were to

17 accept American Express, how would that impact the prices that

18 customers who use the less expensive credit cards pay?

19 A    They would all have to pay the same rate.

20 Q    You mentioned earlier that you're familiar with the term

21 "mandatory payments"?

22 A    Yes.

23 Q    Is it unique in the federal tax base that there are three

24 processors?

25 A    It's relatively unique.  Normally we have a direct

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Redirect/Mitchell-Tombras

1   relationship with our client and we're the only ones

2   providing the service or one of our competitors would be

3   the only one providing the service to their particular

4   clients.

5   Q    Outside the federal tax base it's typical to have one

6   processor?

7   A    Yes.

8   Q    And most of the clients are in the mandatory payments

9   business?

10  A    Yes, they are.

11  Q    So, if your clients outside of the federal tax base don't

12  accept your preferred form of payment, do you have another

13  option if you want to pay by credit or debit card?

14  A    Well, you could.  I mean you can either use a different

15  card type that we offer or you can follow a more traditional

16  path and mail in a check or go to the office and pay.

17  Q    If you want to pay with your preferred type of card

18  that's not accepted, can you pay your bill to the county next

19  to you?

20  A    No.

21  Q    You were asked some questions about the Pay with Points

22  program, do you recall that?

23  A    Yes.

24  Q    Is that still a program between American Express and

25  Official Payments?

1    A      Not in the way it was back in 2010.  In 2010 the taxpayer

2    actually had the choice online of their payment transaction

3    while they were on our site to use points to pay.  American

4    Express took that program, canceled it with us and now

5    essentially you go to the American Express site and offset any

6    kind of transaction on your bill, whether it's a tax payment

7    or grocery store or whatever, with points.

8              THE COURT:  So, it is not directly to you?

9              THE WITNESS:  Right.

10             THE COURT:  It's a program where when you get your

11   American Express bill, you pay part of the bill with your

12   points?

13             THE WITNESS:  That's exactly right.

14             THE COURT:  What is the impact on you as a

15   merchant?

16             THE WITNESS:  Well, it makes it a lot harder for our

17   consumers to take advantage of the program.  Previously it was

18   something that we offered online in the check-out and now

19   essentially all we can do is point the cardmember to the

20   website that explains it on American Express's own site and

21   then they just have to wait on their bill to come in -- they

22   have to go ahead and make the full payment, wait on their bill

23   to come in and then offset the cost of the transaction.

24             So, it's far less convenient and we actually have no

25   idea how many taxpayers are taking advantage of it anymore.

1          THE COURT:  And so, if someone on your site decides

2    to utilize the American Express Card, do you advise the member

3    that they may be able to pay with points at the other end when

4    they get their bill?

5          THE WITNESS:  We didn't last year but we will going

6    forward.

7    Q    To your knowledge, do other credit card networks offer

8    incentives to pay their tax liability or convenience fee with

9    points or other kinds of rewards from their cards?

10   A    Not in the manner that we were talking about with

11   American Express earlier.  They do have offers similar to

12   American Express where you can offset charges on your monthly

13   bill with points.

14   Q    Is Official Payments interested in the way that we

15   described that we won't go into detail here in the open

16   court, interested in providing customers with a range of

17   lower price card options?

18   A    Yes.

19   Q    Both credit and debit options?

20   A    Yes.

21   Q    Why is that?

22   A    Again, just to offer them choices, they can make their

23   own choice as to whether they want to use their rewards card

24   or not or if it is more important for them at that moment in

25   time to save some money.

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

1              MS. MITCHELL-TOMBRAS:  Thank you, Mr. Mitchell.  No

2       further questions.

3              THE COURT:  Mr. Brenner, anything else?

4              MR. BRENNER:  One document on the question you

5       asked, Your Honor, that may help clarify what they do, if I

6       may.

7              THE COURT:  Sure.

8       RECROSS-EXAMINATION

9       BY MR. BRENNER:

10      Q     Mr. Mitchell, if you can look at my book to DX 7431.

11      A     Okay.

12      Q     And this is a printout of the Official Payments -- or at

13      least one page of the Official Payments website, correct?

14      A     Right.

15      Q     And you can see based upon the date at the bottom, we

16      printed this out June 2014?

17      A     Okay.

18      Q     Would you agree that this represents what is currently on

19      the Official Payments website?

20      A     Yes.

21      Q     And you can see here this page talks about special offers

22      and in particular how you can use your American Express Card

23      to pay your federal, state and local taxes through Official

24      Payments, then it goes on to talk about click here to learn

25      more about how you may be able to use Membership Reward points

Mitchell/Recross/Brenner

 1   towards your federal tax payment and convenience fee?

 2   A     Right.

 3   Q     This is what's on the Official Payments website?

 4   A     Right.  This was added after the end of April 15th's tax

 5   peak.

 6             MR. BRENNER:  Your Honor, I would move DX 7431 into

 7   evidence.

 8             MS. MITCHELL-TOMBRAS:  No objection, Your Honor.

 9             THE COURT:  All right.  And I notice here there's a

10   reduced fee offer for federal payments over $100,000.

11             THE WITNESS:  That's right.

12             THE COURT:  I'd like to know how often is that

13   utilized.

14             THE WITNESS:  It's surprising but it's utilized

15   more than you would expect.  We do gets lots of large tax

16   payments.

17             THE COURT:  I see.  That's outstanding.  We like to

18   keep the lights on here.

19             MR. BRENNER:  I think it is actually in the

20   document we entered, Your Honor.  I'm not remembering what

21   the DX number is without my full outline up here.  It does

22   actually identify how many such transactions there are.  It

23   is the document where we had copying problems if you're

24   interested.

25             THE COURT:  All right.  I'll read it with great

Mitchell/Recross/Brenner

1    interest.

2            DX 7431 is received in evidence.

3            (Defendant's Exhibit 7431 so marked in evidence.)

4            THE COURT:  Anything else from the government?

5            MS. MITCHELL-TOMBRAS:  No, Your Honor.

6            THE COURT:  All right.

7            Mr. Mitchell, you're excused.

8            THE WITNESS:  Thank you.

9            THE COURT:  Stay healthy.

10           THE WITNESS:  I will.

11           THE COURT:  Okay.

12           MR. BRENNER:  Thank you.

13           (Witness steps down.)

14           THE COURT:  Mr. Conrath.

15           MR. CONRATH:  Your Honor, Ms. Musser will be

16   handling the documents.

17           THE COURT:  Oh, the documents.

18           Ms. Musser, go forward with the documents.

19           MS. MUSSER:    As a preliminary matter, Your Honor,

20   we have about six binders that contain copies of documents

21   that we're happy to give the Court.

22           Alternatively, I think we'll only need to discuss in

23   any detail two documents.

24           THE COURT:  Okay.  Well, I take it there's no

25   controversy about the six binders full of documents.

1              MS. MUSSER:  No, Your Honor.  I think after talking

2     with Mr. Orsini this morning we'll want to clarify two

3     documents for the record but other than that, I don't

4     anticipate any disagreement.

5              MR. ORSINI:  Your Honor, Kevin Orsini.

6              That's sort of right but not entirely right.

7     There are two documents where, as I'm sure Ms. Musser is

8     going to explain -- the vast majority we've stipulated, we

9     have no objection.  There were a small number of documents

10    where there were within these American Express documents

11    hearsay statements of third parties and what I said to the

12    government last night in a letter was as long as those

13    statements are not being offered to prove the truth of the

14    matter asserted in the hearsay statements, we have no

15    objection, and I understand Ms. Musser is going to cover that

16    and they're not offering it for those purposes.  So, those

17    documents, there's no issue about them.

18             Then there's the remaining category of roughly five

19    or six documents which reflect survey data similar to a lot of

20    the survey data Your Honor has already ruled on.  We are

21    objecting to that survey data as we have with the other

22    surveys to preserve our objections subject to Your Honor's

23    rulings earlier in the trial.

24             THE COURT:  Thank you.

25             MS. MUSSER:   Your Honor, if I may?

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

1                 THE COURT:  Yes, you may.

2                 MS. MUSSER:  Your Honor, for your reference I have

3    handed the Court what's been marked as PX 2769.  This contains

4    exhibits that Mr. Orsini included in his letter to the Court

5    yesterday evening with the exception of four, there are four

6    exhibits, PX 0221--

7                 THE COURT:  Wait.  Are they on this list?

8                 MS. MUSSER:  No, they're not.  Those are four

9    documents Mr. Orsini included on his list yesterday that have

10   been admitted into evidence already.

11                THE COURT:  Do we have his letter?

12                MS. MUSSER:  I have his letter, Your Honor.  I can

13   also admit that into evidence.

14                (Pause.)

15                THE COURT:  Go ahead.

16                MS. MUSSER:  All right, Your Honor.

17                So, PX 2769 contains all the exhibits listed in

18   PX 2767 attached to Mr. Orsini's letter except for four

19   exhibits which are PX 0221, PX 0770, PX 1099 and PX 1101.

20   These documents were admitted into evidence on Monday,

21   August 11th and so we did not include them on PX 2769 in the

22   list of documents to be admitted today.

23                THE COURT:  All right.  So, those four documents are

24   already admitted?

25                MS. MUSSER:  Correct.

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Recross/Brenner

1      MR. ORSINI:  That's right.  They've been taken off

2  this list because they're already in.  We had no objection at

3  that time.

4      THE COURT:  Right.  So, let's talk about the

5  documents on the list.

6      MS. MUSSER:  Your Honor, looking at Exhibit A which

7  is the first page of 2769, our understanding is there are no

8  objections to moving these into evidence, so we propose to

9  move these into evidence en masse for the convenience of the

10  Court and we move to admit the exhibits listed in Exhibit A

11  into evidence.

12      THE COURT:  All right.

13      MR. ORSINI:  Your Honor, as I stated earlier, we

14  don't have an objection.  The way we were able to resolve this

15  issue was the government agreed to provide us with some detail

16  about in good faith the sections of those documents they

17  currently anticipate citing in their post-trial submission so

18  that we had some fair notice as to what these documents might

19  be used for.

20      THE COURT:  All right.  First of all, I'm going to

21  admit PX 2769 which is your cover letter attaching Exhibits A,

22  B and C.

23      The exhibits on Exhibit A to Exhibit PX 2769 are

24  received in evidence without objection.

25          (Plaintiff's Exhibits 2769 and the exhibits listed

1    on Exhibit A therein so marked in evidence.)

2              As to Exhibit B.

3              MS. MUSSER:  Your Honor, on Exhibit B we are not

4    offering for the truth of the matter PX 0226, PX 0450,

5    PX 1057, PX 1074 and PX 1167 for the truth of the matter

6    asserted.  With that understanding, we offer those exhibits

7    into evidence.

8              THE COURT:  All right.  PX 0226, PX 0450, PX 1057,

9    PX 1074 and PX 1167 are received in evidence with the

10   stipulation that you've just articulated.

11             MR. ORSINI:  No objection, Your Honor.

12             (Plaintiff's Exhibits 0226, 0450, 1057, 1074, 1167

13   so marked in evidence.)

14             THE COURT:  Okay.  What about the other two?

15             MS. MUSSER:  Your Honor, just to clarify for the

16   record, there are -- Mr. Orsini and American Express

17   identified particular pages within these documents that

18   contained hearsay.  Our understanding is those pages are not

19   offered for the truth of the matter asserted but other pages

20   within the document that were not identified by Mr. Orsini and

21   American Express are offered for the truth of the matter

22   asserted.

23             THE COURT:  Is this as to those other two exhibits

24   or as to the ones that I just admitted?

25             MS. MUSSER:  The ones you just admitted.

Mitchell/Recross/Brenner

 1                 THE COURT:  All right.  I understand that.

 2                 MR. ORSINI:  That's accurate, Your Honor.

 3                 THE COURT:  All right.

 4                 MS. MUSSER:  Your Honor, if I may approach with

 5       PX 0690 and copies of PX 1209.

 6                 THE COURT:  All right.

 7                 (Pause.)

 8                 MS. MUSSER:  Turning to PX 0690.

 9                 THE COURT:  Yes.

10                 MS. MUSSER:  Looking at the line starting:  "In

11       recent years," this is below the: "Please note Southwest

12       counterpoints."

13                 THE COURT:  I'm sorry, in the middle of the first

14       page?

15                 MS. MUSSER:   In the middle of the first page, the

16       second bullet point that starts:  "In recent years Amex."

17                 THE COURT:  Yes.

18                 MS. MUSSER:  We are not offering that sentence for

19       the truth of the matter asserted.  With that stipulation, we

20       offer the document for the truth of the matter asserted with

21       the exception of that sentence into evidence.

22                 MR. ORSINI:  Your Honor, that doesn't quite address

23       our objections actually.  All of those bullet points in that

24       section are summarizing or at least purport to be summarizing

25       counterpoints from Southwest Airlines, an entity that is

Mitchell/Recross/Brenner

1    obviously not American Express.

2              For example, in the first one where they're

3    describing a stepped up offering as insignificant, to the

4    extent that the government is offering these bullet points

5    which reflect Southwest statements, that is hearsay and to

6    the extent they want to use those bullet points for the

7    truth of the matters asserted in those bullet points, we do

8    object.

9              MS. MUSSER:  Your Honor, we view those as notes that

10   are American Express's understanding of Southwest's position.

11   There's no evidence that those are notes of a meeting or

12   summarize -- or some sort of note taking of Southwest

13   statements and even if they are, we view they are adopted

14   admissions.  This is an e-mail from Peggy Sousa to Kim Goodman

15   reporting on her understanding of the Southwest negotiations

16   and to the best of her knowledge.

17             MR. ORSINI:  Your Honor, the fact that someone has

18   written down or summarized a statement someone else makes

19   doesn't render it not hearsay.  It's also not an adoptive

20   admission simply because you e-mail this statement that

21   someone made to someone else within the business.  They had

22   the Southwest witness on the stand, they asked the Southwest

23   witness questions about their position.  That's the

24   appropriate vehicle for getting in Southwest's perspective on

25   a particular offer that was or was not made, not pointing

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

 1  to --

 2          THE COURT:  Yes, I agree with you.  And if they want

 3  to bring back someone from Southwest to talk about this on the

 4  rebuttal case, they can.

 5          MS. MUSSER:    Your Honor, we don't offer this for

 6  the truth of the matter asserted.

 7          THE COURT:  All right.  Well, this whole section,

 8  the section that starts with:  "Please note Southwest

 9  counterpoints," that's not being offered for the truth of the

10  matter asserted?

11          MS. MUSSER:  No, Your Honor.

12          THE COURT:  All right.  With that understanding --

13          MR. ORSINI:  With that understanding, no objection,

14  Your Honor.

15          THE COURT:  With that understanding, PX 0690 is

16  received into evidence.  All right.

17          (Plaintiff's Exhibit 0690 so marked in evidence.)

18          MS. MUSSER:  Your Honor, turning to PX 1209.

19          THE COURT:  Okay.  What's the issue here?

20          MS. MUSSER:  Your Honor, American Express has

21  identified the pages ending in Bates number 857 to 861 as

22  containing embedded hearsay and those two Bates number, I am

23  referring to the Bates numbers closest to the bottom.

24          THE COURT:  I see the Bates numbers but what about

25  it is embedded hearsay?

1          MR. ORSINI:  Your Honor, these pages are a summary

2     of a meeting that American Express had with RBA, Reserve Bank

3     of Australia.  There are a variety of statements attributed to

4     American Express executives.  We don't object to those, those

5     are obviously admissions, but there are a variety of

6     statements attributed to personnel at the Reserve Bank.  To

7     the extent those are being offered for the truth of the

8     matter, we would object to that.

9          MS. MUSSER:  Your Honor, we're not offering the

10    statements made by the Reserve Bank officials for the truth of

11    the matter asserted.  Our understanding of what we're offering

12    this document for is consistent with Mr. Orsini's statements,

13    we're only offering American Express statements contained in

14    these pages for the truth of the matter asserted.

15         MR. ORSINI:  With that understanding, Your Honor,

16    there's no objection from American Express.

17         THE COURT:  With that understanding, PX 1209 is

18    received in evidence.

19              (Plaintiff's Exhibit 1209 so marked in evidence.)

20         THE COURT:  What else do we have here?

21         MS. MUSSER:  Turning to Exhibit C of PX 2769.

22         THE COURT:  Yes.

23         MS. MUSSER:  We offer the documents contained in

24    Exhibit C into evidence for the truth of the matter asserted.

25         MR. ORSINI:  Your Honor, as I noted earlier, these

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Mitchell/Recross/Brenner

1  are documents that contain survey evidence.  Your Honor has

2  ruled on these surveys or other surveys earlier in the trial,

3  we understand those ruling, we're not asking Your Honor to

4  readdress those.

5            THE COURT:  You're preserving your rights.

6            MR. ORSINI:  That's correct, Your Honor.

7            THE COURT:  All right.  With the understanding that

8  the defense objects to the six exhibits in Exhibit C, I

9  overrule those objections and PX 0044, 0634, 0865, 1110, 1677

10  and 1012 are received in evidence.

11            MS. MUSSER:  Thank you, Your Honor.

12            (Plaintiff's Exhibits 44, 634, 865, 1110, 1677, 1012

13  so marked in evidence.)

14            THE COURT:  Do we have anything left to discuss over

15  the Labor Day weekend then?

16            MR. CONRATH:  No, Your Honor.

17            MR. CHESLER:  We might, Your Honor, but it won't

18  have anything to do with the case.

19            THE COURT:  All right.  Thank you very much.  All

20  right.

21            MR. CONRATH:  Your Honor, plaintiffs rest.

22            THE COURT:  All right.  Very well.  Thank you.

23            Now we'll take a ten minute break and then we will

24  resume with --

25            MR. CHESLER:  Professor Bernheim.

HOLLY DRISCOLL, CRR, CSR   Official Court Reporter

Mitchell/Recross/Brenner

1              THE COURT:  Professor Bernheim.  All right.  Very

2    well.

3              All right.  Before we go, I think Professor Hemphill

4    is here and he'll be with us for the testimony of Professor

5    Bernheim but, of course, Professor Hemphill has already filed

6    his report in the class case.

7              All right.  Thank you.

8

9              (Recess taken.)

10             (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                HOLLY DRISCOLL, CRR, CSR   Official Court Reporter

1              THE COURT:  Please be seated.

2              All right.  Anything before we go to the next

3      witness?

4              MR. CONRATH:  Nothing from us, Your Honor.

5              THE COURT:  We're going to have to break a little

6      early for lunch because I have a criminal matter I need to do,

7      10, 15 minutes, it depends on when they're ready, and then we

8      will resume at 2:00.  I can go as late as six tonight, all

9      right, and then all day tomorrow for the balance of the

10     witness' examination, cross-examination, redirect, recross,

11     however we have to deal with it.

12             So, you may call your next witness.

13             MR. CHESLER:  We call Professor Douglas Bernheim,

14     Your Honor.

15             THE COURT:  Very well.

16             (Witness takes the stand and sworn by the clerk.)

17     B E R T   D O U G L A S   B E R N H E I M,  having been

18     first duly sworn was examined and testified as follows:

19             THE CLERK:  Please state your name for the

20     record.

21             THE WITNESS:  Bert, B E R T, Douglas, Bernheim,

22     B E R N H E I M.

23             THE CLERK:  Please be seated.

24             THE COURT:  Mr. Chesler, you may inquire.

25             MR. CHESLER:  Thank you, Your Honor.

                HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Bernheim/Direct/Chesler

1   DIRECT EXAMINATION

2   BY MR. CHESLER:

3   Q     Good morning, Professor.

4   A     Good morning.

5   Q     Dr. Bernheim, by whom are you employed?

6   A     I'm employed by Stanford University.

7   Q     What position do you hold there?

8   A     I have an endowed chair in the Department of Economics,

9   I'm the Edward Ames Edmonds Professor of Economics.

10  Q     And as of this fall, will you be taking on any additional

11  responsibilities at the university?

12  A     Yes, I will, as of another couple of weeks I'll be taking

13  over as Chairman of the Economics Department.

14  Q     At Stanford?

15  A     At Stanford, yes.

16  Q     Would you look, there should be a book in front of you;

17  I'd like you to look at the first document in the book, it's

18  marked Defendant's Exhibit 6463-A.

19        Do you have that, sir?

20  A     I do, yes.

21  Q     Would you take a moment to look at that and tell us what

22  that is?

23  A     This is my curriculum vitae.

24  Q     Is it accurate, as far as you know?

25  A     As far as I know, it looks like one that I prepared and I

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Bernheim/Direct/Chesler

1    think that, you know, there are always updates to these things

2    but I believe this is accurate.

3            MR. CHESLER:  Your Honor, I offer 6463-A.

4            MR. CONRATH:  No objection, Your Honor.

5            THE COURT:  Exhibit 6463-A is received in evidence.

6            MR. CHESLER:  Thank you.

7            (Defendant's Exhibit 6463-A so marked in evidence.)

8    Q    Professor, within the discipline of economics is there

9    any field or are there fields in which you have specialized

10   over the years?

11   A    Yes, I'm a microeconomist and in that general field I've

12   worked on a number of different areas, one of which is the

13   field of industrial organization which studies competition

14   between firms within industries.  Another area that I've been

15   spending a lot of time working on in recent years is

16   behavioral economics which studies the psychology of economic

17   decision making and I've spent a quite a bit of time studying

18   financial sophistication and financial decision making by

19   consumers as well as phenomena like social influences on

20   economic decision making.

21   Q    You mentioned you are a microeconomist; what is the field

22   of microeconomics?

23   A    Broadly we divide economics into two branches,

24   microeconomics and macroeconomics.  Microeconomics is the

25   study of the individual decision makers in markets.

Bernheim/Direct/Chesler

1    Macroeconomics is the study of the whole economy.

2    Q    For how many years have you been on the faculty at

3    Stanford?

4    A    I joined the Stanford faculty originally in 1982 but I

5    haven't been there continuously because I held positions at

6    Princeton University and at Northwestern University, in the

7    business school at Northwestern, the Kellogg School.  So,

8    it's been 32 years all together minus six, I guess about 26

9    years at Stanford on the faculty.

10   Q    For how many of these six years were you on the faculty

11   of Princeton?

12   A    Four.

13   Q    For two you were at the business school at Northwestern?

14   A    Correct.

15   Q    Have you previously testified in judicial proceedings as

16   an expert witness?

17   A    I have, yes.

18   Q    Approximately how many times, sir?

19   A    I actually didn't count.  I think it's on the order of

20   six, seven, eight, something like that.

21   Q    Have you been accepted as an expert witness in prior

22   judicial proceedings?

23   A    Yes, I have.

24   Q    In the field of economics?

25   A    Yes, I have.

Bernheim/Direct/Chesler

1   Q    Are you also a fellow of the American Academy of Arts and

2   Sciences?

3   A    Yes, I am.

4   Q    For how long have you been a fellow in the academy?

5   A    Oh, it's -- I was elected in the 1990s, it's I think been

6   15, 18 years, something like that.

7            MR. CHESLER:  Your Honor, we offer Professor

8   Bernheim as an expert in economics including in the fields of

9   industrial organization economics and behavioral economics.

10           MR. CONRATH:  No objection.

11           THE COURT:  All right.  The witness is deemed an

12  expert in the field of economics with those subspecialties in

13  particular.

14           MR. CHESLER:  Thank you, Your Honor.

15  Q    Professor, are you familiar in your professional life

16  with Professors Gilbert and Katz from the University of

17  California at Berkeley?

18  A    Yes, I've known both of them for decades.

19  Q    Do you have a professional opinion about each of their

20  qualifications as an economist?

21  A    I do.  They're both excellent scholars and I have a great

22  deal of respect for both of them and respect for both of their

23  opinions.

24  Q    Now, have you been following the trial of this matter,

25  United States against American Express, over the past six or

Bernheim/Direct/Chesler

1   seven weeks?

2   A    I have, yes.

3   Q    Have you read portions of the record and reviewed at

4   least some of the documents that are in evidence?

5   A    I have.  Of course, there's been a lot of documents in

6   evidence and a lot of testimony.  I can't say that I've read

7   all of it, certainly not all of it, I've read excerpts.

8   Q    Included among the excerpts you've read have you read the

9   testimony of Professor Katz?

10  A    Yes, I did read Professor Katz's testimony in its

11  entirety.

12  Q    And have you read the testimony of Professor Gilbert?

13  A    Yes, I have.

14  Q    Have you prepared a set of demonstrative exhibits to aid

15  in your presentation of your testimony here today?

16  A    Yes, I have.

17           MR. CHESLER:  Your Honor, we've handed around a book

18  that has in it -- that should have in it Defendant's Exhibit

19  7828 for identification which consists of a pretty significant

20  number of demonstrative exhibits and for demonstrative

21  purposes we offer Defendant's Exhibit 7828.

22           MR. CONRATH:  For demonstrative purposes, no

23  objection, Your Honor.

24           THE COURT:  All right.  Defendant's Exhibit 7828 is

25  received in evidence as a demonstrative exhibit.

Bernheim/Direct/Chesler

1              (Defendant's Exhibit 7828 so marked in evidence.)

2    Q    Would you turn, Professor, to Slide 2 in the

3    demonstrative exhibit.

4    A    Yes.

5    Q    Do you have that.

6              And does this reflect the summary of your

7    conclusions in connection with the work you've done in this

8    case.

9    A    Yes, it does.

10   Q    All right.  I'd like to turn to the first of the

11   categories or subjects covered or referred to on Slide 2

12   which is the Relevant Antitrust Market.

13             What is the basic process that economists follow

14   when defining a relevant product market for purposes of

15   antitrust analysis, Professor.

16   A    Well, in an instance where one is beginning with an

17   allegation about the conduct of a particular firm, one starts

18   with the products of that firm and begins by defining the

19   product and then the next step is to look for substitutes for

20   that product, things that customers might use as alternatives

21   to that product.

22   Q    Now, are you aware that, from your reading of portions of

23   the record, that Professor Katz suggested that it was not

24   necessary to determine a market definition or separately to

25   assess market power but instead he could look directly at the

1    effects of the non-discrimination provisions here on

2    competition?

3    A    I'm aware of that, yes.

4    Q    Is that a subject on which you have an opinion or a view

5    in proceeding in that fashion?

6    A    Yes, I do.

7    Q    And what is your opinion about that?

8    A    Well, I think that that's a fairly dangerous approach to

9    take in these kind of cases.

10   Q    Why do you say that?

11   A    Well, there are instances in which conduct can be subject

12   to very little interpretation, so that one can look at that

13   conduct and say this conduct both demonstrates the exercise of

14   market power and is anticompetitive.  So, for example, if you

15   have a firm that's extremely dominant in a market, say a firm

16   with 80 percent of a market, and that firm is taking actions

17   that on their face consistently are excluding rivals from the

18   market, you can look at that and say, well, one definition of

19   market power is the ability to exclude rivals and that's being

20   demonstrated by this conduct, the conduct is also

21   anticompetitive and so one can proceed directly.

22         That should be contrasted with cases in which when

23   you look at the conduct, there are alternative interpretations

24   of the conduct.  In those situations I think that it is very

25   important to look at market power because there is essentially

1    universal agreement among economists that a company cannot act

2    anticompetitively without market power.  So, if one has

3    competing explanations for the conduct as a sanity check, it

4    is important to look at market power and ask does this make

5    sense, it is another way of resolving which of two

6    interpretations of the conduct is the more likely one to be

7    true.

8            Now, if you look at the conduct and determine,

9    independent of thinking about market power, it does not

10   indicate anticompetitive -- it has no anticompetitive element,

11   then certainly there's no need to come back to the question of

12   market power but in the event that there are interpretations

13   that are surviving, one of which includes the possibility of

14   anticompetitive conduct, it is important to come back to

15   market power to distinguish between them.

16   Q    And is analyzing substitution of products important for

17   the market power analysis?

18   A    Yes, it's essential.

19   Q    And is analyzing substitution important for an analysis

20   of competitive effects?

21   A    Yes, it's essential for that as well, the allegations are

22   about the effect of conduct on substitution.

23   Q    So, I'd like to start with what you said was the first

24   element or topic to cover in the process of defining a market

25   and I think you said it was the identification of the product

Bernheim/Direct/Chesler

1   or products, correct?

2   A    Correct.

3   Q    And have you identified what the product or products here

4   are that should be considered as relevant to the market

5   definition?

6   A    Yes, I have.

7   Q    And what is your conclusion with respect to that?

8   A    Well, the products that are being offered by American

9   Express that are at issue here are transactions products,

10  they're products for bringing consumers and merchants together

11  and completing the transactions between them.

12  Q    I'd like you to turn to the chart that is Number 4 in the

13  demonstratives.

14       By the way, did you review Professor Gilbert's

15  testimony that the product at issue in this case, the

16  transactions, resides in a two-sided market.

17  A    I did, yes.

18  Q    Do you have an opinion about that view of Professor

19  Gilbert's?

20  A    Well, I think he's absolutely right and I don't think

21  that should be controversial, that is the right way to think

22  about this market.

23  Q    Is there anything about the two-sidedness of this market

24  that you would add to the fact that it is two-sided?

25  A    Yes, there are a couple of things that I think are

```
 1    important to keep in mind.  The first is that it is a very

 2    specific kind of two-sided market.  This is an issue that

 3    plays an important role in some of the analyses.

 4              Think of it this way, when Amex is providing a

 5    transaction service to a merchant, that is completing a

 6    transaction for the merchant, it is providing it to the

 7    consumer at the same time and when it provides it to the

 8    consumer, it is providing it to the merchant at the same time.

 9    Amex cannot provide a transaction service to the merchant and

10    not to the consumer or to the consumer and not to the

11    merchant.  There is one service being provided here in order

12    to complete the transaction.  That is different than many

13    other two-sided markets.

14              So, to take an example, think about newspapers which

15    I think is an example that's come up in this trial; so, with

16    newspapers, the two-sidedness involves readership on the one

17    hand and advertising on the other hand.  Now, a newspaper

18    company can vary the number of advertisements in the newspaper

19    without changing the readership and it can change the

20    readership without changing the number of advertisements, the

21    two sides are not hard-wired together.

22              Here there is a single product, a single thing being

23    sold, it just happens that two parties are paying for it at

24    the same time.  That's the first thing that I would add.

25              And then the second thing I would add is that it is
```

Bernheim/Direct/Chesler

1    very important to understand the nature of the transaction

2    services that Amex is offering.  On the consumer side what

3    Amex is trying to do, and I think what it has historically

4    been successful at doing, is what it says on this slide,

5    creating valuable transaction experience for cardholders.

6    When shoppers go to stores, they value what they buy but they

7    also value the nature of their transaction experience, that's

8    why people shop at favorite stores, for example.  The actual

9    transaction is part of that experience.  Amex understands its

10   value to customers and tries to enhance it.  That's my

11   understanding of their business model.  And similarly, there

12   is value being generated on the merchant side by driving

13   business to the merchants.

14   Q    Now, would you turn to the next slide, Slide 5.

15              Now, I take it you reviewed Professor Katz's

16   testimony that he defines a market that he called network

17   services to merchants, do you recall that.

18   A    I do recall that, yes.

19   Q    Would you explain what Slide 5 shows with respect to the

20   way in which Professor Katz defined the market here?

21   A    Sure.  Professor Katz is defining the market to be about

22   a product that is simply what he calls the network portion of

23   it.  It's essentially the part of this process that pushes the

24   electrons to complete the transaction.  In other words, the

25   markets that he defines are for products that do not include

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Bernheim/Direct/Chesler

1    most of what's going on on the consumer side and do not

2    include most of what's going on on the producer side.

3    Q    Is that the reason for the red X-s on Chart Number 5?

4    A    It is.

5    Q    Go ahead.

6    A    So, those red X-s are simply showing what isn't in his

7    product definition and what I'm saying in this chart is that

8    that's a very peculiar way for him to proceed and one that I

9    just can't agree with, and the reason is that Dr. Katz and the

10   government have a specific theory about where market power

11   emerges from.

12            The question is, well, where does it emerge from.

13   Under their theory, it emerges from these consumer services,

14   it emerges from what Amex does to create what they call and

15   what Amex has also called insistence.  So, that's all on the

16   consumer side.

17            Dr. Katz's market definition, when he starts with a

18   product, he defines the product in a way that excludes the

19   portion of Amex's activities that allegedly creates the market

20   power that the case is about and to me that makes no sense at

21   all.

22   Q    So, let's turn to the second step of the framework that

23   you mentioned which is identifying I think you said users for

24   the product in question and the alternatives available to

25   them, is that right?

1  A    The product in question and the alternatives available to

2  the users, yes.

3  Q    And have you conducted an analysis with respect to that

4  step?

5  A    I have, yes.

6  Q    Let's look at Slide Number 6 please.  Do you have that in

7  front of you?

8  A    I do.

9  Q    Okay.  Now, your first bullet on this slide which is

10  entitled Substitution Analysis says:  Start with Amex,

11  spendcentric not lendcentric.

12        What does that mean?

13  A    The "Start with Amex" simply means since this case is an

14  allegation about what Amex has done, we have to start with the

15  Amex products that are at issue.  When I look at those

16  products, they are different from many other GPCC cards.

17  There are different business models about how to proceed

18  within this GPCC sector and some of those are what are called

19  lendcentric approaches, which I think the Court has heard

20  about.  The Amex approach is a spendcentric approach.

21        The lendcentric approaches emphasize the importance

22  of revolving credit.  That is not an essential feature, a main

23  feature of what Amex is doing.  So, Amex's product is

24  differentiated at the start.  So, we're starting with a

25  product that is not quite like some of these other products

Bernheim/Direct/Chesler

1    that have been discussed so far.

2    Q    Did Professor Katz similarly start with Amex as the

3    starting point for his market definition effort?

4    A    No.  I was actually surprised to hear that in his

5    testimony.  Dr. Katz testified that he began with GPCC by

6    assumption.  Now, ultimately he and I don't disagree about

7    whether other GPCC cards should be in this market, we both

8    agree that they should, but this stopped him from thinking

9    about the nature of Amex's product in particular and its

10   substitutability with other products.

11   Q    Now, is it possible, in your view, that American

12   Express's products and debit products are closer substitutes

13   for one another than, for example, Discover and debit are or

14   Visa and debit are?

15   A    Yes, it is possible.

16   Q    And why do you say that?

17   A    Well, it relates back to this issue that I just discussed

18   about the central distinction between Amex's approach and the

19   approach of other GPCC companies, networks as being a

20   distinction between a lendcentric approach and a spendcentric

21   approach.  In a lendcentric approach revolving credit is more

22   important, revolving credit is the primary distinction between

23   debit and these other products that we've been talking about.

24           In the Amex business model this revolving credit

25   does not play a significant role.  It's much less important.

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Bernheim/Direct/Chesler

1   Q    Now, are you familiar in this context with something

2   called derived demand?

3   A    Yes, I am.

4   Q    What does that mean?

5   A    Well, derived demand is a concept that economists often

6   talk about to express the idea that a company will have a

7   demand for something because the company's customers demand it

8   and in this context I think that the important point is that

9   merchants' demands for payment products is derived from

10  customers' demands for those payment products.  The only

11  reason that a merchant wants to use a payment product is that

12  a customer wants to use the product.

13  Q    And in fact, if you look at Slide 7, you're familiar with

14  the stipulation in this case between the parties on that

15  subject?

16  A    Yes, I am.

17  Q    Is that what's reflected on your Chart Number 7, the

18  parties have stipulated that merchants' demands for payment

19  card acceptance is derived from consumers' demands for payment

20  card usage?

21  A    I'm sorry to interrupt.  Yes, it is.

22  Q    So, then let me ask if you would just look back for a

23  moment at Slide 6.  We just talked about the third bullet.

24       The fourth bullet says:  Analyze evidence on

25  reasonable interchangeability and consumer preferences.

Bernheim/Direct/Chesler

1          Explain to the Court what that involves doing.

2     A     Sure.  So, this step is the step where I ask is there

3     substitution between products.  Substitution is fundamentally

4     determined by the interchangeability of those products in the

5     minds of consumers, whether a consumer looks at these products

6     and says, well, I can use one or I can use the other because

7     they serve essentially the same purposes and they're serving

8     them in similar ways.

9          So, a very standard way for economists to address

10    this idea of substitution is to look at evidence of

11    interchangeability.

12    Q     And is that in fact, based upon your review of the record

13    here, what Professor Katz did in connection with his testimony

14    in the First Data case that he testified about here?

15    A     Is that part of the record here or from the First Data

16    case?

17    Q     He was asked about First Data here.  Why don't you look

18    at Slide Number 8.

19    A     Yes.

20    Q     What is this?

21    A     Right.  This is -- well, I think what's on the bottom

22    there is the trial testimony in this case and what's up at the

23    top is Dr. Katz's testimony on his report, his expert report

24    in the First Data case.

25          (Continued on next page.)

HOLLY DRISCOLL, CRR, CSR    Official Court Reporter

Bernheim/Direct/Chesler

BY MR. CHESLER:

Q    And is this at least a summary of the kind of interchangeability analysis that you were talking about using here?

A    It is.  I think that Dr. Katz is saying the same kind of thing that I'm saying here, that one way to think about substitution or a common way for economists to think about substitution between products is to look at this evidence of interchangeability --

Q    Correct.

A    -- and I think that's what he was doing, at least according to this report in the first data case.

Q    Now, in this case as opposed to the first data case, I take it you saw that Professor Katz talked about employing what he called the Hypothetical Monopolist or SSNIP test.  Did you see that in his testimony?

A    Yes, and in his reports.

Q    And did you employ a Hypothetical Monopolist Test here in connection with your efforts to define a relevant market?

A    No, I didn't.

Q    Why not?

A    Well, I didn't think in this case it would add much.  I think that in this case, the issues fundamentally come down to qualitative evaluations of the evidence on interchangeability, and in such instances, using a Hypothetical Monopolist Test is

Bernheim/Direct/Chesler

1      just not very informative.  It doesn't add anything.

2              Hypothetical Monopolist Tests add something to the

3      discussion in a context where an economist can come up with

4      quantitative estimates of the -- what we call them is

5      elasticities, sensitivities that -- behavior to changes in

6      price and other things -- that would determine the effects of

7      the price increase that one hypothesizes within the context of

8      a Hypothetical Monopolist Test.

9              Quantitative estimates of those sensitivities are

10     not available in this case.  I don't have them.  Dr. Katz

11     doesn't have them.  In addition, the Hypothetical Monopolist

12     Test in this case requires us to envision a world in which we

13     would have to do a lot of speculation.

14             So in particular, in this hypothetical world, Visa

15     and MasterCard would have to divest themselves of all of their

16     debit network capabilities, which would then be run by a

17     competitive industry aggressively trying to improve the

18     substitutability with credit and make incursions into that

19     market.  I find it speculative to talk about these

20     possibilities.  I don't think we have the data in quantitative

21     estimates that we need to do it.

22     Q    So to be clear, is it your position that it's not

23     possible to conduct a SSNIP test without having quantitative

24     data relating to demand elasticities?

25     A    No, it's not that it isn't possible.  What I'm saying is,

Bernheim/Direct/Chesler

1    it doesn't add anything.  It simply is another way of

2    expressing one's judgment about the qualitative evidence.  The

3    judgment still fundamentally remains a judgment about the

4    qualitative evidence.

5    Q    Now, have you on other occasions done a SSNIP test in the

6    presence of qualitative as opposed to the kind of quantitative

7    evidence you pointed out is lacking here?

8    A    Yes.  I've used the language of the SSNIP test in that

9    context.

10   Q    Did you use the language of a SSNIP test, for example, in

11   connection with your work in the AMD against Intel litigation?

12   A    I did, yes.

13   Q    So, why was it that you felt it was appropriate to use

14   the language of the SSNIP test in that context, but you didn't

15   choose to do it here?

16   A    So there are some cases in which the issue of

17   interchangeability is sufficiently clear that the language of

18   the SSNIP test is a way of re-expressing what is quite plain

19   from looking at the qualitative evidence.

20          So in particular, if you're in a situation where the

21   products are say, beer and prune juice, you know, you can look

22   at the qualitative evidence about the circumstances in which

23   people drink beer and what -- why they're drinking it and the

24   circumstances in which they drink prune juice and why they're

25   drinking it, and come to a conclusion from that as well as

LISA SCHMIDT, RMR  Official Court Reporter

**Bernheim/Direct/Chesler**

1    other qualitative evidence, that really, there is no

2    interchangeability between the two.  And in that context, you

3    can then say, "Well, if I apply the SSNIP test here, I would

4    exclude prune juice from the market," which is something

5    that's worth saying because it's a recognized standard.

6            What I was saying in AMD and Intel, essentially, is

7    that this is a beer and prune juice case, based on the record

8    that I reviewed.

9            On the other hand when -- oh, I'm sorry, go ahead.

10   Q    No, go ahead.

11   A    When you're in the situation where there is evidence on

12   interchangeability, and it's plain that there is movement back

13   and forth, you can't say that's a beer and prune juice case

14   and you know the answer to a SSNIP test.  You're in a

15   situation where it's say beer and wine, not beer and prune

16   juice, and now for the SSNIP test to add anything, you

17   actually have to have the quantitative estimates.  So this

18   case is more similar to the latter instance, which is why I

19   say talking about the SSNIP test adds nothing to our

20   discussion of the qualitative evidence about

21   interchangeability.

22   Q    What was it about the AMD Intel case that, in your view,

23   made the qualitative assessment so clear in terms of the lack

24   of substitutability?

25   A    As I said, when I reviewed the evidence -- and it's hard

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1   for me to remember all the evidence at this time, many years

2   later -- but the conclusion that I reached was that, you know,

3   there just isn't any significant interchangeability.

4          For example, if you ask the question, embedded

5   chips, which are used in many applications, can those be used

6   for  personal computers with adequate capabilities?  The

7   answer is no, they can't.  If you ask whether non -- what are

8   called, X86 chips can run software that companies have

9   invested in and basically locked themselves into by using

10  other kind of chips?  The answer is no, they can't.

11         So in that context, I looked at that kind of

12  evidence and said, there's no interchangeability here that's

13  meaningful, maybe a little bit.  There's none that's

14  meaningful, and thus, I reached the conclusion that those

15  things were not in the same market, and I put that in the

16  language of the SSNIP test.

17  Q    Let me turn to your review of the evidence here.  Based

18  on the analysis you did, substitutability, what did you

19  conclude about the relevant market in this case?

20  A    My conclusion is that the relevant market includes at

21  least GPCC and debit.

22  Q    And what do you mean by your use of the phrase "at

23  least"?

24  A    So there are other payment products out there where there

25  are degrees of substitution -- and I think in some cases, I

**LISA SCHMIDT, RMR   Official Court Reporter**

**Bernheim/Direct/Chesler**

1    just don't have enough data to evaluate them -- but having

2    reached the conclusion that debit is in the market, I really

3    didn't need to do more work.  Once debit is in the market,

4    it's plain that Amex could not plausibly have market power in

5    a market that's at least that broad.

6    Q    We'll come back to that subject in more detail.

7         Are you aware that in the US v. Visa litigation, 12,

8    13 years ago, that the market that was then defined and

9    accepted by the court was limited to general purpose credit

10   and charge and not including debit?

11   A    Yes, I'm aware of that.

12   Q    And are you also aware that in the follow-on private

13   litigation several years later between American Express and

14   Visa and MasterCard, the same market definition was adopted?

15   A    Yes, I'm aware of that, as well.

16   Q    So why is it that you come to a different conclusion here

17   from the prior examinations of the industry in those two prior

18   litigations, and is there a chart in your prepared exhibits

19   that addresses this issue?

20   A    Sure.

21   Q    Why don't we look at slide number 9.  Is this the chart

22   you just referred to?

23   A    It is, yes.

24   Q    All right.  So you mentioned that nearly 15 years have

25   passed since one of those cases, seven years since the other.

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1    You say, "Since then," in the first bullet under that says,

2    "substantial growth in debit usage."  Explain to the Court

3    what the significance of that particular entry is.

4    A    Sure.  The point here is that debit has been exploding.

5    Debit was not a particularly large fraction of payments back

6    at the time of U.S. v. Visa, particularly not backward looking

7    from that point in time, when you think about the 1990's.

8         Debit has exploded over the last 12 years, and it's

9    not simply that debit has grown, but there's very good

10   evidence that consumers' perceptions of debit have changed and

11   evolved, and the way they think about this is not the same as

12   the way they thought about these products back in 2000.  This

13   is a dynamic evolving market and that's what I'm pointing to

14   in this first bullet point.  Because of these changes, one has

15   to do a re-evaluation.

16   Q    Now, to the extent that Professor Katz has suggested that

17   your position is that the growth that you're talking about by

18   itself establishes strong substitution between credit and

19   debit.  Is that, in fact, your position?

20   A    I want to be absolutely clear.  I have never said that

21   and that is not my position and that is not what I'm claiming.

22   What I am claiming is that there has been a dramatic

23   development in this market that is hard to ignore and

24   shouldn't be ignored, and because of that dramatic

25   development, we have to go back and look at the evidence

LISA SCHMIDT, RMR   Official Court Reporter

Bernheim/Direct/Chesler

1   systematically.  As we'll discuss, there is now a lot more

2   evidence to look at to evaluate whether debit should be in the

3   market or not.  That's really my position.

4   Q    Based upon your review of the record, what did Professor

5   Katz infer from the growth of debit?

6   A    Dr. Katz made an inference that went something like this

7   in this testimony.  He said that debit has been growing and

8   the use of checks has been shrinking and therefore, in his

9   opinion, debit has been substituting for checks.

10  Q    Do you agree with that?

11  A    No.  I don't think that that's a scientific inference at

12  all.  Checks -- it is entirely possible that the checks have

13  been declining over time for a variety of reasons just having

14  to do with the general change in technology.  There's been

15  lots of movement from paper to electronics.  That's part of

16  that.

17          So the patterns that Dr. Katz was pointing to are

18  entirely consistent with the idea that there has been a growth

19  in debit carving into the growth in GPCC.  You just can't tell

20  the difference looking at that kind of data which of these

21  things were going on.  You have to get into the micro-data.

22  You have to really dig into it.  You can't just look at the

23  aggregate trends.

24  Q    So with that background, let's look at slide 10, please?

25  A    Yes.

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1    Q      And what does slide 10 show?  Explain to the Court what

2    this is about?

3    A      Slide 10 is demonstrating -- and I think other

4    information along these lines has already been introduced --

5    but it's useful to just as a reminder go through this, that

6    there has been this very dramatic growth.

7           This slide is showing based on Nilson data, the

8    change in the use of credit and debit over time.  And you can

9    see when you look back to the mid-1990s, debit is hardly

10   noticeable at all.  It starts climbing towards the end of the

11   1990s, but looking back from 2000, still it hasn't had much of

12   a track record.  It hasn't been around for very long.

13          Now, the growth of debit exploded after that.  Back

14   in the 1990s debit was a tiny fraction of credit.  Now,

15   they're almost equal.  So this is an illustration of just how

16   dramatic this transition has been.  People have gotten

17   accustomed to using debit.

18   Q      Now, is it possible that this growth is the result of

19   some consumers just using debit a lot more than they used to

20   as opposed to many more people using debit?

21   A      Well, the evidence doesn't support that hypothesis.  The

22   evidence indicates that debit has been -- its use has been

23   expanding through the population.

24   Q      Would you look at the next slide, number 11, please?

25   A      Yes.

**Bernheim/Direct/Chesler**

1   Q     What does this show?

2   A     This is showing the fraction of households that use debit

3   cards and tracking how that's changed over time.  So you can

4   see back in 1995, only 17.6 percent of the population even had

5   debit cards.  2001, the time of U.S. v. Visa, not looking

6   backwards, but looking at the point in time it was still less

7   than half, and you can see that by 2010, it's climbed to

8   nearly 80 percent of the population.  And if you did some

9   adjustment for the volume of spending by these customers, I

10  think that that would be even more skewed because customers

11  who spend a lot tend to have debit cards.

12  Q     Now, is this growth that we're looking at here confined

13  to particular industry segments?

14  A     Not really.  From what I've been able to determine,

15  there's been rapid growth in virtually all industry segments

16  where these kinds of plastic products are used.

17  Q     Let's look at the next slide, number 12.  What does slide

18  12 show?

19        MR. CHESLER:  And your Honor, there are data on here

20  that are confidential, so I'm going to ask if we could just

21  not display this.  These are data that are sought to be

22  protected by third parties.

23        THE COURT:  Very well.  You can go ahead now.

24        MR. CHESLER:  Thank you, Your Honor.

25        THE COURT:  Can I just ask a question on the last

**LISA SCHMIDT, RMR   Official Court Reporter**

1    slide, number 11, where it says that, "The fraction of

2    households that used debit cards," debit cards serve different

3    functions.  One is for purchases, another when a bank issues

4    debit cards, which also served as ATM cards.  Does this slide

5    say that 78.4 percent of the households use these cards for

6    purchases or that they were issued and have in their wallets

7    these cards?

8              THE WITNESS:  Yes.  That's a useful clarification.

9    These data only say that they have the cards and that they

10   have used them.  It doesn't say what they've used them for.

11             THE COURT:  Okay.

12             THE WITNESS:  We are going to look at other data

13   that will address the important question of what they have

14   been using them for.

15             THE COURT:  All right.  Thank you.

16             THE WITNESS:  Sure.

17   BY MR. CHESLER:

18   Q    I think we're now on slide number 12.  And Professor, I

19   don't want you to mention the names or the numbers, that is

20   the names of the merchants or the particular numbers

21   associated with each merchant, and with that caveat, can you

22   describe for the record what slide 12 is intended to depict?

23   A    Surely.  These are data that were obtained from Visa

24   through discovery.  And what they are showing is the breakdown

25   of purchase volume on Visa products as between debit and

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1    credit products at various merchants, five merchants.  And

2    they're showing it at two points in time.  One is second

3    quarter of 2008, and the other is a period of time between the

4    end of 2010 and the first half of 2011.  The white bar is the

5    earlier period.  The green bar is for the later.  Each bar is

6    showing the fraction of spending -- Visa spending that is

7    debit spending, and what you can't take from this --

8            THE WITNESS:  And I know, Your Honor, I can't say

9    the numbers out loud.

10   A    But what we can take from this is that at these

11   merchants -- I suppose I should comment on the merchants.

12   Notice that the merchants come from a variety of different

13   industries.  We've got gasoline.  We've got home improvements.

14   We've got clothing.  We've got department stores.

15           Okay.  So what you notice is that the level of usage

16   at all of these stores is quite high, which I think addresses

17   your previous question, at least as to these merchants, and

18   the other thing that you can see is that even over this

19   relatively short period of time, a little over two years,

20   there was quite dramatic growth in the use of debit.  So this

21   reflects that debit is used not just more in total, but is

22   being used more and more at individual merchants.

23   Q    Now, what is the metric here?  Is this dollars spent?  Is

24   it number of transactions?  What is the metric that's being

25   reflected in this chart?

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1   A    This is purchase volume, so this is percentage of

2   purchase volume.

3   Q    So percentage of dollars spent on Visa that were spent on

4   debit in those two periods of time for those five merchants?

5   A    That's correct.

6   Q    Now, would you look at the next slide, please, 13?

7        MR. CHESLER:  Your Honor, this is another one with

8   confidential third-party data.

9   BY MR. CHESLER:

10  Q    And again, don't mention the names of the merchants or

11  the numbers.  What does this slide depict, sir?

12  A    This is the same kind of data for MasterCard rather than

13  for Visa.  In each one of these cases, I believe that what

14  we're showing are the five largest merchants for each one of

15  them.  So the five largest merchants are not quite the same.

16  Four of them are the same on each slide.  One of them is

17  different.  But that's why there are these merchants.  And now

18  another difference here with MasterCard is that you'll notice

19  that the time frame that's being spanned here is longer.

20       So the white bars are for 2006 and the green bars

21  are for the period of time spanning mid-2011 to beginning of

22  2012.  So it's a longer period of time.  It's more like five,

23  five-and-a-half years.  And that's why you see so much --

24  well, that's why you see -- one of the reasons why you see it

25  starting at a lower level, but it's also a reason why you see

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1    so much more growth.  Over a longer period of time, the

2    explosion of the use of debit at these merchants is more

3    evident.

4              THE COURT:  Is there any reason then to explain why

5    with regard to MasterCard the percentage are substantially

6    lower than with respect to Visa?

7              THE WITNESS:  I think that that may have been a

8    reflection of business strategies and the degree of

9    aggressiveness with which they pursued the debit market and

10   the timing in which they did that.

11   BY MR. CHESLER:

12   Q    Now, I'd like you to look at slide 14, please.  Still on

13   the subject.

14             MR. CHESLER:  This also has confidential

15   information, Your Honor, of third parties.

16             THE COURT:  Very well.

17   BY MR. CHESLER:

18   Q    Staying on the subject of this growth of debit usage over

19   time, without naming names or numbers, what does this slide

20   depict?

21   A    Well, this slide is just showing data from a collection

22   of merchants who have testified at trial, and the data come in

23   somewhat different forms and say somewhat different things,

24   but each one of these gives some idea for that merchant of the

25   importance of debit as a share of something, either as a share

Bernheim/Direct/Chesler

1    of GPCC plus debit, or as a share on the final case as a

2    fraction of total sales.  In a couple of cases, it's just PIN

3    debit rather than total debit, because that's the nature of

4    the data that they supplied at trial.  But the message that

5    comes from this is that in all of these cases, this is quite a

6    significant number.

7                MR. CONRATH:  Your Honor, I note that the citation

8    on this document --

9                THE COURT:  I know.

10               MR. CONRATH:  -- documents and testimony is

11   extremely vague.

12               THE COURT:  Well, that's why we have

13   cross-examination.

14               MR. CONRATH:  All right.  Well --

15               THE COURT:  Well, and the documents show what the

16   documents show, and I'm sure there will be plenty of

17   opportunity in the submissions after trial to scope it out --

18               MR. CONRATH:  All right.  Thank you.

19               THE COURT:  -- on both sides.

20               MR. CHESLER:  Thank you.

21   BY MR. CHESLER:

22   Q    Just one other point about this chart.  For two of the

23   merchants, it indicates that these are PIN debit shares of

24   general purpose credit and charge plus debit, is that right?

25   A    That's correct.

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1 Q    Did you have a view as to whether the percentages for all

2 of debit were it not just restricted to PIN debit would be

3 higher or lower than the numbers that are depicted on those

4 two lines?

5 A    Well, it would certainly be higher because this is only

6 showing part of debit.  Signature debit is quite important at

7 a lot of merchants.  Its importance relative to PIN debit

8 varies, so I can't say how much higher they would be, but they

9 would certainly be significantly higher.

10 Q    Now, did you also examine data relating to the use of

11 debit at travel and entertainment merchants, in particular?

12 A    Yes, I did.

13 Q    Let's look at slide 15.  Again, because of

14 confidentiality concerns, please don't name the names of the

15 merchants or the particular percentages.  What does slide 15

16 depict?

17 A    Slide 15 is showing the same kind of data, and this is

18 going back to Visa.  So it's the same kind of data from Visa,

19 again, for the time period that we discussed before, 2008

20 through the 2010, '11 period.  And it's showing the fraction

21 of Visa spending that was debit at a collection of T&E

22 merchants.  We have some airlines here -- I can't name them --

23 a rental car company, and some hotels and so forth.

24        So these are T&E places, and you can see again

25 significant use of -- not simply significant use of debit, but

**LISA SCHMIDT, RMR   Official Court Reporter**

**Bernheim/Direct/Chesler**

1   also significant growth in the use of debit over a relatively

2   short period of time.

3   Q    And what significance do you attribute to the fact that

4   there is this significant level -- there is significant

5   growth, albeit as a general matter, the numbers or somewhat

6   lower level than some of the numbers we saw on the prior

7   charts?

8   A    Sure.  Well, I think the growth reflects the reality that

9   consumers are increasingly regarding these as interchangeable

10  products, that there is convergence in terms of how consumers

11  are using payment methods.

12  Q    Now, if you -- the data that we're looking at here on

13  chart 15, these are percentages of Visa spend, is that right?

14  A    That's correct.

15  Q    If you were looking at debit as a percentage of total

16  spend on plastic, would the numbers be lower?

17  A    Yes, it would be.  One of the -- I believe one of the

18  airlines that was shown on that slide, there's testimony where

19  they said that the share of debit overall would be a lower

20  number that I don't think I can say, but still quite a

21  substantial fraction.

22  Q    Now, you also -- if we go back to -- if we look at slide

23  16.  We don't have to go back.  I guess we have got it right

24  here.  After highlighting substantial growth in debit usage,

25  you have a bullet that says, "Academic literature on consumer

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1   payment preferences and usage," is something else that has

2   come about in the period of time since the earlier

3   Visa-related litigations, is that right?

4   A    That's correct.  There has been literature that's been

5   emerging, mostly 2008 and after, this is -- these are issues

6   that economists had not studied in scholarly articles prior to

7   that.  But with the availability of new data, it's attracted

8   attention.

9   Q    And what is the general import of the literature that

10  you're referring to in this bullet?

11  A    Well, it is examining parts of the literature.  Some of

12  the papers in the literature examine substitutability between

13  debit and credit.  They don't specifically address the

14  question of definition of antitrust markets because that's

15  more of a long economics question, but they do address the

16  underlying fundamental issue of substitutability.

17  Q    And what's the general view that's expressed in those

18  pieces of literature?

19  A    Generally, what's found is that there is significant

20  substitutability between the use of these two types of payment

21  methods.

22  Q    Let me ask you about one of those.  It's an article

23  that's been referred to earlier in the testimony.  Are you

24  familiar with a publication by a Professor Zinman of

25  Dartmouth?

Bernheim/Direct/Chesler

1    A    Yes, I am.

2    Q    And if you look at slide 17, is this referring to that

3    publication by Professor Zinman from the *Journal of Banking*

4    *and Finance*?

5    A    It is, and these are some excerpts from that publication.

6    Q    Without reading them into the record, what is the bottom

7    line of what Professor Zinman found?

8    A    Well, he's saying three things.  One is that he's finding

9    that debit card use responds strongly to the price of making

10   payments with credit cards, which he is calling a close

11   substitute based on his analysis.

12            The second thing that he's pointing out, which is

13   very important, is that this pattern, this substitutability,

14   appears to have been increasing over time as customers find it

15   easier and easier to switch between different kinds of payment

16   methods, and the last thing that he says -- which I think is

17   notable -- that he expresses the opinion here that this is

18   relevant for antitrust considerations, that antitrust

19   regulators should take the nature and degree of that

20   substitutability into account.

21   Q    Now, back -- I guess let's look at 18.  We don't need to

22   go back.  We have put copies in.  Moving through the bullets

23   on what's changed since the earlier Visa litigations, you have

24   the next entry that says, "Newly available empirical data"?

25   A    Yes.

LISA SCHMIDT, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    Q    And are there, in fact, newly available empirical data

2    that you have examined in connection with your work here?

3    A    There are.  There are a couple of new data sources that

4    have become available.

5    Q    And is one of those survey data that is compiled by the

6    Boston Fed?

7    A    Yes, the Survey of Consumer Payment Choices.

8    Q    Let's look at Exhibit 19, please.

9              MR. CHESLER:  Your Honor, the next several slides

10   about this particular exhibit can be publically displayed.

11             THE COURT:  Very well.

12   BY MR. CHESLER:

13   Q    Do you have 19, sir?

14   A    Yes, I do.

15   Q    So what is slide 19?

16   A    Slide 19 is essentially showing what the survey is asking

17   its respondents, and it asks about number of aspects of

18   different payment methods.  One of the things that it asks

19   about is convenience.  So this is showing the question about

20   convenience and it's asking consumers, respondents to rate the

21   convenience of each one of these payment methods, and you can

22   see that the payment methods are lined up against each other,

23   cash, check, debit, credit and so forth, which is causing

24   consumers, respondents when they answer this survey to

25   essentially use this scale to make comparisons between these

LISA SCHMIDT, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   products.

2          The scale here is a scale that goes from one, which

3   is very hard to use to five, which is very easy to use.  This

4   is called the Likert scale.  Likert scales are widely used in

5   psychology and in subfields of economics, and it's useful for

6   making these kinds of comparisons.

7   Q    And did the Boston Fed survey look at features other than

8   convenience in this context?

9   A    They did.  They looked at several others.

10  Q    Including security?

11  A    Yes.

12  Q    Including acceptance?

13  A    Yes.

14  Q    Now, I'd like you to look at slide 20.  Are those

15  metrics -- convenience, security, acceptance -- are those

16  among the metrics that the government and Professor Katz have

17  pointed to here in the context of the definition of market

18  exercise?

19  A    Yes.  When they have discussed the issue of

20  interchangeability, they pointed to four characteristics.  The

21  three that you -- the three that you just mentioned.  I'm just

22  looking at the complaint, the DOJ complaint, which says,

23  "Convenience, widespread acceptance, security and deferred

24  payment options," and the survey that I just discussed

25  addresses the first three of those.

Bernheim/Direct/Chesler

1  Q    Okay.  Let's talk about those for a bit.

2         Would you look at slide 21, please?  What does slide

3  21 show?

4  A    Slide 21 is showing how consumers rate the debit cards

5  versus GPCC cards along each one of these three dimensions.

6  So the first pie cart is for security, the second for

7  acceptance, the third for convenience.

8         Those pie charts are divided into three pieces.  One

9  piece is the yellow piece, represents the people who saw no

10  difference between the two when they rated the products.  The

11  second, the orange piece, are the ones who said that the GPCC

12  rated more highly.  And the third, the red piece are the ones

13  that say that debit rated more highly.  And the thing that's

14  striking as you look across this is that all of these cases,

15  somewhere between two-thirds and three-quarters of the

16  respondents rated the two products as identical on these

17  dimensions.

18         Now, I should also add that among the others who did

19  not rate them as identical, if you look at the other two

20  slices, in the vast majority of cases, the ratings differed by

21  the smallest possible increment.  So this data is showing

22  perceptions of consumers that say that they view these

23  products very similar, very similarly in these two dimensions.

24  Q    Now, the fact that in each of these -- for each of these

25  considerations, security, acceptance and convenience, there is

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1    a percentage of the users who view GPCC as either more secure

2    or more accepted or more convenient.  Does that indicate lack

3    of interchangeability for purposes of your determination in

4    market definition?

5    A    No, in any market with some degree of product

6    differentiation, there are going to be people who say that the

7    two products aren't identical.  There are going to be people

8    who recognize that.  That's a reflection of differentiation.

9    I've used these kinds of data in my own research and other

10   context, much different context.

11            So one example that I gave in one of my reports was

12   that I gathered data using Likert scales like this on snack

13   foods.  So I have data on, for example, Three Musketeers bars

14   and Milky Way bars, which most people would say are very

15   highly substitutable and in the same market.

16            If you look at the ratings of those items along the

17   dimensions that -- that we ask people about, you get kind of

18   similar pictures, that a very large fraction of people say

19   that they are the same and then some people say, yeah, they're

20   not quite the same formula.  So these are the kinds of

21   distributions that you tend to get for things that are fairly

22   similar.

23            THE COURT:  Did you really do a study on Milky Ways

24   and Three Musketeers?  Why would anyone do this stuff?  You

25   know --

**LISA SCHMIDT, RMR   Official Court Reporter**

6242

Bernheim/Direct/Chesler

```
 1          THE WITNESS:  That's -- my graduate students have
 2  been asking me the same question.
 3          THE COURT:  It's a good question.
 4          THE WITNESS:  In fairness, there were about a 180
 5  other products.  I just pulled out --
 6          THE COURT:  You just picked those two?
 7          THE WITNESS:  Yes.  Right.
 8          THE COURT:  We're going to do our own study on it
 9  when we're finished with all the testimony.
10          MR. CHESLER:  I was going to ask if there's a study
11  of mixing Milky Way and prune juice, but I'm not going to go
12  into it.
13          THE COURT:  We won't go there.
14  BY MR. CHESLER:
15  Q   Are you also able to use the Boston Fed survey data to
16  compare perceptions of credit and debit with other forms of
17  payment such as cash and checks?
18  A   Yes.  And I think that this is telling.
19  Q   Well, let's look at the slide.  I think -- yes, it's 22.
20  What does slide 22 depict, sir?
21  A   So now we're looking at one of the three dimensions.
22  We're just focused on security.  And the first pie chart over
23  on the left-hand side is the same pie chart that we already
24  looked at, it's the comparison between debit and credit.  And
25  it's showing what we said before, that for security, about
```

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1   two-thirds of the people say that debit and credit were the

2   same on this dimension.

3            Now, to gauge whether that's a lot or a little, what

4   I'm doing here is making comparisons with a similar

5   calculation for other means of payment, in particular for

6   check and cash.  And in each one of those cases, the question

7   that I'm asking is, how many people saw check and GPCC as

8   identical?  How many people saw cash and GPCC as identical?

9   And you can see that while an awful lot of people think of

10  debit and GPCC as essentially identical in this dimension,

11  they do not answer the same way for check and they do not

12  answer the same way for cash.  There is a significant

13  difference.

14  Q    Did you look at the other variables in this context as

15  well, namely, acceptance and convenience?

16  A    I did.

17  Q    Let's look at slide 23.  Does this focus on acceptance,

18  again, looking at comparisons to debit, check and cash?

19  A    Correct.  So this is acceptance, making the same

20  comparisons.  You can see that nearly three-quarters of the

21  people who responded said that debit and GPCC were essentially

22  identical in this dimension.  For check, it's only 32 percent.

23  For cash, it's 56 percent.

24  Q    Let's look at the next chart, 24, with respect to

25  convenience.  What do those data show?

LISA SCHMIDT, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    A     Well, again, we find essentially the same pattern for

2    convenience.  Nearly three-quarters saying that debit and GPCC

3    are identical on this dimension, far smaller proportions for

4    check and cash versus GPCC.

5    Q     And I think you mentioned earlier that Professor Katz

6    and/or the government had identified a fourth characteristic

7    of payment methods, deferred payment, correct?

8    A     Yes, correct.

9    Q     Did you also look at that dimension when making your

10   assessment about market definition?

11   A     I did, yes.

12   Q     Do you agree with Professor Katz that deferred payment on

13   credit and charge cards is a basis on which to distinguish

14   them from debit for purposes of defining a relevant market?

15   A     Well, I agree that it's a characteristic that some

16   consumers care about in some contexts, but I do not think that

17   it's something that sufficiently differentiates this product

18   to justify putting them in different markets.

19   Q     Why not?

20   A     Well, there are number of reasons.  And I think there's a

21   slide that summarizes them.

22   Q     Yes, there is.  Let's look at number 25, please.  So this

23   is entitled "Deferred payment not a significant differentiator

24   here."  The first bullet says, "Float is small and an element

25   of consumer cost."  Explain to the Court, if you will, what

LISA SCHMIDT, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1  that entry is intended to refer to.

2  A    Yes.  Float is simply a reference to the fact that with a

3  GPCC card, there is a delay between the purchase event and the

4  transfer of the money, even if the individual is not using the

5  revolving feature.

6          And there has been some academic study.  This is

7  something that the government pointed to.  It is a small

8  number.  This is not a very big number, and what I'm pointing

9  out here is that the right way to think about float is that

10  it's just another aspect of cost to consumer.  It's like a

11  reward in some sense.  It's a very small reward.  It's saying

12  you'll get the benefit of this, of zero interest for a short

13  period of time.

14  Q    What about the next entry?  "Credit is separable from

15  payments.  Consumers can and do obtain it in other ways."

16  A    Sure.  So this is just the observation that increasingly,

17  we have the option to mix and match on our own.  We have

18  access to credit lines in a variety of ways.  And we can use

19  our debit cards to spend money that we've accessed through

20  those credit lines.  I mean, literally with my thumb, I can if

21  I want, transfer money from a credit card credit line to my

22  checking account, and then use my debit card.  So essentially,

23  that means that what I've done is use that credit facility to

24  supplement my debit card.  That's not a very hard thing to do.

25  Q    Next bullet says "SCPC."  That's the Fed survey?

**Bernheim/Direct/Chesler**

1    A    Yes, that's correct.

2    Q    It finds that only 40 percent of consumers revolve in the

3    course of a year.  What is the significance of that in the

4    context of this deferred payment issue?

5    A    Right.  So it's pointing out that there is some variety

6    of cross-consumers, but the majority of consumers in any given

7    year are not actually not even using the revolving feature.

8    And of course for Amex card members, it's much smaller, given

9    the spendcentric nature of the Amex business model.

10   Q    The next entry says, "U.S. v. Visa found that Amex was in

11   the market, despite the fact that a large part of Amex's

12   business is based on charge cards without a credit facility,"

13   What's the significance of that?

14   A    Right.  That is just pointing back to the U.S. v. Visa

15   decision, and the bullet point here basically states it.  If

16   the credit facility issue was a significant definitive issue,

17   then the court in U.S. v. Visa should not have reached the

18   view that Amex was in the same market as other GPCC cards,

19   given that the Amex cards were at that time, classic charge

20   cards, as opposed to having the same revolving features.

21   Q    And then lastly, "Even if credit facility is significant

22   to some consumers, most Amex cards are charge, not credit.

23   Possibility Amex is closer substitute for debit than are other

24   GPCC networks."  The same point you were just making, sir?

25   A    Yes.  That's correct.  That's the point I was just

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1    making.

2    Q     Okay.  Now, does the Boston Fed survey provide data on

3    consumers' views relating to sort of direct data about the

4    deferred payment element?

5    A     No, it doesn't.

6    Q     Does it have any data from which you can draw any

7    conclusion that is indirect evidence?

8    A     Yes, it does.

9    Q     Let's look at slide 26, please.  This is entitled, "Debit

10   use affected by perceived cost of GPCC."  Would you take a

11   moment and -- maybe a few moments and describe what this

12   shows?

13   A     Sure.  Well, let me first describe what I'm trying to do

14   with this figure.  And related to what you just asked about

15   the four concerning revolving credit.  If revolving credit is

16   a factor that stops substitution between debit and credit,

17   then we shouldn't see much substitution when the perceived

18   costs of GPCC change.  On the other hand, if people are

19   substituting from one to the other, that means that that is

20   not a factor that is stopping interchangeability.

21           So what the survey collects is data on the number of

22   transactions using different means of payments by each of the

23   respondents during a given month.  And they also, as we saw

24   before, collect this information on how they rate different

25   payment methods according to different dimensions.  One of the

LISA SCHMIDT, RMR   Official Court Reporter

Bernheim/Direct/Chesler

1  dimensions that they asked about was cost, how costly is to it

2  use this method to you.

3         So what I'm doing here is relating the use of GPCC

4  and debit from this survey to the perceived cost of debit.  So

5  on the horizontal axis here, we have the expense of debit --

6  pardon me, of GPCC.

7  Q    Let's stop there.  You said the perceived cost of debit?

8  Did you mean to say that?

9  A    I apologize.  I misspoke.  The perceived cost of GPCC.

10  Separately, we have the perceived cost of debit and I take

11  that into account when I do this analysis.  But I'm focused

12  here on the perceived cost of GPCC, and on this horizontal

13  axis here that goes from one to five on the left-hand side, we

14  have GPCC being perceived as expensive, on the right-hand

15  side, we have it being perceived as inexpensive.

16  Q    Let me just stop you for a moment.  The numbers one, two,

17  three, four, five, are those the numbers that were used in the

18  survey for the respondents to rate their perception of

19  expense?

20  A    Correct.  That's that Likert scale that I referred to

21  earlier.

22  Q    Why don't you proceed with your description of the slide.

23  A    So what this slide is doing is illustrating the

24  relationship between transactions involving debit and

25  transactions involving GPCC.  How that varies as we look

Bernheim/Direct/Chesler

1   across people who think of GPCC as very cheap or as very

2   expensive.  And I should mention that this diagram is actually

3   based on a statistical analysis that also controls for the

4   perceived costs of debit.

5          What this is showing, you look at this green line,

6   the green line is showing GPCC transactions and you can see

7   that as you move from left to right, the GPCC is getting less

8   expensive, there is a very large increase in GPCC

9   transactions.  It essentially doubles from 15 to 30 per month.

10  And now the yellow line is showing what happens to debit

11  transactions and you didn't see that that is decreasing as you

12  move from left to right.  As GPCC is becoming less expensive,

13  looking across people, we're seeing less use of debit.

14         So more use of GPCC, less use of debit, that is what

15  substitution is all about.  And of course as you go to left

16  side, GPCC becoming more expensive, we see decrease in GPCC

17  transactions, very large increase in debit transactions.

18  Q    Now, did you also look in the survey data to examine the

19  relationship between credit on the one hand and cash and

20  checks on the other hand?

21  A    Yes, I did.  And that's a good check on this analysis to

22  see whether we really found something.  I think we have a

23  slide that shows that.

24  Q    Let's look at slide 27.  So, explain what slide 27 shows.

25  A    Slide 27 is shown at the same way and it's set up the

LISA SCHMIDT, RMR  Official Court Reporter

**Bernheim/Direct/Chesler**

1    same way and it's showing the same kind of results.  I

2    replicated here, again, the horizontal axis we're varying the

3    costs of  GPCC.  The yellow line, once again, is showing the

4    number of debit transactions per month.  And you can see, it

5    is declining.  It's the same line as before.  As GPCC gets

6    cheaper, it declines.  But I've add two more lines, one for

7    cash transactions and one for check transactions.  And you can

8    see that both of those lines are essentially flat.

9         So what this is showing you is that people are

10   substituting between GPCC and debit, not necessarily between

11   GPCC and these other means of payments -- and triangulating

12   from multiple data sources, combining this with what we saw

13   from the survey of consumer payment choice, this makes sense

14   because that survey was showing you that people regard GPCC

15   and debit as largely interchangeable.  It didn't tell you

16   about the revolving facility.

17        But here, this substitution between debit and GPCC

18   would not be observed unless that was not so large as to

19   prevent people from being willing to substitute between the

20   two.

21   Q    Now, on this last issue that we're looking at here from

22   slide 27, do you and Dr. Katz agree about the interpretation

23   of these data?

24   A    No, we don't.

25   Q    What's the -- in simple terms -- what's the nature of

**LISA SCHMIDT, RMR  Official Court Reporter**

**Bernheim/Direct/Chesler**

1   your disagreement here?

2   A    So what Dr. Katz speculated that there might be a

3   statistical problem with the statistical analysis, the

4   regressions that underlie these figures and he suggested a

5   different approach.

6         The approach that he suggested works like this.

7   These data actually followed people in two consecutive years.

8   And he said what we should be doing is taking the people who

9   rated GPCC as say a three one year and then rated it as a four

10  next year, and ask whether there was a shift in their use of

11  payment methods.  So that's the nature of the statistical

12  analysis that he did.

13  Q    And --

14        THE COURT:  Can I just ask how you measure the

15  relative cost of GPCC for the purpose of this study?  How do

16  you determine whether GPCC is more expensive or less

17  expensive?  Are you going there?  Well, let's go there.

18        MR. CHESLER:  Let's back go back to it.

19        THE COURT:  Sure.

20        MR. CHESLER:  I think Professor Bernheim alluded to

21  it when I asked him what the one, two, three, four, five on

22  the bottom were.

23        THE COURT:  In terms of the respondents, how do

24  they --  what's the protocol or the means by which they're

25  directed to make their ratings?

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1    THE WITNESS:  So they are directed -- well, they are

2    free to use the ratings however they think is appropriate.

3    And the idea of asking a broad question is to not confine the

4    respondents to thinking about a particular aspect of cost.  So

5    the object is to get them to think about the broad -- broadly

6    about the things that they consider to be relevant to the cost

7    of using a card.

8         So, you know, it might be things related to

9    convenience or it might be actual fees.  It might be a range

10   of things.  But it's that collection of things that are going

11   to determine their behaviors.  The object is to ask them a

12   broad question.

13        A shortcoming of the study is that it doesn't ask

14   them to attach a dollar value that to that.  We don't have

15   that.  Instead, we use the Likert scales which have proven

16   useful in a wide variety of research context.  So these are

17   perceived relative levels of cost that we're using.

18        THE COURT:  So there's no -- it's not a formula that

19   the --  that the respondent would be using.  It's how they

20   perceive it, feel about it, how it sort of, how they deal with

21   it?

22        THE WITNESS:  Yes.  And that's exactly it, which is

23   the important thing because ultimately, we're interested in

24   their behavior, and their behavior is determined by their

25   perceptions as opposed to calculations.  How do they feel

6253

Bernheim/Direct/Chesler

1    about this along these dimensions?  That's an indication of

2    what drives their choices.

3            THE COURT:  All right.  If they had more information

4    about the actual costs of these different methods of payment,

5    would there be an opportunity to get a more specific response

6    to those kinds of questions so they would, even if they felt a

7    certain way, if they knew that the cost of this card or the

8    cost of that card are different, the cost of a debit card is

9    lower than the cost of a GPCC card?

10           THE WITNESS:  So --

11           THE COURT:  What I'm saying to you is, well, what we

12   have learned here, if we learned nothing else is, that there

13   is -- there is not widespread understanding of the cost to the

14   merchant of these different forms of payment --

15           THE WITNESS:  Yes.

16           THE COURT:  -- of plastic, titanium, if you will.

17   All right?  So -- and so I'm trying to get a sense of whether

18   this kind of a study is helpful in the context of what we're

19   trying to ascertain here about the availability of information

20   on the relative cost of forms of payment.

21           THE WITNESS:  So -- and this is a useful

22   clarification.  What this study is getting at is a sensitivity

23   of consumers to the aspects of cost that they face, not the

24   aspects of cost that someone else is absorbing, which is what

25   we as economists usually do.

**LISA SCHMIDT, RMR  Official Court Reporter**

**Bernheim/Direct/Chesler**

1          So for example, if you are buying, you know, Crest

2     or Colgate toothpaste at the store, I suppose we could ask,

3     are you sensitive to the wholesale price of Crest or Colgate

4     toothpaste, because of course that affects the merchant's

5     margin.  Do you know the wholesale price of Crest or Colgate?

6     Probably not, because the merchant isn't telling you that.

7          What you're responding to is the consumer price.

8     That's what you really care about, unless the merchant is

9     telling you that they want you to do something else for their

10    good as opposed to your good.

11          So the way I'm approaching this is that I'm looking

12    at the consumer side and cost that the consumers bear, and

13    seeing how responsive they are to those.  With the -- for

14    Visa, that doesn't include variation of the merchant costs and

15    then later on I think we'll get back to that issue and ask the

16    question if the consumers are only responding to the costs

17    that they face, does that create sufficient competition in the

18    market.  My conclusion is going to be yes, it does.  So that's

19    why I'm focusing on these responses.

20          THE COURT:  And one other aspect of this is that

21    consumers actually do care about wholesale costs for big

22    ticket items.  So when you're buying a new car, you know,

23    consumers tend to -- many consumers tend to go into great

24    detail, do a great deal of research about wholesale cost and

25    dealer cost and markups and so forth as opposed to when

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1    they're buying Crest toothpaste at Rite Aid or CVS or

2    Walgreen's.

3              THE WITNESS:  Your Honor, you're absolutely right.

4    And so --

5              THE COURT:  Isn't that another meaningful

6    distinction that may not be addressed in this kind of a

7    survey?

8              THE WITNESS:  So I think that what you're pointing

9    to is that we care about the wholesale price in some context

10   because we think that knowledge of the wholesale price will

11   help us negotiate a different retail price.  Ultimately, what

12   we care about is the retail price.  You're buying a car.

13   You're buying a Toyota.  You want to know what the wholesale

14   price is, but not because you care about the wholesale price

15   directly.  You think that by knowing that, you can get

16   yourself a better retail price.  You ultimately care about the

17   better retail price.

18             I do not think we have a counterpart of that in this

19   case, because when you're going through the checkout line in a

20   store, you're not going to say, I know you have a different

21   margin here and so my knowledge of that margin is going to

22   cause me to negotiate with you.  So that's the distinction.

23             THE COURT:  Okay.  Thank you.

24   BY MR. CHESLER:

25   Q    I want to come back for a moment, Professor, to the

LISA SCHMIDT, RMR   Official Court Reporter

Bernheim/Direct/Chesler

1    disagreement over the data we happen to be looking at the

2    moment between you and Professor Katz.  You started to say

3    that he believed the way to go about this is to look at how

4    consumers perceived the cost of GPCC in consecutive years,

5    correct?

6    A    Correct.

7    Q    And what is your disagreement with approaching the data

8    in that way, to attack essentially the conclusion that you

9    reach as reflected on slide 27?

10   A    Well, I think it reflects a misunderstanding of how

11   consumers tend to -- respondents tend to use these Likert

12   scales.  They are not exact.  If you ask somebody the same

13   question twice at two different periods of time, they may give

14   slightly different answers, not because the underlying reality

15   has changed, but simply because their reporting is changing.

16          So in particular, when you look between two years,

17   these two waves of the survey, it's very unlikely that the

18   consumers' underlying conditions have really changed.  Given

19   the nature of the Likert scales, you're mostly measuring noise

20   when you look at that differences, and so consequently, when

21   you see that there is not a great response to the changes,

22   that's indicating that the noise is not related to the

23   behavior.  That's just a matter of what people report as

24   opposed to the underlying reality.

25   Q    Is there a term that relates to that, the noisy variable?

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1    A    Well, there's -- in statistics, it's called the errors in

2    variables problem and there is a literature that addresses

3    exactly this issue, that when you have what's called a noisy

4    variable and you look at that change in that noisy variable,

5    that that creates very strong what's called attenuation bias

6    and makes it very hard to detect any effect, and I think that

7    that's essentially what's going on with Dr. Katz's analyses of

8    these data.

9    Q    I see.  Move to a related topic, are you familiar with

10   the argument Professor Katz makes in the context here of debit

11   usage relating something called tailoring or

12   compartmentalization?

13   A    Yes, I am.

14   Q    What is your understanding of what that term means in

15   this context, "tailoring"?

16   A    Tailoring is a theory that Dr. Katz articulated back in

17   U.S. versus Visa and the idea is that people use different

18   payment methods for different things.  They may be using

19   multiple payment methods, but they use them for different

20   purposes and consequently there isn't switching or mixing

21   between them.

22   Q    Let me ask you to go to slide 29, please.

23           MR. CHESLER:  And this, Your Honor, has

24   confidential.

25           THE COURT:  Yes, I'll change the monitor.

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1          MR. CHESLER:  Thank you, Your Honor.

2          THE COURT:  Go ahead.

3     BY MR. CHESLER:

4     Q    What does slide 29 depict, without stating the particular

5     numbers?

6     A    So slide 29 is actually from Dr. Katz, and it's showing

7     the share of different -- out of total payments, the share for

8     different payment methods and how that varies according to the

9     size of the transaction.

10    Q    And I take it he was pointing to these data in support of

11    his contention that customers tailor their payment choices

12    based upon transaction size?

13    A    Yes, he was, that's how he presented it.

14    Q    What, if anything, looking at Professor Katz's chart, the

15    lines on the chart, what, if anything, is significant to you

16    about the lines here?

17    A    Well, when I look at his chart, what I see is that there

18    are two upward sloping lines that look kind of similar, a dark

19    blue one and a light blue one, and those are check and other,

20    I think other is probably ACH and some things like that.  And

21    then there's one that looks very different than all of them,

22    which is the red one and then that's cash.  And then there are

23    two, the green and the purple one, that kind of have a similar

24    shape.  They have different levels, but the different levels

25    just reflect the fact that they have different overall shares?

**LISA SCHMIDT, RMR  Official Court Reporter**

Bernheim/Direct/Chesler

1    But their shapes are pretty similar and those actually are

2    debit and credit.

3            So when I look at this chart, I don't think that

4    this is the easiest way to see what's going on in this data,

5    but when I look at this data, it suggests to me that, once

6    again, triangulating from multiple sources of data here seeing

7    the similarity between debit and credit.

8    Q    Now, have you looked again at Visa payment data on this

9    very question?

10   A    I have, yes.

11   Q    Let's look at slide 30, please.

12           MR. CHESLER:  And this also a confidential one, Your

13   Honor.

14   BY MR. CHESLER:

15   Q    What -- without reciting specific numbers, what does this

16   chart show?

17   A    So this chart shows the same kind of data.  I think it

18   may even be the same data, but expressed in a different way

19   that allows more easy comparison of the size distributions for

20   different payment methods.  So if I can't say the numbers,

21   it's a little bit difficult, but let me try to give an idea of

22   how to read this.

23           If you look at the horizontal axis, it has

24   transaction sizes.  So look at $25, and then look at that red

25   curve and the height of that red curve, you can read off of

LISA SCHMIDT, RMR  Official Court Reporter

**Bernheim/Direct/Chesler**

1    the vertical axis.  And what that represents is the fraction

2    of transactions for that means of payment that are less than

3    or equal to $25.  Then if you go to up to $50 and look at the

4    red curve again, it's higher.  That's the fraction that are

5    less than or equal to $50.

6          Now, the advantage of looking at these data this way

7    is it's removing the thing that makes those curves on the

8    previous slide really not that comparable.  It's removing the

9    fact that the different means of payments have different

10   overall shares.  Okay?

11         And what you're seeing here is that amongst these

12   four curves you've got the red one which is skewed in a way

13   that bows upward, leftward, and that means it's skewed towards

14   smaller transactions and that's cash.  And then you have got

15   the one at the bottom that's quite flat, skewed rightward, and

16   that one is check.  And then the other two are fairly close

17   together, the green one and the yellow one.  Those are the

18   size distributions for GPCC and for credit, I mean and debit,

19   and those are generally quite similar.  They're not exactly

20   the same, but again, when we're assessing substitutability in

21   markets with differentiated products, we are not asking

22   whether the things are identical.  We're asking whether there

23   is substantial coherence, and here you see a pattern that

24   substantially coheres between those two means of payment.

25   Q    Now, you also on the earlier chart when you talked about

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1    looking at recently available data, we have been talking about

2    recently available empirical data, both Visa spend data and

3    Boston Fed data, correct?

4    A      Correct, yes.

5    Q      You also indicated on that chart if we look at slide 28

6    for a moment.  You also indicated that since the older Visa

7    litigations, you have been able to get access to evidence from

8    discovery taken in recent litigations and the first category

9    of that data are loyalty card data, correct?

10   A      Correct, yes.

11   Q      And have you, in fact -- first of all, explain to the

12   Court what do you mean by loyalty card data?

13   A      So a number of the merchants have loyalty cards that

14   people use when they check out of the store.  And when they do

15   that, the store collects a lot of information about them,

16   about their purchase, about their means of payment, things

17   like that, even what they purchase.  That's very useful.

18          THE COURT:  That's not quite a debit card.  That's

19   just so that you can get the discounts?

20          THE WITNESS:  That's correct.

21          THE COURT:  So to speak?

22          THE WITNESS:  That's correct.  And you may use your

23   loyalty cards, but you're using a debit card or using an

24   American Express card or a MasterCard to pay.

25          The advantage of these loyalty cards is that the

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1    database that results from that allows us for the first time

2    to actually look at patterns of spending for particular

3    consumers at the same merchant.

4              Now, you know, we talked about the changes and what

5    we've learned about debit, this is the first time we have an

6    opportunity to look at data that allows us to test Dr. Katz's

7    tailoring theory directly.  Dr. Katz's tailoring theory

8    suggests that for a particular use, people only use one kind

9    of payment method and he presents evidence that's suggestive

10   of that, saying well, this tends to be used in one spot and

11   this tends to be used at another spot.

12             Here for the first time with these data, we can

13   actually look at individual consumers using these payment

14   methods at the same place for comparable transactions and see

15   what they use, and find out whether Dr. Katz is right about

16   this tailoring theory.

17             MR. CHESLER:  And, Your Honor, we're going to look

18   at a number of charts about loyalty data.  I'm just mindful of

19   Your Honor's point about having a another matter.  It's ten to

20   one.  Is this a logical --

21             THE COURT:  Yes, this would be a good time to break

22   for lunch and we will resume at two o'clock.

23             MR. CHESLER:  Very well.  Thank you, Your Honor.

24             THE COURT:  Thank you, everyone.  I'm just going to

25   go right into the next matter.

**LISA SCHMIDT, RMR   Official Court Reporter**

Bernheim/Direct/Chesler

1              (Lunch recess.)    (Continued on next page.)

2              **(Whereupon, the afternoon session began at**

3    **2:00 p.m.)**

4              THE COURT:  I remind the witness you are still under

5    oath.

6    DIRECT EXAMINATION

7    BY MR. CHESLER: (Continued)

8              MR. CHESLER:  Thank you, your Honor.

9    Q    Dr. Bernheim, I want to go back to just one issue that we

10   obviously haven't spoken about but it relates to the question

11   the judge asked before lunch.

12             Your Honor, may I approach the witness with an

13   exhibit that's not in the book?

14             THE COURT:  Yes, you may.

15             MR. CHESLER:  Thank you.

16             THE COURT:  A risk I take every time I ask a

17   question.

18             We'll end up with more exhibits in this case.

19             MR. CHESLER:  So, your Honor, we have marked this as

20   Defendant's Exhibit 7830 for identification.

21   Q    This comes from the electronic file which is the Fed

22   survey that we have been talking about.  So we have printed

23   the first two pages just so it's clear on the record what it

24   is.

25             And Dr. Bernheim, on the third page of Exhibit 7830,

                ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1    at the top of the page there is a question that is labeled X

2    7582.  And I represent to you in your report in this case,

3    that is the question which you cite on the chart that relates

4    to the debit/credit data that we were talking about before

5    lunch.

6              I just want you to look at that question because

7    it's relevant to a question the judge asked before lunch.

8              Just take a moment and read what 7582 asks or says.

9              (Pause.)

10   Q    Do you see that, sir?

11   A    Yes.

12   Q    Do you see -- I just want the record to be clear, you see

13   the first part of the question says:  "A debit card is a card

14   that you can present when you buy things that automatically

15   deducts the amount of the purchase from the money in an

16   account that you have (including government benefits such as

17   food stamps or SSI), if R reports institutions, do you or your

18   family living here use any debit cards," then it says, "If R

19   reports no institutions, do you or your family living here

20   have a card that allows you to deposit or withdraw money using

21   a cash machine or ATM," asks as a separate question, then it

22   gives a separate answer.

23             Do you recognize this as the question to which the

24   responses were the data that you were referring to earlier?

25   A    Yes, it is.  I didn't recall the wording.  But yes, it

Bernheim/Direct/Chesler

1    is.

2              MR. CHESLER:  Your Honor, I offer 7830.  I just want

3    the record to be complete on what the question was.

4              MR. CONRATH:  Did we get the slide number this

5    refers to?  I think I know but I don't want to guess.

6              MR. CHESLER:  Why don't I provide it to you at a

7    break just to save some time unless you need it for your

8    objection.

9              MR. CONRATH:  No objection.

10             THE COURT:  Defendant's Exhibit 7830 is received.

11             MR. CHESLER:  Thank you, your Honor.

12             (So marked in evidence Defendant's Exhibit 7830.)

13   Q    So Dr. Bernheim, I want to go back to the loyalty data we

14   were talking about before the luncheon break.

15             Are you aware that Professor Katz has suggested that

16   these data are not representative of merchants for purposes of

17   doing this analysis?

18   A    Yes, I understand that he has said that.

19   Q    And do you agree with that?

20   A    I think that the purpose that I am using these data for

21   do not require them to be representative of merchants.

22   Q    Why is that?

23   A    I'm using them for a couple of purposes.  One is to make

24   statements about consumer behavior.  And these are large every

25   day spend merchants.  I have no reason to believe that their

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

1    customers are not representative of customers in general.

2    Whether the merchants are representative in terms of their

3    views of debit or credit isn't relevant to asking questions

4    about what consumer attitudes towards debit and credit are.

5              So I guess that is the first thing I would point

6    out.

7              The second thing that I would point out is that is

8    odd for Dr. Katz to criticize these data on these grounds

9    given that he himself has used the data.

10             In fact, if I recall correctly, a figure based on

11   these data was featured in the government's opening statement

12   without such qualifications.

13             So I think we agree that they can be used for some

14   purposes but I want to be absolutely clear about the purpose

15   or one of the main purposes that I am putting these data to,

16   which is to test Dr. Katz's theory of compartmentalization,

17   that people use particular payment methods at particular

18   places, they designate that they are going to use a card for

19   one thing, they use something else for another thing.  That is

20   something that with these data, with these kinds of data for

21   the first time can be tested directly.

22             So now that we have data that allow us for a large

23   population of consumers to actually find out how consumers use

24   their payment methods, I think that these data shed a

25   substantial amount of light on the relevant issues.

Bernheim/Direct/Chesler

1   Q    Before we go through some of the specifics gleaned from

2   the data, what is your ultimate conclusion with respect to the

3   issue about tailoring or compartmentalizing the use of debit

4   cards?

5   A    I think that a look at these data leads one to the

6   conclusion very quickly that people are not somehow

7   compartmentalized into GPCC cards and in fact are switching

8   regularly, frequently between GPCC cards and debit.

9   Q    Let's look at slide 31.

10              And, your Honor, this is confidential information on

11  it.

12              THE COURT:  That is fine.

13  Q    Without naming the merchants or the numbers, professor,

14  what does slide 31 show?

15  A    So here we have five merchants for whom I have the

16  requisite data to examine these issues.

17              I looked at the loyalty customers who had at least

18  10 transactions.  The reason for looking at loyalty customers

19  with at least 10 transactions is that we are interested in

20  determining how often it is that people switch or rather what

21  fraction of people switch between different payment methods,

22  we have to look at a reasonable number of transactions to

23  allow for opportunities to observe that switching.

24              If we look at a case where there is only one

25  transaction, obviously there be will be no switching.  If

1    there are two or three, the odds are fairly high that we will

2    happen to catch someone who is using the same means of

3    payment.

4            So it's important to look at people who have some

5    significant number of transactions in this database.  So that

6    is the first thing to note about this.

7            For each one of those merchants, what I have

8    depicted here are 2 bars.  The first bar, the green bar

9    represents the fraction of their loyalty customers who used

10   only GPCC as a fraction of those customers who used GPCC for

11   some transaction -- I'm sorry, that used -- yes, GPCC.  This

12   is out of those who used GPCC or GPCC and debit.  The two

13   groups here are people who used GPCC only and people who used

14   GPCC and debit.

15           So we begin with the set of people who used GPCC

16   cards and we are segmenting them into the ones who in the

17   transactions that we can observe, either only used GPCC or

18   also used debit.

19           And what we see in this figure is that out of that

20   group, and I can't say the numbers, but a very sizeable

21   fraction of these people, a sizeable majority of them use both

22   GPCC and debit, which is contrary to this tailoring theory,

23   disproves the tailoring theory I think quite directly.

24           I would add that these are counts of individuals and

25   if you did this based on the dollars in the transactions, it

Bernheim/Direct/Chesler

1    would be even more extreme because the customers who tend to

2    have the concentrated purchase on GPCC in the data have fewer

3    transactions, and that's why you are not seeing switching for

4    many of them.

5           So this is giving you a conservative idea of the

6    number of people who go back and forth in the data.

7    Q    Now, you have a box sort of around the three merchants to

8    the left-hand side of the chart that says Professor Katz only

9    focused on three.

10          What is the significance of that?

11   A    Well, Professor Katz also performed an analysis of these

12   data in addressing the same issue and this is just to indicate

13   that he focused on the three to the left.  He explained in his

14   testimony that those were selected at random I guess from the

15   five since those were the firms, those were the merchants at

16   which this analysis could have been performed.  And the way it

17   turned out, he missed the two at which there is the greatest

18   mixing of use of GPCC and debit.

19   Q    Now, there was some form of loyalty data provided by more

20   than five merchants, isn't that true?

21   A    That is correct.

22   Q    So what did you mean when you said these are the five for

23   whom this type of analysis could be done?

24   A    Doing this analysis requires more than just the loyalty

25   data.  It also requires what is called BIN data, B-I-N for

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1    bank identification number, so that it's possible to link up

2    the individuals with some other data that allow us to

3    determine whether certain payment products that were used were

4    debit or GPCC.

5              So that's why I focused on five of the eight.

6    Q    You indicated before that you put in your universe of

7    consumers those that had done at least ten plastic

8    transactions that used GPCC, is that correct?

9    A    That's correct.

10   Q    And the orange bar showed a percentage of those consumers

11   that also used debit at the same merchant during the same

12   period of time, correct?

13   A    That's correct.  And just as a footnote there, that is,

14   you shouldn't interpret the green bars as those who would

15   refuse to use debit.  We simply don't know within the green

16   bars.  They may be people who are perfectly willing to switch

17   or didn't happen to switch in the transactions that we

18   observed.

19             So that's why I think that the orange bars

20   are really -- the magnitudes of those bars are quite

21   remarkable.

22   Q    You said Dr. Katz had done an analysis of this issue

23   looking at the three merchants on the left-hand side of the

24   chart, correct?

25   A    That's correct.

1   Q    Was there any difference in the thresholds that were used

2   by you and Dr. Katz to determine which consumers would be

3   included the analysis of the data?

4   A    Yes, there was.

5         Dr. Katz instead of imposing a threshold of 10

6   transactions to allow for sufficient observation of whether an

7   individual in fact was using both means of payment put the

8   threshold at only two transactions and consequently that

9   resulted in observing a higher fraction of people who

10  apparently did not use both means of payment.

11  Q    Did you do a comparison of the results using a threshold

12  of two transactions versus the 10 that you used?

13  A    I did.

14  Q    Let's look at slide 32, please.

15         This is also confidential data.

16         What does slide 32 show?

17  A    Slide 32 is for one of the five merchants.  This is -- I

18  have similar comparisons for the other merchants but I'm just

19  illustrating this with one of the merchants and I can't

20  obviously say which one this is.

21         On the left-hand are my results for that merchant

22  from the previous side.  Those are the same as before.  And on

23  the right-hand slide are the corresponding results that Dr.

24  Katz derived using a threshold of only two transactions.  And

25  you can see that using that lower threshold inflates

Bernheim/Direct/Chesler

1   significantly the fraction of customers who apparently are

2   using only GPCC.

3   Q    What does it do to the percentage who are using both GPCC

4   and debit?

5   A    It reduces that significantly, makes it much more even

6   between the two.

7   Q    Now, staying with the fact that Dr. Katz did some work

8   with the loyalty data as well, let's look at slide 33, please.

9        This is also confidential data, your Honor, for one

10  of the merchants.

11       So without specifying the merchant or the numbers,

12  describe for the chart what Dr. Katz's chart shows.

13       And I think you've added some annotations to his

14  chart, is that correct?

15  A    That's correct.  This is essentially Dr. Katz's figure

16  but I've added some annotations.

17  Q    When you describe for the Court what you intend to show

18  by chart, you should point out what significance if any your

19  annotations have?

20  A    Sure.

21       So this is taking that same merchant that appeared

22  in the previous slide and the same 2 bars the green bar and

23  the orange bar, and Dr. Katz instead of presenting the data in

24  that form presented it in this form, which I find has the

25  effect of obscuring the underlying message.

Bernheim/Direct/Chesler

```
 1              So the green bar is the same green bar as before
 2    except it's on a different base and that annotation above it
 3    "credit only customers" is my annotation.
 4              Then that orange bar, he took the orange bar and
 5    divided it into a bunch of BINS according to the percentage
 6    spending -- the percentage that was spent on debit as a
 7    percentage of total plastic spent.
 8              So all of those little orange bars actually add up
 9    to the orange bar that you saw in the previous slide where I
10    showed Dr. Katz's version of it, but visually, and this is why
11    I think it obscures the point, visually when you divide this
12    up into a whole bunch of BINS, it has the effect of making it
13    appear as if all those Little orange bars are small.
14              And in fact, if you add them up, the relative size
15    compared to green bar is exactly what I showed on the
16    right-hand side of the previous slide.
17              So the notation above that which says a percentage
18    of customers used both credit and debit, that is my notation
19    to indicate that all of those little bars correspond to the
20    larger orange bar on the previous slide.
21              Then finally, Dr. Katz added this yellow bar on the
22    right-hand side which I have labeled debit only customers, and
23    I'm not quite sure why this -- why for this purpose Dr. Katz
24    would have added that.  Again, to me, it obscures the
25    underlying message of importance that comes from this data,
```

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1   which is the fraction of people who mix relative to the total

2   fraction who used GPCC.

3           If people use debit only, then they are not relevant

4   to the question of whether people will switch away from debit

5   to -- pardon me, switch away from GPCC to debit in response to

6   some price differential.

7           So consequently, I do not take the yellow bar as

8   being relevant to the question that we're asking, and this

9   presentation of the data therefore I think in addition to

10  having the problem of being based on a threshold of two rather

11  than 10, visually does obscure the important point.

12  Q    Now, did Dr. Katz acknowledge that if you were looking at

13  switching from credit to debit, you would not focus on the

14  debit only customers, did he acknowledge that in his

15  testimony?

16  A    That was certainly my interpretation of his testimony.

17  Q    Let's look at slide 34.

18          We don't need to read it or pause on it.

19          Is that the testimony you were referring to?

20  A    Yes, that was the testimony I had in mind.

21  Q    We've been talking about switching from GPCC, general

22  purpose credit charge to debit.  You earlier emphasized that

23  the first thing you wanted to look at was American Express,

24  correct?

25  A    Correct.  My analysis starts with American Express as the

1  product of interest.  And the question is where do you go from

2  there, what do you start including?

3  Q    Did you look specifically at whether American Express

4  users in the loyalty data, when they do switch stay within the

5  general purpose credit charge category or switch to debit

6  within the same store for the same period of time?

7  A    Yes, I did.

8  Q    Let's look at slide 35.

9          This is also confidential data for the merchant,

10 your Honor.

11          What does slide 35 show?

12 A    So again, this is -- now we have all eight merchants

13 because the BIN data were required for this exercise.  And

14 what I am doing for each one of the merchants, is looking at a

15 transaction, finding the transactions in which they used Amex

16 to pay for the purchase.  And then amongst those transactions,

17 looking at the fraction in which on the next transaction they

18 used something other than American Express.  And that's

19 actually a very large fraction of the Amex transactions.

20          I'll show you that data in just a minute.

21          So this is the next transaction looking at the

22 people who used Amex and now what do they use on their next

23 transaction when they have shift away from Amex.

24          And I'm focusing on two alternatives here.  One is

25 the fraction that shifted to -- the fraction that shifted to

1    other GPCC on the next transaction and the fraction that

2    shifted to debit on the next transaction.

3    Q    Without measuring the numbers, what is your general

4    conclusion from these data?

5    A    So the yellow bars represent the fraction switching to

6    debit on the next transaction, the green bars, the fractions

7    switching to another GPCC on the next transaction.

8              What I'm doing is comparing the heights of those

9    bars for each one of the merchants and seeing that across the

10   board, they are very similar.

11             So what this is telling you is that when people

12   switch away from American Express, which they do pretty often

13   and you'll see that data in a minute, they switch to debit on

14   the next transaction as frequently as they switch to other

15   GPCC cards.

16   Q    There has also been discussion about whether consumers

17   switch or don't switch to debit based upon transaction size.

18             Are you familiar with that issue?

19   A    Yes, I am.

20   Q    Have you looked at that question using the loyalty data

21   as well?

22   A    Yes, looking at this with the exact same data in fact and

23   that's on the next slide.

24   Q    Let's go to 36.

25             What does slide 36 show?

1   A     Slide 36 does the exact same calculation, just kind of a

2   footnote on the calculation that I forgot to mention earlier,

3   I'm showing you results that are based on transaction amounts.

4   So this is talking about this is dollar weighted.

5              I have separate results based on just transaction

6   counts and it looks very similar, but with that out of the

7   way, this is doing the same exercise but looking at what I

8   have defined as large purchases, and the way I defined large

9   purchases was for each merchant, I determined the median

10  purchase.  So half the transactions are larger, half the

11  transactions are smaller and I just took the larger half of

12  the transactions separately and did the analysis again.

13             And if it were the case that somehow this was being

14  driven by the smaller purchases and people having a large

15  purchase in one instance and the small purchase in the next,

16  you would see a very different result here, but in fact, you

17  see the same result.  Switching to debit and to other GPCC is

18  approximately -- happens with approximately the same rate

19  after using an Amex card when the individual switches to

20  something else.

21  Q     Now you are aware that the government at some point moved

22  to preclude at least some portions if not all of your

23  testimony on these issues prior to trial?

24  A     Yes, I'm aware of that.

25  Q     And you read what the issues were that the government

Bernheim/Direct/Chesler

1    raised in support of that motion?

2    A    Yes, I'm aware of the issues.

3    Q    Let me turn to those fairly quickly.

4         One issue the government raised was that the data

5    did not necessarily reflect switching because sometimes

6    spouses or family members share cards and the data may relate

7    to what a family is doing, different members of the family are

8    doing from time to time rather than what a particular

9    individual is doing.

10        Are you familiar with that assertion?

11   A    Yes, I am.

12   Q    Did you look at that question in the data?

13   A    Yes, I did.

14   Q    Let's turn to slide 37, please.

15        What does slide 37 show?

16   A    This is a fair question to raise and therefore it's

17   something that I investigated.

18        If it's the case that the switching that is observed

19   in this data is attributable to the fact that sometimes one

20   person does and uses the loyalty card and uses one means of

21   payment and some of the time another household member goes and

22   uses the card and uses a different means of payment but

23   neither of them are actually switching, that each individual

24   is sticking with the same means of payment, then if we focus

25   on single person households where this problem is going to be

ALLAN R. SHERMAN, CSR, RPR    Official Court Reporter

Bernheim/Direct/Chesler

1    dramatically reduced, we should see much, much lower rates of

2    switching away from Amex.

3              And that's what we are looking at here.  He could do

4    this for three of the merchants.  Here we need additional data

5    which is some information about whether we have a single

6    individual or married individual, and this is comparing the

7    rates of switching away from Amex on the next transaction

8    according to whether we have a single person household or a

9    married individual or not single personal household I guess is

10   the alternative here, and you can see that the rates of

11   switching are approximately the same.

12             So the switching that is observed in this data do

13   not reflect -- cannot be attributed to different household

14   members using -- each using the same card but observing

15   alternation between who is making the purchases.

16             It's basically the same when you use data that at

17   least -- it's not perfect data, but it should reduce that

18   problem dramatically and it doesn't have a very large impact

19   on the amount of data observed.

20   Q    You are aware there was also a issue raised about whether

21   the data addressed the reason for the switching?  Are you

22   familiar with that?

23   A    Yes, I am.

24   Q    What is your position with respect to that?

25   A    I'd like to just point out on the previous slide that the

ALLAN R. SHERMAN, CSR, RPR    Official Court Reporter

Bernheim/Direct/Chesler

1    previous slide gives you some idea of the frequency with which

2    people shift away from American Express on any given Amex

3    transaction.  It tells you the fraction of time that they move

4    away from Amex on the next transaction for those three

5    merchants.  And I'm pointing to it as a preface to answering

6    this question because what it's showing you is that those

7    rates are quite high.  I'm underscoring that because it's

8    telling you that this switching is a very common phenomenon.

9    So it's a phenomenon that is not occurring in response to

10   unusual events, it's happening all the time.

11          So the switching that we're seeing is switching that

12   is in response to the kind of variation conditions that are

13   normally present when someone goes to the store on Tuesday and

14   then goes to the store on Wednesday.  Their mood may be a

15   little different.  When they flip open their wallet, they may

16   see a different card or whatever but usually nothing very

17   dramatic is going on.  These kinds of data are not perfect for

18   answering the questions about switching because ideally we

19   would like to measure price variation and all that and we

20   don't have it here.  But it is showing us that for sort of the

21   naturally occurring variations in conditions that people

22   confront from day-to-day, they are switching with high

23   frequency.  And that's an indication that their preferences

24   are actually not that strong between these different payment

25   methods.

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1    Q    What about the role of credit limits and the costs of

2    revolving as being an issue with the loyalty data?

3    A    I think that that could be potentially some issue in

4    certain cases where you have customers who are operating under

5    the lend centric model.

6         American Express customers we know generally don't

7    fall into that category.  The spend centric business model

8    appeals to them.  They are generally not revolvers.

9         So I think that problem as well is not something

10   that can account for these patterns.

11   Q    What about the question of the data showing switching to

12   cash?  Is that an issue for the data?

13   A    So this also was raised.  When you look at these same

14   results for switching to cash, you also do find switching to

15   cash.

16        I would point out that the amount of switching that

17   you see to cash on a volume related basis is certainly lower

18   and it's also much more uneven across the companies, so it's

19   not a robust pattern across the merchants.

20        So it's certainly weaker evidence.  But the other

21   thing that is important to understand about the switching to

22   and from cash relates to what I said a minute ago about the

23   day-to-day variation in conditions that we confront when we

24   shop.  You can imagine with cash, some of the time I show up

25   at the store and open my wallet and go oh, I don't actually

1    have any cash and that causes me to use another means of

2    payment.

3              That is a larger change in condition that actually

4    in that case sort of forces me to change the means of payment.

5              So I didn't want to look, take these results and say

6    cash is in the market too because it seems to me that that

7    particular effect is likely driven, which is a weaker effect,

8    is likely driven in many cases by people not just having much

9    cash on hand.

10   Q    What about the DOJ point that you are focusing

11   on consumer data and you should be looking at merchant

12   switching?

13   A    I think that relates to the issue that we discussed

14   earlier when you showed the stipulation.

15             Certainly the experts in this case have all I think

16   agreed that the merchant demand for payment services is

17   derived from consumer demand and the government's theory is

18   that Amex has market power over merchants because consumers

19   are unwilling to switch.

20             So this speaks directly to those issues.

21   Q    Let me turn to slide 38.

22             We're at the last bullet on the chart we have been

23   walking through, which is the changes in the last 15 years or

24   so.

25             And you say that you have also looked at documents

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1    and testimony in the record, is that correct?

2    A    I have, yes.

3    Q    What kinds of evidence have you looked at, sir, and what

4    is your characterization of it?

5    A    I've looked at a lot of evidence.  I know there has been

6    testimony at trial and there were depositions beforehand and

7    there are all sorts of documents produced in the course of

8    business.

9         My characterization of that is that the record on

10   this issue does not speak with one voice.  The documentary

11   record and the testimonial record does not speak with one

12   voice.  And that's one reason why I place a lot of weight on

13   doing my own analysis of this issue.

14        But I also think that in evaluating the documentary

15   record, from my own point of view as an economist, what I

16   tried to keep in mind was the context of the evidence.

17        And if I can elaborate on that?

18   Q    Sure.

19   A    There are two aspects of context that are important to

20   me.

21        One is time, when it happened, what time period is

22   being referred to.  Because this is --

23        I made the point before.  This has been a dramatic

24   transition in this industry.

25        Things have really changed.  We know that debit is

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1  now used much more by many more people and they have a very

2  different perception of debit than they did 12 or 15 years

3  ago.  And that has been an evolutionary process.

4       So when I think about the evidence, I tend to put

5  more weight on recent evaluations.

6       Then the other thing that has been important to me

7  as an economist as I evaluated the evidence is to me, the

8  context in terms of whether things are referencing

9  negotiations.

10  Q   Why is that important?

11  A   Because people take positions in negotiations that are

12  favorable to what they want to accomplish.

13       And so companies are always putting their best spin

14  on things.  So evidence that is produced for use in

15  negotiations for the purpose of advancing negotiations, for

16  me, I discount that evidence in forming my own opinion, at

17  least to some degree.  I don't ignore it but I put less weight

18  on it.

19  Q   Let's look at slide 39.  It relates to the documents and

20  testimony category that you have looked at.

21       Can you explain to the Court what your points are

22  here?

23  A   Very quickly, and this is all in the record so I'm just

24  mentioning here some of the things that I have seen in the

25  record that have been more persuasive to me in suggesting

Bernheim/Direct/Chesler

1    something about the substitutability between debit and

2    credit.

3              And the first is internal documents from Amex as

4    well as accompanying trial testimony from Amex witnesses that

5    talk about the positioning of their charge products and the

6    development of new products that are being positioned as

7    competitors to debit, things like the Every Day card.

8              That indicates to me that there has been a

9    transition in this industry, an important transition where the

10   players in this industry are devising business strategies that

11   explicitly recognize that they are competing with debit.

12             And I think the second bullet point here is a

13   reference to the fact that there is some evidence about other

14   networks pursuing related kinds of strategies.

15   Q    Just a few moments on Durbin.

16             We have heard a lot about the Durbin legislation.

17             Are you aware of Dr. Katz's conclusions relating to

18   credit and debit substitution based upon the Durbin Amendment

19   or the events following the Durbin Amendment?

20   A    Yes, I am.

21   Q    Do you agree with his conclusion?

22   A    No, I don't.

23   Q    I'll ask you at this point about a particular regression

24   analysis that Dr. Katz did.

25             Would you look at slide 40, please.

ALLAN R. SHERMAN, CSR, RPR    Official Court Reporter

Bernheim/Direct/Chesler

```
1   A    Yes.

2   Q    What is the --

3            This is some testimony from Dr. Katz here at trial.

4            Are you familiar with the regression analysis that

5   he was referring to in his testimony?

6   A    Yes, I am.

7   Q    What did it show?

8   A    Let me just give a word or two about background.

9            In Dr. Katz's testimony at trial when he was talking

10  about Durbin, he showed a figure illustrating the amount of

11  debit use and credit use over time and said at the point in

12  time that Durbin occurred, there wasn't a significant change.

13  And he was just pointing to it, saying look, you don't see

14  GPCC dropping off at that point in time.

15           Now, the problem is that if you want to do this

16  scientifically, you have just can't eyeball a figure like

17  that.  The reason is that there are trends and there is some

18  tendency to continue a trend.

19           Dr. Katz himself in his report used appropriate

20  statistical analysis to try to take out the trend and to ask

21  what I think is the more appropriate question which is:  How

22  did Durbin cause the use of GPCC and debit to deviate from the

23  trend?

24           He didn't talk about that in the trial testimony in

25  his direct but it did come up in cross and I think that this
```

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1    is the reference to the result which is that the regression

2    analysis indicates that Durbin decreased credit volume by

3    8 percent and caused debit volume to increase by about

4    16 percent.

5              So looking at Dr. Katz's own analyses, I think that

6    the conclusion that comes out of this is that Durbin did have

7    a very sizeable impact on the relative usage of these two

8    types of means of payment.

9    Q    Is that significant impact particularly significant in

10   your view because of the issue of whether all merchants

11   paid less or some merchants paid less after the Durbin

12   Amendment?

13   A    Yes, it is.

14   Q    Have you looked at the question of the impact on merchant

15   fees from the merchant perspective with respect to debit

16   transactions following the Durbin Amendment?

17   A    I have, yes.

18   Q    Let's look at slide 41, please.

19             And, your Honor, this is not a confidential

20   document.

21             What does this slide show?

22   A    So again, a word or two of background about what I'm

23   doing here.

24             Much of the discussion about Durbin I think has

25   created the impression that Durbin resulted in an across the

Bernheim/Direct/Chesler

1    board reduction in the cost of debit to merchants.  And Dr.

2    Katz has characterized that as being very large.

3              The facts do not support that.  And the way I

4    investigated this was by looking at data that was obtained

5    from a processor and using the data from the processor, it's

6    possible to determine the all in debit rates, the pre-Derbin

7    and post-Derbin.  And when I say all in, that includes all the

8    relevant fees.

9              So one of the things that happened after Durbin is

10   some of the acquirers increased their fees to the merchants or

11   debit which offset some of the Durbin effects.

12             Now, you can see that there are two lines on this

13   figure; one a yellow line and one a green line.

14             The yellow line is simply taking the average of the

15   all in debit rate across all of the merchants that are served

16   by this processor.

17             And the noticeable thing about the yellow curve is

18   that its does not increase, it does not decrease by a very

19   noticeable amount when Durbin occurred which is the beginning

20   of that gray area on the slide.  You can see it dipping very

21   slightly at the start of Durbin and then actually popping up

22   again after a few months again.

23             So if you just average over merchants in this large

24   sample of merchants that we were able to look at for the

25   processor, you don't actually see a decline in the cost of

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

1    debit.

2              Now, how do you square that with what you heard

3    about Durbin reducing the cost of debit?

4              It reduced the cost of debit for large merchants,

5    very large merchants.  So that when I weight by volume, I get

6    the green curve which is closer to the story that people have

7    been telling about Durbin reducing the cost of debit.

8              So the thing to understand about Durbin is that it

9    had a very concentrated effect on merchants.  It was not a

10   great across the board reduction in the cost of debit that can

11   be used as a good natural experiment.

12             Knowing that, using Durbin as an experiment to

13   examine certain things like the fraction of merchants who

14   accepted debit or the fraction of merchants who accepted GPCC,

15   which is what I believe Dr. Katz showed in his direct, is

16   actually inappropriate because that ought to be driven by the

17   yellow line, not by the green line.

18             THE COURT:  I'm sorry, there seems to be some

19   problem putting up the document on the screen.

20             I have it on, so I don't know what the problem is.

21             MR. BARBUR:  This is a confidential document.

22             MR. CHESLER:  I said it was not and it was?

23             THE COURT:  And I'm worried about whether you can

24   see it.

25             MR. CHESLER:  I'm looking at a hard copy.

Bernheim/Direct/Chesler

1          THE COURT:  So am I.

2          I don't have any problem.

3          So the next document, let me hear from the experts.

4          Is the next document confidential?

5          It's not confidential, Mr. Chesler.

6          MR. CHESLER:  Thank you, your Honor.

7          THE COURT:  You are welcome.

8          All right, go ahead.

9   Q    Now, before we get to the next document, Dr. Katz also

10  pointed out with respect to interchange fees on credit cards

11  that they didn't go down in response to a decrease in debit

12  card interchange after Durbin.

13          Is that a relevant factor in your view?

14  A    I don't think that you can infer much from that at all.

15  Q    Why?

16  A    You have to remember that this is a two-sided market and

17  Dr. Katz is treating this as if it's a one-sided market.

18  There are a lot of other things going on here.

19          When the rates for debit come down, which they did

20  in some instances, that makes debit less profitable for

21  issuers, for banks and banks want to push in the opposite

22  direction, they want to push to where things are more

23  profitable for them.

24          So what happens in this market in response to

25  something like Durbin is that through the other side of the

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

1    two-sided market, pressure is applied in the opposite

2    direction.

3              The interchange not going down can simply be a

4    reflection of the fact that the networks wanted to keep the

5    credit cards more attractive relatively speaking to customers

6    so that they would continue to use credit which is more

7    attractive to the banks.

8              So the incentives here are extremely complicated and

9    it is not clear in this two-sided market exactly what

10   implication you would be looking for in these data.

11   Q    Are you saying it's possible that higher interchange on

12   credit can increase the usage of credit card?

13   A    Yes, actually.  Higher interchange can fund rewards and

14   so forth that increase usage of credit cards.

15   Q    I'll ask you about a related but separate subject.

16             You had said that you believe the relative market

17   includes at least GPCC and debit, correct?

18   A    That's correct.

19   Q    So are there other constraints to consider in that

20   context?

21   A    Sure.  There are other means of payments and they

22   substitute to some degree, but what I would emphasize is that

23   this is a highly dynamic market with a lot of emerging

24   technologies and a lot of creative people who are trying to

25   find ways to introduce products that are attractive to

ALLAN R. SHERMAN, CSR, RPR    Official Court Reporter

Bernheim/Direct/Chesler

1   customers.

2          THE COURT:  Can I just ask this.

3          So all this having been said, does the existence of

4   the NDP have the net effect of making it more difficult for

5   the market to reach its natural equilibrium?  In other words,

6   would the NDP where it is, it means that Visa and Mastercard

7   can, according to some of the testimony, increase rates closer

8   to the NDP and that would be not in the interests of the

9   merchants or possibly the consumers on the other side of the

10  two-sided market.

11         Isn't there -- if you didn't have the NDP, wouldn't

12  that encourage more competition between debit and credit and

13  maybe everyone will go to debit and there won't be a vibrant

14  credit card market at all?

15         THE WITNESS:  So that is a very complicated question

16  and --

17         THE COURT:  That's why I asked it, because I don't

18  know the answer.

19         I don't know how relevant it is to this discussion

20  but it would just seem to me that it flows from what is being

21  discussed here.

22         THE WITNESS:  It's very relevant, your Honor, and

23  slowly we are winding our way there.

24         I am going to spend a lot of time there.

25         THE COURT:  It's another 80 pages.

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

```
 1              THE WITNESS:  It's a little hard to preview that.

 2              THE COURT:  That is all right.  You say you are

 3    going to get there.

 4              THE WITNESS:  I will.

 5              THE COURT:  I accept you at your word and I'll let

 6    Mr. Chesler work his way through the next 80 pages.

 7              MR. CHESLER:  Thank you, your Honor.

 8              THE COURT:  Sorry I interrupted.

 9              MR. CHESLER:  No.

10    Q    Let's go back to this issue about other competitive

11    constraints that may be in the market.

12              Are you familiar with Dr. Katz talking about PayPal

13    and saying it doesn't really compete with Amex because it just

14    piggybacks with Amex, Amex piggybacks on PayPal?  Are you

15    familiar with that?

16    A    Yes, I remember that testimony.

17    Q    Did you look at that question?

18    A    I did.

19    Q    Let's look at slide 43 which is confidential, your Honor.

20              THE COURT:  Confidential?

21              MR. CHESLER:  Yes.

22    Q    What does 43 show, professor?

23    A    43 is information on how PayPal purchases are funded.

24    And it has a time series here.  Some of them are projections.

25    I believe this comes from PayPal.
```

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

```
 1              And what it's showing is the breakdown between three

 2     categories.  One is credit/debit.  The other is ACH.  And the

 3     other is what is called PayPal balances.

 4              Now the credit/debit part is indeed piggybacking on

 5     the existing networks, although I suppose that it's worth

 6     saying that piggybacking on the debit network to compete with

 7     credit is one way that debit gets used to compete with credit.

 8     So I'm not sure you should ignore all of the credit/debit part

 9     of the bar.

10              But you can see that ACH is a very substantial part

11     of funding PayPal purchases.  And then there is also that bar

12     at the top, PayPal balances, which it's a little bit

13     complicated to assess but as best I can tell, my current

14     understanding of that is that by and large, that is not

15     piggybacking on the network in the sense that Dr. Katz meant.

16     Q   So you are saying that PayPal is in the relevant market?

17     A   Well, not necessarily.  I haven't made that

18     determination.  The data on PayPal is very limited so I

19     haven't been able to study that.

20              I'm just pointing to this as an example of how in

21     this dynamic market, there is a lot of innovation and that the

22     innovation also includes methods that are getting around the

23     existing plastic networks.

24     Q   Let's look at slide 44 as we move to a different market

25     allegation.
```

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1          This is the T&E market.

2          Do you have that slide, sir?

3   A    I do, yes.

4   Q    You say that the T&E submarket ignores spillovers and

5   cost differences.

6          Is that your view?

7   A    Yes, that is correct.

8   Q    So I want you to tell us what is it about the competition

9   in the industry as you see it that makes the carving out of a

10  market or submarket for travel and entertainment, merchant

11  services, network services inappropriate in your view?

12  A    So I want to address this question of whether there is a

13  separate T&E market in kind of two stages.

14         One is on a common sense level, business reality

15  level, and then turn to the technical issue of the test that

16  Dr. Katz applies.

17         So starting with the common sense business reality,

18  one thing that we know about this industry is that the G in

19  GPCC is really, really important, the general, that if you

20  don't have a card that you can use generally, then you are

21  going to be confined to a very small niche, store cards and

22  things like that.

23         You need to have a very general purpose card in

24  order to compete.  The history of this industry proves that.

25  We had networks that tried to operate in travel and

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

1    entertainment.  They tried to be a travel and entertainment

2    product and what happened to them?  They died off.  One of

3    them survived.  That was Amex.  And that one survived by

4    moving out of T&E into every day spent, by expanding and

5    becoming a general purpose card.

6            The business reality is that there isn't such a

7    thing as a T&E card that is viable in this market.

8    Q    I'm going to skip over a reference to some testimony from

9    witnesses that is to that effect because it's already in the

10   record.

11           Let's go to slide 46, please.

12           You were just talking about American Express

13   surviving and what it did over time.

14           What does slide 46 show?

15   A    This slide is showing how the composition of Amex's

16   charge volume between T&E and non—T&E merchants changed over

17   time.

18           So it shows the going back to the 1990s, it's fairly

19   evenly split in 1997.  Then as you go forward in time and get

20   to 2010, T&E is down to about 30 percent of Amex's charge

21   volume.  70 percent is non—T&E.

22           So that is reflective of the transection.  Amex

23   escaped the fate of Diner's Club by becoming a general purpose

24   card.

25   Q    Let's move to what I think you called the more technical

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1   side of this question.

2            And you are aware that Professor Katz looked at the

3   issue of price discrimination in connection with his

4   definition of this T&E market?

5   A    I am, yes.

6   Q    Is that as a general matter, the use of price

7   discrimination to help to define market, is that generally

8   recognized as an acceptable approach?

9   A    As a general matter, it is recognized as an acceptable

10  way to proceed.

11  Q    Do you agree with the way in which Professor Katz applied

12  the principles of price discrimination to reach his

13  conclusions about a T&E market?

14  A    No, I do.

15  Q    Explain why not.

16  A    To define markets based on price discrimination --

17  Q    I'm sorry, let's also turn to 47 as you are doing this.

18           Sorry.

19  A    So I think I talked about the first main bullet point

20  here, we're on the second main bullet point.

21           To do a price discrimination test that is required

22  to establish price discrimination in the market, it's

23  important that you have to be able to associate different

24  costs with different products that are different, delivered to

25  different customers.

Bernheim/Direct/Chesler

1          So you have to be able to say this customer got this

2    product and these are the costs associated with that and

3    another customer got this product over here and here are costs

4    associated with it.

5          And the costs associated with the first product

6    aren't associated with the second product and the costs

7    associated with the second product aren't associated with the

8    first product.  Then you can look at the price cost markups

9    and if they are different, you can reach an inference that

10   there is some price discrimination.

11         Now, you asked me what the problem with that is.

12   The problem with that is related to what I said about the

13   business reality in this industry.  You can't escape the

14   business reality by doing a technical test.  The business

15   reality is that everything in this business is interrelated.

16   Q    What do you mean by that?

17   A    So let me take an example.

18         Take something that seems like it could easily be

19   ascribed to T&E, something like just the cost of clicking the

20   interfaces with the T&E merchants.  That seems like something

21   that could be allocated to T&E.

22         Well, if you think about it from the narrow

23   perspective of how you treat costs when implementing a

24   technical price discrimination test, actually it's not so

25   simple.  And the reason is this.  If you didn't incur those

ALLAN R. SHERMAN, CSR, RPR    Official Court Reporter

Bernheim/Direct/Chesler

1   costs, didn't hook up any of the T&E merchants, you would have

2   a card that wasn't usable in T&E.  And if you have a card that

3   is not usable in T&E, then you don't have a viability card.

4   Then nobody uses the card.

5           So incurring those costs to hook up the T&E

6   merchants, actually they are delivering benefits to you

7   everywhere in your network, and therefore those costs for the

8   purpose of this kind of analysis which is a technical, narrow

9   application, a very technical, narrow analysis, the point is

10  that you can't really allocate the costs.

11          There are other costs that are just joint costs to

12  begin with.  I gave an example of something that was directly

13  associated with T&E.  In one of my reports I went through

14  things that are joint costs that aren't easily allocated but

15  for the purpose of Dr. Katz's analysis, he simply took the

16  counting allocation that Amex used for putting together one of

17  their databases.

18          Again, that may be appropriate for the purposes that

19  Amex is using it, incentivizing different business divisions

20  and things like that, but this is a different purpose.  This

21  purpose is performing a price discrimination test for a narrow

22  purpose and that allocation has to be governed by these

23  principles of causality that those don't respect.

24  Q    Let's take a more generic cost, say writing off unpaid

25  balances on charge cards, an example that is not unique to T&E

ALLAN R. SHERMAN, CSR, RPR   Official Court Reporter

Bernheim/Direct/Chesler

1    like hooking up the terminals at an airline.

2    A    So let me give you an example of the difference between

3    how you would have to think about this from a economic

4    perspective and how it's done from an accounting perspective

5    for the purpose of allocating those costs.  Just a

6    hypothetical example to illustrate the point.

7              You have somebody who goes month-to-month only with

8    every day spent.  And they are spending well within their

9    spending limits, they don't default.  At some point they

10   decide I have to go on a vacation so they splurge and they

11   spend a ton of money on the vacation and in one month they

12   have a lot of T&E expenses.

13             Because of that, they have really put themselves up

14   against the wall financially and they are having a hard time

15   making the ends meet.  They manage to pay off the card for

16   that month but because they are so far behind, they default in

17   the next month when they only have non-T&E expenses.

18             From a causal point of view, the T&E expenses caused

19   the default, but from the point of view of costs allocation,

20   that's not how it's done and that is the problem.

21             Generally, it's just extremely hard to determine

22   what caused something like a default on a card.  And so for

23   accounting purposes, arbitrary allocations are used.

24             But for the purpose of performing this kind of test,

25   that is just not appropriate.

Bernheim/Direct/Chesler

1    Q     So what is the bottom lime here in terms of the ability

2    to identify a market based on price discrimination that relies

3    on differing margins, allocation of costs of revenue to get

4    differing margins?

5    A     It just can't be done.  Attempts to do it are

6    inconsistent with the business reality.  At some point the

7    technical test has to confront the business reality and the

8    business reality is you can't carve off a piece of a GPCC

9    network and have it operate as a viable business model.  And

10   if you do the technical test right, it's consistent with that

11   because you can't allocate the costs.

12   Q     Let's go to slide 48 which is just a revisit to the chart

13   I think we began with, the summary of your conclusions because

14   I want now to move to the issue of market power.

15            So the second of the three major bullets on your

16   conclusion chart is the evidence refutes the claim that Amex

17   possesses antitrust market power?

18   A     Yes.

19   Q     Now, are you familiar with, and I don't want to spend

20   time going back over it, so I just want to see if you are

21   familiar with Professor Gilbert's discussion of technical

22   market power versus antitrust market power?

23   A     Yes.

24   Q     Do you agree with what he said on that subject?

25   A     Yes, I do, I think that is a generally accepted

Bernheim/Direct/Chesler

1    distinction.

2    Q    We'll come back to that issue in due course but I wanted

3    to save a little time by not going through the same material

4    again.

5              Would you turn to slide 49, please.

6    A    Yes.

7    Q    So what was the framework for your analysis with respect

8    to market power?

9    A    This slide lays out three steps which I followed in order

10   to evaluate market power.

11             (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bernheim/Direct/Chesler

1   BY MR. CONRATH:

2   **DIRECT EXAMINATION (Continued)**

3   BY MR. CHESLER:

4   Q    Antitrust market power?

5   A    Yes.

6   Q    Now, you're familiar with -- and I don't want to spend

7   time going back over it, so I just want to see if you're

8   familiar  with Professor Gilbert's discussion of technical

9   market power versus antitrust market power?

10  A    Yes, I am.

11  Q    And do you agree with what he said on that subject?

12  A    Yes, I do.  I think that's a generally accepted

13  explanation.

14  Q    Okay.  We'll come back to that issue in due course, but I

15  wanted to save a little time by not going through the same

16  material again.

17           Would you turn to slide 49, please?

18  A    Yes.

19  Q    So, what was the framework for your analysis with respect

20  to market power?

21  A    This slide lays out three steps which I followed in order

22  to evaluate market power, and would you like --

23  Q    Why don't you just walk through quickly what those three

24  steps are?

25  A    Sure.  The first one is to identify a competitive

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    baseline.  What we want to do in some sense is to evaluate

2    whether prices look like they are reflecting the exercise of

3    market power.  If we can identify an appropriate competitive

4    baseline, then that comparison becomes easier to perform.

5           So in doing my analysis, I concluded that the period

6    of the 1990s and very early 2000s, particularly the 1990s is a

7    period during which Amex clearly lacked any meaningful

8    antitrust market power, and so I take that as a baseline.

9           MR. CHESLER:  Your Honor, I should have pointed out,

10   this and some charts that will follow are not confidential

11   charts.

12   BY MR. CHESLER:

13   Q    Okay.  What is the second step?

14   A    Well, the second step is to analyze the conduct, Amex's

15   conduct since the competitive baseline, what's happened since

16   then, and what I'm going to show is that since that period of

17   time, Amex has lowered its price, properly measured, while

18   simultaneously increasing its quality, enhancing its quality.

19   And if a firm didn't have market power at a particular point

20   in time and after that point in time acquired market power,

21   what you'd expect is that they would be raising prices or

22   alternatively, holding the prices constant while reducing

23   quality.

24          Amex went in the other direction.  It reduced its

25   prices.  It increased its quality.  That's the sign of

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1  competing more aggressively, not less aggressively as a firm

2  with market power would try to.

3  Q    And what's the third step in your framework?

4  A    The third step is to go through the specific claims that

5  the government and Dr. Katz have made concerning the reasons

6  why they think Amex has market power and to address each of

7  those.

8  Q    Okay.  So, let's start then with the competitive baseline

9  and turn to slide 50, please.  What does slide 50 show?

10  A    Slide 50 shows Amex's share of GPCC volume, purchase

11  volume, from 1990 to 2002.  And to be clear, the reason that

12  I'm focusing on GPCC here and not including debit is because I

13  think that there's an agreement that at this point in time

14  debit probably was not in the market.  So I'm focusing on

15  GPCC.  And what you see here is that Amex's market share

16  declined pretty steeply in the early 1990s and then around

17  1995, flattened off and its share stagnated.

18  Q    Now, is the focusing on the period of time when the share

19  loss took place, '90 to '95, is that necessarily inconsistent

20  with a finding of antitrust market power?

21  A    A decline in market share is not necessarily consistent

22  with the absence of market power, no.  For example, you could

23  have a firm that starts with 90 percent, where it declines to

24  85 percent and stays there and you'd still be pretty worried.

25  Q    So what, if any, significance do you ascribe to the share

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    decline depicted here from about 24 percent to about

2    19 percent?

3    A    Well here, the magnitudes are actually are pretty

4    telling.  Amex's market share declines to below 20 percent and

5    remains stagnated through this period, from 1995 all to way to

6    2002, at or right below 20 percent.  This is not a level of

7    market share where economists are normally very concerned

8    about market power sufficient to maintain unilateral effects.

9    So, this is a fairly low market share during that period.

10   Q    Is there some additional significance to the fact that,

11   as you said, it stagnated for about seven or eight years

12   fluctuating at or about 20 percent, 19 percent?

13   A    Well, it's significant in the sense that Amex during this

14   period of time was not able to regain any market share.

15   Q    Now, did you read Mr. Chenault's testimony about what he

16   called the double chokehold that he believed his company was

17   in during this period of time?

18   A    Yes.  The double chokehold on the one hand, the

19   exclusionary -- the exclusionary agreements, the exclusionary

20   rules concerning issuance, MasterCard and Visa had those rules

21   with the bank issuers on the one hand, and on the other hand,

22   there were the preference campaigns and particularly the "We

23   Prefer Visa" campaign, but those are the things that he was

24   referring to.

25   Q    Now, is that subject, this double chokehold subject,

Bernheim/Direct/Chesler

1   significant at all in your analysis about market power here?

2   A    Well, I think it is.  When I review that record, what I

3   see is a company that is kind of on the ropes.  By the time

4   you get to some of the statements in the record, some of the

5   documents and speeches by Mr. Chenault, it's clear that Amex

6   is a company in trouble at that point in time.  It's a company

7   that is not in a position to somehow extract monopoly rents

8   from this market.  It wouldn't be struggling otherwise.

9   Q    Is it possible for a firm to be a victim of the exercise

10  of antitrust market power by another firm and still possess

11  such market power for itself?

12  A    I suppose in principle, yes.  Although in that case, I'd

13  expect to see them exercising their market power by

14  retaliating in kind, and in terms of doing where was the --

15  you know, the "We Prefer Amex" campaign having equal or at

16  least some comparable success in the market.

17  Q    Now, Mr. Chenault and some other witnesses have also

18  testified about advantages that they believe Visa and

19  MasterCard derived from distribution of their cards through

20  their retail chains and through the exclusionary rules.  Are

21  you familiar with that?

22  A    Yes, I am.

23  Q    What significance, if any, does that have for your

24  analysis?

25  A    Well again, this was a measure that I think by all

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    accounts significantly weakened Amex as a competitor.

2    Q    Now, I'd like you to look at two slides that have some

3    excerpts relating to the U.S. v. Visa litigation.  Fifty-one

4    has an excerpt from the government's post-trial findings in

5    the Visa case and from its trial brief, and 52 has an excerpt

6    from Dr. Katz's direct testimony in the Visa case about which

7    he commented in his trial testimony here.  Do you have those?

8    A    I do, yes.

9    Q    What significance, if any, do these statements have for

10   your effort to establish this baseline period as the first

11   step in your market power analysis?

12   A    Well, I don't want to put words in anyone else's mouth.

13   Dr. Katz can testify it for himself, but I think both of these

14   documents -- these documents and statements are acknowledging

15   that Amex's ability to compete was limited during this period.

16   And that is not typically a statement that one makes about a

17   firm that has significant market value.

18   Q    Let me turn to a separate subject.  You said that since

19   that period of time, since this baseline period that you have

20   identified, American Express has lowered its price -- prices

21   properly defined, isn't that what you said a few minutes ago?

22   A    Correct.

23   Q    So, let's talk about that issue, and if you will, let's

24   turn to slide 53 just so we have the context.  This is the

25   second step in your framework, analyze the firm's conduct

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   since the competitive baseline, is that correct?

2   A     That's correct.

3   Q     Okay.  So again, what is the significance of Amex

4   lowering its price and improving quality in the period since

5   the baseline period?

6   A     Briefly I think I said this before, but the idea is if

7   Amex began without market power, prices at a particular level,

8   subsequently reduced prices, increasing quality, that's an

9   indication that any share that they were gaining subsequently

10  they were accomplishing that by competing aggressively

11  effectively, an exercise of market power would have manifested

12  itself through some sort of a price increase.

13  Q     Now, I think you were careful to say a price properly

14  defined.  How do you define the proper price to look at for

15  purposes of this market power analysis?

16  A     So this goes back to a point that I made at the beginning

17  of my testimony when we were discussing the nature of Amex's

18  product, and I emphasized the point that a key feature of

19  Amex's product transaction services is that it's a single

20  service that is being provided simultaneously to two parties.

21  It's not like providing advertisements to advertisers and

22  magazines to people who want to read them, where you can vary

23  the two things separately.  Here, this is hard wired.  There

24  is one transaction.  And its a one service, two parties are

25  being charged for it.  So the price of this has to be defined

LISA SCHMID, RMR  Official Court Reporter

1    as what's called the two-sided price.  I think there's been

2    testimony about that already.

3    Q    And have you looked at this issue?  Have you looked at

4    data relating to this issue of the two-sided price?

5    A    I have, and could I just elaborate one other thing

6    concerning my previous answer?

7    Q    Yes.

8    A    Once of the reasons why it's really important to look at

9    the two-sided price rather than either side separately relates

10   to this issue of -- we were talking about it a minute ago,

11   which is why I wanted to come back to it.  Price is relative

12   to costs.

13           Dr. Katz's price discrimination test, he's saying

14   that prices have a different relation to cost across different

15   sectors, which means different amounts of market power being

16   exercised in different sectors, that's his view, and that

17   underscores the important point that you can't even begin to

18   talk about market power unless you can define costs.

19           Market power is defined relative to a competitive

20   benchmark.  The competitive benchmark comes from costs.  Now,

21   if there is only one service and it's being provided

22   simultaneously to a consumer and to a merchant, there is no

23   way to divide up the cost of providing that service between

24   those two parties that's economically meaningful.  There's one

25   cost, and the only way to evaluate whether there's market

Bernheim/Direct/Chesler

1    power is to compare the one price to the one cost.

2    Q    And do you have a chart that shows essentially the

3    formula that you used to do that?

4    A    Well, what I'm doing is looking at the prices here, and

5    here we're looking at --

6    Q    Wait.  You're saying "here," I think we need to go to 54?

7    A    I'm sorry.  Am I on the wrong slide?

8    Q    I hope not.  Do you have 54 in front of you now?

9    A    I do, yes.

10   Q    Let's explain what it is you're doing here on slide 54?

11   A    On slide 54, I'm explaining how the two-sided price is

12   calculated.  And this just gives the simple formula.  So the

13   formula is saying that what I'm doing is adding together

14   what's being paid on each side of this market, what's being

15   paid by the merchant, to what's being paid by the consumer.

16        So, for the merchant we have the merchant fees, and

17   then offsetting that, we have some fees -- some payments that

18   are made to merchants.  Those have to be netted out so that we

19   know net what Amex charged the merchants, and then we have to

20   add to that what Amex charged the consumers.

21        Well, in fact, Amex has charged consumers is

22   negative because Amex gives rewards to consumers and that

23   means value is flowing to consumers.  And this is

24   well-recognized in the literature on two-sided prices that

25   sometimes the price charged to one side of the market or the

1    component of the price charged to one side of the market can

2    be negative.

3            So we add those up and then in order to determine a

4    measure of how large this is, I scale this by the net charge

5    volume.  So we have expressed the total amount that Amex is

6    charging as a fraction of its total charge volume, and that's

7    the definition of the two-sided price.

8    Q    I notice that in the line -- on the line that talks about

9    payments to card members, second from the bottom section, you

10   talk about the cost to Amex of rewards earned by card members

11   for use of the card such as membership rewards, cash back

12   corporate rebates, correct?

13   A    Yes.

14   Q    You're aware that Dr. Katz has taken the position that

15   one should -- if one is going to calculate a two-sided price,

16   one should look at the value of the rewards on the consumer

17   side rather than the cost to Amex of those rewards?

18   A    Well, I understand that he said that, yes.

19   Q    Is that, in your view, the correct way to calculate the

20   two-sided price?

21   A    No.

22   Q    Why not?

23   A    I mean, that's inconsistent with standard antitrust

24   analysis.  When we're calculating a price for any good for the

25   purpose of doing this kind of analysis, we ask what did the

1   seller receive for it, not what value did the customer attach

2   for it.

3           If I'm a merchant selling milk and the price of milk

4   is two dollars, I sell the milk for two dollars, we want to

5   know whether that price of two dollars is inflated relative to

6   the competitive benchmark.  What the consumer values this at,

7   the fact that the consumer might have been willing to pay five

8   dollars for the carton of milk because they really need milk.

9           It's just not relevant to this calculation at all.

10  So I'm extremely puzzled by Dr. Katz's claim.  It seems just

11  contrary to basic antitrust principles.

12  Q    You recall we talked very briefly about the fact that

13  Professor Katz had done a Hypothetical Monopolist Test when he

14  was doing his market definition exercise.  Do you have recall

15  that?

16  A    Yes.

17  Q    Now, when he did that and he was netting numbers out of

18  his calculation, did he use cost or value when he did that?

19  A    He used cost.

20  Q    Let's look at slide 55.  Is this an excerpt from his

21  testimony where he talks about the fact that he netted out

22  cost of rewards in doing his SSNIP test?

23  A    That appears to be what it is, yes.

24  Q    And would you agree if you had the quantitative data,

25  that you should, in fact, be using cost, not value, for this

Bernheim/Direct/Chesler

1    purpose as well?

2    A     Absolutely.

3    Q     So let's look at slide 56.  Talk about what you actually

4    did with respect to calculating a two-sided price.

5               MR. CHESLER:  And this one, Your Honor, is

6    confidential.  Thank you, Your Honor.

7    BY MR. CHESLER:

8    Q     What does slide 56 show without going into the particular

9    numbers on it?

10   A     I will be careful not to say the numbers.  So here we

11   have just tracking over time, how the two-sided price of

12   Amex's payment services -- I call it the economic price of

13   payment services, how that's changed over time.  And the

14   magnitudes are percentage of the charge volume again, and you

15   can see here that it has fallen steadily and by substantial

16   amount since my baseline period, since 2002.  That total

17   decline, I can't say what it is in terms of basis points, but

18   I think they said it would be okay to say that this is about a

19   25 percent decline in the price over this period of time.

20   Q     That period of time being from '02 to 2010?

21   A     That's correct.

22   Q     And this economic price, as you call it, was calculated

23   using the formula that we looked at a few moments ago?

24   A     That's correct.

25   Q     Now, I believe Dr. Katz has said that your calculations

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    incorporate some changes in internal accounting methodologies

2    within Amex and that's problematic for the calculations.  Do

3    you recall that criticism?

4    A    I do.

5    Q    Can you respond to that, please?

6    A    Well, there are two things that Dr. Katz pointed to, one

7    is that Amex periodically incorporates into these data changes

8    in assumptions about redemption rates by card holders for

9    their rewards points.  And I don't agree with him concerning

10   his assertion that that's a problem with these numbers.  I

11   think that incorporating those changes is exactly the right

12   thing to do.

13          When the redemption rates actually change, that

14   changes the cost of giving the rewards, and, therefore, it

15   squeezes Amex's profits.

16          So, the changes in the ultimate redemption rate,

17   which is the relevant perimeter here, the fact that that was

18   incorporated into the accounting figures over time, that's

19   exactly what should be done, so far as I'm concerned, and I

20   think that there was some testimony at trial that talked about

21   how that is an economic reality for them.

22   Q    That being the increase in ultimate redemption rates?

23   A    Yes, that's correct.

24   Q    And having the increased reserves to account for that?

25   A    Yes, that's correct.

Bernheim/Direct/Chesler

1    Q    What about the other accounting change that Dr. Katz

2    raised, what was that?

3    A    The other accounting change was a change that happened to

4    the -- Amex had something they called the GMAPS database and

5    there was a change in -- between 2008 and 2009, that, if I

6    remember correctly, related to some rewards accounting to

7    bring it in line with some of their other financial databases,

8    that were based on the general ledger.  So at that point in

9    time, there was a change in accounting and G maps.

10   Q    Okay.  Now, did you look at alternative sources from

11   American Express in order to, in effect, do a sanity check on

12   the economic price you calculated in light of the criticisms

13   that Dr. Katz leveled?

14   A    Well, sure, I mean that was one sanity check, another is

15   just to look and see that both before and after the change,

16   the economic price and payment services was declining.  It's a

17   very robust pattern.  We're only talking about what happened

18   at a particular point in time.

19   Q    Before you go there, which is -- on looking at chart 56,

20   which is the particular point in time where those accounting

21   changes that Dr. Katz pointed to took place?

22   A    It is between 2008 and 2009.

23   Q    And so what does your calculation show for the period

24   from '02 up to '08 and for the period from '09 to '10?

25   A    Significant decline up to that point, significant decline

Bernheim/Direct/Chesler

1   after that point.

2   Q    Okay.  Let's go to the subject of having looked at

3   alternative data sources as an additional sanity check.  Would

4   you turn to slide 58, please?

5   A    Yes.

6   Q    No, I'm sorry, 57.  I jumped ahead by one.

7            MR. CHESLER:  Fifty-seven.  This is a confidential

8   one, Your Honor.

9   BY MR. CHESLER:

10  Q    What does 57 show without mentioning the particular

11  numbers?

12  A    This figure is just showing some alternative calculations

13  I did with other financial databases.  There are two other

14  financial databases that Amex has, one of them an Oracle

15  database, the other one is called TM1.

16           There is one line here based on the TM1 database,

17  which does not have the same accounting change that Dr. Katz

18  is worried about.  The other one is -- what I did was, take

19  the Oracle database and use it to make an adjustment to the

20  change in the GMAPS, the economic price and payment services

21  that I calculated based on the G maps data that I showed you

22  on the earlier slides.  I just made that change between 2008

23  and 2009.  I modified it based on what happened according to

24  the Oracle data, neither the Oracle data, nor the TM1 data are

25  contaminated by this issue.

Bernheim/Direct/Chesler

1          So these are two different ways of looking at the

2     data that are not vulnerable to Dr. Katz's concern.  You can

3     see while there can be some dispute about the amounts that the

4     economic price and payment services decreased by a particular

5     points in time, doing it different ways.  The robust pattern

6     is that this was declining.  And that's consistent, I think,

7     with the testimony that I read from trial from the Amex

8     witnesses.

9     Q    Okay.  So, we've been talking about what you call the

10    economic price, which is this two-sided price.  You've shown

11    these various calculations of it, all of which are declining

12    over time.  Did you also then look at the each of the two

13    sides, the merchant side and the consumer side?

14    A    I did, yes.

15    Q    So, let's look at slide 58.

16          MR. CHESLER:  This is another confidential one, Your

17    Honor.

18    BY MR. CHESLER:

19    Q    What does slide 58 show?

20    A    So here I'm just looking at the consumer side and just to

21    emphasize, I don't view this as the appropriate way to analyze

22    market power in this market because I don't think that you can

23    talk about, you know, monopoly price premiums for either of

24    these components separately.

25          But here, I'm focused just on the consumer side, and

Bernheim/Direct/Chesler

1    this figure is showing that there's been a large increase in

2    expenditures on Amex rewards over time.  The orange bars here

3    are showing dollar amounts.  And the dollar amounts are

4    indicated on the left-hand side of the diagram, I won't read

5    any of them.  The red line is showing the -- these -- these

6    reward expenditures as a fraction of charge volume and that's

7    measured over on the right-hand axis as percentage of charge

8    volume.  I won't mention those numbers either, and you can see

9    that in both cases there's been a considerable increase in

10   expenditures on rewards.

11             THE COURT:  Okay.  Now, has Amex has gone from a T&E

12   based system to a mixed system, if you will, with general

13   spend.  Would you expect that the price would be going in a

14   downward direction as a result of that?

15             THE WITNESS:  The mix issue is important.  And I

16   think we're going to come to some calculations in just a

17   little bit where I'll break out T&E and non-T&E separately and

18   show you what's happening in each one of them.

19             THE COURT:  All right.  And changes that occurred as

20   they moved from T&E card to a mixed use card?

21             THE WITNESS:  Well --

22             THE COURT:  Now, it's a general purpose card?

23             THE WITNESS:  Yes.

24             THE COURT:  But it started out, as you pointed out,

25   as a T&E card, and obviously, the management understood or

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    believed correctly that the T&E card, it has limited uses and

2    viability?

3              THE WITNESS:  Right.

4              THE COURT:  So you're going to get to that

5    discussion?

6              MR. CHESLER:  We're going to show the effects of

7    mix, Your Honor, and what happens when you take that variable

8    out.

9              THE WITNESS:  So I'm going to try to address that by

10   doing it that way --

11             THE COURT:  Oh.

12             THE WITNESS:  -- and cutting these things

13   separately, but just to add, you know, we're looking here from

14   2002 forward.  And we had that figure earlier, I'm just

15   wondering if I can find it very quickly without spending too

16   much time on this.

17             THE COURT:  Well, let's see.  Why don't you keep on

18   going.  I'm sure that --

19             THE WITNESS:  Yeah.

20             THE COURT:  -- someone will find it over at that

21   table you share with Mr. Chesler, who will then remind you

22   about it, and then you will tell me.  That's how this works,

23   apparently.  There's a circle of the case.

24             THE WITNESS:  Can I step out of the circle if I did

25   find it?

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1           THE COURT:  Well, you're stuck.

2    BY MR. CHESLER:

3    Q    Which slide are you looking at, Professor?

4    A    I'm look at slide 46.

5    Q    Good that you did that, because the string connecting the

6    Campbell soup cans here has been cut off.  Which slide is it?

7    A    Forty-six, this slide 46.

8    Q    Why don't you flip back to 46 for a moment?

9           THE COURT:  Sure.

10   A    And I just wanted to point out the figures that I was

11   showing you were for 2002 forward, and the reason that I

12   wanted to pull this slide up, is that this shows the mix of

13   T&E versus non-T&E over time, and what it's showing you is

14   that in 2002, Amex -- I can't quite read straight over, but it

15   looks to me like Amex was already about 63 percent non-T&E,

16   and about 37 percent T&E.  And it's risen since then to

17   70 percent, 30 percent, so there's been some continuing

18   change.  But over the time period that we're looking at now,

19   2002 to 2010, most of that dramatic transition to being a

20   general purpose card was already -- had already taken place.

21          THE COURT:  Thank you.

22   BY MR. CHESLER:

23   Q    Now, if you did treat this market as a one-sided market,

24   you have been very clear that that's not appropriate, it's a

25   two-sided market.  But if you did treat it as a one-sided

Bernheim/Direct/Chesler

1    market involving a network services to merchants, as Dr. Katz

2    suggested, would that render the two-sided price analysis that

3    you've been talking about irrelevant to the assessment of

4    market value?

5    A    No, I don't think.

6    Q    Why not?

7    A    Well, look, you can't ignore the consumer side of this,

8    so if you're going to try to treat this as a one-sided market,

9    which I do not think is the right thing to do, and Dr. Katz

10   said it's either one, two-sided market or two, one-sided

11   market, I do not agree with him at all.

12         If you tried to use a one-sided market perspective,

13   and I don't think anyone has tried to work this out in the

14   economics literature thoroughly, but if you did that, I think

15   you would have to say that the other side of the market is

16   part of the cost picture of serving the side of the market

17   that you're focusing on.

18         So if you're focusing on the merchant side, then the

19   consumer side is part of the costs of serving the merchants,

20   and if that's the case, everything that I'm netting out here

21   as part of the price from the consumer side would just get

22   netted out anyway as costs.  I mean, it can't vanish.  It's

23   part of Amex's economic reality that it's -- what it's taking

24   out of purchase volume is shrinking as a percentage.  Whether

25   you call it cost or price or anything else, it's getting

Bernheim/Direct/Chesler

1    squeezed.

2    Q    Okay.  We've looked at various measures of the two-sided

3    price.  We just looked at data relating to the cost of rewards

4    and the rewards liability over time.  Did you also look at --

5    just at the merchant's side in this context?

6    A    I did, yes.

7    Q    So let's turn to slide 59.

8            MR. CHESLER:  This is also confidential, Your Honor.

9    BY MR. CHESLER:

10   Q    What does 59 show?

11   A    Fifty-nine shows my calculation of what I've called

12   Amex's net merchant discount rate, and that is the net

13   payments to merchants, showing what happened to this over time

14   since the early 2000s, starting in 2002, and again, I'm not

15   dealing with the mix issue yet, but I will address that

16   shortly, and I can't say what the numbers are, but you see

17   here that there has been a decline over time.  It's not as

18   dramatic a decline as we saw for the economic price of payment

19   services, the two-sided price, but it is still a notable

20   decline.

21   Q    Okay.  Now, let's go to the mix question related to the

22   judge's question.  And there's been an issue about mix and

23   what effect mix has on the calculation of merchant discount

24   rates.  You're familiar with that issue?

25   A    Yes, I am.

Bernheim/Direct/Chesler

1    Q    All right.  In that context, would you look at slide 61,

2    please.  Do you have 61?

3    A    I do.

4    Q    What does 61 show?

5    A    Sixty-one shows a separate calculation of the net

6    merchant discount rate for T&E merchants and for non-T&E

7    merchants.  The white line on the bottom is for the non-T&E

8    sector, and once again, you can see the decline.  The gray

9    line at the top is for the T&E sector.  There it's a little

10   less even.  There is a period of time where it goes up a

11   little, bit but then it comes back down and it, too, ends

12   below where it started.

13           There's a third line which is the orange line.  Now,

14   the orange line is an overall average, but it's not the same

15   overall average that I showed you before.  It's an overall

16   average that removes the effect of mix.  So it's averaging the

17   white line and the gray line, but based on the relative

18   importance of T&E and non-T&E in 2002, I used the weights from

19   2002 and applied them in every year, so now the change in the

20   average can't depend upon any change in mix.  And you can see

21   that the average comes down, again, modestly over this period

22   of time.

23           Certainly, there's no indication that this component

24   of price has been rising.

25   Q    So by fixing the relationship as of 2002, you've removed

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    mixes of variable for the period covered by the chart, is that

2    fair?

3    A    Fixing the weights that I'm placing on T&E and non-T&E, I

4    removed the effects of mix on the overall average.

5    Q    Now, did you also look at whether -- staying again just

6    with the merchant side of this two-sided price -- did you look

7    at whether discount rates for particular merchants -- there's

8    been testimony from a number of merchants about what's

9    happened to their discount rates over time during the trial --

10   did you look at whether the discount rates to specific

11   merchants had increased or decreased over time?

12   A    Yes, and this is another way of addressing the mix issue.

13   If I'm looking at a particular merchant, and the change in the

14   discount rate for that merchant is not going to affect the

15   change in mix.  So what I did was took the top thousand

16   merchants for Amex and then examined how their rates changed

17   between 2002 and 2010.

18   Q    So let's look at slide 62, please.

19         MR. CHESLER:  Confidential data, Your Honor.

20   BY MR. CHESLER:

21   Q    So what does slide 62 show without going through the

22   numbers -- stating the numbers, I should say?

23   A    Right.  I'm glad you reminded me.

24         So, naturally over time you have got -- you have got

25   a lot of merchants here.  For some of them, rates are going to

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   go up and some of them rates are going to go down, but what

2   this is showing you is that the fraction for which the rates

3   went down is substantially larger than the fraction for which

4   it went up.

5   Q    Can you give us and the Court some examples of the

6   merchants whose rates actually declined on a

7   merchant-by-merchant basis during this period of time from '02

8   through '10?  Do you have a slide for that?

9   A    Yeah, I think that's the next slide in my --

10  Q    Let's go to the next one.  So what is the significance of

11  this list of merchants on slide 63?

12  A    Well, this is just a collection of the merchants from

13  that part of the pie chart that were merchants who had their

14  rates go down between 2002 and 2010.

15        Now, in a couple of cases, you know, they're some

16  issues, I know we're going to go come to them, about co-brand

17  agreements, and there are a couple here.  I think Delta is on

18  here.  It's the first one -- jet Blue at the bottom.  Those

19  had co-brand deals with Amex, and I believe there's one or two

20  others that may have had GNS co-brand deals with Amex, but the

21  bulk of these are ones that did not.

22  Q    So, Professor, do you reconcile what you have just said

23  about Amex's merchant discount rates coming down even if you

24  just look at one side of the two-sided price?  Do you

25  reconcile that with the testimony we've heard here in court

Bernheim/Direct/Chesler

1   from some merchants who came in and testified that their rates

2   during this period of time have gone up?

3   A    There is nothing to reconcile.  As I said, the data show

4   that for one very large group of merchants, the rates went

5   down.  And then for another smaller group of merchants, the

6   rates went up.  But that smaller group of merchants still

7   includes a fair number of merchants, so it is of course

8   possible to cull a group of merchants from that set, and they

9   will testify that their rates went up.  But that is not a

10  scientific sample.  I mean, what happened overall is displayed

11  by the data that I showed.

12  Q    So let's look at one analysis that Dr. Katz did on

13  pricing, which is slide 60, just jumping back a moment.

14         So this has confidential information on it as well.

15  Without saying the numbers, what does this chart from Dr. Katz

16  show with respect to the merchant discount side of the

17  two-sided price?

18  A    This figure is a counterpart to one of my figures.  And

19  it's showing the -- a T&E only merchant, net merchant discount

20  rate.  A non T&E merchant discount rate.  Average merchant

21  discount rate.  And then an overall average.  And the only

22  difference between this and the figure that I showed is

23  that -- well, I'm sorry, the only -- there's a couple of

24  differences, one is how we calculate the merchant rate.  I

25  know we're coming to that.

Bernheim/Direct/Chesler

1          But the other difference is that the overall average

2    here is not one that adjusts for mix the way that my overall

3    average did, this is just a straight year-by-year average.

4    Q    Okay.  So the line at the top, the red dotted lines,

5    that's Dr. Katz's calculation of merchant discount rate for

6    T&E merchants.  Is that right?

7    A    That's correct.

8    Q    Okay.  And then the bottom line is non T&E and the blue

9    line in the middle is his average?

10   A    Correct.

11   Q    Okay.  So you said a few moments ago we were going to

12   come to a discussion of co-brand remuneration.  Is there a

13   particular difference in your view, significant difference

14   between what went into your calculation of discount rates, and

15   what went into or didn't go into Dr. Katz's calculation of

16   discount rates?

17   A    The main difference is how we treat co-brand

18   remuneration.  I net out co-brand remuneration in my

19   calculations.  He does not net it out in his.  I believe that

20   there are some other minor differences, but they don't have an

21   appreciable effect on the calculations.  This is what

22   primarily drives the difference and the difference is really

23   concentrated in T&E.

24   Q    So the major impact between his calculation and yours of

25   including or excluding co-brand remuneration is in the T&E

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   line.  Is that right?

2   A    Yes, it explains why his T&E line goes up after 2006,

3   whereas my mine goes up a bit and then comes down.

4   Q    And obviously you must believe that the inclusion of the

5   co-brand remuneration is appropriate because you did it.  Why?

6   A    Because I think that after reviewing the business reality

7   of how these negotiations occurred, the way that Amex operates

8   appears to be that they negotiate an entire relationship with

9   these partners with whom they have the co-brand agreements.

10          They -- for internal purposes they try to keep

11   things separate in divisions and have different divisions do

12   different things and so they try to draw certain lines.  But

13   it -- based on the testimony, I concluded that these

14   negotiations span all of the aspects of the relationship

15   between the parties.  And it's not uncommon for them to ask

16   for compensation for something that's occurring in one spot,

17   to be put in another spot.  They're negotiating their entire

18   relationship.

19          Given that that's the case, it doesn't make a lot of

20   sense to chop this up and say that some portion that has

21   nothing to do with merchant payments.

22   Q    Okay.  I am going to just mention but not spend time on,

23   in the interest of time, slides 64 and 65.  Are those examples

24   of record evidence about this overall negotiation practice

25   that you have just talked about, these relating to Starwood

**Bernheim/Direct/Chesler**

1    and Delta?

2    A    Yes.  Starwood and Delta are examples that come to mind.

3    Q    Okay.  Now, you also said in earlier comment that the

4    two-sided price was coming down throughout this period and at

5    the same time quality of Amex's product was improving.  Do you

6    recall that?

7    A    I do, yes.

8    Q    What's the basis for that position that that quality was

9    improving?

10   A    There had been a lot of changes in Amex's offerings, what

11   it delivers, it works very hard to deliver more value to

12   customers as well as delivering services to merchants, and I

13   believe that there is a lot of testimony about that that's

14   already in the trial record.  And, you know, I'm inclined not

15   to repeat that, but that's the kind of thing that I've seen.

16   Q    Okay.  So, let's go to your chart that's been moving us

17   through the framework of your antitrust market power analysis.

18   If you turn to 66, I think we're up to the third major bullet

19   in that framework, which says assess basis for claim that firm

20   possesses antitrust market power, government's and Professor

21   Katz's arguments not supported by evidence or economic logic.

22   And the first sub-bullet there says, "Amex's market share is

23   not indicative of market power."

24       Let's address the question of shares since that's

25   the first one that you have mentioned and I'd like you to look

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    at slide 67, please.

2    A    Yes.

3    Q    This is a somewhat different market share chart from the

4    one we looked at before, correct?

5    A    It is, yes.

6    Q    What does this one show, slide 67?

7    A    This is share of GPCC and debit, so debit is added in

8    here, of course debit makes relatively little difference in

9    the early years.  And probably doesn't belong there in the

10   early years.  But, as I've explained, I believe that this

11   market ought to be defined to include debit.  So, it is the

12   appropriate share in the later years.

13   Q    Now, you are aware, are you not, that in the U.S. v. Visa

14   case, MasterCard was found to have market power at a time when

15   it had a share of general purpose credit and charge spend of

16   about 25 percent?

17   A    Yes, I am.

18   Q    Have you considered looked at the question of whether or

19   not that finding is relevant to your conclusions about

20   American Express not having market power in this case?

21   A    Yes, I have.

22   Q    Let's look at slide 68.

23        So what is slide 68?

24   A    Well, this slide lists a number of observations that

25   relate to very important difference between Amex today and

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   MasterCard at the time of U.S. v. Visa.

2            MR. CHESLER:  And, Your Honor, this is not a

3   confidential slide.

4   BY MR. CHESLER:

5   Q    So the first entry says that Amex's share correctly

6   calculated is much lower than MasterCard's current or past

7   share?

8   A    Yes, that's what we saw on the previous slide.  Amex's

9   share of what I considered to be the appropriately defined

10  relevant market is on the order of 13 or 14 percent.  And

11  that's at a level that it would be extraordinarily unusual to

12  be concerned about unilateral effects with such small shares,

13  that's not typically recognized as being indicative of having

14  significant market power.

15  Q    Now, the second entry on slide 68 refers to a situation

16  which even if debit were excluded from market, what -- what's

17  your point there?

18  A    Well, I understand that there is an argument here about

19  whether for the purpose of technical market definition, debit

20  should be included in the market or not included in the

21  market.  The point is, that even if we're not included within

22  the technically defined market, that doesn't mean that it's

23  unimportant.

24            That doesn't mean that the growth in debit and the

25  convergence between debit and credit and the growing

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   substitutability between debit and credit are unimportant.

2   All of those things are extremely important.  You see ample

3   evidence in the record of increasing competition between debit

4   and credit.  Increasing concern from the credit networks about

5   competition from debit.

6          So to be comparing the share of GPCC at a time,

7   26 percent share of GPCC at a time when debit was not really

8   any threat, to a 26 percent share at a time when debit, even

9   if it's not technically in the market, is imposing a very

10  measurable and important competitive check.  That comparison

11  is inappropriate.

12  Q    Third item on the chart says that, "Amex considerably

13  lags MasterCard in areas that the U.S. v. Visa court noted as

14  relevant for power"?

15  A    Correct.

16  Q    You mentioned share of transactions and share of cards.

17  Is that right?

18  A    Yes.

19  Q    Let's take a moment at look at a slide about the share of

20  transactions.  Look at slide 69, please.  What does slide 69

21  show?

22  A    I find slide 69 fairly remarkable.  This is showing the

23  share of transactions accounted for, GPCC transactions

24  accounted for by Amex and MasterCard in 1999 and in 2012, and

25  this one is not confidential, is it?

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    Q    No, it's not.

2    A    Oh, it's on the big board, I can talk about it.

3         So you can see that in 1999 it was 15 percent for

4    Amex and 28 percent for MasterCard, a very sizable discrepancy

5    between the two.  The remarkable thing for me is that that

6    really hasn't changed very appreciably at all.  It's pretty

7    much today what it was in 1999.

8    Q    What about share of cards, we don't have a slide about

9    that, but, does Amex still lag MasterCard in terms of the

10   share of cards that are in force in the United States?

11   A    It does, I didn't commit the numbers to memory, but it's

12   still far behind MasterCard in that department as well.

13   Q    Now, if you go back to slide 68 again, the fourth item

14   says, unlike members, MasterCard had and still has ubiquity of

15   acceptance and issuance?

16   A    Yes.

17   Q    We heard a lot have evidence about those numbers, we

18   don't need to go through them again, but that is accurate

19   statement so far as you're concerned?

20   A    As far as I know, yes.

21   Q    And then the 5th item says that Amex has no ability to

22   exclude competitors as MasterCard had, what do you mean by

23   that?

24   A    Well, the thrust of the case in U.S. v. Visa was that

25   Visa and MasterCard were using the exclusionary rules to

LISA SCHMID, RMR  Official Court Reporter

**Bernheim/Direct/Chesler**

1  exclude competition which is an indicator of market power.

2  It's one of the definitions of market power.  I don't think

3  that there's any allegation that Amex has engaged in that kind

4  of exclusion.

5  Q    And what about last item, Amex's current standing in

6  whatever market one considers resulted from cutting price and

7  improving quality.  That's the point you have been talking

8  about for some time now?

9  A    Yes, so I think Dr. Katz showed that Amex's share of GPCC

10  increased from 20 percent in the 1990's to about 26 percent

11  today.  And if you just looked at that and that by itself, you

12  might ask the question, gee, is that rising market share a

13  reflection of market power, but when you see a change in

14  market share you have to ask where it came from.  And if it

15  came from a company competing more aggressively, then that's a

16  not a bad thing and that's not an indication of market power.

17       So if you see Amex gaining market share because it's

18  reducing its prices and improving its product, well, that's

19  exactly what competition is supposed to do, you're supposed to

20  be rewarded for doing those things by gaining some share.

21  Q    Okay.  So if we go then to slide 71, we're moving down

22  through your assessment of the government's arguments that the

23  next argument is that relates to Amex's pricing, we just

24  talked about market share, and your bullet says that Amex's

25  pricing does not demonstrate market power, correct?

Bernheim/Direct/Chesler

1    A    Correct.

2    Q    Now, I think the government referred to several

3    pricing-related issues.  Are you familiar with the assertions

4    concerning value recapture?

5    A    Yes, that's one of them.

6    Q    Are you familiar with the assertions about a price

7    premium, an Amex price premium?

8    A    Yes, I am.

9    Q    Are you familiar with the assertions in this context of

10   Amex price discrimination --

11   A    Yes.

12   Q    -- related to the power question?

13   A    I'm sorry, yes, I am.

14   Q    All right, so let's talk about value recapture first and

15   I like to turn to slide 72, please.

16           Bottom line, what is your conclusion with respect to

17   the value recapture as evidence of Amex market power?

18   A    I don't think that value recapture has anything to say

19   about Amex market power.  Value recapture is about a firm

20   adjusting its prices.  Firms adjust their prices, whether

21   they're competitive or not.  I don't think anything in the

22   evidence distinguishes what Amex was doing from situations in

23   which firms adjust their prices.

24   Q    So let's look at the points on this slide, slide 72.

25   First one says, "One-sided analysis does not provide useful

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    information on the key questions in this case."  What does

2    that refer to?

3    A     That refers to an issue that we've already discussed so

4    I'll pass over it quickly.  The idea is that the to assess

5    market power, you have to be looking at the two-sided price.

6    You can't be looking at a component of the two-sided price for

7    this industry, given that it's one indivisible good, and say

8    something about whether market power is being exercised.

9    Q     Okay.  Next item says, "Companies profitably adjust

10   prices up and down all the time.  It's not a reflection of

11   antitrust market power."  Is there anything about that other

12   than what the statement says that you need to expound on?

13   A     Statement is pretty clear, I would just add that I think

14   that it would be dangerous to accept evidence that affirm

15   increased prices at some point in time as an indication that

16   it has market power.  That opens the door to finding that all

17   sorts of firms have market power in contexts where they don't.

18   Q     How about the next item that Amex contracts with millions

19   of merchants and Professor Katz has found some whose rates

20   went up over time?

21   A     Right.  So I showed you earlier on the breakdown of what

22   happened to the merchants that I looked at, whether the rates

23   went up or down, over somewhat longer time period, 2002

24   through 2010, and I explained that a significantly larger

25   fraction of them went down than went up.

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1          Now, that's true during this narrower period, too,

2    that there was a mix, that for some, the price would -- did  I

3    say prices, I meant merchant fees, I'm not being careful.

4    There was some for which the merchant fees went up and some

5    for which the merchant fees went down.  During this period of

6    time,  it was slightly tipped towards a bit more going up than

7    going down, but there were still a lot of firms that were --

8    experienced merchant fee reductions during this period.  And

9    as we saw in this slides that I've already shown, the overall

10   average actually did not go up.  It continued to go down very

11   slowly.

12   Q    Let's look at the last item on this value recapture

13   chart.  It says Discover (3 percent share) profitably raised

14   rates to many merchants, including large T&E merchants during

15   the valuer recapture time period."

16          First of all, to what does the three percent share

17   refer?

18   A    Well, that refers to Discover's overall share of GPCC,

19   and debit has about 6 percent share of GPC.  So about half

20   that for GPCC plus debit.

21          MR. CHESLER:  And the next slide, Your Honor, is

22   confidential.

23   BY MR. CHESLER:

24   Q    It relates to the last point about Discover rasing rates

25   to many merchants.  So let's look at slide 73.  Without

Bernheim/Direct/Chesler

1    mentioning the numbers or the merchants, Professor, what does

2    slide 73 show?

3    A      So slide 73 is intended to be kind of a reasonableness

4    check on this analysis that infers that Amex had market power

5    because it raised merchant fees to certain merchants during

6    the value recapture period.  The reasonableness check is

7    performed by taking Discover, which I think we can all agree

8    did not have market power.  I believe that Dr. Katz even

9    testified that he doesn't think that Discover has market power

10   and I agree with him about that.

11          So let's see what happens if we perform the

12   government's and Dr. Katz's same test for Discover during the

13   same period of time.  And what you see is that the merchant

14   discount rate -- there's a whole bunch of airlines listed

15   here.  And you can see that systematically, the merchant

16   discount rates are generally higher -- not in every case --

17   but in almost every case for Discover, just as they were

18   higher with Amex.

19          If this does not justify an inference that Discover

20   had market power, which I think would be an inference that is

21   not sustainable, it is hard to imagine how the same pattern

22   could logically lead to the conclusion and justify the

23   conclusion that Amex has market power.

24   Q    Let's go to the second of the pricing issues.  We talked

25   about value recapture.  Let's talk about the issue of a price

Bernheim/Direct/Chesler

 1   premium.

 2           First of all, when the government and Dr. Katz talk

 3   about an Amex price premium, are they looking at the right

 4   price?

 5   A    No.  They're not looking at the two-sided price.  Again,

 6   they're not look at a price.  They're looking a component of

 7   the price.  They're looking at the merchant discount rate.

 8   Q    At the risk of -- well, let's not repeat ourselves.  Not

 9   enough time to -- spent a lot of time on repetition.

10           Does the issue of product differentiation matter in

11   connection with looking at a price premium?

12   A    Without a doubt, yes.  I mean, if you see two products

13   that the prices are different for -- let's say you observed

14   that a Cadillac has a higher price than a Toyota.  You can't

15   look at that and say, oh, well, Cadillac is supervising market

16   power because they have a Cadillac premium.  That's not

17   sufficient.  You just can't look at the prices and know that

18   there is a price differential.

19           I think there is a lot of testimony -- has been a

20   lot of testimony at trial about the differentiated nature of

21   Amex's product, the value that it adds, and in a context where

22   you had differentiation, simply comparing price is is not the

23   right thing to do.

24   Q    What about the issue of perception in the industry of

25   what the prices are relative to each other, Visa and

LISA SCHMID, RMR  Official Court Reporter

1   MasterCard prices as compare to Amex.  Does that have any

2   relevance to the issue of price premium?

3   A    Yes.  This is actually a very interesting issue.  I have

4   seen the allegations that Amex has a price premium, and so set

5   about to investigate that systematically, and discovered that

6   there's lot of misinformation about the relationship between

7   Amex's merchant fees and Visa and Discover's merchant fees.

8   Q    Let's look at slide 74.  Without reading the testimony

9   that's here, what is this intended to show?

10  A    Slide whoops -- 74?

11  Q    Yes, sir.

12  A    Oh.  So this is referring to the fact that -- I guess we

13  didn't say this -- the reason that there appears to be

14  misinformation on this point is that Visa and MasterCard's

15  merchant fees are extremely complex, and it is very hard for a

16  merchant to figure out exactly what they're paying.  And this

17  testimony is -- from trial is basically making that point.

18  These are different merchants saying that this is very

19  difficult to do.  They don't do it.  It would be very hard to

20  do.

21  Q    Did you actually look at any invoices acquirer or

22  processor invoices on this question of Visa and MasterCard

23  price complexity?

24  A    Yes, I did.

25  Q    Let's look at slide 75.  This is confidential.

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1        Without stating numbers, what is the significance of

2   this, as far as you are concerned?

3   A    Well, the significance of is this is illustrates how

4   complicated the MasterCard and Visa fees are.  There are

5   several breakouts here, and you can see the first thing that

6   we have broken out is a little box on the upper left-hand

7   corner.  There's a blowup over towards the right.  And that

8   appears to be stating discount rates.  There's a discount rate

9   for MasterCard, one for Visa, one for Discover.  There

10  actually isn't one for Amex here, because this particular

11  processor was simply passing through all of the charge

12  information to Amex for Amex to bill.  So they didn't provide

13  that number.  They weren't keeping track of that.

14       But in this case, those numbers that appears in that

15  top left-hand corner, those are simply starting points for the

16  rates that Visa and MasterCard charge.  And when you look at

17  the other boxes that are broken out here, you can see that

18  there are all sorts of Visa and MasterCard fees that are

19  layered on top of this and that makes this extremely hard to

20  sort through.

21  Q    In viewing the evidence about actual rates charged, did

22  you find many instances in which Amex rates were actually

23  lower than Visa and MasterCard?

24  A    Yes.  In fact, what I discovered was that this is by far

25  the predominant pattern for smaller firms.

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1    Q    What is "this" in that sense?

2    A    This means that the Amex all-in merchant discount fees

3    are lower by and large for smaller firms than the rates that

4    MasterCard and Visa are charging.

5    Q    Did Professor Katz comment on your observation about the

6    fact you've just stated?

7    A    Yes, he did.

8    Q    Would you look at slide 76, please?  What is slide 76?

9    A    Slide 76 is something from one of Dr. Katz's reports in

10   which he's remarking on this finding that I had reached, and

11   he concludes this finding is not a surprise.

12   Q    So we've talked about some aspects of the price premium,

13   or the allegation about a price premium.  What is -- based

14   upon your review of the record, what is your understanding

15   about whether there is today an Amex price premium -- again,

16   looking only at this one side of the two-sided price that you

17   have repeatedly said is the right place to look?

18   A    My --

19   Q    What is your understanding of the current state of the

20   record on whether there's a price premium, in any event?

21   A    Sorry.  My understanding is that the record indicates

22   that the price premium has vanished once one considers what's

23   called the mix adjustment.  The mix adjusted premium is gone.

24   When you compare -- when you make comparisons between

25   comparable Amex and Visa and MasterCard products, there is no

LISA SCHMID, RMR  Official Court Reporter

Bernheim/Direct/Chesler

1   longer a premium.

2   Q     And we won't pause on slide 77, which is just several of

3   the excerpts in the record that refer to that vanishing

4   premium.

5         What -- Professor, what is your view the

6   significance to Professor Katz's conclusion about price

7   premium-based market power from the fact that on a

8   mix-adjusted basis, there no longer is such a premium?

9   A     Well, this is an interesting point.  Dr. Katz in his

10  report has an analytic framework for thinking about the

11  relationship between market power and the Amex premium.  He

12  actually has a mathematical model that describe that

13  relationship.

14        And so one can interpret the Amex premium in light

15  of the model that he is using to frame his analysis.  And

16  literally, in the context of his model, if Amex has a zero

17  premium, that means Amex does not have market power.

18  Q     Now, are you aware of Professor Katz's testimony that

19  suggests that Amex's limited merchant acceptance is itself a

20  reflection of the exercise of market power?

21  A     Yes.  I am.

22  Q     Do you agree with that conclusion?

23  A     No, I don't.

24  Q     Why not?

25  A     Well, there are a couple of reasons.  The first reason is

Bernheim/Direct/Chesler

1    that I think that -- well, I think Dr. Katz's position on this

2    is contradictory.  Let me explain why.

3          Dr. Katz has said that -- that separately, we

4    haven't talked about this issue yet -- but that 3 million

5    merchants that don't accept Amex are by and large smaller

6    merchants.  Now, we just covered the testimony where he agreed

7    with me.  He said it wasn't surprising that smaller merchants

8    have a negative Amex premium.  That is, their Amex rates are

9    actually lower than Visa and MasterCard's rates.

10         So if they don't -- if they aren't -- Dr. Katz's

11   theory is that they're not accepted at these places because

12   Amex is charging a premium.  In fact, Amex is not charging a

13   premium at the smaller merchants.  It is a negative premium.

14         There is separately evidence connected with many of

15   the merchants that don't accept Amex that indicates more

16   directly is that the reason that they don't accept Amex is

17   that they just don't see much value because they don't see

18   much relevance, that Amex just is not used very much at their

19   kind of store and in their kind of territory.

20         MR. CHESLER:  Your Honor, I have one other pricing

21   related issue to cover, then I'm going to go to the subject of

22   insistence.  If we could just have a few moments, it might be

23   a good time for break.

24         THE COURT:  Why don't you do that last.  We'll have

25   a few more minutes of pricing and then you're going to go to

LISA SCHMID, RMR  Official Court Reporter

**Bernheim/Direct/Chesler**

1    insistence?

2              MR. CHESLER:  Yes, Your Honor.03

3    Q    So do the pricing and then we'll take a quick break.

4              MR. CHESLER:  Thank you, Your Honor.

5              THE COURT:  Thank you.

6              (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bernheim/Direct/Chesler

1    DIRECT EXAMINATION (CONT'D.)

2    BY MR. CHESLER:

3    Q    Let's go to the subject of price discrimination.  We've

4    talked about Value Recapture, we've talked about price

5    premium.  Let's just talk briefly about price discrimination.

6             Do you agree with Dr. Katz's position that there's

7    evidence of American Express antitrust market power because it

8    engages in price discrimination?

9    A    No, I don't.

10   Q    Why not?

11   A    This would just be a repetition of the points that I've

12   already covered with respect to price discrimination.

13   Q    In the context of your discussion of the T&E market?

14   A    Exactly, it is the same point.  There's no meaningful way

15   here to do an assessment of market power based on a price

16   discrimination test anymore than there is a meaningful way to

17   do a market definition based on a price discrimination test,

18   it's the same issues.

19   Q    Now, in the discipline of economics is price

20   discrimination more commonly associated with what you

21   previously identified as, and Professor Gilbert identified as

22   technical market power or antitrust market power?

23   A    Definitely technical market power.  There are all sorts

24   of examples of price discrimination.  It's extremely common to

25   have some price discrimination in markets.  So, generally,

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1   simply demonstrating market power, I think most people would

2   say it's -- most economists would say that's an indication of

3   technical market power.

4   Q    Can you give the Court an example of where a firm can

5   price discriminate but does not have antitrust market power,

6   relating to Durbin, for example?

7   A    Sure, Durbin, we know that many merchants did decrease

8   the price, the cost of debit to the merchant.  So, think about

9   those merchants.  We also know that those merchants, though

10  they are able to, they don't charge consumers different prices

11  according to whether the consumers are paying with debit or

12  with credit even though their costs are different.  That

13  means, according to Dr. Katz's definition, that they are price

14  discriminating and so if you accept price discrimination as

15  proof of market power, you would have to conclude that every

16  single one of those merchants has market power.

17          MR. CHESLER:  Your Honor, this is a logical break

18  point.

19          THE COURT:  All right.  Let's take a ten minute

20  break.

21          (Recess taken.)

22          (Continued on next page.)

23

24

25

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1          THE COURT:  Please be seated.

2          All right.  You may continue your examination of

3   your witness.

4          MR. CHESLER:  Thank you, Your Honor.

5          Your Honor, I'm told that I've done something which

6   I have a wont to do, I misspoke on one matter earlier, I said

7   that that survey question, Defendant's Exhibit 7830, I said it

8   was from the Boston Fed survey.  That was not the survey we

9   were talking about when you asked the question and it was not

10  the survey from which the question came.  It came from the

11  University of Michigan survey that we looked at earlier, so I

12  apologize for that.

13         THE COURT:  Thank you for clarifying that.

14  CROSS-EXAMINATION (CONT'D.)

15  BY MR. CHESLER:

16  Q    Insistence, Professor, let's move to a different

17  subject.  If you look at Slide 79, the last bullet on that

18  page, it says, "Insistence is not a source of antitrust market

19  power."

20         Is that in fact your opinion?

21  A    I'm sorry, I was on the wrong side.  Now I'm at the right

22  place.  Yes, indeed it is.

23  Q    All right.  So, I'd like you to turn to Slide 80 which

24  addresses the issue of insistence.

25  A    Yes.

Bernheim/Direct/Chesler

```
1              THE COURT:  Do we need to have this --

2              MR. CHESLER:  This can be publicly displayed.

3              THE COURT:   -- published?

4              MR. CHESLER:  Yes, Your Honor.

5              THE COURT:  Go ahead.

6    Q    So, the first entry says that, "Buyer preference is not a

7    source of market power if a company has to make investments in

8    order to earn preferred status and if other firms can

9    replicate those investments."

10             Other than what is self-evident from the statement,

11   can you explain to the Court what you're getting at here.

12             THE COURT:  Do you have it?

13             THE WITNESS:  Yes, and I think that this is a

14   principle, a basic economic principle that other -- that

15   Professor Gilbert in particular addressed so I won't spend

16   much time on it but I did want to clarify an issue that

17   Dr. Katz referred to when he spoke about this same principle

18   which is that he said, well, if a firm has preferred status,

19   say a pharmaceutical firm has a pharmaceutical product that

20   they developed and have preferred status, it's a better drug,

21   then it doesn't mean that they don't have market power

22   simply -- it doesn't mean that they don't have market power

23   simply because they invested in creating the drug because they

24   may have patent protection so that others can't develop the

25   drug too.  And I think that's absolutely right.  That's why
```

Bernheim/Direct/Chesler

1  I'm trying to be explicit here in saying that the principle,

2  and I think it is a principle that economists agree to, the

3  question is whether the result -- whether the investments that

4  created the preferred status with the customer, whether those

5  investments are replicable.  If they're not replicable, not an

6  instance like there's a patent, then it might be a source of

7  market power.  Here, however, the investments that gave rise

8  to loyalty by Amex customers are replicable investments.

9           THE COURT:  I mean a patent is a form of market

10  power that's legislatively created --

11           THE WITNESS:  Yes.

12           THE COURT:  -- as an exception to, you might say,

13  to antitrust considerations for a period of time at least.

14           THE WITNESS:  Precisely, precisely, it's a provision

15  that allows for the creation of the market power.

16           THE COURT:  So, even if another company could

17  replicate the product, they're not at liberty to do so because

18  the product has statutory protection.

19           THE WITNESS:  Precisely and that's why the market

20  power exists in that instance.  In other cases where there

21  isn't statutory protection and companies can replicate what

22  the other companies are doing, the economic principle is you

23  don't get market power by virtue of making those investments

24  because others can copy what you're doing which is the essence

25  of competition.

Bernheim/Direct/Chesler

1    Q    Now, moving to the second bullet.

2              Based upon your review of the record, have American

3    Express's competitors in fact replicated, made efforts to

4    replicate the types of investments that American Express has

5    been making to earn preferred status among customers.

6    A    Absolutely.  That's been part of the impact, the

7    competitive impact of American Express is to cause the other

8    networks to mimic their successful business strategy, their

9    successful products and they've made similar investments to

10   develop competing products.  That's been what's going on and I

11   think that some of the Amex witnesses testified that, you

12   know, they have to work hard to stay ahead of the game, to

13   stay one step ahead of that.

14   Q    What about the next entry, it says, "Issuers are already

15   engaged in steering by competing directly for cardholder

16   loyalty."

17             Explain that please.

18   A    Yes.  This is an interesting point about insistence.

19   What Dr. Katz calls insistence and actually what Amex has

20   called insistence is actually a form of steering, it's Amex

21   steering customers directly by incentivizing them to use the

22   Amex card, Amex payment products.  The direction -- using

23   incentives to direct the customers to use the card, that's an

24   expression of competition and it's a form of steering that's

25   very much akin to the form of steering that the government

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1    wants to introduce.  They are pointing to steering that they

2    think ought to be happening at the merchant level which is

3    just an indirect version of this.  This is the card companies

4    steering the customers directly by offering them rewards and

5    value and so forth instead of doing that indirectly through a

6    merchant.

7            So, I find it odd to be pointing to an activity that

8    is kind of essentially a competitive activity of this kind.

9    It is pushing people towards your products, giving them

10   incentives to go to your products and calling it a source of

11   market power.  It is, in fact, an expression of competition.

12           THE COURT:  If these efforts, steering people to

13   Visa or MasterCard, using rewards for instance is a form of

14   steering that has become successful, is there an economic

15   analysis that might indicate that the non-discrimination

16   provisions would become unhelpful or ineffective at some point

17   because everyone is steering in the same way by steering

18   people to their cards so this non-steering provision would not

19   have any real effect at some point; have you studied that, is

20   there anywhere in your report?

21           THE WITNESS:  Yes, and this is exactly the right

22   question to ask and it is what we're going to be coming to.

23           THE COURT:  We're coming to that too.

24           MR. CHESLER:  Your Honor, we're coming to

25   everything.

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1           THE COURT:  During my lifetime I hope.

2           MR. CHESLER:  How quickly would you like me to go,

3  Your Honor?

4           THE WITNESS:  This falls into the area of

5  competitive effects but the issue is that there are multiple

6  ways to steer customers, there are multiple mechanisms for

7  doing this.  The government is concerned with one particular

8  mechanism, they're worried that because one particular

9  mechanism is shut down, that's a problem.  There is a reason

10  why that particular mechanism is shut down the way it is and

11  why competition expresses itself through all the other

12  mechanisms that are available for steering customers that

13  don't have the same harmful consequences for competition that

14  are manifest if you allow the kind of steering that the NDPs

15  protect against and that's what I'm going to explain to you

16  when we come to competitive effects, exactly why it's

17  different to have that kind of steering rather than the kind

18  of steering that the networks do with their customers away

19  from the point of sale through rewards and so forth.

20           THE COURT:  Well, I guess one of my questions is why

21  if the nature of the competition is changing by virtue of the

22  replication of some of these programs by the networks and so

23  forth, why there would be such great concern on the part of

24  American Express as to whether they maintain or give up the

25  NDP as part of their business model.  So, I don't think that

1   goes really to the antitrust question but it goes to their

2   business model and we're here and a great deal of effort is

3   being taken to resolve this issue in court as to whether

4   there's an antitrust violation but if the market is changing

5   of its own weight due to the replication, what's the

6   difference if they have the NDP or they don't have the NDP

7   going forward?

8           THE WITNESS:  Well, going forward Amex is continuing

9   to try to be a competitive presence in the industry by

10  differentiating, by staying ahead of MasterCard and Visa, by

11  offering valuable services to customers and by differentiating

12  itself.  If they get to the point where they don't have a

13  business model that can effectively differentiate themselves

14  from MasterCard and Visa, then you have a phenomenon you've

15  heard about I think before in this trial taking over which is

16  that because of the network externalities in this kind of

17  market, dominance will foster dominance.  The way that smaller

18  firms succeed here is by working hard to differentiate

19  themselves and by therefore carving out a reason why customers

20  should be using a smaller network.

21          What I hope to explain to you is that the NDPs are

22  playing a valuable role in this industry because they enable

23  Amex to do that.  I believe Dr. Gilbert talked about, he

24  explained to you that when you're looking at vertical

25  agreements, vertical restrictions, you have to look at not

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1   only what the restriction restricts but also what it enables

2   and that's really where all of this is headed is that the NDPs

3   are core to Amex pursuing a strategy where it's able to stay

4   ahead of the competitors with a differentiated product that is

5   going to be a significant competitive check in this market.

6   That's what's worked for the last dozen years.  And, you know,

7   we -- at least I personally don't want to see that check on

8   the market removed.

9          MR. CHESLER:  Thank you, Your Honor.

10  Q    Let me just focus on one follow-up to one of the

11  questions from the Court and then we'll move on with

12  insistence.

13         If you look at the direct steering that you were

14  talking about a few moments ago that's taking place between

15  the networks and their own consumers, the competition that's

16  going on for rewards and other benefits, for example, and you

17  compare that to the form of steering that the government says

18  should take place at the merchant level, what, if any,

19  significance is there to the fact that in one situation

20  you're dealing with the point of sale and in the other you're

21  not.

22  A    Yes, and this is going to be getting to some of the

23  issues that we're discussing.  The point of sale is something

24  that Amex doesn't have any control over.  Amex can control its

25  interactions with cardmembers when it's dealing with them

Bernheim/Direct/Chesler

1    directly but when you're talking about the point of sale, the

2    merchant controls the interaction and the merchant's interest

3    and Amex's interests are not perfectly aligned.

4            So, for Amex to create products that are valuable to

5    the merchants, it has to have certain restrictions in place to

6    assure that the merchants are going to act in accordance with

7    the characteristics that Amex needs to deliver to make its

8    product attractive.

9            It is kind of like McDonald's has a franchise or

10   McDonald's has franchises all over the place, right, and it

11   has contracts that say the franchises have to, you know, live

12   up to certain standards, there's a big book that this is all

13   the stuff that the franchises have to do.  Those are

14   restrictions that are put in place because McDonald's

15   interests and the franchise's interests are not necessarily

16   perfectly aligned, so you need a contract that says, you know,

17   you're going to have your tables set up like this and the

18   counter is going to have to look like this and, you know, it

19   spells it out very explicitly.

20           That's really where we're going with this.  The

21   difference here is the point of sale is a critical point of

22   contact with the consumer that affects consumers' perceptions

23   of Amex and Amex isn't there to control that at all, the

24   merchant is in charge of that.

25   Q    So, let me come back again to insistence and, in

1    particular, the item I think we were looking at a few moments

2    ago; after the one about direct competition among issuers you

3    have an entry that talks about insistence presentations as

4    marketing tools that put Amex in the best light and don't

5    account for customer loyalty to the merchant.

6              So, let's take those in two separate pieces because

7    there's an "and" in there.  Let's take the first part.  What

8    is the significance of insistence presentations being used as

9    marketing tools that put Amex in the best light, what does

10   that have to do with your analysis of whether insistence is

11   actually a source of antitrust market power.

12   A    So, this is really I'm responding here to some of the

13   evidence that the government and Dr. Katz rely on.  In fact,

14   when it comes to insistence, they really emphasize this

15   evidence about the importance of insistence that was developed

16   in the context and used for negotiations with merchants and

17   the point that I'm making here is that evidence that is

18   developed for and used in those contexts is done for the

19   purpose of negotiation and when companies negotiate with each

20   other, their objective is to put their positions in their best

21   possible light.

22             So, I think that -- it's not that that evidence

23   should be ignored but it should be interpreted in light of

24   that fact and weighed against other evidence.

25   Q    Now, let's take the other half of the sentence:  Do not

Bernheim/Direct/Chesler

1    account for customer loyalty to the merchant.

2              What is the significance of that?

3    A    Because these presentations are for the purpose of

4    negotiations with merchants, they don't acknowledge that there

5    is a merchant position and a merchant counter to Amex's

6    position regardless of how credible Amex's position is about

7    its own position and its own importance and the counter is

8    that the merchant also has loyal customers as well and if Amex

9    walks away from the merchant, it will lose customers too and,

10   moreover, that will be particularly damaging to Amex.  Amex is

11   particularly vulnerable to the consequences of not

12   consummating a deal with a merchant and the reason has to do

13   with phenomena that have been discussed at trial the,

14   phenomena of spillover and network externalities, that if a

15   customer is lost to Amex because they are loyal to a merchant,

16   they will also be probably considering using other payment

17   cards, that tends to happen in those situations, and then they

18   use those payment cards generally, then you're in the

19   situation where merchants start to perceive Amex as less

20   relevant, acceptance may go down and so forth and this becomes

21   a self-reinforcing process.

22             So, Amex has great vulnerability in these

23   negotiations.  It needs to be accepted.  The downside for Amex

24   is severe and, of course, Amex doesn't mention any of this in

25   their negotiating materials and I find it very puzzling that

Bernheim/Direct/Chesler

1    Dr. Katz's analysis doesn't explore this countervailing

2    force.  All he has done is go through one side of the

3    equation.  He's talked about the power that Amex might have

4    over the merchant because of insistence without talking about

5    the power that the merchant has over Amex because Amex needs

6    to be accepted.

7    Q    Okay.  The last item on the list about insistence is:

8    "Available data are inconsistent with the government's claims

9    about insistence."

10            Have you looked at various data and examined them

11   and evaluated the government's claims in the light of the

12   data?

13   A    Yes, I have.

14   Q    Have you looked, again, at these loyalty databases we've

15   been talking about in that connection?

16   A    Yes, I have.

17   Q    Let's look at --

18            MR. CHESLER:  Your Honor, this one is confidential.

19   Q    -- Slide 81.  Without mentioning the names of the

20   merchants or the particular numbers, what is 81 intended to

21   show, Professor?

22   A    81 is showing the fraction of the plaintiff merchants'

23   sales as -- sales included in this database that are accounted

24   for by customers who use Amex and only Amex and we're looking

25   at the eight different merchants for whom we have data and you

Bernheim/Direct/Chesler

1    can see in looking at this slide that that is a very, very

2    tiny fraction in all of these cases.

3    Q    And what is the significance of that with respect to

4    insistence as a source of antitrust market power?

5    A    Well, you know, insistence is an abstract concept.  What

6    we're looking for are practical measures that correspond to

7    that concept and one natural measure that one might use is,

8    well, people who only use Amex at a merchant are people who

9    that merchant might consider to be Amex insistent and what

10   this is showing is that at these merchants the customers who

11   fall into that category who are insistent by that definition

12   are not very important and I should add to that that those

13   customers, by the way, are not necessarily insistent, it is

14   just that they used Amex for all of those transactions, they

15   might be easily nudged to another card and we're going to see

16   some evidence that pertains to that in just a little bit.

17   Q    Okay.  Let's look at another chart from the loyalty data

18   on the subject of insistence, Slide 82.  Again, it's

19   confidential.

20         So, without naming the names of the merchants or the

21   figures that are there, how does this differ from the other

22   chart and what is the significance of it?

23   A    This is very similar to the other chart.  The only

24   difference is that instead of expressing these Amex only users

25   as a fraction of the -- their spending as a total of the total

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1   amount of spending, what we have here instead is as a fraction

2   of the Amex spending only and what you see here, of course, is

3   that those numbers are larger because it is a smaller base.

4   We're measuring this just relative to the Amex users but these

5   are still quite small numbers.

6   Q    Now, have you also looked at switching in the context of

7   your evaluation of insistence as a source of antitrust market

8   power?

9   A    I have, yes, and we've looked a little bit about this --

10  pardon me, we have looked a little bit at the switching data

11  already earlier.

12  Q    So, let's look at Slide 83 please.  And this is also a

13  confidential slide.  Is this also from the loyalty databases?

14  A    It is, yes.

15  Q    And what does this slide show?

16  A    This slide is showing the frequency with which Amex --

17  people who use Amex on a given transaction use a different

18  means of payment for the very next transaction at the very

19  same merchant and you can see that there's a separate bar for

20  each of these eight merchants and in all cases I take these

21  percentages to be rather large.  We saw data that was akin to

22  this earlier.  This is breaking it down by the individual

23  merchants.

24  Q    So, this would be a merchant -- a consumer goes into one

25  of these merchants using her American Express Card and the

Bernheim/Direct/Chesler

1   very next time she goes to the very same merchant she switches

2   to some other card, some other form of payment?

3   A    Yes, and that happens with the frequencies that are

4   indicated in that figure.

5   Q    Now, did you also look at Visa payment data in connection

6   with the issue of insistence?

7   A    Well, there is something called the VPPS, the Visa

8   Payment Panel Study.

9   Q    Let's turn to Slide 84 please entitled the Visa Payment

10  Panel Study.

11            So, what is VPPS?

12  A    Well, this slide just gives a series of bullet points

13  that describe the study, it's something that is operated by

14  Visa and I think it's for the purpose of providing information

15  to their issuers.  They follow a bunch of respondents every

16  month who keep a diary of their purchases for a single month,

17  they keep track of what they spend and they do that I think

18  one month out of every quarter and these data run from 1995

19  all the way to 2011, we were able to get these data through

20  discovery in this case.

21  Q    Now, in this context is there a term called "single

22  homing"?

23  A    Yes, this is a term that's used to refer to the use of

24  payments methods.  Single homing means a -- it's a way of

25  saying a strong preference for a particular -- let me rephrase

Bernheim/Direct/Chesler

1    that, a tendency -- better way to do this; there are two types

2    of single homing, there's something called single homing in

3    ownership, which means that's the only card that you have, and

4    then there's another concept that is called single homing in

5    use, and that means that that's the card you predominantly

6    use.  And these are also two measures that are commonly looked

7    at, I know some economic scholars have looked at these things

8    and they are sometimes used as measures of insistence.

9    Q    On the theory that if you only own one card, you're only

10   going to use one card, so to speak?

11   A    That's correct, although, you know, remember, for

12   example, single homing in ownership within GPCC, say that you

13   single home on Amex within GPCC, the question you want to ask

14   yourself is why are you doing that.  It may be for some people

15   the reason that they're doing that, even though they know that

16   Amex isn't accepted at a lot of merchants, is that they're

17   perfectly willing to use their debit card.  So, even when

18   you see people single homing, you don't necessarily conclude

19   from that that they don't have any substitutes.

20              THE COURT:  So, single homing doesn't include debit

21   cards?

22              THE WITNESS:  Two ways to define it and I've looked

23   at it both ways; there's single homing in GPCC and then we can

24   talk about single homing in GPCC and debit.

25              THE COURT:  After this trial I'm going to cash, I'm

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1    going to go around like my grandfather did.

2              MR. CHESLER:  I don't think we were separated at

3    birth, Your Honor.  My grandfather did the same thing.

4              THE COURT:  It worked for him.

5              MR. CHESLER:  Yes, it did.

6    Q    So, you've looked at this single homing on ownership data

7    from the loyalty databases, have you?

8    A    I have, yes.

9    Q    In connection with insistence.  So, let's look at Slide

10   85.  This is a confidential slide.

11             What does, without mentioning the numbers, what does

12   85 show?

13   A    85 shows based on this Visa data a time series running

14   from 1995 all the way to 2011, the frequencies of single

15   homing in ownership on Amex, and then the green line is within

16   GPCC, which means Amex is your only GPCC card, and the yellow

17   line is single homing within GPCC and debit which means you

18   have an Amex card, no other GPCC card and no debit card.

19   Q    And what's the significance of the lines, the green and

20   yellow lines on Slide 85?

21   A    Okay.  So, one question when you look at evidence of

22   single homing is is a particular number high or low, is five

23   percent a big number or a small number.  Well, one way to

24   evaluate that is to use a competitive benchmark and that's one

25   of the reasons that I began by talking about Amex in the 1990s

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1    not having market power I think by any plausible assessment.

2              So, these time series allow us to compare these

3    measures of insistence, single homing, and to see how they

4    varied over time and you can see that for single homing in

5    GPCC, which is the green line, you only -- you carry an Amex

6    and no other GPCC card, that's been pretty flat since the

7    1990s, and if you look at single homing in GPCC and debit, the

8    yellow line, that's actually been decreasing and kind of

9    converging to the axis here, there are relatively few people

10   who do that.

11   Q    Now, do you also look at single homing in use; in the

12   same context that you've looked at ownership, did you look at

13   use?

14   A    I did.

15   Q    So, let's turn to Slide 86.

16              What does Slide 86 show, again without naming the

17   numbers?

18   A    It's the same analysis for single homing in use rather

19   than ownership.  Of course, the frequencies are higher here

20   because if you single home in ownership, you necessarily

21   single home in use but not the other way around, but the same

22   patterns emerge.  The single homing in use for GPCC cards is

23   pretty flat, the single homing in use for debit cards is

24   declining.

25   Q    Did you also compare single homing on Amex to single

Bernheim/Direct/Chesler

1   homing in ownership to Discover?

2   A    Yes, I did.

3   Q    Why?

4   A    Well, again, the approach here is to pick competitive

5   benchmarks.  It's hard to know what number here, what level of

6   insistence this measure of insistence would indicate market

7   power.  So, the idea is to compare it to a competitive

8   benchmark and, once again, I hold out Discover as a company

9   where I think there is agreement that Discover does not have

10  market power.  The question then is how does this single

11  homing compare between Amex and Discover.

12  Q    And on Slide 87 there's a reference to that; what is the

13  bottom line with respect to that comparison?

14  A    The bottom line is it's comparable between the two, that

15  the single homing in GPCC and debit is similar for Discover

16  and Amex and the same is true for single homing in GPCC.  This

17  is single homing in ownership is being referred to in this

18  slide.

19  Q    Now, do these results with Amex and Discover being

20  compared, do they take into account current market share?

21  A    No, no, insistence is something that is measured

22  independent of market share, single homing.  All measures of

23  insistence are measured independent of market share and

24  Dr. Katz has argued that insistence is the source of market

25  power and so consequently it's appropriate in addressing that

Bernheim/Direct/Chesler

1    to measure it that way but I mean market share is also

2    important.

3    Q    So, did you look at insistence data that incorporates

4    share?

5    A    Yes, I did.

6    Q    So, then let's look at Slide 88.  And this is also

7    confidential data so please don't mention the numbers, but

8    what does Slide 88 show?

9    A    This is showing the -- it is showing Amex cardmembers

10   that single home in ownership on GPCC and debit as a fraction

11   of all consumers and it is showing that the fraction here is

12   really de minimis, this is very tiny.

13   Q    And what's been the trend over time?

14   A    It's been declining.

15   Q    Small and declining?

16   A    Small and smaller.

17   Q    Have you looked at what happens if you take debit out of

18   the equation and look at single homing on GPCC only and

19   measure that share over time?

20   A    Yes, that is --

21   Q    Slide 89?

22   A    -- reflected in the next slide, yes.

23   Q    And again without mentioning the numbers, what does that

24   show?

25   A    That shows numbers that are quite low.  These increase

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

Bernheim/Direct/Chesler

1   somewhat but the levels even after they increase are quite

2   small.

3   Q    So, what significance does that have in your evaluation

4   of whether insistence is, in fact, a source of antitrust

5   market power for American Express?

6   A    Well, Dr. Katz and I agree that share is an important

7   consideration because it determines relevance, relevance to

8   the merchant, and so you have to ask how relevant is this

9   phenomena to the merchant.  We are talking for these kind of

10  measures of insistence about a very, very small slice of

11  consumers.

12  Q    Did you also compare American Express single homing to

13  Visa and MasterCard single homing?

14  A    I did, yes.

15  Q    And what did you find there?

16        Let's look at Slide 90, again confidential data so

17  stay away from the numbers.  What did you find?

18  A    Slide 90 is showing single homing in use within GPCC

19  and debit, so this is within that category, you're primarily

20  using one particular means of payment and it is showing this

21  over time separately for the four major networks and several

22  patterns are clear here.  One is that they're all declining

23  and that pattern is due in part to the growing use of debit.

24  Q    What pattern is due in part to the growing use of debit?

25  A    That all of these lines are generally declining.  The

Bernheim/Direct/Chesler

1    Amex line, it is hard to see that it's declining because it's

2    closer to zero but all of these lines are generally declining.

3              But the other thing that you see is that single

4    homing in use is much higher for Visa and MasterCard than for

5    American Express or Discover.  Historically that's always been

6    the case.  The gap has fallen to some degree but it's still

7    very large.

8              And the final thing that you note from this figure

9    is that Amex is generally at the bottom.  Visa, the insistence

10   has -- I'm sorry, not Visa, Discover's insistence level as

11   measured by this measure of single homing has declined to the

12   point where it's close to Amex's, but Amex certainly is at the

13   lower end of these four companies.

14   Q    So, focusing then just on the Amex users who are

15   represented, for example, by that orange line, small as the

16   percentage may be, did you look at the question of whether

17   within that universe of Amex users it is in fact a static or

18   changing universe of individuals?

19   A    Yes, I looked at that question.

20   Q    And in that context is there a phenomenon known as

21   churn?

22   A    Yes, it is a phenomenon that is commonly described as

23   churn.  The term "churn" is used in a lot of industries and it

24   simply refers to the fact that customers may be lost to

25   competitors.

Bernheim/Direct/Chesler

1  Q    And did you make an effort to measure the churn here with
2  respect to the Amex universe of users we're talking about at
3  the moment?

4  A    I did, yes.

5  Q    What sort of data did you use for that?

6  A    These data are all the VPPS data.

7  Q    That's Visa data?

8  A    Payment, yes, the Visa survey that we've been talking
9  about.

10 Q    Okay.  Let's turn to Slide 91 which is a confidential
11 slide from Visa's own data.  So, without mentioning the
12 numbers, would you describe for the Court what Slide 91 shows?
13 A    So, for slide 91 I've used a measure of churn that I've
14 taken from a published academic study by a well known scholar
15 who works in this area.  The measure that he used of churn was
16 the following, he associated a particular customer with a
17 particular card if that card (sic) put at least 60 percent of
18 their spending on that card at a particular period of time.
19 So, I've used spending over the course of a quarter, if a
20 customer is putting -- concentrating at least 60 percent of
21 their spending on Amex, then they are, according to this
22 definition, affiliated with Amex.

23         Now, the question is, out of those customers, how
24 many are still affiliated with Amex in the next quarter.

25         (Continued on next page.)

HOLLY DRISCOLL, CSR, CRR  Official Court Reporter

1   DIRECT EXAMINATION (continued)

2   BY MR. CHESLER:

3   Q    And by that you mean how many are still spending at least

4   60 percent of their volume of GPCC and debit on Amex in the

5   next quarter?

6   A    That's correct.

7   Q    And what do the data show, without reciting the specific

8   numbers?

9   A    So the data show that Amex actually has, when compared to

10  Visa credit, MasterCard credit, Discover credit and signature

11  PIN debit, Amex actually has the highest churn, and the churn

12  rates are, you know, by the standards that I've seen in other

13  industries, these churn rates are pretty high.  This is an

14  indication that loyal customers are being won by competitors

15  with fair regularity.

16  Q    So let's go to the bottom line with respect to insistence

17  as a source of antitrust market power.

18       Would you agree that Amex has some loyal

19  cardmembers?

20  A    Absolutely.  In going through this analysis, I don't mean

21  to suggest at all that there is no loyalty to Amex, that Amex

22  isn't investing and creating some difference.

23       My point is simply that when one looks at the

24  objective measures, the government's case has exaggerated the

25  role of insistence and the actual levels are not sufficiently

Bernheim/Direct/Chesler

1   high to sustain significant market power.

2   Q    How would you rate the durability of this loyalty to
3   American Express?

4   A    Well, as we've seen from the churn data, it's not very
5   durable.  Customers can be stolen away from Amex, and any
6   loyalty has to be re-earned constantly by delivering value to
7   customers, and that's the way competition is supposed to work.

8   Q    And when you looked at these various measures of
9   insistence in the current time frame as compared to the '90s
10  when you said that American Express by any measure did not
11  have market power, what did that comparison show?

12  A    I think it shows that there hasn't really been any
13  change, that there hasn't been any indication that Amex has
14  created a new world in which it has greater insistence and is
15  capable through that channel of generating greater market
16  power.

17  Q    And when you compared the data about Amex insistence to
18  Discover, what did that show?

19  A    Again it showed something similar, that compared to
20  Discover, Amex does not seem to have an edge, according to
21  these metrics.  So if looking at these kinds of metrics leads
22  to the conclusion that Amex has market power, then one would
23  have to conclude that Discover has market power as well, which
24  to me doesn't make a lot of sense for this industry.

25  Q    So let's turn to one other subject related to market

Bernheim/Direct/Chesler

1  power, and that is corporate card insistence.

2  A    Yes.

3  Q    You're aware that the government and Dr. Katz have said

4  that or claimed that American Express derives antitrust market

5  power over merchants from its corporate card business?

6  A    Yes, indeed.

7  Q    Do you agree with that claim?

8  A    No, I don't.

9  Q    I'm trying to pass over slides which are pointing to

10  particular pieces of evidence in the record.  So I'm not going

11  to dwell on it, but is 92 some testimony from Amex's

12  president, Mr. Gilligan, about the competitive nature of the

13  corporate card business?

14  A    Yes, that's what that is, yes.

15  Q    Have you looked at data, as you've done with respect to

16  these other variables, have you actually analyzed data

17  concerning the question of corporate card insistence?

18  A    Well, I think that the data that I have analyzed has to

19  do with corporate card competition.  We have the same two

20  issues arising with corporate cards as we have with individual

21  insistence.  The issues are, first of all, Amex competes

22  vigorously with other networks in order to win these corporate

23  accounts and that is simply a way of steering customers

24  directly, Amex is steering them directly within a context

25  where Amex is dealing directly with the customer.  So again,

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1   to point to this very intense competition as the source of

2   market power is a little odd, and the data analysis that I did

3   was related to -- to exhibiting some of that competition.

4   Q    Okay.  So we've heard some testimony about the fact that

5   at some point American Express purchased the GE corporate card

6   portfolio.

7            You're familiar with that testimony?

8   A    Yes, indeed.

9   Q    Did you examine data relating to what happened to that

10  portfolio thereafter?

11  A    I did.

12  Q    What was your reason for looking at those data?

13  A    Well, this is an instance where Amex was trying to

14  acquire a block of business, and if Amex has market power, it

15  shouldn't have any difficulty hanging on to business that it

16  acquires in that way.  I've seen, you know, I've seen

17  testimony at trial that indicates that there's reason to think

18  that Amex actually has some disadvantages in competing for

19  these corporate clients because corporate clients perceive a

20  coverage gap, an acceptance gap, and also because Amex doesn't

21  have the treasury relationships with the banks.  So this was a

22  good context in which to test and see whether Amex's

23  disadvantages are really competitively significant, what

24  happened to this block of GE business.

25  Q    So let's look at slide 93.  This is also confidential

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    data, so just stay away from the numbers.

2            What does the slide depict?

3    A    The slide is simply dividing up the accounts and then

4    dividing up the charge volume according to whether Amex

5    retained it or lost it, and there's a third category here

6    which is GE.  The reason that GE is broken out separately is

7    because, according to the contract, GE had to stay with --

8    with Amex as part of the acquisition.

9            So in look -- that's not very important when you

10   look at the number of accounts 'cause it's only one account,

11   but when you look at charge volume, the right comparison to

12   make is other than GE, what happened to these accounts, and

13   you can see how it splits out.  I'm not -- I can't say the

14   numbers out loud, but an awful lot of this was lost.

15   Q    Now, have you seen evidence that Visa and MasterCard

16   target this coverage gap issue in the context of competing for

17   corporate cards?

18   A    Yes, absolutely.  This is -- this is one of their selling

19   points.

20   Q    So let's look at slide 94.

21           What is 94?

22           MR. CHESLER:  This one is not confidential, Your

23   Honor.

24   A    I'm sorry.

25           94 is an example of such an advertisement and it's

                MARIE FOLEY, RMR,   CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    basically playing on the idea that because of the coverage

2    gap, if you take your client to dinner and expect to pay with

3    an Amex, you may be -- your client -- you may be in the end

4    asking your client to pick up the tab.  So they're very aware

5    of this and they use this effectively as an advertising tool.

6              MR. CHESLER:  I'm afraid we're going one other slide

7    in this section which is confidential.  I apologize.

8              THE COURT:  Go ahead.

9              MR. CHESLER:  I apologize, Your Honor.

10             THE COURT:  That's fine.

11             MR. CHESLER:  The choreography of this is a little

12   intense.

13             THE COURT:  That's all right.

14   BY MR. CHESLER:

15   Q    Have you looked at the level of American Express payments

16   to corporate cards over time?

17   A    Yes, I have.

18   Q    What is the relevance of that data, those data for this

19   purpose?

20   A    Again it's an indication of how vigorously Amex has to

21   compete to win and retain these accounts, and the pattern that

22   becomes very clear in the data is that Amex has, over time,

23   had to make increasing concessions to its corporate accounts

24   in order to -- in order to sign them and retain them.

25   Q    So let's look at slide 95, which is confidential.

1              So without mentioning the numbers, what does slide

2    95 show?

3    A     Slide 95 is showing two things, both related to the

4    incentive payments that Amex makes to its commercial clients.

5    It's showing the dollar amounts, those are the bars, and the

6    scale is on the left-hand side.  I won't say the numbers.  It

7    also shows the same payments as a percentage of the billed

8    business, the scale for that is on the right-hand side and

9    that's the red line.  And you can see that both of these are

10   going up substantially over time.

11   Q     Does the fact that the red line going up, does that

12   indicate that the payments are growing faster than Amex's

13   charge volume is growing?

14   A     Yes, it does.  If they were growing at the same rate, it

15   would be flat.

16   Q     Are you familiar with the notion of mandation in the

17   context of corporate card agreements?

18   A     I am, yes.

19   Q     What does mandation refer to?

20   A     It actually refers to a lot of different things.  It's --

21   it's a term that is used in a vague way to summarize a

22   collection of policies that corporations adopt to try to make

23   sure that people charge -- put -- when they're doing, making

24   purchases, business purchases associated with the company,

25   their employer, that they put their charges on the company's

Bernheim/Direct/Chesler

1   corporate card, but these policies take many different forms

2   ranging from a stated preference on the part of the company to

3   use the card, to policies that have forms like you must use

4   the card if it's accepted, but if it's not accepted you can

5   use any other means of payment and get reimbursement, which is

6   not really putting employees in a position where, you know,

7   they are having their choice of merchants dictated for them

8   because they can't pay at those merchants.  They can, they

9   just have to get reimbursed.

10          And then at the extreme, there are some policies

11  that at least nominally say you have to put all expenses on

12  this card.  Though my understanding anecdotally is that in

13  most of those cases when people have to do something else,

14  they make exceptions, it's just not as easy for them.  So I'm

15  giving this description just to make it clear that when the

16  term "mandation" is used it doesn't literally mean that all

17  the corporation's employees have to use the card for

18  everything.  It's weaker than that.  That's not to say that it

19  doesn't impose some restrictions and have some effect, but it

20  isn't a -- it is rarely a draconian policy.

21  Q    So does American Express, in fact, have antitrust market

22  power based upon its presence and position in the business of

23  obtaining corporate card relationships?

24  A    No, it doesn't.  I don't think a case can be made that it

25  does.

Bernheim/Direct/Chesler

1    Q    And does it have antitrust market power based upon any

2    combination of or all of the other elements we've been through

3    which the government has pointed to during the course of the

4    trial?

5    A    Not that I've seen, not based on my own analysis.  And

6    I've gone through the government's analysis very carefully,

7    Dr. Katz's analysis, and I believe that they have not proven

8    their claims regarding market power.

9    Q    I want to turn then to the third major topic you were

10   going to address, which is competitive effects.

11        Now, it seems like a long time ago because it was a

12   long time ago that we looked at your first summary of

13   conclusions document which we've reproduced behind Tab 96 so

14   we don't have to flip back and forth, and the third of your

15   conclusions says:  "NDPs promote vigorous competition in the

16   payment card industry."

17        Is that, in fact, your conclusion with respect to

18   competitive effects?

19   A    It is, and we had a preliminary discussion about that,

20   which I think now we're going to elaborate on.

21   Q    Okay.  In your view, what would the effect upon

22   competition be were the Amex NDPs eliminated?

23   A    My view is that competition in the industry would be

24   hurt, that Amex has played a very special role in this

25   industry and has been able to play that role by virtue of its

                MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1   particular business strategy that involves the differentiated

2   kinds of products that it's -- that it's been providing to the

3   market, that furthermore, the NDPs have enabled that, and that

4   without the NDPs we would see that form of competition

5   essentially dry up.  I believe that the market would then

6   revert to a situation where there would be less

7   differentiation and we would see dominance begetting

8   dominance.

9   Q    Why is it so important for Amex to have a differentiated

10  strategy?  Why wouldn't it be perfectly okay to just be a kind

11  of me-too product for whatever portion of the market prefers

12  to use Amex cards?

13  A    Well, it just is not a very effective strategy in

14  industries generally with significant network externalities.

15  Smaller competitors have to have ways to differentiate

16  themselves, and in particular in this industry I think that,

17  you know, there's evidence for that.

18          Discover has not differentiated itself as

19  effectively because it has a lendcentric model and, as a

20  result of that, has not been nearly as important in being a

21  check on Visa and MasterCard.  We've heard some about

22  differentiation, ways that Discover differentiates itself, and

23  I think that's how Discover has managed to survive at all, but

24  this differentiation is critical.

25  Q    We've had a number of instances during the trial where

1    Discover has kind of been held up as an example, in fact even

2    by the president of Discover who testified essentially that he

3    thought American Express should do some of its business in

4    different ways.

5             Looking at the industry, is Discover the model that

6    American Express, in your view, should be following in order

7    to successfully differentiate itself as compared to the larger

8    networks?

9    A    Well, I would answer that question by just looking at

10   outcomes.  American Express has been the main competitive

11   check on MasterCard and Visa.  So in terms of the end that I

12   as an economist think we want to achieve through public

13   policy, the Amex business model has been much more important.

14   It has succeeded in applying much more competition to this

15   market.

16   Q    One other point, then I want to go to your next chart.

17            We've heard two different terms and I want to be

18   sure we've got a clear record on it.  We've heard about

19   network effects and you have several times referred to network

20   externalities.

21            Do those two terms differ?  Are they the same?  Are

22   you using them as synonyms?  Please just explain.

23   A    I'm using them synonymously and I didn't intend to

24   introduce confusion.  Just think of them the same way.

25   Q    This has been described in the record, but it's worth, I

Bernheim/Direct/Chesler

1     think, 30 seconds.  Just describe for the Court what is the

2     nature of the network effects in this particular two-sided

3     market that you've been talking about for transaction

4     payments?

5     A     Sure.  Companies accept payment methods because consumers

6     use them.  They're more likely to accept them if more

7     consumers use them.  Consumers use payment methods if

8     merchants accept them and are more likely to use them if more

9     merchants accept them.  So this creates this feedback between

10    the two sides of the market where, you know, these effects

11    bounce back and forth.  That's -- that's a reflection of

12    spillover and network effects.

13    Q     Let's turn to slide 97, please.

14          So are these your basic conclusions with respect to

15    competitive effects, Professor?

16    A     Yes, they are.

17    Q     So the first one says that:  "NDPs are vertical

18    agreements used by a variety of firms for procompetitive

19    reasons."

20          Why do you start there?  Why is it necessary to

21    start with the label "vertical agreements" and the fact or the

22    statement that they are used by many firms for procompetitive

23    reasons?

24    A     Well, antitrust economics distinguishes, makes a very

25    important distinction between vertical agreements and

MARIE FOLEY, RMR,  CRR   Official Court Reporter

1   horizontal agreements.  Horizontal agreements are agreements

2   between competitors and those are generally problematic.  And

3   then there are vertical agreements.  Vertical agreements are

4   agreements between parties that are up or downstream from each

5   other and those generally are not considered anticompetitive.

6   In fact, those kinds of agreements need to exist.  I need to

7   have a partner to help me deliver, downstream partner to help

8   me deliver my goods to the ultimate consumers.

9           So vertical agreements are used all the time,

10  they're extraordinarily common, and when they're used, they're

11  normally used for procompetitive reasons because their purpose

12  is to get the vertically-related partners on the same page, to

13  make sure that they're working for the same end and to make

14  sure that they're working to produce an offering to the

15  ultimate consumers that's as attractive and valuable to the

16  ultimate consumers as possible, and therefore there's a

17  general recognition among antitrust economists that vertical

18  agreements by and large are very good things, and therefore we

19  are careful in singling out cases where we're going to

20  consider them as problematic.  Though there are such

21  situations, to be sure.

22  Q    Now, we'll come back to that, of course.

23          You mentioned earlier, I believe, in answering one

24  of the Court's questions that it's important to look not only

25  at what a vertical restraint restrains, but also what it

MARIE FOLEY, RMR, CRR   Official Court Reporter

Bernheim/Direct/Chesler

 1    enables.

 2              Do you recall saying that?

 3    A    Yes, I do.  I believe Professor Gilbert said that as

 4    well, and it's an important principle.  It's -- you have to

 5    look at what it restrains.  You have to look at what the --

 6    whether the restraint is directly consequential in light of

 7    all the other mechanisms that are available to companies to

 8    induce customers to patronize them rather than their

 9    competitors, and then you have to consider what is enabled by

10    the restraint and evaluate the potential benefits of that.

11    Q    Now, do other companies use non-discrimination provisions

12    that also restrain some competition but enable other forms?

13    A    Other companies, sure, it happens all the time.

14    Q    Well, let's look at slide 98, and in particular one of

15    the companies -- are these companies that, from your view of

16    the evidence, all use some form of non-discrimination

17    provisions?

18    A    Either non-discrimination provisions or provisions that

19    are very similar to non-discrimination provisions.

20              MR. CHESLER:  So this obviously, Your Honor, is a

21    non-confidential chart.

22              (The above-referred to exhibit was published.)

23              MR. CHESLER:  It's up, thank you.  I should have

24    known.

25    Q    One of the companies there is Expedia.

                MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1                    Describe from your view of the facts how does

2        Expedia use non-discrimination provisions, again, in this

3        context of looking at what they restrain and what they enable.

4        A    Sure.  So Expedia has -- Expedia gets travelers to use

5        its service to make reservations with hotels and airlines and

6        rental car companies.  It has contracts with those parties,

7        contracts with rental car companies, for example, that say if

8        somebody books through Expedia, you can't change their booking

9        and not pay us.  So, you know, you can imagine the customer

10       showing up at the point of sale and the rental car company

11       saying oh, I see you've booked this, but you know what, we can

12       actually give you a different car that you might prefer and

13       why don't you take this booking instead, and since it's a

14       different booking, the rental car company wouldn't have to pay

15       Expedia.  Expedia has a contract that forbids that, and the

16       reason for that is obvious.  If it didn't forbid that, Expedia

17       would have no incentive to make all of the investments that

18       get the customers to use its Web site and make the bookings

19       with the rental car companies and the hotels and the airlines.

20       So that provision is important to make sure that the -- that

21       the market works well, that they can actually deliver a

22       service of value.

23       Q    Is that another example of where the participants at

24       the -- in the vertical arrangement with one another don't

25       necessarily have interests that are perfectly aligned?

                    MARIE FOLEY, RMR,   CRR   Official Court Reporter

1    A    Sure, and I can give you another familiar one, if you

2    want, that I think directly speaks to this issue of enabling

3    competition.

4            Think about the example of using a real estate

5    broker to sell your house.  The real estate broker, you may

6    ask a real estate broker to list your house, to sell your

7    house.  They make all sorts of investments: they send out

8    fliers, they may help to show the house, they will bring

9    buyers in and so forth, they put a lot of effort into this.

10   And now imagine if after they find a buyer who is prepared to

11   buy the house another broker shows up and says you know that

12   first broker is charging you five percent.  I'm willing to

13   execute the sale for four percent.  Well, the homeowner would

14   have an incentive at that point to say well, I'm going to take

15   this new broker, that's cheaper.

16           Okay.  So they write a contract with the original,

17   and if they did that, then of course the first broker wouldn't

18   have any incentive to expend any effort in selling the house

19   to begin with and that's why the contract with the first

20   broker is going to say that the first broker has the right to

21   exclusively represent the homeowner for some period of time.

22           Now, I guess you could say that this contract

23   eliminates competition in brokerage fees at the point of sale

24   because at the point of sale you've got a buyer, he wants to

25   buy the house.  You could have another broker come in and say

                MARIE FOLEY, RMR,  CRR    Official Court Reporter

Bernheim/Direct/Chesler

1    I'll give you four percent and the first one has to say all

2    right, I'll match that or drop lower, but I think we can

3    understand in that context that that would be very destructive

4    to this market.

5            THE COURT:  But if that broker is a free-standing

6    entity or even part of a network and doesn't even claim to

7    control a large part of the market, isn't that a difference?

8            THE WITNESS:  It -- there's a world of difference

9    between these examples.  I'm only giving this example to

10   illustrate that in a context where the broker plainly has no

11   market power, he is entering into a contract with the

12   homeowner voluntarily, a contract that is going to restrict

13   competition at the point of sale.

14           THE COURT:  No, but what it does is it protects the

15   broker from the losses that the broker would end up having by

16   virtue of all the work that was put in and the fact that the

17   home seller is now walking away from that and leaving the

18   broker without fair compensation.  I sort of think that talk

19   about macro and micro, that's a micro situation and in a sense

20   what we're talking about is an industry-wide issue.

21           I mean, I understand your point, but having dealt in

22   the world of brokers and buyers and sellers in real estate, I

23   don't see it as -- I see it that the contract is a way of

24   protecting someone who has already provided you with value and

25   a service in a one-on-one situation.  So maybe there are

MARIE FOLEY, RMR,  CRR   Official Court Reporter

1    parallels, but I don't see it as being quite the same.

2              THE WITNESS:  Your Honor, I accept everything you

3    say.  In fact, portions of what you say are, in some sense,

4    exactly my point.  I will explain what the relevant parts of

5    the parallels are when I start to tell you what the NDPs are

6    doing.  There are some things that are quite close.

7              At this point, all I'm making is the general point

8    that's a contract that eliminates a particular expression of

9    competition, which you immediately recognize as being a

10   beneficial thing.

11             THE COURT:  Right, of course.

12             THE WITNESS:  Yes, that's right.  So eliminating a

13   particular expression of competition can't be taken on its

14   face as being a bad thing or anticompetitive.

15             THE COURT:  But I don't know that the antitrust laws

16   were created to eliminate those kinds of protections.

17             THE WITNESS:  Right.

18             THE COURT:  Frankly.

19             THE WITNESS:  Right.

20             THE COURT:  Right?

21             THE WITNESS:  I agree.

22             THE COURT:  But we're operating in a larger arena

23   here where the power to control the market is one of the big

24   issues, and, you know, the little broker on Main Street over

25   in Omaha is not really going to affect that market.

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1        THE WITNESS:  One of the things we're going to talk

2   about in just a minute is that Amex started to use these NDPs

3   in 1959 when it was the little guy on the corner store and it

4   was using them at that point in time because in this market

5   there was a legitimate procompetitive reason for doing them

6   that is still present and that's what I'm going to be

7   exploring.

8        THE COURT:  All right.

9        MR. CHESLER:  Let's go to that since that was the

10  next point we were going to in any event.

11  BY MR. CHESLER:

12  Q    I think we've heard testimony that American Express

13  offered its first card, which was actually, I think Mr.

14  Chenault said, a piece of paper, in 1958.

15       Are you familiar with that testimony?

16  A    Yes, I am.

17  Q    I take it you don't believe there's any dispute that in

18  1959, American Express had no antitrust market power with

19  respect to the card business, is that fair?

20  A    I don't believe that that is under any reasonable

21  dispute.

22  Q    So let's look at slide 99.

23       What is slide 99?

24  A    99 is from the Amex store agreement used in 1959.  I

25  think it's the standard agreement and it has the provision

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    called out there that is the original NDP, and essentially

2    what this provision does is prohibit differences in the prices

3    charged at the point of sale, which is precisely the main, the

4    core of the NDP that the government has objected to in this

5    case.

6    Q    So coming back to the Court's point about the broker on

7    Main Street in Omaha versus a large corporation that's doing

8    business on a nationwide basis.

9              What, if any, significance is there to your pointing

10   out that way back in 1959 American Express had an NDP that

11   went specifically to the question of charging different prices

12   for competing cards?

13   A    The -- it's clear that the reason for doing it at that

14   time doesn't have anything to do with market power.  It's also

15   clear, I think, that the reasons for continuing -- well, there

16   are reasons, I know we have to deal with these anticompetitive

17   allegations, but there are reasons for continuing to have NDPs

18   even today that have nothing to do with market power because,

19   as we saw in the previous slide, there are a number of

20   companies, like Discover, Bill Me Later, Expedia, Buck ID

21   which is a payment card for Ohio State University, I think,

22   where in these cases there is no, I think, reasonable basis

23   for suggesting that any of these companies have market power

24   and yet they have NDPs.

25              This is a way of pointing out that the NDPs are

MARIE FOLEY, RMR,   CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    serving some purpose that is valued by companies that do not

2    have market power, and generally the presumption among

3    economists is that when firms in a competitive setting, firms

4    without market power do something, the presumption is that's

5    procompetitive.  In some sense it's the essence of

6    competition.  We take what they're doing in those situations

7    as something that is, you know, admirable, that we want to

8    achieve.

9            So it could be that Amex is also now using NDPs for

10   other reasons and principles and we need to explore that.  I

11   am simply making the point that the position that these things

12   do not have procompetitive benefits is not a sustainable

13   position.

14   Q    Just staying with this point for one other point.

15           Is there anything in the government's case that

16   you're aware of that distinguishes the NDPs of today from the

17   NDPs that Amex had in the 1950s or the NDPs of these other

18   smaller firms that you just mentioned?

19   A    Well, there are certainly differences in details, but I

20   would say that, you know, the core provisions, I pointed to

21   the core provision concerning price, price differentials, that

22   those core provisions are present in these other instances as

23   well.

24   Q    Okay.  So we're talking about whether contract provisions

25   which have been in place since the company was essentially

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    started in this business somehow have caused anticompetitive

2    effects in the current day, whatever reason they were

3    originally implemented, is that fair?

4    A    Correct, that's the issue.

5    Q    Okay.  So if we look at slide 101, which is just a

6    continuation of the slide that we started out with, just

7    highlighting the next bullet for competitive effects, you say

8    in the second bullet:  "NDPs must be evaluated in light of

9    existing overall competitive conditions."

10            You have a subpoint:  "Competition for consumer

11   spend is intense and dynamic."

12            Now, what do you mean by "overall competitive

13   conditions" in that entry?

14   A    Here I'm referring to the competitive conditions that

15   determine the overall outcome in the market.  You know, we

16   talked earlier about how competition will determine the

17   two-sided price, what I'm calling the economic price for

18   payment services.  What we need to do is evaluate these in

19   light of how they affect how competition plays out overall and

20   not focus exclusively on how it might play out through a

21   particular channel.

22   Q    So let's talk about the other channels of competition

23   that exist today with respect to payment services in this

24   two-sided market.

25            What other channels are you talking about in that

MARIE FOLEY, RMR,   CRR   Official Court Reporter

Bernheim/Direct/Chesler

1   context?

2   A     Well, again, the -- the issue here is that Amex competes

3   by using mechanisms that attract customers to using its

4   payment product.  You can use the word "steering" for that, if

5   you like, but there's a bunch of mechanisms that it employs in

6   order to direct customers, to incentivize customers to use its

7   products.  We've already talked about several of them.  So

8   there's a bunch associated with -- there are ones associated

9   with issuing, providing consumers with rewards directly,

10  that's incentivizing them, steering them directly to use the

11  Amex payment products.  Also just making better, more

12  attractive products in other ways, making the product --

13  making the payment products feel like they -- you know, making

14  them associated with a greater sense of purchasing security

15  and so forth.  So that's one channel.

16          Another channel that we've talked about already is

17  using a mechanism that runs through corporate accounts.  This

18  also is a form of steering, if you will, a mechanism for

19  steering.  Company, Amex bids against Visa and MasterCard and

20  Discover to win corporate accounts in order to push some of

21  the business to Amex -- Amex products.  Competition for GNS

22  partners is another dimension which affects issuance and,

23  hence, a number of people carrying cards and consequently the

24  number of people using the product.

25          There is competition for co-brand partnerships, that

Bernheim/Direct/Chesler

1    is, as we know, another way to potentially -- to potentially

2    move charge volume to a network.  There's competition for

3    merchant acceptance, which is another thing that we've talked

4    about.

5              So there are many dimensions, many mechanisms

6    through which a company like Amex can incentivize customers to

7    use its payment products, if you will, to steer the customers

8    towards its products.  The government has been focused in this

9    case on one and only one particular mechanism.

10   Q    Point of sale?

11   A    Point of sale, yes.

12   Q    In some sense, do the NDPs impact or restrain any

13   competition at the point of sale?

14   A    I'm sorry, impact or restrain?

15   Q    Restrain competition at the point of sale?

16   A    Well, we -- the effect that the government is focused on

17   is that the NDPs prevent differential pricing at the point of

18   sale which could be used to steer customers.

19   Q    Okay.  So is the fact that the overall competition that

20   you've just referred to is intense, in your view, does that

21   mean that the NDPs are necessarily procompetitive?

22   A    No, not necessarily, but I think it gives us a reason for

23   caution here.  What we're seeing is Amex operate in a way that

24   has contributed a great deal of competitive pressure to this

25   industry, and what we're interested in, at least what I'm

Bernheim/Direct/Chesler

1    interested in as an economist, is the overall level of

2    competition, the total expression of competition through these

3    multiple channels of, if you will, steering, how intense is

4    that competition overall.  That's what -- that's what I think

5    is the important question.

6              So given that we see a high degree of competition in

7    this industry, I think, you know, we have to be cautious about

8    inferring that the NDPs have reduced the overall level of

9    competition in a way that has been harmful.

10   Q    Okay.  So the next bullet on your competitive effects

11   slide says:  "NDPs enable and intensify competition for

12   consumer spend to the benefit of consumers and merchants."

13             Now, way back earlier today, you recall the Court

14   asked a question about whether the NDPs prevent, I think what

15   the Court said, was an equilibrium effect in the market which

16   could work for the benefit of merchants and consumers.

17             Do you recall that question?

18   A    I do, yes.

19   Q    Okay.  So I want, with that question in mind, I want to

20   focus on your topic here of what the NDPs enable and your

21   opinion that they intensify competition for consumer spend to

22   the benefit of consumers and merchants, okay?

23   A    Yes.

24   Q    So let's look at slide 103.

25             What is this slide intended to show?

Bernheim/Direct/Chesler

1   A      This slide is providing an outline for discussing this

2   issue and talking about the ways that NDPs enable and

3   intensify competition for consumer spend and how that benefits

4   both consumers and merchants.

5   Q      You say:  The key question are NDPs necessary for Amex to

6   be able to pursue that differentiated strategy.

7              Are they?

8   A      In my opinion, the NDPs are necessary for Amex to pursue

9   the differentiated strategy that has for the past dozen years

10  or so applied an enormous amount of competitive pressure to

11  this market.

12  Q      I want to ask you about the bases that you have for that

13  conclusion, that spurring competition and innovation through

14  the differentiated product strategy.

15              So let's look at slide 104.

16              What is slide 104?

17              MR. CHESLER:  Which is not a confidential slide,

18  Your Honor, it's public.

19  Q      And what is its significance with respect to your

20  answering that question that we've just put?

21  A      Well, this is -- this is -- this slide is referring to

22  Amex's competitive impact in the market, and I think it's

23  illustrating a point that we have already made about that

24  competitive impact, which is that Amex has forced the other

25  competitors in this market to mimic its innovation and mimic

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    strategies.  So this is a reference to Chase, quote, copying

2    our playbook.  So it's an indication of competitive success

3    when -- when others are attempting to do precisely the same

4    thing, or at least something very similar.

5    Q    Did you also look at Mr. Chenault's testimony about his

6    role in the government exclusionary rules case and what he was

7    put forward to explain in that case?

8    A    Yes, I did, I reviewed his testimony.

9    Q    Let's look at slide 105, which just is an excerpt where

10   he's talking about his conversation with the then-assistant

11   attorney general.

12            What, if any, significance, apart from the fact that

13   he testified in the case and said what he said, what

14   significance to you is there from American Express being

15   featured for this differentiated product model in the context

16   of the exclusionary rules case?

17   A    Well, I think it just reflects a recognition of the

18   critical role that Amex could play at that time looking

19   forward, the DOJ's recognition that Amex's differentiated

20   product strategy was the key to unlocking competition in this

21   market, and that is, indeed, how it played out.

22   Q    Has Professor Katz himself recognized American Express's

23   importance as a competitive check on the exercise of market

24   power by MasterCard and Visa?

25   A    I think he has.  I mean, that's how I interpret his

Bernheim/Direct/Chesler

1   testimony.

2   Q    Let's look at slide 106.  This is one of the excerpts of

3   his testimony in this trial to that effect.

4   A    I'm sorry, was there a question?

5   Q    Yes.  The question is is this one of the excerpts from

6   his testimony in this trial to that effect?

7   A    Yes, it is.

8   Q    Now, we looked a few moments ago at the Chase Bank

9   comment about duplicating the playbook on the issuer side of

10  the market, duplicating Amex's playbook.

11          Has that mimicry, if you will, that form of

12  competition been limited to the issuer side of this two-sided

13  market?

14  A    No, it hasn't.  Amex has, through its closed-loop

15  network, been able to create a system of accumulating and

16  analyzing data that's been extremely useful for serving

17  merchants and others have tried to mimic that as well.

18  Q    Let's go back to, I guess, slide 107, which is just

19  moving through the bullets on your slide about what the NDPs

20  enable.

21          Under the "key question" bullet you have a statement

22  that says:  "NDPs ensure welcome acceptance which is critical

23  to Amex's differentiated product and viability."

24          We've heard a lot about welcome acceptance.  I don't

25  want to rehash and repeat all of that testimony, but what, if

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1   anything, is the significance for you raising it here in your

2   analysis of what the NDPs enable in your competitive effects

3   analysis?

4   A     The point that we're going to here is that welcome

5   acceptance places -- welcome acceptance is an essential piece

6   of the -- of ensuring that the payment products that Amex is

7   offering consumers has high value to the consumers and

8   delivers what Amex is promising those consumers.  It has been

9   a core piece, a cornerstone of Amex's business strategy and

10  has enabled that strategy.

11           And I'm also explaining here that the NDPs are

12  critical for making sure that welcome acceptance is

13  guaranteed.  This is -- this is what we were talking about

14  earlier, about the purpose of vertical relationships with

15  parties that are at the next level of the chain of production.

16  The purpose of those relationships is often to make sure that

17  the other party is acting in a way that's consistent with

18  delivering the final product to consumers with the

19  characteristics that you are trying to deliver because you

20  know that that's valuable to those customers, and the point

21  here is that the NDPs are essential for Amex to accomplish

22  that.

23  Q     Now, was this a principle or a core recognition at

24  American Express long before this litigation ever arose?

25  A     Well, the -- yes, the importance of welcome acceptance

Bernheim/Direct/Chesler

1    has been emphasized for a long time.  I think that there's,

2    you know, literally decades of business experience at Amex

3    underscoring its importance.

4    Q    If we look at slide 108, do you recall what that document

5    is from the record?

6    A    Yes, this is an excerpt from a speech by Ken Chenault and

7    I believe this was part of what's sometimes called the "call

8    to arms" speech.  So this comes from 1996, so this -- this is

9    at a point in time when Amex was a rather beleaguered company,

10   and what I think is really striking here is the final sentence

11   of the quote that is popped out:  "Without welcome acceptance,

12   the rest of our value proposition has only marginal value."

13   That's a very powerful statement, and I think that a lot of

14   what you see in the Amex testimony and a lot of what you see

15   in the Amex business documents is consistent with this

16   principle that they have built a product that has a value

17   proposition that is dependent upon achieving welcome

18   acceptance.

19   Q    Now, you've mentioned a couple of times that in vertical

20   relationships and in this particular vertical relationship it

21   is not uncommon for there to be some misalignment between the

22   interests of the two parties to the arrangement?

23   A    That is correct.

24   Q    Is there -- well, let me ask it this way.

25            Why is it in this particular case, let's talk about

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    Amex and its merchants, what is it about that relationship

2    that creates the misalignment?  Why are the NDPs necessary in

3    effect to get the parties on the same page as a matter of

4    contract to deal with some kind of a misalignment of

5    interests?

6    A    So that has to do with the consequences of not coming

7    through with welcome acceptance, the difference between the

8    consequences for the merchant and for Amex.

9    Q    Explain that.

10   A    Well, the merchant's consequences depend upon how the

11   consumer reacts to that particular transaction and whether

12   that -- you know, how that consumer feels about shopping at

13   the store.  There are some issues for the merchant to consider

14   there, but the merchant can also manage the customer's

15   reaction because the merchant is at the point of sale, and an

16   unpleasant experience that has to do with a credit card, the

17   merchant is in a position to avoid the blame for.  So, you

18   know, we -- gee, we prefer Visa, we do it because, you know,

19   Amex does things that we don't like.  So the merchant is in a

20   position of suffering limited consequences from having

21   consumers experience a transaction that doesn't deliver on the

22   promise of welcome acceptance.

23            On the other hand, Amex has very different

24   consequences.  Amex's consequences from that same event are

25   potentially more profound.  The consumer is disappointed,

MARIE FOLEY, RMR,  CRR  Official Court Reporter

Bernheim/Direct/Chesler

1   feels that Amex is not giving them the kind of payment

2   experience they expect, may stop using the Amex card

3   regularly, may use another card in preference to that card.

4   And then again we're back into this cycle, if this is

5   happening to a large number of consumers, then the Amex card

6   is less valuable to merchants and we have the feedback effects

7   through the network effects and Amex suffers rather severe

8   consequences.

9          So the interests of the merchant and Amex are not

10  perfectly aligned here by any means.

11  Q    Have you seen evidence beyond just the NDPs themselves

12  that Amex has the provisions to attempt to align those

13  interests between the company and its merchants?

14  A    Well, you know, one thing that I think is worth remarking

15  on is that this is spelled out explicitly in the agreement

16  that contains the NDPs.

17  Q    Let's look at slide 109.

18         It says it's from Amex's merchant regulations from

19  2012, correct?

20  A    Correct.

21  Q    So what does this slide show?

22  A    Well, this is what we've done is pop out a quote here

23  from -- from these merchant regulations and this is in the

24  context of the NDPs and saying:  "Amex has built a brand that

25  is synonymous with trust, integrity, security, quality, and

MARIE FOLEY, RMR,   CRR   Official Court Reporter

1   customer service.  We work diligently to uphold our reputation

2   and restrict merchants from engaging in activities that would

3   harm our business or brand."

4           And that is a very clear statement of the general

5   economic principles that I've just been articulating.  The

6   fact that they put it in their agreement obviously is not

7   proof that that was their motive, but I find it telling that

8   this isn't something that, you know, it isn't something that

9   I'm just making up here.  It's something that Amex highlights

10  in its -- in the agreements that contain these provisions.

11          THE COURT:   Regarding these preference campaigns,

12  for instance, Amex agrees from time to time and negotiated

13  with major merchants to permit some degree of preference

14  campaigns, but with regard to the small merchants, there is no

15  negotiation, there's a standard form, and preference,

16  statements of preference to a different form of credit card

17  are not permitted.  So basically where the merchant has market

18  power in a sense, if you will, or has leverage, if you will,

19  Amex makes concessions, but where an individual merchant would

20  not have that kind of leverage, Amex makes no concession.

21          What's the difference in permitting a preference

22  campaign for a large merchant who has leverage and not

23  permitting it for small merchant who does not?

24          THE WITNESS:  First of all, I just want to remind

25  you of one of the things that I showed you about small

                MARIE FOLEY, RMR,   CRR   Official Court Reporter

Bernheim/Direct/Chesler

1   merchants.  It's actually small merchants where the Amex

2   premium is negative.  That is Amex is cheaper than Visa and

3   MasterCard at small merchants.  They get a better deal

4   relative to Visa and MasterCard than large merchants do.  This

5   was a surprise to me when I analyzed the data.

6            THE COURT:  And it's a new, to the extent that it

7   exists, it's a relatively new situation.

8            THE WITNESS:  That we don't know.

9            THE COURT:  Or at least the perception --

10           THE WITNESS:  Yes.

11           THE COURT:   -- which doesn't follow, I might add,

12   it would appear, that it is in the past smaller merchants,

13   many of them have had the impression, if not the fact, that

14   the American Express discount rate was higher than Visa and

15   MasterCard, right?

16           THE WITNESS:  Yes, I think it's -- I think that's

17   undeniable that there's been a perception.

18           THE COURT:  To the extent that now Visa and

19   MasterCard, certain cards within those two systems have jacked

20   up their rates because of the rewards programs, that's a

21   relatively new phenomenon, right?   I mean, that's the

22   evidence in this case at least.

23           THE WITNESS:  That is a relatively new phenomena,

24   and unfortunately we can't answer the question how far back

25   does the negative Amex premium at small merchants go simply

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1    because we don't have the data.  So we can't resolve that.

2              But as to your question, you were asking about

3    negotiating these things.  At a large merchant, there is an

4    opportunity to carefully weigh the benefits of an exception to

5    the merchant against the costs of the exception to Amex, which

6    could be large, benefits could be large.  They have a

7    bilateral negotiation and they work it out, you know, there's

8    horse-trading and they do something that's mutually efficient.

9    If the gain to you is larger than the loss to me, hey, we can

10   cut a deal where we make a side payment and we're both better

11   off.  So they do it, but it takes a lot of time and

12   negotiation, and I think the reason that this doesn't happen

13   at small merchants has more to do with the difficulty of

14   negotiating merchant-by-merchant.

15             So Amex has used a form that is, you know, by its

16   nature has to be one-size-fits-all, so it's the best

17   approximation to the most efficient way to do this, but you're

18   right, in any given case, it may not be exactly right, might

19   be more efficient to negotiate certain exceptions, but that's

20   just extraordinarily costly to do on a case-by-case basis for

21   millions of merchants.

22             THE COURT:  Thank you.

23             I also understand that many of these arrangements

24   are short-term arrangements and for limited purposes.  So we

25   don't need to relitigate that.  That's already in the record.

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1   I'm just saying that we have had testimony on that subject and

2   I wanted to hear from the expert on that issue.

3          MR. CHESLER:  Understood, Your Honor.

4          If I may, let me ask one other question.  Then I

5   think we're at a logical place to stop.

6          THE COURT:  Okay.  Go ahead.

7          MR. CHESLER:  I want to follow up on something Your

8   Honor just asked.

9   BY MR. CHESLER:

10  Q    So the Court just asked you about whether there's a

11  difference and, if so, its significance between the

12  concessions that are made in negotiations with the large

13  merchants and the situation with the smaller merchants, and

14  you pointed out that the evidence shows that the smaller

15  merchants are actually as a group paying less for American

16  Express than for Visa and MasterCard, correct?

17  A    Correct.

18  Q    Do you recall Professor Katz's testimony when I was

19  asking him about the millions of merchant locations in the

20  United States that do not accept American Express and

21  therefore are dealing with in a world where there are no

22  non-discrimination provisions because Visa and MasterCard have

23  agreed to drop theirs?  Do you recall that part of his

24  testimony?

25  A    Yes, I do.

Bernheim/Direct/Chesler

1    Q    Do you recall him testifying that one of the reasons he

2    believes that there has been no change at those merchants is

3    because small merchants would not benefit from steering?

4    A    I'm sorry, but I don't remember that particular

5    testimony.

6           THE COURT:  Well, you'll be able to check that

7    overnight.

8           And Mr. Chesler will be back tomorrow morning to ask

9    you the question again, I think.

10          MR. CHESLER:  He's back.

11          THE COURT:  All right.  Let me just ask, we're up to

12   page 109.  About how much longer do you think the direct will

13   be?

14          MR. CHESLER:  I'd say, Your Honor --

15          THE COURT:  As long as you're not interrupted by the

16   Court.  Go ahead.

17          MR. CHESLER:  Which obviously you can do any time

18   you wish.

19          Sixty, 80 minutes, something like that.

20          THE COURT:  All right, fine.  And the cross, what's

21   your estimate?

22          MR. CONRATH:  Probably at least four hours, maybe

23   somewhat more, Your Honor.

24          THE COURT:  All right.  Well, we may get done

25   tomorrow.  Otherwise the witness can go down to Broadway and

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1  buy some theater tickets for the weekend because we'll resume

2  on Monday after tomorrow.

3          MR. CHESLER:  How late will Your Honor be able to

4  sit tomorrow, just so we have some planning?

5          THE COURT:  I'm going to try to stay as long as it

6  takes to finish the witness, obviously, but 6:00, 7:00, you

7  know, something like that.  That would probably do it.  In

8  case it doesn't, I just wanted to advise that we're not

9  meeting on Friday.

10          MR. CHESLER:  Yes, Your Honor.

11          THE COURT:  Is there anything else from you, Mr.

12  Chesler, or from anyone else at the defense table for tonight?

13          MR. CHESLER:  No, Your Honor.

14          THE COURT:  Okay.  Anything from you, Mr. Conrath?

15          MR. CONRATH:  Nothing from us, Your Honor.

16          THE COURT:  All right.  We'll see you tomorrow

17  morning at nine o'clock.  Thank you.

18          (Time noted:  6:00 p.m.)

19          (Whereupon, the proceedings were adjourned to

20  August 14, 2014, at 9:00 a.m.)

21

22

23

24

25

MARIE FOLEY, RMR,  CRR   Official Court Reporter

Bernheim/Direct/Chesler

1                          I N D E X

2    WITNESSES

3

4         Mitchell/Direct/Mitchell-Tombras      6114
          Mitchell/Cross/Brenner               6153
5         Mitchell/Redirect/Mitchell-Tombras   6184
          Mitchell/Recross/Mitchell-Tombras    6190
6

7

8         Bernheim/Direct/Chesler              6204

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

          MARIE FOLEY, RMR,   CRR   Official Court Reporter

Bernheim/Direct/Chesler

1           E X H I B I T S

2     DX 7476                              6116
      DX 7830                              6266
3     PX 2765                              6130
      PX 1337A                             6140
4     PX 2760                              6151

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

           MARIE FOLEY, RMR,  CRR   Official Court Reporter

**$**

$100,000 [2] 6170/18 6190/10
$25 [2] 6259/24 6260/3
$250 [1] 6177/19
$3.95 [3] 6180/19 6181/6 6181/13
$300 [5] 6122/14 6152/3 6177/4 6177/7 6178/24
$50 [4] 6178/12 6179/5 6260/3 6260/5

**'**

'02 [3] 6314/20 6316/24 6326/7
'08 [1] 6316/24
'09 [1] 6316/24
'10 [2] 6316/24 6326/8
'11 [1] 6234/20
'80s [2] 6117/4 6117/11
'90 [1] 6305/19
'90s [2] 6117/11 6373/9
'95 [1] 6305/19
'cause [1] 6376/10

**-**

------------------------------x [2] 6110/2
6110/11

**0**

0044 [1] 6200/9
0221 [2] 6193/6 6193/19
0226 [3] 6195/4 6195/8 6195/12
0450 [3] 6195/4 6195/8 6195/12
057 [1] 6140/11
058 [2] 6140/20 6141/22
0634 [1] 6200/9
0690 [4] 6196/5 6196/8 6198/15
6198/17
0770 [1] 6193/19
0865 [1] 6200/9

**1**

1.9 percent [2] 6132/12 6133/8
10 [10] 6142/21 6202/7 6226/24 6227/1
6227/3 6267/18 6267/19 6271/5
6271/12 6274/11
10-CV-4496 [1] 6110/9
100 percent [2] 6165/25 6166/4
10019 [1] 6111/14
10022 [1] 6111/19
101 [1] 6393/5
1012 [2] 6200/10 6200/12
103 [1] 6396/24
104 [2] 6397/15 6397/16
105 [1] 6398/9
1057 [3] 6195/5 6195/8 6195/12
106 [1] 6399/2
107 [1] 6399/18
1074 [3] 6195/5 6195/9 6195/12
108 [1] 6401/4
109 [2] 6403/17 6408/12
1099 [1] 6193/19
11 [2] 6227/24 6229/1
1101 [1] 6193/19
1110 [2] 6200/9 6200/12
11201 [1] 6111/23
1167 [3] 6195/5 6195/9 6195/12
11th [1] 6193/21
12 [7] 6224/7 6225/8 6228/17 6228/18
6229/18 6229/22 6248/24
1209 [4] 6196/5 6198/18 6199/17
6199/19
12548 [1] 6111/3
13 [4] 6110/12 6224/8 6231/6 6332/10
1337 [5] 6138/10 6139/19 6139/21
6139/24 6179/24

1337-A [2] 6179/24
1337A [1] 6140/1
14 [2] 6232/12 6409/20
14 percent [1] 6332/10
15 [11] 6142/21 6202/7 6206/6 6224/24
6234/13 6234/15 6234/17 6235/13
6249/9 6282/23 6284/2
15 percent [1] 6334/3
15th's [1] 6190/4
16 [1] 6235/23
16 percent [1] 6287/4
1677 [2] 6200/9 6200/12
17 [1] 6237/2
17.6 percent [1] 6228/4
1720 [1] 6156/15
18 [2] 6206/6 6237/21
180 [1] 6242/4
19 [4] 6238/8 6238/13 6238/15 6238/16
19 percent [2] 6306/2 6306/12
1950s [1] 6392/17
1958 [1] 6390/14
1959 [4] 6390/3 6390/18 6390/24
6391/10
1982 [1] 6205/4
1990 [1] 6305/11
1990's [2] 6225/7 6335/10
1990s [10] 6206/5 6227/9 6227/11
6227/14 6296/18 6304/6 6304/6
6305/16 6365/25 6366/7
1995 [5] 6228/4 6305/17 6306/5
6363/18 6365/14
1996 [1] 6401/8
1997 [1] 6296/19
1999 [6] 6124/16 6126/25 6130/19
6333/24 6334/3 6334/7

**2**

2 bars [2] 6268/8 6272/22
20 [2] 6164/14 6239/14
20 million [1] 6118/23
20 percent [5] 6120/5 6306/4 6306/6
6306/12 6335/10
2000 [2] 6225/12 6227/11
20001 [1] 6110/19
2000s [2] 6304/6 6323/14
2001 [1] 6228/5
2002 [14] 6305/11 6306/6 6314/16
6320/14 6321/11 6321/19 6321/19
6323/14 6324/18 6324/19 6324/25
6325/17 6326/14 6337/23
2004 [2] 6118/6 6168/2
2006 [2] 6231/20 6329/2
2008 [6] 6230/3 6234/19 6236/5 6316/5
6316/22 6317/22
2009 [4] 6125/12 6316/5 6316/22
6317/23
2010 [14] 6169/19 6178/15 6179/9
6187/1 6187/1 6228/7 6230/4 6234/20
6296/20 6314/20 6321/19 6325/17
6326/14 6337/24
2011 [8] 6129/22 6132/11 6132/14
6133/7 6230/4 6231/21 6363/19
6365/14
2012 [7] 6174/23 6175/15 6177/10
6178/8 6231/22 6333/24 6403/19
2014 [3] 6110/12 6189/16 6409/20
2015 [2] 6137/2 6174/19
21 [3] 6240/2 6240/3 6240/4
22 [2] 6242/19 6242/20
225 [1] 6111/23
23 [1] 6243/17
239 [2] 6169/23 6178/19
24 [1] 6243/24
24 percent [1] 6306/1

240 [1] 6170/21
25 [1] 6244/22
25 percent [2] 6314/19 6331/16
2529 [1] 6111/24
2548 [1] 6111/3
26 [2] 6205/8 6247/9
26 percent [2] 6333/7 6333/8 6335/10
2630 [1] 6111/24
27 [5] 6249/24 6249/24 6249/25
6250/22 6256/9
2756 [4] 6112/13 6112/16 6112/19
6112/20
2760 [3] 6150/16 6150/19 6150/21
2765 [4] 6128/7 6129/8 6129/11
6129/14
2767 [1] 6193/18
2769 [8] 6193/3 6193/17 6193/21
6194/7 6194/21 6194/23 6194/25
6199/21
28 [1] 6261/5
28 percent [1] 6334/4
29 [6] 6156/20 6156/24 6178/1 6257/22
6258/4 6258/6
2:00 [1] 6202/8
2:00 p.m [1] 6263/3

**3**

3 million [1] 6345/4
3 percent [1] 6338/13
30 [6] 6151/19 6157/12 6157/16 6249/9
6259/11 6383/1
30 percent [2] 6296/20 6321/17
31 [4] 6157/24 6158/1 6267/9 6267/14
32 [4] 6205/8 6271/14 6271/16 6271/17
32 percent [1] 6243/22
33 [1] 6272/8
34 [1] 6274/17
35 [2] 6275/8 6275/11
3500 [1] 6119/10
36 [3] 6276/24 6276/25 6277/1
37 [2] 6278/14 6278/15
37 percent [1] 6321/16
38 [1] 6282/21
39 [1] 6284/19

**4**

40 [2] 6285/25
40 percent [1] 6246/2
4000 [1] 6110/19
41 [1] 6287/18
43 [3] 6293/19 6293/22 6293/23
44 [2] 6200/12 6294/24
4496 [1] 6110/9
450 [1] 6110/18
46 [5] 6296/11 6296/14 6321/4 6321/7
6321/8
47 [1] 6297/17
48 [1] 6301/12
49 [2] 6302/5 6303/17

**5**

50 [3] 6305/9 6305/9 6305/10
52 [1] 6308/5
53 [1] 6308/24
54 [4] 6311/6 6311/8 6311/10 6311/11
55 [1] 6313/20
56 [3] 6314/3 6314/8 6316/19
56 percent [1] 6243/23
57 [2] 6317/6 6317/10
575 [1] 6111/18
58 [3] 6317/4 6318/15 6318/19
59 [2] 6323/7 6323/10
5th [1] 6334/21

Case 1:19-cv-04496-NGG-RER   Document 672   Filed 06/10/19   Page 304 of 352 PageID #: 37512

**6**

60 [4] 6327/13 6371/17 6371/20 6372/4
61 [3] 6324/1 6324/2 6324/4
613-2529 [1] 6111/24
613-2630 [1] 6111/24
62 [2] 6325/18 6325/21
63 [1] 6326/11
63 percent [1] 6321/15
634 [1] 6200/12
64 [1] 6329/23
6463-A [4] 6203/18 6204/3 6204/5
6204/7
65 [1] 6329/23
65102 [1] 6111/8
6515 [4] 6156/11 6176/8 6176/20
6176/22
66 [1] 6330/18
67 [2] 6331/1 6331/6
68 [4] 6331/22 6331/23 6332/15
6334/13
69 [3] 6333/20 6333/20 6333/22
6:00 [2] 6409/6 6409/18

**7**

70 [1] 6296/21
70 percent [1] 6321/17
71 [1] 6335/21
718 [2] 6111/24 6111/24
72 [2] 6336/15 6336/24
73 [3] 6338/25 6339/2 6339/3
74 [2] 6341/8 6341/10
7431 [4] 6189/10 6190/6 6191/2 6191/3
7476 [4] 6115/8 6115/21 6115/24
6116/1
75 [1] 6341/25
7582 [2] 6264/2 6264/8
76 [3] 6343/8 6343/8 6343/9
77 [1] 6344/2
78.4 percent [1] 6229/5
7824 [6] 6168/17 6168/18 6175/24
6176/5 6176/7 6178/14
7828 [4] 6207/19 6207/21 6207/24
6208/1
7830 [6] 6263/20 6263/25 6265/2
6265/10 6265/12 6349/7
78711-2548 [1] 6111/3
79 [1] 6349/17
7:00 [1] 6409/6

**8**

8 percent [1] 6287/3
80 [5] 6209/16 6292/25 6293/6 6349/23
6408/19
80 percent [2] 6120/4 6228/8
81 [3] 6360/19 6360/20 6360/22
82 [1] 6361/18
825 [1] 6111/14
83 [1] 6362/12
84 [1] 6363/9
85 [4] 6365/10 6365/12 6365/13
6365/20
85 percent [1] 6305/24
857 [1] 6198/21
86 [2] 6366/15 6366/16
861 [1] 6198/21
865 [1] 6200/12
87 [1] 6367/12
88 [2] 6368/6 6368/8
89 [1] 6368/21
899 [1] 6111/7

**9**

90 [3] 6305/23 6369/16 6369/18

91 [3] 6371/10 6371/12 6371/13
92 [1] 6374/11
93 [1] 6375/25
94 [3] 6376/20 6376/21 6376/25
95 [3] 6377/25 6378/2 6378/3
96 [1] 6380/1
97 [1] 6383/13
98 [1] 6385/14
99 [3] 6390/22 6390/23 6390/24
9:00 [2] 6110/13 6409/20

**A**

a.m [2] 6110/13 6409/20
ABBOTT [1] 6111/2
ability [6] 6130/3 6140/16 6209/19
6301/1 6308/15 6334/21
able [25] 6119/21 6131/10 6132/2
6135/1 6136/16 6171/7 6188/3
6189/25 6194/14 6228/14 6242/15
6261/7 6288/24 6294/19 6297/23
6298/1 6306/14 6348/10 6356/3
6363/19 6380/25 6397/6 6399/15
6408/6 6409/3
about [335]
above [4] 6177/7 6273/2 6273/17
6385/22
above-referred [1] 6385/22
absence [1] 6305/22
absolutely [9] 6211/20 6225/20 6255/3
6266/14 6314/2 6350/25 6352/6
6372/20 6376/18
absorbing [1] 6253/24
abstract [1] 6361/5
academic [3] 6235/25 6245/6 6371/14
academy [2] 6206/1 6206/4
accept [30] 6121/8 6121/10 6121/13
6122/5 6123/6 6124/7 6124/10 6126/1
6126/10 6126/17 6135/4 6137/9
6141/21 6142/4 6165/20 6185/11
6185/17 6186/12 6293/5 6337/14
6345/5 6345/15 6345/16 6348/14
6383/5 6383/6 6383/8 6383/9 6389/2
6407/20
acceptable [2] 6297/8 6297/9
acceptance [33] 6120/22 6121/1 6121/2
6122/22 6123/1 6123/3 6132/7 6167/21
6175/16 6217/19 6239/12 6239/15
6239/23 6240/7 6240/25 6243/15
6243/17 6243/19 6334/15 6344/19
6359/20 6375/20 6395/3 6399/22
6399/24 6400/5 6400/5 6400/12
6400/25 6401/11 6401/18 6402/7
6402/22
accepted [16] 6168/4 6173/24 6186/18
6205/21 6224/9 6241/2 6289/14
6289/14 6301/25 6303/12 6345/11
6359/23 6360/6 6364/16 6379/4 6379/4
accepting [2] 6123/8 6126/7
accepts [1] 6119/18
access [3] 6127/15 6245/18 6261/7
accessed [1] 6245/19
accompanying [1] 6285/4
accomplish [2] 6284/12 6400/21
accomplishing [1] 6309/10
accordance [1] 6357/6
according [13] 6219/12 6247/25 6258/8
6273/5 6279/8 6292/7 6317/23 6348/11
6348/13 6371/21 6373/20 6376/4
6376/7
account [10] 6237/20 6245/22 6248/11
6264/16 6281/10 6315/24 6358/5
6359/1 6367/20 6376/10
accounted [3] 6333/23 6333/24 6360/23
accounting [10] 6300/4 6300/23 6315/1

6315/18 6316/1 6316/3 6316/6 6316/9
6316/20 6317/17
accounts [9] 6308/1 6374/23 6376/3
6376/10 6376/12 6377/21 6377/23
6394/17 6394/20
accumulating [1] 6399/15
accurate [4] 6196/2 6203/24 6204/2
6334/18
accurately [1] 6115/18
accustomed [1] 6227/17
ACH [3] 6258/20 6294/2 6294/10
achieve [2] 6382/12 6392/8
achieving [1] 6401/17
ACI [6] 6114/8 6114/9 6114/11 6114/13
6116/13 6135/10
acknowledge [3] 6274/12 6274/14
6359/4
acknowledging [1] 6308/14
acquire [1] 6375/14
acquired [3] 6114/11 6118/5 6304/20
acquirer [1] 6341/21
acquirers [1] 6288/10
acquires [1] 6375/16
acquisition [5] 6116/14 6116/15 6118/10
6168/3 6376/8
across [10] 6240/14 6249/1 6249/13
6276/9 6281/18 6281/19 6287/25
6288/15 6289/10 6310/14
act [2] 6210/1 6357/6
acting [1] 6400/17
actions [1] 6209/16
activities [2] 6214/19 6404/2
activity [3] 6141/20 6353/7 6353/8
actual [5] 6213/8 6252/9 6253/4 6342/21
6372/25
actually [57] 6157/19 6172/24 6175/11
6187/2 6187/24 6190/19 6190/22
6196/23 6205/19 6216/4 6222/17
6246/7 6249/2 6251/7 6254/21 6258/6
6259/1 6262/2 6262/13 6266/23 6273/8
6275/19 6278/23 6280/24 6281/25
6282/3 6288/21 6288/25 6289/16
6291/13 6298/24 6299/6 6306/3 6314/3
6315/13 6326/6 6338/10 6341/3
6341/21 6342/10 6342/22 6344/12
6345/9 6352/19 6352/20 6358/11
6366/8 6372/9 6372/11 6374/16
6375/18 6378/20 6386/12 6386/21
6390/13 6405/1 6407/15
ad [1] 6182/21
add [20] 6121/23 6211/24 6212/24
6212/25 6219/22 6220/1 6220/2 6221/1
6222/16 6240/18 6250/6 6268/24
6273/8 6273/14 6311/20 6312/3
6320/13 6337/13 6361/12 6405/11
added [8] 6172/8 6180/8 6190/4
6212/13 6272/16 6273/21 6273/24
6331/7
adding [2] 6121/17 6311/13
addition [3] 6134/12 6220/11 6274/9
additional [6] 6152/24 6181/15 6203/10
6279/4 6306/10 6317/3
address [11] 6196/22 6218/9 6229/13
6236/13 6236/15 6295/12 6305/6
6320/9 6323/15 6330/24 6380/10
addressed [4] 6143/3 6255/6 6279/21
6350/15
addresses [5] 6224/19 6230/16 6239/25
6257/2 6349/24
addressing [3] 6269/12 6325/12 6367/25
adds [2] 6222/19 6340/21
adequate [1] 6223/6
adjourned [1] 6409/19
adjust [3] 6336/20 6336/23 6337/9

adjusted [2] 6343/23 6344/8
adjusting [1] 6336/20
adjustment [3] 6228/6 6317/19 6343/23
adjusts [1] 6328/2
admirable [1] 6392/7
admission [2] 6112/16 6197/20
admissions [2] 6197/14 6199/5
admit [4] 6112/13 6193/13 6194/10 6194/21
admitted [7] 6112/20 6193/10 6193/20 6193/22 6193/24 6195/24 6195/25
adopt [1] 6378/22
adopted [2] 6197/13 6224/14
adoptive [1] 6197/19
advancing [1] 6284/15
advantage [5] 6133/12 6187/17 6187/25 6260/6 6261/25
advantages [4] 6119/11 6119/13 6119/20 6307/18
advertise [5] 6127/3 6127/10 6132/16 6181/21 6182/22
advertisement [2] 6182/24 6376/25
advertisements [3] 6212/18 6212/20 6309/21
advertisers [1] 6309/21
advertising [3] 6182/10 6212/17 6377/5
advise [3] 6138/25 6188/2 6409/8
affect [3] 6325/14 6389/25 6393/19
affected [1] 6247/10
affects [3] 6254/4 6357/22 6394/22
affiliated [2] 6371/22 6371/24
affirm [1] 6337/14
affluent [3] 6126/15 6168/12 6168/15
afraid [1] 6377/6
after [29] 6113/1 6129/23 6129/24 6136/13 6165/5 6180/8 6181/1 6183/5 6190/4 6192/1 6227/13 6233/17 6235/24 6236/5 6277/19 6287/11 6288/9 6288/22 6290/12 6304/20 6316/15 6317/1 6329/2 6329/6 6358/2 6364/25 6369/1 6387/10 6409/2
afternoon [1] 6263/2
again [53] 6157/17 6170/20 6173/9 6176/9 6179/2 6188/22 6231/10 6234/13 6234/19 6234/24 6243/18 6244/1 6250/2 6250/3 6259/6 6259/8 6260/4 6260/20 6273/24 6275/12 6277/12 6287/22 6288/22 6288/22 6299/18 6302/4 6303/16 6307/25 6309/3 6314/14 6323/14 6324/8 6324/21 6325/5 6334/13 6334/18 6340/5 6343/15 6357/25 6360/14 6361/18 6366/16 6367/4 6367/6 6368/23 6369/16 6373/19 6374/25 6377/20 6386/2 6394/2 6403/4 6408/9 6408/9
against [10] 6132/25 6178/7 6206/25 6221/11 6238/22 6300/14 6354/15 6358/24 6394/19 6406/5
aggregate [1] 6226/23
aggressively [5] 6220/17 6305/1 6305/1 6309/10 6335/15
aggressiveness [1] 6232/9
ago [16] 6122/17 6177/13 6178/10 6179/5 6224/8 6281/22 6284/3 6308/21 6310/10 6314/23 6328/11 6356/14 6358/2 6380/11 6380/14 6399/8
agree [31] 6136/7 6167/21 6168/7 6172/17 6175/8 6189/18 6198/2 6214/9 6216/8 6226/19 6244/12 6244/15 6250/22 6265/19 6266/13 6285/21 6297/11 6301/24 6303/11 6313/24 6315/9 6322/11 6339/7 6339/20

6344/22 6347/6 6351/2 6369/6 6372/18 6374/7 6389/21
agreed [5] 6175/19 6194/15 6282/16 6345/6 6407/23
agreement [11] 6136/11 6136/14 6136/19 6175/19 6210/1 6305/13 6367/9 6390/24 6390/25 6403/15 6404/6
agreements [18] 6306/19 6326/17 6329/9 6355/25 6378/17 6383/18 6383/21 6383/25 6384/1 6384/1 6384/1 6384/3 6384/4 6384/6 6384/9 6384/18 6404/10
agrees [1] 6404/12
ahead [19] 6151/22 6169/14 6187/22 6193/15 6214/5 6222/9 6222/10 6228/23 6258/2 6290/8 6317/6 6350/5 6352/12 6352/13 6355/10 6356/4 6377/8 6407/6 6408/16
aid [2] 6207/14 6255/1
airline [1] 6300/1
airlines [6] 6196/25 6234/22 6235/18 6339/14 6386/5 6386/19
akin [2] 6352/25 6362/21
AL [1] 6110/10
Alabama [1] 6117/6
albeit [1] 6235/5
align [1] 6403/12
aligned [4] 6357/3 6357/16 6386/25 6403/10
all [158] 6119/17 6121/13 6125/15 6132/13 6137/5 6137/16 6142/1 6142/19 6144/3 6165/1 6169/14 6173/23 6176/5 6176/20 6176/23 6185/19 6187/19 6190/9 6190/25 6191/6 6193/16 6193/17 6193/23 6194/12 6194/20 6194/20 6195/8 6196/1 6196/3 6196/6 6196/23 6198/7 6198/12 6198/16 6200/7 6200/19 6200/19 6200/22 6201/1 6201/3 6201/7 6202/2 6202/8 6202/9 6205/8 6206/11 6207/7 6207/7 6207/24 6208/10 6214/15 6214/21 6220/15 6223/1 6224/24 6226/12 6227/10 6228/15 6229/15 6230/16 6233/5 6233/14 6233/18 6234/1 6240/14 6242/9 6249/15 6253/3 6253/17 6258/21 6261/11 6273/8 6273/13 6273/19 6275/12 6277/22 6280/10 6280/19 6282/15 6283/7 6284/23 6287/10 6288/6 6288/7 6288/7 6288/15 6288/15 6290/8 6290/14 6292/3 6292/14 6293/2 6294/8 6306/5 6307/1 6307/25 6313/9 6318/11 6319/19 6322/11 6324/1 6329/14 6333/2 6334/6 6336/14 6337/10 6337/16 6338/16 6339/7 6340/2 6342/11 6342/18 6343/2 6347/23 6348/19 6349/2 6349/23 6354/11 6356/2 6357/10 6357/12 6357/23 6360/2 6361/2 6361/14 6362/20 6363/19 6365/14 6367/22 6368/11 6369/2 6369/25 6370/2 6371/6 6372/21 6374/21 6377/13 6379/11 6379/16 6380/2 6381/23 6384/9 6385/7 6385/13 6385/16 6386/7 6387/7 6388/1 6388/16 6389/7 6390/8 6399/25 6404/24 6406/16 6408/11 6408/20 6408/24 6409/16
all-in [1] 6343/2
Allan [1] 6111/22
allegation [5] 6208/17 6215/14 6294/25 6335/3 6343/13
allegations [3] 6210/21 6341/4 6391/17
allegedly [1] 6214/19

allocate [2] 6299/10 6301/11
allocated [2] 6298/21 6299/14
allocating [1] 6300/5
allocation [4] 6299/16 6299/22 6300/19 6301/3
allocations [1] 6300/23
allow [15] 6116/10 6117/14 6117/22 6119/16 6135/25 6157/7 6158/14 6175/8 6185/13 6266/22 6267/23 6270/2 6271/6 6354/14 6366/2
allowed [6] 6117/19 6132/6 6174/17 6185/9
allows [5] 6259/19 6262/1 6262/6 6264/20 6351/15
alluded [1] 6251/20
almost [2] 6227/15 6339/17
along [5] 6168/24 6227/4 6240/5 6241/16 6253/1
already [25] 6127/12 6127/16 6192/20 6193/10 6193/24 6194/2 6201/5 6227/4 6242/23 6296/9 6310/2 6321/15 6321/20 6321/20 6330/14 6337/3 6338/9 6347/12 6352/14 6362/11 6388/24 6394/7 6394/16 6397/23 6406/25
also [86] 6117/16 6118/6 6127/6 6127/10 6127/21 6133/19 6139/9 6166/1 6167/10 6170/16 6175/19 6178/21 6193/13 6197/19 6206/1 6209/20 6213/7 6214/15 6224/12 6229/4 6231/25 6232/14 6234/10 6235/1 6235/22 6240/18 6242/15 6244/9 6247/23 6249/3 6249/18 6259/12 6260/25 6261/5 6261/6 6268/18 6269/11 6269/25 6270/11 6271/15 6272/9 6275/9 6276/16 6279/20 6281/13 6281/14 6281/18 6282/25 6283/14 6290/9 6294/11 6294/22 6297/17 6307/17 6318/12 6323/4 6323/8 6325/5 6330/3 6348/9 6356/1 6359/8 6359/16 6362/6 6362/12 6362/13 6363/5 6364/6 6366/1 6366/25 6368/1 6368/6 6369/12 6375/20 6375/25 6378/7 6384/25 6385/12 6391/14 6392/9 6394/11 6394/18 6398/5 6400/11 6402/14 6406/23
alternate [1] 6129/4
alternation [1] 6279/15
alternative [5] 6209/23 6279/10 6316/10 6317/3 6317/12
alternatively [2] 6191/22 6304/22
alternatives [6] 6130/15 6140/17 6208/20 6214/24 6215/1 6275/24
although [4] 6294/5 6307/12 6364/11 6384/13
always [7] 6129/17 6167/14 6173/4 6184/10 6204/1 6284/13 6370/5
am [33] 6128/2 6143/19 6144/20 6198/22 6206/3 6217/3 6217/16 6225/22 6237/1 6257/13 6265/20 6266/15 6275/14 6276/19 6278/11 6279/23 6285/20 6286/6 6290/1 6292/24 6297/5 6303/10 6307/22 6311/7 6323/25 6329/22 6331/17 6336/8 6336/13 6344/21 6378/18 6390/16 6392/11
AMD [3] 6221/11 6222/6 6222/22
Amendment [10] 6139/9 6179/15 6179/20 6180/6 6180/23 6181/2 6285/18 6285/19 6287/12 6287/16
AMERICA [1] 6110/2
AMERICAN [154] 6110/10 6111/13 6112/6 6112/7 6116/7 6121/11 6121/17 6121/18 6121/21 6121/23 6122/1

AMERICAN. [143]

AMERICAN. [143] 6123/7 6124/12
6125/22 6125/23 6126/2 6126/10
6126/12 6126/14 6126/15 6126/17
6130/13 6135/16 6135/19 6135/20
6136/4 6136/6 6136/9 6136/10 6136/13
6136/15 6136/18 6136/23 6136/24
6137/2 6137/10 6137/15 6137/18
6141/14 6141/16 6141/17 6141/21
6142/4 6152/19 6167/5 6167/15
6167/17 6167/21 6168/4 6168/8
6168/11 6170/3 6170/5 6170/10
6170/22 6170/25 6171/3 6171/6 6171/7
6171/13 6171/20 6171/23 6172/12
6172/20 6173/6 6173/19 6174/10
6174/18 6174/20 6174/23 6175/8
6175/8 6175/15 6175/19 6175/21
6182/2 6182/4 6182/9 6182/13 6182/14
6182/16 6183/2 6183/3 6183/4 6183/9
6183/10 6183/13 6185/5 6185/7
6185/11 6185/17 6186/24 6187/3
6187/5 6187/11 6187/20 6188/2
6188/11 6188/12 6189/22 6192/10
6195/16 6195/21 6197/1 6197/10
6198/20 6199/2 6199/4 6199/13
6199/16 6206/1 6206/25 6211/8
6216/11 6224/13 6261/24 6274/23
6274/25 6275/3 6275/18 6276/12
6280/2 6281/6 6296/12 6308/20
6316/11 6331/20 6347/7 6352/2 6352/4
6352/7 6354/24 6362/25 6369/5
6369/12 6370/5 6373/3 6373/10 6374/4
6375/5 6377/15 6379/21 6382/3 6382/6
6382/10 6390/12 6390/18 6391/10
6398/14 6398/22 6400/24 6405/14
6407/15 6407/20
Ames [1] 6203/9
Amex [249] 6126/16 6165/9 6167/11
6178/7 6184/10 6196/16 6212/4 6212/9
6213/2 6213/3 6213/9 6214/14 6214/15
6215/10 6215/13 6215/14 6215/15
6215/20 6215/23 6216/2 6216/24
6224/4 6246/8 6246/9 6246/10 6246/18
6246/19 6246/22 6246/23 6275/15
6275/19 6275/22 6275/23 6277/19
6279/2 6279/7 6280/2 6280/4 6282/18
6285/3 6285/4 6293/13 6293/14
6293/14 6296/3 6296/22 6299/16
6299/19 6301/16 6304/7 6304/17
6304/24 6305/6 6306/13 6307/5
6307/15 6308/1 6309/3 6309/7 6311/19
6311/20 6311/21 6311/22 6312/5
6312/10 6312/17 6315/2 6315/7 6316/4
6317/14 6318/7 6319/2 6319/11
6321/14 6321/15 6325/16 6326/19
6326/20 6329/7 6331/25 6333/12
6333/24 6334/4 6334/9 6334/21 6335/3
6335/17 6336/7 6336/10 6336/17
6336/19 6336/22 6337/18 6339/4
6339/18 6339/23 6340/3 6341/1 6341/4
6342/10 6342/12 6342/12 6344/22
6343/2 6343/15 6343/25 6344/11
6344/14 6344/16 6344/17 6345/5
6345/8 6345/8 6345/12 6345/12
6345/15 6345/16 6345/18 6351/8
6352/11 6352/19 6352/20 6352/22
6352/22 6355/8 6355/23 6356/3
6356/24 6356/24 6357/4 6357/7
6357/23 6357/23 6358/4 6358/9 6359/8
6359/10 6359/10 6359/15 6359/19
6359/22 6359/23 6359/24 6360/3
6360/5 6360/5 6360/24 6360/24 6361/8
6361/9 6361/14 6361/24 6362/2 6362/4

6362/16 6362/17 6364/13 6364/16
6365/15 6365/16 6365/19 6365/25
6366/5 6366/25 6367/11 6367/10
6367/19 6368/9 6370/4 6370/9 6370/12
6370/14 6370/17 6371/2 6371/21
6371/22 6371/24 6372/4 6372/9
6372/11 6372/18 6372/21 6372/21
6373/5 6373/13 6373/17 6373/20
6373/22 6374/21 6374/24 6374/25
6375/13 6375/14 6375/18 6375/20
6376/4 6376/8 6377/3 6377/20 6377/22
6378/4 6380/22 6380/24 6381/9
6381/12 6382/13 6390/2 6390/24
6392/9 6392/17 6394/2 6394/11
6394/19 6394/21 6394/21 6395/6
6395/23 6397/5 6397/8 6397/24
6398/18 6399/14 6400/6 6400/8
6400/21 6401/2 6401/9 6401/14
6401/15 6402/1 6402/8 6402/19
6402/23 6403/1 6403/2 6403/5 6403/7
6403/9 6403/12 6404/3 6404/9
6404/12 6404/19 6404/20 6405/1
6405/2 6405/25 6406/5 6406/15
Amex's [45] 6214/19 6215/23 6216/9
6216/18 6246/11 6296/15 6296/20
6304/14 6305/10 6305/15 6306/4
6308/15 6309/17 6309/19 6314/12
6315/15 6322/23 6323/12 6326/23
6330/5 6330/10 6330/22 6332/5 6332/8
6335/5 6335/9 6335/23 6335/24
6340/21 6341/7 6344/19 6357/3 6359/5
6359/6 6370/12 6374/11 6375/22
6378/12 6397/22 6399/19 6399/10
6399/23 6400/9 6402/24 6403/18
among [8] 6207/8 6210/1 6239/16
6240/18 6352/5 6358/2 6384/17 6392/2
amongst [2] 6260/11 6275/16
amount [10] 6264/15 6266/25 6279/19
6281/16 6286/10 6288/19 6312/5
6314/16 6362/1 6397/10
amounts [6] 6277/3 6310/15 6318/3
6319/3 6319/3 6378/5
ample [1] 6333/2
analyses [3] 6212/3 6257/7 6287/5
analysis [56] 6208/15 6210/17 6210/19
6215/3 6215/10 6219/3 6223/18
6237/11 6248/11 6249/3 6249/21
6251/3 6251/12 6265/17 6269/11
6269/16 6269/23 6269/24 6270/22
6271/3 6274/25 6277/12 6283/13
6285/24 6286/4 6286/20 6287/2 6299/8
6299/9 6299/15 6302/7 6303/19 6304/5
6307/1 6307/24 6308/11 6309/15
6312/24 6312/25 6322/2 6327/12
6330/17 6336/25 6339/4 6344/15
6353/15 6358/10 6360/1 6366/18
6372/20 6375/2 6380/5 6380/6 6380/7
6400/2 6400/3
analytic [1] 6344/10
analyze [5] 6122/7 6217/24 6304/14
6308/25 6318/21
analyzed [3] 6374/16 6374/18 6405/5
analyzing [3] 6210/16 6210/19 6399/16
and/or [1] 6244/6
anecdotally [1] 6379/12
ANNE [2] 6111/6 6112/4
annotation [2] 6273/2 6273/3
annotations [3] 6272/13 6272/16
6272/19
announced [1] 6129/23
annually [1] 6125/20
another [41] 6120/5 6127/20 6186/12
6203/12 6204/14 6210/5 6216/13
6221/1 6229/3 6231/7 6231/18 6245/10

6255/5 6262/11 6262/19 6266/19
6276/7 6278/21 6283/1 6392/25 6398/3
6307/10 6318/4 6318/16 6325/12
6327/5 6329/17 6351/16 6361/15
6361/17 6364/4 6386/23 6386/24
6387/1 6387/11 6387/25 6394/16
6394/22 6395/1 6395/3 6403/3
answer [13] 6158/14 6174/8 6222/14
6223/7 6223/10 6238/24 6243/11
6243/12 6264/22 6292/18 6310/6
6382/9 6405/24
answering [4] 6280/5 6280/18 6384/23
6397/20
answers [1] 6256/14
anti [5] 6130/25 6137/15 6141/14
6141/19 6141/25
anti-discrimination [4] 6130/25 6137/15
6141/19 6141/25
anti-steering [1] 6141/14
anticipate [2] 6192/4 6194/17
anticompetitive [9] 6209/14 6209/21
6210/10 6210/10 6210/14 6384/5
6389/14 6391/16 6393/1
anticompetitively [1] 6210/2
antitrust [37] 6110/17 6208/12 6208/15
6236/14 6237/18 6237/18 6301/17
6301/22 6303/4 6303/9 6304/8 6305/20
6307/10 6312/23 6313/11 6330/17
6330/20 6337/11 6347/7 6347/22
6348/5 6349/18 6351/13 6355/1 6355/4
6358/11 6361/4 6362/7 6369/4 6372/17
6374/4 6379/21 6380/1 6383/24
6384/17 6389/15 6390/18
any [73] 6114/25 6119/22 6120/18
6122/10 6123/5 6131/7 6131/21
6133/19 6135/16 6137/19 6164/3
6165/3 6166/1 6172/5 6176/14 6187/5
6191/23 6192/4 6203/10 6204/9 6223/3
6232/4 6241/5 6246/6 6247/6 6247/6
6257/6 6264/18 6271/1 6272/18 6280/2
6282/1 6290/2 6299/1 6304/7 6305/25
6306/14 6307/23 6308/9 6309/9
6312/24 6319/5 6324/20 6333/8 6335/3
6341/1 6341/21 6343/20 6353/19
6356/18 6356/24 6359/24 6364/19
6366/1 6373/5 6373/10 6373/12
6373/13 6375/15 6379/5 6380/1
6387/18 6387/18 6390/10 6390/17
6390/20 6391/9 6391/23 6395/12
6398/12 6403/10 6406/18 6408/17
anymore [2] 6187/25 6347/16
anyone [5] 6142/23 6241/24 6308/12
6322/13 6409/12
anything [27] 6113/7 6115/4 6118/12
6118/15 6118/17 6174/20 6183/17
6189/3 6191/4 6200/14 6200/18 6202/2
6211/23 6220/1 6221/1 6222/16
6258/14 6258/15 6322/25 6336/18
6336/21 6337/11 6391/14 6392/15
6400/1 6409/11 6409/14
anyway [2] 6151/21 6322/22
anywhere [1] 6353/20
apart [1] 6398/12
apologies [1] 6177/24
apologize [4] 6248/9 6349/12 6377/7
6377/9
apparently [3] 6271/10 6272/1 6320/23
appeals [1] 6281/8
appear [2] 6273/13 6405/12
APPEARANCES [2] 6110/15 6112/1
appeared [1] 6272/21
appears [6] 6237/14 6313/23 6329/8
6341/13 6342/8 6342/14
appellate [2] 6176/14 6176/18

## A

applicable [1] 6173/23
application [1] 6299/9
applications [1] 6223/5
applied [4] 6291/1 6297/11 6324/19 6397/10
applies [1] 6295/16
apply [1] 6222/3
applying [1] 6382/14
appreciable [1] 6328/21
appreciably [1] 6334/6
approach [16] 6113/22 6152/13 6196/4 6209/8 6215/20 6215/20 6216/18 6216/19 6216/20 6216/21 6216/21 6251/5 6251/6 6263/12 6297/8 6367/4
approaches [2] 6215/19 6215/21
approaching [2] 6254/11 6256/7
appropriate [14] 6123/23 6197/24 6221/13 6252/2 6286/19 6286/21 6299/18 6300/25 6304/3 6318/21 6321/24 6329/5 6331/12 6367/25
appropriately [1] 6332/9
approximately [12] 6118/21 6118/24 6119/9 6120/2 6120/25 6125/15 6129/20 6177/13 6205/18 6277/18 6277/18 6279/11
approximation [1] 6406/17
April [1] 6190/4
arbitrary [1] 6300/23
architecture [1] 6116/16
are [511]
area [4] 6204/14 6288/20 6354/4 6371/15
areas [2] 6204/12 6333/13
aren't [6] 6142/14 6241/7 6298/6 6298/7 6299/14 6345/10
arena [1] 6389/22
argued [1] 6367/24
argument [3] 6257/10 6332/18 6335/23
arguments [2] 6330/21 6335/22
arising [1] 6374/20
ARIZONA [1] 6110/3
arms [1] 6401/8
arose [1] 6400/24
around [8] 6180/9 6207/17 6227/12 6269/7 6294/22 6305/16 6365/1 6366/21
arrangement [2] 6386/24 6401/22
arrangements [2] 6406/23 6406/24
article [1] 6236/22
articles [1] 6236/6
articulated [2] 6195/10 6257/16
articulating [1] 6404/5
Arts [1] 6206/1
as [313]
ascertain [1] 6253/19
ascribe [1] 6305/25
ascribed [1] 6298/19
aside [2] 6129/16 6133/2
ask [46] 6118/19 6123/25 6138/1 6138/4 6140/9 6142/16 6142/23 6144/21 6152/20 6173/12 6210/4 6217/22 6218/2 6223/4 6223/7 6228/20 6228/25 6236/22 6241/17 6242/10 6251/10 6251/14 6252/11 6252/13 6254/2 6254/15 6256/12 6257/22 6263/16 6285/23 6286/20 6291/15 6292/2 6312/25 6329/15 6335/12 6335/14 6353/22 6364/13 6369/8 6387/6 6397/12 6401/24 6407/4 6408/8 6408/11
asked [19] 6156/21 6176/25 6177/15 6183/24 6184/25 6185/6 6197/22

6218/17 6247/14 6248/1 6251/21
6263/11 6264/7 6292/17 6298/11
6302/10 6321/6 6321/9 6374/6
asking [14] 6114/4 6200/3 6238/16
6238/20 6242/2 6243/7 6252/3 6260/21
6260/22 6266/3 6274/8 6377/4 6406/2
6407/19
asks [4] 6238/17 6238/18 6264/8
6264/21
aspect [3] 6245/10 6252/4 6254/20
aspects [6] 6238/17 6253/23 6253/24
6283/19 6329/14 6343/12
asserted [12] 6192/14 6195/6 6195/19
6195/22 6196/19 6196/20 6197/7
6198/6 6198/10 6199/11 6199/14
6199/24
assertion [2] 6278/10 6315/10
assertions [3] 6336/3 6336/6 6336/9
assess [6] 6208/25 6294/13 6330/19
6337/4
assessing [1] 6260/20
assessment [6] 6222/23 6244/10 6322/3
6335/22 6347/15 6366/1
assistant [4] 6111/4 6111/6 6111/10
6398/10
associate [1] 6297/23
associated [15] 6135/22 6229/21 6298/2
6298/4 6298/5 6298/6 6298/7 6298/7
6299/13 6347/20 6371/16 6378/24
6394/8 6394/8 6394/11
association [2] 6116/6 6132/25
associations [4] 6127/10 6173/15
6173/22 6181/21
associations' [1] 6131/4
assuming [2] 6157/15 6157/17
assumption [1] 6216/6
assumptions [1] 6315/8
assure [1] 6357/6
at [504]
ATM [1] 6229/4 6264/21
attach [2] 6252/14 6313/1
attached [1] 6193/18
attaching [1] 6194/21
attack [1] 6256/8
attempt [1] 6403/12
attempting [1] 6398/3
Attempts [1] 6301/5
attention [1] 6236/8
attenuation [1] 6257/5
attitudes [1] 6266/4
attorney [6] 6111/2 6111/4 6111/6
6111/10 6111/11 6398/11
Attorneys [1] 6110/16
attract [2] 6133/17 6394/3
attracted [3] 6182/12 6183/10 6236/7
attractive [6] 6291/5 6291/7 6291/25
6357/8 6384/15 6394/12
attributable [1] 6278/19
attribute [1] 6235/3
attributed [3] 6199/3 6199/6 6279/13
Auburn [1] 6117/6
audit [2] 6134/13 6134/16
August [3] 6110/12 6193/21 6409/20
Austin [1] 6111/3
Australia [1] 6199/3
authority [2] 6125/10 6165/25
authorization [1] 6116/10
authorizing [2] 6157/9 6157/19
automatically [1] 6264/14
availability [2] 6236/7 6253/19
available [16] 6112/23 6131/24 6133/10
6134/3 6176/1 6214/24 6215/1 6220/10
6237/24 6238/1 6238/4 6261/1 6261/2
6354/12 6360/8 6385/7

Avenue [2] 6111/14 6111/18
avenues [1] 6117/10
average [20] 6169/24 6170/10 6178/15
6178/20 6178/21 6288/14 6288/23
6324/14 6324/15 6324/16 6324/20
6324/21 6325/4 6327/20 6327/21
6328/1 6328/3 6328/3 6328/9 6338/10
averaging [1] 6324/16
avoid [1] 6402/17
award [1] 6129/23
aware [22] 6173/22 6174/3 6177/11
6208/22 6209/22 6222/4 6224/11
6224/12 6224/15 6265/15 6277/21
6277/24 6278/2 6279/20 6285/17
6297/2 6312/14 6331/13 6344/18
6374/3 6377/4 6392/16
away [15] 6120/8 6274/4 6274/5
6275/23 6276/12 6279/2 6279/7 6280/2
6280/4 6354/18 6359/9 6369/17 6373/5
6376/1 6388/17
awful [2] 6243/9 6376/14
axis [7] 6248/5 6248/13 6250/2 6259/23
6260/1 6319/7 6366/9

## B

B-I-N [1] 6269/25
back [63] 6117/11 6126/25 6136/18
6143/9 6164/4 6175/15 6178/14
6178/19 6179/9 6187/1 6198/3 6210/11
6210/14 6216/17 6217/22 6222/12
6224/6 6225/5 6225/12 6225/25 6227/9
6227/11 6227/13 6228/4 6234/18
6235/22 6235/23 6237/21 6237/22
6246/14 6251/18 6251/18 6254/15
6255/25 6257/16 6263/9 6265/13
6269/6 6293/10 6296/18 6301/20
6302/2 6303/7 6303/14 6309/16
6310/11 6312/11 6321/8 6324/11
6327/13 6334/13 6357/25 6380/14
6383/11 6384/22 6391/6 6391/10
6396/13 6399/18 6403/4 6405/24
6408/8 6408/10
background [4] 6114/4 6226/24 6286/8
6287/22
backward [1] 6225/6
backwards [1] 6228/6
bad [2] 6335/16 6389/14
balance [8] 6126/13 6128/15 6170/15
6170/22 6171/4 6171/8 6171/15 6202/9
balances [3] 6294/3 6294/12 6299/25
bank [7] 6199/2 6199/6 6199/10 6229/3
6270/1 6306/21 6399/8
Banking [1] 6237/3
banks [5] 6116/9 6290/21 6290/21
6291/7 6375/21
bar [20] 6230/4 6230/5 6230/5 6268/8
6268/8 6270/10 6272/22 6272/23
6273/1 6273/1 6273/4 6273/4 6273/9
6273/15 6273/20 6273/21 6274/7
6294/9 6294/11 6362/19
BARBUR [1] 6111/16
bars [18] 6231/20 6231/20 6241/13
6241/14 6268/8 6270/14 6270/16
6270/19 6270/20 6272/22 6273/8
6273/13 6273/19 6276/5 6276/6 6276/9
6319/2 6378/5
base [9] 6125/25 6173/25 6180/18
6181/1 6185/23 6186/5 6186/11 6273/2
6362/3
based [46] 6114/19 6131/2 6140/18
6141/12 6181/10 6182/12 6182/20
6183/10 6184/21 6184/23 6185/1
6189/15 6218/12 6222/7 6223/17
6226/4 6227/7 6237/11 6246/8 6249/3

B

based... [26] 6258/12 6266/10 6268/25
6274/10 6276/17 6277/3 6277/5
6285/18 6297/16 6301/2 6316/8
6317/16 6317/21 6317/23 6319/12
6324/17 6329/13 6343/13 6344/7
6347/15 6347/14 6352/2 6365/13
6379/22 6380/1 6380/5
baseline [10] 6304/1 6304/4 6304/8
6304/15 6305/8 6308/10 6308/19
6309/1 6309/5 6314/16
bases [1] 6397/12
basic [4] 6208/13 6313/11 6350/14
6383/14
basically [7] 6131/6 6223/9 6246/15
6279/16 6341/17 6377/1 6404/17
basis [11] 6167/19 6244/13 6281/17
6314/17 6326/7 6330/8 6330/19 6344/8
6391/8 6391/22 6406/20
Bates [8] 6168/22 6169/23 6170/21
6178/18 6198/21 6198/22 6198/23
6198/24
be [218] 6112/23 6113/5 6119/5
6123/10 6126/24 6127/12 6129/6
6132/23 6135/8 6135/11 6135/21
6135/22 6137/3 6137/5 6138/2 6138/23
6141/2 6141/19 6142/12 6142/20
6143/3 6143/10 6143/11 6151/9
6151/13 6151/21 6156/17 6156/17
6164/12 6167/22 6168/15 6175/9
6176/13 6179/18 6181/3 6182/16
6182/23 6186/2 6188/3 6189/25
6191/15 6193/22 6194/19 6196/24
6201/4 6202/1 6202/23 6203/10
6203/12 6203/16 6209/11 6209/22
6210/6 6211/4 6211/21 6213/21 6216/7
6220/16 6220/22 6223/5 6225/20
6225/24 6226/2 6228/10 6228/21
6233/16 6234/2 6234/5 6234/8 6234/9
6235/16 6235/17 6235/19 6238/10
6241/6 6241/7 6250/18 6251/2 6251/8
6252/6 6252/8 6252/9 6252/9 6252/19
6253/5 6254/18 6255/6 6256/1 6257/18
6259/18 6262/10 6262/11 6262/21
6264/12 6265/3 6265/21 6266/13
6266/14 6266/21 6267/25 6267/25
6269/1 6269/23 6270/16 6271/2
6278/25 6279/13 6280/14 6281/3
6282/11 6289/11 6289/16 6289/18
6291/3 6291/10 6292/8 6292/13
6293/11 6295/21 6296/1 6297/23
6298/1 6298/18 6298/21 6299/18
6299/22 6301/5 6304/21 6305/11
6305/24 6307/8 6307/9 6309/25
6311/18 6312/2 6313/23 6313/25
6314/10 6314/18 6315/19 6318/3
6319/13 6329/8 6329/17 6331/11
6332/9 6332/11 6332/12 6332/20
6333/6 6335/20 6337/5 6337/6 6337/14
6339/3 6339/20 6341/13 6341/19
6342/8 6345/22 6347/11 6349/1 6350/2
6351/1 6351/6 6353/2 6353/7 6353/22
6354/23 6355/9 6355/20 6356/5
6356/22 6358/23 6358/23 6359/10
6359/16 6359/23 6360/6 6361/9
6361/15 6362/21 6362/24 6364/14
6370/16 6370/24 6373/5 6373/6 6377/3
6377/3 6378/15 6379/24 6380/22
6380/23 6381/6 6381/10 6381/10
6382/6 6382/17 6384/21 6388/3
6389/13 6390/6 6392/9 6393/8 6395/18
6396/7 6397/6 6401/21 6406/6 6406/6
6406/16 6406/18 6406/19 6408/6

6408/8 6408/13 6409/3
beer [1] 6254/12
because [117] 6123/21 6126/21
6134/10 6137/21 6139/21 6141/15
6141/17 6168/23 6170/4 6171/6
6171/12 6171/13 6173/14 6175/6
6181/5 6181/7 6181/18 6181/21
6182/22 6185/14 6194/2 6197/20
6202/6 6205/5 6209/25 6217/7 6218/6
6222/5 6225/14 6225/24 6228/10
6233/3 6234/5 6234/13 6236/14
6250/14 6252/13 6254/9 6255/6
6255/10 6255/14 6255/19 6256/14
6256/15 6264/6 6269/1 6275/13 6278/5
6280/6 6280/7 6280/18 6282/6 6282/18
6283/22 6284/11 6287/10 6289/16
6292/17 6293/13 6296/9 6300/13
6300/16 6301/11 6301/13 6305/12
6311/22 6313/8 6318/22 6321/5 6329/5
6329/6 6335/17 6339/5 6340/16
6342/10 6345/11 6345/17 6347/7
6350/23 6350/23 6351/17 6351/24
6353/17 6354/8 6355/16 6355/22
6357/14 6358/6 6359/3 6359/15 6360/4
6360/5 6362/3 6366/20 6369/7 6370/1
6375/19 6375/20 6376/7 6377/1 6379/8
6380/11 6381/19 6383/5 6384/11
6387/24 6390/4 6391/18 6400/19
6402/15 6402/18 6405/20 6406/1
6407/22 6408/3 6409/1
become [4] 6118/3 6238/4 6353/14
6353/16
becomes [3] 6304/4 6359/20 6377/22
becoming [4] 6249/12 6249/16 6296/5
6296/23
been [132] 6113/13 6116/12 6116/13
6117/3 6120/6 6124/13 6127/1 6130/19
6130/21 6132/25 6143/10 6143/12
6143/25 6144/9 6156/21 6168/1 6168/4
6168/8 6172/12 6172/16 6180/12
6180/25 6181/9 6181/11 6181/25
6183/9 6193/3 6193/10 6194/1 6202/17
6204/14 6205/2 6205/5 6205/8 6205/21
6206/4 6206/5 6206/24 6207/5 6214/6
6216/1 6216/23 6225/4 6225/22 6226/7
6226/8 6226/9 6226/13 6226/14
6226/18 6227/4 6227/6 6227/12
6227/16 6227/22 6227/22 6228/14
6228/15 6229/14 6232/7 6236/4 6236/4
6236/23 6237/14 6242/2 6245/6 6261/1
6261/7 6263/22 6269/16 6274/21
6276/16 6282/22 6283/5 6283/23
6284/3 6284/6 6284/25 6285/8 6289/7
6292/3 6294/19 6310/1 6313/7 6318/9
6319/1 6319/9 6321/6 6321/17 6321/24
6322/3 6323/17 6323/22 6324/24
6325/8 6330/10 6330/16 6335/7
6340/19 6352/5 6352/6 6352/10
6359/13 6360/15 6366/6 6366/8
6368/13 6368/14 6370/5 6371/8
6373/12 6373/13 6380/2 6380/25
6381/2 6381/20 6382/1 6382/10
6382/13 6382/25 6383/3 6392/25
6395/8 6396/9 6399/12 6399/15
6399/16 6400/8 6401/1 6404/5 6405/17
6408/2
beer [6] 6221/21 6221/23 6222/7
6222/13 6222/15 6222/15
before [36] 6110/14 6112/9 6113/7
6115/11 6119/18 6129/23 6130/15
6134/3 6138/3 6149/22 6178/20
6180/23 6183/6 6201/3 6202/2 6234/19
6242/25 6247/24 6250/5 6263/11
6264/4 6264/7 6265/14 6267/1 6270/6

6271/22 6273/1 6283/23 6290/9 6309/6
6316/15 6316/19 6334/15 6331/4
6355/15 6400/24
beforehand [1] 6283/6
began [5] 6216/5 6263/2 6301/13
6309/7 6365/25
begetting [1] 6381/7
begin [7] 6112/9 6114/4 6144/10
6268/15 6299/12 6310/17 6387/19
beginning [6] 6144/2 6175/14 6208/16
6231/21 6288/19 6309/16
begins [1] 6208/18
behalf [1] 6142/16
behavior [5] 6220/5 6252/24 6252/24
6253/6 6265/24
behavioral [2] 6204/16 6206/9
behaviors [1] 6252/11
behind [5] 6115/9 6138/10 6300/16
6334/12 6380/13
being [52] 6113/14 6119/18 6119/21
6136/16 6139/7 6169/9 6192/13 6198/9
6199/7 6209/19 6211/8 6212/11
6212/22 6213/12 6216/19 6230/22
6230/24 6231/19 6248/14 6248/15
6250/19 6274/8 6274/10 6277/13
6281/2 6283/22 6285/6 6288/2 6292/20
6309/20 6309/25 6310/15 6310/21
6311/14 6311/14 6311/15 6314/20
6315/22 6321/19 6332/13 6337/8
6338/3 6355/3 6358/8 6367/17 6367/19
6372/14 6381/20 6389/1 6389/9
6389/14 6398/14
beleaguered [1] 6401/9
believe [29] 6115/9 6133/13 6133/17
6142/21 6169/10 6172/15 6204/2
6231/13 6235/17 6265/25 6289/15
6291/16 6293/25 6307/18 6314/25
6326/19 6328/19 6329/4 6330/13
6331/10 6339/8 6355/23 6380/7 6381/5
6384/23 6385/3 6390/17 6390/20
6401/7
believed [3] 6256/3 6306/10 6320/1
believes [1] 6408/2
belong [1] 6331/9
below [7] 6141/6 6152/3 6177/4 6196/11
6306/4 6306/6 6324/12
Ben [1] 6113/17
benchmark [5] 6310/20 6310/20 6313/6
6365/24 6367/8
benchmarks [1] 6367/5
beneficial [1] 6389/10
benefit [6] 6183/24 6245/12 6396/12
6396/16 6396/22 6408/3
benefits [10] 6133/19 6173/9 6264/16
6299/6 6356/16 6385/10 6392/12
6397/3 6406/4 6406/6
Benjamin [2] 6113/12 6113/13
Berkeley [1] 6206/17
Bernheim [11] 6200/25 6201/1 6201/5
6202/13 6202/21 6203/5 6206/8
6251/20 6263/9 6263/25 6265/13
Bert [1] 6202/21
best [8] 6132/5 6197/16 6284/13
6294/13 6358/4 6358/9 6358/20
6406/16
better [10] 6120/1 6169/3 6176/1
6255/16 6255/17 6350/20 6360/1
6394/11 6405/3 6406/5
between [77] 6114/9 6122/11 6186/24
6204/14 6210/15 6211/11 6216/18
6216/20 6216/22 6217/14 6218/3
6219/8 6222/2 6224/13 6225/18
6229/25 6230/3 6236/12 6236/20
6237/15 6238/25 6240/10 6240/15

**B**

between [34] 6242/24 6245/3 6247/16
6248/24 6249/19 6250/10 6250/10
6250/17 6250/19 6256/2 6256/16
6257/21 6259/7 6260/24 6267/8
6267/21 6272/6 6279/15 6280/24
6285/1 6292/12 6294/1 6296/16 6300/2
6310/23 6316/5 6316/22 6317/22
6325/17 6326/14 6327/22 6328/14
6328/24 6329/15 6331/25 6332/25
6333/1 6333/3 6334/5 6341/6 6343/24
6344/1 6356/14 6367/11 6367/14
6383/9 6383/25 6384/2 6384/4 6388/9
6401/21 6402/7 6403/13 6407/11
beyond [1] 6403/11
bias [1] 6257/5
bids [1] 6394/19
big [6] 6245/8 6254/21 6334/2 6357/12
6365/23 6389/23
bilateral [1] 6406/7
bill [19] 6119/5 6119/17 6119/24
6120/12 6142/4 6166/3 6172/24 6173/1
6184/3 6186/18 6187/6 6187/11
6187/11 6187/21 6187/22 6188/4
6188/13 6342/12 6391/20
billed [1] 6378/7
biller [4] 6309/14 6119/18 6184/17
6184/21
billers [10] 6114/20 6114/23 6115/1
6119/5 6119/7 6119/9 6167/4 6167/14
6184/10 6185/6
billing [2] 6121/14 6124/20
billion [1] 6125/18
bills [5] 6119/7 6119/12 6120/10
6122/15 6168/14
BIN [2] 6269/25 6275/13
binder [6] 6113/23 6115/7 6128/6
6138/10 6152/23 6156/12
binders [2] 6191/20 6191/25
Bing [1] 6127/4
BINS [2] 6273/5 6273/12
birth [1] 6365/3
bit [13] 6156/10 6204/17 6223/13
6240/1 6259/21 6294/12 6319/17
6324/11 6329/3 6338/6 6361/16 6362/9
6362/10
blame [1] 6402/17
block [2] 6375/14 6375/24
blocks [1] 6117/17
blowup [1] 6342/7
blue [4] 6258/19 6258/19 6326/18
6328/8
board [4] 6276/10 6288/1 6289/10
6334/2
BOIES [1] 6111/18
book [6] 6189/10 6203/16 6203/17
6207/17 6263/13 6357/12
booked [1] 6386/11
booking [3] 6386/8 6386/13 6386/14
bookings [1] 6386/18
bookmarked [1] 6127/18
books [1] 6386/8
Boston [6] 6238/6 6239/7 6242/15
6247/2 6261/3 6349/8
both [26] 6124/5 6134/12 6134/13
6188/19 6206/18 6206/21 6206/22
6206/22 6209/13 6216/7 6233/19
6250/8 6261/2 6268/21 6271/7 6271/10
6272/3 6273/18 6308/13 6316/15
6319/9 6364/23 6378/3 6378/9 6397/4
6406/10
bottom [18] 6168/22 6168/25 6189/15
6198/23 6218/24 6226/3

6260/15 6301/1 6312/9 6324/7 6326/18
6328/8 6336/16 6367/13 6367/16
6370/9 6372/16
bought [1] 6118/6
bounce [1] 6383/11
bows [1] 6260/13
box [4] 6111/3 6111/7 6269/7 6342/6
boxes [2] 6115/17 6342/17
branches [1] 6204/23
brand [22] 6129/4 6129/22 6130/8
6130/11 6130/19 6131/22 6131/23
6132/3 6132/8 6133/15 6326/16
6326/19 6326/20 6328/12 6328/17
6328/18 6328/25 6329/5 6329/9
6394/25 6403/24 6389/3 6234/25
brands [3] 6121/12 6132/24 6137/17
break [12] 6144/21 6165/4 6200/23
6202/5 6262/21 6265/7 6265/14
6319/17 6345/23 6346/3 6348/17
6348/20
breakdown [3] 6229/14 6294/1 6337/21
breaking [1] 6362/22
breakouts [1] 6342/5
BRENNER [8] 6111/20 6151/13 6152/9
6152/19 6165/7 6167/2 6189/3 6189/9
BRET [1] 6111/4
brief [1] 6308/5
briefly [3] 6309/6 6313/12 6347/5
bring [3] 6198/3 6316/7 6387/8
bringing [1] 6211/10
broad [4] 6224/5 6252/3 6252/5 6252/12
broader [2] 6116/19 6179/3
broadly [2] 6224/2 6252/5
Broadway [1] 6408/25
broken [3] 6342/6 6342/17 6376/6
broker [17] 6387/5 6387/5 6387/6
6387/11 6387/12 6387/15 6387/17
6387/20 6387/20 6387/25 6388/5
6388/10 6388/15 6388/15 6388/18
6389/24 6391/6
brokerage [1] 6387/23
brokers [1] 6388/22
Brooklyn [2] 6110/11 6111/23
Buck [1] 6391/20
build [1] 6132/8
Building [1] 6111/7
built [2] 6401/16 6403/24
bulk [1] 6326/21
bullet [35] 6145/6 6147/10 6148/25
6169/23 6170/21 6178/19 6196/16
6196/23 6197/4 6197/6 6197/7 6215/9
6217/23 6217/24 6225/1 6225/14
6235/25 6236/10 6244/24 6245/25
6246/15 6282/22 6285/12 6297/19
6297/20 6330/18 6330/22 6335/24
6349/17 6352/1 6363/12 6393/7 6393/8
6396/10 6399/21
bullets [5] 6144/22 6145/5 6237/22
6301/15 6399/19
bunch [6] 6273/5 6273/12 6339/14
6363/15 6394/5 6394/8
business [73] 6114/12 6114/17 6116/16
6117/3 6118/20 6121/3 6122/16
6123/21 6124/1 6124/5 6125/8 6126/7
6128/4 6132/7 6139/14 6165/13
6167/22 6168/7 6175/3 6177/19 6179/1
6179/2 6179/12 6186/9 6197/21 6205/7
6205/13 6213/11 6213/13 6215/17
6216/24 6232/8 6246/9 6246/12 6281/7
6283/8 6285/10 6295/14 6295/17
6296/6 6298/13 6298/14 6298/14
6298/15 6299/19 6301/6 6301/7 6301/8
6301/9 6329/6 6352/8 6354/25 6355/2
6355/13 6374/5 6374/13 6375/14

6375/15 6375/24 6378/8 6378/24
6379/22 6381/4 6383/3 6383/21
6390/19 6391/8 6393/7 6394/7 6400/9
6401/2 6401/15 6404/3
but [186] 6118/7 6118/14 6138/3
6156/18 6165/21 6167/25 6169/6
6170/20 6171/10 6171/14 6172/19
6173/6 6175/7 6175/25 6176/10 6181/4
6181/11 6181/18 6188/5 6190/14
6192/3 6192/6 6195/19 6198/24 6199/5
6200/17 6201/5 6204/2 6205/4 6208/25
6210/12 6213/6 6216/8 6221/14 6223/2
6224/1 6225/9 6227/5 6227/11 6228/6
6230/10 6230/21 6231/17 6231/25
6232/24 6233/4 6234/8 6234/25
6235/20 6236/7 6236/15 6242/11
6244/16 6246/6 6248/11 6250/6
6250/17 6252/10 6255/14 6256/15
6257/19 6258/24 6259/1 6259/5
6259/18 6259/21 6260/20 6261/23
6263/10 6264/25 6265/5 6266/14
6268/20 6271/18 6272/16 6273/10
6277/6 6277/7 6277/16 6278/22
6279/14 6279/17 6280/16 6280/20
6281/20 6283/14 6284/17 6286/25
6291/15 6291/22 6292/20 6294/10
6294/13 6299/14 6299/20 6300/16
6300/19 6300/24 6302/3 6303/14
6306/23 6308/13 6309/6 6314/17
6318/25 6319/24 6320/13 6321/14
6321/18 6321/25 6322/14 6323/15
6323/16 6323/19 6324/11 6324/14
6324/17 6326/1 6326/20 6327/6 6327/9
6328/1 6328/20 6329/12 6329/22
6330/15 6331/10 6334/9 6334/11
6334/18 6335/13 6338/7 6339/17
6342/14 6345/4 6348/5 6350/16 6354/5
6355/1 6355/4 6356/1 6357/1 6358/23
6362/4 6366/21 6366/21 6368/1 6368/7
6369/1 6370/2 6370/3 6370/6 6370/12
6374/11 6376/11 6376/14 6379/1
6379/4 6379/19 6381/23 6382/25
6384/25 6385/12 6386/11 6388/2
6388/5 6388/14 6388/21 6389/1
6389/15 6389/22 6391/17 6392/19
6394/5 6395/22 6399/25 6402/14
6404/7 6404/14 6404/19 6406/2
6406/11 6406/17 6406/19 6408/4
6409/6
buy [5] 6213/6 6264/14 6387/11
6387/25 6409/1
buyer [3] 6350/6 6387/10 6387/24
buyers [2] 6387/9 6388/22
buying [5] 6254/1 6254/22 6255/1
6255/12 6255/13

**C**

Cadillac [3] 6340/14 6340/15 6340/16
Cadman [1] 6111/23
calculate [3] 6312/15 6312/19 6327/24
calculated [5] 6311/12 6314/22 6316/12
6317/21 6332/6
calculating [2] 6312/24 6314/4
calculation [13] 6243/5 6277/1 6277/2
6313/9 6313/18 6316/23 6323/11
6323/23 6324/5 6328/5 6328/14
6328/15 6328/24
calculations [8] 6252/25 6314/25 6315/2
6317/12 6318/11 6319/16 6328/19
6328/21
California [1] 6206/17
call [12] 6117/14 6119/5 6120/14
6202/12 6202/13 6214/14 6220/4
6314/12 6314/22 6318/9 6322/25

c

call... [1] 6401/7
called [5] 6113/13 6118/5 6118/6
6129/5 6156/15 6213/16 6214/15
6215/18 6217/2 6219/15 6223/8 6239/4
6257/1 6257/3 6257/5 6257/11 6269/25
6294/3 6296/25 6306/16 6310/1 6316/4
6317/15 6323/11 6343/23 6352/20
6363/7 6363/21 6364/2 6364/4 6391/1
6401/7
calling [2] 6237/10 6353/10 6393/17
calls [3] 6113/12 6213/22 6352/19
came [8] 6136/19 6182/24 6182/25
6327/1 6335/14 6335/15 6349/10
6349/10
campaign [3] 6306/23 6307/15 6404/22
campaigns [3] 6306/22 6404/11 6404/14
Campbell [1] 6321/6
can [170] 6113/1 6115/4 6116/22
6117/1 6123/22 6126/21 6127/6 6128/1
6128/13 6128/14 6129/16 6130/5
6131/5 6137/11 6138/18 6138/22
6141/21 6143/3 6143/3 6144/9 6144/12
6152/10 6156/11 6157/16 6167/7
6167/10 6168/22 6168/24 6169/4
6169/4 6169/15 6170/3 6170/10 6171/9
6171/23 6172/4 6172/21 6172/24
6182/6 6184/16 6186/14 6186/15
6186/18 6187/19 6188/12 6188/22
6189/10 6189/15 6189/21 6189/22
6193/12 6198/4 6202/8 6209/11
6209/12 6209/18 6209/21 6212/18
6212/19 6218/6 6218/6 6220/3 6221/21
6222/3 6223/5 6223/8 6227/8 6228/3
6228/7 6228/23 6228/25 6229/21
6230/10 6230/18 6234/24 6235/20
6238/10 6238/21 6243/9 6243/20
6245/15 6245/18 6245/20 6247/6
6249/6 6250/4 6250/7 6251/14 6255/15
6259/25 6261/19 6262/12 6264/14
6266/13 6266/21 6268/17 6271/25
6279/10 6281/10 6281/24 6283/17
6284/21 6288/12 6288/20 6289/10
6289/23 6290/14 6291/3 6291/12
6291/13 6292/2 6292/7 6294/10
6294/13 6295/20 6298/8 6298/9 6304/3
6308/13 6309/22 6310/18 6312/1
6314/15 6315/5 6318/2 6318/3 6318/22
6319/8 6320/15 6320/24 6324/8
6324/20 6326/5 6334/2 6334/3 6339/7
6339/15 6342/5 6342/17 6344/14
6348/4 6348/4 6350/2 6350/8 6350/11
6351/21 6351/24 6355/13 6356/24
6361/1 6362/19 6364/23 6366/4 6373/5
6376/13 6378/9 6379/4 6379/8 6379/24
6386/9 6386/11 6386/21 6387/1 6388/2
6394/4 6395/6 6402/14 6406/9 6408/17
6408/25
can't [38] 6165/20 6207/6 6214/9
6222/13 6223/7 6223/10 6226/19
6226/22 6230/7 6230/8 6234/8 6234/22
6259/20 6268/20 6271/19 6286/16
6298/13 6299/10 6301/5 6301/8
6301/11 6310/17 6314/17 6321/14
6322/7 6322/22 6323/16 6324/20
6337/6 6340/14 6340/17 6350/24
6376/13 6379/8 6386/8 6389/13
6405/24 6406/1
cancel [1] 6136/11
canceled [2] 6136/13 6187/4
cannot [3] 6210/1 6212/9 6279/13
cans [1] 6321/6
capabilities [5] 6181/22 6184/18

6184/22 6220/16 6223/6
capability [1] 6127/11
capable [1] 6373/5
captured [1] 6170/22
car [9] 6234/23 6254/22 6255/12 6386/6
6386/7 6386/10 6386/12 6386/14
6386/19
card [182] 6116/3 6116/6 6116/8
6117/22 6117/23 6120/22 6121/1
6121/2 6121/13 6122/12 6122/21
6122/22 6122/25 6123/5 6123/16
6124/10 6125/4 6125/4 6125/25 6126/3
6126/12 6126/14 6126/16 6126/16
6126/21 6127/9 6127/10 6128/1 6130/8
6130/25 6131/3 6131/4 6131/7 6131/8
6131/11 6131/12 6131/16 6131/18
6131/19 6131/24 6131/25 6133/1
6133/9 6134/24 6136/16 6136/20
6137/5 6137/8 6137/16 6141/4 6141/12
6141/18 6142/2 6157/7 6157/18 6166/5
6166/6 6166/9 6167/7 6167/18 6172/3
6173/7 6173/17 6177/18 6177/18
6178/12 6178/21 6178/22 6180/8
6180/10 6180/20 6181/21 6182/1
6182/14 6182/17 6184/7 6184/21
6184/22 6184/24 6185/15 6186/13
6186/15 6186/17 6188/2 6188/7
6188/17 6188/23 6192/22 6217/19
6217/20 6237/9 6245/3 6245/21
6245/22 6245/24 6246/8 6252/7 6253/7
6253/8 6253/8 6253/9 6261/9 6261/12
6261/18 6261/23 6261/24 6264/13
6264/13 6264/20 6266/18 6277/19
6278/20 6278/22 6279/14 6280/16
6285/7 6290/12 6291/12 6292/14
6295/20 6295/23 6296/5 6296/7
6296/24 6299/2 6299/2 6299/3 6299/4
6300/15 6300/22 6312/9 6312/10
6312/11 6315/8 6319/20 6319/20
6319/22 6319/25 6320/1 6321/20
6352/22 6352/23 6353/3 6361/15
6362/25 6363/2 6364/3 6364/5 6364/9
6364/10 6364/17 6365/16 6365/18
6365/18 6365/18 6366/6 6371/17
6371/17 6371/18 6374/1 6374/5
6374/13 6374/17 6374/19 6375/5
6378/17 6379/1 6379/3 6379/4 6379/12
6379/17 6379/23 6380/16 6390/13
6390/19 6391/21 6402/16 6403/2
6403/3 6403/3 6403/5 6404/16
cardholder [1] 6352/15
cardholders [3] 6127/11 6181/22 6213/5
cardmember [4] 6183/3 6183/9 6183/14
6187/19
cardmembers [9] 6168/12 6171/8
6171/14 6171/23 6173/6 6182/4
6356/25 6368/9 6372/19
cards [77] 6121/8 6121/10 6122/1
6122/5 6122/11 6122/11 6122/15
6123/8 6123/17 6124/7 6125/22
6125/24 6137/3 6137/11 6142/7 6152/6
6165/21 6166/9 6173/20 6180/1 6180/9
6185/18 6188/9 6215/16 6216/7 6228/3
6228/5 6228/11 6229/2 6229/2 6229/4
6229/4 6229/5 6229/7 6229/9 6237/10
6240/4 6240/5 6244/13 6245/19
6246/12 6246/18 6246/19 6246/20
6246/22 6261/13 6261/23 6261/25
6264/18 6267/4 6267/7 6267/8 6268/16
6276/15 6278/6 6290/10 6291/5
6291/14 6295/21 6299/25 6307/19
6333/16 6334/8 6334/10 6353/18
6359/17 6359/18 6364/21 6366/22
6366/23 6374/20 6376/17 6377/16

6381/12 6391/12 6394/23 6405/19
care [8] 6113/1 6244/16 6254/8 6254/21
6255/9 6255/12 6255/14 6255/16
careful [4] 6309/13 6314/10 6338/3
6384/19
carefully [2] 6380/6 6406/4
carry [1] 6366/5
carrying [1] 6394/23
cart [1] 6240/6
carton [1] 6313/8
carve [1] 6301/8
carving [3] 6226/19 6295/9 6355/19
case [74] 6112/24 6123/11 6127/15
6153/1 6168/21 6173/25 6174/4
6177/10 6178/5 6178/6 6179/15 6198/4
6200/18 6201/6 6208/8 6211/15
6214/20 6215/13 6217/14 6218/14
6218/16 6218/22 6218/24 6219/12
6219/13 6219/13 6219/22 6219/23
6220/10 6220/12 6222/7 6222/13
6222/18 6222/22 6223/19 6233/1
6255/19 6263/18 6264/2 6267/24
6277/13 6278/18 6282/4 6282/15
6307/12 6308/5 6308/6 6320/23
6322/20 6329/19 6331/14 6331/20
6334/24 6337/1 6339/16 6339/17
6342/14 6363/20 6370/6 6372/24
6379/24 6391/5 6392/15 6395/9 6398/6
6398/7 6398/13 6398/16 6401/25
6405/22 6406/18 6406/20 6406/20
6409/8
case-by-case [1] 6406/20
cases [23] 6165/20 6165/24 6209/9
6209/22 6221/16 6223/25 6224/25
6231/13 6233/2 6233/5 6240/14
6240/20 6243/6 6281/4 6282/8 6319/9
6326/15 6351/20 6361/2 6362/20
6379/13 6384/19 6391/22
cash [24] 6238/23 6242/17 6243/6
6243/8 6243/12 6243/18 6243/23
6244/4 6249/19 6250/7 6258/22
6260/14 6264/21 6281/12 6281/14
6281/15 6281/17 6281/22 6281/24
6282/1 6282/6 6282/9 6312/11 6364/25
catch [1] 6268/2
categories [2] 6208/11 6294/2
category [8] 6192/18 6261/8 6275/5
6281/7 6284/20 6361/11 6369/19
6376/5
causal [1] 6300/18
causality [1] 6299/23
cause [4] 6142/1 6255/22 6286/22
6352/7
caused [4] 6287/3 6300/18 6300/22
6393/1
causes [1] 6282/1
causing [1] 6238/23
caution [1] 6395/23
cautious [1] 6396/7
caveat [1] 6229/21
central [1] 6216/18
centric [3] 6131/16 6281/5 6281/7
certain [14] 6126/7 6151/24 6169/1
6177/17 6253/7 6270/3 6281/4 6289/13
6329/12 6339/5 6357/5 6357/12
6405/19 6406/19
certainly [11] 6207/7 6210/11 6234/5
6234/9 6274/16 6281/17 6281/20
6282/15 6324/23 6370/12 6392/19
cetera [3] 6114/22 6119/16 6139/6
chain [1] 6400/15
chains [1] 6307/20
chair [1] 6203/8
Chairman [1] 6203/13

change [3] 6131/21 6181/9 6185/10
6212/19 6226/14 6227/8 6247/18
6257/4 6257/25 6282/3 6282/4 6286/12
6315/13 6316/1 6316/3 6316/3 6316/5
6316/9 6316/15 6317/17 6317/20
6317/22 6321/18 6324/19 6324/20
6325/13 6325/15 6335/13 6373/13
6386/8 6408/2
changed [10] 6225/10 6228/3 6237/23
6256/15 6256/18 6283/25 6296/16
6314/13 6325/16 6334/6
changes [18] 6116/24 6116/25 6139/7
6177/7 6180/25 6220/5 6225/14
6256/21 6262/4 6282/23 6315/1 6315/7
6315/11 6315/14 6315/16 6316/21
6319/19 6330/10
changing [6] 6212/19 6212/20 6256/15
6354/21 6355/4 6370/18
channel [5] 6173/24 6373/15 6393/21
6394/15 6394/16
channels [3] 6393/22 6393/25 6396/3
characteristic [2] 6244/6 6244/15
characteristics [4] 6122/7 6239/20
6357/7 6400/19
characterization [2] 6283/4 6283/9
characterized [1] 6288/2
charge [30] 6120/16 6124/23 6137/11
6224/10 6233/24 6244/13 6246/12
6246/19 6246/22 6274/22 6275/5
6285/5 6296/16 6296/20 6299/25
6312/4 6312/6 6314/14 6319/6 6319/7
6331/15 6342/11 6342/16 6348/10
6357/24 6376/4 6376/11 6378/13
6378/23 6395/2
charged [8] 6309/25 6311/19 6311/20
6311/21 6311/25 6312/1 6342/21
6391/3
charges [4] 6171/6 6171/25 6188/12
6378/25
charging [6] 6312/6 6343/4 6345/12
6345/12 6387/12 6391/11
chart [44] 6211/12 6214/3 6214/7
6217/17 6224/18 6224/21 6230/25
6233/22 6235/13 6242/22 6242/23
6243/24 6258/14 6258/15 6258/17
6259/3 6259/16 6259/17 6260/25
6261/5 6264/3 6269/8 6270/24 6272/12
6272/12 6272/14 6272/18 6282/22
6301/12 6301/16 6311/2 6316/19
6325/1 6326/13 6327/15 6330/16
6331/3 6333/12 6338/13 6361/17
6361/22 6361/23 6382/16 6385/21
charts [5] 6235/7 6240/8 6262/18
6304/10 6304/11
Chase [1] 6398/1 6399/8
cheap [1] 6249/1
cheaper [4] 6182/17 6250/6 6387/15
6405/2
check [28] 6184/1 6186/16 6187/18
6210/3 6238/23 6243/6 6243/7 6243/11
6243/18 6243/22 6244/4 6249/21
6250/7 6258/19 6260/16 6261/14
6316/11 6316/14 6317/3 6333/10
6339/4 6339/6 6356/5 6356/7 6381/21
6382/11 6398/23 6408/6
check-out [2] 6184/1 6187/18
checking [1] 6245/22
checkout [3] 6157/23 6158/2 6255/19
checks [6] 6226/8 6226/9 6226/12
6226/12 6242/17 6249/20
Chenault [4] 6307/5 6307/17 6390/14
6401/6

Chenault's [2] 6306/15 6398/5
CHESLER [15] 6111/15 6112/6 6202/24
6203/2 6290/5 6293/6 6320/21 6347/2
6349/15 6372/2 6377/14 6390/11
6407/9 6408/8 6409/12
chips [3] 6223/5 6223/8 6223/10
choice [40] 6129/5 6129/6 6129/22
6131/2 6131/22 6132/11 6133/3 6133/7
6133/15 6133/22 6134/6 6134/18
6134/24 6135/4 6135/17 6136/23
6137/3 6137/9 6137/12 6137/18
6140/18 6173/12 6173/14 6173/21
6174/11 6174/18 6174/21 6174/24
6175/7 6175/9 6175/16 6175/21
6180/10 6184/9 6185/13 6185/13
6187/2 6188/23 6250/13 6379/7
choices [4] 6188/22 6238/7 6253/2
6258/11
chokehold [3] 6306/16 6306/18 6306/25
choose [6] 6122/12 6131/3 6141/5
6167/7 6167/14 6184/5 6184/10 6185/7
6185/8 6185/15 6221/15
chooses [1] 6120/10
chop [1] 6329/20
choreography [1] 6377/11
chose [2] 6131/17 6131/19
churn [10] 6370/21 6370/23 6370/23
6371/1 6371/13 6371/15 6372/11
6372/11 6372/13 6373/4
circle [2] 6320/23 6320/24
circumstances [2] 6221/22 6221/24
citation [1] 6233/7
cite [1] 6264/3
citing [1] 6194/17
City [1] 6111/8
claim [5] 6301/16 6313/10 6330/19
6374/7 6388/6
claimed [1] 6374/4
claiming [2] 6225/21 6225/22
claims [4] 6305/4 6360/8 6360/11
6380/8
clarification [2] 6229/8 6253/22
clarify [4] 6189/5 6192/2 6195/15
6350/16
clarifying [1] 6349/13
class [2] 6143/3 6201/6
classes [4] 6117/10 6117/12 6117/15
6118/2
classic [1] 6246/19
clear [21] 6156/17 6174/16 6220/22
6221/17 6222/23 6225/20 6263/23
6264/12 6266/14 6291/9 6305/11
6307/5 6321/24 6337/13 6369/22
6377/22 6379/15 6382/18 6391/13
6391/15 6404/4
cleared [1] 6117/20
clearer [1] 6139/22
clearly [2] 6134/4 6304/7
clerk [1] 6202/16
click [1] 6189/24
clicking [1] 6298/19
clicks [2] 6328/3 6129/2
client [11] 6116/3 6124/20 6167/19
6167/19 6167/23 6184/23 6185/16
6186/1 6377/2 6377/3 6377/4
clients [14] 6114/19 6114/24 6121/17
6142/3 6142/6 6167/4 6167/14 6184/13
6186/4 6186/8 6186/11 6375/19
6375/19 6378/4
clients' [1] 6185/10
climbed [1] 6228/7
climbing [1] 6227/10
close [6] 6139/1 6142/16 6237/10
6260/16 6370/12 6389/6

closed [5] 6142/20 6151/10 6162/23
6181/18 6399/14
closed-loop [1] 6399/14
closely [3] 6123/8 6123/9 6123/20
closer [6] 6120/1 6216/12 6246/23
6289/6 6292/7 6370/2
closest [1] 6198/23
clothing [1] 6230/14
Club [1] 6296/23
co [10] 6326/16 6326/19 6326/20
6328/12 6328/17 6328/18 6328/25
6329/5 6329/9 6394/25
co-brand [10] 6326/16 6326/19 6326/20
6328/12 6328/17 6328/18 6328/25
6329/5 6329/9 6394/25
coherence [1] 6260/23
coheres [1] 6260/24
Colgate [3] 6254/2 6254/3 6254/5
collect [3] 6115/5 6165/25 6247/24
collected [2] 6133/15 6134/4
collection [6] 6114/20 6232/21 6234/21
6252/10 6326/12 6378/22
collects [2] 6247/21 6261/15
college [2] 6117/12 6118/16
colleges [3] 6115/6 6115/6 6117/9
combination [1] 6380/2
combined [1] 6118/10
combining [1] 6250/12
come [38] 6127/19 6127/20 6135/7
6135/19 6141/14 6143/6 6172/2 6175/3
6181/20 6182/6 6183/4 6187/21
6187/23 6210/11 6210/14 6212/15
6219/23 6220/3 6221/25 6224/6
6224/16 6230/12 6232/22 6236/2
6255/25 6286/25 6290/19 6302/2
6303/14 6310/11 6319/16 6326/16
6328/12 6330/2 6354/16 6357/25
6384/22 6387/25
comes [11] 6233/5 6263/21 6273/25
6287/6 6293/25 6310/20 6324/11
6324/21 6329/3 6358/14 6401/8
coming [9] 6184/2 6326/23 6327/25
6330/4 6353/22 6353/23 6353/24
6391/6 6402/6
comment [6] 6230/11 6330/3 6343/5
6399/9
commented [1] 6308/7
commercial [1] 6378/4
commit [1] 6334/11
common [6] 6219/7 6280/8 6295/14
6295/17 6347/24 6384/10
commonly [3] 6347/20 6364/6 6370/22
community [2] 6115/6 6117/12
companies [24] 6166/8 6216/19 6223/8
6281/18 6284/13 6337/9 6351/21
6351/22 6353/3 6358/19 6370/13
6383/5 6385/7 6385/11 6385/13
6385/15 6385/15 6385/25 6386/6
6386/7 6386/19 6391/20 6391/23
6392/1
company [35] 6110/10 6114/5 6114/18
6116/21 6117/2 6117/6 6117/7 6118/3
6118/5 6118/6 6118/11 6118/16 6136/5
6166/6 6210/1 6212/18 6217/6 6234/23
6306/16 6307/3 6307/6 6307/6 6335/15
6350/7 6351/16 6368/7 6378/24 6379/2
6386/10 6386/14 6392/25 6394/19
6395/6 6401/9 6403/13
company's [2] 6217/7 6378/25
comparable [5] 6260/8 6262/14 6307/16
6343/25 6367/14
compare [12] 6132/13 6133/8 6242/16
6311/1 6341/1 6343/24 6356/17 6366/2
6366/25 6367/7 6367/11 6369/12

C

compared [7]  6275/15 6367/20 6372/9
6373/9 6373/17 6373/19 6382/7
comparing [4]  6276/8 6279/6 6333/6
6340/22
comparison [8]  6242/24 6259/19
6271/11 6304/4 6310/10 6367/13
6373/11 6376/11
comparisons [7]  6238/25 6239/6 6243/4
6243/18 6243/20 6271/18 6343/24
compartmentalization [2]  6257/12
6266/16
compartmentalized [1]  6267/7
compartmentalizing [1]  6267/3
compensation [2]  6329/16 6388/18
compete [8]  6125/7 6130/10 6293/13
6294/6 6294/7 6295/24 6308/15
6377/21
competes [1]  6374/21 6394/2
competing [10]  6210/3 6285/11 6305/1
6309/10 6335/15 6352/10 6352/15
6375/18 6376/16 6391/12
competition [55]  6118/2 6204/13 6209/2
6254/17 6292/12 6295/8 6333/3 6333/5
6335/1 6335/19 6351/25 6352/24
6353/11 6354/11 6354/13 6354/21
6356/15 6358/2 6373/7 6374/19 6375/1
6375/3 6380/15 6380/22 6380/23
6381/4 6382/14 6385/12 6387/3
6387/23 6388/13 6389/9 6389/13
6392/6 6393/10 6393/16 6393/19
6393/22 6394/21 6394/25 6395/12
6395/13 6395/15 6395/19 6396/2
6396/2 6396/4 6396/6 6396/9 6396/11
6396/21 6397/3 6397/13 6398/20
6399/12
competitive [51]  6118/7 6130/2 6130/5
6130/8 6130/11 6130/22 6131/22
6132/8 6137/23 6142/1 6173/17
6210/20 6220/17 6293/10 6303/25
6304/3 6304/15 6305/8 6309/1 6310/19
6310/20 6313/6 6333/10 6336/21
6352/7 6353/8 6354/5 6354/16 6355/9
6356/5 6365/24 6367/4 6367/7 6374/12
6380/10 6380/18 6382/10 6383/15
6392/3 6393/7 6393/9 6393/12 6393/14
6395/24 6396/10 6397/10 6397/22
6397/24 6398/2 6398/23 6400/2
competitively [2]  6131/16 6375/23
competitor [1]  6308/1
competitors [12]  6126/19 6186/2 6285/7
6334/22 6352/3 6356/4 6370/25
6372/14 6381/15 6384/2 6385/9
6397/25
compiled [1]  6238/5
complaint [2]  6239/22 6239/22
complete [5]  6165/2 6169/5 6212/12
6213/24 6265/3
completed [1]  6157/10
completely [1]  6134/11
completeness [1]  6176/11
completing [2]  6211/11 6212/5
complex [1]  6341/15
complexity [1]  6341/23
complicated [4]  6291/8 6292/15 6294/13
6342/4
component [4]  6312/1 6324/23 6337/6
6340/6
components [2]  6120/11 6318/24
composition [1]  6296/15
computer [1]  6111/25
computers [1]  6223/6
concentrated [5]  6269/2 6289/9 6328/23

concentrating [1]  6371/20
concept [4]  6217/5 6361/5 6361/7
6364/4
conceptual [1]  6147/1
concern [3]  6318/2 6333/4 6354/23
concerned [6]  6306/7 6315/19 6332/12
6334/19 6342/2 6354/7
concerning [8]  6247/15 6305/5 6306/20
6310/6 6315/9 6336/4 6374/17 6392/21
concerns [1]  6234/14
concession [1]  6404/20
concessions [3]  6377/23 6404/19
6407/12
conclude [5]  6133/25 6223/19 6348/15
6364/18 6373/23
concluded [2]  6304/5 6329/13
concludes [1]  6343/11
conclusion [24]  6211/7 6221/25 6223/2
6223/14 6223/20 6224/2 6224/16
6247/7 6254/18 6256/8 6267/2 6267/6
6276/4 6285/21 6287/6 6301/16
6336/16 6339/22 6339/23 6344/6
6344/22 6373/22 6380/17 6397/13
conclusions [8]  6208/7 6285/17 6297/13
6301/13 6331/19 6380/13 6380/15
6383/14
condition [1]  6282/3
conditions [8]  6143/14 6256/18 6280/12
6280/21 6281/23 6393/9 6393/13
6393/14
conduct [17]  6208/17 6209/11 6209/13
6209/13 6209/20 6209/20 6209/23
6209/24 6210/3 6210/6 6210/8 6210/14
6210/22 6220/23 6304/14 6304/15
6308/25
conducted [2]  6120/3 6215/3
confidential [41]  6138/20 6169/11
6228/20 6231/8 6232/14 6257/24
6259/12 6267/19 6271/15 6272/9
6275/9 6287/19 6289/21 6290/4 6290/5
6293/19 6293/20 6304/10 6314/6
6317/7 6318/16 6323/8 6325/19
6327/14 6332/3 6333/25 6338/22
6341/25 6360/18 6361/19 6362/13
6365/10 6368/7 6369/16 6371/10
6375/25 6376/22 6377/7 6377/25
6385/21 6397/17
confidentiality [3]  6170/5 6175/7
6234/14
confine [1]  6252/3
confined [2]  6228/12 6295/21
confront [3]  6280/22 6281/23 6301/7
confusion [1]  6382/24
connect [1]  6116/10
connected [1]  6345/14
CONNECTICUT [1]  6110/3
connecting [1]  6321/5
connection [10]  6208/7 6218/13 6219/19
6221/11 6238/2 6297/3 6340/11
6360/15 6363/5 6365/9
CONRATH [4]  6110/20 6112/2 6191/14
6409/14
consecutive [2]  6251/7 6256/4
consent [1]  6174/4
consequence [6]  6179/23
consequences [9]  6354/13 6359/11
6402/6 6402/8 6402/10 6402/20
6402/24 6402/24 6403/8
consequential [1]  6385/6
consequently [6]  6256/20 6257/20
6271/8 6274/7 6367/25 6394/23
conservative [1]  6269/5
consider [8]  6126/6 6130/15 6252/6
6291/19 6361/9 6384/20 6385/9

6402/13
considerable [1]  6318/9
considerably [1]  6333/12
consideration [1]  6369/7
considerations [3]  6237/18 6240/25
6351/13
considered [4]  6211/4 6331/18 6332/9
6384/5
considering [1]  6359/16
considers [2]  6335/6 6343/22
consistent [8]  6143/11 6199/12 6226/18
6301/10 6305/21 6318/6 6400/17
6401/15
consistently [1]  6209/17
consists [1]  6207/19
constant [1]  6304/22
constantly [1]  6373/6
constraints [2]  6291/19 6293/11
consumer [51]  6119/16 6121/18
6131/17 6132/6 6137/22 6141/12
6142/2 6142/13 6158/3 6184/2 6212/7
6212/8 6212/10 6212/10 6213/2 6214/1
6214/13 6214/16 6217/25 6218/5
6235/25 6238/7 6244/25 6245/10
6250/13 6254/7 6254/12 6265/24
6266/4 6282/11 6282/17 6310/22
6311/15 6312/16 6313/6 6313/7
6318/13 6318/20 6318/25 6322/7
6322/19 6322/21 6357/22 6362/24
6393/10 6396/12 6396/21 6397/3
6402/11 6402/12 6402/25
consumers [86]  6119/8 6119/11 6119/23
6122/3 6122/12 6123/23 6126/19
6128/22 6130/3 6131/2 6131/23
6133/18 6133/19 6134/1 6134/2
6140/17 6141/3 6141/18 6151/24
6152/5 6157/8 6169/9 6181/1 6181/11
6185/13 6187/17 6204/19 6211/10
6218/5 6227/19 6235/9 6235/10
6238/20 6238/24 6240/4 6240/22
6244/16 6245/15 6246/2 6246/6 6246/6
6246/22 6253/23 6254/12 6254/16
6254/21 6254/23 6254/23 6256/4
6256/11 6262/3 6262/13 6266/23
6266/23 6270/7 6270/10 6271/2
6276/16 6282/18 6292/9 6311/20
6311/21 6311/22 6311/23 6348/10
6348/11 6356/15 6368/11 6369/11
6383/5 6383/7 6383/7 6384/8 6384/15
6384/16 6394/9 6396/12 6396/16
6396/22 6397/4 6400/7 6400/7 6400/8
6400/18 6402/21 6403/5
consumers' [5]  6217/19 6225/10 6247/3
6256/18 6357/22
consummating [1]  6359/12
CONT'D [3]  6167/1 6347/1 6349/14
contact [1]  6357/22
contain [3]  6191/20 6200/1 6404/10
contained [3]  6195/18 6199/13 6199/23
containing [1]  6198/22
contains [3]  6193/3 6193/17 6403/16
contaminated [1]  6317/25
content [1]  6128/10
contention [1]  6258/11
context [47]  6141/2 6174/16 6217/1
6217/8 6220/3 6220/7 6221/9 6221/14
6222/2 6223/11 6239/8 6239/17
6241/10 6241/10 6243/14 6246/4
6252/16 6253/18 6255/9 6257/10
6257/15 6283/16 6283/19 6284/8
6291/20 6308/24 6323/5 6324/1 6336/9
6340/21 6344/16 6347/13 6358/16
6362/6 6363/21 6366/12 6370/20
6374/24 6375/22 6376/16 6378/17

context... [6] 6386/3 6386/3 6386/10
6394/1 6398/15 6403/24
contexts [3] 6244/16 6337/17 6358/18
continuation [1] 6393/6
continue [6] 6136/20 6137/22 6173/22
6286/18 6291/6 6349/2
continued [12] 6166/12 6201/10 6218/25
6263/1 6263/7 6302/11 6303/2 6338/10
6346/6 6348/22 6371/25 6372/1
continuing [4] 6321/17 6355/8 6391/15
6391/17
continuously [2] 6124/17 6205/5
contract [14] 6119/2 6119/4 6357/16
6376/7 6386/15 6387/16 6387/19
6387/22 6388/11 6388/12 6388/23
6389/8 6392/24 6402/4
contracted [2] 6128/16 6130/3
contracts [4] 6337/18 6357/11 6386/6
6386/7
contradictory [1] 6345/2
contrary [2] 6268/22 6313/11
contrasted [1] 6209/22
contributed [1] 6395/24
control [5] 6356/24 6356/24 6357/23
6388/7 6389/23
controls [2] 6249/3 6357/2
controversial [1] 6211/21
controversy [1] 6191/25
convenience [44] 6114/18 6119/21
6120/14 6120/16 6120/17 6120/21
6121/1 6121/6 6121/25 6124/23 6130/4
6130/22 6132/13 6133/3 6133/9
6165/21 6167/10 6171/7 6171/13
6171/14 6171/24 6172/10 6172/23
6173/3 6173/16 6173/18 6173/23
6174/5 6181/8 6188/8 6190/1 6194/9
6238/19 6238/20 6238/21 6239/8
6239/15 6239/23 6240/7 6240/25
6243/15 6243/25 6244/2 6252/9
convenient [3] 6132/10 6187/24 6241/2
convergence [2] 6235/10 6332/25
converging [1] 6366/9
conversation [1] 6398/10
Cooke [3] 6156/14 6157/16 6157/22
copies [3] 6191/20 6196/5 6237/22
copy [5] 6139/22 6169/5 6176/1 6289/25
6351/24
copying [4] 6168/25 6175/24 6190/23
6398/1
core [7] 6356/3 6391/4 6392/20 6392/21
6392/22 6400/9 6400/23
corner [3] 6342/7 6342/15 6390/3
cornerstone [1] 6400/9
corporate [21] 6116/20 6116/23 6312/12
6374/1 6374/5 6374/13 6374/17
6374/19 6374/20 6374/22 6375/5
6375/19 6375/19 6376/17 6377/16
6377/23 6378/17 6379/1 6379/23
6394/17 6394/20
corporation [1] 6391/7
corporation's [1] 6379/17
corporations [1] 6378/22
correct [95] 6112/11 6112/24 6112/25
6120/23 6120/24 6127/22 6127/23
6138/7 6144/6 6151/25 6152/1 6165/18
6165/22 6166/11 6167/9 6168/10
6171/4 6172/11 6175/9 6175/21
6175/22 6178/12 6179/6 6179/11
6180/4 6180/20 6180/21 6181/12
6182/7 6183/12 6184/11 6184/12
6189/13 6193/25 6200/6 6205/14
6211/1 6211/2 6219/10 6235/5 6233/25

6235/14 6236/4 6243/19 6244/7 6244/8
6246/1 6246/25 6248/20 6256/5 6256/6
6261/21 6261/4 6270/8 6270/9
6261/22 6269/21 6270/8 6270/9
6270/12 6270/13 6270/24 6270/25
6272/14 6272/15 6274/24 6274/25
6283/1 6291/17 6291/18 6295/7
6308/22 6309/1 6309/2 6312/12
6312/19 6314/21 6314/24 6315/23
6315/25 6328/7 6328/10 6331/4
6333/15 6335/25 6336/1 6364/11
6372/6 6393/4 6401/23 6403/19
6403/20 6407/16 6407/17
correctly [5] 6168/1 6266/10 6316/6
6320/1 6332/5
correspond [6] 6273/19 6361/6
corresponding [3] 6116/9 6137/23
6271/23
cost [86] 6120/17 6120/18 6120/22
6121/1 6121/2 6121/3 6121/19 6121/22
6123/3 6123/8 6123/10 6123/14
6123/18 6123/22 6123/24 6130/7
6132/4 6132/5 6132/6 6132/7 6132/24
6134/1 6134/3 6134/5 6134/22 6135/9
6135/24 6136/7 6136/19 6140/17
6140/19 6166/2 6181/13 6184/4 6184/7
6187/23 6244/25 6245/10 6247/10
6248/1 6248/4 6248/7 6248/9 6248/10
6248/12 6251/15 6252/4 6252/6
6252/17 6253/7 6253/8 6253/8 6253/9
6253/13 6253/20 6253/23 6253/24
6254/12 6254/24 6254/25 6256/4
6288/1 6288/25 6289/3 6289/4 6289/7
6289/10 6295/5 6298/8 6298/19
6299/24 6310/14 6310/23 6310/25
6311/1 6312/10 6312/17 6313/18
6313/19 6313/22 6313/25 6315/14
6322/16 6322/25 6323/3 6348/8
costly [2] 6248/1 6406/20
costs [42] 6120/19 6120/20 6120/21
6123/20 6126/4 6131/8 6134/8 6137/23
6141/4 6158/2 6247/18 6249/4 6250/3
6253/4 6254/14 6254/16 6254/21
6281/1 6297/24 6298/2 6298/3 6298/5
6298/6 6298/23 6299/1 6299/5 6299/7
6299/10 6299/11 6299/11 6299/14
6300/5 6300/19 6301/3 6301/11
6310/12 6310/18 6310/20 6322/19
6322/22 6348/12 6406/5
could [32] 6118/17 6135/10 6156/19
6167/22 6175/2 6175/3 6177/22 6183/5
6186/14 6208/25 6224/4 6228/20
6254/2 6269/16 6269/23 6279/3 6281/3
6298/18 6298/21 6305/22 6310/5
6339/22 6345/22 6351/16 6387/22
6387/25 6392/9 6395/18 6396/16
6398/18 6406/6 6406/6
couldn't [2] 6112/23 6141/19
counsel [5] 6143/7 6152/23 6167/3
6176/25 6177/15
count [1] 6205/19
counter [3] 6357/18 6359/5 6359/7
counterpart [2] 6255/18 6327/18
counterpoints [3] 6196/12 6196/25
6198/9
countervailing [1] 6360/1
counting [1] 6299/16
counts [3] 6122/14 6268/24 6277/6
county [4] 6115/2 6115/4 6119/5
6186/18
couple [11] 6119/13 6203/12 6211/25
6233/2 6238/3 6265/23 6326/15
6326/17 6327/23 6344/25 6401/19
course [22] 6128/4 6139/13 6175/14

6201/5 6207/5 6246/3 6246/8 6249/15
6249/14 6287/7 6302/23 6303/14 6327/7
6331/18 6359/24 6362/2 6366/19
6371/19 6380/3 6384/22 6387/17
6389/11
court [35] 6110/1 6111/7 6138/4
6142/25 6144/1 6170/4 6188/16
6191/21 6193/3 6193/4 6193/15
6194/10 6215/19 6218/1 6224/9 6225/2
6227/1 6244/25 6246/17 6261/12
6272/17 6284/21 6326/5 6326/25
6333/13 6348/4 6350/11 6355/3
6356/11 6371/12 6383/1 6396/13
6396/15 6407/10 6408/16
Court's [2] 6384/24 6391/6
Courthouse [1] 6110/10
courtroom [16] 6138/5 6138/6 6139/1
6142/17 6142/20 6142/25 6143/10
6143/13 6144/5 6144/8 6144/9 6151/10
6151/12 6162/23 6164/11 6181/18
COVE [1] 6111/21
cover [6] 6120/17 6166/2 6192/15
6194/21 6210/24 6345/21
coverage [6] 6375/20 6376/16 6377/1
covered [5] 6174/4 6208/11 6325/1
6345/6 6347/12
covers [1] 6120/22
CRAIG [2] 6110/20 6112/2
CRAVATH [1] 6111/13
create [8] 6129/25 6131/22 6139/16
6157/23 6214/14 6254/17 6357/4
6399/15
created [8] 6118/16 6129/22 6173/14
6287/25 6351/4 6351/10 6373/14
6389/16
creates [4] 6214/19 6257/5 6383/9
6402/2
creating [4] 6130/10 6213/5 6350/23
6372/22
creation [1] 6351/15
creative [1] 6291/24
credible [1] 6359/6
credit [124] 6117/22 6117/23 6121/8
6121/13 6122/11 6122/21 6122/25
6123/5 6124/7 6124/10 6125/4 6125/25
6126/3 6126/21 6127/9 6128/1 6132/3
6132/11 6132/14 6133/8 6133/9
6133/11 6134/24 6135/4 6137/3 6137/5
6137/8 6142/7 6152/6 6165/21 6166/6
6166/9 6166/9 6169/17 6172/3 6173/7
6173/20 6177/18 6178/11 6178/21
6179/22 6180/7 6180/8 6180/13
6184/24 6185/2 6185/4 6185/10
6185/18 6186/13 6188/7 6188/19
6215/22 6216/21 6216/22 6216/24
6220/18 6224/9 6225/18 6227/8
6227/14 6230/1 6233/24 6236/13
6237/10 6238/23 6242/16 6242/24
6243/1 6244/13 6245/14 6245/18
6245/20 6245/21 6245/21 6245/23
6246/12 6246/16 6246/21 6246/22
6247/15 6247/15 6247/16 6249/19
6259/2 6259/7 6260/18 6264/4 6266/3
6266/4 6273/3 6273/18 6274/13
6274/22 6275/5 6281/1 6285/2 6285/18
6286/11 6287/2 6290/10 6291/5 6291/6
6291/12 6291/12 6291/14 6292/12
6292/14 6292/4 6294/4 6294/7 6294/7
6294/8 6331/15 6332/25 6333/1 6333/4
6333/4 6348/12 6372/10 6372/10
6372/10 6402/16 6404/16
credit/debit [3] 6294/2 6294/4 6294/8
Crest [4] 6254/1 6254/3 6254/5 6255/1
criminal [1] 6202/6

# C

critical [5] 6357/21 6387/24 6398/16
6399/22 6400/12
criticism [1] 6315/3
criticisms [1] 6316/12
criticize [1] 6266/8
cross [12] 6151/14 6152/9 6152/10
6152/16 6164/13 6167/1 6202/10
6233/13 6246/6 6286/25 6349/14
6408/20
cross-consumers [1] 6246/6
cross-examination [8] 6151/14 6152/9
6152/16 6164/13 6167/1 6202/10
6233/13 6349/14
CSR [1] 6111/22
cull [1] 6327/8
current [9] 6116/2 6125/10 6294/13
6332/6 6335/5 6343/19 6367/20 6373/9
6393/2
currently [8] 6116/3 6125/2 6134/18
6134/24 6142/3 6142/6 6189/18
6194/17
curriculum [1] 6203/23
curve [5] 6259/25 6259/25 6260/4
6288/17 6289/6
curves [2] 6260/7 6260/12
customer [16] 6120/10 6125/3 6177/17
6217/12 6298/1 6298/3 6313/1 6351/4
6358/5 6359/1 6359/15 6371/16
6371/20 6374/25 6386/9 6404/1
customer's [1] 6402/14
customers [60] 6125/8 6167/8 6183/25
6185/18 6188/16 6208/20 6213/10
6217/7 6228/9 6228/10 6237/14
6258/11 6266/1 6266/1 6267/17
6267/18 6268/9 6268/10 6269/1 6272/1
6273/3 6273/18 6273/22 6274/14
6281/4 6281/6 6291/5 6292/1 6297/25
6330/12 6351/8 6352/5 6352/21
6352/23 6353/4 6354/6 6354/12
6354/18 6355/11 6355/19 6359/8
6359/9 6360/24 6361/10 6361/13
6370/24 6371/23 6372/14 6373/5
6373/7 6374/23 6385/8 6386/18 6394/3
6394/6 6394/9 6395/6 6395/7 6395/18
6400/20
customers' [1] 6217/10
cut [5] 6144/9 6169/1 6171/11 6321/6
6406/10
cutting [2] 6320/12 6335/6
CV [1] 6110/9
CVS [1] 6255/1
cycle [1] 6403/4

# D

D.C [1] 6110/19
daily [1] 6167/18
damaging [1] 6359/10
dangerous [2] 6209/8 6337/14
dark [1] 6258/18
Dartmouth [1] 6236/25
data [176] 6192/19 6192/20 6192/21
6218/14 6218/15 6218/17 6218/24
6219/12 6219/13 6220/20 6220/24
6224/1 6226/20 6226/21 6227/7
6228/19 6228/21 6229/9 6229/12
6229/23 6231/8 6231/12 6232/21
6232/22 6233/4 6234/10 6234/17
6234/18 6235/12 6236/7 6237/24
6238/1 6238/3 6238/5 6240/21 6241/9
6241/12 6241/13 6242/15 6243/25
6247/2 6247/3 6247/6 6247/21 6249/18
6250/12 6250/23 6251/7 6256/1 6256/7

6257/8 6258/10 6259/4 6259/5 6259/6
6259/8 6259/17 6259/18 6260/6 6261/1
6261/2 6261/2 6261/3 6261/9 6261/9
6261/12 6262/6 6262/12 6262/18
6264/4 6264/24 6265/13 6265/16
6266/15 6266/20 6266/20 6266/22
6266/24 6267/2 6267/5 6267/16 6269/2
6269/6 6269/12 6269/19 6269/25
6269/25 6270/2 6271/3 6271/15 6272/8
6272/9 6272/23 6273/25 6274/9 6275/4
6275/9 6275/13 6275/20 6276/4
6276/13 6276/20 6276/22 6278/4
6278/6 6278/12 6278/19 6279/4
6279/12 6279/16 6279/17 6279/19
6279/21 6280/17 6281/2 6281/11
6281/12 6282/1 6288/4 6288/5
6291/10 6294/18 6310/4 6313/24
6315/7 6317/3 6317/21 6317/24
6317/24 6317/24 6318/2 6323/3
6325/19 6327/3 6327/11 6360/8
6360/10 6360/12 6360/25 6361/17
6362/10 6362/21 6363/5 6363/18
6363/19 6365/6 6365/13 6368/3 6368/7
6369/16 6371/5 6371/6 6371/6 6371/7
6371/11 6372/7 6372/9 6373/4 6373/17
6374/15 6374/16 6374/18 6375/2
6375/9 6375/12 6376/1 6377/18
6377/18 6377/22 6399/16 6405/5
6406/1
database [7] 6262/1 6268/5 6316/4
6317/15 6317/16 6317/19 6360/23
databases [6] 6133/17 6299/17 6316/7
6317/13 6317/14 6360/14 6362/13
6365/7
date [1] 6189/15
day [15] 6112/13 6123/11 6144/2
6183/5 6200/15 6202/9 6265/25
6280/22 6280/22 6281/23 6281/23
6285/7 6296/4 6300/8 6393/2
day-to-day [2] 6280/22 6281/23
de [1] 6368/12
deadline [3] 6119/24 6119/25 6120/1
deal [12] 6175/20 6202/11 6206/22
6252/20 6254/24 6355/2 6359/12
6391/16 6395/24 6402/4 6405/3
6406/10
dealer [1] 6254/25
dealing [5] 6323/15 6356/20 6356/25
6374/25 6407/21
deals [2] 6326/19 6326/20
dealt [1] 6388/21
debit [235] 6122/5 6122/11 6122/12
6122/14 6125/4 6126/21 6128/1
6151/24 6166/5 6169/17 6176/24
6177/2 6177/4 6177/18 6178/12
6178/22 6179/16 6179/19 6179/22
6180/1 6180/9 6180/10 6180/13
6180/16 6180/20 6180/22 6180/22
6180/25 6181/5 6181/10 6181/10
6181/12 6185/3 6185/8 6186/13
6188/19 6216/12 6216/13 6216/14
6216/23 6220/16 6223/21 6224/2
6224/3 6224/10 6225/2 6225/4 6225/5
6225/8 6225/9 6225/10 6225/19 6226/2
6226/5 6226/7 6226/9 6226/19 6227/8
6227/9 6227/13 6227/14 6227/17
6227/19 6227/20 6227/22 6228/2
6228/5 6228/11 6229/2 6229/2 6229/4
6229/25 6230/7 6230/20 6230/21
6231/4 6232/2 6232/9 6232/18 6232/25
6233/1 6233/3 6233/3 6233/23 6233/24
6234/2 6234/2 6234/6 6234/6 6234/7
6234/11 6234/21 6234/25 6235/1

6235/15 6235/19 6235/24 6236/13
6237/9 6238/23 6240/4 6240/13
6242/16 6242/24 6243/1 6243/10
6243/18 6243/21 6244/2 6244/14
6245/19 6245/22 6245/24 6246/23
6247/9 6247/16 6248/4 6248/4 6248/5
6248/7 6248/10 6248/24 6249/4
6250/4 6250/10 6250/15 6250/17
6257/10 6259/2 6259/7 6260/18
6261/18 6261/23 6262/5 6264/4
6264/13 6264/18 6266/3 6266/4 6267/3
6267/8 6268/12 6268/14 6268/18
6268/22 6269/18 6270/4 6270/11
6270/15 6272/4 6273/6 6273/18
6273/22 6274/3 6274/4 6274/5 6274/13
6274/14 6274/22 6275/5 6276/2 6276/6
6276/13 6276/17 6277/17 6283/25
6284/2 6285/7 6285/7 6285/11 6285/18
6286/11 6286/22 6287/3 6287/15
6288/1 6288/6 6288/11 6288/15 6289/1
6289/3 6289/4 6289/7 6289/10 6289/14
6290/11 6290/19 6290/20 6291/17
6292/12 6292/13 6294/2 6294/4 6294/6
6294/7 6294/8 6305/12 6305/14 6331/7
6331/7 6331/8 6331/11 6332/16
6332/19 6332/24 6332/25 6333/1
6333/3 6333/5 6333/7 6333/8 6338/19
6338/20 6348/8 6348/11 6364/17
6364/20 6364/24 6365/17 6365/18
6366/7 6366/23 6367/15 6368/10
6368/17 6369/19 6369/23 6369/24
6372/4 6372/11
debit/credit [1] 6264/4
decades [2] 6206/18 6401/2
December [3] 6169/19 6177/10 6178/8
decide [2] 6131/20 6300/10
decided [3] 6130/10 6136/8 6136/10
decides [1] 6188/1
deciding [1] 6130/16
decision [9] 6167/17 6167/22 6178/11
6185/6 6204/17 6204/18 6204/20
6204/25 6246/15
declaration [2] 6156/14 6157/16
decline [11] 6288/25 6305/21 6306/1
6314/17 6314/19 6316/25 6316/25
6323/17 6323/18 6323/20 6324/8
declined [4] 6136/8 6305/16 6326/6
6370/11
declines [5] 6250/6 6305/23 6306/4
declining [12] 6226/13 6250/5 6316/16
6318/6 6318/11 6366/24 6368/14
6368/15 6369/22 6369/25 6370/1
6370/2
decrease [4] 6249/16 6288/18 6290/11
6348/7
decreased [3] 6287/2 6318/4 6325/11
decreasing [3] 6120/7 6249/11 6366/8
decree [1] 6174/4
deducts [1] 6264/15
deemed [1] 6206/11
default [4] 6300/9 6300/16 6300/19
6300/22
Defendant [2] 6110/10 6111/13
defendant's [15] 6113/3 6156/11 6176/7
6176/22 6191/3 6203/18 6204/7
6207/18 6207/21 6207/24 6208/1
6263/20 6265/15 6276/22 6349/7
Defendants' [1] 6115/25
defense [5] 6113/7 6142/24 6176/4
6200/8 6409/12
defer [1] 6176/9
deferred [6] 6239/23 6244/7 6244/12
6244/23 6246/4 6247/4

D

define [6] 6219/19 6297/7 6297/16
6309/14 6310/18 6364/22
defined [11] 6213/20 6224/8 6277/8
6277/8 6308/21 6309/14 6309/25
6310/19 6331/11 6332/9 6332/22
defines [3] 6213/16 6213/25 6244/14
defining [5] 6208/14 6208/18 6210/24
6213/21 6244/14
definitely [4] 6120/8 6134/1 6134/1
6347/23
definition [19] 6208/24 6209/18 6211/5
6214/7 6214/17 6216/3 6224/14
6236/14 6239/17 6241/4 6244/10
6297/4 6312/7 6313/14 6332/19
6347/17 6348/13 6361/11 6371/22
definitions [1] 6335/2
definitive [1] 6246/16
degree [8] 6232/8 6237/19 6241/5
6284/17 6291/22 6370/6 6396/6
6404/13
degrees [1] 6223/25
delay [1] 6245/3
delays [1] 6158/2
deliver [8] 6131/23 6330/11 6357/7
6384/7 6384/8 6386/21 6400/19
6402/21
delivered [1] 6297/24
delivering [4] 6299/6 6330/12 6373/6
6400/18
delivers [2] 6330/11 6400/8
Delta [3] 6326/17 6330/1 6330/2
demand [7] 6217/2 6217/5 6217/7
6217/7 6220/24 6282/16 6282/17
demands [4] 6217/9 6217/10 6217/18
6217/19
demonstrate [1] 6335/25
demonstrated [1] 6209/20
demonstrates [1] 6209/13
demonstrating [2] 6227/3 6348/1
demonstrative [11] 6112/14 6112/16
6112/20 6129/9 6129/12 6207/14
6207/20 6207/20 6207/22 6207/25
6208/3
demonstratives [1] 6211/13
department [10] 6110/18 6139/8
6140/15 6140/21 6168/21 6176/1
6203/8 6203/13 6230/14 6334/12
depend [3] 6167/11 6324/20 6402/10
dependent [1] 6401/17
depending [2] 6120/15 6167/22
depends [1] 6202/7
depict [8] 6115/18 6229/22 6231/11
6232/20 6234/16 6242/20 6258/4
6376/2
depicted [3] 6234/3 6268/8 6306/1
depicting [2] 6141/9 6141/10
deposed [1] 6177/10
deposit [1] 6264/20
deposition [5] 6152/25 6175/3 6177/16
6178/3 6179/5
depositions [1] 6283/6
depth [1] 6134/13
Derbin [2] 6288/6 6288/7
derived [7] 6217/2 6217/5 6217/9
6217/19 6271/24 6282/17 6307/19
derives [1] 6374/4
describe [12] 6116/22 6184/16 6229/22
6247/11 6247/13 6272/12 6272/17
6344/12 6363/13 6371/12 6383/1
6386/1
described [6] 6165/14 6174/13 6182/15
6188/15 6370/22 6382/25

describing [1] 6197/3
description [3] 6160/24 6248/22 6379/15
designate [1] 6286/13
desire [2] 6130/21 6161/16
despite [1] 6246/11
destructive [1] 6183/8
detail [5] 6188/15 6191/23 6194/15
6224/6 6254/24
details [2] 6392/19
detect [1] 6257/6
determination [2] 6241/3 6294/18
determine [8] 6157/7 6208/24 6210/8
6220/6 6228/14 6251/16 6252/11
6270/3 6271/2 6288/6 6300/21 6312/3
6393/15 6393/16
determined [3] 6218/4 6252/24 6277/9
determines [1] 6369/7
determining [1] 6267/20
develop [4] 6135/9 6135/24 6350/24
6352/10
developed [7] 6117/13 6117/21 6129/5
6130/7 6350/20 6358/15 6358/18
development [4] 6142/10 6225/23
6225/25 6258/5
deviate [1] 6286/22
devising [1] 6285/10
diagram [2] 6249/2 6319/4
diary [1] 6363/16
dictated [1] 6379/7
did [150] 6117/5 6118/3 6129/20
6130/12 6130/15 6130/17 6131/4
6131/13 6131/20 6132/13 6132/16
6132/18 6132/19 6132/21 6133/3
6133/7 6133/11 6133/13 6133/17
6133/19 6133/22 6133/24 6133/25
6135/2 6135/7 6135/19 6136/1 6141/13
6172/22 6174/22 6175/8 6193/21
6207/10 6211/14 6211/17 6216/2
6218/13 6219/15 6219/18 6221/10
6221/12 6223/18 6223/18 6226/4
6228/8 6232/10 6234/1 6234/10
6234/12 6239/7 6239/9 6240/18
6241/23 6243/14 6243/16 6244/9
6244/11 6248/8 6249/18 6249/21
6251/12 6265/4 6268/25 6269/22
6271/10 6271/11 6271/13 6272/7
6274/12 6274/14 6275/3 6275/7
6277/12 6278/5 6278/12 6278/13
6284/2 6285/24 6286/7 6286/22
6286/25 6287/6 6290/19 6293/17
6293/18 6296/13 6306/15 6312/25
6313/1 6313/17 6313/18 6313/18
6314/4 6316/10 6317/13 6317/18
6318/12 6318/14 6320/24 6321/5
6321/23 6321/25 6322/14 6323/4
6323/6 6325/5 6325/6 6325/10 6325/15
6326/21 6327/12 6328/3 6329/5 6338/2
6338/10 6339/8 6341/21 6341/24
6342/21 6343/5 6343/7 6348/7 6350/16
6363/5 6365/1 6365/3 6365/5 6366/12
6366/14 6366/25 6367/2 6368/3 6368/5
6369/12 6369/14 6369/15 6369/17
6370/16 6371/1 6371/4 6371/5 6373/10
6373/11 6373/18 6375/2 6375/9
6375/11 6387/17 6398/5 6398/8
didn't [28] 6118/15 6118/17 6126/17
6130/24 6167/25 6188/5 6205/19
6219/20 6219/22 6221/14 6224/3
6249/11 6250/15 6264/25 6270/17
6282/5 6286/24 6290/11 6292/11
6298/25 6299/1 6304/19 6328/15
6334/11 6341/13 6342/12 6382/20
6386/16
died [1] 6296/2

differ [4] 6133/4 6185/1 6361/21
6382/21
differed [1] 6240/20
difference [25] 6173/23 6226/20
6231/18 6240/10 6243/13 6271/1
6300/2 6327/22 6328/1 6328/13
6328/13 6328/17 6328/22 6328/22
6331/8 6331/25 6355/6 6357/21
6361/24 6372/22 6388/7 6388/8 6402/7
6404/21 6407/11
differences [6] 6256/20 6295/5 6327/24
6328/20 6391/2 6392/19
different [102] 6117/10 6119/10 6123/17
6126/23 6127/7 6129/7 6141/4 6142/7
6142/7 6142/11 6173/16 6173/18
6178/20 6181/17 6184/1 6184/22
6184/23 6185/10 6185/14 6186/14
6204/12 6212/12 6215/16 6215/17
6224/16 6229/2 6230/12 6231/17
6232/23 6232/23 6237/15 6238/18
6241/10 6244/18 6247/22 6247/24
6247/25 6251/5 6253/4 6253/8 6253/14
6255/11 6255/20 6256/13 6256/14
6257/17 6257/18 6257/19 6258/7
6258/8 6258/21 6258/24 6258/24
6258/25 6259/18 6259/20 6260/9
6260/9 6267/21 6273/2 6277/16 6278/7
6278/22 6279/13 6280/15 6280/16
6280/24 6284/2 6294/24 6297/23
6297/24 6297/24 6297/25 6298/9
6299/19 6299/20 6310/14 6310/14
6310/15 6310/16 6318/1 6318/5
6329/11 6329/12 6331/3 6340/13
6341/18 6348/10 6348/12 6349/16
6354/17 6360/25 6362/17 6378/20
6379/1 6382/4 6382/17 6386/12
6386/14 6391/11 6402/23 6404/16
differential [3] 6274/6 6340/18 6395/17
differentially [1] 6185/9
differentials [1] 6392/21
differentiate [4] 6355/13 6355/18
6381/15 6382/7
differentiated [15] 6131/1 6141/12
6215/24 6260/21 6340/20 6356/4
6381/1 6381/9 6381/18 6397/6 6397/9
6397/14 6398/15 6398/19 6399/23
differentiates [2] 6244/17 6381/22
differentiating [2] 6355/10 6355/11
differentiation [7] 6241/6 6241/8 6340/10
6340/22 6381/7 6381/22 6381/24
differentiator [1] 6244/23
differing [2] 6301/3 6301/4
difficult [9] 6117/13 6136/2 6136/3
6136/4 6137/21 6174/13 6259/21
6292/4 6341/19
difficulty [2] 6375/15 6406/13
dig [1] 6226/22
diligently [1] 6404/1
dimension [6] 6243/2 6243/10 6243/22
6244/3 6244/9 6394/22
dimensions [9] 6240/5 6240/17 6240/23
6241/17 6242/21 6247/25 6248/1
6253/1 6395/5
Diner's [1] 6296/23
dinner [1] 6377/2
dipping [1] 6288/20
direct [20] 6113/25 6119/14 6141/3
6164/4 6170/17 6185/25 6203/1 6247/3
6263/6 6286/25 6289/15 6303/2 6308/6
6347/1 6352/23 6356/13 6358/2 6372/1
6394/6 6408/12
directed [6] 6251/25 6252/1
direction [6] 6116/20 6290/22 6291/2
6304/24 6319/14 6352/22

**D**

directly [25] 6119/4 6127/19 6127/20
6130/10 6187/8 6208/25 6209/21
6255/15 6262/7 6266/21 6268/23
6282/20 6299/12 6345/16 6352/15
6352/21 6353/4 6357/1 6374/24
6374/24 6374/25 6385/6 6387/2 6394/9
6394/10
disadvantages [2] 6375/18 6375/23
disagree [1] 6216/6
disagreement [4] 6192/4 6251/1 6256/1
6256/7
disappointed [1] 6402/25
discipline [2] 6204/8 6347/19
discount [25] 6136/22 6136/24 6284/16
6323/12 6323/23 6324/6 6325/7 6325/9
6325/10 6325/14 6326/23 6327/16
6327/19 6327/20 6327/21 6328/5
6328/14 6328/16 6339/14 6339/16
6340/7 6342/8 6342/8 6343/2 6405/14
discounts [2] 6140/18 6261/19
Discover [35] 6116/8 6121/11 6121/12
6121/22 6124/12 6170/7 6173/19
6216/13 6338/13 6338/24 6339/7
6339/9 6339/12 6339/17 6339/19
6342/9 6367/1 6367/8 6367/9 6367/11
6367/15 6367/19 6370/5 6372/10
6373/18 6373/20 6373/23 6381/18
6381/22 6381/23 6382/1 6382/2 6382/5
6391/20 6394/20
Discover's [3] 6338/18 6341/7 6370/10
discovered [3] 6117/16 6341/5 6342/24
discovery [4] 6117/21 6229/24 6261/8
6363/20
discrepancy [1] 6334/4
discriminate [1] 6348/5
discriminating [2] 6133/1 6348/14
discrimination [34] 6130/25 6137/15
6141/19 6141/25 6209/1 6297/3 6297/7
6297/12 6297/16 6297/21 6297/22
6298/10 6298/24 6299/21 6301/2
6310/13 6336/10 6347/3 6347/5 6347/8
6347/12 6347/16 6347/17 6347/20
6347/24 6347/25 6348/14 6353/15
6385/11 6385/16 6385/18 6385/19
6386/2 6407/22
discuss [3] 6191/22 6200/14 6226/1
discussed [10] 6141/25 6216/1 6216/17
6234/19 6239/19 6239/24 6282/13
6292/21 6337/3 6359/13
discussing [3] 6309/17 6356/23 6397/1
discussion [14] 6139/9 6141/13 6141/15
6220/3 6222/20 6276/16 6287/24
6292/19 6301/21 6303/8 6320/5
6328/12 6347/13 6380/19
discussions [1] 6141/18
display [1] 6228/21
displayed [4] 6174/2 6238/10 6327/10
6350/2
disproves [1] 6268/23
dispute [3] 6318/3 6390/17 6390/21
dissatisfaction [1] 6158/3
distinction [7] 6216/18 6216/20 6216/22
6255/6 6255/22 6302/1 6383/25
distinguish [2] 6210/15 6244/13
distinguishes [3] 6336/22 6383/24
6392/16
distribution [1] 6307/19
distributions [3] 6241/21 6259/19
6260/18
DISTRICT [3] 6110/1 6110/1 6110/14
divest [1] 6220/15
divide [3] 6204/23 6273/11 6310/23

divided [2] 6240/8 6273/5
dividing [2] 6376/3 6376/4
DIVISION [1] 6110/2
divisions [3] 6299/19 6329/11 6329/11
do [261] 6112/9 6113/2 6114/7 6114/15
6114/16 6115/18 6118/18 6119/2
6119/9 6119/23 6121/9 6121/10
6121/24 6122/2 6122/4 6122/6 6122/7
6122/9 6122/23 6122/24 6123/3 6123/8
6123/17 6123/19 6123/20 6124/10
6124/23 6124/24 6125/9 6125/10
6126/6 6126/10 6126/18 6128/9
6128/19 6130/24 6131/14 6131/20
6132/10 6134/20 6135/4 6136/3
6140/12 6140/23 6140/24 6141/7
6142/4 6144/17 6151/16 6151/18
6151/20 6152/5 6152/10 6156/24
6157/2 6157/20 6164/13 6167/14
6171/5 6177/19 6178/16 6180/18
6182/6 6184/15 6185/1 6185/6 6186/12
6186/22 6187/19 6188/2 6188/7
6188/11 6189/5 6190/15 6193/11
6197/7 6199/20 6200/14 6200/18
6202/6 6203/7 6203/19 6203/20
6206/19 6206/21 6208/5 6209/6
6209/10 6211/18 6213/3 6213/17
6213/18 6213/25 6214/1 6215/6 6215/8
6216/16 6220/13 6220/21 6221/15
6223/22 6224/3 6225/15 6226/10
6226/14 6235/3 6236/15 6238/13
6238/14 6241/23 6241/24 6242/8
6243/11 6243/11 6243/25 6244/12
6244/16 6245/15 6245/24 6247/13
6248/11 6250/22 6251/15 6251/23
6252/25 6253/25 6254/5 6254/9
6254/21 6254/24 6255/18 6261/12
6261/14 6264/10 6264/12 6264/17
6264/19 6264/23 6265/19 6265/21
6271/11 6272/3 6274/7 6275/1 6275/2
6275/4 6275/22 6276/12 6279/3
6279/12 6281/14 6285/21 6286/15
6288/3 6289/2 6295/2 6295/3 6297/11
6297/14 6297/21 6298/16 6301/5
6301/10 6301/24 6301/25 6302/16
6303/12 6304/1 6305/25 6308/7 6308/8
6308/9 6309/14 6311/2 6311/3 6311/8
6311/9 6313/14 6315/2 6315/4 6315/12
6316/11 6322/9 6322/9 6322/11 6324/2
6324/3 6326/8 6326/22 6326/24
6329/11 6329/21 6330/5 6330/7
6334/22 6335/19 6340/23 6341/19
6341/19 6341/20 6344/22 6345/24
6346/3 6347/6 6347/15 6347/17 6349/6
6350/1 6350/12 6351/17 6354/18
6355/23 6357/13 6358/10 6358/25
6359/12 6363/17 6364/1 6366/10
6366/11 6367/19 6367/20 6372/7
6374/7 6374/19 6379/13 6382/3
6382/21 6383/20 6385/2 6385/3
6385/11 6391/14 6391/18 6392/1
6392/4 6392/12 6393/12 6393/18
6395/12 6396/17 6396/18 6398/3
6401/4 6402/6 6402/16 6402/18 6405/4
6406/8 6406/11 6406/13 6406/17
6406/20 6407/18 6407/20 6407/23
6407/25 6408/1 6408/12 6408/17
6409/7
document [38] 6128/10 6138/1 6138/10
6138/15 6138/22 6139/3 6139/4
6139/13 6140/2 6140/10 6149/22
6168/20 6168/24 6169/8 6169/10
6169/11 6169/15 6169/22 6175/24
6178/15 6178/18 6179/17 6189/4
6190/20 6190/23 6195/20 6196/20

6199/12 6203/17 6233/8 6287/20
6289/19 6289/21 6290/3 6390/4 6390/9
6380/15 6401/4
documentary [2] 6283/10 6283/14
documents [39] 6113/2 6139/17 6152/24
6180/15 6191/16 6191/17 6191/18
6191/20 6191/23 6191/25 6192/3
6192/7 6192/9 6192/10 6192/17
6192/19 6193/9 6193/20 6193/22
6193/23 6194/5 6194/16 6194/18
6195/17 6199/23 6200/1 6207/4 6207/5
6233/10 6233/15 6233/16 6282/25
6283/7 6284/19 6285/3 6307/5 6308/14
6308/14 6401/15
does [127] 6114/12 6118/12 6118/22
6119/2 6120/16 6121/8 6121/13 6122/5
6122/21 6124/5 6124/6 6124/7 6125/3
6125/7 6134/18 6134/21 6140/25
6142/3 6142/6 6144/25 6145/7 6147/12
6149/2 6183/24 6183/25 6184/8
6184/13 6190/21 6208/6 6208/9 6210/4
6210/9 6214/12 6214/14 6215/12
6216/25 6217/4 6227/1 6228/1 6228/17
6229/4 6231/11 6232/19 6234/15
6240/2 6241/2 6242/20 6243/17 6247/2
6247/6 6247/8 6254/17 6254/18 6258/4
6259/15 6267/14 6271/16 6272/3
6274/11 6275/11 6276/26 6277/1
6278/15 6278/20 6283/10 6283/11
6287/21 6288/18 6288/18 6292/3
6293/22 6296/14 6305/9 6307/23
6314/8 6316/23 6317/10 6317/17
6318/19 6323/10 6324/4 6325/21
6327/15 6328/19 6331/6 6333/20
6334/9 6334/11 6335/25 6336/25
6337/1 6338/16 6339/1 6339/19
6340/10 6341/1 6344/17 6348/5 6358/9
6361/21 6362/15 6365/11 6365/11
6366/16 6367/9 6367/10 6368/8
6368/23 6369/3 6373/20 6376/2 6378/1
6378/11 6378/11 6378/14 6378/19
6379/21 6379/25 6380/1 6386/1
6388/14 6391/2 6395/20 6402/19
6403/21 6404/23 6405/25
doesn't [35] 6118/13 6196/22 6197/19
6220/1 6220/11 6221/1 6227/21
6229/10 6247/5 6252/13 6254/14
6279/18 6293/13 6329/19 6331/9
6332/22 6332/24 6339/9 6350/21
6350/22 6356/24 6359/24 6360/1
6364/20 6373/24 6375/20 6379/16
6379/19 6379/24 6388/6 6391/14
6391/22 6405/11 6406/12 6409/8
dog [1] 6115/3
doing [45] 6131/13 6213/4 6215/23
6218/1 6219/11 6243/4 6248/3 6248/23
6251/8 6265/17 6269/24 6275/14
6276/8 6277/7 6278/7 6278/8 6278/9
6283/13 6287/23 6297/17 6298/14
6304/5 6307/14 6311/4 6311/10
6311/13 6312/25 6313/14 6313/22
6318/5 6320/10 6335/20 6342/16
6351/22 6351/24 6353/5 6354/7
6364/14 6364/15 6378/23 6389/6
6390/5 6391/7 6391/13 6392/6
DOJ [2] 6239/22 6282/10
DOJ's [1] 6398/19
dollar [9] 6118/24 6125/15 6125/18
6125/21 6252/14 6247/4 6319/3 6319/3
6378/5
dollars [8] 6125/18 6230/23 6231/3
6268/25 6313/4 6313/4 6313/5 6313/8
dominance [4] 6355/17 6355/17 6381/7
6381/8

dominant [1] 6209/15
don't [124] 6121/15 6123/14 6142/8
6151/9 6164/4 6164/14 6165/23 6166/1
6168/17 6170/20 6171/10 6172/15
6174/6 6174/7 6174/8 6175/6 6181/17
6184/9 6184/10 6186/11 6192/3
6194/14 6198/5 6199/4 6211/20 6216/6
6218/17 6220/10 6220/20 6224/1
6224/21 6226/11 6229/19 6231/10
6234/14 6235/20 6235/23 6236/13
6237/21 6248/22 6250/24 6252/14
6259/3 6265/5 6265/6 6270/15 6274/18
6276/17 6280/20 6281/6 6281/25
6284/17 6285/22 6286/13 6288/25
6289/20 6290/2 6290/14 6292/17
6292/19 6295/20 6299/3 6299/23
6300/9 6301/19 6303/6 6303/23
6308/12 6315/9 6318/21 6318/22
6320/17 6321/8 6322/5 6322/13
6328/20 6334/8 6334/18 6335/2
6336/18 6336/21 6337/17 6341/19
6344/23 6345/5 6345/10 6345/16
6345/16 6345/17 6345/17 6345/24
6347/9 6348/10 6350/21 6350/22
6351/23 6354/13 6354/25 6355/6
6355/12 6356/7 6358/4 6359/4 6364/18
6364/19 6365/2 6368/7 6372/20 6374/8
6379/24 6380/14 6386/13 6386/24
6388/23 6389/1 6389/15 6390/17
6390/20 6399/24 6402/19 6405/8
6406/1 6406/25 6408/23
DONALD [2] 6111/21 6112/7
done [19] 6162/22 6208/7 6215/14
6221/5 6245/23 6269/23 6270/7
6270/22 6300/4 6300/20 6301/5
6313/13 6315/19 6349/5 6358/18
6360/2 6374/15 6403/22 6408/24
door [1] 6337/16
dotted [1] 6328/4
double [4] 6134/16 6306/16 6306/18
6306/25
doubles [1] 6249/9
doubt [1] 6340/12
Douglas [2] 6202/13 6202/21
down [34] 6137/22 6137/23 6144/21
6157/22 6169/23 6170/8 6191/13
6197/18 6219/23 6290/11 6290/19
6291/3 6296/20 6324/11 6324/21
6326/1 6326/3 6326/14 6326/23 6327/5
6329/3 6330/4 6335/21 6337/10
6337/23 6337/25 6338/5 6338/7
6338/10 6354/9 6354/10 6359/20
6362/22 6408/25
downside [1] 6359/23
downstream [2] 6384/4 6384/7
downward [1] 6319/14
dozen [2] 6356/6 6397/9
Dr [37] 6226/6 6226/17 6257/7 6263/9
6263/25 6265/13 6266/8 6266/16
6270/22 6271/2 6271/5 6271/23 6272/7
6272/12 6272/15 6272/23 6273/10
6273/21 6273/23 6274/12 6285/17
6285/24 6286/3 6286/9 6286/19 6287/5
6288/1 6289/15 6290/9 6290/17
6293/12 6294/15 6295/16 6299/15
6355/23 6374/3 6380/7
Dr. [50] 6203/5 6214/9 6214/17 6216/5
6218/23 6219/5 6220/10 6250/22
6251/2 6257/16 6258/6 6262/6 6262/7
6262/15 6305/5 6308/6 6308/13
6310/13 6312/14 6313/10 6314/25
6315/6 6316/1 6316/13 6316/21

6317/17 6318/2 6322/1 6322/9 6327/12
6327/15 6328/5 6328/15 6335/9 6339/8
6340/3 6340/9 6343/9 6344/9 6345/1
6345/3 6345/10 6347/6 6348/13
6350/17 6352/19 6358/13 6360/1
6367/24 6369/6
Dr. Bernheim [1] 6203/5
Dr. Katz [32] 6214/9 6216/5 6219/5
6220/10 6250/22 6251/2 6257/16
6258/6 6262/15 6305/5 6308/13
6312/14 6314/25 6315/6 6316/1
6316/13 6316/21 6317/17 6322/1
6322/9 6327/12 6327/15 6335/9 6339/8
6340/2 6344/9 6345/3 6350/17 6352/19
6358/13 6367/24 6369/6
Dr. Katz's [17] 6214/17 6218/23 6262/6
6262/7 6308/6 6310/13 6313/10 6318/2
6328/5 6328/15 6339/12 6343/9 6345/1
6345/10 6347/6 6348/13 6360/1
draconian [2] 6379/20
dramatic [9] 6225/22 6225/24 6227/6
6227/16 6230/20 6280/17 6283/23
6321/19 6323/18
dramatically [2] 6279/1 6279/18
draw [2] 6247/6 6329/12
drink [2] 6221/23 6221/24
drinking [2] 6221/23 6221/25
drive [2] 6137/22 6137/22
driven [4] 6277/14 6282/7 6282/8
6289/16
drives [2] 6253/2 6328/22
driving [2] 6179/25 6213/12
drop [2] 6388/2 6407/23
dropping [1] 6286/14
drug [3] 6350/20 6350/23 6350/25
dry [1] 6381/5
due [10] 6112/23 6126/14 6128/15
6128/15 6166/1 6302/2 6303/14 6355/5
6369/23 6369/24
duly [2] 6113/14 6202/18
duplicate [1] 6134/9
duplicating [2] 6399/9 6399/10
durability [1] 6373/2
durable [1] 6373/5
Durbin [35] 6139/9 6144/16 6179/15
6179/19 6180/6 6180/8 6180/23 6181/1
6181/5 6181/11 6285/15 6285/16
6285/18 6285/19 6286/10 6286/12
6286/22 6287/2 6287/6 6287/11
6287/16 6287/24 6287/25 6288/9
6288/11 6288/19 6288/21 6289/3
6289/7 6289/8 6289/12 6290/12
6290/25 6348/6 6348/7
during [25] 6112/14 6117/16 6127/4
6170/16 6174/14 6177/16 6247/23
6270/11 6304/7 6306/9 6306/13
6306/17 6308/15 6325/9 6326/7 6327/2
6338/1 6338/5 6338/8 6338/14 6339/5
6339/12 6354/1 6380/3 6381/25
dwell [1] 6374/11
DX [14] 6115/8 6115/21 6115/24 6116/1
6168/17 6175/24 6176/5 6176/8
6176/20 6178/14 6189/10 6190/6
6190/21 6191/2
dynamic [4] 6225/13 6291/23 6294/21
6393/11

E

e-mail [2] 6197/14 6197/20
each [30] 6118/22 6125/21 6206/19
6229/21 6230/5 6231/13 6231/14
6231/16 6232/24 6238/21 6238/22
6240/5 6240/24 6240/24 6243/6
6247/22 6268/7 6275/14 6276/9 6277/9

6278/23 6279/14 6305/6 6311/14
6318/12 6319/18 6340/25 6358/19
6362/22 6384/4
earlier [35] 6136/15 6151/23 6179/3
6179/17 6179/25 6180/16 6185/20
6188/11 6192/23 6194/13 6199/25
6200/2 6230/5 6236/2 6236/23 6237/23
6244/5 6248/21 6260/25 6264/24
6274/22 6277/2 6282/14 6317/22
6320/14 6330/3 6337/21 6349/6
6349/11 6362/11 6362/22 6384/23
6393/16 6396/13 6400/14
early [10] 6117/8 6117/11 6141/11
6174/23 6202/6 6304/6 6305/16
6323/14 6331/3 6331/10
earn [2] 6350/8 6352/5
earned [2] 6312/10 6373/6
easier [4] 6117/25 6237/15 6237/15
6304/4
easiest [1] 6259/4
easily [3] 6298/18 6299/14 6361/15
East [1] 6111/23
EASTERN [1] 6110/1
easy [5] 6127/8 6141/3 6239/3 6259/19
6379/14
economic [20] 6204/16 6204/20 6300/3
6314/12 6314/22 6315/21 6316/12
6316/16 6317/20 6318/4 6318/10
6322/23 6323/18 6330/21 6350/14
6351/22 6353/14 6364/7 6393/17
6404/5
economically [1] 6310/24
economics [19] 6132/8 6135/10 6142/13
6203/8 6203/9 6203/13 6204/8 6204/16
6204/23 6205/24 6206/8 6206/9 6206/9
6206/12 6236/15 6239/5 6322/14
6347/19 6383/24
economist [6] 6206/20 6220/3 6283/15
6284/7 6382/12 6396/1
economists [12] 6208/13 6210/1 6217/5
6218/9 6219/7 6236/6 6253/25 6306/7
6348/2 6351/2 6384/17 6392/3
economy [2] 6205/1
ed [1] 6119/6
edge [1] 6373/20
Edmonds [1] 6203/9
education [2] 6118/9 6165/17
Edward [1] 6203/9
effect [23] 6137/19 6172/19 6210/22
6257/6 6272/25 6273/12 6282/7 6282/7
6289/9 6292/4 6296/9 6316/11 6323/23
6324/16 6328/21 6353/19 6379/19
6380/21 6395/16 6396/15 6399/3
6399/6 6402/3
effective [16] 6381/13
effectively [4] 6309/11 6355/13 6377/5
6381/19
effects [23] 6209/1 6210/20 6220/6
6288/11 6306/8 6320/6 6325/4 6332/12
6354/5 6354/14 6380/10 6380/18
6382/19 6383/2 6383/10 6383/12
6383/15 6393/2 6393/7 6396/10 6400/2
6403/6 6403/7
efficient [6] 6406/8 6406/17 6406/19
efficiently [1] 6136/6
effort [6] 6216/3 6308/10 6355/2 6371/1
6387/9 6387/18
efforts [6] 6174/24 6219/19 6352/3
6353/12
eight [6] 6205/20 6270/5 6275/12
6306/11 6360/25 6362/20
Eighth [1] 6111/14
either [13] 6123/9 6127/17 6164/4
6174/8 6186/14 6232/25 6241/1

**E**

either... [6] 6268/17 6310/9 6318/23
 6319/8 6322/10 6385/18
elaborate [3] 6283/17 6310/5 6380/20
elasticities [2] 6220/5 6220/24
elected [1] 6206/5
electronic [3] 6118/14 6165/16 6263/21
electronics [1] 6226/15
electrons [1] 6213/24
element [4] 6210/10 6210/24 6244/24
 6247/4
elements [1] 6380/2
eligibility [1] 6156/25
eliminate [1] 6389/16
eliminated [1] 6380/22
eliminates [2] 6387/23 6389/8
eliminating [1] 6389/12
else [6] 6183/17 6189/3 6191/4
 6197/18 6197/21 6199/20 6236/1
 6253/12 6253/24 6254/9 6266/19
 6277/20 6322/25 6379/13 6409/11
 6409/12
else's [1] 6308/12
embedded [3] 6198/22 6198/25 6223/4
emerge [2] 6214/12 6366/22
emerges [3] 6214/11 6214/13 6214/14
emerging [2] 6285/5 6291/23
emphasize [4] 6215/21 6291/22 6318/21
 6358/14
emphasized [3] 6274/22 6309/18 6401/1
empirical [3] 6237/24 6238/1 6261/2
employ [1] 6219/18
employed [2] 6203/5 6203/6
employees [2] 6379/6 6379/17
employer [2] 6114/5 6378/25
employing [1] 6219/14
employs [1] 6394/5
en [1] 6194/9
enable [8] 6355/22 6385/12 6386/3
 6396/11 6396/20 6397/2 6399/20
 6400/2
enabled [3] 6381/3 6385/9 6400/10
enables [2] 6356/1 6385/1
enabling [1] 6387/2
encourage [2] 6172/9 6292/12
end [14] 6119/25 6123/12 6123/15
 6164/16 6188/3 6190/4 6227/10 6230/4
 6263/18 6370/13 6377/3 6382/11
 6384/13 6388/15
ending [5] 6140/11 6169/23 6170/21
 6178/19 6198/21
endowed [1] 6203/8
ends [2] 6300/15 6324/11
engaged [3] 6335/3 6352/15
engages [1] 6347/8
engaging [1] 6404/2
engines [1] 6127/5
enhance [1] 6213/10
enhancing [1] 6304/18
enormous [1] 6397/10
enough [3] 6136/20 6224/1 6340/9
ensure [1] 6399/22
ensuring [1] 6400/6
enter [1] 6182/22
entered [3] 6135/8 6135/23 6190/20
entering [3] 6180/10 6182/13 6388/11
entertainment [4] 6234/11 6295/10
 6296/1 6296/1
entire [3] 6179/4 6329/8 6329/17
entirely [3] 6192/6 6226/12 6226/18
entirety [1] 6207/11
entities [4] 6116/9 6119/10 6165/16
 6165/20

entitled [4] 6215/10 6244/23 6247/9
 6363/9
entity [3] 6119/4 6125/25 6388/6
entry [11] 6225/3 6237/24 6245/1
 6245/14 6246/10 6332/5 6332/15
 6350/6 6352/14 6358/3 6393/13
envision [1] 6220/12
EPOS [2] 6118/10 6118/12
equal [4] 6227/15 6260/3 6260/5
 6307/15
equation [2] 6360/3 6368/18
equilibrium [2] 6292/5 6396/15
ERIC [2] 6111/20 6152/19
errors [1] 6257/1
escape [1] 6298/13
escaped [1] 6296/23
especially [2] 6126/13 6127/3
essence [2] 6351/24 6392/5
essential [5] 6210/18 6210/21 6215/22
 6400/5 6400/21
essentially [33] 6117/14 6117/23 6131/7
 6134/9 6135/20 6136/8 6152/3 6165/15
 6166/1 6166/8 6187/5 6187/19 6209/25
 6213/23 6218/7 6222/6 6238/16
 6238/25 6243/10 6243/21 6244/1
 6245/22 6249/9 6250/8 6256/8 6257/7
 6272/15 6311/2 6353/8 6381/5 6382/2
 6391/1 6392/25
establish [2] 6297/22 6308/10
establishes [1] 6225/18
estate [4] 6387/4 6387/5 6387/6
 6388/22
estimate [1] 6408/21
estimates [4] 6220/4 6220/9 6220/21
 6222/17
et [4] 6110/10 6114/21 6119/16 6139/6
ETHAN [1] 6110/21
evaluate [9] 6224/1 6226/2 6302/10
 6303/22 6304/1 6310/25 6365/24
 6385/10 6393/18
evaluated [3] 6284/7 6360/11 6393/8
evaluating [1] 6283/14
evaluation [3] 6225/15 6362/7 6369/3
evaluations [2] 6219/24 6284/5
EVAN [2] 6111/15 6112/6
even [31] 6119/18 6127/20 6168/4
 6197/13 6228/4 6228/10 6230/18
 6245/4 6246/7 6246/21 6253/6 6259/18
 6261/17 6269/1 6272/5 6310/17
 6324/10 6326/23 6332/16 6332/21
 6333/8 6339/8 6348/12 6351/16
 6364/15 6364/17 6369/1 6382/1 6388/6
 6388/6 6391/18
evening [1] 6193/5
evenly [1] 6296/19
event [5] 6210/12 6245/3 6343/20
 6390/10 6402/24
events [2] 6280/10 6285/19
ever [1] 6400/24
every [14] 6121/14 6179/25 6183/2
 6263/16 6265/24 6285/7 6296/4 6300/8
 6324/19 6339/16 6339/17 6348/15
 6363/15 6363/18
everyone [3] 6262/24 6292/13 6353/17
everything [5] 6298/15 6322/20 6353/25
 6379/18 6389/2
everywhere [1] 6299/7
evidence [105] 6115/22 6115/24
 6115/25 6129/9 6129/11 6129/13
 6139/20 6139/24 6139/25 6150/17
 6150/19 6150/20 6154/21 6176/6
 6176/7 6176/22 6190/7 6191/2 6191/3
 6193/10 6193/13 6193/20 6194/8
 6194/9 6194/11 6194/24 6195/1 6195/7

6195/9 6195/13 6196/21 6197/11
6198/16 6198/17 6199/18 6199/19
6199/24 6200/7 6200/16 6200/19
6204/5 6204/7 6207/4 6207/6 6207/25
6208/1 6217/24 6218/10 6219/8
6219/24 6221/2 6221/4 6221/7 6221/19
6221/22 6222/1 6222/11 6222/20
6222/25 6223/1 6223/12 6223/17
6225/10 6225/25 6226/2 6227/21
6227/22 6247/7 6261/7 6262/9 6265/12
6281/20 6283/3 6283/5 6283/16 6284/4
6284/7 6284/14 6284/16 6285/13
6301/16 6329/24 6330/21 6333/3
6334/17 6336/17 6336/22 6337/14
6342/21 6345/14 6347/7 6358/13
6358/15 6358/17 6358/22 6358/24
6361/16 6365/21 6374/10 6376/15
6381/17 6385/16 6403/11 6405/22
6407/14
evident [2] 6232/3 6350/10
evolutionary [1] 6284/3
evolved [1] 6225/11
evolving [1] 6225/13
exact [6] 6123/14 6256/12 6276/22
6277/1
exactly [16] 6132/23 6187/13 6252/22
6257/3 6260/19 6273/15 6291/9
6315/11 6315/19 6335/19 6341/16
6347/14 6353/21 6354/16 6389/4
6406/18
exaggerated [1] 6372/24
examination [18] 6113/25 6151/14
6152/9 6152/16 6164/13 6167/1
6183/21 6189/8 6202/10 6202/10
6203/1 6233/13 6263/6 6303/2 6347/1
6349/2 6349/14 6372/1
examinations [1] 6224/17
examine [7] 6113/4 6234/10 6236/12
6249/18 6267/16 6289/13 6375/9
examined [5] 6113/14 6202/18 6238/2
6325/16 6360/10
examining [2] 6113/5 6236/11
example [33] 6141/1 6168/11 6168/17
6182/23 6197/2 6209/14 6212/14
6212/15 6213/8 6216/13 6221/10
6223/4 6241/1 6241/13 6254/1
6294/20 6298/17 6299/12 6299/25
6300/2 6300/6 6305/22 6348/4 6348/6
6356/16 6364/12 6370/15 6376/25
6382/1 6386/7 6386/23 6387/4 6388/9
examples [5] 6326/5 6329/23 6330/2
6347/24 6388/9
excellent [1] 6206/21
except [2] 6193/18 6273/2
exception [6] 6116/19 6193/5 6196/21
6351/12 6406/4 6406/5
exceptions [2] 6379/14 6406/19
excerpt [5] 6308/4 6308/5 6313/20
6398/9 6401/6
excerpts [5] 6207/7 6207/8 6237/5
6308/3 6344/3 6399/2 6399/5
exchange [1] 6122/22
exclude [4] 6209/19 6222/4 6334/22
6335/1
excluded [2] 6167/18 6332/16
excludes [1] 6214/18
excluding [2] 6209/17 6328/25
exclusion [1] 6335/4
exclusionary [2] 6306/19 6306/19
6306/19 6307/20 6334/25 6398/6
6398/16
exclusively [2] 6387/21 6393/20
excused [1] 6191/7
execute [1] 6387/13

**E**

executive [1] 6139/6
executives [1] 6199/4
exercise [10] 6209/13 6239/18 6275/13
6277/7 6304/2 6307/9 6309/11 6313/14
6344/20 6398/23
exercised [2] 6310/16 6337/8
exercising [1] 6307/13
exhibit [40] 6112/21 6116/1 6128/7
6129/14 6140/1 6150/21 6156/11
6176/7 6176/22 6191/3 6194/6 6194/10
6194/23 6194/23 6195/1 6195/2 6195/3
6198/17 6199/19 6199/21 6199/24
6200/8 6203/18 6204/5 6204/7 6207/18
6207/21 6207/24 6207/25 6208/1
6208/3 6238/8 6238/10 6263/13
6263/20 6263/25 6265/10 6265/12
6349/7 6385/22
Exhibit 6515 [1] 6156/11
Exhibit 7830 [2] 6263/20 6265/10
exhibiting [1] 6375/3
exhibits [19] 6165/4 6193/4 6193/6
6193/17 6193/19 6194/10 6194/21
6194/23 6194/25 6194/25 6195/6
6195/12 6195/23 6200/8 6200/12
6207/14 6207/20 6224/18 6263/18
exist [2] 6384/6 6393/23
existence [2] 6132/16 6292/3
existing [3] 6294/5 6294/23 6393/9
exists [2] 6351/20 6405/7
expanded [1] 6172/20
expanding [2] 6227/23 6296/4
expect [8] 6151/16 6172/15 6190/15
6304/21 6307/13 6319/13 6377/22
6403/2
Expedia [9] 6385/25 6386/2 6386/4
6386/4 6386/8 6386/15 6386/15
6386/16 6391/20
expend [1] 6387/18
expenditures [3] 6319/2 6319/6 6319/10
expense [2] 6248/5 6248/19
expenses [4] 6300/12 6300/17 6300/18
6379/11
expensive [14] 6123/6 6126/1 6131/18
6131/19 6137/8 6137/11 6185/18
6248/14 6249/2 6249/8 6249/12
6249/16 6251/16 6251/17
experience [9] 6119/23 6157/23 6213/5
6213/7 6213/9 6401/2 6402/16 6402/21
6403/2
experienced [1] 6338/8
experiment [2] 6289/11 6289/12
expert [6] 6205/16 6205/21 6206/8
6206/12 6218/23 6407/2
expertise [1] 6117/1
experts [2] 6282/15 6290/3
explain [23] 6130/5 6131/5 6192/8
6213/19 6218/1 6225/2 6227/1 6232/4
6244/25 6249/24 6261/11 6284/21
6297/15 6311/10 6345/2 6350/11
6352/17 6354/15 6355/21 6382/22
6389/4 6398/7 6402/9
explained [4] 6269/13 6331/10 6337/24
6355/24
explaining [2] 6311/11 6400/11
explains [2] 6187/20 6329/2
explanation [1] 6303/13
explanations [1] 6210/3
explicit [1] 6351/1
explicitly [3] 6285/11 6357/19 6403/15
exploded [2] 6225/8 6227/13
exploding [1] 6225/4
explore [5] 6156/10 6181/19 6360/1
6392/10
exploring [1] 6390/7
explosion [1] 6232/2
expound [1] 6337/12
express [145] 6110/10 6111/13 6112/6
6112/7 6116/8 6121/11 6121/17
6121/18 6121/21 6121/23 6122/1
6123/7 6124/12 6125/22 6125/24
6126/2 6126/10 6126/12 6126/14
6126/15 6126/17 6130/13 6135/16
6135/19 6135/20 6136/4 6136/6 6136/9
6136/10 6136/13 6136/15 6136/18
6136/23 6136/24 6137/2 6137/10
6137/15 6141/16 6141/17 6141/21
6142/4 6152/20 6167/5 6167/15
6167/17 6167/22 6168/4 6168/8
6168/11 6170/3 6170/6 6170/23
6170/25 6171/3 6171/6 6171/7 6171/13
6171/23 6172/13 6172/20 6173/6
6173/19 6174/10 6174/18 6174/23
6175/8 6175/9 6175/15 6175/19
6175/21 6179/18 6182/2 6182/5 6182/9
6182/13 6182/14 6182/16 6183/2
6183/4 6183/4 6183/9 6183/10 6183/14
6185/5 6185/7 6185/11 6185/17
6186/24 6187/4 6187/5 6187/11 6188/2
6188/11 6188/12 6189/22 6192/10
6195/16 6195/21 6197/1 6198/20
6199/2 6199/4 6199/13 6199/16
6206/25 6211/9 6217/6 6224/13
6261/24 6274/23 6274/25 6275/3
6275/18 6276/12 6280/2 6281/6
6296/12 6308/20 6316/11 6331/20
6347/7 6352/4 6352/7 6354/24 6362/25
6369/5 6369/12 6370/5 6373/3 6373/10
6374/4 6375/5 6377/15 6379/21 6382/3
6382/6 6382/10 6390/12 6390/18
6391/10 6398/14 6400/24 6405/14
6407/16 6407/25
Express' [2] 6137/18 6141/14
Express's [8] 6170/10 6171/20 6174/20
6187/20 6197/10 6216/12 6352/3
6398/22
expressed [4] 6157/25 6236/17 6259/18
6312/5
expresses [2] 6237/17 6354/11
expressing [3] 6221/2 6221/18 6361/24
expression [6] 6352/24 6353/11 6389/8
6389/13 6396/2
extent [6] 6197/4 6197/6 6199/7
6225/16 6405/6 6405/18
external [6] 6140/4
externalities [4] 6355/16 6359/14
6381/14 6382/20
extra [2] 6124/6 6134/16
extract [1] 6307/7
extraordinarily [3] 6332/11 6384/10
6406/20
extreme [2] 6269/1 6379/10
extremely [10] 6209/15 6233/11 6291/8
6300/21 6313/10 6333/2 6341/15
6342/19 6347/24 6399/16
eyeball [1] 6286/16

**F**

face [4] 6209/17 6253/23 6254/17
6389/14
facilitate [1] 6165/15
facility [5] 6245/23 6246/12 6246/16
6246/21 6250/16
fact [61] 6119/14 6140/2 6171/3 6182/5
6197/17 6211/24 6217/13 6218/12
6225/19 6235/3 6238/1 6240/24 6245/2
6246/11 6258/25 6260/9 6261/11
6266/10 6267/7 6271/7 6272/7 6273/14
6276/22 6277/16 6278/19 6285/13
6291/4 6306/10 6311/21 6313/7
6313/12 6313/21 6313/25 6315/17
6341/12 6342/24 6343/6 6344/7
6345/12 6349/20 6352/3 6353/11
6356/19 6358/13 6358/24 6369/4
6370/17 6370/24 6375/4 6378/11
6379/21 6380/17 6382/1 6383/21
6384/6 6388/16 6389/3 6395/19
6398/12 6404/6 6405/13
factor [3] 6247/16 6247/20 6290/13
facts [2] 6288/3 6386/1
faculty [4] 6205/2 6205/4 6205/9
6205/10
failed [6] 6112/13 6175/23
fair [8] 6194/18 6278/16 6325/2 6327/7
6372/15 6388/18 6390/19 6393/3
fairly [8] 6209/8 6241/21 6260/16 6268/1
6278/3 6296/18 6306/9 6333/22
fairness [1] 6242/4
faith [1] 6194/16
fall [5] 6114/11 6114/15 6203/10 6281/7
6361/11
fallen [2] 6314/15 6370/6
falls [1] 6354/4
familiar [32] 6127/24 6128/3 6138/15
6144/19 6157/4 6157/6 6171/20
6185/20 6206/15 6217/1 6217/13
6236/24 6257/9 6276/18 6278/10
6279/22 6286/4 6293/12 6293/15
6301/19 6301/21 6303/6 6303/8
6307/21 6323/24 6336/3 6336/6 6336/9
6375/7 6378/16 6387/1 6390/15
family [5] 6264/18 6264/19 6278/6
6278/7 6278/7
famous [1] 6113/2
far [14] 6143/22 6187/24 6203/24
6203/25 6216/1 6244/3 6300/16
6315/19 6334/12 6334/19 6334/20
6342/2 6342/24 6405/24
fashion [1] 6209/5
faster [1] 6378/12
fate [1] 6296/23
favorable [1] 6284/12
favorite [1] 6213/8
Fax [1] 6111/24
feature [5] 6215/22 6215/23 6245/5
6246/7 6309/18
featured [1] 6266/11 6398/15
features [2] 6239/7 6246/20
Fed [8] 6238/6 6239/7 6242/15 6245/25
6247/2 6261/3 6263/21 6349/8
federal [27] 6115/1 6124/2 6124/7
6124/22 6124/25 6125/16 6125/25
6126/10 6126/17 6126/20 6129/18
6134/10 6134/19 6169/18 6170/17
6172/3 6172/21 6172/24 6174/3
6180/20 6181/1 6185/23 6186/5
6186/11 6189/23 6190/1 6190/10
fee [35] 6114/19 6120/13 6120/14
6120/15 6120/16 6120/17 6120/21
6121/1 6121/3 6121/25 6121/25
6124/23 6130/4 6130/22 6132/10
6132/13 6133/3 6133/8 6133/9 6133/21
6165/21 6167/10 6171/7 6171/13
6171/14 6172/10 6172/24 6173/4
6180/16 6180/19 6181/8 6188/8 6190/1
6190/10 6338/8
feed [2] 6143/24 6156/21
feedback [2] 6383/9 6403/6
feel [4] 6184/8 6252/20 6252/25
6394/13
feels [2] 6402/12 6403/1

# F

fees [30] 6114/21 6121/6 6122/21
6122/24 6171/24 6173/16 6173/18
6173/23 6174/1 6174/5 6179/16
6181/10 6252/9 6287/15 6288/8
6288/10 6290/10 6311/16 6311/17
6338/3 6338/4 6338/5 6339/5 6341/7
6341/7 6341/15 6342/4 6342/18 6343/2
6387/23
fell [1] 6179/19
fellow [2] 6206/1 6206/4
felt [2] 6221/13 6253/6
FELXNER [1] 6111/21
few [18] 6114/4 6118/19 6142/25
6152/20 6173/13 6183/18 6247/11
6285/15 6288/22 6308/21 6314/23
6328/11 6345/22 6345/25 6356/14
6358/1 6366/9 6399/8
fewer [1] 6269/2
field [6] 6204/1 6204/13
6204/21 6205/24 6206/12
fields [2] 6204/9 6206/8
Fifth [1] 6110/18
Fifty [3] 6308/3 6317/7 6323/11
Fifty-nine [1] 6323/11
Fifty-one [1] 6308/3
Fifty-seven [1] 6317/7
figure [17] 6127/25 6178/22 6247/14
6266/10 6268/19 6272/15 6286/10
6286/16 6288/13 6317/12 6319/1
6320/14 6327/18 6327/22 6341/16
6363/4 6370/8
figures [5] 6251/4 6315/18 6321/10
6327/18 6361/21
file [1] 6263/21
filed [2] 6156/15 6201/5
files [1] 6168/21
final [5] 6175/19 6233/1 6370/8 6400/18
6401/10
finally [3] 6136/19 6136/22 6273/21
Finance [1] 6237/4
financial [5] 6204/18 6204/18 6316/7
6317/13 6317/14
financially [1] 6300/14
find [25] 6119/23 6126/21 6127/6
6127/9 6127/21 6134/2 6220/19
6237/14 6244/1 6262/15 6266/23
6272/24 6281/14 6291/25 6320/15
6320/20 6320/25 6333/22 6342/22
6353/7 6359/25 6369/15 6369/17
6387/10 6404/7
finding [7] 6237/8 6275/15 6305/20
6331/19 6337/16 6343/10 6343/11
findings [1] 6308/4
finds [1] 6246/2
fine [7] 6117/18 6117/20 6117/23
6143/13 6267/12 6377/10 6408/20
fines [1] 6114/21
finish [2] 6117/24 6409/6
finished [1] 6242/9
firm [17] 6143/18 6208/17 6208/18
6209/15 6209/15 6209/16 6304/19
6305/1 6305/23 6307/9 6307/10
6308/17 6330/19 6336/19 6348/4
6350/18 6350/19
firm's [1] 6308/25
firms [15] 6204/14 6269/15 6336/20
6336/23 6337/17 6338/7 6342/25
6343/3 6350/8 6355/18 6383/18
6383/22 6392/3 6392/3 6392/18
first [79] 6112/10 6113/10 6113/14
6115/9 6118/21 6127/12 6128/23
6138/25 6140/11 6145/5 6152/10

6169/7 6170/6 6194/7 6194/20 6196/13
6196/15 6197/2 6202/18 6203/17
6206/6 6210/23 6212/21 6212/24
6215/9 6218/14 6218/15 6218/17
6218/24 6219/12 6219/13 6225/1
6225/14 6230/4 6239/25 6240/6
6242/22 6244/24 6247/13 6261/8
6261/11 6262/1 6262/5 6262/12
6263/23 6264/13 6266/5 6266/21
6268/6 6268/8 6274/23 6285/3 6297/19
6298/5 6298/8 6303/25 6308/10
6326/18 6330/22 6330/25 6332/5
6336/14 6336/25 6338/16 6340/2
6342/5 6344/25 6350/6 6358/7 6374/21
6380/12 6383/17 6387/17 6387/17
6387/19 6387/20 6388/1 6390/13
6404/24
fits [1] 6406/16
five [22] 6122/16 6145/5 6192/18 6230/1
6231/4 6231/14 6231/15 6231/22
6231/23 6239/3 6248/13 6248/17
6251/21 6267/15 6269/15 6269/20
6269/22 6270/5 6271/17 6313/7
6365/22 6387/12
five-and-a-half [1] 6231/23
fixed [1] 6180/22
fixing [2] 6324/25 6325/3
flag [1] 6138/21
flat [8] 6180/16 6180/19 6181/11 6250/8
6260/15 6366/6 6366/23 6378/15
flattened [1] 6305/17
flexibility [1] 6174/1
FLEXNER [1] 6111/18 6112/7
fliers [1] 6387/8
flip [3] 6280/15 6321/8 6380/14
float [3] 6244/24 6245/2 6245/9
flowing [1] 6311/23
flows [1] 6292/20
fluctuating [1] 6306/12
Flueck [1] 6112/14
focus [9] 6123/25 6169/7 6173/21
6243/17 6173/13 6278/24 6356/10
6393/20 6396/20
focused [11] 6118/8 6118/9 6180/7
6242/22 6248/11 6269/9 6269/13
6270/5 6318/25 6395/8 6395/16
focusing [9] 6254/19 6275/24 6282/10
6305/12 6305/14 6305/18 6322/17
6322/18 6370/14
follow [10] 6151/16 6157/20 6186/15
6208/13 6224/12 6304/10 6356/10
6363/15 6405/11 6407/7
follow-on [1] 6224/12
follow-up [1] 6356/10
followed [3] 6251/7 6302/9 6303/21
following [7] 6144/13 6183/23 6206/24
6285/19 6287/15 6376/16 6382/6
follows [6] 6113/15 6202/18
food [1] 6264/17
foods [1] 6241/13
footnote [2] 6270/13 6277/2
forbid [1] 6386/16
forbids [1] 6386/15
force [2] 6334/10 6360/2
forced [1] 6397/24
forces [1] 6282/4
forgot [1] 6277/2
form [23] 6122/16 6152/5 6168/23
6169/9 6182/17 6186/12 6269/19
6272/24 6272/24 6351/9 6352/20
6352/24 6352/25 6353/13 6356/17
6363/2 6381/4 6385/16 6394/18
6399/11 6404/15 6404/16 6406/15
forming [1] 6284/16

forms [12] 6122/3 6122/8 6224/5 6170/1
6173/24 6233/23 6242/16 6253/14
6253/20 6379/1 6379/3 6385/42
formula [6] 6241/20 6252/18 6311/3
6311/12 6311/13 6314/23
forth [14] 6222/13 6234/23 6238/23
6254/25 6269/6 6291/14 6353/5
6354/19 6354/23 6359/20 6380/14
6383/11 6387/9 6394/15
Forty [1] 6321/7
Forty-six [1] 6321/7
forward [14] 6143/6 6165/7 6188/6
6191/18 6296/19 6320/14 6321/11
6355/7 6355/8 6398/7 6398/19
foster [1] 6355/17
found [9] 6118/11 6133/20 6136/4
6236/19 6237/7 6246/10 6249/22
6331/14 6337/19
foundation [1] 6158/11
founded [2] 6118/3 6123/21
founders [1] 6117/7
four [20] 6115/17 6121/13 6193/5
6193/5 6193/8 6193/18 6193/23
6205/12 6231/16 6239/20 6247/15
6248/17 6251/9 6251/21 6260/12
6369/21 6370/13 6387/13 6388/1
6408/22
fourth [5] 6169/23 6178/19 6217/24
6244/6 6334/13
fraction [39] 6225/5 6227/14 6228/2
6229/1 6230/6 6233/2 6234/20 6235/21
6241/18 6260/1 6260/4 6267/21 6268/9
6268/10 6268/21 6271/9 6272/1 6274/1
6274/2 6275/17 6275/19 6275/25
6275/25 6276/1 6276/5 6280/3 6289/13
6289/14 6312/6 6319/6 6326/2 6326/3
6337/25 6360/22 6361/2 6361/25
6362/1 6368/10 6368/11
fractions [1] 6276/6
frame [3] 6231/19 6344/15 6373/9
framework [8] 6214/22 6302/7 6303/19
6305/3 6308/25 6330/17 6330/19
6344/10
franchise [1] 6357/9
franchise's [1] 6357/15
franchises [3] 6357/10 6357/11 6357/13
Frankly [1] 6389/18
free [2] 6252/2 6388/5
free-standing [1] 6388/5
frequencies [3] 6363/3 6365/14 6366/19
frequency [3] 6280/1 6320/23 6362/16
frequently [2] 6267/8 6276/14
Friday [1] 6409/9
front [3] 6203/16 6215/7 6311/8
FULKERSON [1] 6111/4
full [4] 6166/3 6187/22 6190/21 6191/25
functions [2] 6229/3
fund [1] 6291/13
fundamental [1] 6236/16
fundamentally [3] 6218/3 6219/23
6221/3
funded [1] 6293/23
funding [1] 6294/11
funds [1] 6175/20
further [3] 6152/8 6183/16 6189/2
furthermore [1] 6381/3
future [1] 6117/2

# G

gain [2] 6175/16 6406/9
gaining [3] 6309/9 6335/17 6335/20
game [1] 6352/12
gap [5] 6370/6 6375/20 6375/20
6376/16 6377/2

# G

GARAUFIS [1] 6110/14
gasoline [1] 6230/13
gathered [1] 6241/12
gauge [1] 6243/3
gave [4] 6180/9 6241/11 6299/12 6351/7
GE [6] 6375/5 6375/24 6376/6 6376/6 6376/7 6376/12
gee [2] 6335/12 6402/18
general [33] 6111/2 6111/4 6111/6 6111/10 6116/22 6131/1 6184/2 6204/11 6224/9 6226/14 6233/24 6235/5 6236/9 6236/17 6266/1 6274/21 6275/5 6276/3 6295/19 6295/23 6296/5 6296/23 6297/6 6297/9 6316/8 6319/12 6319/22 6321/20 6331/15 6384/17 6389/7 6398/11 6404/4
General's [1] 6111/11
generally [20] 6122/12 6236/19 6260/19 6281/6 6281/8 6295/20 6297/7 6300/21 6301/25 6303/12 6339/16 6347/25 6359/18 6369/25 6370/2 6370/9 6381/14 6384/2 6384/5 6392/2
generated [2] 6121/5 6213/12
generating [1] 6373/15
generic [1] 6299/24
GENTILE [1] 6111/10
gentleman [1] 6143/9
get [40] 6117/5 6138/4 6156/19 6169/4 6171/10 6174/24 6175/6 6177/7 6187/10 6188/4 6226/21 6241/17 6241/21 6245/12 6252/5 6253/5 6253/17 6254/15 6255/15 6261/7 6261/19 6265/4 6289/5 6290/9 6293/3 6296/19 6301/3 6307/4 6320/4 6322/21 6351/23 6355/12 6363/19 6379/5 6379/9 6384/12 6386/18 6402/3 6405/3 6408/24
gets [6] 6171/13 6173/3 6190/15 6250/5 6294/7 6386/4
getting [7] 6197/24 6249/7 6253/22 6294/22 6322/25 6350/11 6356/22
Gilbert [6] 6206/16 6207/12 6347/21 6350/15 6355/23 6385/3
Gilbert's [4] 6211/14 6211/19 6301/21 6303/8
Gilligan [1] 6374/12
give [14] 6121/17 6167/3 6177/23 6191/21 6256/13 6259/21 6286/8 6300/2 6326/5 6348/4 6354/24 6386/12 6387/1 6388/1
given [13] 6173/6 6246/6 6246/8 6246/19 6247/23 6256/18 6266/9 6280/2 6329/19 6337/7 6362/17 6396/6 6406/18
gives [7] 6232/24 6264/22 6280/1 6311/12 6311/22 6363/12 6395/22
giving [8] 6121/20 6121/20 6269/5 6315/14 6353/9 6379/15 6388/9 6403/1
glad [1] 6325/23
GLASS [1] 6110/21
gleaned [1] 6267/1
GMAPS [2] 6316/4 6317/20
GNS [2] 6326/20 6394/21
go [95] 6115/15 6127/19 6128/25 6129/4 6134/13 6138/25 6151/22 6164/4 6165/6 6165/7 6169/14 6178/14 6178/19 6181/17 6186/16 6187/5 6187/22 6188/15 6191/18 6193/15 6201/3 6202/2 6202/8 6213/6 6214/5 6222/9 6222/10 6225/25 6227/5 6228/23 6235/22 6235/23 6237/22

6242/11 6242/13 6249/15 6251/17 6251/18 6254/23 6256/3 6257/22 6258/4 6260/3 6262/25 6263/9 6265/13 6267/1 6269/6 6275/1 6276/24 6281/25 6290/8 6290/11 6292/13 6293/10 6296/11 6296/19 6300/10 6301/12 6305/4 6311/6 6316/19 6317/2 6323/21 6326/1 6326/1 6326/10 6326/14 6326/16 6328/15 6330/16 6334/13 6334/18 6335/21 6338/10 6338/10 6339/24 6345/21 6345/25 6347/3 6350/5 6353/10 6354/2 6359/20 6360/2 6365/1 6372/16 6377/8 6382/16 6390/9 6399/18 6405/25 6407/6 6408/16 6408/25
goal [2] 6180/3 6184/4
goes [20] 6121/1 6121/19 6121/23 6157/24 6158/1 6189/24 6239/2 6248/13 6278/21 6280/13 6280/14 6300/7 6309/16 6324/10 6329/2 6329/3 6355/1 6355/1 6362/24 6363/1
going [110] 6112/22 6113/4 6116/25 6118/17 6123/10 6126/25 6127/17 6137/25 6142/23 6151/13 6152/20 6158/14 6164/10 6166/4 6170/4 6183/4 6188/5 6192/8 6192/15 6194/20 6202/5 6214/1 6214/2 6226/21 6228/20 6229/12 6234/21 6241/6 6241/7 6242/8 6242/10 6242/11 6251/17 6252/10 6254/18 6255/10 6255/20 6255/21 6257/7 6259/4 6262/17 6262/24 6266/18 6278/25 6280/17 6290/18 6291/3 6292/24 6293/3 6295/21 6296/8 6296/18 6301/20 6302/3 6303/7 6303/15 6304/10 6312/15 6314/8 6319/13 6319/16 6320/4 6320/6 6320/9 6320/18 6322/8 6325/14 6325/21 6325/25 6326/1 6326/16 6328/11 6329/22 6338/6 6338/7 6345/21 6345/25 6352/10 6353/22 6354/15 6355/7 6355/8 6356/5 6356/16 6356/22 6357/6 6357/17 6357/18 6357/20 6361/15 6364/10 6364/25 6365/1 6372/20 6374/10 6377/6 6378/10 6378/11 6380/10 6380/20 6384/19 6387/14 6387/20 6388/12 6389/25 6390/1 6390/6 6390/10 6400/4 6409/5
GOLD [1] 6111/16
gone [4] 6319/11 6327/2 6343/23 6380/6
good [26] 6112/3 6112/8 6114/2 6114/3 6119/18 6126/7 6152/18 6171/18 6177/25 6182/25 6194/16 6203/3 6203/4 6225/9 6242/3 6249/21 6254/10 6254/10 6262/21 6289/11 6312/24 6321/5 6337/7 6345/23 6375/22 6384/18
Goodman [1] 6197/14
goods [3] 6384/8
Google [3] 6127/4 6127/19 6183/5
got [20] 6165/15 6168/23 6172/4 6173/13 6175/21 6182/20 6183/1 6230/13 6230/13 6230/14 6230/14 6235/23 6260/12 6260/14 6298/1 6298/3 6325/24 6325/24 6382/18 6387/24
gotten [1] 6227/16
governed [1] 6299/22
government [35] 6112/10 6115/2 6119/6 6142/24 6152/24 6165/17 6167/3 6169/4 6176/25 6177/16 6191/4 6192/12 6194/15 6197/4 6214/10 6239/16 6244/6 6245/7 6264/16 6277/8 6277/25 6278/4 6305/5 6336/2

6340/2 6352/25 6354/7 6356/17 6358/13 6374/3 6389/3 6391/4 6395/8 6395/16 6398/6
government's [12] 6174/3 6266/11 6282/17 6308/4 6330/20 6335/22 6339/12 6360/8 6360/11 6372/24 6380/6 6392/15
governments [1] 6115/3
GPC [1] 6338/19
GPCC [107] 6215/16 6215/18 6216/5 6216/7 6216/19 6223/21 6226/19 6233/1 6240/5 6240/11 6241/1 6243/7 6243/8 6243/10 6243/21 6244/2 6244/4 6245/3 6246/18 6246/24 6247/10 6247/18 6248/3 6248/6 6248/9 6248/12 6248/14 6248/25 6249/1 6249/6 6249/7 6249/8 6249/12 6249/14 6249/16 6249/16 6250/3 6250/5 6250/10 6250/11 6250/14 6250/17 6251/9 6251/15 6251/16 6253/9 6256/4 6260/18 6267/7 6267/8 6268/10 6268/10 6268/11 6268/12 6268/12 6268/13 6268/14 6268/15 6268/17 6268/22 6269/2 6269/18 6270/4 6270/8 6272/2 6272/3 6274/2 6274/5 6274/21 6276/1 6276/7 6276/15 6277/17 6286/14 6286/22 6289/14 6291/17 6295/19 6301/8 6305/10 6305/12 6305/15 6331/7 6333/6 6333/7 6333/23 6335/9 6338/18 6338/20 6364/12 6364/13 6364/23 6364/24 6365/16 6365/16 6365/17 6365/18 6366/5 6366/6 6366/7 6366/22 6367/15 6367/16 6368/10 6368/18 6369/18 6372/4
graduate [1] 6242/1
graduating [1] 6118/16
grandfather [2] 6365/1 6365/3
gray [4] 6115/17 6288/20 6324/8 6324/17
great [10] 6190/25 6206/21 6254/23 6254/24 6256/21 6289/10 6354/23 6355/2 6359/22 6395/24
greater [3] 6373/14 6373/15 6394/14
greatest [1] 6269/17
green [20] 6230/5 6231/20 6249/5 6249/6 6258/23 6260/17 6268/8 6270/14 6270/15 6272/22 6273/1 6273/1 6273/15 6276/6 6288/13 6289/6 6289/17 6365/15 6365/19 6366/5
GREG [1] 6111/2
grocery [1] 6187/7
grounds [1] 6266/8
group [6] 6268/20 6327/4 6327/5 6327/5 6327/8 6407/15
groups [1] 6268/13
growing [7] 6226/7 6332/25 6369/23 6369/24 6378/12 6378/13 6378/14
grown [1] 6225/9
growth [18] 6225/2 6225/17 6226/5 6226/18 6226/19 6227/6 6227/13 6227/18 6228/12 6228/15 6230/20 6232/1 6232/18 6235/1 6235/5 6235/8 6235/24 6332/24
guaranteed [1] 6400/13
guess [12] 6143/2 6205/8 6235/23 6237/21 6265/5 6266/5 6269/14 6279/9 6341/12 6354/20 6387/22 6399/18
guide [1] 6117/2
guy [1] 6390/3

# H

had [57] 6117/17 6118/6 6129/17 6133/16 6133/20 6134/11 6141/18

had... [50] 6143/2 6173/15 6175/12
6182/1 6183/9 6187/2 6190/23 6194/2
6194/18 6197/21 6199/2 6227/11
6228/4 6236/6 6244/6 6253/3 6267/17
6270/7 6270/22 6274/20 6289/9
6291/16 6295/25 6306/20 6313/13
6313/24 6316/4 6320/14 6321/20
6325/11 6326/13 6326/19 6326/20
6330/10 6331/15 6334/14 6334/22
6339/4 6339/20 6340/22 6343/10
6376/7 6377/23 6380/19 6381/25
6390/18 6391/10 6392/17 6405/13
6407/1
half [12] 6125/18 6177/13 6178/10
6179/5 6228/7 6230/4 6231/23 6277/10
6277/10 6277/11 6338/19 6358/25
HAMER [1] 6110/20
HAMPSHIRE [1] 6110/4
hand [27] 6128/17 6212/17 6212/17
6222/9 6242/23 6247/18 6248/13
6248/14 6249/19 6249/20 6269/8
6270/23 6271/21 6271/23 6273/16
6273/22 6282/9 6306/18 6306/21
6306/21 6319/4 6319/7 6342/6 6342/15
6378/6 6378/8 6402/23
handed [4] 6115/8 6152/23 6193/3
6207/17
handled [1] 6143/12
handling [1] 6191/16
hanging [1] 6375/15
happen [8] 6126/18 6128/24 6129/3
6256/1 6268/2 6270/17 6359/17
6406/12
happened [15] 6136/13 6283/21 6288/9
6296/2 6304/15 6316/3 6316/17
6317/23 6323/13 6325/9 6327/10
6337/22 6375/9 6375/24 6376/12
happening [4] 6280/10 6319/18 6353/2
6403/5
happens [9] 6212/23 6249/10 6277/18
6290/24 6320/7 6339/11 6363/3
6368/17 6385/13
happy [1] 6191/21
hard [20] 6212/21 6222/25 6225/23
6239/3 6245/24 6257/6 6289/25 6293/1
6300/14 6300/21 6309/23 6330/11
6339/21 6341/15 6341/19 6342/19
6352/12 6355/18 6367/5 6370/1
hard-wired [1] 6212/21
harder [1] 6187/16
hardly [1] 6227/9
harm [1] 6404/3
harmful [2] 6354/13 6396/9
has [194] 6122/10 6124/13 6125/4
6128/16 6129/17 6134/13 6138/1
6143/12 6143/25 6144/9 6152/24
6165/25 6168/4 6168/8 6170/25 6172/7
6172/9 6172/20 6181/11 6182/1 6184/3
6192/20 6197/17 6198/20 6200/1
6201/5 6207/18 6210/2 6210/10 6213/3
6214/15 6215/14 6215/19 6225/4
6225/8 6225/9 6225/14 6225/16
6225/22 6226/7 6226/8 6226/9 6226/18
6227/4 6227/6 6227/17 6227/22
6227/22 6232/14 6236/1 6236/4 6245/6
6256/15 6257/23 6259/23 6265/15
6265/18 6266/9 6272/24 6273/12
6276/16 6282/18 6283/5 6283/23
6284/3 6284/6 6285/8 6287/24 6288/2
6293/24 6299/22 6301/7 6304/17
6305/6 6308/4 6308/5 6308/17 6308/20
6309/25 6311/21 6312/14 6314/15

6314/25 6317/14 6319/11 6319/11
6320/1 6321/6 6322/13 6323/17
6323/25 6324/2 6324/21 6329/20
6334/14 6334/21 6335/3 6336/18
6337/16 6337/19 6338/19 6339/9
6339/23 6340/14 6340/19 6341/4
6343/22 6344/10 6344/12 6344/16
6345/3 6348/16 6350/7 6350/18
6350/19 6351/18 6352/4 6352/19
6353/14 6357/5 6357/9 6357/10
6357/11 6359/8 6359/12 6359/22
6360/2 6360/5 6367/24 6370/6 6370/10
6370/11 6372/9 6372/11 6372/18
6372/24 6373/6 6373/13 6373/14
6373/22 6373/23 6374/18 6375/14
6375/18 6377/20 6377/22 6380/3
6380/24 6380/25 6381/18 6381/19
6381/20 6381/23 6382/1 6382/10
6382/13 6382/14 6383/22 6386/4
6386/6 6386/15 6387/20 6388/1
6388/10 6388/24 6390/25 6391/4
6395/8 6395/24 6396/9 6397/9 6397/24
6398/22 6398/25 6399/11 6399/14
6400/7 6400/8 6400/10 6401/1 6401/12
6401/16 6402/6 6402/16 6402/23
6403/12 6403/24 6404/18 6406/18
6404/22 6406/13 6406/15 6406/16
6408/2
hasn't [6] 6227/11 6227/12 6334/6
6373/12 6373/13 6399/14
have [429]
haven't [5] 6205/5 6263/10 6294/17
6294/19 6345/4
having [26] 6113/13 6121/21 6157/9
6172/2 6173/15 6202/17 6220/23
6224/1 6226/13 6246/20 6262/19
6274/10 6277/14 6282/8 6292/3
6300/14 6307/15 6315/24 6317/2
6331/20 6332/13 6366/1 6379/7
6388/15 6388/21 6402/20
he [81] 6126/21 6157/24 6158/1
6177/23 6208/25 6213/16 6213/16
6213/22 6213/25 6214/17 6214/18
6216/5 6216/6 6218/14 6218/17
6219/11 6219/15 6226/7 6237/10
6237/16 6237/17 6251/4 6251/6 6251/8
6251/12 6256/3 6258/10 6258/13
6258/13 6262/9 6265/18 6266/9
6269/13 6269/13 6269/17 6273/4
6274/14 6279/3 6286/5 6286/9 6286/10
6286/13 6286/24 6299/15 6301/24
6303/11 6306/15 6306/16 6306/23
6308/7 6312/18 6313/13 6313/17
6313/17 6313/18 6313/18 6313/19
6313/21 6313/21 6328/19 6339/9
6343/7 6343/11 6344/11 6344/15
6345/6 6345/7 6350/17 6350/18
6355/5 6360/2 6371/15 6371/16
6382/2 6387/24 6388/11 6398/6
6398/13 6398/18 6398/25 6408/1
he'll [1] 6201/4
he's [9] 6211/20 6237/8 6237/8 6237/12
6310/13 6343/10 6360/3 6398/10
6408/10
headed [1] 6356/2
healthy [1] 6191/9
hear [3] 6216/4 6290/3 6407/2
heard [13] 6179/15 6215/19 6285/16
6289/2 6326/25 6334/17 6355/15
6375/4 6381/21 6382/17 6382/18
6390/12 6399/24
hearing [1] 6183/5
hearsay [8] 6158/11 6192/11 6192/14
6195/18 6197/5 6197/19 6198/22

6198/25
heavily [1] 6122/14
height [1] 6259/25
heights [1] 6276/8
held [2] 6205/5 6382/1
help [9] 6117/1 6127/25 6139/5 6189/5
6255/11 6297/7 6384/7 6384/7 6387/8
helped [1] 6118/11
helpful [1] 6253/18
helping [1] 6117/9
Hemphill [2] 6201/3 6201/5
hence [1] 6394/23
her [5] 6125/4 6128/1 6197/15 6197/16
6362/25
here [158] 6115/16 6140/21 6143/1
6157/25 6180/8 6188/15 6189/21
6189/24 6190/9 6190/18 6190/21
6198/19 6199/20 6201/4 6207/15
6209/1 6211/3 6211/9 6212/11 6212/22
6213/20 6218/13 6218/14 6218/15
6218/17 6219/4 6219/6 6219/18 6221/7
6221/15 6222/3 6223/12 6223/17
6224/16 6225/4 6228/12 6228/19
6230/23 6231/18 6231/19 6234/22
6235/12 6235/24 6237/17 6238/2
6239/2 6239/17 6243/4 6244/24 6245/9
6246/15 6248/3 6248/5 6248/12
6248/13 6250/2 6250/17 6250/21
6251/1 6253/12 6253/19 6255/21
6257/10 6258/16 6259/6 6260/11
6260/23 6262/12 6264/18 6264/19
6267/15 6268/8 6268/13 6275/24
6277/16 6279/3 6279/4 6279/10
6280/20 6284/22 6284/24 6285/12
6286/3 6287/23 6290/18 6291/8
6292/21 6293/24 6297/20 6298/3
6298/3 6301/1 6305/12 6305/15 6306/1
6306/3 6307/1 6308/7 6309/23 6311/4
6311/5 6311/6 6311/10 6314/10
6314/15 6315/17 6317/16 6318/20
6318/25 6319/2 6320/13 6321/6
6322/20 6323/17 6325/25 6326/17
6326/18 6326/25 6328/2 6331/8
6332/18 6339/15 6341/9 6342/5
6342/10 6342/17 6347/15 6350/11
6351/1 6351/7 6355/2 6355/18 6357/21
6358/12 6358/17 6362/1 6362/2 6366/9
6366/19 6367/4 6367/5 6368/11
6369/22 6371/1 6376/5 6389/23
6393/14 6394/2 6395/23 6396/20
6400/1 6400/4 6400/11 6400/21
6401/10 6403/10 6403/22 6404/9
hey [1] 6406/9
high [16] 6116/5 6126/13 6170/15
6170/22 6171/4 6171/8 6171/15
6230/16 6268/1 6280/7 6280/22
6365/22 6372/13 6373/1 6396/6 6400/7
higher [27] 6118/9 6119/6 6121/25
6165/17 6168/14 6170/11 6178/24
6179/9 6179/11 6184/7 6185/5 6185/5
6185/15 6234/3 6234/5 6234/8 6234/9
6260/4 6271/9 6291/11 6291/13
6339/16 6339/18 6340/14 6366/19
6370/4 6405/14
highest [1] 6372/11
highlighting [2] 6235/24 6393/7
highlights [1] 6404/9
highly [4] 6240/12 6240/13 6241/15
6291/23
him [10] 6158/14 6214/8 6216/8
6251/21 6315/9 6322/11 6339/10
6365/4 6407/19 6408/1
himself [4] 6266/9 6286/19 6308/13
6398/22

Case 1:13-cv-04436-NGG-RER   Document 672   Filed 06/10/15   Page 323 of 352 PageID #: 37531

# H

his [52] 6126/20 6193/4 6193/9 6193/11
6193/12 6201/6 6214/6 6216/3 6216/4
6218/13 6218/23 6218/23 6219/16
6219/17 6226/8 6237/11 6258/11
6258/17 6269/13 6272/13 6274/14
6274/16 6285/21 6286/5 6286/19
6286/25 6289/15 6293/6 6297/3
6297/12 6306/16 6308/7 6310/16
6313/14 6313/18 6313/20 6313/22
6315/10 6328/9 6328/19 6328/24
6329/2 6344/9 6344/15 6344/16 6398/5
6398/8 6398/10 6398/25 6399/3 6399/6
6407/23
historically [2] 6213/3 6370/5
history [1] 6295/24
hold [2] 6203/7 6367/8
holders [1] 6315/8
holding [1] 6304/22
home [6] 6230/13 6364/13 6366/20
6366/21 6368/10 6388/17
homeowner [3] 6387/13 6387/21
6388/12
homing [34] 6363/22 6363/24 6364/2
6364/2 6364/4 6364/12 6364/18
6364/20 6364/23 6364/24 6365/6
6365/15 6365/17 6365/22 6366/3
6366/4 6366/7 6366/11 6366/18
6366/22 6366/23 6366/25 6367/1
6367/11 6367/15 6367/16 6367/17
6367/22 6368/18 6369/12 6369/13
6369/18 6370/4 6370/11
HON [1] 6110/14
Honor [143] 6112/12 6112/17 6112/19
6112/25 6113/9 6113/11 6113/22
6115/21 6129/8 6137/25 6138/24
6139/19 6142/15 6150/16 6151/8
6151/17 6152/8 6152/13 6156/24
6158/10 6162/22 6164/5 6164/7
6164/14 6165/8 6169/4 6175/23 6176/3
6176/9 6176/19 6177/22 6178/5
6183/16 6183/18 6189/5 6190/6 6190/8
6190/20 6191/5 6191/15 6191/19
6192/1 6192/5 6192/20 6192/25 6193/2
6193/12 6193/16 6194/6 6194/13
6195/3 6195/11 6195/15 6196/2 6196/4
6196/22 6197/9 6197/17 6198/5
6198/11 6198/14 6198/18 6198/20
6199/1 6199/9 6199/15 6199/25 6200/1
6200/3 6200/6 6200/11 6200/16
6200/17 6200/21 6202/4 6202/14
6202/25 6204/3 6204/4 6206/7 6206/14
6207/17 6207/23 6228/19 6228/24
6230/8 6231/7 6232/15 6233/7 6238/9
6255/3 6257/23 6258/1 6259/13
6262/17 6262/23 6263/8 6263/12
6263/19 6265/2 6265/11 6267/10
6272/9 6275/10 6283/19 6290/6
6292/22 6293/7 6293/19 6304/9 6314/5
6314/6 6317/8 6318/17 6320/7 6323/8
6325/19 6332/2 6338/21 6345/20
6346/4 6348/17 6349/4 6349/5 6350/4
6353/24 6354/3 6356/9 6360/18 6365/3
6376/23 6377/9 6385/20 6389/2
6397/18 6407/3 6407/8 6408/14
6408/23 6409/3 6409/10 6409/13
6409/15
Honor's [2] 6192/22 6262/19
Honor.03 [1] 6346/2
hook [2] 6299/1 6299/5
hooking [1] 6300/1
hope [5] 6113/1 6183/25 6311/8 6354/1
6355/21

horizontal [6] 6248/5 6248/12 6250/2
6259/23 6384/1 6384/1
horse [1] 6406/6
horse-trading [1] 6406/6
hotels [3] 6234/23 6386/5 6386/19
hours [2] 6117/13 6408/22
house [7] 6387/5 6387/6 6387/7 6387/8
6387/11 6387/18 6387/25
household [4] 6278/21 6279/8 6279/9
6279/13
households [4] 6228/2 6229/2 6229/5
6278/25
housekeeping [1] 6112/12
how [121] 6116/12 6117/3 6117/5
6118/21 6119/9 6120/25 6123/8
6123/17 6124/13 6124/25 6125/10
6125/21 6127/9 6127/15 6127/25
6132/2 6132/13 6133/4 6133/7 6135/7
6135/19 6136/1 6141/11 6142/19
6143/11 6151/18 6164/13 6174/1
6179/16 6182/20 6182/20 6183/1
6184/7 6184/16 6185/1 6185/17
6187/25 6189/22 6189/25 6190/12
6190/22 6205/2 6205/10 6205/18
6206/4 6215/17 6227/15 6228/3 6234/8
6235/10 6240/4 6245/7 6243/8 6247/24
6248/1 6248/25 6251/14 6251/15
6251/23 6252/19 6252/20 6252/20
6252/25 6254/13 6256/3 6256/10
6258/8 6258/13 6259/22 6266/23
6267/20 6286/21 6289/2 6292/19
6293/23 6294/20 6296/15 6298/23
6300/3 6300/4 6300/20 6309/14
6311/11 6312/4 6314/11 6314/13
6315/21 6320/22 6325/16 6327/24
6328/17 6329/7 6337/18 6339/21
6342/3 6354/2 6359/6 6361/21 6366/3
6367/10 6369/8 6371/23 6372/3 6373/2
6376/13 6377/20 6381/23 6386/1
6393/16 6393/19 6393/19 6393/20
6396/3 6397/3 6398/21 6398/25
6402/10 6402/12 6405/24 6408/12
6409/3
however [3] 6202/11 6252/2 6351/7
hurt [1] 6380/24
hypothesis [1] 6227/21
hypothesizes [1] 6220/7
hypothetical [9] 6219/15 6219/18
6219/25 6220/2 6220/8 6220/11
6220/14 6300/6 6313/13

# I

I'd [19] 6114/4 6118/19 6123/25 6140/9
6144/21 6156/19 6190/12 6203/17
6208/10 6210/23 6211/12 6232/12
6239/14 6279/25 6307/12 6308/2
6330/25 6349/23 6402/18
I'll [13] 6138/25 6174/8 6190/25 6203/12
6257/25 6275/20 6285/23 6291/15
6293/5 6319/17 6337/4 6388/1 6388/2
I'm [131] 6116/3 6116/6 6137/25
6142/23 6152/20 6156/17 6157/5
6157/15 6157/17 6158/13 6158/14
6162/22 6169/2 6170/3 6172/16
6174/16 6177/22 6178/1 6190/20
6192/7 6194/20 6196/13 6203/6 6203/9
6204/11 6209/3 6214/7 6217/21 6219/6
6220/25 6222/9 6224/11 6224/15
6225/13 6225/21 6228/20 6233/16
6239/21 6242/11 6243/4 6243/7 6245/8
6247/13 6248/3 6248/11 6253/11
6253/17 6254/11 6254/11 6254/19
6262/18 6262/24 6265/23 6268/11
6272/18 6273/23 6275/24 6276/8

6277/3 6277/24 6278/2 6280/5 6280/7
6284/21 6287/22 6289/18 6289/23
6289/25 6294/8 6294/20 6296/8
6297/17 6304/16 6305/12 6305/14
6311/4 6311/7 6311/11 6311/13 6313/3
6313/10 6315/19 6317/6 6318/20
6318/25 6320/9 6320/14 6320/18
6321/4 6322/20 6323/14 6325/3
6325/13 6325/23 6327/23 6330/14
6336/13 6338/3 6345/21 6349/5
6349/21 6349/21 6351/1 6354/15
6358/12 6358/17 6364/25 6364/25
6370/10 6374/9 6374/10 6376/13
6376/24 6377/6 6379/14 6382/23
6387/12 6387/14 6388/9 6389/7 6390/6
6393/14 6393/17 6395/14 6395/25
6399/4 6400/11 6404/9 6407/1 6408/4
6409/5
I've [35] 6116/13 6143/21 6152/23
6156/21 6172/25 6173/13 6204/11
6204/14 6204/17 6206/18 6207/6
6207/7 6221/8 6228/14 6241/9 6245/23
6250/6 6272/16 6283/5 6323/11
6330/15 6331/10 6338/9 6347/11
6349/5 6364/22 6371/13 6371/13
6371/19 6372/12 6375/16 6375/16
6380/5 6380/6 6404/5
ID [1] 6391/20
IDAHO [1] 6110/3
idea [16] 6177/25 6182/25 6187/25
6217/6 6218/10 6226/18 6232/24
6252/3 6257/17 6259/21 6269/5 6280/1
6309/6 6337/4 6367/7 6377/1
ideally [2] 6130/18 6280/18
identical [9] 6240/16 6240/19 6241/7
6243/8 6243/8 6243/10 6243/22 6244/3
6260/22
identification [4] 6207/19 6210/25
6263/20 6270/1
identified [8] 6195/17 6195/20 6198/21
6211/3 6244/6 6308/20 6347/21
6347/21
identify [6] 6157/18 6179/10 6190/22
6301/2 6303/25 6304/3
identifying [1] 6214/23
if [231] 6115/7 6115/17 6117/17
6120/10 6121/23 6125/3 6126/17
6126/20 6127/7 6127/15 6127/15
6128/9 6128/17 6128/20 6128/23
6129/2 6131/17 6131/18 6138/9
6138/13 6140/11 6140/20 6141/6
6141/21 6143/12 6145/5 6147/10
6148/25 6152/4 6156/11 6156/19
6156/20 6156/22 6157/15 6165/15
6167/25 6169/3 6169/22 6170/14
6171/11 6172/3 6174/7 6175/25
6176/10 6176/12 6178/14 6178/18
6180/19 6181/11 6182/12 6184/7
6185/3 6185/4 6185/5 6185/9 6185/16
6186/11 6186/13 6186/17 6188/1
6188/24 6189/5 6189/10 6190/23
6192/25 6196/4 6197/13 6198/2
6209/14 6210/2 6210/8 6217/13
6217/22 6221/20 6222/3 6223/4 6223/7
6228/8 6228/20 6235/12 6235/15
6235/22 6235/25 6237/2 6240/19
6241/16 6242/10 6244/25 6245/4
6245/20 6246/15 6246/21 6247/15
6247/18 6253/3 6253/6 6253/7 6253/12
6253/16 6254/1 6254/16 6256/12
6258/14 6258/15 6259/20 6259/23
6260/3 6261/5 6264/17 6264/18
6266/10 6267/24 6267/25 6268/25
6272/18 6273/13 6273/14 6274/3

Case 1:19-cv-04496-NGG-RER Document 672 Filed 08/10/15 Page 324 of 352 PageID #: 37532

in [3] 6274/12 6277/13 6277/21
6278/18 6278/24 6283/17 6286/15
6288/23 6290/17 6292/11 6295/19
6298/9 6298/22 6298/25 6299/2
6301/10 6301/20 6303/7 6304/3
6304/19 6305/25 6307/23 6308/9
6308/23 6309/6 6310/21 6312/15
6313/3 6313/24 6316/5 6319/12
6320/15 6320/24 6321/23 6321/25
6322/8 6322/12 6322/14 6322/18
6322/20 6325/13 6326/23 6330/18
6332/16 6332/21 6333/9 6334/13
6335/11 6335/14 6335/17 6335/21
6339/11 6339/19 6340/12 6344/16
6345/10 6345/10 6345/22 6348/14
6349/17 6350/7 6350/8 6350/18 6351/5
6351/16 6353/12 6354/14 6354/21
6355/4 6355/6 6355/12 6356/13
6356/18 6359/8 6359/14 6364/9 6366/7
6366/20 6368/17 6371/17 6371/19
6373/21 6375/14 6377/2 6378/14
6379/4 6379/4 6383/6 6383/7 6383/8
6386/7 6386/16 6387/1 6387/10
6387/17 6388/5 6391/9 6393/5 6394/4
6394/18 6395/7 6396/3 6398/12
6399/11 6399/25 6401/4 6403/4
6404/18 6404/18 6405/13 6406/9
6407/4 6407/11
ignore [4] 6225/23 6284/17 6294/8
6322/7
ignored [2] 6225/24 6358/23
ignores [1] 6295/4
III [1] 6110/17
ILLINOIS [1] 6110/3
illness [1] 6112/23
illustrate [2] 6300/6 6388/10
illustrates [1] 6342/3
illustrating [4] 6248/23 6271/19 6286/10
6397/23
illustration [1] 6227/15
images [3] 6141/6 6141/9 6141/10
imagine [4] 6281/24 6339/21 6386/9
6387/10
immediately [1] 6389/9
impact [13] 6185/17 6187/14 6279/18
6287/7 6287/9 6287/14 6328/24 6352/6
6352/7 6395/12 6395/14 6397/22
6397/24
implemented [3] 6172/9 6180/22 6393/3
implementing [1] 6298/23
implication [1] 6291/10
implications [1] 6157/25
import [1] 6236/9
importance [10] 6215/21 6232/25
6234/7 6273/25 6324/18 6358/15
6359/7 6398/23 6400/25 6401/3
important [48] 6126/12 6134/2 6136/16
6141/5 6141/17 6188/24 6209/25
6210/4 6210/14 6210/16 6210/19
6212/1 6212/3 6213/1 6216/22 6216/25
6217/8 6229/13 6234/6 6237/13
6252/23 6268/4 6274/11 6281/21
6283/19 6284/6 6284/10 6285/9
6295/19 6297/23 6310/8 6310/17
6319/15 6331/25 6333/2 6333/10
6361/12 6368/2 6369/6 6376/9 6381/9
6381/20 6382/13 6383/25 6384/24
6385/4 6386/20 6396/5
impose [1] 6379/19
imposing [2] 6271/5 6333/9
impression [2] 6287/25 6405/13
improve [1] 6220/17

improvements [1] 6230/13
improving [5] 6309/4 6320/5 6330/9
6335/7 6335/16
in [930]
in-depth [1] 6134/13
inappropriate [3] 6289/16 6295/11
6333/11
incentive [5] 6173/7 6378/4 6386/17
6387/14 6387/18
incentives [5] 6185/11 6188/8 6291/8
6352/23 6353/10
incentivize [2] 6394/6 6395/6
incentivized [1] 6171/15
incentivizing [3] 6299/19 6352/21
6394/10
inception [1] 6174/17
inclined [1] 6330/14
include [12] 6124/5 6132/9 6135/11
6135/16 6136/8 6185/7 6193/21
6213/25 6214/2 6254/14 6331/11
6364/20
included [10] 6122/1 6184/24 6193/4
6193/9 6207/8 6271/3 6332/20 6332/20
6332/21 6360/23
includes [10] 6120/14 6120/18 6185/4
6185/5 6210/13 6223/20 6288/7
6291/17 6294/22 6327/7
including [12] 6121/21 6165/3 6167/5
6206/8 6224/10 6239/10 6239/12
6264/16 6275/2 6305/12 6328/25
6338/14
inclusion [5] 6135/7 6135/19 6135/25
6137/18 6329/4
income [5] 6124/2 6124/22 6124/25
6126/10 6136/6
inconsistent [4] 6301/6 6305/19 6312/23
6360/8
inconvenience [1] 6158/3
incorporate [1] 6315/1
incorporated [1] 6315/18
incorporates [2] 6315/7 6368/3
incorporating [1] 6315/11
increase [14] 6220/7 6249/8 6249/17
6287/3 6288/18 6291/12 6291/14
6292/7 6309/12 6315/22 6319/1 6319/9
6368/25 6369/1
increased [6] 6158/2 6288/10 6304/25
6315/24 6325/11 6335/10 6337/15
increasing [5] 6120/7 6237/14 6304/18
6309/8 6333/3 6333/4 6377/23
increasingly [2] 6235/9 6245/16
increment [1] 6240/21
incur [1] 6298/25
incurring [1] 6299/5
incursions [1] 6220/18
indeed [5] 6294/4 6349/22 6374/6
6375/8 6398/21
independent [3] 6210/9 6367/22
6367/23
indicate [7] 6210/10 6241/2 6269/12
6273/19 6353/15 6367/6 6378/12
indicated [5] 6261/5 6261/6 6270/6
6319/4 6363/4
indicates [7] 6227/22 6233/23 6285/8
6287/2 6343/21 6345/15 6375/17
indicating [1] 6256/22
indication [11] 6253/1 6280/23 6309/9
6324/23 6335/16 6337/15 6348/2
6372/14 6373/13 6377/20 6398/22
indicative [2] 6330/23 6332/13
indicator [1] 6357/2
indirect [2] 6247/7 6353/3
indirectly [1] 6353/5
individual [14] 6204/25 6230/22 6245/4

6262/13 6271/7 6277/19 6278/9
6278/23 6279/6 6279/6 6279/9 6362/22
6374/20 6404/19
individually [1] 6134/12
individuals [3] 6268/24 6270/2 6370/18
indivisible [1] 6337/7
induce [2] 6182/6 6385/8
industrial [2] 6204/13 6206/9
industries [5] 6204/14 6230/13 6370/23
6372/13 6381/14
industry [26] 6117/1 6139/7 6220/17
6224/17 6228/13 6228/15 6283/24
6285/9 6285/10 6295/9 6295/18
6295/24 6298/13 6337/7 6340/24
6355/9 6355/22 6373/24 6380/16
6380/23 6380/25 6381/16 6382/5
6388/20 6395/25 6396/7
industry-wide [1] 6388/20
ineffective [1] 6353/16
inexpensive [1] 6248/15
infer [2] 6226/5 6290/14
inference [5] 6226/6 6226/11 6298/9
6339/19 6339/20
inferring [1] 6396/8
infers [1] 6339/4
inflated [1] 6313/5
inflates [1] 6271/25
influences [1] 6204/19
inform [1] 6138/4
information [16] 6169/2 6182/14
6184/19 6227/4 6232/15 6247/24
6253/3 6253/19 6261/15 6267/10
6279/5 6293/23 6327/14 6337/1
6342/12 6363/14
informative [1] 6220/1
innovation [4] 6294/21 6294/22 6397/13
6397/25
inquire [1] 6202/24
insignificant [1] 6197/3
insistence [45] 6214/15 6345/22 6346/1
6349/16 6349/18 6349/24 6352/18
6352/19 6352/20 6356/12 6357/25
6358/3 6358/8 6358/10 6358/14
6358/15 6360/4 6360/7 6360/9 6361/4
6361/5 6361/18 6362/7 6363/6 6364/8
6365/9 6366/3 6367/6 6367/6 6367/21
6367/23 6367/24 6368/3 6369/4
6369/10 6370/9 6370/10 6372/16
6372/25 6373/9 6373/14 6373/17
6374/1 6374/17 6374/21
insistent [3] 6361/9 6361/11 6361/13
instance [10] 6183/8 6183/14 6208/16
6222/18 6277/15 6351/6 6351/20
6353/13 6375/13 6404/12
instances [6] 6209/11 6219/25 6290/20
6342/22 6381/25 6392/22
instead [8] 6208/25 6252/15 6271/5
6272/23 6353/5 6361/24 6362/1
6386/13
institution [2] 6121/14 6124/19
institutions [4] 6115/18 6165/18 6264/17
6264/19
integrity [1] 6403/25
Intel [3] 6221/11 6222/6 6222/22
intend [2] 6272/17 6382/23
intended [6] 6229/22 6245/1 6339/3
6341/9 6360/20 6396/25
intense [5] 6375/1 6377/12 6393/11
6395/20 6396/3
intensify [3] 6396/11 6396/21 6397/3
interaction [1] 6357/2
interactions [1] 6356/25
interactive [4] 6117/8 6119/15 6120/5
6120/9

**I**

interchange [7] 6120/19 6120/22
6290/10 6290/12 6291/3 6291/11
6291/13
interchangeability [15] 6217/25 6218/4
6218/11 6219/3 6219/9 6219/24
6221/17 6222/2 6222/12 6222/21
6223/3 6223/12 6239/20 6241/3
6247/20
interchangeable [2] 6235/9 6250/15
interest [5] 6191/1 6245/12 6275/1
6329/23 6357/2
interested [11] 6156/17 6169/2 6177/2
6182/16 6188/14 6188/16 6190/24
6252/23 6267/19 6395/25 6396/1
interesting [3] 6341/3 6344/9 6352/18
interests [9] 6292/8 6357/3 6357/15
6357/15 6386/25 6401/22 6402/5
6403/9 6403/13
interfaces [1] 6298/20
internal [7] 6139/4 6140/4 6140/5
6140/6 6285/3 6315/1 6329/10
internet [1] 6169/18
interpret [3] 6270/14 6344/14 6398/25
interpretation [3] 6209/12 6250/22
6274/16
interpretations [3] 6209/23 6210/6
6210/12
interpreted [1] 6358/23
interrelated [1] 6298/15
interrupt [1] 6217/21
interrupted [2] 6293/8 6408/15
into [57] 6113/20 6115/22 6129/9
6135/8 6135/23 6139/20 6141/2
6158/11 6171/10 6175/6 6175/23
6176/5 6181/17 6188/15 6190/6
6193/10 6193/13 6193/20 6194/8
6194/9 6194/14 6195/7 6196/21
6198/16 6199/24 6204/23 6220/18
6223/9 6226/19 6226/21 6226/22
6237/6 6237/20 6240/8 6242/12
6248/11 6254/23 6262/25 6267/7
6268/16 6273/5 6273/12 6281/7 6296/4
6314/8 6315/7 6315/18 6328/14
6328/15 6328/15 6354/4 6361/11
6362/24 6367/20 6387/9 6388/11
6403/4
introduce [3] 6291/25 6353/1 6382/24
introduced [1] 6227/4
invested [2] 6223/9 6350/23
investigate [1] 6341/5
investigated [2] 6278/17 6288/4
investing [1] 6372/22
investments [11] 6350/7 6350/9 6351/3
6351/5 6351/7 6351/8 6351/23 6352/4
6352/9 6386/17 6387/7
invoices [2] 6341/21 6341/22
involved [1] 6139/11
involves [3] 6212/16 6218/1 6381/1
involving [3] 6248/24 6248/25 6322/1
IOWA [1] 6110/3
irrelevant [1] 6322/3
irrespective [1] 6131/8
IRS [22] 6115/2 6124/14 6124/16
6124/21 6125/11 6125/12 6127/8
6127/8 6128/16 6128/25 6130/2
6134/10 6134/12 6136/11 6165/17
6166/3 6168/22 6172/7 6179/1 6179/3
6179/8 6179/9
IRS.gov [4] 6127/6 6127/21 6127/24
6128/13
is [1228]
ISLAND [1] 6110/5

isn't [20] 6214/6 6220/25 6223/3 6254/6
6255/5 6257/20 6266/3 6269/20
6291/17 6296/6 6308/21 6342/10
6351/21 6357/23 6364/16 6372/22
6379/20 6388/7 6404/8 6404/8
issuance [3] 6306/20 6334/15 6394/22
issue [70] 6181/19 6184/17 6192/17
6194/15 6198/19 6211/9 6211/15
6212/2 6215/15 6216/17 6221/16
6224/19 6236/16 6239/19 6246/16
6246/16 6246/16 6250/21 6254/15
6257/3 6263/9 6267/3 6269/12 6270/22
6276/16 6278/4 6279/20 6281/2 6281/3
6281/12 6282/13 6283/10 6283/13
6287/10 6293/10 6295/15 6297/3
6301/14 6302/2 6303/14 6308/23
6310/3 6310/4 6310/10 6317/25
6319/15 6323/15 6323/22 6323/24
6325/12 6337/3 6339/25 6340/10
6340/24 6341/2 6341/3 6345/4 6345/21
6349/24 6350/16 6354/5 6355/3 6363/6
6376/16 6387/2 6388/20 6393/4 6394/2
6397/2 6407/2
issued [2] 6125/12 6229/6
issuer [2] 6399/9 6399/12
issuers [5] 6290/21 6306/21 6352/14
6358/2 6363/15
issues [21] 6119/4 6156/18 6175/7
6219/23 6229/3 6236/5 6266/25
6267/16 6277/25 6277/25 6278/2
6282/20 6326/16 6336/3 6339/24
6347/18 6356/23 6374/20 6374/21
6389/24 6402/13
issuing [1] 6394/9
it [522]
it's [217] 6115/9 6119/1 6121/3 6123/12
6130/19 6130/19 6134/9 6134/16
6134/16 6138/10 6139/21 6139/22
6143/11 6143/13 6152/3 6156/15
6164/15 6169/11 6169/12 6172/16
6172/19 6173/25 6177/19 6185/4
6185/25 6186/5 6187/6 6187/10
6187/24 6190/14 6190/14 6197/19
6203/17 6205/8 6205/19 6206/5 6206/5
6210/18 6210/21 6213/23 6216/25
6220/22 6220/25 6222/5 6222/12
6222/15 6222/25 6224/4 6225/8 6227/5
6228/7 6231/22 6231/22 6231/25
6233/2 6234/18 6234/20 6236/7
6236/22 6238/20 6239/5 6242/3
6242/19 6242/24 6242/25 6243/22
6243/23 6244/15 6244/17 6245/10
6245/10 6245/11 6245/11 6246/5
6246/8 6249/25 6250/1 6250/5 6252/10
6252/18 6252/19 6256/17 6257/1
6258/6 6259/21 6260/4 6260/7 6260/8
6260/13 6262/19 6263/23 6264/7
6268/4 6270/1 6273/2 6278/16 6278/18
6279/16 6279/17 6280/6 6280/7 6280/9
6280/10 6281/18 6281/18 6281/20
6288/5 6290/5 6290/17 6291/11
6292/22 6292/25 6293/1 6294/1 6294/5
6294/12 6296/9 6296/18 6297/22
6298/24 6300/4 6300/20 6300/21
6301/10 6306/13 6307/5 6307/6
6309/19 6309/21 6310/8 6310/21
6313/9 6316/16 6319/22 6321/13
6321/16 6321/24 6322/10 6322/22
6322/23 6322/23 6322/25 6323/17
6324/9 6324/14 6324/15 6324/16
6326/18 6327/19 6329/15 6332/22
6333/9 6334/1 6334/2 6334/6 6334/11
6335/2 6335/17 6337/7 6337/10
6347/18 6347/24 6348/2 6350/20

6351/14 6352/20 6352/24 6354/16
6356/21 6356/25 6358/23 6361/18
6363/19 6363/14 6363/24 6366/10
6367/5 6367/14 6367/25 6368/14
6370/1 6370/1 6370/6 6370/12 6373/4
6376/10 6376/25 6377/20 6378/5
6378/20 6378/21 6379/4 6379/4
6379/14 6379/18 6381/2 6381/2
6382/25 6384/24 6385/4 6385/4
6385/23 6386/13 6390/25 6391/13
6391/14 6392/5 6397/18 6397/22
6398/2 6403/18 6404/9 6405/1 6405/6
6405/7 6405/16 6406/16
item [9] 6333/12 6334/13 6334/21
6335/5 6337/9 6337/18 6338/12 6358/1
6360/7
items [2] 6241/16 6254/22
its [54] 6169/9 6173/3 6174/17 6175/16
6207/10 6213/9 6216/9 6227/22 6234/7
6238/17 6288/18 6292/5 6304/17
6304/18 6304/18 6304/24 6304/25
6305/17 6308/5 6308/20 6309/4
6309/24 6312/6 6335/18 6335/18
6336/20 6355/5 6356/24 6357/7 6359/7
6359/7 6374/5 6377/23 6378/4 6379/22
6380/25 6382/3 6386/5 6386/18
6389/13 6390/13 6394/3 6394/6 6395/7
6395/8 6397/19 6397/25 6399/14
6401/3 6402/1 6403/13 6404/10
6406/15 6407/11
itself [14] 6120/13 6131/12 6131/17
6134/13 6225/18 6307/11 6309/12
6335/11 6344/19 6354/11 6355/12
6381/18 6381/22 6382/7
IVR [1] 6169/17

**J**

jacked [1] 6405/19
JAMES [1] 6111/21
JCB [1] 6121/12
Jeferson [1] 6111/8
Jessen [1] 6143/19
jet [1] 6326/18
job [1] 6126/3
JOHN [1] 6110/21
join [1] 6174/19
joined [1] 6205/4
joint [2] 6299/11 6299/14
Journal [1] 6237/3
judge [4] 6110/14 6144/7 6263/11
6264/7
judge's [1] 6323/22
judgment [3] 6221/2 6221/3 6221/3
judicial [2] 6205/15 6205/22
juice [7] 6221/21 6221/24 6222/4 6222/7
6222/13 6222/16 6242/11
jumped [1] 6317/6
jumping [1] 6327/13
June [1] 6189/16
just [195] 6116/24 6118/15 6119/21
6121/21 6129/6 6131/1 6138/3 6139/22
6141/1 6141/10 6142/13 6143/24
6151/8 6151/20 6152/23 6156/10
6156/17 6165/2 6165/12 6168/23
6169/6 6172/4 6173/4 6173/21 6174/16
6176/12 6176/13 6179/18 6181/19
6183/5 6183/18 6187/21 6188/22
6195/10 6195/15 6195/24 6195/25
6212/23 6214/9 6216/17 6217/22
6217/23 6220/1 6223/3 6224/1 6224/22
6226/13 6226/19 6226/22 6227/5
6227/15 6227/19 6228/20 6228/25
6230/21 6232/21 6233/2 6233/22
6234/2 6239/21 6239/21 6239/24

## J

just... [133]  6242/5 6242/6 6242/22
6245/10 6245/16 6246/14 6246/24
6246/25 6247/14 6248/16 6251/14
6256/23 6258/25 6261/19 6262/18
6262/24 6263/9 6263/23 6264/6 6264/8
6264/12 6265/2 6265/7 6269/12
6269/24 6270/13 6271/18 6275/20
6277/1 6277/5 6277/11 6279/25 6282/8
6284/23 6285/15 6286/8 6286/13
6286/16 6288/23 6292/2 6292/20
6293/13 6294/20 6296/12 6298/19
6299/11 6300/5 6300/21 6300/25
6301/5 6301/12 6301/20 6303/7
6303/23 6308/24 6310/5 6311/12
6313/9 6313/10 6314/11 6316/15
6317/12 6317/22 6318/20 6318/20
6318/25 6319/16 6320/13 6320/14
6321/10 6322/21 6323/3 6323/5 6325/5
6326/12 6326/22 6326/24 6327/13
6328/3 6329/22 6329/25 6335/11
6335/23 6337/13 6339/17 6340/17
6343/6 6344/2 6345/6 6345/17 6345/18
6345/22 6347/5 6347/11 6353/3
6356/10 6361/14 6361/16 6362/4
6363/12 6370/14 6376/1 6379/9
6379/14 6379/15 6381/10 6381/13
6382/9 6382/22 6382/24 6383/1 6390/2
6392/14 6392/18 6393/5 6393/6
6394/11 6395/20 6397/20 6398/9
6398/17 6399/18 6403/11 6404/5
6404/9 6404/24 6406/20 6407/1 6407/8
6407/10 6408/11 6409/4 6409/8
Justice [6]  6110/18 6139/8 6140/15
6140/21 6168/21 6176/2
justify [3]  6244/18 6339/19 6339/22

## K

KATE [1]  6110/23
Katz [79]  6206/16 6207/9 6208/23
6213/20 6213/21 6214/9 6216/2 6216/5
6218/13 6219/5 6219/14 6220/10
6225/16 6226/5 6226/6 6226/17
6239/16 6244/5 6244/12 6250/22
6251/2 6256/2 6257/10 6257/16 6258/6
6262/15 6265/15 6266/8 6269/8
6269/11 6270/22 6271/2 6271/5
6271/24 6272/7 6272/23 6273/21
6273/23 6274/12 6285/24 6286/3
6286/19 6288/2 6289/15 6290/9
6290/17 6293/12 6294/15 6295/16
6297/2 6297/11 6305/5 6308/13
6312/14 6313/13 6314/25 6315/6
6316/1 6316/13 6316/21 6317/17
6322/1 6322/9 6327/12 6327/15 6335/9
6337/19 6339/8 6340/2 6343/5 6344/9
6345/3 6350/17 6352/19 6358/13
6367/24 6369/6 6374/3 6398/22
Katz's [34]  6207/10 6213/15 6214/17
6218/23 6257/7 6258/14 6262/6 6262/7
6266/16 6272/12 6272/15 6273/10
6285/17 6286/9 6287/5 6299/15 6308/6
6310/13 6313/10 6318/2 6328/5
6328/15 6330/21 6339/12 6343/9
6344/6 6344/18 6345/1 6345/10 6347/6
6348/13 6360/1 6380/7 6407/18
keep [9]  6130/21 6190/18 6212/1
6283/16 6291/4 6320/17 6329/10
6363/16 6363/17
keeping [1]  6342/13
Kellogg [1]  6205/7
Ken [1]  6401/6
kept [1]  6130/18

KEVIN [2]  6111/15 6192/5
key [8]  6119/13 6119/20 6141/15
6309/18 6337/1 6391/2 6398/20
6399/21
Kim [1]  6197/14
kind [49]  6114/23 6184/3 6187/6 6209/9
6212/2 6219/2 6219/5 6221/6 6223/10
6223/11 6226/20 6231/12 6234/17
6234/18 6241/17 6250/1 6253/18
6255/6 6258/18 6258/23 6259/17
6262/8 6277/1 6280/12 6295/13 6299/8
6300/24 6307/3 6307/14 6312/25
6330/15 6335/3 6339/3 6345/19
6345/19 6353/8 6353/8 6354/14
6354/17 6354/17 6355/16 6357/9
6366/8 6369/9 6381/10 6382/1 6402/4
6403/1 6404/20
kinds [17]  6124/10 6142/7 6188/9
6228/16 6237/15 6239/6 6241/9
6241/20 6253/6 6266/20 6280/17
6283/3 6285/14 6373/21 6381/2 6384/6
6389/16
knew [2]  6127/16 6253/7
know [90]  6118/17 6123/9 6123/14
6123/17 6127/2 6130/20 6138/8
6141/16 6141/17 6172/15 6174/8
6182/20 6183/2 6190/12 6203/24
6203/25 6204/1 6221/21 6222/14
6223/2 6230/8 6233/9 6241/25 6252/8
6254/1 6254/5 6254/22 6255/13
6255/20 6262/4 6265/5 6270/15 6281/6
6283/5 6283/25 6289/20 6292/18
6292/19 6295/18 6307/15 6311/19
6313/5 6318/23 6320/13 6326/15
6326/16 6327/25 6330/14 6334/20
6340/17 6348/7 6348/9 6352/12 6356/6
6357/11 6357/15 6357/18 6361/5
6364/7 6364/11 6364/15 6367/5
6372/12 6375/16 6379/6 6381/17
6383/10 6386/9 6386/11 6387/11
6389/15 6389/24 6391/16 6392/7
6392/20 6393/15 6394/13 6395/1
6396/7 6400/20 6401/2 6402/12
6402/18 6402/18 6403/14 6404/8
6405/8 6406/7 6406/15 6409/7
knowing [3]  6183/8 6255/15 6289/12
knowledge [5]  6117/1 6188/7 6197/16
6255/10 6255/21
known [4]  6206/18 6370/20 6371/14
6385/24
Kolley [1]  6143/19
KOROLOGOS [1]  6111/19

## L

label [1]  6383/21
labeled [2]  6264/1 6273/22
Labor [1]  6200/15
lack [2]  6222/23 6241/2
lacked [1]  6304/7
lacking [1]  6221/7
lady [1]  6143/9
lag [1]  6334/9
lags [1]  6333/13
landing [1]  6115/14
language [6]  6180/9 6221/8 6221/10
6221/14 6221/17 6223/16
large [37]  6190/15 6225/5 6241/18
6246/11 6249/8 6249/17 6250/18
6265/24 6266/22 6275/19 6277/8
6277/8 6277/14 6279/18 6288/2
6288/23 6289/4 6289/5 6294/14 6312/4
6319/1 6327/4 6338/14 6343/3 6345/5
6362/21 6370/7 6384/18 6388/7 6391/7
6403/5 6404/22 6405/4 6406/4 6406/6

6406/6 6407/12
largely [1]  6258/15
larger [10]  6273/20 6277/10 6277/11
6282/3 6326/3 6337/24 6362/3 6382/7
6389/22 6406/9
largest [5]  6121/2 6121/3 6124/19
6231/14 6231/15
last [22]  6113/18 6114/11 6119/17
6128/20 6135/3 6175/7 6183/23 6188/5
6192/12 6225/8 6228/25 6237/16
6250/21 6282/22 6282/23 6335/5
6338/12 6338/24 6345/24 6349/17
6356/6 6360/7
lastly [1]  6246/21
late [4]  6117/4 6117/11 6202/8 6409/3
later [6]  6223/2 6224/13 6230/5 6254/15
6331/12 6391/20
latter [1]  6222/18
launch [3]  6129/20 6133/7 6135/2
launched [1]  6135/3
laws [1]  6389/15
lawyer [4]  6143/1 6143/2 6143/4 6143/5
layered [1]  6342/19
lays [2]  6302/9 6303/21
lead [1]  6339/22
leads [2]  6267/5 6373/21
learn [1]  6189/24
learned [3]  6253/12 6253/12 6262/5
learns [1]  6183/3
least [31]  6136/20 6168/1 6175/15
6189/13 6196/24 6207/4 6219/2
6219/11 6223/21 6223/23 6224/5
6230/17 6267/17 6267/19 6270/7
6277/22 6279/17 6284/17 6291/17
6307/16 6351/13 6356/7 6371/17
6371/20 6372/3 6379/11 6395/25
6398/4 6405/9 6405/22 6408/22
leave [1]  6142/25
leaving [1]  6388/17
ledger [1]  6316/8
left [15]  6128/17 6200/14 6242/23
6248/13 6249/7 6249/12 6249/15
6269/8 6269/13 6270/23 6271/21
6319/4 6342/6 6342/15 6378/6
left-hand [10]  6128/17 6242/23 6248/13
6269/8 6270/23 6271/21 6319/4 6342/6
6342/15 6378/6
leftward [1]  6260/13
legislation [1]  6285/16
legislatively [1]  6351/10
legitimate [1]  6390/5
lend [1]  6281/5
lendcentric [6]  6215/11 6215/19 6215/21
6216/20 6216/21 6381/19
less [30]  6122/13 6131/18 6131/19
6137/11 6171/6 6171/13 6177/1
6178/12 6178/21 6185/18 6187/24
6216/25 6228/6 6249/7 6249/12
6249/13 6249/14 6251/16 6260/2
6260/5 6284/17 6287/11 6287/11
6290/20 6305/1 6324/10 6359/19
6381/6 6403/6 6407/15
let [27]  6138/8 6141/4 6165/12 6173/12
6181/19 6217/22 6223/17 6236/22
6247/13 6248/16 6257/22 6259/21
6278/3 6282/21 6286/8 6290/3 6293/5
6298/17 6300/2 6308/18 6345/2
6356/10 6357/25 6363/25 6401/24
6407/4 6408/11
let's [102]  6113/10 6157/12 6165/9
6169/6 6194/4 6214/22 6215/6 6226/4
6228/17 6234/13 6237/21 6238/8
6240/1 6242/19 6243/17 6243/24
6244/22 6247/9 6248/7 6249/24

lefts... [82]  6251/17 6251/18 6259/11
6267/9 6271/14 6272/8 6274/17 6275/8
6276/24 6278/14 6284/19 6287/18
6293/10 6293/19 6294/24 6296/11
6296/25 6297/17 6299/24 6301/12
6305/8 6308/23 6308/23 6311/10
6313/20 6314/3 6317/2 6318/15
6320/17 6323/7 6323/21 6325/18
6326/10 6327/12 6330/16 6330/24
6331/22 6333/19 6336/14 6336/24
6338/12 6338/25 6339/11 6339/24
6339/25 6340/8 6340/13 6341/8
6341/25 6347/3 6347/5 6348/19
6349/16 6358/6 6358/7 6358/25
6360/17 6361/17 6362/12 6363/9
6365/9 6366/15 6368/6 6369/16
6371/10 6372/16 6373/25 6375/25
6376/20 6377/25 6383/13 6385/14
6390/9 6390/22 6393/22 6396/24
6397/15 6398/9 6399/2 6399/18
6401/25 6403/17
letter [7]  6174/14 6192/12 6193/4
6193/11 6193/12 6193/18 6194/21
level [22]  6116/5 6129/7 6130/9 6130/22
6142/12 6230/15 6231/25 6235/4
6235/6 6295/14 6295/15 6306/6 6309/7
6332/11 6353/2 6356/18 6367/5
6370/10 6377/15 6396/1 6396/8
6400/15
leveled [1]  6316/13
levels [6]  6123/23 6252/17 6258/24
6258/24 6369/1 6372/25
leverage [3]  6404/18 6404/20 6404/22
Lexington [1]  6111/18
liabilities [1]  6172/21
liability [7]  6126/20 6128/1 6172/3
6180/20 6184/3 6188/8 6323/4
liberty [1]  6351/17
library [1]  6117/18
licenses [1]  6115/3
life [1]  6206/15
lifetime [1]  6354/1
light [12]  6258/19 6266/25 6316/12
6344/14 6358/4 6358/9 6358/21
6358/23 6360/11 6385/6 6393/8
6393/19
lights [1]  6190/18
like [78]  6114/4 6114/21 6115/6 6117/18
6118/19 6121/12 6121/12 6123/25
6139/17 6141/22 6143/12 6144/21
6151/11 6152/23 6156/19 6165/16
6165/24 6166/8 6173/4 6180/7 6182/4
6182/6 6190/12 6190/17 6203/17
6203/25 6204/19 6205/20 6206/6
6208/10 6210/23 6211/12 6215/25
6226/6 6231/22 6232/12 6239/14
6241/12 6245/10 6251/6 6258/20
6261/17 6279/25 6280/19 6285/7
6286/16 6289/13 6290/25 6295/22
6298/18 6298/19 6298/20 6299/12
6300/1 6300/22 6303/22 6304/2 6308/22
6309/21 6321/15 6330/25 6336/15
6349/23 6351/6 6354/2 6357/9 6357/17
6357/18 6365/1 6379/11 6380/11
6391/20 6394/5 6394/13 6395/6
6402/19 6408/19 6409/7
likely [6]  6185/12 6210/6 6282/7 6282/8
6383/6 6383/8
Likert [1]  6239/4 6239/4 6241/12
6248/20 6252/15 6256/11 6256/19
lime [1]  6301/1
limited [10]  6176/17 6176/21 6224/9

6294/18 6308/15 6320/1 6344/19
6399/12 6402/20 6406/24
limits [1]  6287/1
line [52]  6117/14 6119/15 6120/3 6120/4
6120/6 6120/8 6170/6 6177/23 6178/1
6196/10 6237/7 6245/21 6249/5 6249/6
6249/10 6250/3 6250/5 6255/19
6288/13 6288/13 6288/14 6289/17
6289/17 6312/8 6312/8 6316/7 6317/16
6319/5 6324/7 6324/9 6324/13 6324/13
6324/14 6324/17 6324/17 6328/4
6328/8 6328/9 6329/1 6329/2 6336/16
6365/15 6365/17 6366/5 6366/8
6367/13 6367/14 6370/1 6370/15
6372/16 6378/9 6378/11
lined [1]  6238/22
lines [17]  6170/7 6227/4 6234/4 6245/18
6245/20 6250/6 6250/8 6258/15
6258/16 6258/18 6288/12 6328/4
6329/12 6365/19 6365/20 6369/25
6370/2
link [4]  6128/23 6129/3 6132/19 6270/1
links [2]  6128/18 6128/20
LISA [1]  6110/22
list [8]  6193/7 6193/9 6193/22 6194/2
6194/5 6326/11 6360/7 6387/6
listed [4]  6193/17 6194/10 6194/25
6339/14
lists [1]  6331/24
literally [6]  6245/20 6344/16 6379/16
6401/2
literature [9]  6235/25 6236/4 6236/9
6236/11 6236/12 6236/18 6257/2
6311/24 6322/14
litigation [7]  6110/17 6156/15 6221/11
6224/7 6224/13 6308/3 6400/24
litigations [5]  6224/18 6236/3 6237/23
6261/7 6261/8
little [27]  6156/10 6202/5 6209/12
6223/13 6230/19 6243/3 6259/21
6273/8 6273/13 6273/19 6280/15
6293/1 6294/12 6302/3 6303/15
6319/17 6324/9 6324/11 6331/8 6342/6
6361/16 6362/9 6362/10 6375/2
6377/11 6389/24 6390/3
live [1]  6357/11
living [2]  6264/18 6264/19
LLP [2]  6111/13 6111/18
local [3]  6115/2 6165/17 6189/23
located [1]  6138/10
location [1]  6127/20
locations [1]  6407/19
locked [1]  6223/9
logic [1]  6330/21
logical [3]  6262/20 6348/17 6407/5
logically [1]  6339/22
long [15]  6116/12 6117/3 6124/13
6126/25 6142/19 6192/12 6206/4
6227/12 6236/15 6380/11 6380/12
6400/24 6401/1 6408/15 6409/5
longer [11]  6168/4 6172/19 6173/25
6181/18 6231/19 6231/22 6232/1
6337/23 6344/1 6344/8 6408/12
look [188]  6115/17 6128/9 6128/17
6128/20 6138/13 6141/6 6145/5
6147/10 6148/25 6152/24 6156/11
6156/20 6157/12 6157/15 6168/17
6169/22 6170/14 6178/14 6178/18
6189/10 6203/16 6203/17 6203/21
6208/19 6208/25 6209/12 6209/18
6209/23 6209/25 6210/4 6210/8 6215/6
6215/15 6217/13 6217/22 6218/10
6218/17 6219/8 6221/21 6224/21
6225/25 6226/2 6226/22 6226/24

6227/9 6227/24 6228/17 6229/12
6231/6 6232/12 6234/13 6235/22
6237/25 6237/21 6238/8 6239/7 6239/14
6240/2 6240/14 6240/19 6241/16
6242/19 6243/14 6243/17 6243/24
6244/9 6244/22 6247/9 6248/25 6249/5
6249/18 6249/24 6256/3 6256/16
6256/20 6257/4 6258/17 6258/18
6259/3 6259/5 6259/11 6259/23
6259/24 6259/24 6260/3 6261/5 6262/2
6262/6 6262/13 6262/17 6264/6 6267/5
6267/9 6267/22 6267/24 6268/4
6271/14 6272/8 6274/17 6274/23
6275/3 6275/8 6278/12 6281/13 6282/5
6284/19 6285/25 6286/13 6287/18
6288/24 6293/17 6293/19 6294/24
6298/8 6304/2 6308/2 6309/14 6310/8
6312/16 6313/20 6314/3 6316/10
6316/15 6318/12 6318/15 6321/4
6322/7 6323/4 6324/1 6325/5 6325/6
6325/10 6325/18 6326/24 6327/12
6330/25 6331/22 6333/19 6333/20
6336/24 6338/12 6338/25 6340/6
6340/15 6340/17 6341/8 6341/21
6341/25 6342/16 6343/8 6343/17
6349/17 6355/25 6356/13 6357/18
6360/17 6361/17 6362/12 6363/5
6365/9 6365/21 6366/7 6366/11
6366/12 6368/3 6368/6 6368/18
6369/16 6370/16 6375/25 6376/9
6376/10 6376/11 6376/20 6377/25
6384/24 6385/5 6385/5 6385/14
6390/22 6393/5 6396/24 6397/15
6398/5 6398/9 6399/2 6401/4 6403/17
looked [40]  6223/11 6239/9 6242/24
6259/8 6267/17 6276/20 6282/25
6283/3 6283/5 6284/20 6287/14 6297/2
6310/3 6310/3 6314/23 6317/2 6323/2
6323/3 6331/4 6331/18 6335/11
6337/22 6349/11 6360/10 6360/14
6362/6 6362/9 6362/10 6364/6 6364/7
6364/22 6365/6 6366/12 6368/17
6370/19 6373/8 6374/15 6377/15
6380/12 6399/8
looking [72]  6116/24 6127/7 6127/8
6169/16 6178/1 6178/20 6179/17
6179/24 6180/16 6194/6 6196/10
6221/19 6225/6 6226/20 6227/11
6228/5 6228/6 6228/12 6235/12
6235/15 6239/22 6242/21 6243/18
6249/13 6250/21 6254/11 6256/1
6258/14 6260/6 6261/1 6267/18
6270/23 6274/12 6275/14 6275/17
6275/21 6276/22 6277/7 6279/3
6282/11 6287/5 6288/4 6289/25
6291/10 6311/4 6311/5 6316/19 6318/1
6318/20 6320/13 6321/3 6321/18
6325/13 6337/5 6337/6 6340/3 6340/5
6340/6 6340/7 6340/11 6343/16
6355/24 6358/1 6360/24 6361/1 6361/6
6373/21 6375/12 6382/5 6382/9 6386/3
6398/18
looks [6]  6203/25 6218/5 6258/21
6277/6 6321/15 6372/23
loop [1]  6399/14
loosely [1]  6171/11
lose [2]  6126/19 6359/9
loss [2]  6305/19 6406/9
losses [1]  6388/15
lost [6]  6130/7 6158/3 6359/15 6370/24
6376/5 6376/14
lot [47]  6117/25 6118/2 6118/13 6174/1
6179/15 6187/16 6192/19 6204/15
6207/5 6207/6 6220/13 6226/1 6227/19

**L**

lot [34]  6228/11 6234/7 6243/5 6243/9
6261/15 6283/5 6283/12 6285/16
6290/18 6291/23 6291/24 6292/24
6294/21 6300/12 6325/25 6329/19
6330/10 6330/13 6334/17 6338/7
6340/9 6340/19 6340/20 6341/6
6364/16 6370/23 6373/24 6376/14
6378/20 6387/9 6399/24 6401/13
6401/14 6406/11
lots [3]  6125/13 6190/15 6226/15
loud [2]  6230/9 6376/14
low [4]  6133/11 6306/9 6365/22 6368/25
lower [47]  6121/22 6130/3 6130/4
6130/9 6130/22 6132/15 6132/17
6132/19 6132/24 6133/3 6133/20
6134/21 6135/12 6135/13 6136/23
6137/11 6140/17 6140/19 6171/4
6171/7 6171/12 6171/13 6171/14
6174/24 6175/11 6179/5 6181/4
6181/10 6185/3 6185/4 6188/17
6231/25 6232/6 6234/3 6235/6 6235/16
6235/19 6253/9 6271/25 6279/1
6281/17 6332/6 6342/23 6343/3 6345/9
6370/13 6388/2
lowered [3]  6175/16 6304/17 6308/20
lowering [1]  6309/4
lowest [6]  6123/24 6132/6 6132/7
6133/10 6134/3 6184/2
loyal [4]  6359/8 6359/15 6372/14
6372/18
loyalty [28]  6261/9 6261/12 6261/13
6261/23 6261/25 6262/18 6265/13
6267/17 6267/18 6268/9 6269/19
6269/24 6272/8 6275/4 6276/20
6278/20 6281/2 6351/8 6352/16 6358/5
6359/1 6360/14 6361/17 6362/13
6365/7 6372/21 6373/2 6373/6
Luckily [1]  6169/1
lunch [6]  6202/6 6262/22 6263/1
6263/11 6264/5 6264/7
luncheon [1]  6265/14

**M**

M-I-T-C-H-E-L-L [1]  6113/19
machine [1]  6264/21
macro [1]  6388/19
macroeconomics [2]  6204/24 6205/1
made [21]  6117/25 6122/7 6124/22
6125/22 6167/18 6197/21 6197/25
6199/10 6222/23 6226/6 6283/23
6294/17 6305/5 6309/16 6311/18
6317/22 6352/3 6352/9 6379/24
6397/23 6407/12
magazines [1]  6309/22
magnitudes [3]  6270/20 6306/3 6314/14
mail [3]  6186/16 6197/14 6197/20
main [6]  6215/22 6266/15 6297/19
6297/20 6328/17 6382/10 6389/24
6391/3 6391/7
maintain [3]  6134/18 6306/8 6354/24
major [6]  6301/15 6328/24 6330/18
6369/21 6380/9 6404/13
majority [6]  6121/5 6170/25 6192/8
6240/20 6246/6 6268/21
make [39]  6119/21 6126/22 6143/24
6165/12 6171/15 6172/2 6174/16
6184/5 6185/6 6185/12 6185/13
6187/22 6188/22 6210/4 6220/18
6238/25 6251/25 6265/23 6317/19
6329/19 6343/24 6350/7 6357/7 6371/1
6373/24 6376/12 6377/23 6378/22
6379/14 6379/15 6384/13 6384/13

6386/5 6386/17 6386/18 6386/20
6387/2 6400/16 6406/10
makers [1]  6204/22
makes [21]  6120/7 6127/8 6137/21
6181/13 6187/16 6197/18 6214/20
6250/13 6257/6 6257/10 6260/7 6272/5
6290/20 6295/9 6308/16 6331/8
6342/19 6378/4 6383/24 6404/19
6404/20
making [29]  6122/13 6174/23 6204/17
6204/18 6204/20 6237/9 6239/6 6243/4
6243/19 6244/9 6246/24 6247/1
6273/12 6279/15 6292/4 6300/15
6341/17 6351/23 6352/5 6358/17
6378/23 6389/7 6392/11 6394/11
6394/12 6394/13 6394/13 6400/12
6404/9
manage [4]  6126/3 6134/12 6300/15
6402/14
managed [1]  6381/23
management [3]  6139/5 6139/6 6319/25
mandation [3]  6378/16 6378/19 6379/16
mandatory [3]  6165/24 6185/21 6186/8
mangers [1]  6139/6
manifest [1]  6354/14
manifested [1]  6309/11
manner [1]  6188/10
many [36]  6117/16 6118/21 6119/9
6124/25 6127/1 6165/20 6165/24
6187/25 6190/22 6205/2 6205/10
6205/18 6212/12 6215/16 6223/1
6223/5 6227/20 6243/7 6243/8 6254/23
6269/4 6282/8 6284/1 6338/14 6338/25
6342/22 6345/14 6348/7 6371/24
6372/3 6379/1 6383/22 6395/5 6395/5
6405/13 6406/23
maps [2]  6316/9 6317/21
margin [3]  6254/5 6255/21 6255/21
marginal [1]  6401/12
marginally [1]  6181/14
margins [2]  6301/3 6301/4
mark [3]  6110/20 6110/23 6166/1
marked [20]  6115/25 6129/13 6138/10
6139/21 6139/25 6150/20 6176/7
6176/22 6191/3 6193/3 6195/1 6195/13
6198/17 6199/19 6200/13 6203/18
6204/7 6208/1 6263/19 6265/12
market [265]  6133/10 6166/8 6208/12
6208/14 6208/24 6208/25 6209/14
6209/15 6209/16 6209/18 6209/19
6209/25 6210/2 6210/4 6210/9 6210/12
6210/15 6210/17 6210/24 6211/4
6211/16 6211/22 6211/23 6212/2
6213/16 6213/20 6213/21 6214/10
6214/17 6214/19 6216/3 6216/7
6219/19 6220/19 6222/4 6223/15
6223/19 6223/20 6224/2 6224/3 6224/4
6224/5 6224/8 6224/14 6225/13
6225/23 6226/3 6232/9 6239/17 6241/4
6241/5 6241/15 6244/10 6244/14
6246/11 6246/18 6254/18 6282/6
6282/18 6290/16 6290/17 6290/24
6291/1 6291/9 6291/16 6291/23 6292/5
6292/10 6292/14 6293/11 6294/16
6294/21 6294/24 6295/1 6295/10
6295/13 6296/7 6297/4 6297/7 6297/13
6297/22 6301/2 6301/14 6301/17
6301/22 6301/22 6302/8 6302/10
6303/4 6303/9 6303/9 6303/20 6303/22
6304/3 6304/8 6304/19 6304/20 6305/2
6305/6 6305/14 6305/15 6305/20
6305/21 6305/22 6306/4 6306/7 6306/8
6306/9 6306/14 6307/1 6307/8 6307/10
6307/11 6307/13 6307/16 6308/11

6308/17 6309/7 6309/11 6309/16
6310/15 6310/18 6310/19 6310/25
6311/18 6311/23 6312/1 6313/14
6318/22 6318/22 6321/23 6321/23
6321/25 6322/1 6322/4 6322/8 6322/10
6322/11 6322/12 6322/15 6322/16
6330/17 6330/20 6330/22 6330/23
6331/3 6331/11 6331/14 6331/20
6332/10 6332/14 6332/16 6332/19
6332/20 6332/21 6332/22 6333/9
6335/1 6335/2 6335/6 6335/12 6335/13
6335/14 6335/16 6335/17 6335/24
6335/25 6336/17 6336/19 6337/5
6337/8 6337/11 6337/16 6337/17
6339/4 6339/8 6339/9 6339/20 6339/23
6340/15 6344/7 6344/11 6344/17
6344/20 6347/7 6347/13 6347/15
6347/17 6347/22 6347/22 6347/23
6348/1 6348/3 6348/5 6348/15 6348/16
6349/18 6350/7 6350/21 6350/22
6351/7 6351/9 6351/15 6351/19
6351/23 6353/11 6355/4 6355/17
6356/5 6356/8 6358/11 6361/4 6362/7
6366/1 6367/6 6367/10 6367/20
6367/22 6367/23 6367/24 6368/1
6369/5 6372/17 6373/1 6373/11
6373/15 6373/22 6373/23 6373/25
6374/4 6375/2 6375/14 6379/21 6380/1
6380/8 6381/3 6381/5 6381/11 6382/15
6383/3 6383/10 6386/2 6388/4 6388/7
6388/11 6389/23 6389/25 6390/4
6390/18 6391/14 6391/18 6391/23
6392/2 6392/4 6393/15 6393/24
6396/15 6397/11 6397/22 6397/25
6398/21 6398/23 6399/10 6399/13
6404/17
marketing [4]  6175/20 6181/25 6358/4
6358/9
markets [8]  6204/25 6212/13 6213/25
6236/14 6244/18 6260/21 6297/16
6347/25
markups [2]  6254/25 6298/8
married [2]  6279/6 6279/9
MARYLAND [1]  6110/3
masse [6]  6194/9
Mastercard [71]  6116/7 6121/11
6121/21 6123/2/16 6124/12 6132/1
6132/2 6132/4 6132/9 6132/10 6132/23
6133/2 6133/8 6133/11 6133/20 6135/1
6137/2 6137/20 6139/8 6140/16
6156/25 6157/6 6170/6 6173/18 6174/4
6185/4 6220/15 6224/14 6231/12
6231/18 6232/5 6261/24 6292/6
6306/20 6307/19 6331/14 6332/1
6333/13 6333/24 6334/4 6334/9
6334/12 6334/14 6334/22 6334/25
6341/1 6341/22 6342/4 6342/9 6342/16
6342/18 6342/23 6343/4 6343/25
6353/13 6355/10 6355/14 6369/13
6370/4 6372/10 6376/15 6381/21
6382/11 6394/19 6398/24 6405/3
6405/4 6405/15 6405/19 6407/16
6407/22
MasterCard's [3]  6332/6 6341/14 6345/9
match [2]  6245/17 6388/2
material [2]  6302/3 6303/16
materials [1]  6359/25
mathematical [1]  6344/12
matter [27]  6112/12 6143/8 6191/19
6192/14 6195/4 6195/5 6195/19
6195/21 6196/19 6196/20 6198/6
6198/10 6199/8 6199/11 6199/14
6199/24 6202/6 6206/24 6235/5
6256/23 6262/19 6262/25 6297/6

Case 1:10-cv-04496-NGG-RER Document 364-6 Filed 08/10/15 Page 330 of 352 PageID #:
13872

matter... [4]  6297/9 6340/10 6349/6
6402/3
matters [1]  6197/7
MATTHEW [1]  6111/20
may [51]  6113/21 6113/22 6113/24
6126/24 6127/1 6127/18 6144/12
6152/13 6152/14 6152/15 6152/24
6169/18 6188/3 6189/5 6189/6 6189/25
6192/25 6193/1 6196/4 6202/12
6202/24 6232/7 6255/6 6256/13
6257/18 6259/18 6261/22 6263/12
6263/14 6270/16 6278/6 6280/14
6280/15 6293/11 6299/18 6326/20
6349/2 6350/24 6359/20 6364/14
6370/16 6370/24 6377/3 6377/3 6387/5
6387/8 6403/2 6403/3 6406/18 6407/4
6408/24
maybe [8]  6143/3 6164/14 6167/25
6223/13 6247/11 6292/13 6388/25
6408/22
McDonald's [3]  6357/9 6357/10 6357/14
MDL [1]  6156/15
me [59]  6138/8 6151/11 6165/12
6173/12 6181/19 6214/20 6217/22
6223/1 6223/17 6236/22 6242/2
6247/13 6248/6 6248/16 6255/22
6257/22 6259/5 6259/21 6273/24
6274/5 6278/3 6282/1 6282/4 6282/6
6282/21 6283/20 6284/6 6284/7
6284/16 6284/25 6285/8 6286/8 6290/3
6292/20 6298/11 6298/17 6300/2
6308/18 6320/22 6321/15 6325/23
6334/5 6345/2 6345/7 6354/2 6356/10
6357/25 6362/10 6363/25 6373/24
6381/11 6384/7 6384/8 6391/20
6401/24 6405/5 6406/9 6407/4 6408/11
me-too [1]  6381/11
mean [42]  6116/22 6118/17 6121/24
6125/3 6130/6 6131/5 6136/3 6144/25
6145/7 6147/12 6149/2 6157/20
6186/14 6215/12 6217/4 6223/22
6245/20 6248/8 6260/18 6261/12
6269/22 6298/16 6312/23 6316/14
6322/22 6327/10 6332/22 6332/24
6334/22 6340/12 6350/21 6350/22
6351/9 6368/1 6372/3 6372/20 6379/16
6388/21 6393/12 6395/21 6398/25
6405/21
meaningful [7]  6223/13 6223/14 6255/5
6304/7 6310/24 6347/14 6347/16
means [39]  6172/23 6215/13 6243/5
6245/23 6247/19 6247/22 6250/11
6251/24 6257/14 6260/2 6260/9
6260/13 6260/24 6261/16 6268/2
6271/7 6271/10 6278/20 6278/22
6278/24 6282/1 6282/4 6287/8 6291/21
6292/6 6310/15 6311/23 6343/2
6344/17 6348/13 6362/18 6363/24
6364/3 6364/5 6365/16 6365/17
6369/20 6379/5 6403/10
meant [2]  6294/15 6338/3
measurable [1]  6333/10
measure [13]  6251/14 6280/19 6307/25
6312/4 6361/7 6367/6 6368/1 6368/19
6370/1 6371/1 6371/13 6371/15
6373/10
measured [5]  6304/17 6319/7 6367/21
6367/23 6370/11
measures [9]  6323/2 6361/6 6364/6
6364/8 6366/3 6367/22 6369/10
6372/24 6373/8
measuring [3]  6256/19 6276/3 6362/4

mechanical [1]  6111/25
mechanism [6]  6354/8 6354/9 6354/10
6371/17 6394/1 6395/5
mechanisms [6]  6354/6 6354/12 6385/7
6394/3 6394/5 6395/5
media [2]  6127/5 6127/6
median [1]  6277/9
meet [1]  6300/15
meeting [6]  6140/4 6140/5 6140/6
6197/11 6199/2 6409/9
member [3]  6182/17 6188/2 6278/21
members [8]  6126/16 6246/8 6278/6
6278/7 6279/14 6312/9 6312/10
6334/14
membership [6]  6171/24 6172/4
6172/13 6172/24 6189/25 6312/11
memory [1]  6334/11
mention [8]  6229/19 6231/10 6249/2
6277/2 6319/8 6329/22 6359/24 6368/7
mentioned [16]  6114/23 6127/21
6151/23 6156/19 6170/16 6185/20
6204/21 6214/23 6224/24 6239/21
6244/5 6330/25 6333/16 6384/23
6392/18 6401/19
mentioning [8]  6284/24 6317/10 6339/1
6360/19 6365/11 6368/23 6371/11
6378/1
merchant [106]  6187/15 6212/5 6212/6
6212/8 6212/9 6212/11 6213/12
6217/11 6229/21 6232/24 6253/14
6254/6 6254/8 6254/14 6262/3 6270/11
6271/21 6272/11 6272/21 6275/9
6277/9 6282/11 6282/16 6287/14
6287/15 6295/10 6310/22 6311/15
6311/16 6311/16 6313/3 6318/13
6322/18 6323/12 6323/23 6324/6
6325/6 6325/13 6325/14 6326/7 6326/7
6326/23 6327/16 6327/19 6327/19
6327/20 6327/20 6327/24 6328/5
6329/21 6338/3 6338/4 6338/5 6338/8
6339/5 6339/13 6339/15 6340/7 6341/7
6341/7 6341/15 6341/16 6343/2
6344/19 6348/8 6353/2 6353/6 6356/18
6357/2 6357/24 6358/5 6359/1 6359/5
6359/5 6359/8 6359/9 6359/12 6359/15
6360/4 6360/5 6361/8 6361/9 6362/19
6362/24 6363/1 6369/8 6369/9 6395/3
6402/8 6402/13 6402/14 6402/15
6402/17 6402/19 6403/9 6403/18
6403/23 6404/17 6404/19 6404/22
6404/23 6406/3 6406/5 6406/14
6406/14 6407/19
merchant's [4]  6254/4 6323/5 6357/2
6402/10
merchant-by-merchant [2]  6326/7
6406/14
merchants [148]  6157/7 6179/19
6211/10 6213/13 6213/17 6229/20
6230/1 6230/1 6230/11 6230/11
6230/12 6230/17 6230/22 6231/4
6231/10 6231/14 6231/15 6231/17
6232/2 6232/22 6233/23 6234/7
6234/11 6234/15 6234/22 6261/13
6265/16 6265/21 6265/25 6266/2
6267/13 6267/15 6268/7 6269/7
6269/15 6269/20 6270/23 6271/17
6271/18 6271/19 6272/10 6275/12
6275/14 6276/9 6279/4 6280/5 6281/19
6282/18 6287/10 6287/11 6288/1
6288/10 6288/15 6288/23 6288/24
6289/4 6289/5 6289/9 6289/13 6289/14
6292/9 6296/16 6298/20 6299/1 6299/6
6311/18 6311/19 6322/1 6322/19
6323/13 6324/6 6324/7 6325/7 6325/8

6325/11 6325/16 6325/25 6326/6
6326/11 6326/12 6326/13 6327/1
6327/4 6327/5 6327/6 6327/7 6327/8
6328/6 6330/12 6337/19 6337/22
6338/14 6338/14 6338/25 6339/1
6339/5 6341/18 6345/5 6345/6 6345/7
6345/13 6345/15 6348/7 6348/9 6348/9
6348/16 6357/5 6357/6 6358/16 6359/4
6359/19 6360/20 6360/25 6361/10
6361/20 6362/20 6362/23 6362/25
6364/16 6374/5 6379/7 6379/8 6383/8
6383/9 6396/12 6396/16 6396/22
6397/4 6399/17 6402/1 6403/6 6403/13
6404/2 6404/13 6404/14 6405/1 6405/1
6405/3 6405/4 6405/12 6405/25
6406/13 6406/21 6407/13 6407/13
6407/15 6408/22 6408/25
merchants did [1]  6348/7
merchants' [3]  6217/9 6217/18 6360/22
message [3]  6233/4 6272/25 6273/25
method [2]  6248/2 6262/9
methodologies [1]  6315/1
methods [25]  6181/17 6182/15 6235/11
6236/21 6237/16 6238/18 6238/21
6238/22 6244/7 6247/25 6251/11
6253/4 6257/18 6257/19 6258/8
6259/20 6262/14 6266/17 6266/24
6267/21 6280/25 6294/22 6363/24
6383/5 6383/7
metric [2]  6230/23 6230/24
metrics [4]  6239/15 6239/16 6373/21
6373/21
Michael [1]  6156/14
MICHIGAN [2]  6110/4 6349/11
micro [3]  6226/21 6388/19 6388/19
micro-data [1]  6226/21
microeconomics [3]  6204/22 6204/24
6204/24
microeconomist [2]  6204/11 6204/21
microphone [1]  6113/20
mid [2]  6227/9 6231/21
mid-1990s [1]  6227/9
mid-2011 [1]  6231/21
middle [4]  6115/17 6196/13 6196/15
6328/9
might [25]  6115/5 6127/12 6141/11
6185/12 6194/18 6200/17 6208/20
6251/2 6252/8 6252/9 6252/9 6313/7
6335/12 6345/22 6351/6 6351/12
6353/15 6360/3 6361/7 6361/9 6361/15
6386/12 6393/20 6405/11 6406/18
milk [5]  6313/3 6313/3 6313/4 6313/8
6313/8
Milky [3]  6241/14 6241/23 6242/11
million [3]  6118/23 6119/1 6345/4
millions [4]  6172/12 6337/18 6406/21
6407/19
mimic [4]  6352/8 6397/25 6397/25
6399/17
mimicry [1]  6399/11
mind [5]  6212/1 6274/20 6283/16
6330/2 6396/19
mindful [1]  6262/18
minds [1]  6218/5
mine [1]  6329/3
minimis [1]  6368/12
minor [2]  6121/12 6328/20
minus [1]  6205/8
minute [6]  6119/17 6200/23 6275/20
6276/13 6281/22 6310/10 6348/19
6390/2
minutes [8]  6142/22 6142/25 6164/14
6183/19 6202/7 6308/21 6345/25
6408/19

## M

misalignment [3] 6401/21 6402/2 6402/4
misinformation [2] 6341/6 6341/14
missed [1] 6269/17
Missouri [2] 6111/6 6112/5
MISSOURI,MONTANA [1] 6110/4
misspoke [2] 6248/9 6349/6
misunderstanding [1] 6256/10
MITCH [1] 6111/10
MITCHELL [26] 6110/23 6113/5 6113/6
6113/12 6113/13 6113/17 6114/2
6115/7 6116/2 6123/25 6128/6 6129/15
6138/9 6139/3 6143/8 6147/10 6148/25
6152/18 6169/6 6169/15 6176/24
6183/22 6183/23 6189/1 6189/10
6191/7
MITCHELL-TOMBRAS [3] 6110/23
6113/5 6183/22
mix [23] 6122/1 6167/11 6184/21
6184/22 6245/17 6274/1 6319/15
6320/7 6321/12 6323/15 6323/21
6323/22 6323/23 6324/16 6324/20
6325/4 6325/12 6325/15 6338/2 6338/2
6343/23 6343/23 6344/8
mix-adjusted [1] 6344/8
mixed [2] 6319/12 6319/20
mixes [1] 6325/1
mixing [3] 6242/11 6257/20 6269/18
MO [1] 6111/8
mobile [5] 6119/16 6120/3 6120/4
6120/6 6120/8
model [21] 6118/20 6121/4 6123/21
6165/13 6165/21 6213/11 6216/24
6246/9 6281/5 6281/7 6301/9 6344/12
6344/15 6344/16 6354/25 6355/2
6355/13 6381/19 6382/5 6382/13
6398/15
models [1] 6215/17
modestly [1] 6324/21
modified [1] 6317/23
moment [16] 6129/9 6138/13 6143/24
6188/24 6203/21 6217/23 6247/11
6248/16 6255/25 6256/2 6261/6 6264/8
6321/8 6327/13 6333/19 6371/3
moments [8] 6247/11 6285/15 6314/23
6328/11 6345/22 6356/14 6358/1
6399/8
Monday [2] 6193/20 6409/2
money [12] 6119/19 6126/15 6166/4
6168/12 6172/5 6188/25 6245/4
6245/19 6245/21 6264/15 6264/20
6300/11
monitor [1] 6257/25
Monopolist [7] 6219/15 6219/18 6219/25
6220/2 6220/8 6220/11 6313/13
monopoly [2] 6307/7 6318/23
month [14] 6123/12 6123/15 6183/6
6247/23 6249/9 6250/4 6300/7 6300/7
6300/11 6300/16 6300/17 6363/16
6363/16 6363/18
month-to-month [1] 6300/7
monthly [6] 6188/12
months [1] 6288/22
mood [1] 6280/14
MOORE [1] 6111/13
more [86] 6118/19 6126/14 6126/15
6130/22 6131/16 6131/17 6131/18
6137/21 6151/9 6151/18 6156/10
6168/12 6168/12 6168/15 6170/18
6174/1 6177/1 6181/19 6186/15
6188/24 6189/25 6190/15 6210/6
6216/21 6222/18 6224/3 6224/6 6226/1
6227/19 6227/20 6230/18 6230/21

6230/22 6230/22 6231/22 6232/1
6232/2 6236/15 6240/12 6240/19
6240/19 6241/2 6241/2 6249/14 6249/16
6239/9
6250/6 6251/16 6253/9 6253/5 6259/19
6263/18 6269/1 6269/19 6269/24
6272/5 6281/18 6284/1 6284/1 6284/5
6284/25 6286/21 6290/22 6291/5
6291/6 6292/4 6292/12 6296/25
6299/24 6305/1 6330/11 6335/15
6338/6 6345/15 6345/25 6347/20
6382/13 6382/14 6383/6 6383/6 6383/8
6383/8 6394/11 6402/25 6406/13
6406/19 6408/23
moreover [1] 6359/10
morning [11] 6112/3 6112/8 6114/2
6114/3 6152/18 6152/20 6192/2 6203/3
6203/4 6408/8 6409/17
most [14] 6123/6 6126/1 6137/8 6172/8
6186/8 6214/1 6214/2 6241/14 6246/22
6321/19 6348/1 6348/2 6379/13
6406/17
mostly [6] 6236/5 6256/19
motion [1] 6278/1
motivated [1] 6129/25
motive [1] 6404/7
mouth [1] 6308/12
move [17] 6112/16 6168/24 6174/8
6179/22 6190/6 6194/9 6194/10 6249/7
6249/12 6257/9 6280/3 6294/24
6296/25 6301/14 6349/16 6356/11
6395/2
moved [2] 6277/21 6319/20
movement [2] 6222/12 6226/15
moving [8] 6180/12 6194/8 6237/22
6296/4 6330/16 6335/21 6352/1
6399/19
Mr [47] 6112/14 6113/6 6114/2 6115/7
6116/2 6123/25 6128/6 6129/15 6138/9
6139/3 6143/8 6147/10 6148/25
6151/13 6152/9 6152/18 6157/22
6165/7 6167/2 6176/24 6189/3 6189/9
6191/14 6192/2 6193/4 6193/9 6193/18
6195/16 6195/20 6199/12 6202/24
6203/2 6290/5 6293/6 6320/21 6347/2
6349/15 6372/2 6374/12 6377/14
6390/11 6390/13 6398/5 6407/9 6408/8
6409/11 6409/14
Mr. [11] 6156/14 6157/16 6169/6
6169/15 6183/23 6189/1 6189/10
6191/7 6306/15 6307/5 6307/17
Mr. Chenault [2] 6307/5 6307/17
Mr. Chenault's [1] 6306/15
Mr. Cooke [1] 6157/16
Mr. Michael [1] 6156/14
Mr. Mitchell [6] 6169/6 6169/15 6183/23
6189/1 6189/10 6191/7
Ms [6] 6113/5 6183/22 6191/15 6191/18
6192/7 6192/15
much [42] 6115/4 6116/19 6120/25
6123/17 6125/21 6137/21 6143/23
6151/8 6152/12 6164/13 6164/15
6179/3 6200/19 6216/25 6219/22
6227/11 6231/23 6232/1 6234/8
6241/10 6246/8 6247/17 6272/5 6279/1
6279/1 6281/18 6282/8 6284/1 6287/24
6290/14 6320/16 6332/6 6334/7
6345/17 6345/18 6345/18 6350/16
6352/25 6370/4 6382/13 6382/14
6408/12
multiple [6] 6250/12 6257/19 6259/6
6354/5 6354/6 6396/3
municipal [1] 6115/3
Musketeers [2] 6241/13 6241/24
MUSSER [1] 6110/22 6191/15 6191/18

6192/7 6192/15
must [1] 6323/4 6379/3 6393/8
110/10 6113/22 6149/13
mutually [1] 6406/8
my [56] 6143/9 6152/19 6172/24
6172/25 6177/24 6189/10 6190/21
6203/23 6213/10 6223/20 6225/21
6226/3 6241/9 6241/11 6242/1 6245/20
6245/21 6245/22 6245/24 6254/18
6255/21 6271/21 6273/3 6273/18
6274/16 6274/25 6281/25 6283/9
6283/13 6283/15 6284/16 6294/13
6299/13 6304/5 6309/17 6310/6
6314/16 6323/11 6326/9 6327/18
6328/2 6328/18 6329/3 6343/18
6343/21 6354/1 6354/20 6365/1 6365/3
6372/23 6379/12 6380/5 6380/23
6384/8 6389/4 6397/8

## N

N.Y [2] 6111/14 6111/19
name [7] 6113/16 6113/18 6118/16
6152/19 6202/19 6234/14 6234/22
namely [1] 6243/15
names [7] 6229/19 6229/20 6231/10
6232/19 6234/14 6360/19 6361/20
naming [4] 6232/19 6267/13 6361/20
6366/16
narrow [4] 6298/22 6299/8 6299/9
6299/21
narrower [1] 6338/1
nationwide [1] 6391/8
natural [3] 6289/11 6292/5 6361/7
naturally [2] 6280/21 6325/24
nature [15] 6213/1 6213/7 6216/9
6233/3 6237/19 6246/9 6250/25
6251/11 6256/19 6309/17 6340/20
6354/21 6374/12 6383/2 6406/16
navigate [2] 6127/25 6128/13
NDP [10] 6292/4 6292/6 6292/8 6292/11
6354/25 6355/6 6355/6 6391/1 6391/4
6391/10
NDPs [37] 6354/14 6355/21 6356/2
6380/15 6380/22 6381/3 6381/4
6383/17 6389/5 6390/2 6391/17
6391/24 6391/25 6392/9 6392/16
6392/17 6392/17 6393/8 6395/12
6395/17 6395/21 6396/8 6396/11
6396/14 6396/20 6397/2 6397/5 6397/8
6399/19 6399/22 6400/2 6400/11
6400/21 6402/2 6403/11 6403/16
6403/24
nearly [5] 6224/24 6228/8 6243/20
6244/2 6381/20
NEBRASKA [2] 6110/4 6143/17
necessarily [12] 6250/10 6278/5
6294/17 6305/19 6305/21 6357/15
6361/13 6364/18 6366/20 6386/25
6395/21 6395/22
necessary [5] 6208/24 6383/20 6397/5
6397/8 6402/2
need [30] 6112/9 6115/5 6128/9 6136/5
6138/13 6139/1 6143/24 6151/9 6184/3
6191/22 6202/6 6210/11 6220/21
6254/21 6265/7 6274/18 6279/4
6295/23 6311/6 6313/8 6334/18
6337/12 6350/1 6357/16 6384/6 6384/6
6392/10 6393/18 6406/25
needs [3] 6357/7 6359/23 6360/5
negative [6] 6157/23 6311/22 6312/2
6345/8 6345/13 6405/2 6405/25
negotiate [6] 6136/5 6255/11 6255/22
6329/8 6358/19 6406/19
negotiated [1] 6404/12
negotiating [6] 6135/13 6137/19 6329/17

# N

negotiating... [3] 6359/25 6406/3 6406/14
negotiation [7] 6136/18 6137/24 6329/24 6358/19 6404/15 6406/7 6406/12
negotiations [17] 6135/9 6135/24 6136/1 6174/10 6174/15 6175/14 6197/15 6284/9 6284/11 6284/15 6284/15 6329/7 6329/14 6358/16 6359/4 6359/23 6407/12
neither [2] 6278/23 6317/24
net [9] 6292/4 6311/19 6312/4 6323/12 6323/12 6324/5 6327/19 6328/18 6328/19
netted [3] 6311/18 6313/21 6322/22
netting [2] 6313/17 6322/20
network [26] 6120/19 6123/3 6123/5 6123/16 6125/25 6213/16 6213/22 6220/16 6294/6 6294/15 6295/11 6299/7 6301/9 6322/1 6355/16 6355/20 6359/14 6381/14 6382/19 6382/19 6383/2 6383/12 6388/6 6395/2 6399/15 6403/7
networks [29] 6116/10 6121/14 6122/22 6122/25 6124/10 6134/24 6137/5 6137/8 6170/11 6170/23 6178/21 6182/1 6184/24 6188/7 6216/19 6246/24 6285/14 6291/4 6294/5 6294/23 6295/25 6333/4 6352/8 6354/18 6354/22 6356/15 6369/21 6374/22 6382/8
never [1] 6225/20
new [24] 6110/1 6110/4 6110/11 6111/14 6111/19 6111/23 6133/15 6133/16 6133/17 6133/18 6134/4 6143/20 6173/6 6184/13 6236/7 6238/3 6254/22 6285/6 6373/14 6387/15 6405/6 6405/7 6405/21 6405/23
newly [2] 6237/24 6238/1
newspaper [3] 6182/21 6212/17 6212/18
newspapers [2] 6212/14 6212/16
next [65] 6123/11 6147/10 6148/25 6165/5 6166/12 6170/14 6181/3 6181/9 6186/18 6201/10 6202/2 6202/12 6208/19 6213/14 6218/25 6227/24 6228/17 6231/6 6237/24 6238/9 6243/24 6245/14 6245/25 6246/10 6251/10 6262/25 6263/1 6275/17 6275/21 6275/22 6276/1 6276/2 6276/6 6276/7 6276/14 6276/23 6277/15 6279/7 6280/4 6290/3 6290/4 6290/9 6293/6 6300/17 6302/11 6326/9 6326/10 6335/23 6337/9 6337/18 6338/21 6346/6 6348/22 6352/14 6362/18 6363/1 6368/22 6371/24 6371/25 6372/5 6382/16 6390/10 6393/7 6396/10 6400/15
NGG [1] 6110/9
niche [1] 6295/21
NICHOLAS [1] 6110/14
night [1] 6192/12
Nilson [1] 6227/7
nine [2] 6323/11 6409/17
no [112] 6112/17 6113/9 6115/23 6118/13 6121/15 6129/10 6129/19 6130/14 6132/18 6132/21 6133/6 6137/13 6139/23 6141/23 6142/8 6142/18 6150/18 6152/8 6157/5 6157/11 6164/5 6164/7 6172/19 6173/25 6176/3 6176/16 6176/16 6180/25 6181/18 6183/8 6183/13 6183/16 6186/20 6187/24 6189/1 6190/8 6191/5 6191/24 6192/1 6192/9

6192/14 6192/17 6193/8 6194/2 6194/7 6195/11 6197/1 6198/11 6198/13 6199/6 6200/11 6204/4 6206/10 6207/22 6210/16 6214/11 6214/20 6216/4 6219/20 6220/25 6222/1 6222/10 6223/7 6223/10 6223/12 6226/11 6240/9 6241/5 6247/5 6250/24 6252/18 6264/9 6265/9 6265/25 6267/25 6285/22 6293/9 6297/14 6305/22 6310/22 6312/21 6317/6 6322/5 6324/23 6334/1 6334/21 6340/5 6343/25 6344/8 6344/23 6347/9 6347/14 6365/18 6365/18 6366/6 6367/21 6367/21 6372/21 6374/8 6379/24 6386/17 6388/10 6388/14 6390/18 6391/22 6395/22 6399/14 6404/14 6404/20 6407/21 6408/2 6409/13
nobody [1] 6299/4
noise [2] 6256/19 6256/22
noisy [3] 6256/25 6257/3 6257/4
nominally [1] 6379/11
non [24] 6167/21 6209/1 6223/7 6296/16 6296/21 6300/17 6319/17 6321/13 6321/15 6324/6 6324/7 6324/18 6325/3 6327/20 6328/8 6353/15 6353/18 6385/11 6385/16 6385/18 6385/19 6385/21 6386/2 6407/22
non-acceptance [1] 6167/21
non-confidential [1] 6385/21
non-discrimination [8] 6209/1 6353/15 6385/11 6385/16 6385/18 6385/19 6386/2 6407/22
non-steering [1] 6353/18
non-T [10] 6296/16 6296/21 6300/17 6319/17 6321/13 6321/15 6324/6 6324/7 6324/18 6325/3
none [2] 6223/13
nor [1] 6317/24
normal [1] 6184/19
normally [4] 6185/25 6280/13 6306/7 6384/11
Northwestern [3] 6205/6 6205/7 6205/13
not [323]
notable [2] 6237/17 6323/19
notation [2] 6273/17 6273/18
note [7] 6168/23 6196/11 6197/12 6198/8 6233/7 6268/6 6370/8
noted [4] 6168/11 6199/25 6333/17 6409/18
notes [2] 6197/9 6197/11
nothing [10] 6164/8 6164/9 6202/4 6222/19 6253/12 6280/16 6327/3 6329/21 6391/18 6409/15
notice [6] 6190/9 6194/18 6230/12 6230/15 6231/18 6312/8
noticeable [3] 6227/10 6288/17 6288/19
notion [1] 6378/16
notwithstanding [1] 6174/20
now [127] 6112/22 6123/25 6129/16 6137/21 6137/25 6138/9 6175/25 6176/24 6178/1 6185/16 6187/4 6187/18 6202/3 6206/24 6208/22 6210/8 6212/17 6213/14 6213/15 6215/9 6216/6 6216/11 6217/1 6219/13 6221/5 6222/16 6225/16 6226/1 6227/13 6227/14 6227/17 6228/12 6228/23 6229/18 6230/23 6231/6 6231/17 6232/12 6234/10 6235/12 6235/22 6237/21 6239/14 6240/18 6240/24 6242/21 6243/3 6247/2 6249/10 6249/16 6251/20 6259/8 6260/6 6260/25 6262/4 6266/22 6269/7

6269/19 6272/7 6274/12 6275/12 6275/22 6277/21 6284/1 6286/15 6288/12 6289/2 6290/9 6294/4 6298/11
6301/14 6301/19 6303/6 6305/18 6306/15 6306/25 6307/17 6308/2 6309/13 6310/20 6311/8 6313/17 6314/25 6316/10 6319/11 6319/22 6321/18 6321/23 6323/21 6324/13 6324/19 6325/5 6326/15 6330/3 6331/13 6332/15 6334/13 6335/8 6336/2 6338/1 6344/18 6345/6 6347/19 6349/21 6352/1 6358/25 6362/6 6363/5 6363/21 6366/11 6367/19 6371/23 6376/15 6380/11 6380/20 6384/22 6385/11 6387/10 6387/22 6388/17 6392/9 6393/12 6396/13 6399/8 6400/23 6401/19 6405/18
nudged [1] 6361/15
number [57] 6168/22 6170/3 6170/6 6172/16 6178/24 6179/2 6179/4 6179/8 6190/21 6192/9 6198/21 6198/22 6204/12 6207/20 6211/12 6212/18 6212/20 6214/3 6215/6 6217/17 6218/18 6224/21 6227/24 6228/17 6229/1 6229/18 6230/24 6233/6 6235/20 6238/17 6244/20 6244/22 6245/8 6245/8 6247/21 6250/4 6261/13 6262/18 6265/4 6267/22 6268/5 6269/6 6270/1 6325/8 6327/7 6331/24 6342/13 6365/22 6365/23 6365/23 6367/5 6376/10 6381/25 6391/19 6394/23 6394/24 6403/5
numbers [56] 6123/5 6169/10 6170/5 6170/7 6170/20 6171/10 6198/23 6198/24 6229/19 6229/20 6230/9 6231/11 6232/19 6234/3 6235/5 6235/6 6235/16 6248/16 6248/17 6258/5 6259/15 6259/20 6267/13 6268/20 6272/11 6276/3 6313/17 6314/9 6314/10 6315/10 6317/11 6319/8 6323/16 6325/22 6325/22 6327/15 6334/11 6334/17 6339/1 6342/1 6342/14 6360/20 6362/3 6362/5 6365/11 6366/17 6368/7 6368/23 6368/25 6369/17 6371/12 6372/8 6376/1 6376/14 6378/1 6378/6
NW [1] 6110/18

# O

o'clock [2] 6262/22 6409/17
oath [1] 6263/5
object [5] 6197/8 6199/4 6199/8 6252/5 6252/11
objected [1] 6391/4
objecting [1] 6192/21
objection [26] 6112/17 6112/21 6115/23 6129/10 6139/23 6142/18 6150/18 6158/10 6176/3 6176/15 6176/16 6176/19 6190/8 6192/9 6192/15 6194/2 6194/14 6194/24 6195/11 6198/13 6199/16 6204/4 6206/10 6207/23 6265/8 6265/9
objections [5] 6156/15 6192/22 6194/8 6196/23 6200/9
objective [6] 6358/20 6372/24
objects [1] 6200/8
obscure [6] 6274/11
obscures [2] 6273/11 6273/24
obscuring [1] 6272/25
observation [4] 6122/16 6245/16 6271/6 6343/5
observations [1] 6331/24
observe [2] 6267/23 6268/17
observed [7] 6122/10 6250/18 6270/18

observed... [4] 6278/18 6279/12
6279/19 6340/13
observing [2] 6271/9 6279/14
obtain [2] 6184/13 6245/15
obtained [2] 6229/23 6288/4
obtaining [1] 6379/23
obvious [1] 6386/16
obviously [16] 6125/13 6131/21 6141/16
6169/3 6171/18 6197/1 6199/5 6263/10
6267/25 6271/20 6319/25 6329/4
6385/20 6404/6 6408/17 6409/6
occasions [1] 6221/5
occurred [4] 6286/12 6288/19 6319/19
6329/7
occurring [3] 6280/9 6280/21 6329/16
October [1] 6116/14
odd [3] 6266/8 6353/7 6375/2
odds [1] 6268/1
off [13] 6143/25 6166/5 6169/1 6194/1
6259/25 6286/14 6296/2 6299/24
6300/15 6301/8 6305/17 6321/6
6406/11
offer [36] 6115/21 6123/23 6129/8
6130/12 6130/22 6131/10 6131/11
6132/2 6132/6 6136/8 6139/19 6140/17
6141/3 6142/6 6150/16 6167/7 6171/7
6175/23 6180/16 6181/1 6184/4
6184/20 6184/23 6186/15 6188/7
6188/22 6190/10 6195/6 6196/20
6197/25 6198/5 6199/23 6204/3 6206/7
6207/21 6265/2
offered [16] 6130/8 6130/9 6137/3
6137/5 6142/13 6174/2 6175/12
6176/12 6187/18 6192/13 6195/19
6195/21 6198/9 6199/7 6211/8 6390/13
offering [24] 6131/1 6132/23 6133/11
6136/20 6156/18 6165/4 6167/15
6174/24 6175/25 6176/10 6183/25
6192/16 6195/4 6196/18 6197/3 6197/4
6199/9 6199/11 6199/13 6213/2 6353/4
6355/17 6384/14 6400/7
offerings [1] 6330/10
offers [4] 6171/3 6172/9 6188/11
6189/21
office [3] 6111/7 6111/11 6186/16
Official [126] 6113/12 6114/10 6114/11
6114/12 6114/15 6114/17 6114/18
6115/14 6115/15 6116/17 6118/4
6118/7 6118/11 6118/20 6118/22
6118/25 6119/2 6119/11 6120/2
6120/10 6120/13 6120/16 6120/19
6121/5 6121/8 6121/13 6122/3 6122/5
6122/10 6122/21 6122/25 6124/1
6124/3 6124/7 6124/13 6124/19
6124/22 6125/7 6125/16 6126/4 6126/8
6126/22 6126/24 6127/12 6127/17
6128/21 6128/23 6129/1 6129/2 6129/5
6129/17 6129/20 6129/25 6130/9
6130/15 6130/18 6130/20 6130/21
6131/20 6132/2 6132/14 6132/16
6132/17 6132/19 6132/20 6133/4
6133/12 6133/16 6133/22 6134/5
6134/9 6134/18 6134/21 6135/10
6135/13 6135/22 6136/17 6136/25
6138/1 6139/16 6142/3 6142/6 6142/16
6143/1 6143/4 6143/5 6143/7 6165/9
6165/13 6168/1 6168/7 6168/9 6169/17
6169/25 6171/3 6171/11 6171/18
6171/25 6172/7 6172/9 6173/9 6174/17
6174/25 6175/12 6175/20 6179/18
6180/3 6180/6 6181/4 6182/1 6182/5
6182/9 6182/18 6183/3 6183/24

6183/25 6184/8 6184/13 6185/9
6186/25 6188/14 6189/12 6189/13
6189/19 6189/22 6190/20 6190/23
6190/25 6191/16

officials [1] 6199/10
offset [6] 6171/24 6172/25 6187/5
6187/23 6188/12 6288/11
offsets [1] 6171/12
offsetting [2] 6172/10 6311/17
often [5] 6190/12 6217/5 6267/20
6276/12 6400/16
oh [9] 6191/17 6206/5 6222/9 6281/25
6320/11 6334/2 6340/15 6341/12
6386/11
OHIO [4] 6110/5 6111/10 6111/11
6391/21
okay [69] 6114/6 6115/10 6128/8
6138/12 6138/14 6138/25 6152/21
6152/22 6153/2 6153/3 6156/13
6164/10 6165/6 6165/11 6169/12
6170/20 6172/12 6172/20 6173/3
6173/9 6175/11 6189/11 6189/17
6191/11 6191/24 6195/14 6198/19
6215/9 6229/11 6230/15 6240/1 6247/2
6255/23 6260/10 6303/14 6304/13
6305/8 6309/3 6314/18 6316/10 6317/2
6318/9 6319/11 6323/2 6323/21 6328/4
6328/8 6328/11 6329/22 6330/3
6330/16 6335/21 6337/9 6360/7
6361/17 6365/21 6371/10 6375/4
6380/21 6381/10 6387/16 6392/24
6393/5 6395/19 6396/10 6396/19
6396/22 6407/6 6409/14
older [1] 6261/6
Omaha [3] 6143/17 6389/25 6391/7
on [447]
on-line [1] 6119/15
once [8] 6177/7 6224/3 6250/3 6259/5
6310/8 6324/8 6343/22 6367/8
one [242] 6112/12 6117/6 6117/7
6119/13 6119/20 6120/21 6124/2
6126/3 6126/19 6126/24 6130/7 6132/5
6140/20 6172/8 6179/18 6180/15
6181/15 6181/19 6181/20 6186/2
6186/3 6186/5 6189/4 6189/13 6197/2
6203/25 6204/12 6208/16 6208/17
6209/12 6209/18 6209/21 6210/2
6210/6 6210/13 6212/11 6212/16
6214/8 6216/13 6218/6 6219/6 6220/7
6224/25 6225/14 6229/3 6230/2 6231/7
6232/24 6233/22 6235/17 6235/17
6236/22 6237/8 6238/5 6238/18
6238/21 6239/2 6240/5 6240/8 6241/11
6241/11 6242/21 6243/6 6247/19
6247/25 6248/13 6248/16 6249/19
6250/6 6250/7 6251/9 6251/21 6254/20
6258/19 6258/19 6258/21 6258/22
6258/23 6259/12 6260/12 6260/15
6260/16 6260/17 6260/17 6262/8
6262/10 6262/20 6263/9 6265/23
6266/15 6266/19 6267/5 6267/24
6268/7 6271/17 6271/19 6271/20
6272/9 6275/14 6275/24 6276/9
6277/15 6278/8 6278/19 6278/20
6283/10 6283/11 6283/12 6283/21
6288/9 6288/13 6288/13 6290/17
6294/2 6294/7 6295/14 6295/18 6296/2
6296/3 6299/13 6299/16 6300/11
6303/25 6306/18 6306/21 6308/3
6308/16 6309/24 6309/24 6310/5
6310/21 6310/24 6311/1 6311/1
6311/25 6312/1 6312/15 6312/15
6312/16 6314/5 6315/6 6316/14 6317/6
6317/8 6317/14 6317/15 6317/16

6317/18 6318/16 6319/18 6321/23
6321/25 6322/8 6322/9 6322/10
6322/17 6324/5 6325/10 6325/18
6326/19 6326/24 6327/4 6327/12
6327/18 6327/24 6328/2 6329/16
6330/25 6331/4 6331/6 6333/25 6335/2
6335/6 6336/5 6336/25 6336/25 6337/7
6342/9 6342/9 6342/10 6343/9 6343/16
6343/22 6344/14 6345/20 6348/16
6349/6 6352/13 6354/7 6354/8 6354/20
6356/10 6356/10 6356/19 6358/2
6360/2 6360/18 6361/7 6361/7 6362/24
6363/18 6364/9 6364/10 6365/21
6365/23 6365/24 6369/20 6369/22
6372/23 6373/22 6373/25 6376/10
6376/18 6376/22 6377/6 6382/16
6383/17 6384/23 6385/14 6385/25
6386/24 6387/1 6388/1 6388/25
6388/25 6389/23 6390/1 6392/14
6394/15 6395/9 6395/9 6399/2 6399/5
6403/14 6404/25 6406/16 6407/4
6408/1
one's [1] 6221/2
one-on-one [1] 6388/25
one-sided [7] 6290/17 6321/23 6321/25
6322/8 6322/10 6322/12 6336/25
one-size-fits-all [1] 6406/16
ones [8] 6186/1 6195/24 6195/25
6240/11 6240/12 6268/16 6326/21
6394/8
online [2] 6187/2 6187/18
only [59] 6129/9 6130/8 6131/10
6131/23 6132/9 6133/2 6142/21 6185/3
6185/8 6186/1 6186/3 6191/22 6199/13
6217/10 6228/4 6229/9 6234/5 6243/22
6246/2 6254/16 6262/8 6267/24
6268/10 6268/13 6268/17 6269/8
6271/8 6271/24 6272/2 6273/3 6273/22
6274/3 6274/14 6300/7 6300/17
6310/21 6310/25 6316/17 6327/19
6327/21 6327/23 6343/16 6356/1
6360/24 6361/8 6361/23 6361/24
6362/2 6364/3 6364/9 6364/9 6365/16
6366/5 6368/18 6376/10 6384/24
6388/9 6395/9 6401/12
OPC [2] 6173/3 6179/22
open [4] 6151/11 6188/15 6280/15
6281/25
opened [1] 6166/8
opening [1] 6266/11
opens [1] 6337/16
operate [6] 6114/12 6134/21 6136/6
6295/25 6301/9 6395/23
operated [1] 6363/13
operates [2] 6134/10 6329/7
operating [3] 6120/20 6281/4 6389/22
operation [1] 6134/15
opinion [10] 6206/19 6209/4 6209/7
6211/18 6226/9 6237/17 6284/16
6349/20 6396/21 6397/8
opinions [1] 6206/23
opportunities [1] 6267/23
opportunity [4] 6233/17 6253/5 6262/6
6406/4
opposed [9] 6172/23 6219/13 6221/6
6227/20 6246/20 6252/25 6254/10
6254/25 6256/24
opposite [2] 6290/21 6291/1
option [9] 6121/17 6121/20 6132/9
6134/3 6134/22 6167/4 6167/15
6186/13 6245/17
options [5] 6125/5 6184/1 6188/17
6188/19 6239/24
or [211] 6114/20 6114/21 6117/12

# O

o... [208]  6117/8 6117/7/8 6117/19
6119/6 6120/3 6120/4 6120/5 6120/7
6120/14 6120/19 6120/22 6121/18
6121/21 6121/25 6123/10 6123/11
6123/16 6125/4 6126/21 6127/19
6127/19 6128/1 6129/23 6140/4
6140/17 6140/17 6140/18 6142/1
6142/21 6142/24 6142/24 6151/9
6151/11 6157/9 6166/6 6167/5 6167/11
6167/11 6167/18 6169/8 6171/7
6172/25 6173/19 6174/3 6176/25
6177/1 6177/16 6182/16 6182/24
6183/9 6184/3 6185/15 6186/13
6186/15 6186/16 6187/7 6187/7 6188/8
6188/9 6188/24 6188/24 6189/12
6192/19 6195/24 6196/24 6197/11
6197/12 6197/18 6197/25 6200/2
6204/9 6206/25 6208/11 6208/11
6208/24 6209/4 6210/24 6211/1 6211/3
6212/10 6216/13 6218/6 6218/15
6219/7 6219/15 6226/3 6229/6 6229/19
6229/20 6231/10 6232/19 6233/1
6234/3 6234/15 6235/5 6241/2 6241/2
6243/3 6244/6 6249/1 6251/16 6251/24
6252/9 6253/7 6254/2 6254/3 6254/5
6255/1 6255/1 6257/11 6257/20 6260/3
6260/5 6261/23 6261/24 6264/8
6264/17 6264/17 6264/19 6264/20
6264/21 6266/3 6266/15 6267/3
6267/13 6267/20 6268/1 6268/12
6268/17 6270/4 6270/17 6272/11
6274/18 6275/5 6276/17 6278/6 6279/6
6279/8 6279/9 6280/16 6282/3 6284/2
6285/19 6286/8 6287/11 6287/22
6288/10 6289/14 6292/9 6295/10
6304/21 6306/6 6306/11 6306/12
6307/15 6311/25 6313/18 6319/25
6322/10 6322/25 6322/25 6325/11
6326/19 6328/15 6328/25 6330/21
6331/18 6332/6 6332/10 6332/20
6336/21 6337/23 6339/1 6341/21
6343/13 6347/22 6348/11 6353/13
6353/16 6354/24 6355/6 6357/9
6360/20 6361/20 6365/22 6365/23
6370/5 6370/17 6374/4 6376/5 6380/2
6383/21 6384/4 6385/18 6388/2 6388/6
6389/14 6392/17 6395/12 6395/14
6397/10 6398/4 6400/23 6404/3
6404/18 6405/9 6409/12
Oracle [4]  6317/14 6317/19 6317/24
6317/24
orange [14]  6240/11 6270/10 6270/19
6272/23 6273/4 6273/4 6273/8 6273/9
6273/13 6273/20 6319/2 6324/13
6324/14 6370/15
order [16]  6136/6 6205/19 6212/11
6295/24 6302/9 6303/21 6312/3
6316/11 6332/10 6350/8 6374/22
6377/24 6377/24 6382/6 6394/6
6394/20
ordinary [1]  6128/4
organization [2]  6204/13 6206/9
original [6]  6124/15 6130/21 6139/22
6169/9 6387/16 6391/1
originally [2]  6205/4 6393/3
ORSINI [7]  6111/15 6192/2 6192/5
6193/4 6193/9 6195/16 6195/20
Orsini's [2]  6193/18 6199/12
other [152]  6112/13 6119/20 6125/7
6127/5 6130/2 6130/7 6130/15 6132/24
6133/8 6140/18 6143/25 6164/3
6165/23 6166/3 6170/11 6170/23

6171/10 6181/25 6182/17 6188/3
6188/7 6188/9 6192/3 6192/21 6195/10
6195/19 6195/23 6207/2 6207/15
6212/17 6213/24 6215/16 6215/25
6216/7 6216/10 6216/19 6216/23
6218/6 6220/6 6221/5 6222/1 6222/9
6223/10 6223/24 6224/25 6227/3
6229/12 6230/3 6230/18 6233/22
6238/22 6239/7 6240/19 6241/9 6242/5
6242/16 6243/5 6243/14 6245/15
6246/18 6246/23 6247/18 6247/19
6249/20 6250/11 6254/20 6258/19
6258/20 6260/16 6270/2 6271/18
6275/18 6276/1 6276/14 6277/17
6281/20 6284/6 6285/13 6290/18
6290/25 6291/19 6291/21 6292/5
6292/9 6293/10 6294/2 6294/3 6299/11
6304/24 6306/21 6307/17 6310/5
6316/1 6316/3 6316/7 6317/13 6317/13
6317/15 6317/18 6322/15 6328/1
6328/20 6337/11 6340/25 6342/17
6345/20 6350/8 6350/10 6350/14
6351/20 6351/22 6352/7 6354/11
6356/16 6356/20 6358/20 6358/24
6358/25 6359/16 6361/21 6361/23
6363/2 6363/2 6365/18 6366/6 6366/21
6370/3 6372/12 6373/25 6374/16
6374/22 6376/12 6376/7 6379/5 6380/2
6382/16 6384/5 6385/7 6385/11
6385/12 6385/13 6392/10 6392/14
6392/17 6392/22 6393/22 6393/25
6394/12 6397/24 6400/17 6402/23
6407/4
others [9]  6114/25 6182/5 6239/9
6240/18 6326/20 6350/24 6351/24
6398/3 6399/17
otherwise [7]  6131/14 6133/3 6142/13
6166/9 6182/16 6307/8 6408/25
Ott [1]  6143/7
ought [3]  6289/16 6331/11 6353/2
our [55]  6114/19 6115/14 6116/6 6116/8
6119/6 6121/3 6121/3 6121/17 6123/21
6123/23 6127/1 6127/3 6127/18
6130/19 6130/20 6131/7 6131/10
6131/22 6132/8 6132/25 6133/16
6133/18 6134/4 6134/9 6136/11 6139/5
6139/5 6141/3 6141/18 6143/11
6156/22 6169/11 6179/2 6179/12
6184/4 6184/18 6184/18 6186/1 6186/2
6187/3 6187/16 6192/22 6194/7
6195/18 6196/23 6199/11 6222/19
6242/8 6245/17 6245/19 6292/23
6398/2 6401/12 6404/1 6404/3
ourselves [2]  6165/12 6340/8
out [80]  6127/9 6127/25 6130/19 6132/8
6135/11 6172/2 6182/9 6184/1 6187/18
6189/16 6221/7 6223/24 6230/9
6233/17 6237/12 6242/5 6245/9 6246/5
6258/7 6261/14 6262/15 6266/6 6266/7
6266/23 6268/12 6268/19 6269/17
6272/18 6277/6 6279/25 6281/16
6286/20 6287/6 6290/10 6295/9 6296/4
6302/9 6303/21 6304/9 6311/18
6313/17 6313/21 6319/17 6319/24
6319/24 6320/8 6320/24 6321/10
6322/13 6322/20 6322/22 6322/24
6328/18 6328/19 6341/16 6342/6
6342/17 6355/19 6363/18 6363/18
6367/8 6368/17 6371/23 6376/6
6376/13 6376/14 6384/19 6387/7
6391/1 6391/10 6391/25 6393/6
6393/19 6393/20 6398/21 6401/11
6403/15 6403/22 6406/7 6407/14
out-of-pocket [1]  6172/2

outcome [1]  6393/15
outcomes [1]  6382/19
outline [2]  6190/21 6397/1
outside [3]  6143/7 6186/5 6186/11
outstanding [1]  6190/17
over [69]  6120/7 6125/19 6140/16
6152/4 6175/14 6190/10 6200/14
6203/13 6204/10 6206/25 6225/8
6226/13 6227/8 6228/3 6230/18
6230/19 6232/1 6232/18 6235/1
6237/14 6242/22 6256/1 6282/18
6286/11 6288/23 6296/8 6296/13
6296/16 6298/9 6301/20 6303/7
6314/11 6314/13 6314/19 6315/18
6318/12 6319/2 6319/7 6320/20
6321/13 6321/14 6321/18 6323/4
6325/11 6325/24 6337/4 6337/20
6337/23 6342/7 6355/15 6356/24
6357/10 6360/4 6360/5 6366/4 6368/13
6368/19 6369/21 6371/19 6374/5
6374/9 6377/16 6377/22 6378/10
6389/24
overall [24]  6117/1 6179/12 6235/19
6258/25 6260/10 6324/14 6324/15
6324/15 6325/4 6327/10 6327/21
6328/1 6328/2 6329/24 6338/9 6338/18
6389/3 6393/12 6393/15 6393/19
6395/19 6396/1 6396/4 6396/8
overflow [2]  6144/9 6164/12
overnight [1]  6408/7
overrule [1]  6200/9
overview [1]  6169/16
overwhelming [3]  6170/25
owe [1]  6120/13
own [16]  6187/20 6188/23 6241/9
6242/8 6245/17 6283/13 6283/15
6284/16 6287/5 6355/5 6356/15 6359/7
6359/7 6364/9 6371/11 6380/5
ownership [10]  6364/3 6364/12 6365/6
6365/15 6366/12 6366/19 6366/20
6367/1 6367/17 6368/10

# P

p.m [2]  6263/3 6409/18
P.O [1]  6111/3
package [2]  6167/8 6167/18
page [35]  6115/14 6115/18 6128/17
6140/11 6140/20 6141/21 6166/12
6169/7 6169/22 6170/14 6170/15
6170/21 6177/23 6178/1 6178/2
6178/18 6184/1 6189/13 6189/21
6194/7 6196/14 6196/15 6201/10
6218/25 6263/1 6263/25 6264/1
6302/11 6346/6 6348/22 6349/18
6371/25 6384/12 6402/3 6408/12
pages [14]  6127/24 6138/24 6140/9
6169/1 6170/7 6195/17 6195/18
6195/19 6198/21 6199/1 6199/14
6263/23 6292/25 6293/6
paid [7]  6119/7 6133/20 6287/11
6287/11 6311/14 6311/15 6311/15
Panel [2]  6363/8 6363/10
paper [2]  6226/15 6390/14
papers [1]  6236/12
paragraph [6]  6156/20 6156/24 6157/12
6157/15 6157/24 6158/1
parallels [2]  6389/1 6389/5
pardon [3]  6248/6 6274/5 6362/10
parking [1]  6117/18
part [49]  6117/6 6117/21 6118/4
6118/10 6122/2 6122/24 6126/6 6127/1
6138/19 6141/15 6141/20 6167/8
6167/11 6167/17 6168/3 6169/7

Case 1:18-cv-04486-NGG-RER

part... [33] 6172/13 6172/25 6175/20
6181/7 6184/19 6187/11 6213/9
6213/23 6218/15 6226/15 6234/6
6246/11 6264/19 6294/4 6294/8
6294/10 6322/16 6322/19 6322/21
6322/23 6326/13 6352/6 6354/23
6354/25 6358/7 6369/23 6369/24
6376/8 6379/2 6388/6 6388/7 6401/7
6407/23
participants [1] 6386/23
particular [72] 6116/13 6119/24 6122/8
6123/10 6123/16 6131/8 6132/9 6136/5
6184/5 6184/21 6186/3 6189/22
6195/17 6197/25 6206/13 6208/17
6216/9 6220/14 6222/20 6225/3
6228/13 6229/20 6234/11 6234/15
6238/10 6243/5 6252/4 6256/16 6258/4
6262/2 6262/8 6266/17 6266/17 6278/8
6282/7 6285/23 6304/19 6309/7 6314/8
6316/18 6316/20 6317/10 6318/4
6325/7 6325/13 6328/13 6342/10
6350/15 6354/7 6354/8 6354/10 6358/1
6360/20 6363/25 6365/22 6369/20
6371/16 6371/17 6371/18 6374/10
6381/1 6381/16 6383/2 6385/14 6389/8
6389/13 6393/21 6395/9 6401/20
6401/25 6402/11 6408/4
particularly [8] 6168/24 6225/5 6225/6
6287/9 6304/6 6306/22 6359/10
6359/11
particulars [2] 6175/6 6181/18
parties [16] 6175/2 6192/11 6212/23
6217/14 6217/18 6228/22 6232/15
6309/20 6309/24 6310/24 6329/15
6384/4 6386/6 6400/15 6401/22 6402/3
partner [2] 6384/7 6384/7
partners [3] 6329/9 6384/12 6394/22
partnerships [2] 6181/25 6394/25
parts [5] 6120/12 6168/25 6169/2
6236/11 6389/4
party [2] 6231/8 6400/17
pass [2] 6337/4 6374/9
passed [1] 6224/25
passing [2] 6180/6 6342/11
past [5] 6182/10 6206/25 6332/6 6397/9
6405/12
patent [3] 6350/24 6351/6 6351/9
path [1] 6186/16
Patrice [1] 6143/7
patronize [1] 6385/8
pattern [11] 6237/13 6244/1 6260/23
6281/19 6316/17 6318/5 6339/21
6342/25 6369/23 6369/24 6377/21
patterns [6] 6122/10 6226/17 6262/2
6281/10 6366/22 6369/22
pause [7] 6144/4 6169/11 6193/14
6196/7 6264/9 6274/18 6344/2
pay [81] 6117/22 6117/23 6119/12
6119/17 6119/24 6119/25 6120/10
6122/21 6125/4 6126/20 6127/7 6127/9
6128/1 6128/14 6128/22 6129/5 6129/6
6129/22 6130/4 6131/7 6131/18
6131/23 6132/11 6133/3 6133/7
6133/15 6133/23 6134/6 6134/18
6134/24 6135/5 6135/17 6136/23
6137/3 6137/9 6137/12 6137/18 6166/3
6166/5 6168/12 6171/20 6172/4 6172/5
6172/7 6172/21 6172/24 6173/12
6173/14 6174/11 6174/19 6174/21
6174/24 6175/7 6175/9 6175/16
6175/20 6175/21 6180/19 6181/12
6184/4 6184/7 6185/18 6185/19

6186/13 6186/16 6186/17 6186/18
6186/21 6187/3 6187/1 6188/3 6188/6
6190/9 6261/24 6275/10 6300/15
6313/7 6377/2 6379/8 6386/9 6386/14
paying [7] 6172/23 6181/4 6181/10
6212/23 6341/16 6348/11 6407/15
payment [119] 6115/19 6117/3 6118/21
6119/18 6119/21 6120/11 6120/12
6122/3 6122/8 6122/13 6122/13 6124/2
6124/8 6125/16 6126/7 6132/4 6152/5
6166/9 6170/1 6172/3 6173/3 6173/24
6173/24 6178/20 6178/22 6181/22
6182/14 6182/17 6184/6 6186/12
6187/2 6187/6 6187/22 6190/1 6217/9
6217/10 6217/11 6217/18 6217/19
6223/24 6235/11 6236/1 6236/20
6237/15 6238/7 6238/18 6238/21
6238/22 6239/24 6242/17 6243/5
6244/7 6244/7 6244/12 6244/23 6246/4
6247/4 6247/25 6250/13 6251/11
6253/4 6253/14 6253/20 6257/18
6257/19 6258/8 6258/11 6259/8
6259/20 6260/2 6260/24 6261/16
6262/9 6262/13 6266/17 6266/24
6267/21 6268/3 6270/3 6271/7 6271/10
6278/21 6278/22 6278/24 6280/24
6282/2 6282/4 6282/16 6287/8 6314/12
6314/13 6316/16 6317/20 6318/4
6323/18 6352/22 6359/16 6359/18
6362/18 6363/2 6363/5 6363/8 6363/9
6369/20 6371/8 6379/5 6380/16 6383/5
6383/7 6391/21 6393/18 6393/23
6394/4 6394/11 6394/13 6395/7 6400/6
6403/1 6406/10
Payment's [2] 6168/9 6180/3
payments [167] 6113/12 6114/10
6114/11 6114/12 6114/15 6114/17
6114/18 6114/21 6115/2 6115/3 6115/5
6116/17 6116/24 6116/25 6117/2
6118/4 6118/7 6118/11 6118/14
6118/20 6118/22 6118/25 6119/2
6119/12 6120/2 6120/11 6120/14
6120/16 6121/8 6121/13 6122/3 6122/5
6122/10 6122/15 6122/21 6122/25
6124/1 6124/2 6124/3 6124/7 6124/13
6124/14 6124/17 6124/22 6124/23
6124/25 6125/7 6125/11 6125/17
6126/4 6126/8 6126/11 6126/22
6126/24 6127/13 6128/22 6128/23
6128/25 6129/1 6129/2 6129/6 6129/17
6129/18 6129/20 6129/25 6130/9
6130/15 6130/20 6131/20 6132/2
6132/14 6132/16 6132/17 6132/19
6132/20 6133/2 6133/4 6133/12
6133/22 6134/5 6134/10 6134/18
6134/19 6134/21 6135/10 6135/13
6135/23 6135/23 6136/11 6136/25
6138/1 6139/16 6142/3 6142/4 6142/6
6142/16 6143/1 6143/4 6143/5 6143/8
6165/9 6165/13 6165/24 6168/1
6169/16 6169/17 6169/18 6169/24
6169/25 6170/17 6170/22 6171/1
6171/3 6171/18 6171/25 6172/7 6172/9
6173/7 6173/9 6174/17 6174/25
6175/12 6175/20 6179/11 6179/11
6179/18 6180/7 6181/4 6182/1 6182/5
6182/9 6182/18 6183/3 6183/24
6183/25 6184/8 6184/13 6185/9
6185/21 6186/8 6186/25 6188/14
6189/12 6189/13 6189/19 6189/24
6190/3 6190/10 6190/16 6225/5
6237/10 6245/15 6247/22 6250/11
6258/7 6260/9 6291/21 6311/17 6312/9
6323/13 6329/21 6363/24 6377/15

6378/4 6378/7 6378/12 6383/4
Payments' [4] 6120/19 6121/5 6124/19
6168/7
Payments's [1] 6171/11
Payments.com [7] 6115/15 6115/15
6127/18 6130/18 6130/21 6133/17
6136/17
PayPal [9] 6293/12 6293/14 6293/23
6293/25 6294/3 6294/11 6294/12
6294/16 6294/18
pays [1] 6122/25
peak [1] 6190/5
peculiar [1] 6214/8
Peggy [1] 6197/14
people [76] 6119/25 6127/8 6130/20
6177/1 6179/22 6180/12 6181/20
6182/6 6213/8 6221/23 6227/16
6227/20 6240/9 6241/6 6241/7 6241/14
6241/17 6241/18 6241/19 6243/1
6247/7 6243/8 6243/9 6243/21 6247/18
6249/1 6249/13 6250/9 6250/14
6250/19 6251/7 6251/8 6256/23
6257/17 6261/14 6262/8 6266/17
6267/6 6267/20 6267/21 6268/4
6268/13 6268/13 6268/15 6268/21
6269/6 6270/16 6271/9 6274/1 6274/3
6274/4 6275/22 6276/11 6277/14
6280/2 6280/21 6282/8 6284/1 6284/11
6289/6 6291/24 6309/22 6348/1 6353/9
6353/12 6353/18 6361/8 6361/8
6362/17 6364/14 6364/18 6366/9
6378/23 6379/13 6394/23 6394/24
per [2] 6249/9 6250/4
perceive [6] 6252/20 6359/19 6375/19
perceived [12] 6247/10 6247/17 6248/4
6248/7 6248/9 6248/10 6248/12
6248/14 6248/15 6249/4 6252/17
6256/4
percent [48] 6120/4 6120/5 6132/12
6133/8 6165/25 6166/4 6209/16 6228/4
6228/8 6229/5 6243/22 6243/23 6246/2
6287/3 6287/4 6296/20 6296/21
6305/23 6305/24 6306/1 6306/2 6306/4
6306/6 6306/12 6306/12 6314/19
6321/15 6321/16 6321/17 6321/17
6331/16 6332/10 6333/7 6333/8 6334/3
6334/4 6335/10 6335/10 6338/13
6338/16 6338/19 6365/23 6371/17
6371/20 6372/4 6387/12 6387/13
6388/1
percentage [19] 6120/2 6121/2 6170/22
6231/1 6231/3 6232/5 6235/15 6241/1
6270/10 6272/3 6273/5 6273/6 6273/7
6273/17 6314/14 6319/7 6322/24
6370/16 6378/7
percentages [4] 6234/1 6234/15
6235/13 6362/21
perception [5] 6248/18 6284/2 6340/24
6405/9 6405/17
perceptions [5] 6225/10 6240/22
6242/16 6252/25 6357/22
perfect [2] 6279/17 6280/17
perfectly [7] 6270/16 6357/3 6357/16
6364/17 6381/10 6386/25 6403/10
perform [2] 6304/4 6339/11
performance [2] 6133/22 6133/25
performed [3] 6269/11 6269/16 6339/7
performing [2] 6299/21 6300/24
perimeter [1] 6315/17
period [53] 6125/19 6169/19 6178/16
6230/3 6230/5 6230/19 6231/21
6231/22 6232/1 6234/19 6234/20
6235/2 6236/2 6245/13 6270/12 6275/6
6281/21 6304/5 6304/7 6304/16

**P**

period... [33] 6305/18 6306/5 6306/9
6306/14 6306/17 6308/10 6308/15
6308/19 6308/19 6309/4 6309/5
6314/16 6314/19 6314/20 6316/23
6316/24 6321/18 6324/10 6324/21
6325/1 6326/7 6327/2 6330/4 6337/23
6338/1 6338/5 6338/8 6338/15 6339/6
6339/13 6351/13 6371/18 6387/21
periodically [1] 6315/7
periods [2] 6231/4 6256/13
permit [2] 6131/4 6404/13
permitted [2] 6143/10 6404/17
permitting [2] 6404/21 6404/23
person [3] 6278/20 6278/25 6279/8
personal [3] 6124/5 6223/6 6279/9
personally [1] 6356/7
personnel [1] 6199/6
perspective [7] 6156/19 6197/24
6287/15 6298/23 6300/4 6300/4
6322/12
persuasive [1] 6284/25
pertains [1] 6361/16
PETER [1] 6111/16
pharmaceutical [2] 6350/19 6350/19
phenomena [5] 6204/19 6359/13
6359/14 6369/9 6405/23
phenomenon [6] 6280/8 6280/9 6355/14
6370/20 6370/22 6405/21
PHILIP [1] 6111/19
phone [1] 6117/24
phrase [1] 6223/22
pick [2] 6367/4 6377/4
picked [1] 6242/6
picture [1] 6322/16
pictures [1] 6241/18
pie [5] 6240/6 6240/8 6242/22 6242/23
6326/13
piece [8] 6240/9 6240/9 6240/11
6240/12 6301/8 6390/14 6400/5 6400/9
pieces [3] 6236/18 6240/8 6358/6
6374/10
piggybacking [3] 6294/4 6294/6 6294/15
piggybacks [2] 6293/14 6293/14
piloted [1] 6124/15
PIN [6] 6178/21 6233/2 6233/23 6234/2
6234/7 6372/11
PIN-less [1] 6178/21
place [16] 6131/15 6137/16 6262/14
6283/12 6305/19 6316/21 6321/20
6343/17 6349/22 6356/14 6356/18
6357/5 6357/10 6357/14 6392/25
6407/5
places [4] 6234/24 6266/18 6345/11
6400/5
placing [1] 6325/3
plain [3] 6221/18 6222/12 6224/4
plainly [1] 6388/10
plaintiff [4] 6110/7 6110/16 6111/1
6360/22
plaintiff's [9] 6129/13 6139/25 6143/2
6150/20 6194/25 6195/12 6198/17
6199/19 6200/12
plaintiffs [3] 6112/5 6143/3 6200/21
planning [2] 6165/2 6409/4
plans [1] 6135/16
plastic [6] 6228/16 6235/16 6253/16
6270/7 6273/7 6294/23
platform [1] 6142/12
plausible [1] 6366/1
plausibly [1] 6224/4
play [4] 6216/25 6380/25 6393/20
6398/18

playbook [3] 6398/2 6399/9 6399/14
played [2] 6380/24 6398/21
players [1] 6285/1
playing [2] 6355/22 6377/1
plays [2] 6212/3 6393/19
Plaza [2] 6111/13 6111/23
please [48] 6113/16 6128/6 6128/9
6138/9 6138/13 6143/5 6183/20
6196/11 6198/8 6202/1 6202/19
6202/23 6215/6 6224/20 6227/24
6231/6 6232/12 6234/14 6238/8 6240/2
6244/22 6247/9 6257/22 6259/11
6271/14 6272/8 6278/14 6285/25
6287/18 6296/11 6302/5 6303/17
6305/9 6315/5 6317/4 6324/2 6325/18
6331/1 6333/20 6336/15 6343/8 6349/1
6352/17 6362/12 6363/9 6368/7
6382/22 6383/13
plenty [1] 6233/16
plus [4] 6119/1 6233/1 6233/24 6338/20
pocket [1] 6172/2
point [109] 6118/3 6118/14 6119/24
6135/22 6157/8 6157/18 6168/9
6174/19 6187/19 6196/16 6216/3
6217/8 6225/4 6225/7 6225/14 6228/6
6233/22 6246/15 6246/24 6246/25
6262/19 6266/5 6266/7 6272/18
6273/11 6274/11 6277/21 6279/25
6281/16 6282/10 6283/15 6283/23
6285/12 6285/23 6286/11 6286/14
6297/19 6297/20 6299/9 6300/6 6300/9
6300/18 6300/19 6301/6 6304/19
6304/20 6305/13 6307/6 6309/16
6309/18 6310/17 6316/8 6316/18
6316/20 6316/25 6317/1 6321/10
6332/17 6332/21 6335/7 6337/15
6338/24 6341/14 6341/17 6344/9
6347/14 6348/18 6352/18 6353/16
6353/19 6354/19 6355/12 6356/20
6356/23 6357/1 6357/21 6357/21
6358/17 6370/12 6372/23 6375/1
6375/5 6382/16 6386/10 6387/16
6387/23 6387/24 6388/13 6388/21
6389/4 6389/7 6389/7 6390/4 6390/10
6391/3 6391/6 6392/11 6392/14
6392/14 6395/10 6395/11 6395/13
6395/15 6395/17 6397/23 6400/4
6400/20 6401/9 6402/15
pointed [12] 6221/7 6239/17 6239/20
6245/7 6290/10 6304/9 6315/6 6316/21
6319/24 6380/3 6392/20 6407/14
pointing [17] 6197/25 6225/13 6226/17
6237/12 6245/8 6246/5 6246/14 6255/8
6258/10 6280/5 6286/13 6294/20
6353/1 6353/7 6374/9 6391/9 6391/25
points [28] 6171/20 6171/24 6172/4
6172/8 6172/13 6172/25 6186/21
6187/3 6187/7 6187/12 6188/3 6188/9
6188/13 6189/25 6196/23 6197/4
6197/6 6197/7 6202/2 6284/21 6314/17
6315/9 6318/5 6336/24 6342/15
6347/11 6363/12 6376/19
policies [4] 6378/22 6379/1 6379/3
6379/10
policy [2] 6379/20 6382/13
pop [1] 6403/22
popped [1] 6401/11
popping [1] 6288/21
population [4] 6227/23 6228/4 6228/8
6266/23
portfolio [6] 6179/2 6179/4 6179/8
6185/1 6375/6 6375/10
portion [7] 6138/2 6144/10 6179/12
6223/22 6214/19 6329/20 6381/11

portions [4] 6207/3 6208/22 6277/22
6389/3
position [30] 6116/2 6116/12 6116/13
6116/15 6116/18 6143/11 6197/10
6197/23 6203/7 6220/22 6225/17
6225/19 6225/21 6226/3 6279/24
6307/7 6312/14 6330/8 6345/1 6347/6
6359/5 6359/6 6359/6 6359/7 6379/6
6379/22 6392/11 6392/13 6402/17
6402/20
positioned [1] 6285/6
positioning [1] 6285/5
positions [3] 6205/5 6284/11 6358/20
possess [1] 6307/10
possesses [2] 6301/17 6330/20
possibilities [5] 6140/22 6141/10
6141/11 6141/13 6220/20
possibility [3] 6158/2 6210/13 6246/23
possible [58] 6123/24 6156/22 6166/10
6184/5 6216/11 6216/15 6220/23
6220/25 6226/12 6227/18 6240/21
6270/1 6288/6 6291/11 6307/9 6327/8
6358/21 6384/16
possibly [1] 6292/9
post [4] 6111/7 6194/17 6288/7 6308/4
post-Derbin [1] 6288/7
post-trial [2] 6194/17 6308/4
posture [1] 6137/19 6151/15
potential [2] 6141/2 6385/10
potentially [4] 6281/3 6395/1 6395/1
6402/25
power [130] 6208/25 6209/14 6209/19
6209/25 6210/2 6210/4 6210/9 6210/12
6210/15 6210/17 6214/10 6214/20
6224/4 6282/18 6301/14 6301/17
6301/22 6301/22 6302/8 6302/10
6303/4 6303/9 6303/9 6303/20 6303/22
6304/3 6304/8 6304/19 6304/20 6305/2
6305/6 6305/20 6305/22 6306/8 6307/1
6307/10 6307/11 6307/13 6308/11
6309/7 6309/11 6309/15 6310/15
6310/18 6310/19 6311/1 6318/22
6330/17 6330/20 6330/23 6331/14
6331/20 6332/14 6333/14 6335/1
6335/2 6335/13 6335/16 6335/25
6336/12 6336/17 6336/19 6337/5
6337/8 6337/11 6337/16 6337/17
6339/4 6339/8 6339/9 6339/20 6339/23
6340/16 6344/7 6344/11 6344/17
6344/20 6347/7 6347/15 6347/22
6347/22 6347/23 6348/1 6348/3 6348/5
6348/15 6348/16 6349/19 6350/7
6350/21 6350/22 6351/7 6351/10
6351/15 6351/20 6351/23 6353/11
6358/11 6360/3 6360/5 6361/4 6362/8
6366/1 6367/7 6367/10 6367/25 6369/5
6372/17 6373/1 6373/11 6373/16
6373/22 6373/23 6374/1 6374/5 6375/2
6375/14 6379/22 6380/1 6380/8
6388/11 6389/23 6390/18 6391/14
6391/18 6391/23 6392/2 6392/4
6398/24 6404/18
powerful [1] 6401/13
practical [1] 6361/6
practice [2] 6139/16 6329/24
pre [1] 6288/6
pre-Derbin [1] 6288/6
precisely [5] 6351/14 6351/14 6351/19
6391/3 6398/3
preclude [1] 6277/22
predominant [2] 6342/25
predominantly [1] 6364/5
preface [1] 6280/5
prefer [6] 6126/16 6177/17 6306/23

prefer... [3] 6307/15 6386/12 6402/18

preference [10] 6306/22 6350/6 6363/25 6379/2 6403/3 6404/11 6404/13 6404/15 6404/16 6404/21

preferences [3] 6217/25 6236/1 6280/23

preferred [7] 6186/12 6186/17 6350/8 6350/18 6350/20 6351/4 6352/5

prefers [1] 6381/11

preliminary [2] 6191/19 6380/19

premium [28] 6336/7 6336/7 6340/1 6340/3 6340/11 6340/16 6341/2 6341/4 6343/12 6343/13 6343/15 6343/20 6343/22 6343/23 6344/1 6344/4 6344/7 6344/8 6344/11 6344/14 6344/17 6345/8 6345/12 6345/13 6345/13 6347/5 6405/2 6405/25

premium-based [1] 6344/7

premiums [1] 6318/23

preparation [1] 6134/15

prepared [5] 6139/13 6203/25 6207/14 6224/18 6387/10

preparing [1] 6139/11

presence [3] 6221/6 6355/9 6379/22

present [8] 6140/6 6141/11 6157/8 6169/6 6264/14 6280/13 6390/6 6392/22

presentation [4] 6139/4 6139/11 6207/15 6274/9

presentations [3] 6358/3 6358/8 6359/3

presented [5] 6140/2 6140/7 6169/9 6258/13 6272/24

presenting [2] 6112/23 6272/23

presents [1] 6262/9

preserve [2] 6176/14 6192/22

preserving [1] 6139/11

president [4] 6116/3 6116/16 6374/12 6382/2

pressure [6] 6130/2 6130/5 6137/23 6291/1 6395/24 6397/10

presumption [2] 6392/2 6392/4

pretty [12] 6115/4 6207/19 6259/1 6276/12 6305/16 6305/24 6306/3 6334/6 6337/13 6366/6 6366/23 6372/13

prevent [4] 6131/1 6250/19 6395/17 6396/14

prevented [1] 6173/15

preview [1] 6293/1

previous [14] 6117/19 6133/16 6230/17 6260/8 6271/22 6272/22 6273/9 6273/16 6273/20 6279/25 6280/1 6310/6 6332/8 6391/19

previously [5] 6141/25 6175/12 6187/17 6205/15 6347/21

price [142] 6121/23 6121/25 6130/3 6131/2 6131/8 6131/11 6131/16 6132/17 6132/19 6133/10 6133/11 6135/12 6135/14 6137/6 6137/16 6137/22 6141/12 6142/1 6142/11 6167/10 6174/25 6184/1 6185/9 6188/17 6220/6 6220/7 6237/9 6254/3 6254/5 6254/7 6255/9 6255/10 6255/11 6255/12 6255/14 6255/14 6255/16 6255/17 6274/6 6280/19 6297/3 6297/6 6297/12 6297/16 6297/21 6297/22 6298/8 6298/10 6298/24 6299/21 6301/2 6304/17 6308/20 6309/4 6309/12 6309/13 6309/14 6309/25 6310/1 6310/4 6310/9 6310/11 6310/13 6311/1 6311/11 6311/25 6312/1 6312/7 6312/15 6312/20 6312/24 6313/3 6313/5 6314/4 6314/11 6314/12

6314/19 6314/22 6316/12 6316/16 6317/20 6318/4 6318/10 6318/10 6318/23 6319/1 6322/1 6322/4 6322/21 6322/25 6323/3 6323/18 6323/19 6322/25 6323/3 6323/18 6323/19 6324/24 6325/6 6326/24 6327/17 6330/4 6335/6 6336/6 6336/7 6336/10 6337/5 6337/6 6338/2 6339/25 6340/3 6340/4 6340/5 6340/6 6340/7 6340/11 6340/14 6340/18 6340/22 6341/2 6341/4 6341/23 6343/12 6343/13 6343/15 6343/16 6343/20 6343/22 6344/6 6347/3 6347/4 6347/5 6347/8 6347/12 6347/15 6347/17 6347/19 6347/24 6347/25 6348/5 6348/8 6348/13 6348/14 6392/21 6392/21 6393/17 6393/17

prices [30] 6137/11 6142/7 6184/23 6185/1 6185/14 6185/17 6304/2 6304/21 6304/22 6304/25 6308/20 6309/7 6309/8 6310/14 6311/4 6311/24 6335/18 6336/20 6336/20 6336/23 6337/10 6337/15 6338/3 6340/13 6340/17 6340/25 6341/1 6348/10 6391/2 6391/11

pricing [12] 6131/2 6184/20 6184/21 6327/13 6335/23 6335/25 6336/3 6339/24 6345/20 6345/25 6346/3 6395/17

pricing-related [1] 6336/3

primarily [6] 6116/6 6118/8 6118/8 6119/13 6328/22 6369/19

primary [8] 6115/1 6115/14 6128/25 6130/19 6132/20 6132/24 6134/9 6216/22

Princeton [2] 6205/6 6205/11

principle [10] 6307/12 6350/14 6350/14 6350/17 6351/1 6351/2 6351/22 6385/4 6400/23 6401/16

principles [5] 6297/12 6299/23 6313/11 6392/10 6404/5

print [1] 6127/5

printed [2] 6189/16 6263/22

printout [1] 6189/12

prior [11] 6116/15 6143/12 6143/15 6157/8 6180/6 6205/21 6224/17 6224/17 6235/6 6236/6 6277/23

private [1] 6224/12

probably [10] 6118/1 6174/7 6182/19 6254/6 6258/20 6305/14 6331/9 6359/16 6408/22 6409/7

problem [18] 6136/17 6176/13 6184/9 6251/3 6257/2 6274/10 6278/25 6279/18 6289/1 6286/15 6289/19 6289/20 6290/2 6298/11 6298/12 6300/20 6315/10 6354/9

problematic [3] 6315/2 6384/2 6384/20

problems [2] 6175/24 6190/23

procedure [1] 6113/2

proceed [11] 6112/22 6113/10 6136/1 6144/12 6151/11 6152/15 6209/21 6214/8 6215/17 6248/22 6297/10

proceeding [1] 6209/5

proceedings [4] 6111/25 6205/15 6205/22 6409/19

process [15] 6117/25 6118/22 6123/13 6125/11 6131/9 6157/23 6168/25 6184/14 6184/16 6185/3 6208/13 6210/24 6213/23 6284/3 6359/21

processed [5] 6118/25 6124/17 6125/16 6133/5 6169/17

processes [1] 6124/3

processing [9] 6116/4 6116/8 6116/9 6119/3 6124/13 6129/18 6133/2 6134/19 6136/11

processor [9] 6130/12 6166/6 6186/6 6288/5 6288/5 6288/16 6288/25 6341/22 6342/11

processors [4] 6124/25 6125/8 6125/10 6185/24

processors' [1] 6133/9

procompetitive [7] 6383/18 6383/22 6384/11 6390/5 6392/5 6392/12 6395/21

produce [3] 6119/7 6130/3 6384/14

produced [4] 6111/25 6168/20 6283/7 6284/14

producer [1] 6214/2

product [55] 6139/5 6156/25 6156/25 6167/8 6167/18 6208/14 6208/19 6208/20 6208/21 6210/25 6211/3 6211/15 6212/22 6213/22 6214/7 6214/18 6214/18 6214/24 6215/1 6215/23 6215/25 6216/9 6217/11 6217/12 6241/5 6244/17 6275/1 6296/2 6298/2 6298/3 6298/5 6298/6 6298/7 6298/8 6309/18 6309/19 6330/5 6335/18 6340/10 6340/21 6350/19 6351/7 6351/18 6356/4 6357/8 6381/11 6394/4 6394/12 6394/24 6397/14 6398/15 6398/20 6399/23 6400/18 6401/16

production [1] 6400/15

productivity [1] 6158/3

products [58] 6167/7 6208/18 6210/16 6211/1 6211/3 6211/8 6211/9 6211/10 6213/25 6215/15 6215/16 6215/25 6216/10 6216/12 6216/12 6216/23 6217/9 6217/10 6218/3 6218/4 6218/5 6219/8 6221/21 6223/24 6225/12 6228/16 6229/25 6230/1 6235/10 6239/1 6240/10 6240/16 6240/23 6241/7 6242/5 6260/21 6270/3 6285/5 6285/6 6291/25 6297/24 6340/12 6343/25 6352/9 6352/10 6352/22 6353/9 6353/10 6357/4 6381/2 6394/7 6394/11 6394/12 6394/13 6394/21 6395/7 6395/8 6400/6

professional [2] 6206/15 6206/19

professor [66] 6200/25 6201/1 6201/3 6201/4 6201/5 6202/13 6203/3 6203/9 6204/8 6206/7 6206/15 6207/9 6207/10 6207/12 6208/2 6208/15 6208/23 6211/14 6211/18 6213/15 6213/20 6213/21 6216/2 6218/13 6219/14 6225/16 6226/4 6229/18 6236/24 6237/3 6237/7 6239/16 6244/5 6244/12 6251/20 6255/21 6256/2 6257/10 6258/14 6265/15 6267/13 6269/8 6269/11 6293/22 6297/2 6297/11 6301/21 6303/8 6313/13 6321/3 6326/22 6330/20 6337/19 6339/1 6343/5 6344/5 6344/6 6344/18 6347/21 6349/16 6350/15 6360/21 6383/15 6385/3 6398/22 6407/18

Professors [1] 6206/16

profitable [2] 6290/20 6290/23

profitably [2] 6337/9 6338/13

profits [1] 6315/15

profound [1] 6402/25

program [5] 6124/15 6125/14 6126/25 6127/1 6171/21 6171/23 6172/8 6172/14 6172/17 6172/20 6186/22 6186/24 6187/4 6187/10 6187/17

programs [2] 6354/22 6405/20

prohibit [2] 6173/23 6391/2

projections [1] 6293/24

promise [1] 6402/22

promising [1] 6400/8

**P**

promote [1]  6380/15
promotion [2]  6182/13 6183/11
proof [2]  6348/15 6404/7
proper [1]  6309/14
properly [3]  6304/17 6308/21 6309/13
proportions [1]  6244/3
proposal [1]  6184/17
propose [2]  6175/25 6194/8
proposed [1]  6156/16
proposition [2]  6401/12 6401/17
proprietary [1]  6182/4
protect [1]  6354/15
protected [1]  6228/22
protecting [1]  6388/24
protection [3]  6350/24 6351/18 6351/21
protections [1]  6389/16
protects [1]  6388/14
protocol [1]  6251/24
prove [1]  6192/13
proven [2]  6252/15 6380/7
proves [1]  6295/24
provide [17]  6114/20 6115/19 6117/9 6119/15 6133/12 6133/19 6141/1 6142/10 6142/11 6183/25 6184/19 6194/15 6212/9 6247/2 6265/6 6336/25 6342/12
provided [7]  6117/8 6128/21 6212/11 6269/19 6309/20 6310/21 6388/24
provider [1]  6125/5
providers [1]  6128/15
provides [2]  6114/18 6212/7
providing [14]  6131/2 6176/17 6186/2 6186/3 6188/16 6212/4 6212/6 6212/8 6309/21 6310/23 6363/14 6381/2 6394/9 6397/1
provision [6]  6351/14 6353/18 6386/20 6390/25 6391/2 6392/21
provisions [16]  6131/13 6131/15 6209/1 6353/16 6385/11 6385/17 6385/18 6385/18 6385/19 6386/2 6392/20 6392/22 6392/24 6403/12 6404/10 6407/22
prune [7]  6221/21 6221/24 6222/4 6222/7 6222/13 6222/15 6242/11
psychology [2]  6204/16 6239/5
public [3]  6138/23 6382/12 6397/18
publically [1]  6238/10
publication [3]  6236/24 6237/3 6237/5
publicly [1]  6350/2
publish [1]  6138/18
published [3]  6350/3 6371/14 6385/22
pull [1]  6321/12
pulled [1]  6242/5
purchase [14]  6229/25 6231/1 6231/2 6245/3 6261/16 6261/17 6264/15 6269/2 6275/16 6277/10 6277/15 6277/15 6305/10 6322/24
purchased [1]  6375/5
purchases [11]  6229/3 6229/6 6277/8 6277/9 6277/14 6279/15 6293/23 6294/11 6363/16 6378/24 6378/24
purchasing [1]  6394/14
purple [1]  6258/23
purport [1]  6196/24
purpose [35]  6176/17 6176/21 6224/9 6233/24 6251/15 6265/20 6266/14 6273/23 6274/22 6275/5 6284/15 6295/23 6296/5 6296/23 6299/8 6299/15 6299/20 6299/22 6299/24 6300/5 6300/24 6312/25 6314/1 6319/22 6321/20 6331/15 6332/19 6358/19 6359/3 6363/14 6377/19

6384/11 6392/1 6400/14 6400/16
purposes [21]  6129/9 6129/12 6165/2 6176/6 6192/16 6207/21 6207/22 6208/14 6218/7 6241/3 6244/14 6257/20 6265/16 6265/23 6266/14 6266/15 6299/18 6300/23 6309/15 6329/10 6406/24
pursue [2]  6397/6 6397/8
pursued [1]  6232/9
pursuing [2]  6285/14 6356/3
push [3]  6290/21 6290/22 6394/20
pushes [1]  6213/23
pushing [1]  6353/9
put [26]  6129/16 6139/5 6141/2 6182/9 6223/15 6237/22 6270/6 6271/7 6284/4 6284/17 6300/13 6308/12 6329/17 6357/14 6358/4 6358/9 6358/20 6371/17 6378/23 6378/25 6379/11 6387/9 6388/16 6397/20 6398/7 6404/6
putting [1]  6244/18 6266/15 6284/13
puzzled [1]  6313/10
puzzling [1]  6359/25
PX [44]  6112/13 6112/16 6112/18 6128/7 6129/8 6129/11 6129/14 6138/10 6139/19 6139/21 6139/24 6150/16 6150/19 6150/21 6179/24 6193/3 6193/6 6193/17 6193/18 6193/19 6193/19 6193/19 6193/19 6193/21 6194/21 6194/23 6195/4 6195/4 6195/5 6195/5 6195/5 6195/5 6195/8 6195/8 6195/9 6195/9 6195/9 6196/5 6196/6 6196/8 6198/15 6198/18 6199/17 6199/21 6200/9

**Q**

qualifications [2]  6206/20 6266/12
qualitative [9]  6219/24 6221/2 6221/4 6221/6 6221/19 6221/22 6222/1 6222/20 6222/23
quality [10]  6304/18 6304/18 6304/23 6304/25 6309/4 6309/8 6330/5 6330/8 6335/7 6403/25
quantitative [7]  6220/4 6220/9 6220/20 6220/23 6221/6 6222/17 6313/24
quarter [6]  6117/19 6230/3 6363/18 6371/19 6371/24 6372/5
quarters [3]  6240/15 6243/20 6244/2
question [88]  6143/2 6158/15 6162/24 6174/6 6174/7 6177/15 6181/15 6181/16 6183/23 6189/4 6210/11 6214/12 6214/24 6215/1 6223/4 6228/25 6229/13 6230/17 6236/14 6236/15 6238/19 6242/2 6242/3 6243/6 6252/3 6252/12 6254/16 6256/13 6259/9 6263/10 6263/17 6264/1 6264/3 6264/6 6264/7 6264/13 6264/21 6264/23 6265/3 6274/4 6274/8 6275/1 6276/20 6278/12 6278/16 6280/6 6281/11 6286/21 6287/14 6292/15 6293/17 6295/12 6297/1 6323/21 6323/22 6330/24 6331/18 6335/12 6336/12 6341/22 6349/7 6349/9 6349/10 6351/3 6353/22 6355/1 6364/13 6365/21 6367/10 6370/16 6370/19 6371/23 6374/17 6382/9 6391/11 6396/5 6396/14 6396/17 6396/19 6397/5 6397/20 6399/4 6399/5 6399/21 6405/24 6406/2 6407/4 6408/9
questioning [1]  6165/3
questions [22]  6114/5 6118/19 6124/1 6138/1 6138/3 6151/9 6151/14 6152/8 6152/20 6164/3 6173/13 6183/16 6186/21 6189/2 6197/23 6253/6 6266/3

6280/18 6337/1 6354/20 6356/11 6384/24
quick [7]  6113/2 6346/3
quickly [7]  6267/6 6278/3 6284/23 6303/23 6320/15 6337/4 6354/2
quite [24]  6196/22 6204/17 6215/25 6221/18 6230/16 6230/20 6231/15 6233/5 6234/6 6235/20 6241/20 6260/15 6260/19 6261/18 6268/23 6270/20 6273/23 6280/7 6321/14 6362/5 6368/25 6369/1 6389/1 6389/6
quote [3]  6398/1 6401/11 6403/22

**R**

radio [1]  6127/5
radio-type [1]  6127/5
raise [1]  6278/16
raised [7]  6278/1 6278/4 6279/20 6281/13 6316/2 6338/13 6339/5
raises [1]  6138/20
raising [2]  6304/21 6400/1
ran [1]  6174/21
random [1]  6269/14
range [2]  6188/16 6252/9
ranging [1]  6379/2
rapid [1]  6228/15
rapidly [1]  6152/6
rarely [1]  6379/20
rasing [1]  6338/24
rate [35]  6136/22 6136/24 6137/17 6171/4 6171/12 6175/8 6175/11 6175/16 6179/23 6180/22 6180/25 6181/11 6185/19 6238/20 6240/4 6240/19 6247/24 6248/18 6277/18 6288/15 6315/16 6323/12 6324/6 6325/14 6327/20 6327/20 6327/21 6327/24 6328/5 6339/14 6340/7 6342/8 6373/2 6378/14 6405/14
rated [6]  6240/10 6240/12 6240/13 6240/16 6251/9 6251/9
rates [47]  6175/4 6175/6 6175/11 6179/19 6181/5 6279/1 6279/7 6279/10 6280/7 6288/6 6290/19 6292/7 6315/8 6315/13 6315/22 6323/24 6325/7 6325/9 6325/10 6325/16 6325/25 6326/1 6326/2 6326/6 6326/14 6326/23 6327/1 6327/4 6327/6 6327/9 6328/14 6328/16 6337/19 6337/22 6338/14 6338/24 6339/16 6342/8 6342/16 6342/21 6342/24 6343/3 6345/8 6345/9 6372/12 6372/13 6405/20
rather [16]  6130/18 6172/2 6177/18 6231/12 6233/3 6267/20 6274/10 6278/8 6310/9 6312/17 6354/17 6362/21 6366/18 6385/8 6401/9 6403/7
ratings [4]  6240/20 6241/16 6251/25 6252/2
rational [1]  6167/22
RBA [1]  6199/2
re [5]  6221/18 6225/15 6373/6
re-earned [1]  6373/6
re-evaluation [1]  6225/15
re-expressing [1]  6221/18
reach [5]  6175/2 6256/9 6292/5 6297/12 6298/9
reached [6]  6136/22 6223/2 6223/14 6224/2 6246/17 6343/10
reacts [1]  6402/15
reacts [1]  6402/11
read [20]  6110/21 6176/8 6190/25 6207/3 6207/6 6207/7 6207/8 6207/8 6207/10 6207/12 6259/22 6259/25 6264/8 6274/18 6277/25 6306/15 6309/22 6318/7 6319/4 6321/14

Case 1:10-cv-04496-NGG-RER Document 3 Filed 06/10/13 ID #: 17596

readdress [1] 6200/4
readership [3] 6212/16 6212/19 6212/20 6341/8
reads [1] 6148/25
ready [2] 6165/6 6202/7
real [5] 6353/19 6387/4 6387/5 6387/6 6388/22
reality [15] 6235/8 6256/14 6256/24 6295/14 6295/17 6296/6 6298/13 6298/14 6298/15 6301/6 6301/7 6301/8 6315/21 6322/23 6329/6
really [38] 6118/15 6139/7 6141/1 6142/11 6142/13 6222/1 6224/2 6226/3 6226/22 6228/14 6241/23 6249/22 6254/8 6256/18 6260/8 6270/20 6283/25 6293/13 6295/19 6295/19 6299/10 6300/13 6310/8 6313/8 6328/22 6333/7 6334/6 6355/1 6356/2 6357/20 6358/12 6358/14 6368/12 6373/12 6375/23 6379/6 6389/25 6401/10
realtime [1] 6123/9
reason [31] 6168/25 6181/7 6214/3 6214/9 6217/11 6231/25 6232/4 6265/25 6267/18 6279/21 6283/12 6286/17 6298/25 6305/11 6321/11 6341/13 6344/25 6345/16 6354/9 6355/19 6359/12 6364/15 6375/12 6375/17 6376/6 6386/16 6390/5 6391/13 6393/2 6395/22 6406/12
reasonable [4] 6217/25 6267/22 6390/20 6391/22
reasonableness [2] 6339/3 6339/6
reasons [16] 6170/5 6226/13 6231/24 6244/20 6305/5 6310/8 6344/25 6365/25 6383/19 6383/23 6384/11 6391/15 6391/16 6391/17 6392/10 6408/1
rebates [2] 6140/17 6312/12
rebuttal [1] 6198/4
recall [17] 6132/10 6186/22 6213/17 6213/18 6264/25 6266/10 6313/12 6313/14 6315/3 6330/6 6385/2 6396/13 6396/17 6401/4 6407/18 6407/23 6408/1
recapture [10] 6336/4 6336/14 6336/17 6336/18 6336/19 6338/12 6338/15 6339/6 6339/25 6347/4
receive [2] 6125/10 6313/1
received [15] 6119/19 6129/11 6139/24 6150/19 6176/5 6176/20 6191/2 6194/24 6195/9 6198/16 6199/18 6200/10 6204/5 6207/25 6265/10
recent [5] 6196/11 6196/16 6204/15 6261/8 6284/5
recently [2] 6261/1 6261/2
recess [3] 6201/9 6263/1 6348/21
reciting [2] 6259/15 6372/7
recognition [4] 6384/17 6398/17 6398/19 6400/23
recognize [5] 6128/10 6241/8 6264/23 6285/11 6389/9
recognized [6] 6225/6 6297/8 6297/9 6311/24 6332/13 6398/22
reconcile [3] 6326/22 6326/25 6327/3
record [44] 6113/16 6139/21 6158/12 6169/5 6176/14 6176/18 6192/3 6195/16 6202/20 6207/3 6208/23 6218/12 6218/15 6222/7 6226/4 6227/12 6229/22 6237/6 6263/23 6264/12 6265/3 6283/9 6283/11

6283/11 6283/15 6284/23 6284/25
6296/10 6307/2 6307/4 6329/2
6330/14 6333/3 6343/14 6343/20
6343/21 6344/3 6352/2 6374/10
6382/18 6382/25 6401/5 6406/25
recorded [1] 6111/25
recross [2] 6189/8 6202/10
RECROSS-EXAMINATION [1] 6189/8
red [13] 6138/21 6214/3 6214/6 6240/12 6258/22 6259/24 6259/25 6260/4 6260/12 6319/5 6328/4 6378/9 6378/11
redacted [2] 6138/22 6169/12
redactions [1] 6169/8
redeem [1] 6171/24
redeemed [1] 6172/13
redemption [4] 6315/8 6315/13 6315/16 6315/22
redirect [4] 6165/3 6182/24 6183/21 6202/10
reduce [1] 6279/17
reduced [6] 6190/10 6279/1 6289/4 6304/24 6309/8 6396/8
reduces [1] 6272/5
reducing [4] 6289/3 6289/7 6304/22 6335/18
reduction [2] 6288/1 6289/10
reductions [1] 6338/8
refer [8] 6140/25 6167/4 6245/1 6337/2 6338/17 6344/3 6363/23 6378/19
reference [10] 6156/24 6170/15 6179/16 6193/2 6245/2 6285/13 6287/1 6296/8 6367/12 6398/1
referencing [1] 6284/8
referred [11] 6208/11 6224/22 6236/23 6248/20 6283/22 6336/2 6350/17 6367/17 6382/19 6385/22 6395/20
referring [11] 6130/12 6198/23 6236/10 6237/2 6264/24 6274/19 6286/5 6306/24 6341/12 6393/14 6397/21
refers [6] 6265/5 6332/15 6337/3 6338/18 6370/24 6378/20
reflect [6] 6192/19 6197/5 6208/6 6258/25 6278/5 6279/13
reflected [5] 6139/7 6217/17 6230/25 6256/9 6368/22
reflecting [1] 6304/2
reflection [7] 6232/8 6241/8 6291/4 6335/13 6337/10 6344/20 6383/11
reflective [1] 6296/22
reflects [5] 6169/16 6230/21 6235/8 6256/10 6398/17
refuse [1] 6270/15
refutes [1] 6301/16
regain [1] 6306/14
regard [3] 6232/5 6250/14 6404/14
regarding [6] 6119/24 6133/4 6174/11 6235/9 6380/8 6404/11
regardless [6] 6131/11 6359/6
register [3] 6117/10 6117/15 6117/20
registering [1] 6117/11
registration [2] 6117/17 6117/24
regression [3] 6285/23 6286/4 6287/1
regressions [1] 6251/4
regular [2] 6139/13 6139/16
regularity [1] 6372/15
regularly [3] 6127/10 6267/8 6403/3
regulated [1] 6179/16
regulation [2] 6116/25 6181/5
regulations [3] 6173/22 6403/18 6403/23
regulators [1] 6237/19
rehash [1] 6399/25
reimbursed [1] 6379/9
reimbursement [1] 6379/5
reinforcing [1] 6359/21

relate [2] 6278/6 6331/25
related [18] 6236/3 6247/14 6252/8 6256/22 6257/8 6257/8 6257/17 6285/14
6291/15 6298/12 6316/6 6323/21
6336/3 6336/12 6345/21 6373/25
6375/3 6378/3 6384/12
relates [10] 6216/17 6256/25 6263/10 6264/3 6281/22 6282/13 6284/19 6310/9 6335/23 6338/24
relating [12] 6220/24 6234/10 6247/3 6248/3 6257/11 6285/17 6308/3 6310/4 6323/3 6329/25 6348/6 6375/9
relation [1] 6310/14
relationship [16] 6114/9 6119/14 6165/10 6168/8 6186/1 6248/24 6249/19 6324/25 6329/8 6329/14 6329/18 6341/6 6344/11 6344/13 6401/20 6402/1
relationships [8] 6116/7 6116/7 6116/8 6375/21 6379/23 6400/14 6400/16 6401/20
relative [15] 6234/7 6251/15 6252/17 6253/20 6273/14 6274/1 6287/7 6291/16 6310/11 6310/19 6313/5 6324/17 6340/25 6362/4 6405/4
relatively [9] 6185/25 6230/19 6235/1 6291/5 6331/8 6366/9 6405/7 6405/21 6405/23
relevance [5] 6341/2 6345/18 6369/7 6369/7 6377/18
relevant [27] 6208/12 6208/14 6211/4 6219/19 6223/19 6223/20 6237/18 6244/14 6252/6 6264/7 6266/3 6266/25 6274/3 6274/8 6288/8 6290/13 6292/19 6292/22 6294/16 6313/9 6315/17 6331/19 6332/10 6333/14 6359/20 6369/8 6389/4
relies [1] 6301/2
relitigate [1] 6406/25
rely [1] 6358/13
remain [1] 6143/13
remaining [1] 6192/18
remains [3] 6171/12 6221/3 6306/5
remarkable [3] 6270/21 6333/22 6334/5
remarking [2] 6343/10 6403/14
remember [9] 6177/2 6177/19 6178/16 6223/1 6290/16 6293/16 6316/6 6364/11 6408/4
remembering [1] 6190/20
remind [3] 6263/4 6320/21 6404/24
reminded [2] 6144/1 6325/23
reminder [1] 6227/5
removed [3] 6324/25 6325/4 6356/8
removes [1] 6324/16
removing [2] 6260/7 6260/8
remuneration [6] 6328/12 6328/18 6328/18 6328/25 6329/5
render [2] 6197/19 6322/2
rental [6] 6234/23 6386/6 6386/7 6386/10 6386/14 6386/19
rents [1] 6307/7
reopen [1] 6164/10
reopened [1] 6164/12
reorienting [1] 6165/12
repeat [3] 6330/15 6340/8 6399/25
repeatedly [1] 6343/17
repetition [2] 6340/9 6347/11
rephrase [1] 6363/25
replace [1] 6169/4
replacing [1] 6175/25
replicable [5] 6351/5 6351/5 6351/8 6351/11 6351/18
replicate [4] 6350/9 6351/17 6351/21 6352/4
replicated [2] 6250/2 6352/3

CASE ID #:

**R**

replication [2]  6354/22 6355/5
report [9]  6201/6 6218/23 6218/23
6219/12 6256/23 6264/2 6286/19
6344/10 6353/20
reporting [3]  6179/8 6197/15 6256/15
reports [6]  6219/17 6241/11 6264/17
6264/19 6299/13 6343/9
represent [5]  6152/19 6157/13 6264/2
6276/5 6287/21
representative [4]  6265/16 6265/21
6266/1 6266/2
represented [2]  6141/17 6370/15
represents [4]  6189/18 6240/9 6260/1
6268/9
reproduced [2]  6139/22 6380/13
reputation [1]  6404/1
request [1]  6184/17
requested [2]  6138/2 6151/14
require [2]  6114/20 6265/21
required [4]  6142/1 6181/7 6275/13
6297/21
requirement [1]  6181/6
requires [5]  6142/11 6162/23 6220/12
6269/24 6269/25
requisite [1]  6267/16
RER [1]  6110/9
research [3]  6241/9 6252/16 6254/24
reservations [1]  6386/5
Reserve [3]  6199/2 6199/6 6199/10
reserves [1]  6315/24
resides [1]  6211/16
resolve [3]  6194/14 6355/3 6406/1
resolving [1]  6210/5
respect [28]  6206/22 6206/22 6211/7
6213/19 6215/3 6232/6 6243/24 6267/2
6279/24 6287/15 6290/10 6299/23
6302/7 6303/19 6314/4 6327/16
6336/16 6347/12 6361/3 6367/13
6371/2 6372/16 6374/15 6380/17
6383/14 6390/19 6393/23 6397/19
respond [2]  6184/18 6315/5
responded [2]  6125/13 6243/21
respondent [1]  6252/19
respondents [10]  6238/17 6238/20
6238/24 6240/16 6247/23 6248/18
6251/23 6252/4 6256/11 6363/15
responding [3]  6254/7 6254/16 6358/12
responds [1]  6237/9
response [13]  6117/8 6119/15 6120/5
6120/9 6131/22 6184/20 6253/5
6256/21 6274/5 6280/9 6280/12
6290/11 6290/24
responses [2]  6254/19 6264/24
responsibilities [7]  6114/15 6116/5
6116/18 6116/20 6122/2 6126/3
6203/11
responsibility [2]  6122/24 6126/6
responsible [1]  6116/6
responsive [1]  6254/13
rest [3]  6178/2 6200/21 6401/12
restrain [5]  6385/12 6386/3 6395/12
6395/14 6395/15
restrains [2]  6384/25 6385/5
restraint [3]  6384/25 6385/6 6385/10
restrict [2]  6388/12 6404/2
restricted [1]  6234/2
restriction [1]  6356/1
restrictions [4]  6355/25 6357/5 6357/14
6379/19
restricts [1]  6356/1
result [12]  6134/4 6135/23 6136/10
6179/19 6185/6 6227/18 6277/16

6277/17 6287/1 6319/14 6351/3
6381/20
resulted [3]  6272/9 6287/25 6335/6
results [10]  6250/16 6262/1 6271/11
6271/21 6271/23 6277/3 6277/5
6281/14 6282/5 6367/19
resume [4]  6200/24 6202/8 6262/22
6409/1
retail [5]  6255/11 6255/12 6255/16
6255/17 6307/20
retain [2]  6377/21 6377/24
retained [1]  6376/5
retaliating [1]  6307/14
return [1]  6165/9
revenue [4]  6120/25 6121/5 6124/20
6301/3
revert [1]  6457/7
review [9]  6176/14 6176/18 6211/14
6218/12 6223/17 6226/4 6307/2
6343/14 6352/2
reviewed [5]  6207/3 6213/15 6222/8
6222/25 6398/8
reviewing [1]  6329/6
revisit [1]  6301/12
revolve [1]  6246/2
revolvers [1]  6281/8
revolving [11]  6215/22 6216/21 6216/22
6216/24 6245/5 6246/7 6246/20
6247/15 6247/15 6250/16 6281/2
6245/11 6245/11 6319/6
rewarded [1]  6335/20
rewards [26]  6172/4 6172/25 6184/7
6185/15 6188/9 6188/23 6291/13
6311/22 6312/10 6312/11 6312/16
6312/17 6313/22 6315/9 6315/14
6316/6 6319/2 6319/10 6323/3 6323/4
6353/4 6353/13 6354/19 6356/16
6394/9 6405/20
RFP [4]  6125/12 6129/23 6184/14
6184/19
RHODE [1]  6110/5
right [225]  6125/6 6127/14 6131/6
6142/19 6144/3 6157/15 6157/17
6165/1 6165/15 6165/21 6166/6 6166/7
6166/10 6167/5 6167/6 6167/12
6167/13 6167/15 6167/16 6167/19
6167/20 6167/23 6167/24 6168/2
6168/3 6168/3 6168/5 6168/6 6168/9
6168/13 6168/15 6168/16 6168/23
6169/14 6170/12 6170/13 6170/18
6170/19 6171/1 6171/2 6171/8 6171/16
6171/17 6171/18 6171/19 6171/25
6172/1 6172/5 6172/6 6172/10 6172/14
6172/18 6173/1 6173/2 6173/4 6173/5
6173/7 6173/8 6173/10 6173/11
6173/14 6173/24 6174/12 6174/20
6174/25 6175/1 6175/4 6175/5 6175/10
6175/12 6175/13 6175/17 6175/18
6176/5 6176/20 6176/23 6177/5 6177/6
6177/8 6177/9 6177/13 6177/14 6178/9
6178/13 6178/17 6179/7 6179/7
6179/10 6179/13 6179/20 6179/21
6180/1 6180/2 6180/5 6180/10 6180/11
6180/13 6180/17 6180/18 6180/23
6180/24 6181/2 6181/13 6181/23
6181/24 6182/2 6182/3 6182/8 6182/10
6182/18 6183/4 6183/6 6183/7 6183/11
6183/14 6183/15 6187/9 6187/13
6189/14 6190/2 6190/4 6190/9 6190/11
6190/25 6191/6 6192/6 6192/6 6193/16
6193/23 6194/1 6194/4 6194/12
6194/20 6195/8 6196/1 6196/3 6196/6
6198/7 6198/12 6198/16 6200/7

6200/19 6200/20 6200/22 6201/1
6201/3 6201/7 6202/2 6203/9 6206/11
6207/24 6208/10 6211/20 6211/21
6214/25 6218/21 6224/22 6229/15
6233/14 6233/18 6233/24 6235/13
6235/23 6236/3 6242/7 6245/9 6246/5
6246/14 6248/14 6249/7 6249/12
6253/3 6253/17 6255/3 6262/15
6262/25 6271/23 6273/16 6273/22
6290/8 6293/2 6301/10 6306/6 6315/11
6319/7 6319/19 6320/3 6322/9 6324/1
6325/23 6328/6 6329/1 6333/17
6336/14 6337/21 6340/3 6340/23
6342/7 6343/17 6348/19 6349/2
6349/21 6349/23 6350/25 6353/21
6357/10 6376/11 6377/13 6378/8
6387/20 6388/2 6389/11 6389/12
6389/17 6389/19 6389/20 6390/8
6405/15 6405/21 6406/18 6406/18
6408/11 6408/20 6408/24 6409/16
right-hand [6]  6248/14 6271/23 6273/16
6273/22 6319/7 6378/8
rights [1]  6200/5
rightward [1]  6260/15
rise [1]  6351/7
risen [1]  6321/16
rising [2]  6324/24 6335/12
risk [2]  6263/16 6340/8
Rite [1]  6255/1
rivals [2]  6209/17 6209/19
robust [3]  6281/19 6316/17 6318/5
role [10]  6114/5 6212/3 6216/25 6281/1
6355/22 6372/25 6380/24 6380/25
6398/6 6398/18
room [2]  6143/25 6164/12
ropes [1]  6307/3
roughly [4]  6120/4 6125/23 6177/19
6192/18
RPR [1]  6111/22
ruled [2]  6192/20 6200/2
rules [20]  6130/25 6131/4 6131/6
6131/21 6132/25 6137/15 6141/14
6141/19 6141/25 6173/15 6174/20
6181/8 6181/8 6185/16 6306/20
6306/20 6307/20 6334/25 6398/6
6398/16
ruling [1]  6200/3
rulings [1]  6192/23
run [5]  6134/5 6174/17 6220/16 6223/8
6363/18
running [1]  6365/13
runs [1]  6394/17
RYAN [1]  6110/23

**S**

said [65]  6114/24 6120/21 6127/12
6134/3 6167/10 6167/25 6168/15
6168/18 6173/13 6174/13 6175/2
6177/4 6177/18 6179/4 6181/20
6192/11 6210/23 6210/25 6214/23
6222/25 6223/12 6225/20 6226/7
6235/19 6240/11 6242/25 6243/21
6248/7 6251/8 6265/18 6269/22
6270/22 6281/22 6286/11 6289/22
6291/16 6292/3 6298/12 6301/24
6303/11 6306/11 6308/18 6308/21
6309/6 6312/18 6314/18 6314/25
6322/10 6326/22 6327/3 6328/11
6330/3 6343/17 6345/3 6345/7 6349/6
6349/7 6350/18 6373/10 6374/3 6385/3
6390/14 6396/15 6398/13 6398/13
sale [19]  6157/8 6157/18 6354/19
6356/20 6356/23 6357/1 6357/21
6386/10 6387/13 6387/23 6387/24

Case 1:19-cr-04496-NGG-RER   Document ...   Filed 06/10/15   Page ... PageID #:

S

safe... [8] 6388/13 6391/3 6395/10
6395/11 6395/13 6395/15 6395/18
6402/15
sales [5] 6118/14 6157/9 6233/2
6360/23 6360/23
same [104] 6116/19 6131/7 6131/11
6132/23 6133/21 6135/20 6137/6
6137/17 6137/17 6139/9 6142/2
6143/14 6171/12 6173/17 6177/15
6181/11 6185/19 6212/2 6212/8
6212/24 6218/7 6219/5 6223/15
6224/14 6225/11 6231/12 6231/15
6231/16 6234/17 6234/18 6241/15
6241/19 6241/20 6242/2 6242/23
6243/2 6243/11 6243/12 6243/19
6244/1 6246/18 6246/20 6246/24
6249/25 6250/1 6250/1 6250/5 6256/12
6259/17 6259/18 6260/20 6262/3
6262/14 6268/2 6269/12 6270/11
6270/11 6271/22 6272/21 6272/22
6273/1 6275/6 6275/6 6276/22 6277/1
6277/7 6277/17 6277/18 6278/24
6279/11 6279/14 6279/16 6281/13
6302/3 6303/15 6317/17 6324/14
6330/5 6339/12 6339/13 6339/21
6347/14 6347/18 6350/17 6353/17
6354/13 6362/19 6363/1 6365/3
6366/12 6366/18 6366/21 6367/16
6374/19 6378/7 6378/14 6382/21
6382/24 6384/12 6384/13 6389/1
6398/3 6402/3 6402/24
sample [2] 6288/24 6327/10
sanity [4] 6210/3 6316/11 6316/14
6317/3
save [4] 6188/25 6265/7 6302/3 6303/15
saw [15] 6179/24 6180/15 6219/14
6235/6 6240/9 6243/7 6243/8 6247/23
6250/12 6273/9 6323/18 6332/8 6338/9
6362/21 6391/19
say [82] 6121/23 6123/16 6130/5 6131/4
6170/4 6170/20 6207/6 6209/10
6209/13 6209/15 6209/18 6216/16
6221/21 6222/3 6222/13 6222/15
6222/19 6225/1 6229/5 6229/9 6229/10
6230/8 6232/23 6234/8 6235/20
6240/13 6240/22 6241/6 6241/14
6241/18 6241/19 6243/1 6248/8 6251/9
6255/20 6256/2 6259/20 6268/20
6271/20 6282/5 6282/25 6288/7 6293/2
6295/4 6298/1 6299/24 6309/13
6314/10 6314/17 6314/18 6322/15
6323/16 6325/22 6329/20 6336/18
6337/7 6338/3 6340/13 6340/15
6341/13 6348/2 6348/2 6350/19
6351/12 6357/11 6364/12 6376/13
6378/6 6379/11 6379/18 6386/7
6387/14 6387/20 6387/22 6387/25
6388/1 6389/3 6389/3 6392/20 6393/7
6397/5 6408/14
saying [29] 6123/5 6177/20 6214/7
6219/5 6219/6 6220/25 6222/5 6222/6
6237/8 6244/2 6245/11 6253/11
6262/10 6286/13 6291/11 6293/13
6294/6 6294/16 6310/13 6311/6
6311/13 6327/15 6341/18 6351/1
6363/25 6385/2 6386/11 6403/24
6407/1
says [45] 6138/20 6144/23 6147/11
6157/22 6169/20 6213/4 6215/10
6217/24 6218/6 6225/1 6229/1 6235/25
6237/16 6237/24 6239/22 6244/24
6245/25 6246/10 6264/13 6264/13

6264/18 6269/8 6273/17 6330/19
6330/22 6332/5 6333/12 6334/16
6334/21 6335/2 6335/24 6336/9
6337/12 6338/13 6349/18 6350/6
6352/14 6356/17 6357/16 6380/15
6383/17 6387/11 6396/11 6399/22
6403/18
scale [8] 6238/25 6239/2 6239/2 6239/4
6248/20 6312/4 6378/6 6378/8
scales [5] 6239/4 6241/12 6252/15
6256/12 6256/19
SCANLON [1] 6110/22
SCHILLER [1] 6111/18
SCHNEIDER [2] 6111/6 6112/4
scholar [1] 6371/14
scholarly [1] 6236/6
scholars [2] 6206/21 6364/7
school [4] 6119/6 6205/7 6205/7
6205/13
schools [1] 6117/25
Sciences [1] 6206/2
scientific [2] 6226/11 6327/10
scientifically [1] 6286/16
scope [1] 6233/17
SCPC [1] 6245/25
screen [1] 6289/19
seal [2] 6138/6 6164/6
sealed [9] 6138/2 6138/5 6144/5 6144/8
6144/10 6144/13 6151/15 6152/10
6164/16
search [1] 6127/4
seated [3] 6202/1 6202/23 6349/1
second [31] 6129/2 6129/21 6129/25
6130/16 6132/3 6132/16 6132/19
6134/5 6138/11 6170/21 6196/16
6212/25 6214/22 6230/2 6237/12
6240/6 6240/11 6266/7 6285/12
6297/20 6298/6 6298/7 6301/15
6304/13 6304/14 6308/25 6312/9
6332/15 6339/24 6352/1 6393/8
Secondarily [1] 6127/3
seconds [2] 6151/19 6383/1
section [6] 6162/22 6196/24 6198/7
6198/8 6312/9 6377/7
sections [1] 6194/16
sector [9] 6215/18 6324/8 6324/9
sectors [2] 6310/15 6310/16
secure [1] 6241/1
security [9] 6239/10 6239/15 6239/23
6240/6 6240/25 6242/22 6242/25
6394/14 6403/25
see [120] 6128/17 6129/5 6140/12
6140/23 6141/4 6141/7 6144/17
6156/24 6157/2 6157/16 6168/22
6168/24 6169/15 6169/20 6169/23
6170/3 6170/5 6170/10 6170/14 6177/1
6178/21 6178/24 6185/14 6189/15
6189/21 6190/17 6198/24 6219/16
6227/9 6228/4 6228/7 6230/18 6231/23
6231/24 6231/24 6231/25 6234/24
6238/22 6243/9 6243/20 6247/17
6249/6 6249/11 6249/16 6249/22
6250/4 6250/8 6256/21 6257/9 6258/17
6259/4 6260/23 6262/14 6264/10
6264/12 6264/12 6268/19 6271/25
6276/13 6277/16 6277/17 6279/1
6279/10 6280/16 6281/17 6286/13
6288/12 6288/20 6288/25 6289/24
6294/10 6295/9 6301/20 6303/7
6305/15 6307/3 6307/13 6314/15
6316/15 6318/3 6319/8 6320/17
6323/16 6324/8 6324/20 6333/2 6334/3
6335/13 6335/17 6339/11 6339/13
6339/15 6340/12 6342/5 6342/17

6345/17 6345/17 6356/7 6361/1
6361/15 6362/6 6362/19 6364/18
6366/3 6366/4 6370/1 6370/3 6375/22
6376/13 6378/9 6381/4 6381/7 6386/11
6388/23 6388/23 6389/1 6396/6
6401/14 6401/14 6409/16
seeing [8] 6249/13 6254/13 6259/6
6260/11 6269/3 6276/9 6280/11
6395/23
seem [2] 6292/20 6373/20
seems [6] 6282/6 6289/18 6298/18
6298/20 6313/10 6380/11
seen [13] 6115/11 6133/16 6149/22
6284/24 6330/15 6341/4 6372/12
6373/4 6375/16 6375/16 6376/15
6380/5 6403/11
segmenting [1] 6268/16
segments [2] 6228/13 6228/15
selected [2] 6125/13 6269/14
self [2] 6350/10 6359/21
self-evident [1] 6350/10
self-reinforcing [1] 6359/21
sell [4] 6131/7 6313/4 6387/5 6387/6
seller [2] 6313/1 6388/17
sellers [1] 6388/22
selling [3] 6313/3 6376/18 6387/18
semester [1] 6117/19
send [1] 6387/7
Senior [1] 6116/16
sense [20] 6126/7 6210/5 6214/20
6245/11 6250/13 6253/17 6294/15
6295/14 6295/17 6304/1 6306/13
6329/20 6343/1 6373/24 6388/19
6389/3 6392/5 6394/14 6395/12
6404/18
sensitive [1] 6254/3
sensitivities [2] 6220/5 6220/9
sensitivity [1] 6253/22
sent [1] 6174/14
sentence [4] 6196/18 6196/21 6358/25
6401/10
separable [1] 6245/14
separate [11] 6134/11 6264/21 6264/22
6277/5 6291/15 6295/13 6308/18
6324/5 6329/11 6358/6 6362/19
separated [1] 6365/2
separately [13] 6134/14 6208/24
6248/10 6277/12 6309/23 6310/9
6318/24 6319/17 6320/13 6345/3
6345/14 6369/21 6376/6
series [4] 6293/24 6363/12 6365/13
6366/2
serve [2] 6218/7 6229/2
served [2] 6229/4 6288/15
service [29] 6120/14 6121/25 6123/23
6127/11 6129/7 6130/9 6130/23 6131/7
6131/10 6134/4 6142/12 6156/25
6157/1 6174/1 6181/22 6184/4 6186/2
6186/3 6212/5 6212/9 6212/11 6309/20
6309/24 6310/21 6310/23 6386/5
6386/22 6388/25 6404/1
services [32] 6114/20 6115/19 6116/3
6117/3 6117/7 6127/3 6133/18 6140/18
6157/4 6157/7 6157/14 6157/17
6157/18 6157/22 6213/2 6213/17
6214/13 6282/16 6295/11 6295/11
6309/19 6314/12 6314/13 6316/16
6317/20 6318/4 6322/1 6323/19
6330/12 6355/11 6393/18 6393/23
serving [5] 6218/7 6322/15 6322/19
6392/1 6399/16
session [1] 6263/2
set [6] 6207/14 6249/25 6268/15 6327/8
6341/4 6357/17

Case 1:18-cv-04496-NGG-RER 110-linenge1 65/10/13 Page 350/35 89ID #:

setting [1] 6392/3
settle [1] 6123/11
settlement [4] 6116/11 6139/8 6140/16 6156/16
seven [5] 6205/20 6207/1 6224/25 6306/11 6317/7
several [10] 6126/23 6224/13 6238/9 6239/9 6336/2 6342/5 6344/2 6369/21 6382/19 6394/7
severe [2] 6359/24 6403/7
shade [1] 6142/11
shape [1] 6258/24
shapes [1] 6259/1
share [53] 6232/25 6232/25 6233/1 6235/19 6258/7 6258/7 6278/6 6305/10 6305/15 6305/17 6305/18 6305/21 6305/25 6306/4 6306/7 6306/9 6306/14 6309/9 6320/21 6330/22 6331/3 6331/7 6331/12 6331/15 6332/5 6332/7 6332/9 6333/6 6333/7 6333/8 6333/16 6333/16 6333/19 6333/23 6334/8 6334/10 6335/9 6335/12 6335/14 6335/17 6335/20 6335/24 6338/13 6338/16 6338/18 6338/19 6367/20 6367/22 6367/23 6368/1 6368/4 6368/19 6369/6
shares [5] 6233/23 6258/25 6260/10 6330/24 6332/12
she [4] 6125/4 6127/25 6363/1 6363/1
shed [1] 6266/24
Sherman [1] 6111/22
shift [3] 6251/10 6275/23 6280/2
shifted [3] 6275/25 6275/25 6276/2
shop [2] 6213/8 6281/24
shopper [1] 6184/2
shoppers [1] 6213/6
shopping [3] 6134/2 6157/23 6402/12
short [4] 6230/19 6235/2 6245/12 6406/24
short-term [1] 6406/24
shortcoming [1] 6252/13
shortly [1] 6323/16
should [37] 6118/13 6144/1 6164/12 6203/16 6207/18 6209/22 6211/4 6211/21 6216/7 6216/8 6226/2 6230/11 6237/19 6240/18 6246/17 6249/2 6251/8 6272/18 6279/1 6279/17 6282/11 6294/8 6304/9 6312/15 6312/16 6313/25 6315/19 6325/22 6332/20 6355/20 6356/18 6358/23 6358/23 6361/12 6382/3 6382/6 6385/23
shouldn't [5] 6176/13 6225/24 6247/17 6270/14 6375/15
show [53] 6128/14 6169/12 6227/1 6228/1 6228/18 6233/15 6233/16 6240/3 6243/25 6259/16 6267/14 6271/16 6272/17 6275/11 6275/20 6276/25 6278/15 6281/24 6286/7 6287/21 6293/22 6296/14 6304/16 6305/9 6314/8 6316/23 6317/10 6318/19 6319/18 6320/6 6323/10 6324/4 6325/21 6327/3 6327/16 6331/6 6333/21 6339/2 6341/9 6360/21 6362/15 6365/12 6366/16 6368/8 6368/24 6372/7 6372/9 6373/11 6373/18 6378/2 6387/8 6396/25 6403/21
showed [14] 6270/10 6273/10 6273/15 6282/14 6286/10 6285/15 6317/21 6324/15 6327/11 6327/22 6335/9 6337/21 6373/19 6404/25
showing [52] 6169/13 6214/6 6227/7

6228/2 6229/24 6230/2 6230/6 6231/14 6232/21 6234/6 6234/17 6234/20 6236/16 6238/16 6239/20 6240/4 6240/21 6242/25 6249/5 6249/6 6249/10 6250/1 6250/3 6250/9 6250/14 6258/6 6277/3 6280/6 6280/20 6281/11 6294/1 6296/15 6317/12 6319/1 6319/3 6319/5 6321/11 6321/13 6323/13 6326/2 6327/19 6333/22 6360/22 6361/10 6362/16 6368/9 6368/9 6368/11 6369/18 6369/20 6378/3 6378/5 6386/10
shown [5] 6138/23 6235/18 6249/25 6318/10 6338/9
shows [20] 6170/21 6213/19 6247/12 6249/23 6249/24 6259/17 6272/12 6296/18 6305/10 6311/2 6321/12 6323/11 6324/5 6365/13 6368/25 6371/12 6373/12 6378/7 6387/11 6407/14
shrinking [2] 6226/8 6322/24
shut [2] 6354/9 6354/10
sic [1] 6371/17
side [48] 6128/17 6164/4 6213/2 6213/12 6214/1 6214/2 6214/16 6242/23 6248/13 6248/15 6249/16 6254/12 6269/8 6270/23 6271/22 6273/16 6273/22 6290/25 6292/9 6297/1 6310/9 6311/14 6311/25 6312/1 6312/17 6318/13 6318/13 6318/20 6318/25 6319/4 6322/7 6322/15 6322/16 6322/18 6322/19 6322/21 6323/5 6325/6 6326/24 6327/16 6343/16 6349/21 6360/2 6378/6 6378/8 6399/9 6399/12 6406/10
sided [43] 6211/16 6211/24 6212/2 6212/13 6290/16 6290/17 6291/1 6291/9 6292/10 6310/1 6310/4 6310/9 6311/11 6311/24 6312/7 6312/15 6312/20 6314/4 6314/11 6318/10 6321/23 6321/25 6321/25 6322/2 6322/8 6322/10 6322/10 6322/12 6323/2 6323/19 6325/6 6326/24 6327/17 6330/4 6336/25 6337/5 6337/6 6340/5 6343/16 6383/2 6393/17 6393/24 6399/12
sidedness [2] 6211/23 6212/16
sides [5] 6175/3 6212/21 6233/19 6318/13 6383/10
sign [2] 6304/25 6377/24
signature [2] 6234/6 6372/10
significance [28] 6225/3 6235/3 6246/3 6246/13 6269/10 6272/18 6305/25 6306/10 6307/23 6308/9 6309/3 6326/10 6342/1 6342/3 6344/6 6356/19 6358/8 6359/2 6361/3 6361/22 6365/19 6369/3 6391/9 6397/19 6398/12 6398/14 6400/1 6407/11
significant [30] 6207/19 6216/25 6223/3 6233/6 6234/25 6234/25 6235/1 6235/4 6235/4 6236/19 6243/12 6244/23 6246/16 6246/21 6255/15 6268/5 6286/12 6287/9 6287/9 6306/13 6307/1 6308/17 6316/25 6316/25 6328/13 6332/14 6356/5 6373/1 6375/23 6381/14
significantly [7] 6132/15 6170/11 6234/9 6272/1 6272/5 6308/1 6342/8
similar [22] 6130/10 6188/11 6192/19 6218/8 6222/18 6240/23 6241/18 6241/22 6243/4 6258/18 6258/23 6259/1 6260/19 6271/18 6276/10 6277/6 6352/9 6361/23 6367/15 6373/19 6385/19 6398/4

similarity [1] 6259/7
similarly [3] 6213/11 6216/3 6240/23
simple [3] 6250/25 6298/25 6311/12
simply [26] 6172/23 6197/20 6213/22 6214/6 6215/13 6221/1 6225/9 6234/25 6245/2 6256/15 6270/15 6288/14 6291/3 6299/15 6340/22 6342/11 6342/15 6348/1 6350/22 6350/23 6370/24 6372/23 6374/23 6376/3 6392/11 6405/25
simultaneously [3] 6304/18 6309/20 6310/22
since [29] 6116/13 6117/4 6124/17 6130/19 6168/1 6215/13 6224/25 6224/25 6225/1 6236/2 6237/23 6261/6 6269/15 6304/15 6304/15 6304/16 6308/18 6308/19 6309/1 6309/4 6314/16 6314/16 6321/16 6323/14 6330/24 6366/6 6386/13 6390/9 6392/25
single [53] 6123/13 6124/19 6130/8 6131/24 6173/16 6183/2 6212/22 6212/22 6278/25 6279/5 6279/8 6279/9 6309/19 6348/16 6363/16 6363/21 6363/24 6364/2 6364/2 6364/4 6364/12 6364/13 6364/18 6364/20 6364/23 6364/24 6365/6 6365/14 6365/17 6365/22 6366/3 6366/4 6366/7 6366/11 6366/18 6366/20 6366/21 6366/22 6366/23 6366/25 6366/25 6367/10 6367/15 6367/16 6367/17 6367/22 6368/10 6368/18 6369/12 6369/13 6369/18 6370/3 6370/11
singling [1] 6384/19
sir [12] 6170/14 6171/21 6203/19 6205/18 6231/11 6238/13 6242/20 6246/24 6264/10 6283/3 6295/2 6341/11
sit [1] 6409/4
site [52] 6127/6 6127/18 6129/6 6130/23 6132/11 6132/14 6132/17 6132/17 6132/19 6132/20 6133/3 6133/4 6133/23 6134/6 6134/6 6134/10 6134/19 6134/21 6134/25 6135/2 6135/5 6135/8 6135/11 6135/17 6135/21 6135/25 6136/23 6136/25 6137/3 6137/9 6137/12 6137/18 6172/10 6173/12 6173/14 6173/16 6174/11 6174/18 6174/21 6174/24 6175/9 6175/17 6175/21 6180/7 6181/21 6182/7 6182/12 6187/3 6187/5 6187/20 6188/1 6386/18
sites [4] 6119/16 6128/21 6134/12 6134/14
situation [12] 6120/15 6221/20 6222/11 6222/15 6332/15 6356/19 6359/19 6381/6 6388/19 6388/25 6405/7 6407/13
situations [5] 6209/24 6336/22 6359/17 6384/21 6392/6
six [11] 6128/18 6191/20 6191/25 6192/19 6200/8 6202/8 6205/8 6205/10 6205/20 6206/25 6321/7
sixth [1] 6128/7
Sixty [2] 6324/5 6408/19
Sixty-one [1] 6324/5
sizable [1] 6334/4
size [9] 6170/11 6178/20 6258/9 6258/12 6259/19 6260/18 6273/14 6276/17 6406/16
sizeable [3] 6268/20 6268/21 6287/7
sizes [2] 6178/15 6259/24
skewed [6] 6122/14 6177/4 6228/10 6260/12 6260/13 6260/15

S

skip [1] 6296/8
slice [2] 6166/5 6369/10
slices [1] 6240/20
slide [217] 6140/14 6140/15 6144/19
6144/22 6179/23 6208/2 6208/11
6213/4 6213/14 6213/14 6213/19
6215/6 6215/9 6217/13 6217/23
6218/18 6224/21 6226/24 6227/1
6227/3 6227/7 6227/24 6228/17
6228/17 6229/1 6229/4 6229/18
6229/22 6231/6 6231/11 6231/16
6232/12 6232/19 6232/21 6234/13
6234/15 6234/17 6235/18 6235/22
6237/2 6238/15 6238/16 6239/14
6240/2 6240/2 6240/4 6242/19 6242/20
6243/17 6244/21 6247/9 6248/22
6248/23 6249/23 6249/24 6249/24
6249/25 6250/22 6256/9 6257/22
6258/4 6258/6 6259/11 6260/8 6261/5
6265/4 6267/9 6267/14 6271/14
6271/16 6271/17 6271/23 6272/8
6272/22 6273/9 6273/16 6273/20
6274/17 6275/8 6275/11 6276/23
6276/25 6277/1 6278/14 6278/15
6279/25 6280/1 6282/21 6284/19
6285/25 6287/18 6287/21 6288/20
6293/19 6294/24 6295/2 6296/11
6296/14 6296/15 6301/12 6302/5
6302/9 6303/17 6303/21 6305/9 6305/9
6305/10 6308/24 6311/7 6311/10
6311/11 6313/20 6314/3 6314/8 6317/4
6318/15 6318/19 6321/3 6321/4 6321/6
6321/7 6321/12 6323/7 6324/1 6325/18
6325/21 6326/8 6326/9 6326/11
6327/13 6331/1 6331/6 6331/22
6331/23 6331/24 6332/3 6332/8
6332/15 6333/19 6333/20 6333/20
6333/22 6334/8 6334/13 6335/21
6336/15 6336/24 6336/24 6338/21
6338/25 6339/2 6339/3 6341/8 6341/10
6341/25 6343/8 6343/8 6343/9 6344/2
6349/17 6349/23 6360/19 6361/1
6361/18 6362/12 6362/13 6362/15
6362/16 6363/9 6363/12 6365/9
6365/10 6365/20 6366/15 6366/16
6367/12 6367/18 6368/6 6368/8
6368/21 6368/22 6369/16 6369/18
6371/10 6371/11 6371/12 6371/13
6375/25 6376/2 6376/3 6376/20 6377/6
6377/25 6378/1 6378/3 6383/13
6385/14 6390/22 6390/23 6391/19
6393/5 6393/6 6396/11 6396/24
6396/25 6397/1 6397/15 6397/16
6397/17 6397/21 6398/9 6399/2
6399/18 6399/19 6401/4 6403/17
6403/21
slides [6] 6238/9 6308/2 6317/22
6329/23 6338/9 6374/9
slightly [3] 6256/14 6288/21 6338/6
sloping [1] 6258/18
slow [1] 6157/22
slowly [2] 6292/23 6338/11
small [26] 6117/6 6138/2 6179/12
6192/9 6244/24 6245/7 6245/11
6273/13 6277/15 6295/21 6332/12
6362/5 6365/23 6368/16 6368/16
6369/2 6369/10 6370/15 6404/14
6404/23 6404/25 6405/1 6405/3
6405/25 6406/13 6408/3
smaller [23] 6122/15 6122/15 6244/3
6246/8 6260/14 6277/11 6277/14
6327/5 6327/6 6343/24 6343/3 6345/5

6345/7 6345/13 6355/17 6355/20
6362/3 6368/16 6381/15 6392/16
6407/12 6407/12 6407/14
smallest [1] 6240/21
snack [2] 6241/12
so [456]
social [1] 6204/19
software [1] 6223/8
sold [1] 6212/23
some [157] 6121/11 6123/25 6133/15
6133/15 6134/4 6138/3 6140/9 6141/10
6142/3 6144/22 6152/24 6156/18
6166/5 6180/12 6180/14 6182/17
6184/3 6184/10 6185/6 6186/21
6188/25 6194/15 6194/18 6197/12
6207/4 6212/3 6215/18 6215/25
6221/16 6223/25 6227/19 6228/8
6232/24 6234/22 6234/23 6235/6
6236/11 6237/5 6241/5 6241/19
6244/15 6244/16 6245/6 6245/11
6246/5 6246/22 6255/9 6258/20 6265/7
6266/13 6267/1 6268/4 6268/11
6269/19 6270/2 6272/7 6272/13
6272/16 6274/6 6277/21 6277/22
6278/21 6279/5 6280/1 6281/3 6281/24
6284/17 6284/24 6285/13 6286/3
6286/17 6287/11 6288/10 6288/11
6289/18 6290/20 6291/22 6292/7
6293/24 6296/8 6298/10 6300/9 6301/6
6304/1 6304/10 6306/10 6307/4 6307/4
6307/16 6307/17 6308/2 6309/12
6311/17 6311/17 6315/1 6315/20
6316/6 6316/7 6317/12 6318/3 6319/16
6321/17 6325/25 6326/1 6326/5
6326/15 6327/1 6328/20 6329/20
6335/8 6335/20 6337/15 6337/19
6338/2 6338/4 6338/4 6343/12 6347/25
6352/11 6353/16 6353/19 6354/22
6356/22 6358/12 6361/16 6363/2
6363/2 6364/7 6364/14 6370/6 6372/18
6372/22 6374/11 6375/3 6375/4 6375/5
6375/18 6379/10 6379/17 6380/19
6381/21 6382/3 6385/12 6385/16
6387/21 6389/3 6389/6 6392/1 6392/5
6394/20 6395/12 6401/21 6402/4
6402/13 6404/13 6409/1 6409/4
somebody [3] 6256/12 6300/7 6386/8
somehow [4] 6267/6 6277/13 6307/7
6393/1
someone [12] 6182/12 6188/1 6197/17
6197/18 6197/21 6197/21 6198/3
6253/24 6268/2 6280/13 6320/20
6388/24
something [55] 6112/9 6117/18 6128/3
6170/16 6180/3 6187/18 6205/20
6206/6 6217/1 6217/7 6220/2 6222/4
6226/6 6232/25 6236/1 6244/17 6245/7
6249/22 6254/9 6257/11 6266/19
6266/20 6275/18 6277/20 6278/17
6281/9 6285/1 6290/25 6298/18
6298/19 6298/20 6299/12 6300/22
6316/4 6329/16 6337/8 6343/9 6349/5
6356/23 6363/7 6363/13 6364/2
6367/21 6373/19 6379/13 6392/4
6392/7 6398/4 6404/8 6404/8 6404/9
6406/8 6407/7 6408/19 6409/7
sometimes [7] 6185/7 6185/8 6278/5
6278/19 6311/25 6364/8 6401/7
somewhat [7] 6232/23 6232/23 6235/5
6331/3 6337/23 6369/1 6408/23
somewhere [1] 6240/15
sophistication [1] 6204/18
sorry [20] 6177/22 6196/13 6217/21
6222/9 6268/11 6289/18 6293/8

6297/17 6297/18 6311/7 6317/6
6327/23 6336/13 6343/21 6349/21
6347/23 6368/18 6369/4 6369/9
6370/9 6376/24 6395/14 6399/4
6408/4
sort [11] 6192/6 6197/12 6247/3
6252/20 6269/7 6280/20 6282/4
6309/12 6342/20 6371/5 6388/18
sorts [5] 6283/7 6337/17 6342/18
6347/23 6387/7
sought [1] 6228/21
soup [1] 6321/6
source [11] 6349/18 6350/7 6351/6
6353/10 6358/11 6361/4 6362/7
6367/24 6369/4 6372/17 6375/1
sources [5] 6238/3 6250/12 6259/6
6316/10 6317/3
Sousa [1] 6197/14
Southwest [9] 6196/11 6196/25 6197/5
6197/12 6197/15 6197/22 6197/22
6198/3 6198/8
Southwest's [2] 6197/10 6197/24
space [4] 6118/7 6126/13 6126/18
6132/4
span [1] 6329/14
spanned [1] 6231/19
spanning [1] 6231/21
speak [5] 6113/20 6261/21 6283/10
6283/11 6364/10
speaking [1] 6291/5
speaks [2] 6282/20 6387/2
special [2] 6189/21 6380/24
specialized [1] 6204/9
specific [12] 6141/18 6157/18 6179/1
6180/9 6182/23 6212/2 6214/10 6253/5
6259/15 6305/4 6325/10 6372/7
specifically [4] 6124/1 6236/13 6275/3
6391/11
specifics [1] 6267/1
specifying [1] 6272/11
speculated [1] 6251/2
speculation [1] 6220/13
speculative [1] 6220/19
speech [2] 6401/6 6401/8
speeches [1] 6307/5
Spell [1] 6113/18
spelled [1] 6403/15
spells [1] 6357/19
spend [21] 6126/15 6228/11 6235/13
6235/16 6245/19 6261/2 6265/25
6281/7 6292/24 6300/11 6301/19
6303/6 6319/13 6329/22 6331/15
6350/15 6363/17 6393/11 6396/12
6396/21 6397/3
spendcentric [4] 6215/11 6215/20
6216/20 6246/9
spending [18] 6204/15 6228/9 6230/6
6230/6 6230/7 6234/21 6262/2 6273/6
6300/8 6300/9 6320/15 6361/25 6362/1
6362/2 6371/18 6371/19 6371/21
6372/3
spent [9] 6204/17 6230/23 6231/3
6231/3 6273/6 6273/7 6296/4 6300/8
6340/9
spillover [2] 6359/14 6383/12
spillovers [1] 6295/4
spin [1] 6284/13
split [1] 6296/19
splits [1] 6376/13
splurge [1] 6300/10
spoke [1] 6350/17
spoken [1] 6263/10
spot [4] 6262/10 6262/11 6329/16
6329/17
spouses [1] 6278/6

S

spurring [1] 6397/13
square [1] 6289/2
squeezed [1] 6323/1
squeezes [1] 6315/15
SSI [1] 6264/17
SSNIP [13] 6219/15 6220/23 6221/5 6221/8 6221/10 6221/14 6221/18 6222/3 6222/14 6222/16 6222/19 6223/16 6313/22
stages [1] 6295/13
stagnated [3] 6305/17 6306/5 6306/11
stamps [1] 6264/17
stand [4] 6118/12 6118/15 6197/22 6202/16
standard [5] 6218/9 6222/5 6312/23 6390/25 6404/15
standards [2] 6357/12 6372/12
standing [2] 6335/5 6388/5
Stanford [6] 6203/6 6203/14 6203/15 6205/3 6205/4 6205/9
start [19] 6113/8 6113/21 6115/16 6152/11 6165/12 6182/13 6210/23 6215/10 6215/13 6215/14 6215/24 6216/2 6275/2 6288/21 6305/8 6359/19 6383/20 6383/21 6389/5
started [10] 6117/5 6126/25 6174/23 6181/4 6256/2 6319/24 6324/12 6390/2 6393/1 6393/6
starting [8] 6124/16 6196/10 6215/24 6216/3 6231/25 6295/17 6323/14 6342/15
starts [7] 6196/16 6198/8 6208/17 6214/17 6227/10 6274/25 6305/23
Starwood [3] 6112/15 6329/25 6330/2
state [11] 6110/3 6111/2 6111/6 6111/10 6112/4 6113/16 6165/17 6189/23 6202/19 6343/19 6391/21
stated [3] 6194/13 6343/6 6379/2
statement [13] 6158/11 6197/18 6197/20 6266/11 6308/16 6334/19 6337/12 6337/13 6350/10 6383/22 6399/21 6401/13 6404/4
statements [15] 6192/11 6192/13 6192/14 6197/5 6197/13 6199/3 6199/6 6199/10 6199/12 6199/13 6265/24 6307/4 6308/9 6308/14 6404/16
states [12] 6110/1 6110/2 6110/10 6112/2 6113/11 6145/6 6157/16 6178/7 6206/25 6246/15 6334/10 6407/20
static [1] 6370/17
stating [4] 6258/4 6325/22 6342/1 6342/8
statistical [5] 6249/3 6251/3 6251/3 6251/11 6286/20
statistics [1] 6257/1
status [5] 6350/8 6350/18 6350/20 6351/4 6352/5
statutory [2] 6351/18 6351/21
stay [10] 6143/3 6191/9 6275/4 6352/12 6352/13 6356/3 6369/17 6376/1 6376/7 6409/5
staying [5] 6232/18 6272/7 6325/5 6355/10 6392/14
stays [1] 6305/24
steadily [1] 6314/15
steeply [1] 6305/16
steer [6] 6140/16 6181/16 6183/13 6354/6 6395/7 6395/18
steering [31] 6141/14 6141/20 6142/10 6182/15 6182/16 6352/15 6352/20 6352/21 6352/24 6352/25 6353/1 6353/4 6353/12 6353/14 6353/17

6353/17 6353/18 6354/12 6354/14 6354/17 6354/18 6356/13 6356/17 6374/23 6374/24 6384/4 6394/10 6394/18 6394/19 6396/3 6408/3
stenography [1] 6111/25
step [13] 6208/19 6214/22 6215/4 6218/2 6218/2 6304/13 6304/14 6305/3 6305/4 6308/11 6308/25 6320/24 6352/13
stepped [1] 6197/3
steps [4] 6191/13 6302/9 6303/21 6303/24
sticking [1] 6278/24
still [25] 6114/12 6118/1 6122/19 6134/21 6137/16 6186/24 6221/3 6227/11 6228/6 6232/12 6235/20 6263/4 6305/24 6307/10 6323/19 6327/6 6334/9 6334/12 6334/14 6338/7 6362/5 6370/6 6371/24 6372/3 6390/6
stipulated [2] 6192/8 6217/18
stipulation [4] 6195/10 6196/19 6217/14 6282/14
stolen [1] 6373/5
stood [1] 6117/13
stop [5] 6131/13 6248/7 6248/16 6403/2 6407/5
stopped [1] 6216/8
stopping [1] 6247/20
stops [1] 6247/16
store [14] 6187/7 6254/2 6255/20 6261/14 6261/15 6275/6 6280/13 6280/14 6281/25 6295/21 6345/19 6390/3 6390/24 6402/13
stored [2] 6172/4 6172/25
stores [5] 6156/15 6213/6 6213/8 6230/14 6230/16
story [1] 6289/6
straight [2] 6321/14 6328/3
strategies [4] 6232/8 6285/10 6285/14 6398/1
strategy [13] 6116/20 6116/23 6352/8 6356/3 6381/1 6381/10 6381/13 6397/6 6397/9 6397/14 6398/20 6400/9 6400/10
Street [3] 6110/18 6389/24 6391/7
striking [2] 6240/14 6401/10
string [1] 6321/5
strong [4] 6225/18 6257/5 6280/24 6363/25
strongly [1] 6237/9
structure [6] 6132/4 6135/9 6135/24 6136/19 6181/13 6184/20
structures [1] 6136/7
struggling [1] 6307/8
STUART [1] 6111/16
stuck [1] 6321/1
students [6] 6117/10 6117/14 6117/22 6118/1 6118/15 6242/1
studied [2] 6236/6 6353/19
studies [2] 6204/13 6204/16
study [15] 6204/25 6205/1 6241/23 6242/8 6242/10 6245/6 6251/15 6252/13 6253/18 6253/22 6294/19 6363/8 6363/10 6363/13 6371/14
studying [1] 6204/17
stuff [2] 6241/24 6357/13
sub [1] 6330/22
sub-bullet [1] 6330/22
subfields [1] 6239/5
subheading [1] 6144/23
subject [21] 6164/3 6192/22 6209/4 6209/11 6217/15 6224/6 6232/13 6232/18 6291/15 6301/24 6303/11 6306/25 6306/25 6308/18 6317/2

6345/21 6347/3 6349/17 6361/18 6373/25 6407/1
subjects [1] 6208/11
submarket [2] 6295/4 6295/10
submission [1] 6194/17
submissions [1] 6233/17
subpoint [1] 6393/10
subsequently [2] 6309/8 6309/9
subspecialties [1] 6206/12
substantial [7] 6225/2 6235/21 6235/24 6260/23 6266/25 6294/10 6314/15
substantially [5] 6116/19 6232/5 6260/24 6326/3 6378/10
substitutability [12] 6216/10 6220/18 6222/24 6223/18 6236/12 6236/16 6236/20 6237/13 6237/20 6260/20 6285/1 6333/1
substitutable [1] 6241/15
substitute [4] 6237/11 6246/23 6250/19 6291/22
substitutes [3] 6208/19 6216/12 6364/19
substituting [3] 6226/9 6247/19 6250/10
substitution [16] 6210/16 6210/19 6210/22 6215/10 6218/3 6218/3 6218/10 6219/7 6219/8 6223/25 6225/18 6247/16 6247/17 6249/15 6250/17 6285/18
succeed [1] 6355/18
succeeded [1] 6382/14
success [2] 6307/16 6398/2
successful [9] 6135/13 6168/8 6172/8 6172/17 6180/12 6213/4 6352/8 6352/9 6353/14
successfully [1] 6382/7
such [16] 6138/22 6171/1 6182/1 6190/22 6219/25 6242/17 6264/16 6266/12 6296/6 6307/11 6312/11 6332/12 6344/8 6354/23 6376/25 6384/20
suffering [1] 6402/20
suffers [1] 6403/7
sufficient [4] 6254/17 6271/6 6306/8 6340/17
sufficiently [3] 6221/17 6244/17 6372/25
suggest [1] 6372/21
suggested [6] 6208/23 6225/16 6251/4 6251/6 6265/15 6322/2
suggesting [2] 6284/25 6391/23
suggestive [1] 6262/9
suggests [3] 6259/5 6262/8 6344/19
Suite [1] 6110/19
summarize [2] 6197/12 6378/21
summarized [1] 6197/18
summarizes [1] 6244/21
summarizing [3] 6140/15 6196/24 6196/24
summary [5] 6199/1 6208/6 6219/2 6301/13 6380/12
summer [1] 6175/7
supervising [1] 6340/15
supplement [1] 6245/24
supplied [1] 6233/4
support [6] 6115/5 6125/14 6227/21 6258/10 6278/1 6288/3
supported [1] 6330/21
suppose [4] 6230/11 6254/2 6294/5 6307/12
supposed [3] 6335/19 6335/19 6373/7
Supreme [1] 6111/7
sure [40] 6143/24 6158/13 6165/12 6172/16 6174/16 6177/24 6189/7 6192/7 6213/21 6218/2 6224/20 6225/4 6229/16 6233/16 6235/8 6245/16 6247/13 6251/19 6272/20 6273/23

Case 1:19-cv-01490-NGG-RER   Document 672   Filed 06/10/19   Page 345 of 352 PageID #: 37552

## S

sure... [2] 6283/18 6291/2 6294/8
6303/25 6316/14 6320/18 6321/9
6348/7 6378/23 6382/18 6383/5
6384/13 6384/14 6384/21 6385/13
6386/4 6386/20 6387/1 6400/12
6400/16
Surely [2] 6156/23 6229/23
surprise [2] 6343/11 6405/5
surprised [1] 6216/4
surprising [2] 6190/14 6345/7
survey [28] 6192/19 6192/20 6192/21
6200/1 6238/5 6238/7 6238/16 6238/24
6239/7 6239/24 6242/15 6245/25
6247/2 6247/21 6248/4 6248/18
6249/18 6250/13 6250/14 6255/7
6256/17 6263/22 6349/7 6349/8 6349/8
6349/10 6349/11 6371/8
surveys [3] 6192/22 6200/2 6200/2
survive [1] 6381/23
survived [2] 6296/3 6296/3
surviving [2] 6210/13 6296/13
SUSAN [1] 6110/22
sustain [1] 6373/1
sustainable [2] 6339/21 6392/12
SWAINE [1] 6111/13
switch [17] 6152/6 6156/21 6237/15
6267/20 6267/21 6270/16 6270/17
6274/4 6274/5 6275/4 6275/5 6276/12
6276/13 6276/14 6276/17 6276/17
6282/19
switches [2] 6277/19 6363/1
switching [31] 6257/20 6267/7 6267/23
6267/25 6269/3 6274/13 6274/21
6276/5 6276/7 6277/17 6278/5 6278/18
6278/23 6279/2 6279/7 6279/11
6279/12 6279/21 6280/8 6280/11
6280/11 6280/18 6280/22 6281/11
6281/14 6281/14 6281/16 6281/21
6282/12 6362/6 6362/10
sworn [4] 6113/14 6178/10 6202/16
6202/18
synonymous [1] 6403/25
synonymously [1] 6382/23
synonyms [1] 6382/22
system [3] 6319/12 6319/12 6399/15
systematically [3] 6226/1 6339/15
6341/5
systems [2] 6169/18 6405/19

## T

tab [5] 6115/9 6128/7 6138/11 6377/4
6380/13
table [4] 6136/18 6156/22 6320/21
6409/12
tables [1] 6357/17
tailor [1] 6258/11
tailoring [9] 6257/11 6257/15 6257/16
6262/7 6262/7 6262/16 6267/3 6268/22
6268/23
take [49] 6113/1 6128/9 6138/13
6157/12 6157/15 6165/4 6166/5
6187/17 6191/24 6200/23 6203/21
6209/9 6212/14 6213/15 6219/14
6230/7 6230/10 6237/19 6247/10
6248/10 6258/10 6263/16 6264/8
6274/7 6282/5 6284/11 6286/20
6298/17 6298/18 6299/24 6304/8
6317/18 6320/7 6333/19 6346/3
6348/19 6356/18 6358/6 6358/7
6358/25 6362/20 6367/20 6368/17
6377/2 6379/1 6386/13 6387/14
6390/17 6392/6

taken [9] 6194/1 6201/9 6261/8 6312/14
6321/20 6348/2 6355/3 6371/14
takes [5] 6202/16 6406/11 6409/6
taking [12] 6187/25 6197/12 6203/10
6203/12 6209/16 6251/8 6272/21
6288/14 6322/23 6339/7 6355/15
6356/14
talk [28] 6157/24 6158/1 6169/1 6176/24
6182/5 6189/24 6194/4 6198/3 6217/6
6220/19 6240/1 6285/5 6286/24
6308/23 6310/18 6312/10 6314/3
6318/23 6334/2 6336/14 6339/25
6340/2 6347/5 6364/24 6388/18 6390/1
6393/22 6401/25
talked [27] 6118/13 6136/15 6173/12
6174/10 6179/25 6181/15 6181/16
6217/23 6219/14 6260/25 6262/4
6297/19 6313/12 6315/20 6329/25
6335/24 6339/24 6343/12 6345/4
6347/4 6347/4 6355/23 6360/3 6393/16
6394/7 6394/16 6395/3
talking [37] 6179/3 6188/10 6192/1
6216/23 6219/3 6222/19 6225/17
6261/1 6263/22 6264/4 6265/14
6274/21 6277/4 6286/9 6293/12
6296/12 6310/10 6316/17 6318/9
6322/3 6335/7 6349/9 6356/14 6357/1
6360/4 6360/15 6365/25 6369/9 6371/2
6371/8 6383/3 6388/20 6392/24
6393/25 6397/2 6398/10 6400/13
talks [4] 6189/21 6312/8 6313/21 6358/3
target [1] 6376/16
tax [47] 6115/2 6115/3 6124/1 6124/2
6124/8 6124/13 6124/22 6124/25
6125/16 6125/25 6126/10 6126/13
6126/17 6126/20 6127/4 6128/1
6128/15 6129/18 6132/4 6134/19
6135/23 6165/25 6169/18 6169/24
6170/17 6172/3 6172/21 6172/24
6172/25 6173/7 6173/25 6179/11
6179/11 6180/10 6180/20 6181/1
6181/8 6181/13 6184/3 6185/23 6186/5
6186/11 6187/6 6188/8 6190/1 6190/4
6190/15
taxes [8] 6114/21 6118/8 6125/4
6128/22 6130/4 6165/24 6166/2
6189/23
taxing [1] 6165/25
taxpayer [7] 6125/3 6126/20 6127/25
6128/14 6128/23 6129/2 6187/1
taxpayers [4] 6126/13 6128/22 6133/16
6187/25
team [4] 6139/5 6141/2 6141/16
6142/24
teams [1] 6134/11
technical [14] 6295/15 6296/25 6298/14
6298/24 6299/8 6299/9 6301/7 6301/10
6301/21 6303/8 6332/19 6347/22
6347/23 6348/3
technically [2] 6332/22 6333/9
technologies [4] 6117/14 6118/5 6118/6
6291/24
technology [10] 6114/19 6116/25 6117/8
6117/22 6119/15 6134/11 6134/15
6142/10 6184/18 6226/14
Tel [1] 6111/24
tell [9] 6131/6 6165/23 6203/21 6226/19
6250/15 6294/13 6295/8 6320/22
6389/5
telling [8] 6242/18 6254/6 6254/9
6276/11 6280/8 6289/7 6306/4 6404/7
tells [1] 6280/3
ten [5] 6119/1 6200/23 6262/19 6270/7

6348/19
tend [16] 6118/23 6139/25 6126/11
6151/24 6132/5 6168/12 6169/14
6168/15 6228/11 6241/21 6254/23
6254/23 6256/11 6256/11 6269/1
6284/4
tendency [2] 6286/18 6364/1
tends [3] 6262/10 6262/11 6359/17
TENNESSEE [1] 6110/5
tens [1] 6172/12
term [10] 6171/11 6185/20 6256/25
6257/14 6363/21 6363/23 6370/23
6378/21 6379/16 6406/24
terminals [1] 6300/1
termination [1] 6174/14
terms [20] 6116/22 6124/20 6132/5
6134/15 6143/14 6175/4 6178/11
6222/23 6235/10 6250/25 6251/23
6266/2 6284/8 6301/1 6307/14 6314/17
6334/9 6382/11 6382/17 6382/21
territory [1] 6345/19
test [33] 6219/15 6219/18 6219/25
6220/8 6220/12 6220/23 6221/5 6221/8
6221/10 6221/14 6221/18 6222/3
6222/14 6222/16 6222/19 6223/16
6262/6 6266/16 6295/15 6297/21
6298/14 6298/24 6299/21 6300/24
6301/7 6301/10 6310/13 6313/13
6313/22 6339/12 6347/16 6347/17
6375/22
tested [1] 6266/21
testified [13] 6113/15 6184/10 6202/18
6205/15 6216/5 6218/14 6322/22
6307/18 6327/1 6339/9 6352/11 6382/2
6398/13
testify [2] 6308/13 6327/9
testifying [1] 6408/1
testimonial [1] 6283/11
testimony [78] 6112/14 6143/11 6143/15
6144/10 6144/13 6152/25 6170/17
6178/10 6201/4 6207/6 6207/9 6207/10
6207/12 6207/15 6211/15 6213/16
6216/5 6218/13 6218/22 6218/23
6219/16 6226/7 6233/10 6235/18
6236/23 6242/9 6269/14 6274/15
6274/16 6274/19 6274/20 6277/23
6283/1 6283/6 6284/20 6285/4 6286/3
6286/5 6286/9 6286/24 6292/7 6293/16
6296/8 6306/15 6308/6 6308/7 6309/17
6310/2 6313/21 6315/20 6318/7 6325/8
6326/25 6329/13 6330/13 6340/19
6340/20 6341/8 6341/17 6344/18
6345/6 6374/11 6375/4 6375/7 6375/17
6390/12 6390/15 6398/5 6398/8 6399/1
6399/3 6399/6 6399/25 6401/14 6407/1
6407/18 6407/24 6408/5
Tests [1] 6220/2
TEXAS [4] 6110/5 6111/2 6111/2 6111/3
than [61] 6122/14 6136/24 6168/4
6170/11 6170/18 6172/2 6175/11
6177/18 6178/12 6178/24 6179/3
6179/5 6179/9 6190/15 6192/3 6212/12
6216/13 6227/19 6228/7 6231/12
6232/6 6233/3 6234/3 6235/6 6239/7
6246/23 6253/9 6258/21 6260/2 6260/5
6269/20 6269/24 6274/11 6275/18
6278/8 6284/2 6310/9 6312/17 6326/3
6332/6 6337/12 6337/25 6338/6
6340/14 6342/23 6343/3 6345/9
6347/16 6350/10 6354/17 6366/19
6370/4 6376/12 6378/12 6379/18
6385/8 6405/2 6405/4 6405/14 6406/9
6407/16
thank [41] 6129/15 6139/2 6143/21

Case 1:10-cv-04496-NGG-RER   Document [redacted]   Filed 06/10/15   Page 345 of 352 PageID #:

T

think... [38] 6143/23 6152/7 6152/12
6165/8 6189/1 6191/8 6191/12 6192/24
6200/11 6200/19 6200/22 6201/7
6202/25 6204/6 6206/14 6228/24
6229/15 6233/18 6233/20 6255/23
6258/1 6262/23 6262/24 6263/8
6263/15 6265/11 6290/6 6293/7 6314/6
6321/21 6346/4 6346/5 6349/4 6349/13
6356/9 6385/23 6406/22 6409/17
that [1874]
that's [239] 6112/11 6119/20 6120/24
6125/6 6127/23 6144/3 6152/1 6157/13
6165/22 6166/11 6167/6 6167/9
6168/10 6170/13 6170/19 6171/2
6171/18 6172/1 6172/11 6173/11
6175/1 6175/5 6175/10 6175/18
6175/22 6175/24 6177/6 6178/3
6178/13 6178/17 6179/7 6179/11
6179/21 6180/3 6180/18 6180/21
6180/24 6181/13 6181/24 6183/7
6183/12 6183/15 6184/9 6184/12
6186/18 6187/13 6190/11 6190/17
6192/6 6194/1 6196/2 6197/23 6198/9
6200/6 6209/8 6209/15 6209/19
6212/15 6212/24 6213/7 6213/10
6214/8 6214/15 6219/11 6222/5
6222/13 6223/12 6223/13 6224/5
6225/13 6226/3 6226/11 6226/15
6228/3 6229/8 6230/24 6231/5 6231/17
6231/19 6231/23 6231/24 6233/3
6233/12 6233/25 6235/14 6236/4
6236/4 6236/14 6236/17 6236/23
6240/13 6241/8 6242/1 6243/3 6245/24
6245/25 6246/1 6246/25 6246/25
6248/20 6249/21 6251/11 6252/22
6253/1 6254/8 6254/18 6255/22
6256/22 6256/23 6257/7 6258/13
6258/22 6260/4 6260/14 6260/15
6261/17 6261/18 6261/18 6261/20
6261/22 6262/9 6263/13 6269/3 6270/5
6270/9 6270/13 6270/19 6270/25
6272/15 6275/18 6276/23 6279/3
6280/23 6283/12 6291/18 6292/17
6300/20 6303/12 6304/25 6309/2
6309/8 6310/16 6310/24 6312/6
6312/23 6314/13 6314/21 6314/24
6315/2 6315/10 6315/18 6315/23
6315/25 6318/6 6319/6 6320/22
6321/24 6322/20 6326/9 6328/5 6328/7
6329/16 6329/19 6330/13 6330/15
6330/16 6330/24 6332/3 6332/11
6332/13 6335/7 6335/15 6335/16
6335/18 6336/5 6338/1 6340/16 6341/9
6348/2 6350/25 6350/25 6351/10
6351/19 6352/6 6352/10 6352/23
6352/24 6354/9 6354/15 6356/2 6356/6
6356/14 6356/15 6357/20 6363/23
6364/3 6364/5 6364/11 6365/24 6366/6
6366/8 6370/5 6371/7 6372/6 6373/7
6374/14 6376/9 6377/10 6377/12
6378/9 6379/18 6381/23 6383/11
6383/11 6384/15 6387/15 6387/19
6388/19 6389/8 6389/12 6390/6 6391/7
6392/4 6393/4 6394/10 6394/15 6396/4
6396/4 6398/25 6399/16 6400/17
6400/20 6401/13 6405/16 6405/20
6405/21 6406/8 6406/19 6406/25
theater [1]  6409/1
their [116]  6116/9 6117/15 6119/17
6119/24 6125/14 6126/16 6127/11
6128/22 6130/4 6134/13 6135/21
6135/25 6140/18 6141/19 6167/7

6171/14 6172/3 6173/7 6180/10 6181/8
6181/22 6182/1 6184/9 6185/15
6186/3 6187/2 6187/21 6188/7 6188/18
6188/8 6188/9 6188/22 6188/23
6194/17 6197/23 6206/19 6206/22
6209/17 6213/7 6213/11 6214/13
6220/15 6229/6 6248/18 6251/10
6251/25 6252/11 6252/24 6252/24
6252/24 6253/2 6254/9 6256/15
6258/11 6259/1 6261/16 6261/16
6265/25 6266/2 6266/24 6268/9
6275/22 6280/14 6280/15 6280/23
6284/13 6285/5 6288/10 6299/17
6300/8 6307/13 6307/19 6307/20
6315/9 6316/7 6325/9 6325/16 6326/13
6327/1 6327/9 6329/17 6336/20
6336/23 6345/8 6345/18 6345/19
6348/12 6352/8 6352/8 6353/18
6354/18 6354/24 6355/1 6356/15
6358/20 6358/20 6358/20 6359/25
6361/25 6363/15 6363/16 6364/17
6371/18 6371/21 6372/4 6376/18
6378/25 6378/25 6379/7 6380/8
6384/11 6385/8 6386/8 6404/6 6404/7
6405/20
theirs [1]  6407/23
them [110]  6117/9 6119/5 6120/1
6121/20 6123/24 6129/7 6131/24
6134/2 6135/9 6135/11 6135/14
6135/24 6136/5 6136/11 6140/17
6141/4 6141/5 6141/5 6167/4 6171/25
6174/13 6184/4 6188/22 6188/24
6192/17 6193/6 6206/18 6206/22
6210/15 6211/11 6214/25 6218/8
6220/4 6220/10 6220/11 6224/1
6229/10 6229/10 6229/14 6231/15
6231/16 6231/16 6232/4 6233/16
6240/19 6244/14 6244/18 6244/21
6252/5 6252/11 6252/14 6257/19
6257/21 6258/21 6261/15 6265/21
6265/23 6268/16 6268/21 6269/4
6273/14 6278/23 6281/8 6290/23
6293/24 6296/2 6296/3 6307/13
6309/22 6315/21 6317/14 6319/5
6319/18 6324/19 6325/25 6326/1
6326/16 6329/15 6334/18 6336/5
6337/25 6352/21 6353/4 6353/9
6356/25 6360/10 6374/24 6377/24
6377/24 6379/7 6379/14 6382/22
6382/23 6382/24 6383/6 6383/6 6383/7
6383/8 6383/8 6383/9 6384/20 6385/8
6390/4 6390/5 6394/7 6394/10 6394/10
6394/14 6403/1 6405/13
themselves [8]  6185/14 6220/15 6223/9
6300/13 6355/13 6355/19 6381/16
6403/11
then [121]  6113/2 6119/7 6120/13
6121/18 6123/22 6124/17 6127/8
6138/3 6157/12 6157/24 6157/24
6158/1 6162/24 6165/3 6165/4 6165/5
6166/5 6170/6 6174/7 6177/18 6180/8
6182/13 6182/15 6187/21 6187/23
6189/24 6192/18 6200/15 6200/23
6202/7 6202/9 6208/19 6210/11
6212/25 6217/22 6220/16 6222/3
6224/8 6225/1 6232/4 6241/19 6245/22
6246/17 6246/21 6247/17 6251/9
6254/15 6258/21 6258/22 6258/22
6259/24 6260/3 6260/14 6260/16
6264/18 6264/21 6273/4 6273/21
6274/3 6275/16 6278/24 6280/14
6284/6 6288/21 6294/11 6295/15
6295/20 6296/19 6298/8 6299/3 6299/4
6304/4 6304/16 6305/8 6305/16

6311/17 6311/19 6312/3 6318/12
6320/21 6320/22 6321/16 6322/18
6324/19 6325/16 6327/5 6327/21
6328/8 6329/3 6334/21 6335/6
6335/21 6345/21 6345/25 6346/3
6350/21 6351/5 6355/14 6356/11
6359/17 6359/18 6364/4 6364/23
6365/15 6367/10 6368/6 6370/14
6371/21 6373/22 6376/3 6379/10
6380/9 6381/5 6382/16 6384/3 6385/9
6387/17 6398/10 6403/4 6403/5 6407/4
then-assistant [1]  6390/10
theory [12]  6214/10 6214/13 6257/16
6262/7 6262/7 6262/16 6266/16
6262/22 6268/23 6282/17 6345/11
6364/9
there [256]  6112/9 6114/9 6115/1
6115/2 6119/13 6120/12 6120/12
6120/13 6120/17 6123/13 6125/1
6125/2 6125/12 6126/23 6130/19
6134/1 6134/5 6134/7 6135/16 6138/4
6141/6 6142/14 6143/10 6151/13
6151/21 6156/18 6156/24 6169/2
6169/8 6169/24 6172/12 6173/25
6174/1 6174/14 6176/14 6179/16
6179/23 6180/25 6181/3 6181/7
6181/25 6185/23 6190/22 6192/7
6192/9 6192/10 6193/5 6194/7 6195/16
6199/3 6199/5 6203/7 6203/16 6204/1
6204/8 6204/9 6205/5 6209/11 6209/23
6209/25 6210/12 6211/23 6211/25
6212/11 6212/22 6213/11 6215/17
6218/2 6218/22 6221/16 6222/1
6222/11 6222/12 6223/3 6223/24
6223/24 6223/24 6224/18 6225/22
6226/1 6226/18 6227/6 6228/19
6230/20 6231/17 6232/4 6233/16
6235/4 6235/4 6235/10 6236/4 6236/19
6238/1 6238/3 6238/3 6240/25 6241/6
6241/7 6242/4 6242/13 6243/12
6244/20 6244/22 6245/3 6245/6 6246/5
6248/7 6249/8 6251/2 6251/10 6251/17
6251/17 6253/5 6253/12 6253/13
6256/21 6256/25 6257/2 6257/20
6258/17 6258/22 6260/22 6264/1
6267/24 6267/25 6268/1 6269/17
6269/19 6270/13 6271/1 6271/4 6275/2
6276/16 6279/20 6283/5 6283/6 6283/7
6283/19 6285/8 6285/13 6286/12
6286/17 6286/17 6288/12 6289/18
6291/8 6291/19 6291/21 6292/11
6292/13 6292/23 6292/24 6293/3
6294/11 6294/21 6295/12 6296/6
6298/10 6299/11 6305/24 6306/10
6306/22 6309/23 6310/21 6310/22
6315/6 6315/20 6316/5 6316/9 6316/19
6317/13 6317/16 6318/3 6323/17
6324/9 6324/10 6326/17 6327/3
6328/12 6328/20 6330/10 6330/13
6330/22 6331/9 6332/17 6332/18
6337/11 6338/2 6338/4 6338/7 6340/18
6340/19 6341/13 6342/4 6342/9
6342/18 6343/15 6343/25 6344/8
6344/25 6345/14 6347/16 6347/23
6351/20 6353/14 6353/20 6354/5
6355/9 6354/9 6354/23 6356/19
6357/23 6358/7 6359/4 6361/21 6363/7
6363/21 6364/1 6366/9 6367/9 6369/15
6370/20 6372/21 6372/12 6373/13
6379/10 6381/6 6383/20 6384/3
6384/20 6385/25 6388/25 6389/6
6390/5 6391/1 6391/9 6391/15 6391/17
6391/19 6391/22 6392/15 6392/19
6394/8 6394/25 6395/5 6398/14 6399/4

T

there... [9] 6401/21 6401/24 6402/1
6402/14 6404/14 6406/3 6407/21
6408/2 6409/11

there's [73] 6169/3 6169/5 6169/24
6170/14 6171/12 6176/1 6177/1
6177/16 6178/21 6190/9 6191/24
6192/17 6192/18 6197/11 6199/16
6207/5 6210/11 6223/12 6223/13
6225/9 6226/14 6228/15 6235/18
6242/10 6244/20 6252/18 6257/1
6258/21 6305/13 6310/1 6310/24
6310/25 6319/1 6319/9 6320/23
6321/17 6323/22 6324/13 6324/23
6325/7 6326/19 6327/23 6335/3
6339/14 6341/6 6342/7 6342/8 6343/20
6347/6 6347/14 6351/6 6355/4 6357/12
6358/7 6362/19 6364/2 6364/4 6364/23
6367/12 6375/17 6376/5 6381/17
6384/16 6388/4 6390/17 6394/5 6394/8
6395/2 6401/1 6404/15 6405/17 6406/7
6407/10

thereafter [1]  6375/10

therefore [10]  6137/16 6226/8 6274/9
6278/16 6299/7 6315/14 6355/19
6384/16 6384/18 6407/21

therein [1]  6195/1

these [188]  6123/20 6141/13 6157/17
6157/18 6157/22 6165/15 6165/20
6165/24 6167/14 6170/17 6171/4
6171/15 6175/14 6181/22 6192/10
6193/20 6194/8 6194/9 6194/18
6195/17 6197/4 6199/1 6199/14
6199/25 6200/2 6201/4 6205/10 6209/9
6214/13 6215/25 6216/23 6218/5
6220/19 6225/12 6225/14 6226/20
6227/4 6228/9 6228/16 6228/21 6229/5
6229/7 6229/9 6229/23 6230/10
6230/16 6230/17 6231/13 6231/17
6232/2 6232/24 6233/5 6233/23
6234/24 6235/9 6235/13 6236/5
6236/20 6237/5 6238/21 6238/25
6239/6 6240/5 6240/14 6240/16
6240/22 6240/23 6240/24 6240/24
6241/9 6241/20 6250/11 6250/23
6251/4 6251/7 6252/16 6253/1 6253/4
6253/14 6254/19 6256/11 6256/17
6257/8 6258/10 6260/6 6260/11
6261/25 6262/12 6262/13 6265/16
6265/20 6265/24 6266/8 6266/8
6266/11 6266/15 6266/20 6266/20
6266/24 6267/5 6267/16 6268/21
6268/24 6269/11 6269/22 6276/4
6277/23 6280/17 6280/24 6281/10
6281/13 6282/5 6287/7 6291/10 6298/2
6299/22 6308/9 6308/13 6308/14
6315/7 6315/10 6318/1 6318/11
6318/24 6319/5 6319/5 6320/12
6326/21 6329/7 6329/9 6329/13
6329/25 6341/18 6345/11 6353/12
6354/22 6359/3 6359/22 6360/14
6361/2 6361/10 6361/24 6362/4
6362/20 6362/20 6362/25 6363/18
6363/19 6364/6 6364/7 6366/2 6366/2
6367/19 6368/25 6369/9 6369/25
6370/2 6370/13 6371/6 6372/13 6373/8
6373/21 6373/21 6374/16 6374/22
6375/19 6376/12 6377/21 6378/9
6379/1 6383/10 6383/14 6385/15
6388/9 6390/2 6391/16 6390/12
6391/23 6392/11 6392/17 6392/22
6393/18 6396/2 6403/23 6404/10
6404/11 6406/3 6406/23

they [307]

they'll [1]  6174/18

they're [42]  6174/2 6185/3 6192/16
6193/8 6194/2 6197/2 6202/7 6206/21
6211/10 6218/7 6221/23 6221/24
6227/15 6230/2 6241/19 6251/24
6255/1 6260/19 6326/15 6329/17
6336/21 6340/5 6340/6 6340/6 6340/7
6341/16 6345/11 6351/5 6351/17
6354/8 6364/15 6364/16 6369/22
6377/4 6378/23 6383/6 6384/10
6384/10 6384/10 6384/13 6384/14
6392/6

they've [4]  6172/3 6194/1 6229/10
6352/9

thing [40]  6135/20 6212/22 6212/24
6212/25 6219/6 6230/18 6237/12
6237/16 6240/13 6245/24 6252/23
6260/7 6266/5 6266/7 6266/14 6266/19
6268/6 6274/23 6281/21 6284/6
6288/17 6289/8 6295/18 6296/7 6310/5
6315/12 6322/9 6330/15 6334/5
6335/16 6340/23 6342/5 6365/3 6370/3
6370/8 6389/10 6389/14 6395/3 6398/4
6403/14

things [50]  6121/12 6204/1 6208/20
6211/25 6220/6 6223/15 6226/21
6232/23 6237/8 6238/18 6241/21
6252/6 6252/8 6252/10 6252/10
6257/18 6258/20 6260/22 6261/16
6264/14 6283/25 6284/8 6284/14
6284/24 6285/7 6288/9 6289/13
6290/18 6290/22 6295/22 6299/14
6299/20 6306/23 6309/23 6315/6
6320/12 6329/11 6329/12 6333/2
6335/20 6364/7 6378/3 6378/20
6384/18 6389/6 6390/1 6392/11
6402/19 6404/25 6406/3

think [192]  6115/4 6126/18 6164/15
6167/25 6168/13 6170/16 6173/13
6174/13 6175/2 6176/12 6179/23
6180/15 6190/19 6191/22 6192/1
6201/3 6204/1 6205/19 6206/5 6209/8
6209/24 6210/25 6211/20 6211/20
6211/21 6211/25 6212/4 6212/14
6212/15 6213/3 6214/23 6215/19
6217/8 6218/21 6219/5 6219/6 6219/7
6219/11 6219/22 6219/23 6220/20
6223/25 6225/7 6225/11 6226/11
6227/3 6228/10 6229/18 6230/16
6232/7 6235/8 6235/20 6237/16
6242/18 6242/19 6243/9 6244/5
6244/16 6244/20 6245/9 6249/1
6249/22 6251/20 6252/2 6252/5
6254/15 6255/8 6255/10 6255/15
6255/18 6256/10 6257/6 6258/20
6259/3 6259/17 6265/5 6265/20
6266/13 6266/24 6267/5 6268/23
6270/19 6272/13 6273/11 6274/9
6281/3 6281/9 6282/13 6282/15
6283/14 6284/4 6285/12 6286/21
6286/25 6287/5 6287/24 6290/14
6296/25 6297/19 6298/22 6300/3
6301/13 6301/25 6303/12 6305/6
6305/13 6307/2 6307/25 6308/13
6309/6 6309/13 6310/1 6311/6 6314/18
6315/11 6315/20 6318/6 6318/22
6319/16 6322/5 6322/9 6322/13
6322/14 6326/9 6326/17 6329/6
6330/18 6335/2 6335/9 6336/2 6336/18
6336/21 6337/10 6337/9 6339/9
6339/20 6340/19 6345/1 6345/1 6348/1
6348/8 6350/13 6350/25 6351/2
6352/11 6353/2 6354/25 6355/15

6358/1 6358/22 6363/14 6363/17
6365/2 6366/1 6367/4 6373/12 6374/18
6375/17 6379/24 6380/20 6381/16
6381/23 6382/12 6382/24 6383/1
6387/2 6387/4 6388/2 6388/18 6390/12
6390/13 6390/25 6391/15 6391/21
6391/22 6395/22 6396/4 6396/7
6396/14 6397/22 6398/17 6398/25
6401/1 6401/10 6401/13 6403/14
6405/16 6405/16 6406/12 6407/5
6408/9 6408/12

thinking [4]  6210/9 6216/8 6252/4
6344/10

third [21]  6125/23 6169/22 6178/18
6179/13 6179/14 6192/11 6217/23
6228/22 6231/8 6232/15 6240/7
6240/12 6263/25 6305/3 6305/4
6324/13 6330/18 6333/12 6376/5
6380/9 6380/14

third-party [1]  6231/8

thirds [2]  6240/15 6243/1

this [638]

thoroughly [1]  6322/14

those [161]  6115/1 6115/18 6118/24
6124/10 6125/21 6125/23 6126/13
6126/19 6128/20 6128/21 6131/13
6131/15 6133/14 6133/20 6134/8
6136/1 6136/7 6141/7 6141/9 6142/6
6157/4 6157/13 6166/2 6185/1 6192/12
6192/16 6192/16 6193/8 6193/23
6194/16 6195/6 6195/18 6195/23
6196/23 6197/6 6197/7 6197/9 6197/11
6198/22 6199/4 6199/4 6199/7 6200/3
6200/4 6200/9 6206/12 6209/24 6214/6
6215/15 6215/18 6217/10 6218/4
6220/9 6223/5 6223/14 6224/17
6224/25 6231/4 6231/4 6234/3 6236/1
6236/22 6238/5 6239/14 6239/15
6239/25 6240/1 6240/8 6241/16 6242/6
6243/6 6243/25 6245/20 6248/17
6250/8 6253/6 6254/13 6258/19 6259/1
6260/7 6260/17 6260/19 6260/24
6268/7 6268/10 6268/12 6269/14
6269/15 6269/15 6270/7 6270/10
6270/14 6270/20 6271/22 6273/8
6273/13 6273/19 6275/16 6276/8
6278/3 6280/4 6280/6 6282/20 6298/25
6299/5 6299/7 6299/23 6300/5 6303/23
6305/7 6306/20 6306/23 6308/7
6310/24 6311/18 6312/3 6312/17
6315/11 6316/20 6319/8 6326/18
6329/23 6333/2 6334/17 6335/20
6342/14 6342/15 6348/9 6348/9
6348/16 6350/9 6351/4 6351/23
6357/13 6358/6 6358/18 6359/17
6359/18 6361/12 6361/14 6362/3
6371/23 6375/12 6377/18 6378/5
6379/8 6379/13 6382/21 6384/2 6384/5
6384/6 6386/6 6389/16 6392/6 6392/22
6400/8 6400/16 6400/20 6403/12
6405/19 6408/2

though [6]  6179/1 6348/9 6348/12
6364/15 6379/12 6384/20

thought [2]  6225/12 6382/3

thousand [1]  6325/15

threat [1]  6333/8

three [39]  6125/2 6125/4 6125/10
6125/12 6125/14 6137/5 6151/9
6170/11 6178/2 6178/20 6185/23
6237/8 6239/21 6239/21 6239/25
6240/5 6240/8 6240/15 6241/13
6241/24 6242/21 6243/20 6244/2
6248/17 6251/9 6251/21 6268/1 6269/7
6269/9 6269/13 6270/23 6279/4 6280/4

T
three... [6] 6294/1 6307/15 6302/9
6303/21 6303/23 6338/16
three-quarters [3] 6240/15 6243/20
6244/2
threshold [15] 6151/24 6152/2 6152/4
6177/1 6177/5 6177/7 6177/17 6178/11
6179/9 6271/5 6271/8 6271/11 6271/24
6271/25 6274/10
thresholds [1] 6271/1
through [67] 6120/3 6120/4 6120/10
6124/22 6127/6 6127/19 6128/15
6134/13 6137/23 6138/25 6140/9
6144/21 6169/17 6169/19 6169/25
6174/19 6181/16 6184/14 6189/23
6227/5 6227/23 6229/24 6234/20
6237/22 6245/19 6255/19 6267/1
6282/23 6290/25 6293/6 6299/13
6302/3 6303/15 6303/23 6305/4 6306/5
6307/19 6307/20 6309/12 6325/21
6326/8 6330/17 6334/18 6335/22
6337/24 6342/11 6342/20 6353/5
6354/11 6354/19 6360/2 6363/19
6372/20 6373/15 6380/2 6380/6
6382/12 6386/8 6393/20 6394/17
6395/6 6396/2 6397/13 6399/14
6399/19 6402/7 6403/7
throughout [1] 6330/4
thrust [1] 6334/24
thumb [1] 6245/20
thus [1] 6223/14
ticket [2] 6117/18 6254/22
tickets [1] 6409/1
Tier [3] 6118/5 6118/6 6118/10
time [156] 6117/16 6118/1 6119/22
6120/7 6126/25 6127/4 6133/7 6133/10
6139/10 6142/15 6142/25 6143/21
6178/15 6188/25 6194/3 6204/15
6204/17 6212/7 6212/8 6212/24 6223/1
6225/6 6225/7 6226/13 6227/8 6228/3
6228/5 6228/6 6230/2 6230/3 6230/19
6231/4 6231/19 6231/21 6231/22
6232/1 6232/19 6234/19 6235/2 6236/2
6237/14 6245/13 6246/19 6256/13
6262/1 6262/5 6262/12 6262/21
6263/16 6265/7 6266/21 6270/12
6275/6 6278/8 6278/8 6278/21 6280/3
6280/10 6281/24 6283/21 6283/21
6286/11 6286/12 6286/14 6292/24
6293/24 6296/13 6296/17 6296/19
6300/14 6301/20 6302/3 6303/7
6303/15 6304/17 6304/20 6304/20
6305/13 6305/18 6306/14 6306/17
6307/3 6307/6 6308/19 6314/11
6314/13 6314/19 6314/20 6315/18
6316/9 6316/18 6316/20 6318/5
6318/12 6319/2 6320/16 6321/13
6321/18 6323/4 6323/13 6323/17
6324/10 6324/22 6325/9 6325/11
6325/24 6326/7 6327/2 6329/22
6329/23 6330/5 6331/14 6332/1 6333/6
6333/7 6333/8 6335/8 6337/10 6337/15
6337/20 6337/23 6338/6 6338/15
6339/13 6340/9 6340/9 6345/23
6350/16 6351/13 6363/1 6365/13
6366/2 6366/4 6368/13 6368/19
6369/21 6371/18 6373/9 6377/16
6377/22 6378/10 6380/11 6380/12
6384/9 6385/13 6387/21 6390/4
6391/14 6398/18 6401/1 6401/9
6404/12 6404/12 6406/11 6408/17
6409/18
times [4] 6118/13 6205/18 6382/19

6401/19
timing [1] 6232/10
tiny [3] 6227/14 6245/2 6368/12
tipped [1] 6338/8
titanium [1] 6253/16
title [4] 6140/21 6147/25 6141/6 6144/23
TM1 [3] 6317/15 6317/16 6317/24
today [15] 6122/19 6178/12 6179/6
6179/10 6179/17 6193/22 6207/15
6331/25 6334/11 6343/15
6391/18 6392/16 6393/23 6396/13
together [8] 6139/5 6182/10 6205/8
6211/10 6212/21 6260/17 6299/16
6311/13
told [3] 6167/3 6172/7 6349/5
TOMBRAS [3] 6110/23 6113/5 6183/22
tomorrow [6] 6202/9 6408/8 6408/25
6409/2 6409/4 6409/16
ton [1] 6300/11
tonight [2] 6202/8 6409/12
too [8] 6282/6 6320/15 6324/11 6338/1
6350/25 6353/23 6359/9 6381/11
took [7] 6187/4 6273/4 6277/11 6299/15
6305/19 6316/21 6325/15
tool [1] 6377/5
tools [2] 6354/8 6358/9
toothpaste [3] 6254/2 6254/4 6255/1
top [11] 6169/2 6169/7 6170/15 6218/23
6264/1 6294/12 6324/9 6325/15 6328/4
6342/15 6342/19
topic [4] 6210/24 6257/9 6380/9 6396/20
total [20] 6118/24 6120/11 6121/3
6122/13 6125/15 6125/21 6136/12
6230/21 6233/2 6233/3 6235/15 6258/7
6273/7 6274/1 6312/5 6312/6 6314/16
6361/25 6361/25 6396/2
towards [11] 6117/2 6119/25 6179/25
6190/1 6227/10 6260/13 6266/4 6338/6
6342/7 6353/9 6355/8
Toyota [1] 6255/13 6340/14
track [10] 6122/2 6122/24 6123/3
6123/8 6123/9 6123/20 6133/22
6227/12 6342/13 6363/17
tracking [3] 6133/25 6228/3 6314/11
trading [1] 6406/8
traditional [1] 6186/15
training [1] 6139/4
transaction [60] 6120/18 6120/18
6122/14 6123/10 6123/13 6123/14
6123/22 6124/3 6126/22 6131/16
6133/21 6140/19 6141/5 6152/4 6157/9
6157/9 6157/19 6166/2 6170/10
6178/15 6179/25 6187/2 6187/6
6187/23 6212/5 6212/6 6212/9 6212/12
6213/1 6213/5 6213/7 6213/9 6213/24
6258/9 6258/12 6259/24 6267/25
6268/11 6275/15 6275/17 6275/21
6275/23 6276/1 6276/2 6276/6 6276/7
6276/14 6276/17 6277/3 6277/5 6279/7
6280/3 6280/4 6309/19 6309/24
6362/17 6362/18 6383/3 6402/11
6402/21
transactions [74] 6118/21 6118/25
6120/3 6120/6 6122/7 6123/11 6123/17
6124/8 6124/11 6125/16 6125/22
6125/23 6132/11 6132/14 6133/5
6133/9 6133/12 6135/4 6136/23
6136/24 6151/24 6156/16 6170/15
6170/17 6171/4 6171/8 6171/15
6180/17 6180/23 6185/10 6190/22
6211/9 6211/11 6211/16 6230/24
6247/22 6248/24 6248/25 6249/6
6249/9 6249/11 6249/17 6249/17
6250/4 6250/7 6250/7 6260/2 6260/14

6262/14 6267/18 6267/19 6267/22
6268/5 6268/17 6268/25 6269/3 6270/8
6270/9 6271/6 6271/8 6271/12
6271/24 6275/15 6275/16 6275/19
6277/10 6277/11 6277/12 6287/16
6333/16 6333/20 6333/23 6333/23
6361/14
transcript [5] 6111/25 6144/13 6151/21
6152/25 6164/16
transection [1] 6296/22
transfer [2] 6245/4 6245/21
transition [5] 6227/16 6283/24 6285/9
6285/9 6321/19
transmission [1] 6144/9
travel [4] 6234/11 6295/10 6295/25
6296/1
travelers [1] 6386/4
treasury [1] 6375/21
treat [5] 6298/23 6321/23 6321/25
6322/8 6328/17
treating [1] 6290/17
trend [5] 6120/8 6286/18 6286/20
6286/23 6368/13
trends [2] 6226/23 6286/17
trial [32] 6192/23 6194/17 6200/2
6206/24 6212/15 6218/22 6232/22
6233/4 6233/17 6277/23 6283/6 6285/4
6286/3 6286/9 6286/24 6308/4 6308/5
6308/7 6315/20 6318/7 6325/9 6330/14
6340/20 6341/17 6355/15 6359/13
6364/25 6375/17 6380/4 6381/25
6399/3 6399/6
triangulating [2] 6250/11 6259/6
tried [6] 6283/16 6295/25 6296/1
6322/12 6322/13 6399/17
tries [1] 6213/10
TRIPOLITSIOTIS [1] 6111/20
trouble [1] 6307/6
true [6] 6122/16 6122/19 6210/7
6269/20 6338/1 6367/16
trust [2] 6130/20 6403/25
truth [17] 6156/18 6176/10 6176/13
6192/13 6195/4 6195/5 6195/19
6195/21 6196/19 6196/20 6197/7
6198/6 6198/9 6199/7 6199/10 6199/14
6199/24
try [12] 6175/16 6182/6 6259/21
6286/20 6305/2 6320/9 6322/8 6329/10
6329/12 6355/9 6378/22 6409/5
trying [12] 6117/24 6170/4 6213/3
6220/17 6247/13 6253/17 6253/19
6291/24 6351/1 6374/9 6375/13
6400/19
Tuesday [1] 6280/13
tuition [1] 6114/21
turn [32] 6115/7 6128/6 6138/9 6140/11
6140/20 6208/2 6208/10 6211/12
6213/14 6214/22 6223/17 6278/3
6278/14 6282/21 6295/15 6297/17
6302/5 6303/17 6305/9 6308/18
6308/24 6317/4 6323/7 6330/18
6336/15 6349/23 6363/9 6366/15
6371/10 6373/25 6380/9 6383/13
turned [2] 6143/25 6269/17
turning [3] 6196/8 6198/18 6199/21
twice [2] 6134/16 6256/13
two [132] 6120/12 6125/7 6125/18
6128/20 6128/21 6129/17 6141/6
6141/22 6151/8 6175/3 6191/23 6192/2
6192/7 6195/14 6195/23 6198/22
6204/23 6205/13 6210/5 6210/15
6211/23 6211/24 6212/2 6212/13
6212/16 6212/21 6212/23 6222/2
6224/17 6230/2 6230/19 6231/4

Case 1:19-cv-04129-NGG-RER Document ... Filed 06/10/19 ... PageID #: 12358

# T

two... [100] 6233/22 6234/4 6236/20
6240/10 6240/15 6240/16 6240/19
6240/23 6241/7 6242/6 6243/1 6248/16
6250/6 6250/20 6251/7 6251/21
6256/13 6256/16 6256/17 6258/18
6258/23 6260/16 6260/24 6262/22
6263/23 6268/1 6268/12 6269/17
6271/8 6271/12 6271/24 6272/6
6274/10 6275/24 6283/19 6286/8
6287/7 6287/22 6288/12 6290/16
6291/1 6291/9 6292/10 6295/13 6308/2
6309/20 6309/23 6309/24 6310/1
6310/4 6310/9 6310/24 6311/11
6311/24 6312/7 6312/15 6312/20
6313/4 6313/4 6313/5 6314/4 6314/11
6315/6 6317/13 6318/1 6318/10
6318/12 6321/25 6322/2 6322/10
6322/10 6323/2 6323/19 6325/6
6326/19 6326/24 6327/17 6330/4
6334/5 6337/5 6337/6 6340/5 6340/12
6343/16 6358/6 6364/1 6364/6 6364/22
6367/14 6374/19 6378/3 6382/17
6382/21 6383/2 6383/10 6393/17
6393/24 6399/12 6401/22 6405/19
two-sided [36] 6211/16 6211/24 6212/2
6212/13 6290/16 6291/1 6291/9
6292/10 6310/1 6310/4 6310/9 6311/11
6311/24 6312/7 6312/15 6312/20
6314/4 6314/11 6318/10 6321/25
6322/2 6322/10 6323/2 6323/19 6325/6
6326/24 6327/17 6330/4 6337/5 6337/6
6340/5 6343/16 6383/2 6393/17
6393/24 6399/12
two-sidedness [2] 6211/23 6212/16
two-thirds [2] 6240/15 6243/1
type [23] 6115/18 6124/2 6126/12
6127/5 6127/17 6130/8 6131/7 6131/17
6131/24 6131/25 6136/16 6136/21
6140/19 6141/5 6141/12 6141/18
6141/20 6152/4 6157/7 6185/3 6186/15
6186/17 6269/23
types [16] 6123/17 6127/5 6130/25
6131/11 6131/15 6133/1 6136/7
6140/18 6141/4 6142/2 6171/15
6173/17 6236/20 6287/8 6352/4 6364/1
typical [1] 6186/5
typically [6] 6114/19 6127/17 6184/13
6184/16 6308/16 6332/13

# U

U.S [12] 6110/18 6225/6 6228/5
6246/10 6246/14 6246/17 6257/17
6308/3 6331/13 6332/1 6333/13
6334/24
ubiquity [1] 6334/14
ultimate [6] 6267/2 6315/16 6315/22
6384/8 6384/15 6384/16
ultimately [5] 6131/20 6216/6 6252/23
6255/11 6255/16
unable [1] 6131/21
uncommon [2] 6329/15 6401/21
undeniable [1] 6405/17
under [14] 6114/13 6114/15 6143/14
6151/23 6164/6 6171/23 6173/3
6182/15 6214/13 6225/1 6263/4 6281/4
6390/20 6399/21
underlie [1] 6251/4
underlying [6] 6236/16 6256/14 6256/18
6256/24 6272/25 6273/25
underneath [2] 6144/23 6145/5
underscores [1] 6310/17
underscoring [2] 6280/7 6401/3

understand [18] 6139/6 6165/13
6167/25 6174/6 6174/7 6175/15
6192/15 6196/1 6200/3 6213/1 6265/18
6281/21 6289/8 6312/18 6332/18
6388/3 6388/21 6406/23
understanding [22] 6123/22 6143/9
6194/7 6195/6 6195/18 6197/10
6197/15 6198/12 6198/13 6198/15
6199/11 6199/15 6199/17 6200/7
6213/11 6253/13 6257/14 6294/14
6343/14 6343/19 6343/21 6379/12
understands [1] 6213/9
understood [3] 6135/21 6319/25 6407/3
uneven [1] 6281/18
unfortunately [1] 6353/16
unhelpful [1] 6353/16
unilateral [2] 6306/8 6332/12
unimportant [2] 6332/23 6333/1
unique [3] 6185/23 6185/25 6299/25
unit [1] 6114/12
UNITED [9] 6110/1 6110/2 6110/10
6112/2 6113/11 6178/7 6206/25
6334/10 6407/20
universal [1] 6210/1
universe [4] 6270/6 6370/17 6370/18
6371/2
universities [4] 6114/24 6115/6 6117/9
6117/17
university [9] 6114/21 6117/12 6203/6
6203/11 6205/6 6205/6 6206/16
6349/11 6391/21
unless [4] 6250/18 6254/8 6265/7
6310/18
unlike [1] 6334/14
unlikely [1] 6256/17
unlocking [1] 6398/20
unpaid [1] 6299/24
unpleasant [1] 6402/16
until [2] 6117/20 6181/9
unusual [2] 6280/10 6332/11
unwilling [1] 6282/19
up [74] 6119/17 6121/19 6121/24
6141/14 6151/16 6166/1 6166/8 6172/4
6172/25 6174/18 6183/23 6190/21
6197/3 6212/15 6218/22 6220/3
6238/22 6249/25 6260/3 6263/18
6270/1 6273/8 6273/12 6273/14
6281/24 6286/25 6288/21 6289/19
6299/1 6299/5 6300/1 6300/13 6310/23
6312/3 6316/24 6316/25 6321/12
6324/10 6326/1 6326/4 6327/2 6327/6
6327/9 6329/2 6329/3 6329/20 6330/18
6337/10 6337/20 6337/23 6337/25
6338/4 6338/6 6338/10 6354/24
6356/10 6357/12 6357/17 6376/3
6376/4 6377/4 6378/10 6378/11 6381/5
6382/1 6384/4 6385/23 6386/10
6387/11 6388/15 6404/9 6405/20
6407/7 6408/11
updates [1] 6204/1
uphold [1] 6404/1
upon [19] 6167/11 6167/22 6181/10
6182/12 6183/10 6189/15 6218/12
6226/4 6258/12 6267/17 6285/18
6324/20 6343/14 6352/2 6379/22
6380/1 6380/21 6401/17 6402/10
upper [1] 6342/6
upward [2] 6258/18 6260/13
URL [3] 6128/18 6182/23 6183/4
us [49] 6116/10 6118/7 6126/12 6127/2
6127/19 6131/1 6131/6 6131/8 6132/5
6132/6 6132/7 6132/8 6133/20 6135/11
6136/7 6136/16 6136/17 6136/20
6140/9 6141/3 6142/1 6142/2 6142/14

6144/21 6165/23 6168/21 6181/14
6183/1 6184/2 6187/4 6194/15 6201/4
6202/4 6203/21 6220/12 6224/7
6255/11 6262/1 6262/6 6266/22 6270/2
6280/20 6295/8 6326/5 6330/16 6366/2
6386/9 6395/22 6409/15
usable [2] 6299/2 6299/3
usage [12] 6122/10 6172/9 6217/20
6225/2 6230/15 6232/18 6235/24
6236/1 6257/11 6287/7 6291/12
6291/14
use [140] 6122/3 6122/12 6126/14
6126/16 6131/3 6131/18 6131/19
6140/19 6151/24 6152/5 6170/4
6171/11 6173/7 6177/17 6180/8
6185/15 6185/18 6186/14 6187/3
6188/23 6189/22 6189/25 6197/6
6208/20 6217/11 6217/12 6218/6
6218/6 6221/10 6221/13 6223/22
6226/8 6227/8 6227/22 6228/2 6229/5
6230/20 6232/2 6234/10 6234/25
6234/25 6235/1 6236/20 6237/9
6238/25 6239/3 6239/3 6242/15
6245/18 6245/22 6245/23 6247/10
6248/2 6248/3 6249/13 6249/14
6249/14 6251/10 6252/2 6252/15
6256/11 6257/17 6257/19 6261/14
6261/22 6262/8 6262/8 6262/15
6264/18 6266/17 6266/18 6266/19
6266/23 6267/3 6268/21 6269/18
6270/15 6271/10 6274/3 6275/22
6279/16 6282/1 6284/14 6286/11
6286/11 6286/22 6291/6 6295/20
6297/6 6312/11 6313/18 6317/19
6319/20 6322/12 6352/21 6352/23
6359/18 6360/24 6361/7 6361/8
6362/17 6362/17 6363/23 6364/5
6364/6 6364/10 6364/17 6365/24
6366/11 6366/13 6366/18 6366/21
6366/22 6366/23 6369/18 6369/23
6369/24 6370/4 6371/5 6377/5 6379/3
6379/3 6379/5 6379/7 6381/12 6383/6
6383/7 6383/7 6383/8 6385/11 6385/16
6386/2 6386/4 6386/18 6390/2 6394/4
6394/6 6394/10 6395/7 6403/3
used [70] 6120/20 6172/16 6180/7
6194/19 6221/8 6223/5 6223/5 6227/19
6228/16 6229/2 6229/10 6229/10
6230/21 6230/22 6239/4 6241/9
6248/17 6262/10 6262/11 6266/9
6266/13 6268/9 6268/10 6268/11
6268/12 6268/13 6268/13 6268/15
6268/17 6268/18 6270/3 6270/8
6270/11 6271/1 6271/12 6273/18
6274/2 6275/15 6275/18 6275/22
6284/1 6286/19 6289/11 6294/7
6299/16 6300/23 6311/3 6313/19
6324/18 6345/18 6358/8 6358/16
6358/18 6361/14 6363/23 6364/8
6370/23 6379/16 6371/15 6371/19
6378/21 6379/16 6383/18 6383/22
6384/9 6384/10 6384/11 6390/24
6395/18 6406/15
useful [8] 6227/5 6229/8 6239/5 6252/16
6253/21 6261/17 6336/25 6399/16
user [1] 6126/24
users [13] 6127/13 6133/15 6133/18
6134/4 6214/23 6215/2 6241/1 6275/4
6361/24 6362/4 6370/14 6370/17
6371/2
uses [66] 6278/20 6278/20 6278/22
6278/22 6299/4 6320/1
using [59] 6119/11 6177/2 6178/11
6219/3 6219/25 6223/9 6227/17

## U

using... [52]  6227/19 6227/20 6229/14
6235/11 6241/12 6245/4 6246/7
6247/22 6252/7 6252/17 6252/19
6257/18 6261/23 6261/23 6262/13
6264/20 6265/20 6265/23 6268/2
6271/7 6271/11 6271/24 6271/25
6272/2 6272/3 6276/20 6277/19
6279/14 6279/14 6288/5 6289/12
6299/19 6313/25 6314/23 6334/25
6344/15 6352/22 6353/13 6355/20
6359/16 6362/25 6369/20 6382/22
6382/23 6387/4 6390/4 6392/9 6394/3
6394/3 6394/17 6394/24 6403/2
usually [2]  6253/25 6280/16
UTAH [1]  6110/5
utilities [2]  6114/24 6115/4
utility [2]  6114/20 6119/6
utilize [2]  6136/16 6188/2
utilized [2]  6190/13 6190/14

## V

vacation [2]  6300/10 6300/11
vague [2]  6233/11 6378/21
validation [1]  6157/11
valuable [7]  6213/5 6355/11 6355/22
6357/4 6384/15 6400/20 6403/6
value [33]  6172/8 6213/6 6213/7
6213/10 6213/12 6252/14 6308/17
6311/23 6312/16 6313/1 6313/18
6313/25 6322/4 6330/11 6336/4
6336/14 6336/17 6336/18 6336/19
6338/12 6339/6 6339/25 6340/21
6345/17 6347/4 6353/5 6373/6 6386/22
6388/24 6400/7 6401/12 6401/12
6401/16
valued [1]  6392/1
valuer [1]  6338/15
values [1]  6313/6
vanish [2]  6322/22
vanished [1]  6343/22
vanishing [1]  6344/3
variable [5]  6256/25 6257/4 6257/4
6320/7 6325/1
variables [3]  6243/14 6257/2 6374/16
variation [4]  6254/14 6280/12 6280/19
6281/23
variations [1]  6280/21
varied [1]  6366/4
varies [3]  6234/8 6248/25 6258/8
variety [10]  6165/16 6181/17 6199/3
6199/5 6226/13 6230/12 6245/18
6246/5 6252/16 6383/18
various [12]  6127/4 6128/14 6128/15
6141/4 6169/25 6170/1 6182/15 6230/1
6318/11 6323/2 6360/10 6373/8
vary [2]  6212/18 6309/22
varying [2]  6131/11 6250/2
vast [2]  6192/8 6240/20
vehicle [1]  6197/24
vendor [1]  6124/15
vendors [4]  6125/13 6125/14 6130/2
6130/7
VERMONT [1]  6110/5
version [4]  6169/3 6169/12 6273/10
6353/3
versus [13]  6110/9 6170/23 6173/18
6173/19 6178/11 6240/5 6244/4
6257/17 6271/12 6301/22 6303/9
6321/13 6391/2
vertical [15]  6260/1 6355/24 6355/25
6383/17 6383/21 6383/25 6384/3
6384/3 6384/9 6384/17 6384/25

6386/24 6400/14 6401/19 6401/20
vertically [1]  6384/13
vertically-related [1]  6384/12
7426/22
very [124]  6117/12 6123/9 6134/13
6136/4 6141/3 6141/10 6143/23
6152/12 6164/15 6180/7 6182/23
6182/25 6182/25 6200/19 6200/22
6201/1 6202/15 6209/12 6209/24
6212/1 6213/1 6214/8 6218/9 6220/1
6225/9 6227/6 6227/12 6228/23
6232/16 6237/13 6238/11 6239/3
6239/3 6240/23 6240/23 6241/14
6241/18 6245/8 6245/11 6245/24
6249/1 6249/1 6249/8 6249/17 6256/17
6257/5 6257/6 6258/21 6259/9 6261/17
6262/23 6267/6 6268/20 6275/19
6276/10 6277/6 6277/16 6279/18
6280/8 6280/16 6284/1 6284/23 6287/7
6288/2 6288/18 6288/20 6289/5 6289/9
6292/15 6292/22 6294/10 6294/18
6295/21 6295/23 6299/9 6304/6 6306/7
6313/12 6316/17 6320/15 6321/24
6327/4 6330/11 6331/25 6333/9 6334/4
6334/6 6338/10 6341/3 6341/15
6341/18 6341/19 6345/18 6352/25
6357/19 6359/25 6361/1 6361/1
6361/12 6361/23 6362/18 6362/18
6363/1 6363/1 6368/12 6369/10
6369/10 6370/7 6373/4 6375/1 6376/9
6377/4 6377/22 6380/6 6380/24
6381/13 6383/24 6384/18 6385/19
6388/3 6398/4 6401/13 6402/23 6404/4
viability [3]  6299/3 6320/2 6399/23
viable [2]  6296/7 6301/9
vibrant [1]  6292/13
vice [2]  6116/3 6116/16
victim [1]  6307/9
view [32]  6132/25 6135/22 6168/9
6197/9 6197/13 6209/4 6211/18
6216/11 6222/22 6234/1 6236/17
6240/22 6241/1 6246/18 6283/15
6287/10 6290/13 6295/6 6295/11
6300/18 6300/19 6310/16 6312/19
6318/21 6328/13 6344/5 6380/21
6380/23 6382/6 6385/15 6386/1
6395/20
viewing [1]  6342/21
views [2]  6247/3 6266/3
vigorous [1]  6380/15
vigorously [2]  6374/22 6377/20
violation [1]  6355/4
virtually [1]  6228/15
virtue [5]  6169/25 6351/23 6354/21
6380/25 6388/16
Visa [105]  6116/7 6121/11 6121/21
6123/16 6124/12 6135/1 6135/2 6135/4
6135/7 6135/8 6137/2 6137/19 6139/8
6140/16 6156/25 6157/6 6170/7
6173/18 6173/22 6174/4 6180/16
6180/20 6180/22 6181/6 6181/7
6181/10 6181/12 6185/4 6216/14
6220/14 6224/7 6224/14 6225/6 6228/5
6229/23 6229/25 6230/6 6231/3
6231/13 6232/6 6234/18 6234/18
6234/21 6235/13 6236/3 6237/23
6246/10 6246/14 6246/17 6254/14
6257/17 6259/8 6261/2 6261/6 6292/6
6306/20 6306/23 6307/18 6308/3
6308/5 6308/6 6331/13 6332/1 6333/13
6334/24 6334/25 6340/25 6341/7
6341/14 6341/22 6342/4 6342/9
6342/16 6342/18 6342/23 6343/4
6343/25 6345/9 6353/13 6355/10
6355/14 6363/5 6363/7 6363/9 6363/14

6365/13 6369/13 6370/4 6370/9
6370/10 6371/9 6371/18 6372/10
6376/19 6381/21 6382/21 6394/19
6398/24 6402/18 6405/2 6405/4
6405/14 6405/18 6407/16 6407/22
Visa's [1]  6371/11
Visa-related [1]  6236/3
visually [2]  6273/10 6273/11 6274/11
vitae [1]  6203/23
voice [6]  6117/8 6119/15 6120/5 6120/9
6283/10 6283/12
volume [27]  6118/24 6125/15 6125/18
6125/21 6229/8 6229/25 6231/1 6231/2
6281/17 6287/2 6287/3 6289/5 6296/16
6296/21 6305/10 6305/11 6312/5
6312/6 6314/14 6319/6 6319/8 6322/24
6372/4 6376/4 6376/11 6378/13 6395/2
voluntarily [1]  6388/12
VPPS [3]  6363/7 6363/11 6371/6
vulnerability [1]  6359/22
vulnerable [2]  6318/2 6359/11

## W

wait [6]  6143/24 6151/11 6187/21
6187/22 6193/7 6311/6
Walgreen's [1]  6255/2
walk [3]  6140/9 6144/21 6303/23
walking [2]  6282/23 6388/17
walks [1]  6359/9
wall [1]  6300/14
wallet [2]  6280/15 6281/25
wallets [1]  6229/6
Walmart [2]  6156/14 6157/25
want [65]  6121/18 6156/10 6166/4
6169/1 6170/20 6171/10 6171/11
6173/21 6175/6 6176/10 6176/13
6176/24 6180/19 6181/17 6184/7
6186/13 6186/17 6188/23 6192/2
6197/6 6198/2 6225/20 6229/19
6245/21 6254/9 6255/13 6255/25
6263/9 6264/6 6264/12 6265/2 6265/5
6265/13 6266/14 6282/5 6284/12
6286/15 6290/21 6290/22 6295/8
6295/12 6301/14 6301/19 6301/20
6303/6 6303/7 6304/1 6308/12 6309/22
6313/4 6350/16 6356/7 6364/13 6380/9
6382/12 6382/16 6382/17 6387/2
6392/7 6396/19 6396/19 6397/12
6399/25 6404/24 6407/7
want to [1]  6186/13
wanted [15]  6131/14 6135/8 6135/21
6135/22 6138/3 6141/16 6274/23
6291/4 6302/2 6303/15 6310/11
6321/10 6321/12 6407/2 6409/8
wants [7]  6125/3 6126/20 6179/22
6217/11 6217/12 6353/1 6387/24
was [205]  6113/14 6116/15 6117/6
6117/8 6117/12 6117/20 6118/7
6118/11 6122/16 6122/18 6129/23
6129/23 6129/24 6131/22 6131/25
6132/2 6132/5 6132/5 6132/10 6132/15
6133/10 6134/2 6135/13 6135/20
6136/17 6136/22 6139/9 6139/13
6139/15 6140/2 6140/3 6140/4 6140/5
6140/6 6141/5 6141/15 6152/2 6166/9
6168/20 6168/23 6172/17 6172/19
6172/19 6173/14 6174/14 6174/14
6174/17 6175/3 6175/11 6177/4
6177/19 6178/10 6178/12 6178/14
6179/3 6179/3 6179/5 6179/16 6179/23
6180/7 6181/6 6181/7 6181/23
6185/9 6187/1 6187/17 6190/4 6192/12
6194/15 6197/25 6197/25 6202/18
6206/5 6208/23 6210/23 6210/25

Case 1:19-cr-04496-NGG-RER   Document 125(p...)   Filed 10/15/...   Page 350 of 352 PageID #:

**W**

was... [125] 6216/4 6218/7 6219/11
6221/13 6221/13 6222/6 6222/22
6223/2 6224/8 6224/9 6224/14 6225/5
6226/17 6227/14 6228/6 6230/20
6234/21 6235/18 6241/11 6242/10
6246/10 6246/16 6246/18 6246/25
6248/1 6250/14 6250/18 6251/10
6258/10 6258/13 6265/3 6266/11
6269/19 6271/1 6271/4 6271/7 6273/6
6274/16 6274/20 6274/23 6277/9
6277/13 6278/4 6279/20 6281/13
6283/16 6286/5 6286/9 6286/13 6288/4
6288/4 6289/9 6289/22 6289/22 6296/3
6299/12 6302/7 6303/19 6305/14
6306/14 6306/16 6306/23 6307/14
6307/25 6308/15 6313/14 6313/17
6314/22 6315/17 6315/20 6316/2
6316/3 6316/5 6316/9 6316/14 6316/16
6317/18 6318/6 6321/10 6321/15
6321/20 6325/15 6330/4 6330/5 6330/8
6331/14 6333/7 6334/3 6334/7 6334/24
6336/22 6338/2 6338/4 6338/6 6342/11
6342/24 6349/8 6349/8 6349/9 6349/21
6358/15 6362/21 6371/15 6375/3
6375/12 6375/13 6375/21 6376/14
6380/11 6385/22 6388/16 6390/3
6390/4 6390/5 6390/9 6390/13 6392/25
6396/15 6398/6 6398/20 6399/4
6400/23 6401/7 6401/9 6404/7 6405/5
6405/14 6407/18
Washington [1] 6110/19
wasn't [5] 6141/16 6176/10 6286/12
6299/2 6345/7
waves [1] 6256/17
way [95] 6119/17 6127/21 6131/21
6134/10 6138/22 6141/1 6141/3 6166/1
6170/8 6172/5 6175/2 6182/22 6182/22
6183/8 6183/13 6184/5 6185/16 6187/1
6188/14 6194/14 6210/5 6211/14
6211/21 6212/4 6213/20 6214/8
6214/18 6218/9 6219/6 6219/7 6221/1
6221/18 6225/11 6225/12 6241/14
6242/11 6243/11 6243/12 6245/9
6249/25 6250/1 6253/7 6254/11 6256/3
6256/8 6259/4 6259/18 6260/6 6260/12
6269/16 6277/7 6277/8 6288/3 6292/23
6293/6 6294/7 6297/10 6297/11 6306/5
6310/23 6310/25 6312/19 6318/21
6320/10 6325/12 6328/2 6329/7
6347/14 6347/16 6353/17 6354/10
6355/17 6361/13 6363/19 6363/24
6364/1 6365/14 6365/23 6366/21
6368/1 6373/7 6374/23 6375/16
6378/21 6382/24 6388/23 6391/10
6391/25 6395/1 6395/23 6396/9
6396/13 6400/17 6401/24 6406/17
ways [20] 6126/21 6126/23 6127/7
6128/14 6181/20 6218/8 6241/23
6245/15 6245/18 6291/25 6318/1
6318/5 6354/6 6364/22 6364/23
6381/15 6381/22 6382/4 6394/12
6397/2
we [373]
we'll [21] 6113/2 6165/2 6165/4 6165/4
6165/5 6176/4 6191/22 6192/2 6200/23
6224/6 6226/1 6254/15 6263/18 6302/2
6303/14 6345/24 6346/3 6356/11
6384/22 6409/1 6409/16
we're [72] 6121/20 6131/10 6165/6
6169/12 6170/4 6186/1 6191/21 6199/9
6199/11 6199/13 6200/3 6202/5
6215/24 6228/12 6229/18 6231/14

6235/12 6242/8 6242/9 6242/21
6242/22 6249/13 6250/2 6250/3
6250/17 6252/23 6253/18 6260/20
6260/22 6262/17 6274/8 6280/11
6282/22 6297/20 6311/5 6312/24
6316/17 6319/16 6320/16 6320/13
6321/18 6326/16 6327/25 6330/18
6332/21 6335/21 6353/2 6353/2
6353/24 6355/2 6356/23 6357/20
6360/24 6361/6 6361/15 6362/4 6371/2
6377/6 6380/20 6384/19 6388/20
6389/22 6390/1 6392/24 6395/23
6395/25 6400/4 6403/4 6406/10 6407/5
6408/11 6409/8
we've [37] 6179/15 6192/8 6207/17
6216/23 6230/13 6230/13 6230/14
6230/14 6245/19 6262/5 6274/21
6318/9 6323/2 6326/25 6337/3 6343/12
6347/3 6347/4 6360/14 6362/9 6371/8
6373/4 6375/4 6380/2 6380/13 6381/21
6381/25 6382/17 6382/18 6382/18
6390/12 6394/7 6394/16 6395/3
6397/20 6399/24 6403/22
weakened [1] 6308/1
weaker [3] 6281/20 6282/7 6379/18
web [4] 6115/16 6127/24 6141/21
6386/18
Web site [1] 6386/18
website [15] 6115/15 6127/21 6127/25
6128/13 6128/25 6129/21 6130/1
6130/16 6132/24 6182/20 6183/10
6187/20 6189/13 6189/19 6190/3
websites [3] 6119/16 6129/17 6182/4
Wednesday [1] 6280/14
week [1] 6183/6
weekend [2] 6200/15 6409/1
weeks [2] 6203/12 6207/1
weigh [1] 6406/4
weighed [1] 6358/24
weight [5] 6283/12 6284/5 6284/17
6289/5 6355/5
weighted [1] 6277/4
weights [2] 6324/18 6325/3
welcome [12] 6143/20 6290/7 6399/22
6399/24 6400/4 6400/5 6400/12
6400/25 6401/11 6401/17 6402/7
6402/22
well [141] 6115/5 6116/8 6120/19
6127/5 6133/15 6135/24 6136/20
6152/25 6171/21 6184/20 6186/14
6187/16 6191/24 6198/7 6200/22
6201/2 6202/15 6204/19 6208/16
6209/8 6209/11 6209/18 6210/21
6211/8 6211/20 6214/12 6216/17
6217/5 6218/6 6218/21 6219/22
6221/25 6222/3 6224/15 6227/21
6228/23 6231/24 6232/16 6232/21
6233/12 6233/14 6233/15 6234/5
6235/8 6236/11 6237/8 6238/11
6242/19 6243/15 6244/1 6244/15
6244/20 6247/13 6251/17 6252/1
6253/11 6256/10 6257/1 6258/17
6262/10 6262/23 6269/11 6272/8
6276/21 6281/9 6285/4 6294/17
6298/22 6300/8 6304/14 6306/3
6306/13 6307/2 6307/25 6308/12
6311/4 6311/21 6311/24 6312/18
6314/1 6315/6 6316/14 6319/21
6320/17 6321/1 6322/7 6326/12
6327/14 6327/23 6330/12 6331/24
6332/18 6334/12 6334/24 6335/18
6338/18 6340/8 6340/15 6342/3 6344/9
6344/25 6345/1 6350/18 6354/20
6355/8 6359/8 6361/5 6361/8 6363/7

6363/12 6365/23 6367/4 6369/6
6371/14 6373/4 6373/23 6374/18
6375/6 6387/13 6382/9 6385/24
6385/4 6385/14 6386/21 6387/13
6387/14 6391/15 6392/19 6392/23
6394/2 6395/16 6397/21 6398/17
6399/17 6400/25 6401/24 6402/10
6403/14 6403/22 6408/6 6408/24
well-recognized [1] 6311/24
went [18] 6136/17 6226/6 6299/13
6304/24 6326/3 6326/4 6327/4 6327/6
6327/9 6328/14 6328/15 6337/20
6337/23 6337/25 6337/25 6338/4
6338/5 6391/11
were [106] 6112/23 6116/18 6117/9
6117/15 6117/19 6117/23 6118/5
6118/8 6118/8 6118/15 6118/17
6124/15 6125/13 6131/21 6133/14
6135/15 6139/7 6139/11 6140/6
6151/14 6151/14 6168/13 6169/1
6169/16 6176/25 6177/10 6177/15
6178/20 6179/8 6179/17 6179/24
6180/15 6185/16 6186/21 6187/3
6188/10 6192/9 6192/10 6193/20
6194/14 6195/20 6205/10 6205/13
6219/3 6223/15 6226/21 6229/6
6229/23 6231/3 6234/2 6235/15 6242/4
6243/1 6243/21 6246/19 6246/24
6248/17 6251/22 6264/4 6264/24
6264/24 6265/14 6269/14 6269/15
6269/15 6270/3 6270/3 6271/1 6274/12
6274/19 6275/13 6277/13 6277/25
6283/6 6288/24 6296/12 6306/22
6309/9 6309/10 6309/13 6309/17
6310/10 6316/8 6321/11 6326/13
6328/11 6332/16 6334/25 6338/7
6338/7 6339/17 6342/22 6349/9
6356/13 6358/11 6363/19 6365/2
6378/14 6380/19 6380/22 6389/16
6390/10 6393/2 6400/13 6406/2
6409/19
weren't [1] 6342/13
what [454]
what's [38] 6190/3 6193/3 6198/19
6214/1 6214/2 6217/17 6218/21
6218/22 6236/17 6236/19 6237/23
6246/13 6250/25 6250/25 6251/24
6257/3 6257/5 6257/7 6259/4 6304/15
6305/3 6310/1 6311/14 6311/14
6311/15 6319/18 6325/8 6330/8
6332/16 6343/22 6352/10 6355/5
6356/6 6365/19 6368/13 6401/7
6404/21 6408/20
whatever [8] 6118/14 6168/25 6174/19
6187/7 6280/16 6335/6 6381/11 6393/2
when [123] 6115/15 6121/18 6121/23
6122/1 6122/12 6122/13 6123/11
6126/25 6129/20 6130/5 6131/4
6131/10 6135/2 6138/4 6139/1 6181/4
6187/10 6188/3 6202/7 6208/14
6209/22 6212/4 6212/7 6213/6 6214/17
6215/15 6222/9 6222/11 6222/25
6225/7 6227/9 6229/3 6238/24 6239/19
6240/10 6242/9 6244/9 6247/17
6248/11 6251/21 6254/22 6254/25
6255/19 6256/16 6256/20 6256/20
6257/3 6258/17 6259/3 6259/5 6260/20
6260/25 6261/14 6261/14 6264/14
6269/22 6272/17 6273/11 6275/4
6275/23 6276/11 6277/19 6279/16
6280/13 6280/15 6281/13 6281/23
6282/14 6283/21 6284/4 6286/9 6288/7
6288/19 6289/5 6290/19 6298/23
6300/17 6305/18 6307/2 6309/17

when... [43] 6312/24 6313/13 6313/17
6313/18 6315/13 6320/7 6331/14
6333/7 6333/8 6335/13 6340/2 6342/16
6343/24 6343/24 6349/9 6350/17
6354/16 6355/24 6356/25 6357/1
6358/14 6358/19 6364/17 6365/21
6372/9 6372/23 6373/8 6373/10
6373/17 6376/9 6376/11 6378/23
6379/13 6379/15 6384/10 6389/5
6390/3 6392/3 6398/3 6398/3 6401/9
6405/5 6407/18
where [75] 6116/24 6117/9 6118/8
6140/6 6143/16 6166/9 6169/20 6177/1
6178/19 6182/25 6187/10 6188/12
6190/23 6192/7 6192/10 6197/2
6208/16 6214/10 6214/12 6218/2
6220/3 6221/20 6222/11 6222/15
6223/24 6228/16 6229/1 6235/18
6267/24 6273/9 6275/1 6278/25 6281/4
6285/9 6290/22 6292/6 6305/23 6306/7
6307/14 6309/22 6313/21 6316/20
6319/17 6324/10 6324/12 6335/14
6337/17 6340/21 6345/6 6348/4
6351/20 6355/12 6356/2 6356/3
6357/20 6359/19 6367/9 6370/12
6374/25 6375/13 6379/6 6381/6
6381/25 6383/10 6384/19 6386/23
6388/10 6389/23 6391/22 6398/9
6404/17 6404/19 6405/1 6406/10
6407/21
whereas [1] 6329/3
Whereupon [2] 6263/2 6409/19
wherever [3] 6117/15 6119/21 6182/24
whether [66] 6126/6 6143/2 6167/11
6167/17 6174/3 6176/25 6177/16
6183/9 6187/6 6188/23 6216/7 6218/5
6223/7 6226/2 6234/1 6243/3 6249/22
6251/10 6251/16 6253/17 6260/22
6260/22 6262/15 6266/2 6270/3 6271/6
6274/4 6275/3 6276/16 6279/5 6279/8
6279/20 6284/8 6287/10 6289/23
6295/12 6304/2 6310/25 6313/5
6322/24 6325/5 6325/7 6325/10
6331/18 6332/19 6336/20 6337/8
6337/22 6343/15 6343/20 6348/11
6351/3 6351/3 6351/4 6354/24 6355/3
6358/10 6369/4 6370/16 6375/22
6376/4 6385/6 6392/24 6396/14
6402/11 6407/10
which [177] 6115/19 6118/11 6121/10
6122/2 6123/5 6124/10 6125/25
6132/24 6137/8 6138/20 6141/5
6156/11 6157/25 6167/7 6169/23
6170/16 6170/21 6172/23 6177/17
6184/23 6192/19 6193/19 6194/6
6194/21 6197/5 6204/9 6204/12
6204/13 6204/16 6207/19 6208/12
6209/4 6209/11 6209/22 6210/5
6210/13 6212/14 6213/20 6214/23
6215/9 6215/19 6220/12 6220/16
6221/16 6221/22 6221/24 6222/4
6222/18 6223/5 6226/20 6229/4
6230/16 6232/9 6232/10 6237/10
6237/12 6237/14 6238/24 6238/22
6239/3 6239/22 6241/14 6244/13
6247/6 6251/24 6252/15 6252/22
6253/24 6258/22 6260/12 6263/21
6264/3 6264/23 6266/16 6268/22
6269/16 6269/17 6271/2 6271/20
6272/24 6273/17 6273/22 6274/1
6275/15 6277/5 6276/12 6279/5
6280/1 6282/7 6282/23 6286/21 6287/1

6288/11 6288/19 6289/6 6289/15
6290/19 6291/6 6293/19 6294/12
6296/16 6298/11 6298/22 6299/2
6299/17 6299/8 6301/12 6302/9
6303/21 6304/7 6309/8 6310/11
6310/15 6315/17 6316/19 6316/20
6317/17 6318/10 6318/11 6321/3
6321/6 6322/9 6324/13 6326/2 6326/3
6327/13 6330/19 6332/16 6335/1
6336/23 6338/4 6338/5 6339/7 6339/20
6342/22 6343/10 6344/2 6349/5
6349/10 6349/23 6350/18 6351/24
6353/2 6355/15 6362/16 6364/3
6365/16 6365/17 6366/5 6371/10
6373/14 6373/23 6374/9 6375/22
6376/6 6377/7 6377/25 6379/5 6380/3
6380/10 6380/13 6380/20 6389/9
6390/13 6391/3 6391/21 6392/25
6393/5 6394/22 6395/3 6395/6 6395/18
6396/15 6397/17 6397/24 6398/9
6399/18 6399/22 6405/11 6406/5
6408/17
while [7] 6112/23 6117/23 6187/3
6243/9 6304/17 6304/22 6318/3
white [4] 6230/4 6231/20 6324/7
6324/17
who [71] 6112/10 6112/22 6113/4
6114/7 6114/19 6114/20 6118/1 6118/7
6124/15 6142/23 6142/24 6183/3
6184/2 6184/3 6185/18 6228/11
6232/22 6240/9 6240/11 6240/18
6241/1 6241/6 6241/8 6243/21 6249/1
6251/8 6267/17 6268/2 6268/4 6268/9
6268/10 6268/16 6269/1 6269/6
6270/14 6270/16 6271/9 6272/1 6272/3
6274/1 6274/2 6275/22 6279/15 6281/4
6289/13 6289/14 6291/24 6300/7
6309/22 6320/21 6326/13 6327/1
6360/24 6361/8 6361/8 6361/10
6361/11 6362/17 6363/16 6366/10
6370/14 6371/15 6382/2 6387/10
6388/24 6404/22 6404/23
whole [8] 6123/21 6142/12 6142/12
6179/2 6198/7 6205/1 6212/12 6339/14
wholesale [8] 6254/3 6254/5 6254/21
6254/24 6255/9 6255/10 6255/13
6255/14
whom [6] 6119/2 6203/5 6267/15
6269/23 6329/9 6360/25
whoops [1] 6341/10
whose [3] 6179/19 6326/6 6337/19
why [82] 6120/16 6121/16 6123/20
6126/10 6130/24 6132/22 6137/14
6141/16 6141/19 6141/24 6142/9
6165/23 6165/25 6167/7 6188/21
6209/10 6213/8 6216/16 6218/17
6219/21 6221/13 6221/23 6221/24
6222/18 6224/16 6224/21 6231/17
6231/23 6231/24 6231/24 6231/25
6232/4 6233/12 6241/24 6244/19
6248/22 6254/19 6265/6 6265/22
6269/3 6270/5 6270/19 6273/10
6273/23 6273/23 6283/12 6284/10
6290/15 6292/17 6297/15 6303/23
6305/6 6310/8 6310/11 6312/22
6320/17 6321/8 6322/6 6329/2 6329/5
6344/24 6345/2 6345/24 6347/10
6350/25 6351/19 6354/10 6354/11
6354/16 6354/20 6354/23 6355/19
6364/14 6367/3 6381/9 6381/10
6383/20 6383/20 6386/13 6387/19
6401/25 6402/2
wide [2] 6252/16 6388/20
widely [1] 6239/4

widespread [2] 6239/23 6253/13
will [67] 6113/5 6115/5 6122/12 6127/10
6127/18 6127/20 6128/14 6137/2
6137/4 6137/5 6137/18 6137/21 6138/4
6138/25 6142/19 6143/5 6151/21
6152/11 6157/13 6181/3 6181/21
6184/17 6184/17 6188/5 6191/10
6191/15 6200/23 6202/8 6203/10
6203/12 6217/6 6229/13 6233/16
6244/25 6253/16 6255/10 6262/22
6267/25 6268/1 6274/4 6292/13 6293/4
6304/10 6308/23 6314/10 6319/12
6320/20 6320/21 6320/22 6323/15
6327/9 6355/17 6359/9 6359/10
6359/16 6387/8 6389/4 6393/16
6394/18 6395/7 6396/3 6399/11
6404/18 6404/18 6408/8 6408/12
6409/3
willing [5] 6250/19 6270/16 6313/7
6364/17 6387/12
win [3] 6374/22 6377/21 6394/20
winding [1] 6292/23
wine [1] 6222/15
wired [2] 6212/21 6309/23
wish [1] 6408/18
withdraw [1] 6264/20
within [26] 6121/3 6123/16 6129/1
6192/10 6195/17 6195/20 6197/21
6204/8 6204/14 6215/18 6220/7
6270/15 6275/4 6275/6 6300/8 6315/2
6332/21 6364/12 6364/13 6365/15
6365/17 6369/18 6369/19 6370/17
6374/24 6405/19
without [43] 6112/21 6123/5 6131/15
6157/19 6174/18 6190/21 6194/24
6210/2 6212/19 6212/20 6220/23
6232/19 6237/6 6246/12 6258/4
6259/15 6266/12 6267/13 6272/11
6276/3 6309/7 6314/8 6317/10 6320/15
6325/21 6327/15 6338/25 6340/12
6341/8 6342/1 6360/4 6360/19 6361/20
6365/11 6366/16 6368/23 6371/11
6372/7 6378/1 6381/4 6388/18 6392/4
6401/11
witness [26] 6112/10 6112/10 6112/22
6113/3 6113/6 6113/10 6113/14
6143/15 6144/11 6165/3 6165/5 6178/4
6191/13 6197/22 6197/23 6202/3
6202/12 6202/16 6205/16 6205/21
6206/11 6263/4 6263/12 6349/3
6408/25 6409/6
witness' [1] 6202/10
witnesses [7] 6143/12 6285/4 6296/9
6307/17 6318/8 6352/11 6410/2
won [1] 6372/14
won't [10] 6127/19 6188/15 6200/17
6242/13 6262/13 6319/4 6319/8 6344/2
6350/15 6378/6
wonderful [1] 6143/21
wondering [1] 6320/15
wont [1] 6349/6
word [5] 6173/21 6286/8 6287/22
6293/5 6394/4
wording [1] 6264/25
words [10] 6165/23 6166/3 6168/13
6171/10 6173/15 6180/7 6181/25
6213/24 6292/5 6308/12
work [23] 6114/7 6114/8 6119/9 6134/16
6134/17 6135/10 6136/20 6170/8
6176/4 6185/16 6208/7 6221/11 6224/3
6238/2 6272/7 6293/6 6322/13 6352/12
6373/7 6388/16 6396/16 6404/1 6406/7
workable [1] 6181/14
worked [4] 6132/8 6204/12 6356/6

CASE 1:10-cv-04496-NGG-RER   Document 1 Filed 06/10/15   Page 1 of 1 PageID #: 2396

# W

worked... [1] 6365/4

working [5] 6142/24 6204/15 6355/18
6384/13 6384/14

works [6] 6184/16 6251/6 6320/22
6330/11 6371/15 6386/21

world [6] 6220/12 6220/14 6373/14
6388/8 6388/22 6407/21

Worldwide [4] 6111/13 6114/8 6114/9
6114/13

worried [4] 6289/23 6305/24 6317/18
6354/8

worst [1] 6123/11

worth [4] 6222/5 6294/5 6382/25
6403/14

would [171] 6115/7 6115/17 6117/14
6117/17 6119/5 6126/18 6126/19
6127/2 6127/15 6128/6 6128/24
6128/25 6129/3 6129/4 6129/4 6129/6
6130/21 6131/1 6131/15 6131/17
6131/18 6132/23 6132/25 6135/10
6135/11 6135/25 6136/19 6138/9
6140/11 6140/20 6141/2 6142/16
6143/12 6147/10 6151/11 6156/20
6157/22 6167/21 6172/15 6172/17
6175/8 6175/25 6177/17 6182/14
6182/20 6182/22 6182/23 6182/25
6183/8 6183/13 6184/19 6184/20
6185/10 6185/12 6185/13 6185/14
6185/17 6185/19 6186/2 6189/18
6190/6 6190/15 6199/8 6203/16
6203/21 6208/2 6211/24 6212/24
6212/25 6213/14 6213/19 6217/22
6219/22 6220/6 6220/13 6220/15
6220/16 6222/3 6227/24 6228/10
6231/6 6234/2 6234/5 6234/8 6234/9
6235/16 6235/17 6235/19 6240/2
6241/14 6241/24 6247/10 6250/18
6252/19 6253/5 6253/6 6262/21 6266/5
6266/7 6268/24 6269/1 6270/14 6271/2
6273/24 6274/13 6277/16 6280/19
6281/16 6285/25 6291/6 6291/10
6291/22 6292/6 6292/8 6292/20 6299/1
6300/3 6302/5 6303/17 6303/22
6304/21 6305/2 6309/11 6313/24
6314/18 6317/3 6319/13 6319/13
6322/2 6322/15 6322/21 6324/1
6332/11 6337/13 6337/14 6338/2
6339/20 6341/19 6343/8 6347/11
6348/1 6348/2 6348/15 6353/16
6353/18 6354/2 6354/23 6362/24
6367/6 6371/12 6372/18 6373/2
6373/22 6378/15 6380/21 6380/23
6381/4 6381/5 6381/6 6381/7 6382/9
6386/17 6387/13 6388/3 6388/15
6392/20 6404/2 6404/19 6405/12
6408/3 6409/7

wouldn't [8] 6129/5 6136/7 6185/12
6292/11 6307/8 6381/10 6386/14
6387/17

write [1] 6387/16

writing [1] 6299/24

written [1] 6197/18

wrong [2] 6311/7 6349/21

# X

X-s [2] 6214/3 6214/6

X86 [1] 6223/8

# Y

Yahoo [2] 6127/4 6127/19

yeah [7] 6174/9 6178/23 6179/1 6181/6
6219/14 6320/19 6326/9

year [18] 6118/22 6125/20 6125/21
6135/3 6174/19 6177/19 6178/10
6179/5 6181/3 6187/9 6258/5 6246/3
6246/7 6251/9 6257/10 6324/19 6328/3
6328/3

year-by-year [1] 6328/3

years [30] 6122/16 6127/1 6196/11
6196/16 6204/10 6204/15 6205/2
6205/8 6205/9 6205/10 6206/6 6223/1
6224/8 6224/13 6224/24 6224/25
6225/8 6230/19 6231/23 6251/7 6256/4
6256/16 6282/23 6284/2 6306/11
6331/9 6331/10 6331/12 6356/6 6397/9

yellow [14] 6240/9 6249/10 6250/3
6260/17 6273/21 6274/7 6276/5
6288/13 6288/14 6288/17 6289/17
6316/5 6365/20 6366/8

yes [277] 6113/24 6114/11 6114/14
6115/12 6115/20 6119/25 6122/4
6122/9 6123/2 6123/4 6123/19 6124/4
6124/6 6124/9 6124/18 6124/24 6125/9
6126/5 6126/9 6128/2 6128/5 6128/11
6128/19 6130/17 6133/24 6134/7
6134/20 6134/23 6135/6 6135/15
6135/18 6137/1 6137/4 6137/7 6137/21
6138/16 6138/18 6138/24 6139/12
6139/15 6139/18 6140/8 6140/13
6141/8 6141/15 6142/5 6143/15 6144/7
6144/18 6149/23 6151/16 6152/11
6152/14 6157/3 6157/21 6165/19
6168/19 6169/21 6170/2 6170/9
6170/24 6171/22 6177/3 6177/12
6177/21 6182/11 6183/18 6184/25
6185/22 6186/7 6186/10 6186/23
6188/18 6188/20 6189/20 6193/1
6196/9 6196/17 6198/2 6199/22
6203/12 6203/15 6203/20 6204/11
6205/17 6205/23 6205/25 6206/3
6206/18 6207/2 6207/10 6207/13
6207/16 6208/4 6208/9 6209/3 6209/6
6210/18 6210/21 6211/6 6211/17
6211/25 6213/18 6215/2 6215/5
6216/15 6217/3 6217/16 6217/21
6218/19 6219/17 6221/8 6221/12
6224/11 6224/15 6224/23 6226/25
6227/25 6229/8 6234/12 6235/17
6237/1 6237/25 6238/7 6238/14
6239/11 6239/13 6239/19 6242/7
6242/18 6242/19 6244/8 6244/11
6244/22 6245/2 6246/1 6246/25 6247/8
6249/21 6252/22 6253/15 6254/18
6257/13 6257/25 6258/13 6259/10
6261/4 6261/10 6262/21 6263/14
6264/11 6264/25 6264/25 6265/18
6268/11 6271/4 6274/20 6275/7
6276/19 6276/22 6277/24 6278/2
6278/11 6278/23 6279/23 6283/2
6285/20 6286/1 6286/6 6287/13
6287/17 6291/13 6293/16 6293/21
6295/3 6295/7 6297/5 6301/18 6301/23
6301/25 6302/6 6303/5 6303/10
6303/12 6305/18 6306/18 6307/12
6307/22 6308/8 6310/7 6311/9 6312/13
6312/18 6313/16 6313/23 6315/23
6315/25 6317/5 6318/14 6319/23
6323/6 6323/25 6325/12 6329/2 6330/2
6330/7 6331/2 6331/5 6331/17 6331/21
6332/8 6333/18 6334/16 6334/20
6335/9 6336/5 6336/8 6336/11 6336/13
6340/12 6341/3 6341/11 6341/24
6342/24 6343/7 6344/21 6346/2
6349/22 6349/25 6350/4 6350/13
6351/11 6352/18 6353/21 6356/22
6360/13 6360/16 6362/9 6362/14
6363/3 6363/23 6365/5 6365/8 6367/2
6368/5 6368/29 6368/23 6369/14
6370/19 6370/22 6371/4 6371/8 6374/2
6374/6 6374/14 6374/14 6375/8
6376/18 6377/17 6378/14 6378/18
6383/16 6385/3 6389/12 6390/16
6395/11 6396/18 6396/23 6398/8
6399/5 6399/7 6400/25 6401/6 6405/10
6405/16 6407/25 6409/10

yesterday [2] 6193/5 6193/9

yet [3] 6323/15 6345/4 6391/24

YORK [6] 6110/1 6110/11 6111/14
6111/19 6111/23 6143/20

you [987]

you'd [2] 6304/21 6305/24

you'll [5] 6115/16 6231/18 6245/12
6276/13 6408/6

you're [52] 6171/20 6173/22 6185/20
6190/23 6191/7 6200/5 6217/13
6221/20 6222/11 6222/14 6225/17
6236/10 6254/7 6254/22 6255/3 6255/8
6255/12 6255/13 6255/19 6255/20
6256/19 6260/11 6261/23 6303/6
6303/7 6311/6 6311/10 6312/14 6320/4
6321/1 6322/8 6322/17 6322/18
6323/24 6334/19 6335/19 6345/25
6350/11 6351/24 6355/24 6356/20
6356/20 6357/1 6357/17 6359/18
6364/9 6369/19 6374/3 6375/7 6392/16
6406/17 6408/15

you've [22] 6168/1 6181/15 6181/16
6182/15 6195/10 6207/8 6208/7
6260/12 6272/13 6318/10 6322/3
6324/25 6343/6 6355/14 6365/6
6366/12 6374/15 6383/3 6386/11
6387/24 6395/20 6401/19

your [330]

your Honor [27] 6112/17 6112/19
6112/25 6113/11 6115/21 6137/25
6139/19 6142/15 6150/16 6151/17
6152/13 6156/21 6158/10 6162/22
6164/14 6263/8 6263/19 6265/2
6265/11 6267/10 6272/9 6275/10
6287/19 6290/6 6292/22 6293/7
6293/19

yours [2] 6166/8 6328/24

yourself [2] 6255/16 6364/14

# Z

zero [3] 6245/12 6344/16 6370/2

Zinman [3] 6236/24 6237/3 6237/7