E.D.N.Y.
10-cv-4496
Garaufis, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand fifteen.

Present:  Guido Calabresi,
 Debra Ann Livingston,
 Gerard E. Lynch,
  *Circuit Judges*.

United States of America, State of Maryland, State of Missouri, State of Vermont, State of Utah, State of Arizona, State of New Hampshire, State of Connecticut, State of Iowa, State of Michigan, State of Ohio, State of Texas, State of Illinois, State of Tennessee, State of Montana, State of Nebraska, State of Idaho, State of Rhode Island,

  *Plaintiffs-Appellees*,

State of Hawaii,
  *Plaintiff*,
 v.  15-1672

American Express Company, American Express Travel Related Services Company, Inc.,

  *Defendants-Appellants*,

Mastercard International Incorporated, Visa Inc.,

  *Defendants*,

CVS Health, Inc., et al.,

  *Movants*.

CERTIFIED COPY ISSUED ON 6/16/2015

Appellants move for a stay pending appeal of the district court's injunction, and Movants request leave to file, as *amicus curiae*, memoranda in opposition to Appellants' motion to stay. Upon due consideration, it is hereby ORDERED that Appellants' motion is DENIED. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007) (setting forth the factors to be considered in determining whether to issue a stay pending appeal). It is further ORDERED that Movants' motions are DENIED as moot. It is also ordered that the consideration of this appeal is expedited, on a schedule to be determined by the Clerk of Court. The parties are directed to confer and to advise the Clerk of Court by June 22 of proposed briefing dates.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 6/16/2015